**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                           Case No.: 22-12790-EPK
**EXCELL AUTO GROUP, INC.**                    Chapter 7

     Debtor.

_____/
**NICOLE TESTA MEHDIPOUR,**
**as Chapter 7 Trustee for Excell Auto Group, Inc.**

         **Plaintiff,**

                Adv. Pro. No. 23-01132-EPK

**v.**

**HI BAR CAPITAL, LLC, a New York limited liability**
**company, SPIN CAPITAL LLC a/k/a Spin Capital,**
**a New Jersey limited liability company,**
**SPFL, an unknown entity, YISROEL HERBST,**
**an individual, MORDI HERBST, an individual, and**
**JOSHUA LUBIN, an individual**

         **Defendants.**

_____/

**NOTICE OF APPEARANCE AND DEMAND**
**FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES:

     PLEASE TAKE NOTICE that **Nicole Testa Mehdipour, Esquire** and the **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.,** hereby enter its appearance as General Counsel to NICOLE TESTA MEHDIPOUR, Chapter 7 Trustee.  In accordance with Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel.

            **Nicole Testa Mehdipour, Esquire**
        **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
           6278 North Federal Highway, Suite 408
              Fort Lauderdale, FL 33308
        Tel: (954) 858-5880 Fax: (954) 208-0888
             NicoleM@ntmlawfirm.com

Respectfully submitted this 30th day of June, 2023.

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

**LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
*General Counsel for Chapter 7 Trustee/Plaintiff*
LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
Fax: (954) 208-0888

/s/ Nicole Testa Mehdipour
    Nicole Testa Mehdipour
    Florida Bar No. 177271

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 30, 2023, via the Court's CM/ECF notification to those parties indicated below.

/s/ Nicole Testa Mehdipour
    Nicole Testa Mehdipour

***Via CMECF***

**Alan R Crane**    acrane@furrcohen.com,
rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com