

**ORDERED in the Southern District of Florida on July 25, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 22-12790-EPK

EXCELL AUTO GROUP, INC.                            Chapter 7

      Debtor.
_____/
NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

      Plaintiff,

Adv. Pro. No. 22-01132-EPK

v.

HI BAR CAPITAL, LLC, *et al.*,

      Defendant(s).
_____/

**ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME TO RESPOND TO INTERROGATORIES TO HI BAR CAPITAL, LLC AND SPIN CAPITAL, LLC**

THIS PROCEEDING came before the Court without a hearing upon the *Ex Parte*

*Motion to Shorten Time to Respond to Interrogatories to Hi Bar Capital and Spin Capital*

1

[ECF No. 6] (the "**Motion**"), field by the Plaintiff, Nicole Testa Mehdipour.  The Court has considered the position of the Plaintiff and the record in this case.  The Court finds that the reasons articulated in the Motion are compelling and the relief is warranted.  Accordingly, it is,

ORDERED that:

1.      The Trustee's Motion is **GRANTED**.

2.      The deadline for Spin Capital, LLC to respond to the Spin Interrogatories[1] is shortened and Spin Capital, LLC shall respond within seven days of the date of service of the Spin Interrogatories.

3.      The deadline for Hi Bar Capital, LLC to respond to the Hi Bar Interrogatories is shortened and Hi Bar Capital, LLC shall respond to within seven days of the date of service of the Hi Bar Interrogatories.

### 

**Submitted by**:
Jason S. Rigoli, Esquire
*Special Counsel to the Trustee*
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
T: (561) 395-0500/ F: (561) 338-7532
Email: jrigoli@furrcohen.com

*Jason S. Rigoli, Esquire is directed to serve a copy of this Order on all required parties and file a Certificate of Service with the Court.*

---

[1] Capitalized terms not defined in this Order have the meaning ascribed in the Motion.

2