UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK

Debtor.

Chapter 7

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

Plaintiff,

Adv. Pro. No. 23-01132-EPK.

HI BAR CAPITAL, LLC, a New York limited liability
company, SPIN CAPITAL LLC a/k/a Spin Capital,
a New Jersey limited liability company,
SPFL, an unknown entity, YISROEL HERBST, an individual,
MORDI HERBST, an individual, and
JOSHUA LUBIN, an individual

Defendant(s).

_____/

## **MOTION TO APPEAR PRO HAC VICE**

I, Bernard L. Egozi, ("**Movant**"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Shanna M. Kaminski ("**Visiting Attorney**"), an attorney admitted to practice and currently in good standing with the state bar in the State of Michigan and in the State of New York and in the United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States District Court for the District of Colorado, United States District Court for the Eastern District of Missouri, United States District Court for the Eastern District of Arkansas, United States District Court for

the Western District of Arkansas, United States District Court for the Northern District of Illinois, United States District Court for the Southern District of Illinois, United States District Court for the Northern District of Indiana, Untied States District Court for the Southern District of Indiana, United States District Court for the District of Maryland, United States District Court for the Northern District of New York, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas, United States District Court for the Western District of Wisconsin, and United States District Court for the Central District of Illinois, and is qualified to practice in this court, who proposes to act as counsel for Spin Capital, and Joshua Lubin (the "Clients"), in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client(s).

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client(s), unless the court specifically authorizes an attorney not so admitted to act as local counsel.  I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client(s).

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client(s) in this case and any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client(s).  I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

2

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client(s) and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client(s).  I understand that if I decline to serve as local counsel in any adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client(s) in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client(s) and indicating Movant as local counsel for the Client(s), and for such other and further relief as may be just.

Dated: July 31, 2023.

Respectfully Submitted,

By: */s/ Bernard L. Egozi*_____
EGOZI & BENNETT, P.A.
2999 NE 191st Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343

Bernard L. Egozi
Florida Bar No. 152544
begozi@egozilaw.com

### <u>AFFIDAVIT OF PROPOSED VISITING ATTORNEY</u>

I, Shanna M. Kaminski, am a member in good standing with the state bar in the State of Michigan and in the State of New York and in the United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States District Court for the District of Colorado, United States District Court for the Eastern District of Missouri, United States District Court for the Eastern District of Arkansas, United States District Court for the Western District of Arkansas, United States District Court for the Northern District of Illinois, United States District Court for the Southern District of Illinois, United States District Court for the Northern District of Indiana, Untied States District Court for the Southern District of Indiana, United States District Court for the District of Maryland, United States District Court for the Northern District of New York, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas, United States District Court for the Western District of Wisconsin, and United States District Court for the Central District of Illinois, but am not admitted to the bar of the United States District Court for the Southern District of Florida.  I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Spin Capital, and Joshua Lubin ("**Client"** or **"Clients"**).  I designate Bernard L. Egozi ("**Local Counsel**"), who is qualified to practice in this court, as local counsel for the Client(s).  I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client(s), and accept service of all papers served in such case and proceedings,

unless and until other local counsel is designated and accepted such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: July 31, 2023.

/s/ Shanna M. Kaminski
Shanna M. Kaminski Esq.
MICH. BAR NO. P74013
KAMINSKI LAW PLLC
P.O. Box 247
Grass Lake, Michigan 49240
Tel: (248) 462-7111
skaminski@kaminskilawpllc.com
*Attorney for Spin Capital and Joshua Lubin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2023, I electronically filed the foregoing with the

Clerk of the Court, which caused a copy to be served on those registered for CM/ECF service and

via US First Class Mail or electronic mail, as indicated, on the following:

*Via email*
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
acrane@furrcohen.com
jrigoli@furrcohen.com

*Via email*
Law Office of Nicole Testa Mehdipour, P.A.
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Nicole.Mehdipour@ntmlawfirm.com

*Via email*
Shanna M. Kaminski, Esq.
Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240
P: (248) 462-7111
skaminski@kaminskilawpllc.com