UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

EXCELL AUTO GROUP, INC.

                        Case No.: 22-12790-EPK

        Debtor.                      Chapter 7

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

           Plaintiff,

                        Adv. Pro. No. 23- 01132-EPK.

HI BAR CAPITAL, LLC, a New York limited liability
company, SPIN CAPITAL LLC a/k/a Spin Capital,
a New Jersey limited liability company,
SPFL, an unknown entity, YISROEL HERBST, an individual,
MORDI HERBST, an individual, and
JOSHUA LUBIN, an individual

           Defendant(s).

_____/

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac

Vice [ECF No. 10]  The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Shanna M. Kaminski ("**Visiting Attorney**") may appear before this court

*pro hac vice* as counsel for Spin Capital LLC and Joshua Lubin ("**Client**" or "**Clients**"), in this

case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of

Client, subject to the local rules of this court.  Visiting Attorney shall include the certification

required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("**Local Attorney**") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Bernard L. Egozi
> Egozi & Bennett, P.A.
> 2999 NE 191st St., Suite 407
> Aventura, FL 33180
> T: 305-931-3000
> Primary Email: begozi@egozilaw.com
> Secondary Email: gale@egozilaw.com
> Florida Bar No. 152544

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client(s).  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

# # #

2

Proposed Order Submitted By:

EGOZI & BENNETT, P.A.
*Attorneys for Plaintiff*
2999 NE 191st Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343

By: */s/ Bernard L. Egozi*
    Bernard L. Egozi
    Florida Bar No. 152544
    begozi@egozilaw.com

Copies Furnished To:

*Via email*
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
acrane@furrcohen.com
jrigoli@furrcohen.com

*Via email*
Law Office of Nicole Testa Mehdipour, P.A.
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Nicole.Mehdipour@ntmlawfirm.com

*Via email*
Shanna M. Kaminski, Esq.
Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240
P: (248) 462-7111
skaminski@kaminskilawpllc.com

*Local Attorney is directed to serve copies of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.*

3