UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.                           Case No.: 22-12790-EPK
                                                  Chapter 7

       Debtor.
_____/
NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group,
Inc.

         Plaintiff,

                                  Adv. Pro. No. 23-01132-EPK

v.

HI BAR CAPITAL, LLC, *et al.*,

         Defendants.

_____/

**PLAINTIFF, NICOLE TESTA MEHDIPOUR, CHAPTER 7 TRUSTEE'S
NOTICE OF DROPPING SPFL, AN UNKNOWN ENTITY, AND
<u>ABRAHAM GOBIOFF, AN INDIVIDUAL, WITHOUT PREJUDICE</u>**

Plaintiff, Nicole Testa Mehdipour, chapter 7 trustee of the estate of Excell Auto Group, Inc., by and through undersigned counsel, files this *Notice of Dropping SPFL, an unknown entity, and Abraham Gobioff, an individual, Without Prejudice* (the "**Notice**"). This Notice drops SPFL, an unknown entity, and Abraham Gobioff, an individual, as defendants in this Adversary Proceeding without prejudice to the Trustee bringing claims against SPFL or Abraham Gobioff in this adversary or any other proceeding.

1. This Notice is being filed to remove SPFL as a defendant in this adversary, as SPFL was named as a Defendant in the original complaint [Adv. ECF No. 1] but removed in the *First Amended Complaint* [Adv. ECF No. 15].

1

2.      This Notice is being filed to remove and correct any references and/or scrivener's errors contained in the *First Amended Complaint* (the "Amended Complaint") [Adv. ECF No. 15], to the extent that Abraham Gobioff may appear as a named party defendant in the Amended Complaint.

Respectfully submitted this 13th day of September 2023.

> FURR AND COHEN, P.A.
> *Special Counsel for Trustee*
> 2255 Glades Road, Suite 419A
> Boca Raton, FL 33431
> Telephone: (561) 395-0500
> Facsimile: (561) 338-7532
>
> By:   /s/ *Jason S. Rigoli*
>       Alan R. Crane, Esq.
>       Florida Bar No.: 0963836
>       E-mail: acrane@furrcohen.com
>       Jason S. Rigoli, Esq.
>       Florida Bar No.: 91990
>       E-mail: jrigoli@furrcohen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this adversary proceeding.

Dated: September 13, 2023

> By /s/ *Jason S. Rigoli*
>      Jason S. Rigoli