UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

        Case No.: 22-12790-EPK

    EXCELL AUTO GROUP, INC.        Chapter 7

        Debtor.

-------------------------------------------------------------------- /
NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.        Adv. Pro. No. 22-01132-EPK

        Plaintiff.

    -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

        Defendants.

------------------------------------------------------------------ /

## **MOTION TO APPEAR PRO HAC VICE**

I, Bernard L. Egozi ("**Movant**"), a member in good standing of the bar of the United States

District Court for the Southern District of Florida and qualified to practice in this court, request that

this court admit *pro hac vice* Jacob H. Nemon ("**Visiting Attorney**"), an attorney admitted to practice

and currently in good standing with the state bar in the states of New York and New Jersey, as well

as the following federal courts:  Eastern District of New York, Southern District of New York,

District of New Jersey and Second Circuit Court of Appeals, and is qualified to practice in this court,

who proposes to act as counsel for Josh Lubin and Spin Capital ("**Client**"), in the instant case, and

in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this court require a member in good standing of the bar of

the United States District Court for the Southern District of Florida and qualified to practice in this

court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The Declaration of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: September 28, 2023.

Respectfully Submitted,

/s/ *Bernard L. Egozi*

Bernard L. Egozi
Florida Bar No. 152544
begozi@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191st Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343

**Declaration of Proposed Visiting Attorney**

I, Jacob H. Nemon, am a member in good standing with the state bar in the states of New York and New Jersey, as well as the following federal courts:  Eastern District of New York, Southern District of New York, District of New Jersey and Second Circuit Court of Appeals, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.  I certify that I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Spin Capital LLC and Joshua Lubin ("Clients"). I designate Bernard L. Egozi ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Clients.  I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

September 26, 2023

CARTER LEDYARD & MILBURN LLP

By:  ___/s/ Jacob H. Nemon_____
     Jacob H. Nemon
28 Liberty Street, 41st Floor
New York, New York 10005
Tel. (212) 732-3200
Email nemon@clm.com

LF-44  (rev. 04/11/23)