**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:

EXCELL AUTO GROUP, INC.

    Debtor.                                                       Case No.: 22-12790-EPK
                                  Chapter 7

_____/

NICOLE TESTA MEHDIPUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

    Plaintiff,

v.                                                                          Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, a New York Limited Liability
Company, SPIN CAPITAL, LLC,  New Jersey
Limited Liability Company, YISROEL HERBST,
MORDECHAI DOV BER HERBST, AVRUMI LUBIN,
FRANKLIN CAPITAL FUNDING, LLC, a Delaware
Limited Liability Company, FRANKLIN CAPTIAL
GROUP, Michigan Limited Liability Company d/b/a
Wing Lake Capital

    Defendants.

_____/

## NOTICE OF APPEARANCE

Please take notice that MATTHEW P. LETO and the law firm of LETO LAW FIRM appear in this case as counsel for Defendants, HI-BAR CAPITAL, YISROEL HERBST, and MORDECAHI DOV BER HERBST. The undersigned counsel hereby requests that all pleadings, notices, correspondence, and papers be furnished to LETO LAW FIRM at the email address designated below:

| | **Primary E-mail Address** | **Secondary E-mail Address** |
|---|---|---|
| Matthew P. Leto | mleto@letolawfirm.com | kzelaya@letolawfirm.com |
| | | pleadings@letolawfirm.com |

Respectfully submitted,

LETO LAW FIRM
201 S. Biscayne Blvd.
Suite 2700
Miami, Florida 33131
Tel.    305-341-3155
Fax:    305-397-1168

*/s/ Matthew P. Leto*
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2023, we electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.

*/s/ Matthew P. Leto*
MATTHEW P. LETO