

**ORDERED in the Southern District of Florida on October 12, 2023.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

|  |  |
|---|---|
|  | Case No.: 22-12790-EPK |
| Debtor. | Chapter 7 |

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.                                                                 Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, a New York limited liability
company, SPIN CAPITAL LLC a/k/a Spin Capital,
a New Jersey limited liability company,
SPFL, an unknown entity, YISROEL HERBST, an individual,
MORDI HERBST, an individual, and
JOSHUA LUBIN, an individual

    Defendant(s).

_____/

LF-45 (rev. 12/01/16)                    Page 1 of 3

## <u>ORDER ADMITTING ATTORNEY PRO HAC</u> <u>VICE</u>

This matter came before the Court on August 30, 2023, on the Motion to Appear Pro Hac Vice [ECF No. 10]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Shanna M. Kaminski ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Spin Capital LLC and Joshua Lubin ("Clients") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Clients, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an

order admitting Visiting Attorney *pro hac vice.*

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Bernard L. Egozi
> Egozi & Bennett, P.A.
> 2999 NE 191st St., Suite 407
> Aventura, FL 33180
> Main Tel. No: 305-931-3000
> Direct Dial Tel. No: 305-931-9342
> Facsimile No. 305-931-9343
> Email: begozi@egozilaw.com
> Florida Bar No. 152544

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Clients. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

###

**Submitted by:** Bernard L. Egozi, Esq.

**Copy to:**    Shanna M. Kaminski, Esq.

Bernard L. Egozi shall serve a copy of this Order on all appropriate parties and shall file a certificate of service thereof.