# EXHIBIT B

7817882.1

NYSCEF - New York State Courts Electronic Filing (Live System)

*<< Return to Search Results*

**502846/2022 -** Kings County Supreme Court

Short Caption: **HI BAR CAPITAL, LLC v. EXCELL AUTO GROUP, INC. et al**
Case Type: **Commercial - Contract**
Case Status: **Disposed-Court Date/Application Pending**
eFiling Status: **Partial Participation Recorded**
Assigned Judge: **Larry D Martin**

E-mail Participating Parties

**Narrow By Options**

Document Type:  Please select...  ▼      Filed By:

Please select...  ▼

Motion Info:  Please select...  ▼      Filed Date:

⬚ 📅  thru  ⬚ 📅

Document Number:  ⬚

Display Document List with Motion Folders 📁

**Sort By:** Doc #  ▼

| # | Document | Filed By | Status |
|---|----------|----------|--------|
| 1 | SUMMONS + COMPLAINT | Zakharyayev, S. Filed: 01/28/2022 Received: 01/28/2022 | **Processed** Confirmation Notice |
| 2 | EXHIBIT(S)  - A *Copy of Merchant Agreement* *Redacted per 22 NYCRR §202.5(e)* | Zakharyayev, S. Filed: 01/28/2022 Received: 01/28/2022 | **Processed** Confirmation Notice |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Zakharyayev, S. Filed: 01/31/2022 Received: 01/31/2022 | **Processed** Confirmation Notice |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE *Affirmation of Additional Mailing* | Zakharyayev, S. Filed: 01/31/2022 Received: 01/31/2022 | **Processed** Confirmation Notice |
| 5 | AFFIRMATION *AFFIRMATION IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT PURSUANT TO CPLR 3215(i* | Zakharyayev, S. Filed: 02/17/2022 Received: 02/17/2022 | **Processed** Confirmation Notice |
| 6 | JUDGMENT - CLERK DEFAULT (PROPOSED) | | *Returned For Correction* |
| 7 | EXHIBIT(S)  - A *copy of the Settlement Stipulation* | Zakharyayev, S. Filed: 02/17/2022 Received: 02/17/2022 | **Processed** Confirmation Notice |
| 8 | AFFIRMATION *Affirmation of Non-Military Service* | Zakharyayev, S. Filed: 02/17/2022 Received: 02/17/2022 | **Processed** Confirmation Notice |
| 9 | *** DELETED *** | | |
| 10 | NOTICE OF APPEARANCE (PRE RJI) | Kloter, O. Filed: 02/24/2022 Received: 02/24/2022 | **Processed** Confirmation Notice |
| 11 | NOTICE OF APPEARANCE (PRE RJI) | Rastogi, S. Filed: 02/24/2022 Received: 02/24/2022 | **Processed** Confirmation Notice |
| 12 | NOTICE OF APPEARANCE (PRE RJI) | Kloter, O. Filed: 02/28/2022 Received: 02/28/2022 | **Processed** Confirmation Notice |
| 13 | NOTICE OF APPEARANCE (PRE RJI) *O/B/O Additional Defendants* | Rastogi, S. Filed: 02/28/2022 Received: 02/28/2022 | **Processed** Confirmation Notice |
| 14 | ANSWER *O/B/O All Named Defendants* | Kloter, O. Filed: 02/28/2022 Received: 02/28/2022 | **Processed** Confirmation Notice |
| 15 | NOTICE OF APPEARANCE (PRE RJI) | Wells, S. Filed: 03/07/2022 Received: 03/07/2022 | **Processed** Confirmation Notice |
| 16 | NOTICE OF MOTION  (Motion #1) | Wells, S. Filed: 03/07/2022 Received: 03/07/2022 | **Processed** Confirmation Notice Payment Receipt |
| 17 | RJI -RE: NOTICE OF MOTION  (Motion #1) | Wells, S. Filed: 03/07/2022 Received: 03/07/2022 | **Processed** Confirmation Notice Payment Receipt |
| 18 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION  (Motion #1) | Wells, S. Filed: 03/07/2022 Received: 03/07/2022 | **Processed** Confirmation Notice |
| 19 | EXHIBIT(S)  - A  (Motion #1) *Purchase Agreement* | Wells, S. Filed: 03/07/2022 Received: 03/07/2022 | **Processed** Confirmation Notice |
| 20 | EXHIBIT(S)  - B  (Motion #1) *Settlement Agreement* | Wells, S. Filed: 03/07/2022 Received: 03/07/2022 | **Processed** Confirmation Notice |
| 21 | EXHIBIT(S)  - C  (Motion #1) *Stipulation* | Wells, S. Filed: 03/07/2022 Received: 03/07/2022 | **Processed** Confirmation Notice |
| 22 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION  (Motion #1) | Wells, S. Filed: 03/07/2022 Received: 03/07/2022 | **Processed** Confirmation Notice |
| 23 | EXHIBIT(S)  - A  (Motion #1) | Wells, S. | **Processed** |

| | | | |
|---|---|---|---|
| | *Stipulation* | Filed: 03/07/2022<br>*Received: 03/07/2022* | Confirmation Notice |
| 24 | MEMORANDUM OF LAW IN SUPPORT  (Motion #1) | Wells, S.<br>Filed: 03/07/2022<br>*Received: 03/07/2022* | **Processed**<br>Confirmation Notice |
| 25 | MEMORANDUM OF LAW IN SUPPORT  (Motion #1) | Wells, S.<br>Filed: 03/07/2022<br>*Received: 03/07/2022* | **Processed**<br>Confirmation Notice |
| 26 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION  (Motion #1) | Wells, S.<br>Filed: 03/08/2022<br>*Received: 03/08/2022* | **Processed**<br>Confirmation Notice |
| 27 | EXHIBIT(S)  - 1  (Motion #1)<br>*Verified Complaint* | Wells, S.<br>Filed: 03/08/2022<br>*Received: 03/08/2022* | **Processed**<br>Confirmation Notice |
| 28 | EXHIBIT(S)  - 2  (Motion #1)<br>*Verified Answer* | Wells, S.<br>Filed: 03/08/2022<br>*Received: 03/08/2022* | **Processed**<br>Confirmation Notice |
| 29 | EXHIBIT(S)  - A<br>*Corrected Exhibit A to the Complaint* | Zakharyayev, S.<br>Filed: 03/11/2022<br>*Received: 03/11/2022* | **Processed**<br>Confirmation Notice |
| 30 | ANSWER WITH COUNTER-CLAIM(S)<br>*Amended Answer with Counterclaims* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 31 | EXHIBIT(S)  - 1<br>*First Agreement*<br>*Possible SSN Administratively Redacted*<br>**Redacted**  *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 32 | EXHIBIT(S)  - 2<br>*Balance Letter*<br>**Redacted**  *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 33 | EXHIBIT(S)  - 3<br>*Balance Transfer* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 34 | EXHIBIT(S)  - 4<br>*Second Agreement*<br>*Possible SSN Administratively Redacted*<br>**Redacted**  *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 35 | EXHIBIT(S)  - 5<br>*Third Agreement* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 36 | EXHIBIT(S)  - 6<br>*Unsigned Stipulation*<br>**Redacted**  *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 37 | THIRD PARTY SUMMONS/COMPLAINT | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 38 | EXHIBIT(S)  - 1<br>*First Agreement*<br>*Possible SSN Administratively Redacted*<br>**Redacted**  *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 39 | EXHIBIT(S)  - 2<br>*Balance Letter*<br>**Redacted**  *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 40 | EXHIBIT(S)  - 3<br>*Balance Transfer* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 41 | EXHIBIT(S)  - 4<br>*Second Agreement*<br>*Possible SSN Administratively Redacted*<br>**Redacted**  *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 42 | EXHIBIT(S)  - 5<br>*Third Agreement* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 43 | EXHIBIT(S)  - 6<br>*Unsigned Stipulation*<br>**Redacted**  *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 03/18/2022<br>*Received: 03/18/2022* | **Processed**<br>Confirmation Notice |
| 44 | AFFIRMATION/AFFIDAVIT OF SERVICE | Kloter, O.<br>Filed: 03/23/2022<br>*Received: 03/23/2022* | **Processed**<br>Confirmation Notice |
| 45 | NOTICE OF MOTION  (Motion #2) *Corrected*<br>*Notice of Motion to Dismiss Third-Party Complaint* | Picon, D.<br>Filed: 04/05/2022<br>*Received: 04/05/2022* | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 46 | MEMORANDUM OF LAW IN SUPPORT  (Motion #2)<br>*MEMORANDUM OF LAW IN SUPPORT OF SPIN CAPITAL LLC'S MOTION TO DISMISS VERIFIED THIRD-PARTY COMPLAINT* | Picon, D.<br>Filed: 04/05/2022<br>*Received: 04/05/2022* | **Processed**<br>Confirmation Notice |
| 47 | AFFIDAVIT OR AFFIRMATION IN SUPPORT  (Motion #2)<br>*AFFIRMATION OF DAVID A. PICON IN SUPPORT* | Picon, D.<br>Filed: 04/05/2022<br>*Received: 04/05/2022* | **Processed**<br>Confirmation Notice |

48  EXHIBIT(S) - A  (Motion #2)          Picon, D.            **Processed**
    *Third-Party Complaint*              Filed: 04/05/2022    Confirmation Notice
                                         *Received: 04/05/2022*

49  EXHIBIT(S) - B  (Motion #2)          Picon, D.            **Processed**
    *Exhibit 1 to Third-Party Complaint* Filed: 04/05/2022    Confirmation Notice
                                         *Received: 04/05/2022*

50  EXHIBIT(S) - C  (Motion #2)          Picon, D.            **Processed**
    *Exhibit 2 to Third-Party Complaint* Filed: 04/05/2022    Confirmation Notice
                                         *Received: 04/05/2022*

51  EXHIBIT(S) - D  (Motion #2)          Picon, D.            **Processed**
    *Exhibit 3 to Third-Party Complaint* Filed: 04/05/2022    Confirmation Notice
                                         *Received: 04/05/2022*

52  EXHIBIT(S) - E  (Motion #2)          Picon, D.            **Processed**
    *Exhibit 4 to Third-Party Complaint* Filed: 04/05/2022    Confirmation Notice
                                         *Received: 04/05/2022*

53  EXHIBIT(S) - F  (Motion #2)          Picon, D.            **Processed**
    *Exhibit 5 to Third-Party Complaint* Filed: 04/05/2022    Confirmation Notice
                                         *Received: 04/05/2022*

54  EXHIBIT(S) - G  (Motion #2)          Picon, D.            **Processed**
    *Exhibit 6 to Third-Party Complaint* Filed: 04/05/2022    Confirmation Notice
                                         *Received: 04/05/2022*

55  AFFIRMATION/AFFIDAVIT OF SERVICE     Morris, M.           **Processed**
    *Affirmation of Service of Motion to Dismiss*  Filed: 04/05/2022    Confirmation Notice
                                         *Received: 04/05/2022*

56  LETTER / CORRESPONDENCE TO JUDGE     Picon, D.            **Processed**
    *Letter from D. Picon to Honorable Lawrence Knipel*  Filed: 04/05/2022    Confirmation Notice
    *re Request for Transfer to Commercial Division*  *Received: 04/05/2022*

57  NOTICE OF MOTION  (Motion #3)        Wells, S.            **Processed**
                                         Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*   Payment Receipt

58  AFFIDAVIT OR AFFIRMATION IN SUPPORT OF   Wells, S.        **Processed**
    MOTION  (Motion #3)                  Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

59  EXHIBIT(S) - A  (Motion #3)          Wells, S.            **Processed**
    *Purchase Agreement*                 Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

60  EXHIBIT(S) - B  (Motion #3)          Wells, S.            **Processed**
    *Settlement Agreement*               Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

61  EXHIBIT(S) - C  (Motion #3)          Wells, S.            **Processed**
    *Stipulation*                        Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

62  AFFIDAVIT OR AFFIRMATION IN SUPPORT OF   Wells, S.        **Processed**
    MOTION  (Motion #3)                  Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

63  EXHIBIT(S) - 1  (Motion #3)          Wells, S.            **Processed**
    *Verified Complaint*                 Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

64  EXHIBIT(S) - 2  (Motion #3)          Wells, S.            **Processed**
    *Verified Answer*                    Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

65  EXHIBIT(S) - 3  (Motion #3)          Wells, S.            **Processed**
    *Affidavits of Service*              Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

66  EXHIBIT(S) - 4  (Motion #3)          Wells, S.            **Processed**
    *Amended Answer with Counterclaims*  Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

67  EXHIBIT(S) - 5  (Motion #3)          Wells, S.            **Processed**
    *Trial Court Decision - Champion Auto Sales LLC v.*  Filed: 04/06/2022    Confirmation Notice
    *Pearl Beta Funding LLC*             *Received: 04/06/2022*

68  EXHIBIT(S) - 6  (Motion #3)          Wells, S.            **Processed**
    *Trial Court Decision - Kennard Law PC v. High*  Filed: 04/06/2022    Confirmation Notice
    *Speed Capital LLC*                  *Received: 04/06/2022*

69  MEMORANDUM OF LAW IN SUPPORT  (Motion #3)   Wells, S.    **Processed**
    *of Plaintiff's Motion for Summary Judgment and to*  Filed: 04/06/2022    Confirmation Notice
    *Dismiss Counterclaims*              *Received: 04/06/2022*

70  STATEMENT OF MATERIAL FACTS  (Motion #3)   Wells, S.     **Processed**
                                         Filed: 04/06/2022    Confirmation Notice
                                         *Received: 04/06/2022*

71  ORDER TO SHOW CAUSE ( PROPOSED )     Wells, S.            **Processed**
                                         Filed: 04/12/2022    Confirmation Notice
                                         *Received: 04/12/2022*   Payment Receipt

72  AFFIDAVIT OR AFFIRMATION IN SUPPORT OF   Wells, S.        **Processed**
    PROPOSED OSC/EXPARTE APP             Filed: 04/12/2022    Confirmation Notice
                                         *Received: 04/12/2022*

73  EXHIBIT(S) - A                       Wells, S.            **Processed**
    *Initial Application for Default Judgment*  Filed: 04/12/2022    Confirmation Notice
                                         *Received: 04/12/2022*

74  EXHIBIT(S)  - B                              Wells, S.            **Processed**
     *Corrected Affirmation*                      Filed: 04/12/2022    Confirmation Notice
                                                  *Received: 04/12/2022*

75  EXHIBIT(S)  - C                              Wells, S.            **Processed**
     *Plaintiff's Memorandum of Law in Support of Motion*  Filed: 04/12/2022    Confirmation Notice
     *for Default Judgment*                        *Received: 04/12/2022*

74  EXHIBIT(S)  - B                              Wells, S.            **Processed**
     *Corrected Affirmation*                      Filed: 04/12/2022    Confirmation Notice
                                                  *Received: 04/12/2022*

75  EXHIBIT(S)  - C                              Wells, S.            **Processed**
     *Plaintiff's Memorandum of Law in Support of Motion*  Filed: 04/12/2022    Confirmation Notice

NYSCEF - New York State Courts Electronic Filing *(Live System)*

*<< Return to **Search Results***

## 502846/2022 - Kings County Supreme Court

Short Caption: **HI BAR CAPITAL, LLC v. EXCELL AUTO GROUP, INC. et al**
Case Type: **Commercial - Contract**
Case Status: **Disposed-Court Date/Application Pending**
eFiling Status: **Partial Participation Recorded**
Assigned Judge: **Larry D Martin**

E-mail Participating Parties

**Narrow By Options**

Document Type:  [Please select... ▾]     Filed By:

[Please select... ▾]

Motion Info:     [Please select... ▾]     Filed Date:

[▦]  thru  [▦]

Document Number: [____]

Display Document List with Motion Folders 📁

**Sort By:** [Doc # ▾]

| # | Document | Filed By | Status |
|---|----------|----------|--------|
| 76 | EXHIBIT(S) - D *Herbst Affidavit* | Wells, S. Filed: 04/12/2022 Received: 04/12/2022 | **Processed** Confirmation Notice |
| 77 | EXHIBIT(S) - E *Article No. 1* | Wells, S. Filed: 04/12/2022 Received: 04/12/2022 | **Processed** Confirmation Notice |
| 78 | EXHIBIT(S) - F *Article No. 2* | Wells, S. Filed: 04/12/2022 Received: 04/12/2022 | **Processed** Confirmation Notice |
| 79 | EXHIBIT(S) - G *Landlord Complaint* | Wells, S. Filed: 04/12/2022 Received: 04/12/2022 | **Processed** Confirmation Notice |
| 80 | EXHIBIT(S) - H *Financing Companies' Motion* | Wells, S. Filed: 04/12/2022 Received: 04/12/2022 | **Processed** Confirmation Notice |
| 81 | EXHIBIT(S) - I *Bankruptcy Petition* | Wells, S. Filed: 04/12/2022 Received: 04/12/2022 | **Processed** Confirmation Notice |
| 82 | MEMORANDUM OF LAW IN SUPPORT *of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction* | Wells, S. Filed: 04/12/2022 Received: 04/12/2022 | **Processed** Confirmation Notice |
| 83 | AFFIRMATION OF GOOD FAITH | Wells, S. Filed: 04/12/2022 Received: 04/12/2022 | **Processed** Confirmation Notice |
| 84 | EXHIBIT(S) - A *Email* | Wells, S. Filed: 04/12/2022 Received: 04/12/2022 | **Processed** Confirmation Notice |
| 85 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO ORDER TO SHOW CAUSE *Affidavit of Defendant Scott Zankl In Opposition* | Kloter, O. Filed: 04/13/2022 Received: 04/13/2022 | **Processed** Confirmation Notice |
| 86 | EXHIBIT(S) - A *Amended Answer, Affirmation & Counterclaims* | Kloter, O. Filed: 04/13/2022 Received: 04/13/2022 | **Processed** Confirmation Notice |
| 87 | EXHIBIT(S) - B *Spin Capital LLC Agreement* | Kloter, O. Filed: 04/13/2022 Received: 04/13/2022 | **Processed** Confirmation Notice |
| 88 | EXHIBIT(S) - C *Spin Capital LLC Balance Letter* | Kloter, O. Filed: 04/13/2022 Received: 04/13/2022 | **Processed** Confirmation Notice |
| 89 | EXHIBIT(S) - D *Hi Bar Capital LLC Agreement* | Kloter, O. Filed: 04/13/2022 Received: 04/13/2022 | **Processed** Confirmation Notice |
| 90 | MEMORANDUM OF LAW IN OPPOSITION | Kloter, O. Filed: 04/13/2022 Received: 04/13/2022 | **Processed** Confirmation Notice |
| 91 | AFFIRMATION *in Further Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunctio ... show more* | Wells, S. Filed: 04/14/2022 Received: 04/14/2022 | **Processed** Confirmation Notice |
| 92 | EXHIBIT(S) - 1 *Documents Filed by FVP* | Wells, S. Filed: 04/14/2022 Received: 04/14/2022 | **Processed** Confirmation Notice |
| 93 | AFFIRMATION *in Further Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunctio ... show more* | Wells, S. Filed: 04/14/2022 Received: 04/14/2022 | **Processed** Confirmation Notice |
| 94 | EXHIBIT(S) - 1 *Additional Documents filed by FVP* | Wells, S. Filed: 04/14/2022 Received: 04/14/2022 | **Processed** Confirmation Notice |
| 95 | ORDER - OTHER *Case O/R to IAS Part* | Court User Filed: 04/19/2022 Received: 04/19/2022 | **Processed** Confirmation Notice |
| 96 | AFFIRMATION *in Further Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction* | Wells, S. Filed: 04/20/2022 Received: 04/20/2022 | **Processed** Confirmation Notice |

| | | | |
|---|---|---|---|
| 97 | EXHIBIT(S) - 1<br>*Civil Theft Notice* | Wells, S.<br>Filed: 04/20/2022<br>*Received: 04/20/2022* | **Processed**<br>Confirmation Notice |
| 98 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #1)<br>*Affirmation of Owen A. Kloter, Esq. In Opposition To Plaintiff's Motion* | Kloter, O.<br>Filed: 08/10/2022<br>*Received: 08/10/2022* | **Processed**<br>Confirmation Notice |
| 99 | EXHIBIT(S) - 1 (Motion #1)<br>*Affidavit of Defendant Scott Zankl* | Kloter, O.<br>Filed: 08/10/2022<br>*Received: 08/10/2022* | **Processed**<br>Confirmation Notice |
| 100 | EXHIBIT(S) - 2 (Motion #1)<br>*Plaintiff's Summons and Complaint* | Kloter, O.<br>Filed: 08/10/2022<br>*Received: 08/10/2022* | **Processed**<br>Confirmation Notice |
| 101 | EXHIBIT(S) - 3 (Motion #1)<br>*Defendants' Answer And Affirmative Defenses Filed February 28, 2022* | Kloter, O.<br>Filed: 08/10/2022<br>*Received: 08/10/2022* | **Processed**<br>Confirmation Notice |
| 102 | EXHIBIT(S) - 4 (Motion #1)<br>*Defendants' Amended Answer And Affirmative Defenses Filed March 18, 2022* | Kloter, O.<br>Filed: 08/10/2022<br>*Received: 08/10/2022* | **Processed**<br>Confirmation Notice |
| 103 | EXHIBIT(S) - 5 (Motion #1)<br>*Florida Department of State Corporate Filings Showing Numerous Defendants Dissolved Prior To Relevan ... show more* | Kloter, O.<br>Filed: 08/10/2022<br>*Received: 08/10/2022* | **Processed**<br>Confirmation Notice |
| 104 | MEMORANDUM OF LAW IN OPPOSITION (Motion #1) | Kloter, O.<br>Filed: 08/10/2022<br>*Received: 08/10/2022* | **Processed**<br>Confirmation Notice |
| 105 | MEMORANDUM OF LAW IN REPLY (Motion #1)<br>*and in Further Support of Plaintiff's Motion for Default Judgment and to Strike Defendants' Answer* | Wells, S.<br>Filed: 08/15/2022<br>*Received: 08/15/2022* | **Processed**<br>Confirmation Notice |
| 106 | LETTER / CORRESPONDENCE TO JUDGE | Wells, S.<br>Filed: 08/29/2022<br>*Received: 08/29/2022* | *** Pending ***<br>Confirmation Notice |
| 107 | LETTER / CORRESPONDENCE TO JUDGE (Motion #2) | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 108 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #3)<br>*Affidavit of Scott Zankl In Opposition to Plaintiff's Motion* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 109 | EXHIBIT(S) - 1 (Motion #3)<br>*First Agreement*<br>**Redacted** *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 110 | EXHIBIT(S) - 2 (Motion #3)<br>*Balance Letter*<br>**Redacted** *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 111 | EXHIBIT(S) - 3 (Motion #3)<br>*Balance Transfer* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 112 | EXHIBIT(S) - 4 (Motion #3)<br>*Second Agreement*<br>**Redacted** *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 113 | EXHIBIT(S) - 5 (Motion #3)<br>*Third Agreement*<br>**Redacted** *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 114 | EXHIBIT(S) - 6 (Motion #3)<br>*Unsigned Stipulation*<br>**Redacted** *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 115 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #3)<br>*Affirmation of Owen A. Kloter, Esq. in Opposition to Motion* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 116 | EXHIBIT(S) - A (Motion #3)<br>*Complaint & Exhibits* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 117 | EXHIBIT(S) - B (Motion #3)<br>*Amended Answer, Counterclaims & Exhibits*<br>**Redacted** *per 22 NYCRR §202.5(e)* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 118 | EXHIBIT(S) - C (Motion #3)<br>*First Notice For Discovery & Inspection to Plaintiff* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 119 | EXHIBIT(S) - D (Motion #3)<br>*First Interrogatories To Plaintiff* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 120 | EXHIBIT(S) - E (Motion #3)<br>*Deposition Notice to Plaintiff* | Kloter, O.<br>Filed: 09/14/2022<br>*Received: 09/14/2022* | **Processed**<br>Confirmation Notice |
| 121 | STATEMENT OF MATERIAL FACTS (Motion #3)<br>*Defendants' Response and Counterstatement of* | Kloter, O.<br>Filed: 09/14/2022 | **Processed**<br>Confirmation Notice |

*Material Facts* | *Received: 09/14/2022*

122 MEMORANDUM OF LAW IN OPPOSITION (Motion #3) | Kloter, O. | **Processed**
Filed: 09/14/2022 | Confirmation Notice
Received: 09/14/2022

123 AFFIRMATION (Motion #3) | Wells, S. | **Processed**
*Affirmation of Steven W. Wells* | Filed: 09/19/2022 | Confirmation Notice
Received: 09/19/2022

124 EXHIBIT(S) - 1 (Motion #3) | Wells, S. | **Processed**
*Spartan Decision and Order* | Filed: 09/19/2022 | Confirmation Notice
Received: 09/19/2022

125 EXHIBIT(S) - 2 (Motion #3) | Wells, S. | **Processed**
*Royal Decision and Order* | Filed: 09/19/2022 | Confirmation Notice
Received: 09/19/2022

126 EXHIBIT(S) - 3 (Motion #3) | Wells, S. | **Processed**
*Kodiak Decision and Order* | Filed: 09/19/2022 | Confirmation Notice
Received: 09/19/2022

127 EXHIBIT(S) - 4 (Motion #3) | Wells, S. | **Processed**
*Fox Decision and Order* | Filed: 09/19/2022 | Confirmation Notice
Received: 09/19/2022

128 EXHIBIT(S) - 5 (Motion #3) | Wells, S. | **Processed**
*West Wolf Decision and Order* | Filed: 09/19/2022 | Confirmation Notice
Received: 09/19/2022

129 EXHIBIT(S) - 6 (Motion #3) | Wells, S. | **Processed**
*National Risk Hearing Transcript* | Filed: 09/19/2022 | Confirmation Notice
Received: 09/19/2022

130 EXHIBIT(S) - 7 (Motion #3) | Wells, S. | **Processed**
*Vernon Decision and Order* | Filed: 09/19/2022 | Confirmation Notice
Received: 09/19/2022

131 MEMORANDUM OF LAW IN REPLY (Motion #3) | Wells, S. | **Processed**
*Plaintiff's Reply Memorandum of Law* | Filed: 09/19/2022 | Confirmation Notice
Received: 09/19/2022

132 NOTICE | Court User | **Processed**
*Part 83 Rules -- Motion Day Team's Link* | Filed: 10/25/2022 | Confirmation Notice
Received: 10/25/2022

133 STIPULATION - DISCONTINUANCE (POST RJI) | Wells, S. | **Processed**
Filed: 10/26/2022 | Confirmation Notice
Received: 10/26/2022 | Payment Receipt

134 ORDER - TRANSFER | Court User | **Processed**
*REASSIGN IAS PART* | Filed: 11/01/2022 | Confirmation Notice
Received: 11/01/2022

135 AFFIRMATION (Motion #3) | Wells, S. | **Processed**
*Supplemental Affirmation of Steven Zakharyayev, Esq.* | Filed: 11/17/2022 | Confirmation Notice
Received: 11/17/2022

136 EXHIBIT(S) - A (Motion #3) | Wells, S. | **Processed**
*Stipulation of Settlement* | Filed: 11/17/2022 | Confirmation Notice
Received: 11/17/2022

137 EXHIBIT(S) - B (Motion #3) | Wells, S. | **Processed**
*Docusign Certificate of Completion* | Filed: 11/17/2022 | Confirmation Notice
Received: 11/17/2022

138 ORDER TO SHOW CAUSE ( PROPOSED ) | Kloter, O. | **Processed**
*Re. Motion to Withdraw As Counsel* | Filed: 01/05/2023 | Confirmation Notice
Received: 01/05/2023 | Payment Receipt

139 AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP | Kloter, O. | **Processed**
*of Owen A. Kloter, Esq., In Support of Motion to Withdraw As Counsel fo Record* | Filed: 01/05/2023 | Confirmation Notice
Received: 01/05/2023

140 ORDER TO SHOW CAUSE-SIGNED (Motion #4) | Court User | **Processed**
Filed: 01/06/2023 | Confirmation Notice
Received: 01/06/2023

141 AFFIRMATION/AFFIDAVIT OF SERVICE | Kloter, O. | **Processed**
*Upon Scott Zankl - 1001 Clint Moore Road* | Filed: 01/12/2023 | Confirmation Notice
Received: 01/12/2023

142 AFFIRMATION/AFFIDAVIT OF SERVICE | Kloter, O. | **Processed**
*Upon Scott Zankl - 6937 Pierre Circle* | Filed: 01/12/2023 | Confirmation Notice
Received: 01/12/2023

143 AFFIRMATION/AFFIDAVIT OF SERVICE | Kloter, O. | **Processed**
*Upon Scott Zankl - 6454 E Rogers Circle* | Filed: 01/12/2023 | Confirmation Notice
Received: 01/12/2023

144 AFFIRMATION/AFFIDAVIT OF SERVICE | Kloter, O. | **Processed**
*Upon Scott Zankl - E-mail* | Filed: 01/12/2023 | Confirmation Notice
Received: 01/12/2023

145 AFFIRMATION/AFFIDAVIT OF SERVICE | Kloter, O. | **Processed**
*Upon Steven W. Wells, Esq. - E-mail* | Filed: 01/12/2023 | Confirmation Notice
Received: 01/12/2023

146 AFFIRMATION/AFFIDAVIT OF SERVICE | Kloter, O. | **Processed**
*Upon David A. Picon, Esq. - E-mail* | Filed: 01/12/2023 | Confirmation Notice
Received: 01/12/2023

147 ORDER - OTHER (Motion #1) | Court User | **Processed**

*Decision and Order dtd 1/12/2023*                    Filed: 01/13/2023              Confirmation Notice
                                                       *Received: 01/13/2023*

148  ORDER - OTHER  (Motion #2)                        Court User                    **Processed**
     *Decision and Order dtd 1/12/2023*                Filed: 01/13/2023              Confirmation Notice
                                                       *Received: 01/13/2023*

149  ORDER - OTHER  (Motion #3)                        Court User                    **Processed**
     *Decision and Order dtd 1/12/2023*                Filed: 01/13/2023              Confirmation Notice
                                                       *Received: 01/13/2023*

150  AFFIRMATION/AFFIDAVIT OF SERVICE                  Kloter, O.                    **Processed**
     *Upon Steven W. Wells, Esq. - Overnight Delivery* Filed: 01/13/2023             Confirmation Notice
                                                       *Received: 01/13/2023*

NYSCEF - New York State Courts Electronic Filing (Live System)

*<< Return to Search Results*

## 502846/2022 - Kings County Supreme Court

Short Caption: **HI BAR CAPITAL, LLC v. EXCELL AUTO GROUP, INC. et al**
Case Type: **Commercial - Contract**
Case Status: **Disposed-Court Date/Application Pending**
eFiling Status: **Partial Participation Recorded**
Assigned Judge: **Larry D Martin**

E-mail Participating Parties

**Narrow By Options**

Document Type:  [Please select... ▾]      Filed By:

[Please select... ▾]

Motion Info:      [Please select... ▾]      Filed Date:

[□📅]  thru  [□📅]

Document Number: [_____]

Display Document List with Motion Folders 📁

---

**Sort By:** [Doc # ▾]

| # | Document | Filed By | Status |
|---|---|---|---|
| 151 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*Upon David A. Picon, Esq. - Overnight Delivery* | Kloter, O.<br>Filed: 01/13/2023<br>*Received: 01/13/2023* | **Processed**<br>Confirmation Notice |
| 152 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*Upon Nicole Testa Medhipour, Esq., U.S. Bankrupty Trustee* | Kloter, O.<br>Filed: 01/17/2023<br>*Received: 01/17/2023* | **Processed**<br>Confirmation Notice |
| 153 | NOTICE OF MOTION (Motion #5) *Corrected*<br>*to Reargue* | Wells, S.<br>Filed: 02/10/2023<br>*Received: 02/14/2023* | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 154 | MEMORANDUM OF LAW IN SUPPORT (Motion #5)<br>*of Plaintiff's Motion to Reargue* | Wells, S.<br>Filed: 02/10/2023<br>*Received: 02/10/2023* | **Processed**<br>Confirmation Notice |
| 155 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #5) | Wells, S.<br>Filed: 02/14/2023<br>*Received: 02/14/2023* | **Processed**<br>Confirmation Notice |
| 156 | ORDER - OTHER (Motion #4)<br>*Decision and Order dtd 2/16/2023* | Court User<br>Filed: 02/16/2023<br>*Received: 02/16/2023* | **Processed**<br>Confirmation Notice |
| 157 | NOTICE OF ENTRY (Motion #4) | Kloter, O.<br>Filed: 02/16/2023<br>*Received: 02/16/2023* | **Processed**<br>Confirmation Notice |
| 158 | AFFIRMATION/AFFIDAVIT OF SERVICE | Kloter, O.<br>Filed: 02/22/2023<br>*Received: 02/22/2023* | **Processed**<br>Confirmation Notice |
| 159 | ORDER - OTHER<br>*dtd 3/16/2023* | Court User<br>Filed: 03/17/2023<br>*Received: 03/17/2023* | **Processed**<br>Confirmation Notice |
| 160 | ADJOURNMENT OF MOTION -REQUEST (Motion #5)<br>*Adjournment Request* | Baumwoll, D.<br>Filed: 03/31/2023<br>*Received: 03/31/2023* | **Processed**<br>Confirmation Notice |
| 161 | STIPULATION - ADJOURNMENT OF MOTION (Motion #5)<br>*Stipulation Extending Time to Oppose and Return Date* | Baumwoll, D.<br>Filed: 04/03/2023<br>*Received: 04/03/2023* | **Processed**<br>Confirmation Notice |
| 162 | NOTICE OF ENTRY (Motion #3) | Wells, S.<br>Filed: 04/06/2023<br>*Received: 04/06/2023* | **Processed**<br>Confirmation Notice |
| 163 | ORDER - OTHER<br>*dtd 4/13/2023* | Court User<br>Filed: 04/14/2023<br>*Received: 04/14/2023* | **Processed**<br>Confirmation Notice |
| 164 | MEMORANDUM OF LAW IN OPPOSITION (Motion #3)<br>*Memorandum of Law in Opposition to Plaintiff's Motion to Reargue* | Baumwoll, D.<br>Filed: 04/17/2023<br>*Received: 04/17/2023* | **Processed**<br>Confirmation Notice |
| 165 | NOTICE OF CROSS-MOTION (Motion #6) *Corrected*<br>*Notice of Cross-Motion* | Baumwoll, D.<br>Filed: 04/17/2023<br>*Received: 04/18/2023* | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 166 | MEMORANDUM OF LAW IN SUPPORT (Motion #3) | Baumwoll, D.<br>Filed: 04/17/2023<br>*Received: 04/17/2023* | **Processed**<br>Confirmation Notice |
| 167 | NOTICE OF ENTRY (Motion #3) | Baumwoll, D.<br>Filed: 04/24/2023<br>*Received: 04/24/2023* | **Processed**<br>Confirmation Notice |
| 168 | JUDGMENT -TO COUNTY CLERK (PROPOSED) (Motion #3) | | *Returned For Correction* |
| 169 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #3)<br>*AFFIRMATION OF SERVICE* | Baumwoll, D.<br>Filed: 04/26/2023<br>*Received: 04/26/2023* | **Processed**<br>Confirmation Notice |
| 170 | EXHIBIT(S) - A (Motion #3)<br>*E-MAIL SERVICE OF NOTICE OF ENTRY* | Baumwoll, D.<br>Filed: 04/26/2023<br>*Received: 04/26/2023* | **Processed**<br>Confirmation Notice |
| 171 | EXHIBIT(S) - B (Motion #3)<br>*USPS TRACKING NUMBER FOR NOTICE OF ENTRY* | Baumwoll, D.<br>Filed: 04/26/2023<br>*Received: 04/26/2023* | **Processed**<br>Confirmation Notice |
| 172 | EXHIBIT(S) - C (Motion #3) | Baumwoll, D. | **Processed** |

*FILING WITH COUNTY CLERK*                           Filed: 04/26/2023        Confirmation Notice
                                                     Received: 04/26/2023

173  NOTICE OF APPEAL/INFORMATIONAL          Baumwoll, D.         **Processed**
     STATEMENT/COPY OF ORDER/PROOF OF SERVICE  Filed: 04/26/2023    Confirmation Notice
     (Motion #3)                              Received: 04/26/2023   Payment Receipt
     *NOTICE OF APPEAL/INFORMATIONAL*
     *STATEMENT/COPY OF ORDER*

174  MEMORANDUM OF LAW IN OPPOSITION (Motion  Wells, S.          **Processed**
     #6)                                      Filed: 05/03/2023    Confirmation Notice
     *to Defendants' Cross-Motion to Reargue*  Received: 05/03/2023

175  MEMORANDUM OF LAW IN REPLY (Motion #5)   Wells, S.          **Processed**
     *and in Further Support of Plaintiff's Motion to*  Filed: 05/03/2023   Confirmation Notice
     *Reargue*                                Received: 05/03/2023

176  MEMORANDUM OF LAW IN REPLY (Motion #6)   Baumwoll, D.       **Processed**
     *Memorandum of Law in Reply*             Filed: 05/10/2023    Confirmation Notice
                                              Received: 05/10/2023

177  DECISION + ORDER ON MOTION (Motion #5)   Court User         **Processed**
     *Order dated 5/11/23*                    Filed: 05/12/2023    Confirmation Notice
                                              Received: 05/12/2023

178  DECISION + ORDER ON MOTION (Motion #6)   Court User         **Processed**
     *Order dated 5/11/23*                    Filed: 05/12/2023    Confirmation Notice
                                              Received: 05/12/2023

179  NOTICE OF ENTRY (Motion #5)             Wells, S.          **Processed**
                                              Filed: 05/12/2023    Confirmation Notice
                                              Received: 05/12/2023

180  NOTICE OF ENTRY (Motion #6)             Wells, S.          **Processed**
                                              Filed: 05/15/2023    Confirmation Notice
                                              Received: 05/15/2023

181  BILL OF COSTS                           Wells, S.          **Processed**
                                              Filed: 06/01/2023    Confirmation Notice
                                              Received: 06/01/2023

182  NOTICE OF SETTLEMENT W/PROPOSED          Wells, S.          **Processed**
     JDGMT/COUNTER JDGMT                      Filed: 06/01/2023    Confirmation Notice
                                              Received: 06/01/2023

183  AFFIDAVIT                               Wells, S.          **Processed**
     *of Yisroel Herbst in Support of Judgment*  Filed: 06/01/2023   Confirmation Notice
                                              Received: 06/01/2023

184  EXHIBIT(S)  - A                         Wells, S.          **Processed**
     *Itemized Invoices*                      Filed: 06/01/2023    Confirmation Notice
                                              Received: 06/01/2023

185  NOTICE OF APPEAL/INFORMATIONAL          Baumwoll, D.       **Processed**
     STATEMENT/COPY OF ORDER/PROOF OF SERVICE  Filed: 06/07/2023    Confirmation Notice
     (Motion #3)                              Received: 06/07/2023   Payment Receipt
     *Notice of Appeal/Information Statement/Copy of*
     *Order*

186  *** DELETED ***

187  MEMORANDUM OF LAW (Motion #3)                                *Returned For*
                                                                  *Correction*

188  *** DELETED ***

189  MEMORANDUM OF LAW (Motion #5)                                *Returned For*
                                                                  *Correction*

190  NOTICE OF MOTION (Motion #7)            Baumwoll, D.       **Processed**
     *Notice of Motion for Reargument*        Filed: 06/08/2023    Confirmation Notice
                                              Received: 06/08/2023   Payment Receipt

191  MEMORANDUM OF LAW (Motion #7)           Baumwoll, D.       **Processed**
     *Memorandum of Law in Support of Motion for*  Filed: 06/08/2023   Confirmation Notice
     *Reargument as the Defendants' Usury Defense*  Received: 06/08/2023

192  LETTER / CORRESPONDENCE TO JUDGE         Baumwoll, D.       *** *Pending* ***
     *Letter to Court Regarding Motion for Stay*  Filed: 06/16/2023   Confirmation Notice
                                              Received: 06/16/2023

193  LETTER / CORRESPONDENCE TO JUDGE         Wells, S.          *** *Pending* ***
     *regarding Stay of NY Judgment*          Filed: 06/19/2023    Confirmation Notice
                                              Received: 06/19/2023

194  EXHIBIT(S)  - 1                         Wells, S.          **Processed**
     *to Letter to the Hon. Reginald A. Boddie*  Filed: 06/19/2023   Confirmation Notice
     Possible SSN Administratively Redacted   Received: 06/19/2023

195  LETTER / CORRESPONDENCE TO JUDGE         Baumwoll, D.       *** *Pending* ***
     *Letter to the Court Requesting Stay*    Filed: 06/20/2023    Confirmation Notice
                                              Received: 06/20/2023

196  LETTER / CORRESPONDENCE TO JUDGE         Wells, S.          *** *Pending* ***
     *Plaintiff's Letter Response to Request for Stay*  Filed: 06/22/2023   Confirmation Notice
                                              Received: 06/22/2023

197  MEMORANDUM OF LAW IN OPPOSITION (Motion  Wells, S.          **Processed**
     #7)                                      Filed: 07/13/2023    Confirmation Notice
     *to Defendants' Motion to Reargue*       Received: 07/13/2023

198  AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO  Wells, S.        **Processed**
     MOTION (Motion #7)                       Filed: 07/13/2023    Confirmation Notice
     *Steven W. Wells, Esq.*                  Received: 07/13/2023

199 EXHIBIT(S) - 1  (Motion #7)
*Federal Court Complaint*

Wells, S.
Filed: 07/13/2023
*Received: 07/13/2023*

**Processed**
Confirmation Notice

200 EXHIBIT(S) - 2  (Motion #7)
*Spin Letter to Defendants' Counsel*

Wells, S.
Filed: 07/13/2023
*Received: 07/13/2023*

**Processed**
Confirmation Notice

201 EXHIBIT(S) - 3  (Motion #7)
*Order Granting Motion to Stay*

Wells, S.
Filed: 07/13/2023
*Received: 07/13/2023*

**Processed**
Confirmation Notice

202 NOTICE OF CROSS-MOTION  (Motion #8)
*for Sanctions*

Wells, S.
Filed: 07/13/2023
*Received: 07/13/2023*

**Processed**
Confirmation Notice
Payment Receipt

203 MEMORANDUM OF LAW IN SUPPORT  (Motion #8)
*of Plaintiff's Cross-Motion for Sanctions*

Wells, S.
Filed: 07/13/2023
*Received: 07/13/2023*

**Processed**
Confirmation Notice

204 AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION  (Motion #8)
*Steven W. Wells, Esq.*

Wells, S.
Filed: 07/13/2023
*Received: 07/13/2023*

**Processed**
Confirmation Notice

205 EXHIBIT(S) - 1  (Motion #8)
*Federal Court Complaint*

Wells, S.
Filed: 07/13/2023
*Received: 07/13/2023*

**Processed**
Confirmation Notice

206 EXHIBIT(S) - 2  (Motion #8)
*Spin Letter to Defendants' Counsel*

Wells, S.
Filed: 07/13/2023
*Received: 07/13/2023*

**Processed**
Confirmation Notice

207 EXHIBIT(S) - 3  (Motion #8)
*Order Granting Motion to Stay*

Wells, S.
Filed: 07/13/2023
*Received: 07/13/2023*

**Processed**
Confirmation Notice

208 STIPULATION - OTHER  (Motion #7)
*Request for Oral Argument*

Wells, S.
Filed: 07/18/2023
*Received: 07/18/2023*

**Processed**
Confirmation Notice

209 MEMORANDUM OF LAW IN REPLY  (Motion #7)
*Memorandum of Law in Reply*

Baumwoll, D.
Filed: 08/03/2023
*Received: 08/03/2023*

**Processed**
Confirmation Notice

210 MEMORANDUM OF LAW IN OPPOSITION  (Motion #8)
*Memorandum of Law in Opposition to Cross-Motion for Sanctions*

Baumwoll, D.
Filed: 08/03/2023
*Received: 08/03/2023*

**Processed**
Confirmation Notice

211 AFFIRMATION  (Motion #8)
*Affirmation of David E. Baumwoll*

Baumwoll, D.
Filed: 08/03/2023
*Received: 08/03/2023*

**Processed**
Confirmation Notice

212 ORDER - OTHER  (Motion #7)
*dtd 8/10/2023*

Court User
Filed: 08/10/2023
*Received: 08/10/2023*

**Processed**
Confirmation Notice

213 NOTICE OF ENTRY  (Motion #7)

Wells, S.
Filed: 08/11/2023
*Received: 08/11/2023*

**Processed**
Confirmation Notice

214 NOTICE OF APPEAL/INFORMATIONAL STATEMENT/COPY OF ORDER/PROOF OF SERVICE  (Motion #7)
*Notice of Appeal/Informational Statement/Copy of Order*

Baumwoll, D.
Filed: 09/01/2023
*Received: 09/01/2023*

*** Pending ***
Confirmation Notice
Payment Receipt

215 JUDGMENT - SIGNED BY COURT TO COUNTY CLERK

Court User
Filed: 09/14/2023
*Received: 09/13/2023*

**Processed**

216 JUDGMENT
*DTD 9/13/23*

Court User
Filed: 09/14/2023
*Received: 09/14/2023*

**Processed**
Confirmation Notice