# EXHIBIT C

7817882.1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

HI BAR CAPITAL, LLC,

               *Plaintiff,*

    -against-

EXCELL AUTO GROUP, INC.; KARMA OF
PALM BEACH INC.; AUTOMOTIVE SERVICE
SYSTEMS, INC.; KZ CONSULTANTS, INC.;
MISS KRISS, LLC; EXCELL AUTO LEASING INC.;
EXCELL AUTO WHOLESALE INC.; DEALER
SOUQ USA LLC; EAG WHOLESALE LLC;
KARMA OF BROWARD, INC.; LAVISH HERO FUND;
KARMA OF PALM BEACH, INC.; APPLE 3
INVESTMENTS, INC.; KZ CONSULTANTS INC.;
EXCELL AUTO SPORT AND SERVICE, INC.;
KRISTIN ZANKL and SCOTT THOMAS ZANKL,

               *Defendants.*

Index No.:

**SUMMONS**

---

To the above-named Defendant(s):

    YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney an answer to the complaint in this action within twenty days after the service of this summons, exclusive of the day of service, or within thirty days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the annexed complaint.

    Plaintiff designates KINGS County as the place of trial. The basis of the venue is designated in the Agreement between the parties.

Case 23-01132-EPK   Doc 27-3   Filed 10/16/23   Page 3 of 9

Dated:  January 27, 2022
         New York, NY

**THE LAW OFFICES OF STEVEN ZAKHARYAYEV**
Attorneys for Plaintiff


By: /s/*Steven Zakharyayev*
Steven Zakharyayev
10 West 37th Street, Room 602
New York, New York 10018
(201) 716-0681

TO DEFENDANT(S):

EXCELL AUTO GROUP, INC.
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

KARMA OF PALM BEACH INC
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

AUTOMOTIVE SERVICE SYSTEMS, INC.
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

KZ CONSULTANTS, INC.
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

MISS KRIS, LLC
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

EXCELL AUTO LEASING INC
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

EXCELL AUTO WHOLESALE INC.
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

DEALER SOUQ USA LLC
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

EAG WHOLESALE LLC
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

KARMA OF BROWARD, INC.
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

LAVISH HERO FUND INC
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

KARM OF PALM BEACH, INC.
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

APPLE 3 INVESTMENTS, INC.
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

KZ CONSULTANTS INC.
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

EXCELL AUTO SPORT AND SERVICE, INC.
1001 CLINT MOORE ROAD #101, BOCA RATON, FL 3487

KRISTEN ZANKL,
16937 PIERRE CIR, DELRAY BEACH, FL 33446-33693

SCOTT THOMAS ZANKL
16937 PIERRE CIR, DELRAY BEACH, FL 33446-33693

7

Case 23-01132-EPK   Doc 27-3   Filed 10/16/23   Page 5 of 9

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

_____

HI BAR CAPITAL, LLC,

               *Plaintiff,*

    -against-

EXCELL AUTO GROUP, INC.; KARMA OF
PALM BEACH INC.; AUTOMOTIVE SERVICE
SYSTEMS, INC.; KZ CONSULTANTS, INC.;
MISS KRISS, LLC; EXCELL AUTO LEASING INC.;
EXCELL AUTO WHOLESALE INC.; DEALER
SOUQ USA LLC; EAG WHOLESALE LLC;
KARMA OF BROWARD, INC.; LAVISH HERO FUND;
KARMA OF PALM BEACH, INC.; APPLE 3
INVESTMENTS, INC.; KZ CONSULTANTS INC.;
EXCELL AUTO SPORT AND SERVICE, INC.;
KRISTIN ZANKL and SCOTT THOMAS ZANKL,

               *Defendants.*

_____

Index No.:

**VERIFIED COMPLAINT**

       Plaintiff HI BAR CAPITAL, LLC, by its undersigned attorneys, as and for its Complaintagainst defendants EXCELL AUTO GROUP, INC.; KARMA OF PALM BEACH INC; AUTOMOTIVE SERVICE SYSTEMS, INC.; KZ CONSULTANTS, INC.; MISS KRIS, LLC;EXCELL AUTO LEASING INC; EXCELL AUTO WHOLESALE INC.; DEALER SOUQ USA LLC; EAG WHOLESALE LLC; KARMA OF BROWARD, INC.; LAVISH HERO FUND INC.; KARM OF PALM BEACH, INC.; APPLE 3 INVESTMENTS, INC.; KZ CONSULTANTS INC.; EXCELL AUTO SPORT AND SERVICE, INC.; and KRISTEN ZANKL, SCOTT THOMAS ZANKL alleges as follows:

<u>**THE PARTIES**</u>

    1.     Plaintiff HI BAR CAPITAL, LLC ("Plaintiff") is a New York limited liability company.

7

2.      Defendant EXCELL AUTO GROUP, INC. is a Florida corporation.

3.      Defendant KARMA OF PALM BEACH INC is a Florida corporation.

4.      Defendant AUTOMOTIVE SERVICE SYSTEMS, INC. is a Florida corporation.

5.      Defendant KZ CONSULTANTS, INC. is a Florida corporation.

6.      Defendant MISS KRIS, LLC is a Florida company.

7.      Defendant EXCELL AUTO LEASING INC. is a Florida corporation.

8.      Defendant EXCELL AUTO WHOLESALE INC. is aFlorida corporation.

9.      Defendant DEALER SOUQ USA LLC is a Florida limited liability company.

10.     Defendant EAG WHOLESALE LLC is a Florida company.

11.     Defendant KARMA OF BROWARD, INC. is a Florida corporation.

12.     Defendant LAVISH HERO FUND INC. is a Florida corporation.

13.     Defendant KARMA OF PALM BEACH, INC. is a Florida corporation.

14.     Defendant APPLE 3 INVESTMENTS, INC. is a Florida corporation.

15.     Defendant KZ CONSULTANTS INC. is a Florida corporation.

16.     Defendant EXCELL AUTO SPORT AND SERVICE, INC.

17.     Defendant KRISTEN ZANKL is an individual residing inthe State of Florida and upon information and belief is a principal of defendant-seller.

18.     Defendant SCOTT THOMAS ZANKL (the entities and persons listed in paragraphs 2 through 18 above shall be collectively referred to herein as the "Defendants") is an individual residing in the State of Florida and upon information and belief is a principal of the entity Defendants.

7

## JURISDICTION AND VENUE

19.     This Court has jurisdiction over the defendants pursuant to CPLR § 301 based upon the provisions of Settlement Agreement between the parties upon which this action is based.

20.     Venue is appropriate in this Court pursuant to CPLR § 501 based upon the provisions the Settlement Agreement.

## FACTS

21.     By Settlement Agreement (the "Settlement Agreement"), dated December 19, 2021, Plaintiff and Defendants resolved outstanding claims arising from the purchase and sale of Defendants' future accounts receivable to Plaintiff.

22.     On December 19, 2021, Plaintiff and Defendants entered into a Settlement Agreement (the "Settlement Agreement") pursuant to which Defendants agreed to pay the sum of $4,016,820 (the "Settlement Amount") to Plaintiff pursuant to the payment schedule set forth in Section 1 of the Settlement Agreement.  A copy of the Settlement Agreement is attached as **Exhibit A**.

23.     Defendants made the first two payments of $200,000 each, for a total of $400,000, but failed to make any payments thereafter, leaving an outstanding balance owed on the Settlement Amount of $3,616,820 (the "Outstanding Balance").

## CAUSE OF ACTION
### (Breach of Settlement Agreement)

24.     Plaintiff repeats and realleges the allegations set forth in the paragraphs above as though fully set forth herein.

25.     By reason of the foregoing, Defendants have breached the Settlement Agreement.

7

Case 23-01132-EPK   Doc 27-3   Filed 10/16/23   Page 8 of 9

26.     By reason of the foregoing, Plaintiff is entitled to a judgment against Defendants in the amount of the Outstanding Balance of $3,616,820, plus attorneys' fees in the amount of 33% of the Outstanding Balance pursuant to Section 12 of the Settlement Agreement, and statutory interest thereon from December 27, 2021, the date of the breach, at 9% per annum.

**WHEREFORE**, plaintiff HI BAR CAPITAL, LLC respectfully requests that the Court grant a money judgment in favor of Plaintiff against Defendants, jointly and severally, in the amount of $3,616,820, plus attorneys' fees in the amount of 33% of the Outstanding Balance, interest on the foregoing amount at the rate of 9% per annum from December 27, 2021 through the date of entry of judgment herein, plus such other and further relief as the Court deems just and proper.

Dated: New York, New York
        January 27, 2022

**THE LAW OFFICES OF STEVEN ZAKHARYAYEV**
Attorneys for Plaintiff

By: /s/Steven Zakharyayev
Steven Zakharyayev
10 West 37th Street, Room 602New York, New York 10018
(201) 716-0681

7

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

HI BAR CAPITAL, LLC,

               Plaintiff,

-against-

EXCELL AUTO GROUP, INC.; KARMA OF PALM BEACH INC; AUTOMOTIVE SERVICE SYSTEMS, INC.; KZ CONSULTANTS, INC.; MISS KRIS, LLC; EXCELL AUTO LEASING INC; EXCELL AUTO WHOLESALE INC.; DEALER SOUQ USA LLC; EAG WHOLESALE LLC; KARMA OF BROWARD, INC.; LAVISH HERO FUND INC; KARMA OF PALM BEACH, INC.; APPLE 3 INVESTMENTS, INC.; KZ CONSULTANTS INC.; EXCELL AUTO SPORT AND SERVICE, INC.; **and** KRISTEN ZANKL, SCOTT THOMAS ZANKL        ( ).

               Defendant s

Index No. _____

**VERIFICATION BY A PARTY**

STATE OF NEW YORK)
COUNTY OF KINGS)

x

YISROEL HERBST, being duly sworn, hereby deposes and states the following:

I am a(n) OWNER of HI BAR CAPITAL, LLC in the within action. I have read the foregoing Verified Complaint and know the contents thereof; the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true. The foregoing statements are true under penalties of perjury.

_____
YISROEL HERBST

ACKNOWLEDGEMENT

STATE OF ___NY___ )
                      ):
COUNTY OF ___Kings___ )

GEDALIA MARYL
Notary Public - State of New York
No. 01MA6226318
Qualified in Kings County
My Comm. Expires Aug. 9, 20__22__

On ___Jan 28___ 2022 before me, the undersigned, personally appeared YISROEL HERBST the OWNER of Plaintiff, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his representative capacity, and that by his signature on the instrument, he executed the instrument.

_____