# EXHIBIT H

7817882.1

DocuSign Envelope ID: 7B41F... 
Case 23-12... EPK    Doc 297-1    Filed 10/25/23    Page 2 of 43

## Exhibit 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

HI BAR CAPITAL, LLC,

      *Plaintiff,*

    -against-

EXCELL AUTO GROUP, INC; KARMA OF
PALM BEACH INC.; AUTOMOTIVE SERVICE
SYSTEMS, INC; KZ CONSULTANTS, INC;
MISS KRISS, LLC; EXCELL AUTO LEASING INC;
EXCELL AUTO WHOLESALE; DEALER SOUQ
USA LLC; EAG WHOLESALE LLC; KARMA OF
BROWARD, INC; LAVISH HERO FUND; KARM OF
PALM BEACH, INC; APPLE 3 INVESTMENTS, INC;
KZ CONSULTANTS INC.; EXCELL AUTO
SPORT AND SERVICE, INC.; KRISTEN ZANKL
and SCOTT THOMAS ZANKL,

      *Defendants.*

Index No.: 502846/2022

**STIPULATION TO
DISCONTINUE ACTION
WITHOUT PREJUDICE**

---

## STIPULATION REGARDING DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

(a)    the above-entitled action is hereby discontinued, without prejudice, in its entirety, and without costs to any party as against Defendant, EXCELL AUTO GROUP, INC. ("**Excell**");

(b)    Plaintiff, HI BAR CAPITAL, LLC and each of its members, officers, directors, and/or employees (collectively, "**Plaintiff Parties**") waive any right to assert estoppel, whether offensively or defensively, against Nicole Testa Mehdipour ("**Excell Trustee**"), in her capacity as chapter 7 trustee of the bankruptcy estate ("**Excell Estate**") of Excell, and against the Excell Estate on account of any determination made in any final judgment entered in the above-entitled action or any appeal therefrom;

(c)      Neither the Excell Trustee nor the Excell Estate (i) is in privity with any of the remaining defendants in the above-entitled action, and (ii) has, or will have, a full and fair opportunity to litigate in the above-entitled action.

(d)      This Court does not have personal jurisdiction over the Excell Trustee or the Excell Estate and neither the Excell Trustee nor the Excell Estate has submitted themselves to the jurisdiction of this Court.

This Stipulation may be filed with the Clerk of the Court without further notice.

DocuSign Envelope ID: 7B41F9D2...
Case 23-12792-EPK Doc 297-1 Filed 10/25/23 Page 4 of 4

Dated: October __, 2022

**WELLS LAW P.C.**
*Attorneys for Plaintiff Parties*

**FURR COHEN**
*Attorneys for Excell Trustee*

By: ___/s/ Steven W. Wells_____
    Steven W. Wells, Esq.
229 Warner Road
Lancaster, New York 14086
Tel.: (716) 983-4750
Email: steve@wellspc.com

By: ___/s/ Alan R. Crane_____
    Alan R. Crane, Esq.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Tel.: (561) 395-0500
Email: ACrane@furrcohen.com