# EXHIBIT L

7817882.1

Case 23-01132-EPK    Doc 27-12    Filed 10/16/23    Page 2 of 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

HI BAR CAPITAL, LLC

                             Plaintiffs,

           -against-

EXCELL AUTO GROUP, INC.; KARMA OF
PALM BEACH INC.; AUTOMOTIVE SERVICE
SYSTEMS, INC.; KZ CONSULTANTS, INC.;
MISS KRISS, LLC; EXCELL AUTO LEASING
INC.; EXCELL AUTO WHOLESALE INC.;
DEALER SOUQ USA LLC; EAG WHOLESALE
LLC; KARMA OF BROWARD, INC.; LAVISH
HERO FUND; KARMA OF PALM BEACH, INC.;
APPLE 3 INVESTMENTS, INC.; KZ
CONSULTANTS INC.; EXCELL AUTO SPORT
AND SERVICE, INC.; and KRISTEN ZANKL,
SCOTT THOMAS ZANKL

                             Defendants

Index No.: 502846/2022

**JUDGMENT**

**Plaintiff's Address:**
1825 65th Street
Brooklyn NY 11204

WHEREAS, this action this action having been commenced by the filing of a Summons

and Verified Complaint on January 28, 2022 (NYSCEF Doc. No. 1);

WHEREAS, the Summons and Verified Complaint in the above-entitled action have been

served upon defendants, EXCELL AUTO GROUP, INC.; KARMA OF PALM BEACH INC.;

AUTOMOTIVE SERVICE SYSTEMS, INC.; KZ CONSULTANTS, INC.; MISS KRISS, LLC;

EXCELL AUTO LEASING INC.; EXCELL AUTO WHOLESALE INC.; DEALER SOUQ

USA LLC; EAG WHOLESALE LLC; KARMA OF BROWARD, INC.; LAVISH HERO FUND;

KARMA OF PALM BEACH, INC.; APPLE 3 INVESTMENTS, INC.; KZ CONSULTANTS

INC.; EXCELL AUTO SPORT AND SERVICE, INC.; and KRISTEN ZANKL, SCOTT

THOMAS ZANKL, on January 31, 2022;

1

WHEREAS, the Summons and Verified Complaint in this action have been served upon Defendants and proofs of service thereof have been filed with the Court and additional copies of the Summons and Verified Complaint have been mailed;

WHEREAS, on March 18, 2022, and EXCELL AUTO GROUP, INC.; KARMA OF PALM BEACH INC.; AUTOMOTIVE SERVICE SYSTEMS, INC.; KZ CONSULTANTS, INC.; MISS KRISS, LLC; EXCELL AUTO LEASING INC.; EXCELL AUTO WHOLESALE INC.; DEALER SOUQ USA LLC; EAG WHOLESALE LLC; KARMA OF BROWARD, INC.; LAVISH HERO FUND; KARMA OF PALM BEACH, INC.; APPLE 3 INVESTMENTS, INC.; KZ CONSULTANTS INC.; EXCELL AUTO SPORT AND SERVICE, INC.; and KRISTEN ZANKL, SCOTT THOMAS ZANKL ("Defendants") filed an Amended Answer and Counterclaims (NYSCEF Doc. Nos. 30-36);

WHEREAS, pursuant to a Stipulation Regarding Discontinuance this action was discontinued without prejudice as against Defendant Excell Auto Group, Inc. on October 26, 2022 on account of Excell Auto Group, Inc. having filed for bankruptcy relief (NYSCEF Doc. No. 133);

WHEREAS, on April 6, 2022, Plaintiff made a motion for summary judgment (the "Motion for Summary Judgment") pursuant to CPLR § 3212 (NYSCEF Doc. Nos. 57-70) seeking judgment against Defendants KARMA OF PALM BEACH INC., AUTOMOTIVE SERVICE SYSTEMS, INC.; KZ CONSULTANTS, INC.; MISS KRISS, LLC; EXCELL AUTO LEASING INC.; EXCELL AUTO WHOLESALE INC.; DEALER SOUQ USA LLC; EAG WHOLESALE LLC; KARMA OF BROWARD, INC.; LAVISH HERO FUND; KARMA OF PALM BEACH, INC.; APPLE 3 INVESTMENTS, INC.; KZ CONSULTANTS INC.; EXCELL AUTO SPORT AND SERVICE, INC., KRISTEN ZANKL & SCOTT THOMAS ZANKL (collectively, the "Remaining Defendants"), and dismissing the Remaining Defendants' Counterclaims;

2

Case 23-01132-EPK    Doc 27-12    Filed 10/16/23    Page 4 of 8

WHEREAS, the Remaining Defendants submitted opposition to the Motion for Summary Judgment on September 14, 2022 (NYSCEF Doc. Nos. 108-122) and Plaintiff submitted its reply to the Remaining Defendants' opposition to the Motion for Summary Judgment on September 19, 2022 (NYSCEF Doc. Nos. 123-137);

WHEREAS, pursuant to a Decision and Order dated January 13, 2023 (NYSCEF Doc. No. 149), the Court granted the Motion for Summary Judgment to the extent of dismissing the Remaining Defendants' Counterclaims for breach of contract, fraudulent inducement, criminal usury and unjust enrichment, but otherwise denied the motion;

WHEREAS, on February 10, 2023, Plaintiff filed a motion to reargue the Court's denial of Plaintiff's Motion for Summary Judgment (NYSCEF Doc. Nos. 153-155);

WHEREAS, on April 17, 2023, the Remaining Defendants filed their opposition to the Motion to Reargue (NYSCEF Doc. No. 164) and a cross-motion to reargue the dismissal of the Remaining Defendants' counterclaims against Plaintiff (NYSCEF Doc. Nos. 165-166) and Plaintiff filed its reply in further support of the Motion for Reargument and opposition to the Remaining Defendants' Cross-Motion for Reargument on May 3, 2023 (NYSCEF Doc. No. 175);

WHEREAS, pursuant to a Decision and Order entered on May 11, 2023 (NYSCEF Doc. No. 177), Plaintiff's Motion to Reargue was granted, and upon reargument, the Court granted the Motion for Summary Judgment and directed Plaintiff to submit a judgment on notice within 30 days itemizing the outstanding balance due on the Stipulation, accrued interest, any fees, and Plaintiff's request for attorneys' fees, and the Remaining Defendants' Cross-Motion to Reargue the dismissal of their Counterclaims was denied.

WHEREAS, the itemization of the amounts for which Plaintiff seeks judgment pursuant to the Stipulation (NYSCEF Doc. No. 61) are as follows:

3

| | |
|---|---|
| Unpaid Settlement Amount | $2,500,000.00 (Settlement Amount less $1,300,000) |
| Interest at 16% (2/11/22-09/13/23) | $ 635,616.44 (Section 3 of Stipulation) |
| Costs and Disbursements | $ 455.00 (Bill of Costs) |
| **TOTAL** | **$3,136,071.44** |

Now, on motion of Steven Zakharyayev, Esq. attorney for HI BAR CAPITAL, LLC, it is

ADJUDGED that HI BAR CAPITAL, LLC, located at 1825 65th Street Brooklyn NY 11204, have judgment and recover from Defendants, (i) KARMA OF PALM BEACH INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (ii) AUTOMOTIVE SERVICE SYSTEMS, INC., with an address at 6023 Town Country Drive, Suite #223, Boca Raton, FL 33433; (iii) KZ CONSULTANTS, INC., with an address at 16937 Pierre Cir., Delray Beach, FL 33446; (iv) MISS KRISS, LLC, with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (v) EXCELL AUTO LEASING INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (vi) EXCELL AUTO WHOLESALE INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (vii) DEALER SOUQ USA LLC, with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (viii) EAG WHOLESALE LLC, with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (ix) KARMA OF BROWARD, INC., with an address at 1699 SE 17th Street, Fort Lauderdale, FL 33316; (x) LAVISH HERO FUND, with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (xi) KARMA OF PALM BEACH, INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (xii) APPLE 3 INVESTMENTS, INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (xiii) KZ CONSULTANTS INC., with an address at 16937 Pierre Cir., Delray Beach, FL 33446; (xix) EXCELL AUTO SPORT AND SERVICE, INC., with an address at 5471 N. Dixie Hwy., Suite 5, Boca Raton, FL 33487, (xx) KRISTEN ZANKL, who

4

Case 23-01132-EPK   Doc 27-12   Filed 10/16/23   Page 6 of 8

resides at 16937 Pierre Cir., Delray Beach, FL 33446; and (xxi) SCOTT THOMAS ZANKL, who resides at 16937 Pierre Cir., Delray Beach, FL 33446, jointly and severally, the sum of $2,500,000.00, plus interest at the rate of 16% per annum from interest from February 11, 2022, in the amount of $ **635,616.44** , plus $455 in costs and disbursements as taxed by the Clerk, amounting in all to the sum of $ **3,136,071.44** , and the Plaintiff have execution therefore; *and it is further*

ADJUDGED that the Counterclaims against Plaintiff HI BAR CAPITAL, LLC, located at 1825 65th Street Brooklyn NY 11204, by Defendants (i) KARMA OF PALM BEACH INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (ii) AUTOMOTIVE SERVICE SYSTEMS, INC., with an address at 6023 Town Country Drive, Suite #223, Boca Raton, FL 33433; (iii) KZ CONSULTANTS, INC., with an address at 16937 Pierre Cir., Delray Beach, FL 33446; (iv) MISS KRISS, LLC, with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (v) EXCELL AUTO LEASING INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (vi) EXCELL AUTO WHOLESALE INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (vii) DEALER SOUQ USA LLC, with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (viii) EAG WHOLESALE LLC, with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (ix) KARMA OF BROWARD, INC., with an address at 1699 SE 17th Street, Fort Lauderdale, FL 33316; (x) LAVISH HERO FUND, with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (xi) KARMA OF PALM BEACH, INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (xii) APPLE 3 INVESTMENTS, INC., with an address at 1001 Clint Moore Road #101, Boca Raton, FL 33487; (xiii) KZ CONSULTANTS INC., with an address at 16937 Pierre Cir., Delray Beach, FL 33446; (xix) EXCELL AUTO SPORT AND SERVICE, INC., with

5

an address at 5471 N. Dixie Hwy., Suite 5, Boca Raton, FL 33487, (xx) KRISTEN ZANKL, who

resides at 16937 Pierre Cir., Delray Beach, FL 33446; and (xxi) SCOTT THOMAS ZANKL, who

resides at 16937 Pierre Cir., Delray Beach, FL 33446, are dismissed.

**ENTER**

Date: 9/13/23

_____
Hon.  Reginald A. Boddie, J.S.C.

HON. REGINALD A. BODDIE
J.S.C.

CLERK

**FILED**

2023 SEP 14 PM 12:05

**KINGS COUNTY CLERK**

**FEE** _____

6

Case 23-01132-EPK    Doc 27-12    Filed 10/16/23    Page 8 of 8

SUPREME COURT OF THE STATE OF NEW
YORK COUNTY OF KINGS

HI BAR CAPITAL, LLC

-against-                              Plaintiffs,

EXCELL AUTO GROUP, INC, et al.

Defendants

Index No.: 502846/2022

**BILL OF COSTS**

Costs and Disbursements:

Cost by Statue                                                $200.00

Filing Fee (CPLR 8018[a]):                                   $210.00

Entering and Docketing Judgment                              $45.00
CPLR 8301(a)(7), 8016(a)(2)

**Total:**                                                   $455.00

### Attorney Affirmation

The undersigned, an attorney admitted to practice law in the State of New York, affirms under penalty of perjury that I am the Managing Attorney at **WELLS LAW P.C.**, attorneys for HI BAR CAPITAL, LLC, and that the disbursements specified above are true, correct, and have been or will necessarily be incurred herein and are reasonable in amount.

Dated: June 1, 2023
        New York, New York

/s/ Steven W. Wells
Steven W. Wells
WELLS LAW P.C.
229 Warner Road
Lancaster, New York 14086
(716) 983-4750
steve@wellspc.com

**FILED**

2023 SEP 14 PM 12:05

**KINGS COUNTY CLERK**

FEE _____

1 of 1