UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

    EXCELL AUTO GROUP, INC.

        Debtor.

Case No.: 22-12790-EPK
Chapter 7

------------------------------------------------------------------- /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.

        Plaintiff.

    -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

        Defendants.

Adv. Pro. No. 23-01132-EPK

------------------------------------------------------------------- /

**MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND INCORPORATED
MEMORANDUM OF LAW WITH EXTRA PAGES**

Defendants Spin Capital LLC ("Spin") and Avrumi Lubin ("Lubin") (collectively, "Spin Defendants"), hereby move for leave to exceed the page limitation in their motion to dismiss and incorporated memorandum of law in support of the Spin Defendants' motion to dismiss the First Amended Complaint dated September 11, 2023 (Dkt. No. 17) ("FAC"), with 10 additional pages beyond the 20 pages allowed by this Court, for a total of 30-pages.

The FAC is 94 pages long, without exhibits, and asserts 17 of its 28 counts against one or both of the Spin Defendants. These include various claims of violation of the civil RICO statute, declaratory judgment that Spin's contracts with the Debtor are void for usury or unconscionability, declaratory judgment that Spin's assignment of certain rights to co-Defendant Hi Bar Capital LLC ("Hi Bar") were void, fraudulent conveyance and promissory estoppel. The FAC was filed after Hi Bar already obtained a series of orders from a New York Court

1

11223609.2

dismissing counterclaims brought by the Debtor's various affiliates arising out or the same series of transactions, *Hi Bar Capital LLC v. Excell Auto Group et al.,* N.Y. Sup. Kings Co. Index No. 502846/2022 ("New York Action").  A final judgment has recently been entered in the New York Action.  The claims also raise complex issues of New York law concerning the enforceability of merchant cash advance transactions.

The Spin Defendants argue that the FAC should be dismissed for a host of reasons. These generally include: (i) res judicata and collateral estoppel based on the New York Action, (ii) lack of standing because Plaintiff admits the Debtor suffered no injury-in-fact from entering the Spin contracts, (iii) settlement and release based on two settlement agreements entered between the Debtor and its affiliates and Hi Bar, (iv) the agreements are not criminally usurious under well-established New York law, (v) failure to state a claim for declaratory judgment because New York law does not allow affirmative usury claims, only the assertion of usury as an affirmative defense, and there is no alleged procedural unconscionability, (vi) documentary evidence precludes Plaintiff's claims based on a document concerning assignment of certain of Spin's rights to co-Defendants Franklin Capital Funding LLC and Franklin Capital Group LLC (together "Franklin"), and (vii) reasonably equivalent value was given to the Debtor, which actually enjoyed a net gain from the Spin contracts, precluding fraudulent conveyance claims.

Given the extensive allegations in the FAC and the numerous arguments the Spin Defendants need to make for their dismissal, the Spin Defendants respectfully request leave to file a brief 30 pages long.

Dated: October 16, 2023

Respectfully submitted,

EGOZI & BENNETT, P.A.

By: */s/ Bernard L. Egozi, Esq.*
Bernard L. Egozi, Esq. (Florida Bar No. 152544)
2999 NE 191st Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343
Email: begozi@egozilaw.com

2

11223609.2

CARTER LEDYARD & MILBURN LLP
Jacob H. Nemon (admitted *pro hac vice*)
28 Liberty Street, 41st Floor
New York, NY 10005
Telephone: (212) 732-3200
Email: nemon@clm.com

KAMINSKI LAW PLLC
Shanna M. Kaminski (admitted *pro hac vice*)
P.O. Box 247
Grass Lake, Michigan 49240
Telephone: (248) 462-7111
Email: skaminski@kaminskilawpllc.com

*Attorneys for Defendants Spin Capital LLC and Avrumi Lubin*

3

11223609.2