

**ORDERED in the Southern District of Florida on October 23, 2023.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

**Case No.: 22-12790-EPK**
**Chapter 7**

**EXCELL AUTO GROUP, INC.**

   Debtor.

_____/

**NICOLE TESTA MEHDIPOUR, as**
**Chapter 7 Trustee for Excell Auto Group, Inc.,**

   Plaintiff,

v.                                                    **Adv. Proc. No.: 23-01132-EPK**

**HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;**
**YISROEL HERBST; MORDECHAI DOV BER**
**HERBST a/k/a MORDI HERBST; AVRUMI LUBIN**
**a/k/a JOSH LUBIN; FRANKLIN CAPITAL**
**FUNDING, LLC; and FRANKLIN CAPITAL**
**GROUP, LLC, d/b/a Wing Lake Capital,**

   Defendants.

_____/

### ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS

On October 16, 2023, defendants Spin Capital LLC and Avrumi Lubin filed the *Motion to Dismiss the First Amended Complaint* [ECF No. 27].

Page **1** of **2**

It is **ORDERED** that:

1.      The plaintiff must respond to the motion **not later than 21 days after the motion was filed**. If the plaintiff fails to respond timely to the motion, the Court may grant the motion without further notice or hearing.

2.      If the plaintiff files a timely response, the defendants may file a reply **not later than 14 days after the response was filed**.

###

Copy Furnished To:
Bernard L. Egozi, Esq.

*Bernard L. Egozi, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*