

**ORDERED in the Southern District of Florida on October 23, 2023.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

                                                 **Case No.: 22-12790-EPK**
                                                 **Chapter 7**

**EXCELL AUTO GROUP, INC.**

       Debtor.

_____/

**NICOLE TESTA MEHDIPOUR, as**
**Chapter 7 Trustee for Excell Auto Group, Inc.,**

       Plaintiff,

v.                                              **Adv. Proc. No.: 23-01132-EPK**

**HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;**
**YISROEL HERBST; MORDECHAI DOV BER**
**HERBST a/k/a MORDI HERBST; AVRUMI LUBIN**
**a/k/a JOSH LUBIN; FRANKLIN CAPITAL**
**FUNDING, LLC; and FRANKLIN CAPITAL**
**GROUP, LLC, d/b/a Wing Lake Capital,**

       Defendants.

_____/

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

On October 18, 2023, defendants Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel

Herbst filed the *Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst's Motion to*

*Dismiss First Amended Complaint* [ECF No. 29].

It is **ORDERED** that:

1.      The plaintiff must respond to the motion **not later than 21 days after the motion was filed**. If the plaintiff fails to respond timely to the motion, the Court may grant the motion without further notice or hearing.

2.      If the plaintiff files a timely response, the defendants may file a reply **not later than 14 days after the response was filed**.

###

Copy Furnished To:
Matthew P. Leto, Esq.

*Matthew P. Leto, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*