Case 23-01132-EPK   Doc 37   Filed 11/02/23   Page 1 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

Case No.: 22-12790-EPK
Chapter 7

_____/

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*,

     Defendants.

Adv. Proc. No.: 23-01132-EPK

_____/

### PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff, NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for Excell Auto Group, Inc., (hereinafter "Plaintiff"), by and through her undersigned counsel, hereby files this *Agreed Motion for Extension of Time to File Response to Defendants' Motions to Dismiss*, and as grounds thereof states as follows:

1. On October 23, 2023, the Court entered two orders setting briefing schedules: *Order Setting Briefing Schedule on Motion to Dismiss* [ECF No. 32] by Defendants, Spin Capital LLC and Avrumi Lubin; and (ii) *Order Setting Briefing Schedule on Motion to Dismiss* [ECF No. 33] by Defendants, Hi-Bar Capital LLC, Mordechai Herbst, and Yisroel Herbst.

2. Pursuant to the Court's Orders, the Plaintiff must respond to the Defendants' Motions to Dismiss the First Amended Complaint by no later than 21 days after each of the

1

respective motions were filed.  The deadlines for the Plaintiff to respond to the Motions to Dismiss are November 6, 2023, and November 8, 2023, respectively.

3.      The issues involved in this litigation are complex and detailed and the Plaintiff requires additional time to prepare and file the response.

4.      Counsel for the Plaintiff conferred with counsel for Defendants, Spin and Lubin, and Hi Bar and the Herbst Defendants, all of whom agreed to the relief sought in this Motion.

5.      The Plaintiff requests an extension of time to file the required responses through and including November 20, 2023.

6.      If the Plaintiff files a timely response, in accordance with any order granting this Motion, the Defendants may file any reply through and including December 11, 2023.

7.      Counsel for the Plaintiff and counsel for the Defendants have conferred and agreed and consented to the relief sought in this Motion.   The parties agree the issues raised in the First Amended Complaint and the motions to dismiss are complex.  Further, based upon holidays and other scheduling issues, the parties have agreed to accommodate one another as set forth in this Motion.   This Motion is not being filed for any dilatory purpose or undue delay.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court: enter an order: (i) granting this Motion; (ii) extending the deadline for the Plaintiff to respond to the Defendants' Motions to Dismiss the First Amended Complaint [ECF Nos. 27 and 29] through and including November 20, 2023; (iii) extending the time for Defendants to file a reply until 21 days after the response is filed; and (iv) ordering any further relief this Court deems just and appropriate.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all parties registered with CM/ECF to receive electronic notice on the 2nd day of November 2023.

**FURR AND COHEN, P.A.**
*Attorneys for the Plaintiff*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532

By: */s/ Alan R. Crane*
      Alan R. Crane, Esq.
      Florida Bar No.: 0963836
      E-Mail: acrane@furrcohen.com

3