

**ORDERED in the Southern District of Florida on November 2, 2023.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

            Debtor.

_____/

Case No.: 22-12790-EPK

Chapter 7

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

        Plaintiff,

v.

Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, a New York limited liability
company, SPIN CAPITAL LLC a/k/a Spin Capital,
a New Jersey limited liability company,
SPFL, an unknown entity, YISROEL HERBST, an individual,
MORDI HERBST, an individual, and
JOSHUA LUBIN, an individual

        Defendant(s).

_____/

**ORDER GRANTING MOTION FOR LEAVE
TO FILE MOTION TO DISMISS AND
INCORPORATED MEMORANDUM OF LAW
<u>WITH EXTRA PAGES</u>**

This matter came before the court without a hearing on the Motion for Leave to File Motion to Dismiss and Incorporated Memorandum of Law with Extra Pages at [ECF No. 28] (the "Motion") filed by Defendants Josh Lubin and Spin Capital, LLC (the "Spin Defendants"). The Court having reviewed the Motion and good cause appearing, it is

**ORDERED** that

1) the Motion is GRANTED.

2) The Spin Defendants are hereby granted leave to exceed this Court's page limitation with respect to the filing of their Motion to Dismiss the First Amended Complaint and Incorporated Memorandum of Law [ECF No. 27].

### 

**Submitted by:**
Bernard L. Egozi, Esq.
Egozi & Bennett, PA
2999 NE 191st Street, Suite 407
Tel: 305-931-3000
Fax: 305-931-9343
begozi@egozilaw.com

Bernard L. Egozi shall serve a copy of this Order on all appropriate parties and shall file a certificate of service thereof.