UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

      Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

                Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

                Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

## PLAINTIFF'S INITIAL DISCLOSURE OF WITNESSES AND DOCUMENTS

Plaintiff, Nicole Testa Mehdipour, chapter 7 trustee for the estate of Excell Auto Group, Inc., by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 7026(a)(1) and the Scheduling Order [ECF No. 30] files these initial disclosures of witnesses and documents, and states as follows:

### I.    WITNESSES

Based upon information reasonably available to Plaintiff at the present time, Plaintiff identifies the following as individuals and entities that are likely to have discoverable information that Plaintiff may use to support Plaintiff's positions or claims, excluding individuals whose testimony would be used solely for impeachment or rebuttal:

| Witness | Last Known Address | Subject Matter |
|---------|--------------------|----------------|
| Nicole Testa Mehdipour, Trustee | c/o Alan R. Crane, Esq. Furr and Cohen, P.A. | Ms. Mehdipour has knowledge of the history of |

–1–

| | 2255 Glades Road, Suite 419A<br>Boca Raton, FL 33431 | the bankruptcy proceeding, documents produced or not produced.  Further, Ms. Mehdipour has knowledge about the statements made by the Debtor at the 341 meeting and other knowledge supporting the allegations in this adversary proceeding. |
|---|---|---|
| Person with the most knowledge of Spin Capital, LLC | c/o Jacob H. Neman, Esq.<br>Carter/Ledyard<br>28 Liberty Street, 41st Floor<br>New York, NY 10005 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Avrumi Lubin aka Josh Lubin | c/o Jacob H. Neman, Esq.<br>Carter/Ledyard<br>28 Liberty Street, 41st Floor<br>New York, NY 10005 | Mr. Lubin is a party to this case.  Mr. Lubin has firsthand knowledge regarding the businesses of Spin and Hi Bar and the Transactions at issue in this adversary proceeding. |
| Person with the most knowledge at Hi Bar Capital, LLC | c/o Matthew P. Leto, Esq.<br>Leto Law Firm<br>201 South Biscayne Blvd.<br>Suite 2700<br>Miami, Florida 33131 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Mordecai Herbst aka Mordi Herbst | c/o Matthew P. Leto, Esq.<br>Leto Law Firm<br>201 South Biscayne Blvd.<br>Suite 2700<br>Miami, Florida 33131 | Mr. Herbst is a party to this case.  Mr. Herbst has firsthand knowledge regarding the business of Hi Bar and the Transactions at issue in this adversary proceeding. |
| Yisroel Herbst | c/o Matthew P. Leto, Esq.<br>Leto Law Firm<br>201 South Biscayne Blvd.<br>Suite 2700<br>Miami, Florida 33131 | Mr. Herbst is a party to this case.  Mr. Herbst has firsthand knowledge regarding the business of Hi Bar and the Transactions at issue in this adversary proceeding. |
| Person with the most knowledge at Franklin Capital Funding, LLC | c/o Patrick R. Dorsey, Esq.<br>Shraiberg Page, P.A.<br>2385 NW Executive Center Drive, Suite 300,<br>Boca Raton, FL 33431 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at |

| | | |
|---|---|---|
| | | issue in this adversary proceeding. |
| Person with the most knowledge at Franklin Capital Group, LLC dba Wing Lake Capital | c/o Patrick R. Dorsey, Esq. Shraiberg Page, P.A. 2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431 | Mr. Krantz has information related to Nexus Capital Management and the claim of lien. |
| Scott Zankl | c/o Harry Winderman, Esq. Weiss, Handler & Cornwell, P.A. 2255 Glades Road Suite 205E Boca Raton, FL 33431 | Mr. Zankl has firsthand knowledge of all facts related to the transactions at issue in this adversary as well as the corporate structure and business dealings of the Debtor. |
| Kristen Zankl | c/o Harry Winderman, Esq. Weiss, Handler & Cornwell, P.A. 2255 Glades Road Suite 205E Boca Raton, FL 33431 | Mrs. Zankl may have knowledge regarding the allegations at issue in this adversary as well as the corporate structure and business dealings of the Debtor. |
| Person with the most knowledge at Karma of Palm Beach, Inc. | c/o Harry Winderman, Esq. Weiss, Handler & Cornwell, P.A. 2255 Glades Road Suite 205E Boca Raton, FL 33431 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Person with the most knowledge at Automotive Service Systems, Inc. | Unknown | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Person with the most knowledge at KZ Consultants, Inc. | c/o Scott Zankl, RA 16937 Pierre Cir Delray Beach, FL 33446 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Person with the most knowledge at Miss Kris, LLC | c/o Kristen N. Zankl, RA 7349 Serrano Terrace Delray Beach, FL 33446 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but |

| | | |
|---|---|---|
| | | not limited to contracts at issue in this adversary proceeding. |
| Person with the most knowledge at Excell Auto Leasing, Inc. | c/o Kristen Zankl, RA<br>1001 Clint Moore Rd., Ste. 101<br>Boca Raton, FL 33487 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Person with the most knowledge at Excell Auto Wholesale, Inc. | c/o Kristen Zankl, RA<br>1001 Clint Moore Rd., Ste. 101<br>Boca Raton, FL 33487 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Person with the most knowledge at Dealer Souq USA LLC | c/o Kristen Zankl, RA<br>1001 Clint Moore Rd., Ste. 101<br>Boca Raton, FL 33487 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Person with the most knowledge at EAG Wholesale LLC | c/o Kristen Zankl, RA<br>1001 Clint Moore Rd., Ste. 101<br>Boca Raton, FL 33487 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Person with the most knowledge at Karma of Broward, Inc. | c/o Thomas U. Graner, RA<br>1699 S. Federal Highway, Suite 300<br>Boca Raton, FL 33432 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Person with the most knowledge at Lavish Hero Fund, Inc. | c/o Thomas U. Graner, RA<br>1699 S. Federal Highway, Suite 300<br>Boca Raton, FL 33432 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Person with the most | c/o Thomas U. Graner, RA | This person will have the most |

| knowledge at Apple 3 Investments, Inc. | 1699 S. Federal Highway, Suite 300 Boca Raton, FL 33432 | knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
|---|---|---|
| Person with the most knowledge at Excell Auto Sport and Service, Inc. | c/o Scott Gherman, RA 902 Clin Moore Road, Suite 108 Boca Raton, FL 33487 | This person will have the most knowledge of the corporate structure, business operations, and transactions, including but not limited to contracts at issue in this adversary proceeding. |
| Representative of KLDiscovery Ontrack, LLC | 9023 Columbine Road Eden Prairie, MN 55347 | This person will have the most knowledge regarding the methods of collection, storage, and production of electronically stored information in KLDiscovery's possession. |
| All witness necessary for authentication | | |
| All witnesses listed by Defendants | | |
| All witnesses necessary for rebuttal | | |

Plaintiff reserves its right clarify, alter, amend, modify or supplement the disclosures pursuant to Fed. R. Civ. P. 26(e) as discovery progresses.

## II.   DOCUMENTS

Based upon information reasonably available to Plaintiff at the present time, Plaintiff identifies the following categories of documents, data compilations, and tangible things in its possession, custody, or control that Plaintiff may use to support its positions or claims, or refute defenses, unless solely for impeachment or rebuttal.

          A. The Debtor's schedules and statement of financial affairs, including any amendments.

          B. Transcript of any Rule 2004 or 7030 Examination taken by any party of any witness in the main case or this adversary proceeding.

C. Account statements from any bank account in the name of the Debtor

D. § 341(a) Meeting of Creditors conducted in the main bankruptcy case of Excell Auto Group, Inc., including transcripts and documents produced either before or after meeting pursuant to request by Trustee.

E. All hard documents in possession of B.Riley Advisory Services consisting of approximately 191 bankers boxes.

F. All electronically stored information currently in the possession of KLDiscovery Ontrack, LLC

G. All e-mail communications between Avrumi Lubin aka Josh Lubin and the Debtor, including, Scott Zankl, Kristen Zankl, or any other person related to the issues in the above captioned adversary proceeding.

H. All other electronic communications, regardless of the format or application, between Avrumi Lubin aka Josh Lubin and the Debtor, including Scott Zankl, Kristen Zankl, or any other person related to the issues in the above captioned adversary proceeding.

I. All e-mail communications between Hi Bar and the Debtor, including Scott Zankl or any other person related to the issues in the above captioned adversary proceeding.

J. All agreements, contracts or other documents between the parties or any other person related to the issues in the above captions adversary proceeding signed or purportedly signed through DocuSign or similar electronic signature company.

K. All e-mail communications between the Debtor, including Scott Zankl, Kristen Zankl and Spin Capital, LLC including attorneys, collection agents, or other agents or representatives of Spin Capital, or any other person related to the issues in the above captioned adversary proceeding.

L. All other electronic communications, regardless of the format or application, the Debtor, including Scott Zankl, Kristen Zankl and Spin Capital, LLC including attorneys, collection agents, or other agents or representatives of Spin Capital, or any other person related to the issues in the above captioned adversary proceeding.

M. All e-mail communications between the Debtor, including Scott Zankl, Kristen Zankl and Hi Bar Capital, LLC including attorneys, collection agents, or other agents or representatives of Hi Bar Capital, LLC or any other person related to the issues in the above captioned adversary proceeding.

N. All other electronic communications, regardless of the format or application, the Debtor, including Scott Zankl, Kristen Zankl and Hi Bar Capital, LLC including attorneys, collection agents, or other agents or representatives of Hi Bar Capital, or any other person related to the issues in the above captioned adversary proceeding.

–6–

O.  All e-mail communications between Wing Lake, its agents and representatives and the Debtor, including Scott Zankl, Kristen Zankl, or any other person related to the issues in the above captioned adversary proceeding.

P.  All other electronic communications, regardless of the format or application, between Wing Lakes, its agent and representatives, and the Debtor, including Scott Zankl, Kristen Zankl, or any other person related to the issues in the above captioned adversary proceeding.

Q.  All documents attached or referenced by any pleading or motion filed in the main case or any adversary proceeding associated with this adversary proceeding.

R.  All proofs of claims filed in the main bankruptcy case, including all attachments and supporting documents.

S.  All records produced pursuant to any subpoenas issued in this action, including but not limited to the witnesses listed by the Plaintiff\Trustee or Defendants.

T.  Any documents provided to the Plaintiff by any party or third party during the continued course of discovery.

U.  All documents, communication, or electronically stored information obtained through notices or subpoenas issued pursuant to Fed. R. Bankr. P. 2004 in the main bankruptcy case.

V.  Discovery is on-going and Plaintiff reserves the right to amend this disclosure of documents upon the discovery of additional evidence.

## III.   **<u>Damages</u>**

Plaintiff is seeking damages on various legal theories of no less than $4,621,625.00 against Spin Capital, LLC and Hi Bar Capital, LLC.  The Plaintiff is also seeking treble damages, plus attorneys' fees and costs, under federal Civil RICO statutes, against all defendants except the Franklin/Wing Lake Defendants.  The Trustee is seeking declaratory relief of various forms against all Defendants.

## IV.   **<u>Insurance</u>**

Plaintiff is not aware of any insurance or indemnification agreement which would be liable to satisfy any judgment that may be entered in this adversary proceeding.

**Reservation of Rights**

Plaintiff reserves her right clarify, alter, amend, modify or supplement the disclosures pursuant to Fed. R. Civ. P. 26(e) as discovery progresses.

Respectfully submitted this 2nd day of November 2023.

**FURR AND COHEN, P.A.**
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY: /s/ *Jason S. Rigoli*
Alan R. Crane, Esq.
Florida Bar No.: 0963836
E-mail: acrane@furrcohen.com
Jason S. Rigoli, Esq.
Florida Bar No.: 91990
E-mail: jrigoli@furrcohen.com

**Law Office of Nicole Testa Mehdipour, P.A.**
*Counsel for Chapter 7 Trustee*
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Telephone: (954) 858-5880
Facsimile: (954) 208-0888

BY: */s/ Nicole Testa Mehdipour*
Nicole Testa Mehdipour
Florida Bar No. 177271
E-mail: Nicole.Mehdipour@ntmlawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served in the manner stated on the 2nd day of November 2023, was served via CM/ECF to those parties registered to receive electronic notice of filing in this case.

By: /s/*Jason S. Rigoli*
Jason S. Rigoli, Esq.