

**ORDERED in the Southern District of Florida on November 2, 2023.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

Case No.: 22-12790-EPK
Chapter 7

_____/

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

Adv. Proc. No.: 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

     Defendants.

_____/

### AGREED ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS

THIS MATTER came before the Court without a hearing on the *Plaintiff's Agreed Motion*

*for Extension of Time to File Response to Defendants' Motions to Dismiss* [ECF No. 37]. The Court

1

has considered the motion and the record in this case and has been advised of the parties' agreement to the relief sought in the motion and granted in this order. Accordingly, it is

ORDERED as follows:

1. The Plaintiff's *Agreed Motion for Extension of Time to File Response to Defendants' Motions to Dismiss* is **GRANTED**.

2. The deadline for the Plaintiff to file her response to ECF No. 27 or ECF No. 29 is extended through and including November 20, 2023.

3. The Defendants have through and including December 11, 2023, to file any reply.

###

Submitted by:
Alan R. Crane, Esq.
FURR AND COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532
E-Mail: acrane@furrcohen.com

*Attorney Alan R. Crane shall provide a copy of this order to all interested parties and file a certificate of service.*