UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

   Debtor.

Case No.: 22-12790-EPK
Chapter 7

_____/

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

   Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*,

   Defendants.

Adv. Proc. No.: 23-01132-EPK

_____/

### PLAINTIFF'S AGREED MOTION TO EXTEND PAGE LIMIT FOR RESPONSES TO MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT

Plaintiff, NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for Excell Auto Group, Inc., ("**Plaintiff**"), by and through her undersigned counsel, hereby files this *Motion to Extend Page Limit for Responses to Motions to Dismiss the First Amended Complaint*, and as grounds thereof states as follows:

1. A *Motion to Dismiss the First Amended Complaint and Incorporated Memorandum of Law by Defendants Spin Capital LLC and Avrumi Lubin* ("**Spin Defendants**") **[ECF No. 27]** was filed on October 16, 2023, and a *Motion to Dismiss the First Amended Complaint by Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst* ("**Hi Bar Defendants**") **[ECF No. 29]** ("**Motions to Dismiss**") was filed on October 18, 2023.

2.      On November 2, 2023, an *Agreed Order Granting Plaintiff's Agreed Motion for Extension of Time to File Response to Defendant's Motions to Dismiss* **[ECF No. 41]** ("**Agreed Order**") was entered.  Pursuant to the Agreed Order, the Plaintiff's responses to the Motions to Dismiss are due on or before November 20, 2023.

3.      Pursuant to the *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* **[ECF No. 19]** entered on September 14, 2023, the page limit for the Plaintiff's response is twenty (20) pages.

4.      On November 2, 2023, the Court entered its *Order Granting Motion for Leave to File Motion to Dismiss and Incorporated Memorandum of Law with Extra Pages* as requested by the Spin Defendants. **[ECF No. 38]**. The request by the Spin Defendants was to extend their Motion to Dismiss to 30 pages.

5.      The FAC and the Motions to Dismiss raise a significant number of issues beyond standard bankruptcy causes of action. These issues include: (1) whether merchant cash advance agreements, settlement agreements, and releases entered into by the above-captioned defendants are void as criminally usurious loans under New York law; (2) choice of law considerations; (3) collateral estoppel and res judicata under New York Law; (3) civil RICO; (4)  promissory estoppel under both New York and Michigan law; (5) and fraudulent transfer law, including Ponzi scheme analyses.

6.      All parties have agreed and/or not objected to extending the page limit to twenty-five (25) for each response.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an order (i) granting the Motion; (ii) extending the page limit for the Plaintiff's responses to the Motions to Dismiss to

twenty-five (25) pages for each response; and (iii) any additional relief that this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all parties registered with CM/ECF to receive electronic notice on the 14th day of November 2023.

**FURR AND COHEN, P.A.**
*Attorneys for the Plaintiff*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532

By: */s/ Alan R. Crane*
      Alan R. Crane, Esq.
      Florida Bar No.: 0963836
      E-Mail: acrane@furrcohen.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 22-12790-EPK

EXCELL AUTO GROUP, INC.                                    Chapter 7

       Debtor.

_____/

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

       Plaintiff,

v.                                                                               Adv. Proc. No.: 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

       Defendants.

_____/

**AGREED ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND PAGE LIMIT
FOR RESPONSES TO MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**

THIS MATTER came before the court without a hearing on the *Plaintiff's Motion to Extend Page Limit for Responses to Motions to Dismiss the First Amended Compliant* **[ECF No. __]**. The Court has considered the motion and the record in this case. Accordingly, it is

ORDERED as follows:

1.      The *Plaintiff's Agreed Motion to Extend Page Limit for Responses to Motions to Dismiss the First Amended Compliant* is **GRANTED**.

2.      The page limit for the Plaintiff's responses to the Motions to Dismiss are extended to twenty-five (25) pages for each response.

###

Submitted by:
Alan R. Crane, Esq.
FURR AND COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532
E-Mail: acrane@furrcohen.com

*Attorney Alan R. Crane shall provide a copy of this order to all interested parties and file a certificate of service.*