

**ORDERED in the Southern District of Florida on November 17, 2023.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*,

     Defendants.

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Proc. No.: 23-01132-EPK

**AGREED ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND PAGE LIMIT
FOR RESPONSES TO MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**

THIS MATTER came before the court without a hearing on the *Plaintiff's Motion to Extend Page Limit for Responses to Motions to Dismiss the First Amended Compliant* **[ECF No. 44]**. The Court has considered the motion and the record in this case. Accordingly, it is

ORDERED as follows:

1.      The *Plaintiff's Agreed Motion to Extend Page Limit for Responses to Motions to Dismiss the First Amended Compliant* is **GRANTED**.

2.      The page limit for the Plaintiff's responses to the Motions to Dismiss are extended to twenty-five (25) pages for each response.

###

Submitted by:
Alan R. Crane, Esq.
FURR AND COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532
E-Mail: acrane@furrcohen.com

*Attorney Alan R. Crane shall provide a copy of this order to all interested parties and file a certificate of service.*