UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

      Debtor.

                                         /

Case No.: 22-12790-EPK
Chapter 7

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

      Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al*.,

      Defendants.

                                         /

Adv. Proc. No.: 23-01132-EPK

## DEFENDANTS SPIN CAPITAL LLC'S AND AVRUMI LUBIN'S UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendants Spin Capital LLC and Avrumi Lubin ("**Spin Defendants**") by and through their undersigned counsel, hereby move the Court to extend the page limit for their Reply in Further Support of Their Motion to Dismiss the First Amended Complaint, and as grounds therefor state as follows:

1.      A *Motion to Dismiss the First Amended Complaint and Incorporated Memorandum of Law* by the Spin Defendants was filed on October 16, 2023 **[ECF No. 27] ("Motion to Dismiss")**.

2.      On November 2, 2023, an *Agreed Order Granting Plaintiff's Agreed Motion for Extension of Time to File Response to Defendant's Motions to Dismiss* **[ECF No. 41]** ("**Agreed Order**") was entered. Pursuant to the Agreed Order, the Plaintiff's response to the Motion to Dismiss was due on or before November 20, 2023, and the Spin Defendant's reply is due on December 11, 2023.

3. Pursuant to the *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* **[ECF No. 19]** entered on September 14, 2023, the page limit for the Plaintiff's response is twenty (20) pages.

4. On November 2, 2023, the Court entered its *Order Granting Motion for Leave to File Motion to Dismiss and Incorporated Memorandum of Law with Extra Pages* as requested by the Spin Defendants. **[ECF No. 38]**. The request by the Spin Defendants was to extend their Motion to Dismiss to 30 pages.

5. On November 17, 2023, the Court entered its *Agreed Order Granting Plaintiff's Motion to Extend Page Limit for Responses to Motions to Dismiss the First Amended Complaint.* **[ECF No. 45]**. The request by Plaintiff was to extend the response to the Motion to Dismiss to 25 pages.

6. The FAC and the Motions to Dismiss raise a significant number of issues beyond standard bankruptcy causes of action. These issues include: (1) whether merchant cash advance agreements, settlement agreements, and releases entered into by the above-captioned defendants are void as criminally usurious loans under New York law; (2) choice of law considerations; (3) collateral estoppel and res judicata under New York Law; (3) civil RICO; (4) promissory estoppel under both New York and Michigan law; (5) and fraudulent transfer law, including Ponzi scheme analyses.

7. Plaintiff has agreed to the Spin Defendants' request for leave to extend the page limit for the Spin Defendants' reply to fifteen (15) pages.

WHEREFORE, the Spin Defendants respectfully request that this Court enter an order (i) granting the instant Motion; (ii) extending the page limit for the Spin Defendants' reply in further support of their Motion to Dismiss to fifteen (15) pages; and (iii) any additional relief that this Court deems just and proper.

Dated: December 11, 2023

EGOZI & BENNETT, P.A.

By: */s/ Bernard L. Egozi, Esq.*
Bernard L. Egozi, Esq. (Florida Bar No. 152544)
2999 NE 191st Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343
Email: begozi@egozilaw.com

CARTER LEDYARD & MILBURN LLP
Jacob H. Nemon (admitted *pro hac vice*)
28 Liberty Street, 41st Floor
New York, NY 10005
Telephone: (212) 732-3200
Email: nemon@clm.com

KAMINSKI LAW PLLC
Shanna M. Kaminski (admitted *pro hac vice*)
P.O. Box 247
Grass Lake, Michigan 49240
Telephone: (248) 462-7111
Email: skaminski@kaminskilawpllc.com

*Attorneys for Defendants Spin Capital LLC and*
*Avrumi Lubin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all parties registered with CM/ECF to receive electronic notice on the 11th day of December, 2023.

Respectfully submitted,

EGOZI & BENNETT, P.A.

By: ***/s/ Bernard L. Egozi, Esq.***
Bernard L. Egozi, Esq. (Florida Bar No. 152544)
2999 NE 191st Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343
Email: begozi@egozilaw.com