

**ORDERED in the Southern District of Florida on December 20, 2023.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

      Debtor.

Case No.: 22-12790-EPK
Chapter 7

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

      Plaintiff,

v.

Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, a New York limited liability
company, SPIN CAPITAL LLC a/k/a Spin Capital,
a New Jersey limited liability company,
SPFL, an unknown entity, YISROEL HERBST, an individual,
MORDI HERBST, an individual, and
JOSHUA LUBIN, an individual

      Defendant(s).

_____/

**ORDER GRANTING UNOPPOSED MOTION**
**TO EXTEND PAGE LIMITATION**

This matter came before the court without a hearing on the UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [ECF No. 51] (the "Motion") filed by Defendants Josh Lubin and Spin Capital, LLC (the "Spin Defendants"). The Court having reviewed the Motion and good cause appearing, it is

**ORDERED** that

1) the Motion is GRANTED.

2) The Spin Defendants are hereby granted leave to exceed this Court's page limitation with respect to the filing of their Reply in Further Support of their Motion to Dismiss the First Amended Complaint and Incorporated Memorandum of Law [ECF No. 50].

###

**Submitted by:**
Bernard L. Egozi, Esq.
Egozi & Bennett, PA
2999 NE 191st Street, Suite 407
Tel: 305-931-3000
Fax: 305-931-9343
begozi@egozilaw.com

Bernard L. Egozi shall serve a copy of this Order on all appropriate parties and shall file a certificate of service thereof.