UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                          Case No.: 22-12790-EPK
                                                 Chapter 7

      Debtor.
_____/
NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

      Plaintiff,


v.                                               Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, a New York limited
liability company, SPIN CAPITAL LLC a/k/a
Spin Capital, a New Jersey limited liability
company, *et al.*,

      Defendants.
_____/

**AGREED EX PARTE MOTION
TO PERMIT PRODUCTION OF DOCUMENTS
<u>SUBJECT TO STATE COURT PROTECTIVE ORDER</u>**

Franklin Capital Funding, LLC and Franklin Capital Group, LLC (together, "Franklin"), pursuant to Fed. R. Civ. P. 26, 34 and 37, respectfully request the entry of an order permitting them to produce certain documents in this adversary proceeding that are subject to a state court protective order.  In support of this request Franklin states:

1.    Together with Hi Bar Capital, LLC ("Hi Bar"), Spin Capital, LLC ("Spin") and various other persons, Franklin is a defendant in this adversary

proceeding initiated by Nicole Testa Mehdipour, the chapter 7 trustee (the "Trustee").

2.      On January 8, 2024 the Trustee issued document requests to Franklin. The requests seek, *inter alia*, all documents produced by Franklin to either Hi Bar or Spin in any state or federal court litigation.

3.      Franklin and Spin are parties to a lawsuit pending in the Circuit Court for Oakland County, Michigan (the "State Court").  (Hi Bar was also a party to the State Court lawsuit but was later dismissed.)

4.      On October 17, 2023, the State Court entered a protective order (the "Protective Order"), a copy of which is attached as **EXHIBIT "A"**.  The Protective Order states in relevant part that Spin is to produce certain text messages to Franklin in response to discovery; provided, however, that Franklin "cannot use the documents produced with the foregoing paragraph in any other litigation and, absent court order, cannot share those documents with anyone other than in accordance with this litigation."

5.      Thus, the Protective Order prohibits Franklin from fully responding to the Trustee's discovery in this adversary proceeding "absent court order."

6.      In light of the foregoing, Franklin respectfully requests entry of an order permitting it to produce to the Trustee any and all documents that Spin, in turn, produced to Franklin in the State Court proceeding.

7.      Franklin avers that counsel for the Trustee, Hi Bar and Spin have all agreed in writing to this request.  Franklin further notes that counsel for Spin in

the State Court litigation, Shanna Kaminski, Esq., is admitted pro hac vice in this proceeding and will receive notice of the motion and resulting order.

8.    A proposed order granting this motion is being uploaded contemporaneously herewith.

**WHEREFORE**, Franklin respectfully requests that the Court enter an Order: (1) authorizing Franklin to produce to the Trustee any and all documents that were produced from Spin in the State Court litigation, and (2) granting all other relief that is just and proper.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on January 26, 2024.

SHRAIBERG PAGE P.A.
Counsel for Franklin
2385 N.W. Exec. Ctr. Dr., Ste. 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By:   /s/ *Patrick Dorsey*
      Patrick Dorsey, Esq.
      Florida Bar. No. 0085841
      pdorsey@slp.law

# EXHIBIT A

jn

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR OAKLAND COUNTY**

FRANKLIN CAPITAL GROUP, LLC,

           Plaintiff,

v.

SPIN CAPITAL LLC and HI BAR CAPITAL
LLC,

           Defendants.

Case No. 22-193300-CB

Hon. Michael Warren

**STIPULATED ORDER REGARDING PLAINTIFF FRANKLIN CAPITAL FUNDING, LLC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM DEFENDANT SPIN CAPITAL LLC**

---

BODMAN PLC
By:    J. Adam Behrendt (P58607)
        Melissa B. Moore (P73018)
201 West Big Beaver Road, Suite 500
Troy, Michigan 48084
(248) 743-6000
jbehrendt@bodmanlaw.com
mmoore@bodmanlaw.com
Attorneys for Plaintiff

THE DRAGICH LAW FIRM PLLC
By:  Amanda Vintevoghel-Backer (P76567)
      January A. Dragich (P63108)
17000 Kercheval, Suite 120
Grosse Pointe, MI  48230
(313) 886-4550
Attorneys for Defendant Hi Bar Capital
LLC

KAMINSKI LAW PLLC
By:  Shanna M. Kaminski (P74013)
P.O. Box 725220
Berkley, Michigan 48072
(248) 462-7111
skaminski@kaminskilawpllc.com
Attorneys for Defendant Spin Capital LLC

---

4889-3704-1544_1

**STIPULATED ORDER REGARDING PLAINTIFF FRANKLIN CAPITAL FUNDING, LLC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM DEFENDANT SPIN CAPITAL LLC**

At a session of said Court, held in the
City of Pontiac, County of Oakland, State of Michigan

on ___10/17/2023___

This matter comes before the Court on plaintiff Franklin Capital Funding, LLC's motion to compel the production of documents from defendant Spin Capital LLC ("Motion"). The parties have mutually agreed to resolve their discovery dispute as follows. Having otherwise been advised on the premises;

IT IS HEREBY ORDERED that, within 7 days from the date of this order, defendant Spin Capital LLC shall produce the remaining pages of text messages in the 188-page pdf document referenced in the Motion and the attachments to the emails that Spin Capital LLC already has produced, to the extent such email attachments exist.

IT IS FURTHER ORDERED that plaintiff Franklin Capital Funding, LLC cannot use the documents produced in accordance with the foregoing paragraph in any other litigation and, absent court order, cannot share those documents with anyone other than in accordance with this litigation.

IT IS SO ORDERED.

This is not a final order and does not resolve the last pending claim or close the case.

/s/ Michael Warren
October 17, 2023
_____
Hon. Circuit Court Judge

Dated: ___10/17/2023___

Agreed to for immediate entry:

4889-3704-1544_1

BODMAN PLC

/s/ Melissa Benton Moore
J. Adam Behrendt (P58607)
Melissa Benton Moore (P73018)
201 W. Big Beaver Road, Suite 500
Troy, Michigan 48084
(248) 743-6000
abehrendt@bodmanlaw.com
mmoore@bodmanlaw.com
Attorneys for Plaintiff

KAMINSKI LAW PLLC

/s/ Shanna M. Kaminski (with consent)
Shanna M. Kaminski (P74013)
P.O. Box 725220
Berkley, Michigan 48072
(248) 462-7111
skaminski@kaminskilawpllc.com
Attorneys for Defendant Spin Capital LLC

3

4889-3704-1544_1