

**ORDERED in the Southern District of Florida on February 12, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                    Case No.: 22-12790-EPK
                                           Chapter 7

     Debtor.
_____/
NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

     Plaintiff,


v.                                         Adv. Pro. No. 23-01132-EPK


HI BAR CAPITAL, LLC, a New York limited
liability company, SPIN CAPITAL LLC a/k/a
Spin Capital, a New Jersey limited liability
company, *et al.*,

     Defendants.
_____/

**AGREED ORDER GRANTING AGREED EX PARTE MOTION**
**TO PERMIT PRODUCTION OF DOCUMENTS**
**<u>SUBJECT TO STATE COURT PROTECTIVE ORDER</u>**

**THIS MATTER** came before the Court for hearing on February 7, 2024, upon the *Agreed Ex Parte Motion to Permit Production of Documents Subject to State Court Protective Order* (the "Motion") [ECF No. 55], filed by Franklin Capital Funding, LLC and Franklin Capital Group, LLC (together, "Franklin").  ECF No. 55.  The Court having reviewed the Motion and being otherwise advised, upon the agreement of the Trustee, Franklin, Hi Bar and Spin (as such terms are defined in the Motion), and for the reasons stated on the record, which are incorporated by reference, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Motion [ECF No. 55] is **GRANTED** as set forth below.

2.      Franklin Capital Funding, LLC and Franklin Capital Group, LLC are **AUTHORIZED** to produce to the Trustee any and all documents that may be subject to the October 17, 2023 order of the Circuit Court for Oakland County, Michigan, a copy of which is attached hereto as **EXHIBIT "A"**.

3.      The Court reserves jurisdiction to interpret and enforce this Order.

###

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

# EXHIBIT A

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR OAKLAND COUNTY**

FRANKLIN CAPITAL GROUP, LLC,

        Plaintiff,

v.

SPIN CAPITAL LLC and HI BAR CAPITAL
LLC,

        Defendants.

Case No. 22-193300-CB

Hon. Michael Warren

**STIPULATED ORDER REGARDING**
**PLAINTIFF FRANKLIN CAPITAL**
**FUNDING, LLC'S MOTION TO**
**COMPEL THE PRODUCTION OF**
**DOCUMENTS FROM DEFENDANT**
**SPIN CAPITAL LLC**

---

BODMAN PLC
By:    J. Adam Behrendt (P58607)
        Melissa B. Moore (P73018)
201 West Big Beaver Road, Suite 500
Troy, Michigan 48084
(248) 743-6000
jbehrendt@bodmanlaw.com
mmoore@bodmanlaw.com
Attorneys for Plaintiff

THE DRAGICH LAW FIRM PLLC
By:  Amanda Vintevoghel-Backer (P76567)
      January A. Dragich (P63108)
17000 Kercheval, Suite 120
Grosse Pointe, MI  48230
(313) 886-4550
Attorneys for Defendant Hi Bar Capital
LLC

KAMINSKI LAW PLLC
By:  Shanna M. Kaminski (P74013)
P.O. Box 725220
Berkley, Michigan 48072
(248) 462-7111
skaminski@kaminskilawpllc.com
Attorneys for Defendant Spin Capital LLC

---

4889-3704-1544_1

**STIPULATED ORDER REGARDING PLAINTIFF FRANKLIN CAPITAL FUNDING, LLC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM DEFENDANT SPIN CAPITAL LLC**

At a session of said Court, held in the
City of Pontiac, County of Oakland, State of Michigan

on   10/17/2023

This matter comes before the Court on plaintiff Franklin Capital Funding, LLC's motion to compel the production of documents from defendant Spin Capital LLC ("Motion"). The parties have mutually agreed to resolve their discovery dispute as follows. Having otherwise been advised on the premises;

IT IS HEREBY ORDERED that, within 7 days from the date of this order, defendant Spin Capital LLC shall produce the remaining pages of text messages in the 188-page pdf document referenced in the Motion and the attachments to the emails that Spin Capital LLC already has produced, to the extent such email attachments exist.

IT IS FURTHER ORDERED that plaintiff Franklin Capital Funding, LLC cannot use the documents produced in accordance with the foregoing paragraph in any other litigation and, absent court order, cannot share those documents with anyone other than in accordance with this litigation.

IT IS SO ORDERED.

This is not a final order and does not resolve the last pending claim or close the case.

/s/ Michael Warren
October 17, 2023

Hon. Circuit Court Judge

Dated:   10/17/2023

Agreed to for immediate entry:

4889-3704-1544_1

BODMAN PLC                                    KAMINSKI LAW PLLC


/s/ Melissa Benton Moore                      /s/ Shanna M. Kaminski (with consent)
J. Adam Behrendt (P58607)                     Shanna M. Kaminski (P74013)
Melissa Benton Moore (P73018)                 P.O. Box 725220
201 W. Big Beaver Road, Suite 500             Berkley, Michigan 48072
Troy, Michigan 48084                          (248) 462-7111
(248) 743-6000                                skaminski@kaminskilawpllc.com
abehrendt@bodmanlaw.com                       Attorneys for Defendant Spin Capital LLC
mmoore@bodmanlaw.com
Attorneys for Plaintiff

3

4889-3704-1544_1