

**ORDERED in the Southern District of Florida on March 14, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

                                                     **Case No.: 22-12790-EPK**
                                                     **Chapter 7**

**EXCELL AUTO GROUP, INC.**

       **Debtor.**

_____/

**NICOLE TESTA MEHDIPOUR, as**
**Chapter 7 Trustee for Excell Auto Group, Inc.,**

       **Plaintiff,**

v.                                               **Adv. Proc. No.: 23-01132-EPK**

**HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;**
**YISROEL HERBST; MORDECHAI DOV BER**
**HERBST a/k/a MORDI HERBST; AVRUMI LUBIN**
**a/k/a JOSH LUBIN; FRANKLIN CAPITAL**
**FUNDING, LLC; and FRANKLIN CAPITAL**
**GROUP, LLC, d/b/a Wing Lake Capital,**

       **Defendants.**

_____/

### ORDER ON MOTIONS TO DISMISS

THIS MATTER came before the Court for oral ruling on March 13, 2024 upon the

*Motion to Dismiss the First Amended Complaint* [ECF No. 27] filed by Spin Capital LLC and

Avrumi Lubin, and the *Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst's Motion to Dismiss First Amended Complaint* [ECF No. 29] filed by Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst.  For the reasons stated on the record, and in light of the Court's determination to permit the plaintiff to amend certain counts of the *Corrected First Amended Complaint* [ECF No. 17], the Court **ORDERS AND ADJUDGES** that:

1. The *Motion to Dismiss the First Amended Complaint* [ECF No. 27] and the *Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst's Motion to Dismiss First Amended Complaint* [ECF No. 29] are DENIED.

2. Not later than March 27, 2024, the plaintiff must file a second amended complaint amending the *Corrected First Amended Complaint* [ECF No. 17] as follows:

(a) Counts IV, IX, and XVII may be amended to include allegations more clearly presenting the argument that Florida law governs;

(b) Counts IX and XVII must be amended to include allegations supporting procedural unconscionability; and

(c) Counts XVIII, XIX, XX, XXI, XXII, XXIII, XXIV, and XXV may be amended to make clear that no actual cash was paid by Hi-Bar Capital, LLC to the debtor.

3. The failure to amend the complaint as provided in this Order may result in dismissal of the relevant counts of the complaint.

###

Copy Furnished To:
Bernard L. Egozi, Esq.

*Bernard L. Egozi, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*