

**ORDERED in the Southern District of Florida on March 21, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**

**Case No.: 22-12790-EPK**
**Chapter 7**

**EXCELL AUTO GROUP, INC.**

　　　**Debtor.**
_____/

**NICOLE TESTA MEHDIPOUR, as**
**Chapter 7 Trustee for Excell Auto Group, Inc.,**

　　　**Plaintiff,**

**v.**

**Adv. Proc. No.: 23-01132-EPK**

**HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;**
**YISROEL HERBST; MORDECHAI DOV BER**
**HERBST a/k/a MORDI HERBST; AVRUMI LUBIN**
**a/k/a JOSH LUBIN; FRANKLIN CAPITAL**
**FUNDING, LLC; and FRANKLIN CAPITAL**
**GROUP, LLC, d/b/a Wing Lake Capital,**

　　　**Defendants.**
_____/

## ORDER CHANGING TIME OF PRETRIAL CONFERENCE

The Court previously set a pretrial conference by order entered at ECF No. 30. The

Court ORDERS as follows:

1.      The pretrial conference will be held on **September 11, 2024 at 10:00 a.m**.  The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.  If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.  All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

2.       All provisions, other than the time of the pretrial conference, of the Court's prior order setting the pretrial conference [ECF No. 30] remain in full force and effect.

###

Copies Furnished To:

Jason S Rigoli, Esq.

*Jason S Rigoli, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*

2