UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

      Debtor.

                                    /

Case No.: 22-12790-EPK
Chapter 7

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

      Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*,

      Defendants.

                                      /

Adv. Proc. No.: 23-01132-EPK

**ATTORNEY JACOB H. NEMON'S MOTION TO WITHDRAW AS PRO HAC VICE
COUNSEL FOR DEFENDANTS SPIN CAPITAL LLC AND AVRUMI LUBIN**

JACOB H. NEMON, an attorney admitted *pro hac vice* for Defendants Spin Capital LLC

and Avrumi Lubin ("Spin Defendants") pursuant an Order of this Court dated October 12, 2023

(Dkt. No. 24), hereby moves pursuant to Local Rule 2091-1, for leave to withdraw as counsel for

the Spin Defendants,

1.      Under the Rules Regulating the Florida Bar 4-1.16(b):

a lawyer may withdraw from representing a client if:
(1) withdrawal can be accomplished without material adverse effect on the interests of the client;
(2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement;
(3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
(4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

11283268.2

(5) other good cause for withdrawal exists.

2.      The Spin Defendants and I have fundamental disagreements and the representation has been rendered unreasonably difficult by the Spin Defendants' conduct.  Rule 4-1.16(b)(2), (4).

3.      While the details of all such communications are subject to the attorney-client privilege, and the disclosure of the substance of the communications in a public forum would be prejudicial to the Spin Defendants, I can state that my objections to the Spin Defendants' conduct relates *in part* to their direct communications to the Trustee and her counsel and persisting in such communications against my orders.

4.      To be certain, these communications were apparently sent by the Spin Defendants without solicitation by the Trustee or her counsel, who forwarded the communications to me and did not respond to the Spin Defendants.  I do not believe the Trustee or her counsel have engaged in any misconduct with respect to these communications.

5.      I can provide the Court *in camera* with additional details concerning my objections to the Spin Defendants' conduct.

6.      The Spin Defendants have also intentionally violated their financial obligations to my law firm and have been given reasonable warning that we would do no further work until all bills are paid.  Rule 4-1.16(b)(3).

7.      Requiring the undersigned to draft an answer to the Trustee's amended complaint, which amended complaint is due to be filed not later than March 27, 2024 and will include dozens of counts, while the Spin Defendants have refused payment to my firm, will result in an unreasonable financial burden and is also rendered unreasonably difficult by the Spin Defendants' conduct. Rule 4-1.16(b)(4).

11283268.2

WHEREFORE, I respectfully request that this Court enter an order granting me leave to withdraw as counsel for the Spin Defendants, together with any additional relief that this Court deems just and proper.

Dated: March 25, 2024

CARTER LEDYARD & MILBURN LLP

By: ___*Jacob H. Nemon*_____
       Jacob H. Nemon (admitted *pro hac vice*)
28 Liberty Street, 41st Floor
New York, NY 10005
Telephone: (212) 732-3200
Email: nemon@clm.com

*Co-counse for Defendants Spin Capital LLC and*
*Avrumi Lubin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all parties registered with CM/ECF to receive electronic notice on the 25th day of March, 2024.  A copy was also served upon the Spin Defendants by email to josh@spincapital.com on the 25th day of March, 2024.

CARTER LEDYARD & MILBURN LLP

By: ___*Jacob H. Nemon*_____
       Jacob H. Nemon (admitted *pro hac vice*)
28 Liberty Street, 41st Floor
New York, NY 10005
Telephone: (212) 732-3200
Email: nemon@clm.com

*Co-counsel for Defendants Spin Capital LLC and*
*Avrumi Lubin*

11283268.2