UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 22-12790-EPK
                                                          Chapter 7
EXCELL AUTO GROUP, INC.,

    Debtor.
_____/
NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.,                      Adv. Pro. No. 23-01132-EPK

    Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.

    Defendants.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF
JOSH (AVRUMI) LUBIN AND SPIN CAPITAL LLC
<u>AND REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS</u>**

PLEASE TAKE NOTICE that, pursuant to Local Rule 9010-1(A) and Federal Rule of

Bankruptcy Procedure 9010(b), the undersigned counsel appears in this case on behalf of Avrumi

Lubin a/k/a Josh Lubin and Spin Capital, LLC, requests service of all pleadings, notices, and other

papers served under the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court,

and requests that an entry be made accordingly on the master mailing matrix in this case.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Respectfully submitted,

WEISSMAN & DERVISHI, P.A.

By:     /s/ Brian S. Dervishi
           Brian Dervishi
Fla. Bar No. 350303
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
bdervishi@wdpalaw.com
service@wdpalaw.com

Attorneys for Avrumi Lubin a/k/a Josh Lubin
and Spin Capital LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2024, a true and correct copy of the foregoing was served by CM/ECF on all parties registered to receive electronic service of court documents in this case.

        /s/ Brian S. Dervishi
          Brian S. Dervishi

2