UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                          Case No. 22-12790-EPK
                                                                Chapter 7
EXCELL AUTO GROUP, INC.,

        Debtor.

_____/
NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.,                            Adv. Pro. No. 23-01132-EPK

        Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.

        Defendants.

_____/

**DEFENDANTS' AVRUMI (JOSH) LUBIN AND
SPIN CAPITAL, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedures 6(b)(A), Local Rule 9013-1(C) and Local Rule

5005-1(G)(1), Defendants Avrumi (Josh) Lubin and Spin Capital, LLC ("Defendants") move the

Court for an two-week extension of time to respond to the Trustee's Second Amended Complaint and

state as follows.

1.      The Trustee filed her Second Amended Complaint on March 27, 2024 [ECF 75]. A

response to the Second Amended Complaint is due on April 10, 2024.

2.      The issues involved in this litigation are complex and detailed and the Defendants and

their new counsel require additional time to prepare and file the response.

3.      Counsel for Defendants conferred with counsel for the Trustee who agreed to the relief

sought in this Motion.

4.     The Defendants request an extension of time to file the required response through and including April 24, 2024.

5.     This Motion is not being filed for any dilatory purpose or undue delay.

WHEREFORE, Defendants, Avrumi (Josh) Lubin and Spin Capital, LLC respectfully request that this Court enter an order granting this Motion; extending the deadline for the Defendants to respond to the Second Amended Complaint through and including April 24, 2024; and for such further relief this Court deems just and proper.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Respectfully submitted,

WEISSMAN & DERVISHI, P.A.

By:      /s/ Brian S. Dervishi
        Brian Dervishi
Fla. Bar No. 350303
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
305-347-4072 (Direct)
bdervishi@wdpalaw.com
service@wdpalaw.com

and

Oliver Griffin, Esquire
Griffin Partners LLP
PHV No. *Pending*
123 S. Broad Street, Suite 1850
Philadelphia, Pennsylvania 19109
Telephone (267) 313-0766
Direct Dial: (267) 499-3273
State of Pennsylvania Bar No. 88026
oliver.griffin@griffinlawllp.com

Attorneys for Avrumi (Josh) Lubin and Spin Capital, LLC

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2024, a true and correct copy of the foregoing was served by CM/ECF on all parties registered to receive electronic service of court documents in this case.

/s/ Brian S. Dervishi
Brian S. Dervishi