

**ORDERED in the Southern District of Florida on April 11, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.,

    Debtor.

_____/

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.,

    Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.

    Defendants.

_____/

Case No. 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**ORDER GRANTING DEFENDANTS' AVRUMI (JOSH) LUBIN AND
SPIN CAPITAL, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS CAUSE came before the Court without a hearing on the Defendants' Avrumi (Josh) Lubin and Spin Capital, LLC's Unopposed Motion for Extension of Time [ECF No. 78] ("Motion") to respond to the Trustee's Second Amended Complaint [ECF No. 75]. The Court having reviewed the Motion and good cause appearing, it is

ORDERED:

1.     The Motion is GRANTED. The Defendants' Avrumi (Josh) Lubin and Spin Capital, LLC shall respond to the Trustee's Second Amended Complaint on or before April 24, 2024.

###

Submitted by:
Brian S. Dervishi, Esq,
Weissman & Dervishi, P.A.
1 SE Third Ave, Suite 1700
Miami, FL 33131
Telephone: 305-347-4070
bdervishi@wdpalaw.com
service@wdpalaw.com

Brian S. Dervishi, Esq. shall serve a copy of this Order on all appropriate parties and shall file a certificate of service.