

**ORDERED in the Southern District of Florida on April 11, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

    Debtor.

_____/

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.

    Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*,

    Defendants.

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Proc. No.: 23-01132-EPK

### ORDER GRANTING MOTION BY JACOB H. NEMON, ESQ. TO WITHDRAW AS PRO HAC VICE COUNSEL FOR DEFENDANTS SPIN CAPITAL LLC AND AVRUMI LUBIN

WHEREAS, this matter came before the Court upon *Attorney Jacob H. Nemon's Motion*

*to Withdraw as Pro Hac Vice Counsel for Defendants Spin Capital LLC and Avrumi Lubin* dated

1

11288977.1

March 25, 2024 (Dkt. No. 70) ("Motion"), which was set down for a hearing on April 10, 2024 at 10:30 AM by Notice of Hearing dated March 26, 2024 (Dkt. No. 71) ("Notice of Hearing"); and

WHEREAS, Attorney Nemon filed proof of service of the Motion and Notice of Hearing upon Defendants Spin Capital LLC and Avrumi Lubin (Dkt. Nos. 73 and 74); and

WHEREAS, at the hearing on April 10, 2024 at 10:30 AM, Brian Dervishi, Esq., appeared on behalf of the Spin Defendants and stated the Spin Defendants had no objection to the Motion.

Accordingly, it is ORDERED as follows:

1.     The Motion is **GRANTED**.

2.     Attorney Nemon, previously admitted *pro hac vice* for Defendants Spin Capital LLC and Avrumi Lubin pursuant an Order of this Court dated October 12, 2023 (Dkt. No. 24), is hereby relieved as *pro hac vice* counsel.

3.     The Clerk shall terminate Attorney Nemon's appearance on CM/ECF in the adversary proceeding and related bankruptcy proceedings.

###

Submitted by:
Jacob H. Nemon, Esq.
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, NY 10005
Telephone: 212-732-3200
Facsimile: 212-732-3232
E-Mail: nemon@clm.com

*Attorney Jacob H. Nemon shall provide a copy of this order to all interested parties and file a certificate of service.*

2