**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

              Case No.: 22-12790-EPK

    EXCELL AUTO GROUP, INC.          Chapter 7

        Debtor.

-------------------------------------------------------------------- /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.              Adv. Pro. No. 23-01132-EPK

        Plaintiff.

     -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

        Defendants.

-------------------------------------------------------------------- /

### HI-BAR CAPITAL, LLC, MORDECHAI HERBST, AND YISROEL HERBST'S AGREED MOTION FOR EXTENSION OF TIME

Defendants, Hi-Bar Capital, LLC ("Hi-Bar"), Mordechai Herbst, and Yisroel Herbst, (collectively, "Hi-Bar Defendants"), pursuant to Rule 6(b)(A) and Local Rule 9013-1(C), hereby move for a two-week extension to file a response to Trustee's Second Amended Complaint, and state:

1. The Trustee filed a Second Amended Complaint on March 27, 2024 [D.E. 75].

2. Given the length of the Complaint, the complexity of the issues raised, and the fact that the undersigned was out of the country on a family vacation during the week it was filed, additional time is needed to prepare a response. Specifically, Defendants are seeking an extension through April 24, 2024.

3. Counsel for the Trustee does not object to the relief being sought.

1

WHEREFORE, Defendants Hi-Bar Capital, LLC ("Hi-Bar"), Mordechai Herbst, and Yisroel Herbst, (collectively, "Hi-Bar Defendants") respectfully request that an extension of time, through April 24, 2024, for the Hi Bar Defendants to respond to the Second Amended Complaint.

Respectfully submitted,

LETO LAW FIRM
201 S. Biscayne Blvd.
Suite 2700
Miami, Florida 33131
Tel.    305-341-3155
Fax:    305-397-1168

*/s/ Matthew P. Leto*
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com
pleadings@letolawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 11, 2024, we electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.

*/s/ Matthew P. Leto*
MATTHEW P. LETO

2