

**ORDERED in the Southern District of Florida on April 15, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:

        EXCELL AUTO GROUP, INC.

        Debtor.

Case No.: 22-12790-EPK
Chapter 7

---------------------------------------------------------------------- /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.

Adv. Pro. No. 23-01132-EPK

        Plaintiff.

       -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

        Defendants.

---------------------------------------------------------------------- /

**ORDER GRANTING AGREED**
**MOTION FOR EXTENSION OF TIME**

This matter came before the Court without a hearing on Defendants, Hi-Bar Capital, LLC ("Hi-Bar"), Mordechai Herbst, and Yisroel Herbst, (collectively, "Hi-Bar Defendants"), Agreed Motion for Extension of Time [D.E. 81]. The Court, having reviewed the Motion and being apprised of the Agreement of Counsel, ORDERS that:

1)    The Motion is GRANTED.

2)    The Hi Bar Defendants shall respond to the Trustee's Second Amended Complaint [D.E. 75] on or before April 24, 2024.

###

**Submitted by:**
Matthew P. Leto
Leto Law Firm
201 South Biscayne Blvd.
Suite 2700
Miami, FL 33131
mleto@letolawfirm.com

Matthew P. Leto shall serve a copy of this Order on all appropriate parties and shall file a certificate of service thereof.