**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                              Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,[1]                         Chapter 7

                    Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as the Chapter 7 Trustee,

                    Plaintiff,
                                                    Adversary Proceeding No. 23-01132-EPK
v.

HI BAR CAPITAL, LLC, *et al*.,

                    Defendants.
_____/

## JOINT NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 2091-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, David M. Unseth, Ezequiel J. Romero and the law firm of Bryan Cave Leighton Paisner LLP hereby withdraw as counsel of record for Hi Bar Capital, LLC, one the Defendant in the captioned adversary proceeding ("High Bar Capital" or "Defendant"). David M. Unseth, Ezequiel J. Romero and the law firm of Bryan Cave Leighton Paisner LLP have been replaced as attorneys of record for High Bar Capital by Matthew P. Leto of the Leto Law Firm, who is now serving as lead counsel for Hi Bar Capital. Mr. Leto filed his *Notice of Appearance and Request for Service* in the captioned adversary proceeding on October 3, 2023 [Adv. Dkt. 22].

---

[1] The last four digits of the Debtor's taxpayer identification number is 4450. The Debtor's noticing address in this Chapter 11 case is 6560 West Rogers Circle, Suite B-27, Boca Raton, Florida 33487.

610127997                                           1

Hi Bar Capital has consented to this substitution of counsel.

Accordingly, the undersigned request that the clerk remove David M. Unseth, Ezequiel J. Romero and the law firm of Bryan Cave Leighton Paisner LLP as counsel record for Hi Bar Capital, LLC.

Respectfully submitted this 23rd day of April 2024.

**LETO LAW FIRM**

/s/ *Matthew P. Leto (with expressed permission)*
Matthew P. Leto
Florida Bar No. 014504
201 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Telephone:    (305) 341-3155
Facsimile:    (305) 341-397-1168
Email:        mleto@letolawfirm.com

*Lead Counsel for Hi Bar Capital, LLC*

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Ezequiel J. Romero*
Ezequiel J. Romero
Florida Bar No. 107216
200 South Biscayne Boulevard, Suite 400
Miami, Florida 33131
Telephone:    (786) 322-7399
Facsimile:    (786) 322-7501
Email:        ezequiel.romero@bclplaw.com
              romeroe@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
David M. Unseth
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:    (314) 259-2000
Facsimile:    (314) 259-2020
E-mail:       david.unseth@bclplaw.com

*Former Counsel for Hi Bar Capital, LLC*

610127997                                    2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on the 23rd day of April 2024, the foregoing *JOINT NOTICE OF WITHDRAWAL OF COUNSEL* was filed using the Court's CM/ECF filing system, which generated an email notice of the filing, linked to this document, to those parties who receive electronic notices in this case.

Dated: April 23, 2024

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Ezequiel J. Romero*

Ezequiel J. Romero
Florida Bar No. 107216
200 South Biscayne Boulevard, Suite 400
Miami, Florida 33131
Telephone:    (786) 322-7399
Facsimile:    (786) 322-7501
Email:    ezequiel.romero@bclplaw.com
romeroe@bclplaw.com

*Former Counsel for Hi Bar Capital, LLC*

610127997