UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 22-12790-EPK
                                                          Chapter 7
EXCELL AUTO GROUP, INC.,

          Debtor.
_____/
NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.,                      Adv. Pro. No. 23-01132-EPK

          Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.

          Defendants.
_____/

## DEFENDANTS' AVRUMI (JOSH) LUBIN AND SPIN CAPITAL, LLC'S *UNOPPOSED* SECOND MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rules of Civil Procedures 6(b)(A), Local Rule 9013-1(C) and Local Rule 5005-1(G)(1) Defendants Avrumi (Josh) Lubin and Spin Capital, LLC ("Defendants") move the Court for a second two-week extension of time to respond to the Trustee's Second Amended Complaint and state as follows.

1.      The Trustee filed her Second Amended Complaint on March 27, 2024 [ECF 75]. A response to the Second Amended Complaint is due on April 24, 2024.

2.      The issues involved in this litigation are complex and detailed and the Defendants and their new counsel require additional time to prepare and file the response.

3.      Counsel for Defendants conferred with counsel for the Trustee and certifies he has agreed to the relief sought in this Motion.

Adv. Pro. No. 23-01132-EPK

4.     The Defendants request an extension of time to file the required response through and including May 8, 2024.

5.     This Motion is filed in good faith and is not being filed for any dilatory purpose or undue delay.

WHEREFORE, Defendants, Avrumi (Josh) Lubin and Spin Capital, LLC respectfully request that this Court enter an order granting this Motion; extending the deadline for the Defendants to respond to the Second Amended Complaint through and including May 8, 2024; and for such further relief that is just and proper.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Respectfully submitted,

WEISSMAN & DERVISHI, P.A.

By:     /s/ Brian S. Dervishi
          Brian Dervishi
Fla. Bar No. 350303
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
305-347-4072 (Direct)
bdervishi@wdpalaw.com
service@wdpalaw.com

and

Oliver Griffin, Esquire
Griffin Partners LLP
Florida PHV No. 0073661
123 S. Broad Street, Suite 1850
Philadelphia, Pennsylvania 19109
Telephone (267) 313-0766
Direct Dial: (267) 499-3273
State of Pennsylvania Bar No. 88026
oliver.griffin@griffinlawllp.com

Adv. Pro. No. 23-01132-EPK

Attorneys for Avrumi (Josh) Lubin and Spin
Capital, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2024, a true and correct copy of the foregoing was served by CM/ECF on all parties registered to receive electronic service of court documents in this case.

      /s/ Brian S. Dervishi
       Brian S. Dervishi