

**ORDERED in the Southern District of Florida on April 25, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-12790-EPK
                                                                              Chapter 7
EXCELL AUTO GROUP, INC.,

     Debtor.
_____/
NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.,                          Adv. Pro. No. 23-01132-EPK

     Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.

     Defendants.
_____/

**ORDER GRANTING DEFENDANTS' AVRUMI (JOSH) LUBIN AND SPIN
CAPITAL, LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS CAUSE came before the Court without a hearing on the Defendants' Avrumi (Josh) Lubin and Spin Capital, LLC's Second Unopposed Motion for Extension of Time [ECF No. 89] ("Motion") to respond to the Trustee's Second Amended Complaint [ECF No. 75]. The Court having reviewed the Motion and good cause appearing, it is

ORDERED that the Motion is GRANTED. The Defendants' Avrumi (Josh) Lubin and Spin Capital, LLC shall respond to the Trustee's Second Amended Complaint on or before May 8, 2024.

###

Submitted by:
Brian S. Dervishi, Esq,
Weissman & Dervishi, P.A.
1 SE Third Ave, Suite 1700
Miami, FL 33131
Telephone: 305-347-4070
bdervishi@wdpalaw.com
service@wdpalaw.com

Brian S. Dervishi, Esq. shall serve a copy of this Order on all appropriate parties and shall file a certificate of service.