UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                         Case No. 22-12790-EPK
                                                               Chapter 7
EXCELL AUTO GROUP, INC.,

        Debtor.
_____/
NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.,                           Adv. Pro. No. 23-01132-EPK

        Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.

        Defendants.
_____/

**DEFENDANTS AVRUMI (JOSH) LUBIN AND SPIN CAPITAL,
LLC'S *UNOPPOSED* THIRD MOTION FOR EXTENSION OF TIME**

        Pursuant to Federal Rules of Civil Procedures 6(b)(A), Local Rule 9013-1(C) and Local Rule 5005-1(G)(1) Defendants Avrumi (Josh) Lubin and Spin Capital, LLC ("Defendants") move the Court for a third extension of time to answer the Trustee's Second Amended Complaint and state as follows.

        1.      The Trustee filed her Second Amended Complaint on March 27, 2024 [ECF 75]. A response to the Second Amended Complaint is due on May 8, 2024.

        2.      The issues involved in this litigation are complex and detailed and the Defendants and their new counsel require additional time to prepare and file the answer and affirmative defenses.

        3.      Counsel for Defendants conferred with counsel for the Trustee and certifies he has

Adv. Pro. No. 23-01132-EPK

agreed to the relief sought in this Motion.

4. The Defendants request a 9-day extension of time to file the required answer through and including May 17, 2024.

5. This Motion is filed in good faith and is not being filed for any dilatory purpose or undue delay.

WHEREFORE, Defendants, Avrumi (Josh) Lubin and Spin Capital, LLC respectfully request that this Court enter an order granting this Motion; extending the deadline for the Defendants to answer the Second Amended Complaint through and including May 17, 2024; and for such further relief that is just and proper.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Respectfully submitted,

WEISSMAN & DERVISHI, P.A.

By:  /s/ Brian S. Dervishi
        Brian Dervishi
Fla. Bar No. 350303
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
305-347-4072 (Direct)
bdervishi@wdpalaw.com
service@wdpalaw.com

Attorneys for Avrumi (Josh) Lubin and Spin Capital, LLC

2

Adv. Pro. No. 23-01132-EPK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2024, a true and correct copy of the foregoing was served by CM/ECF on all parties registered to receive electronic service of court documents in this case.

/s/ Brian S. Dervishi
Brian S. Dervishi

3