UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.                              Case No.: 22-12790-EPK
                                                     Chapter 7
     Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.


       Plaintiff,


v.                                                   Adv. Pro. No. 23-01132-EPK


HI BAR CAPITAL, LLC, a New York limited liability
company, SPIN CAPITAL LLC a/k/a Spin Capital, a
New Jersey limited liability company, YISROEL
HERBST, an individual, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, an individual,
AVRUMI LUBIN a/k/a JOSH LUBIN, an individual,
FRANKLIN CAPITAL FUNDING, LLC a Delaware
limited liability company, FRANKLIN CAPITAL
GROUP, LLC, a Michigan Limited Liability Company
d/b/a Wing Lake Capital


       Defendants.


_____/

**PLAINTIFF, NICOLE TESTA MEHDIPOUR, TRUSTEE'S
<u>DISCLOSURE OF EXPERT WITNESSES</u>**

       Pursuant to the *Order Setting Filing and Disclosure Requirements for Pretrial and Trial*

[ECF No. 30] and Fed. R. Civ. P. 26(a)(2)(A), Plaintiff, Nicole Testa Mehdipour, Trustee,

discloses her Expert Witness(es):

    **Alan R. Barbee**
    Senior Managing Director
    B.Riley Advisory Services
    1400 Centrepark Blvd, Suite 860

1

West Palm Beach, FL 33401

All witnesses and experts on the Defendants' witness list(s) to the extent not objected to by the Plaintiff.

Respectfully submitted this 14th day of May 2024.

| | |
|---|---|
| FURR AND COHEN, P.A. | **Law Office of** |
| *Special Counsel for Trustee* | **Nicole Testa Mehdipour, P.A.** |
| 2255 Glades Road, Suite 419A | *Counsel for Chapter 7 Trustee* |
| Boca Raton, FL 33431 | 6278 N. Federal Highway, Suite 408 |
| Telephone: (561) 395-0500 | Fort Lauderdale, FL 33308 |
| Facsimile: (561) 338-7532 | Tel: (954) 858-5880 Fax: (954) 208-0888 |
| | |
| BY:   /s/ *Jason S. Rigoli* | By:  /s/ *Nicole Testa Mehdipour* |
|     Alan R. Crane, Esq. | Nicole Testa Mehdipour |
|     Florida Bar No.: 0963836 | Florida Bar No. 177271 |
|     E-mail: acrane@furrcohen.com | Nicole.Mehdipour@ntmlawfirm.com |
|     Jason S. Rigoli, Esq. | |
|     Florida Bar No.: 91990 | |
|     E-mail: jrigoli@furrcohen.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via notice of electronic filing on all parties registered with CM/ECF to receive such notice.

BY: /s/ *Jason S. Rigoli*
       Jason S. Rigoli

2