UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                                    Case No.: 22-12790-EPK

      Debtor.                                                          Chapter 7
_____/

NICOLE TESTA MEHDIPOUR,
as chapter 7 trustee,

      Plaintiff,

v.                                                                          Adv. Proc. No.: 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

      Defendants.
_____/

**MOTION TO EXTEND EXPERT WITNESS
DISCLOSURE DEADLINE BY ONE WEEK**

Defendants, Franklin Capital Funding, LLC and Franklin Capital Group, LLC (together, "Franklin"), respectfully request that the Court extend the expert witness disclosure deadline in this adversary proceeding from its current date, May 14, 2024, through May 21, 2024. *See* ECF No. 30 at ¶ 6(b) (expert witness disclosure deadline).

The cause for the requested extension includes: (1) Franklin attending to various deadlines and other matters in related state court litigation against the co-defendants, and (2) a corporate representative of the Franklin entities being out of the office on the date of the current deadline. The requested extension is not being made for purposes of bad faith or delay and will not prejudice any interested party.

{2425/000/00580883}                                    1

**WHEREFORE**, Franklin respectfully requests that this Court extend the expert witness disclosure deadline for Franklin through and including May 21, 2024.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on May 14, 2024.

Respectfully Submitted,

**SHRAIBERG PAGE P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

By: ___/s/ Patrick Dorsey_____
        Patrick Dorsey, Esq.
        Florida Bar. No. 008584

{2425/000/00580883}                    2