**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORID**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-12790-EPK |
| EXCELL AUTO GROUP, INC., | Adv. Proc. No. 23- 01132-EPK |
| Debtor. | Chapter 7 |
| NICOLE MEHDIPOUR, CHAPTER 7 TRUSTEE, | |
| Plaintiff. | |
| v. | |
| HI BAR CAPITAL, LLC, *et al.*, | |
| Defendant. | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

**PLEASE TAKE NOTICE** that Lance Bergmann Melamud, Esq. of the law firm of Duane Morris LLP hereby enters his appearance as counsel on behalf of TD Bank, N.A.  Undersigned counsel respectfully requests to be added to the service matrix, master service list and noticed electronically on all future filings related to this case.  The Clerk of Court and all parties are requested to take notice of this appearance and, in accordance with the applicable rules, to serve copies of any and all motions, pleadings, notices, orders, reports and/or documents of any kind or nature filed in these proceedings, whether filed in these proceedings by the Court or any other party in interest, upon the undersigned attorneys at the following addresses:

Lance Bergmann Melamud
**DUANE MORRIS LLP**
201 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: (305) 960-2274

Facsimile: (305) 946-0965
lkaufman@duanemorris.com
mlchapski@duanemorris.com

Dated:  July 19, 2024

**DUANE MORRIS LLP**

201 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: (305) 960-2274
Facsimile: (305) 946-0965

By: s/ Lance Bergmann Melamud
Lance Bergmann Melamud
Florida Bar No.: 1022126
E-mail: lkaufman@duanemorris.com
          mlchapski@duanemorris.com
*Counsel for TD Bank, N.A.*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on July 19, 2024, a true and correct copy of the foregoing was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service for this case.

By: /s/Lance Bergmann Melamud
          Lance Bergmann Melamud

2