UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

      Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

      Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

      Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**JOINT AGREED MOTION TO CONTINUE PRETRIAL CONFERENCE
AND EXTEND PRETRIAL DEADLINES**

Nicole Testa Mehdipour ("**Plaintiff**"), Chapter 7 trustee for the estate of Excell Auto Group, Inc., and Defendants Hi Bar Capital, LLC, Spin Capital, LLC a/k/a Spin Capital, Yisroel Herbst, Mordechai Dov Ber Herbst a/k/a Mordi Herbst, Avrumi Lubin a/k/a Josh Lubin, Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital, by and through their respective undersigned counsel, file this *Joint Agreed Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines* ("**Agreed Motion**") and respectfully states as follows:

1.      The Pretrial Conference is currently scheduled for September 11, 2024, at 10:00 a.m. [ECF No. 30 as modified by ECF No. 68]. The Parties jointly move this Court to continue

1

the Pretrial Conference to December 2024 to allow mediation to occur and the parties to proceed in this adversary in the most efficient, cost-effective manner possible.

**Procedural Background**

2. On June 30, 2023, the Plaintiff filed a complaint against the Defendants named herein.

3. On July 3, 2023, the Court issued a *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [ECF No. 3] and *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 4]. The Scheduling Conference was set for September 13, 2023.

4. On September 14, 2023, the Plaintiff filed a *Corrected First Amended Complaint* [ECF No. 17][1] to correctly name certain of the Defendants, drop other parties, and clarify certain of the allegations.

5. The Court issued a summons for the newly added parties and a new *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 19]. The Scheduling Conference was set for October 11, 2023.

6. Pursuant to this Scheduling Order, the parties conferred and agreed to a pretrial date and the form of the Order Setting Filing and Disclosure Requirements for Pretrial and Trial along with the timing of the Pretrial Conference.

7. The Court conducted the scheduling Conference on October 11, 2023. On October 16, 2023, Spin Capital and Mr. Lubin filed a Motion to Dismiss. On October 19, 2023, Hi Bar Capital and Messrs. Herbst filed their Motion to Dismiss.

---

[1] Plaintiff filed the First Amended Complaint [ECF No. 15] on September 11,2023.

8. Briefing for the Motions to Dismiss took through and including December 20, 2023.

9. On March 12, 2024, the Court issued an oral ruling on the Motions to Dismiss, denying them both and permitting the Plaintiff time to further amend certain counts in *Corrected First Amended Complaint*. *See Order Denying Motions to Dismiss* [ECF No. 64].

10. The Plaintiff filed a *Second Amended Complaint* on March 27, 2024 [ECF No. 75].

11. The Defendants filed their respective Answers and Affirmative Defenses on April 24, 2024 and May 17, 2024 [ECF No. 90, 101, and 102].

12. The Plaintiff and Defendants Hi Bar Capital, LLC, Spin Capital, LLC a/k/a Spin Capital, Yisroel Herbst, Mordechai Dov Ber Herbst a/k/a Mordi Herbst, and Avrumi Lubin a/k/a Josh Lubin have agreed and are scheduled for mediation with Patricia Redmond, Esq. on July 22, 2024.

13. To the extent that a resolution is not reached at the upcoming mediation, the Plaintiff intends on further amending the complaint to add additional parties Plaintiff has identified since the filing of the Second Amended Complaint.

14. This is the first request to continue the Pretrial Conference.

### **Relief Requested**

15. Counsel for Plaintiff and all Defendants have conferred, agree to, and jointly move this Court to continue the pretrial conference and related deadlines.  Counsel have also agreed to the forms of the orders attached hereto.

16. Accordingly, the parties request a 90-day continuance of the pretrial conference to the December 2024 pretrial calendar, along with all related deadlines to allow mediation to occur,

the Plaintiff to seek relief to and amend the complaint to add new parties and allow this adversary to move forward in a thorough but economically efficient manner.

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) continuing the September 11, 2024 Pretrial Conference to the Court's December 2024 pretrial Calendar, with all related pretrial deadlines to be calculated from the rescheduled Pretrial Conference date; and (iii) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 19th day of July 2024.

| | |
|---|---|
| FURR AND COHEN, P.A.<br>2255 Glades Road, Suite 419A<br>Boca Raton, FL 33431<br>Telephone: (561) 395-0500<br>Facsimile: (561) 338-7532<br><br>*/s/ Alan R. Crane*<br>Alan R. Crane, Esq.<br>Florida Bar No.: 0963836<br>E-mail: acrane@furrcohen.com<br><br><br>*Special Counsel to Plaintiff, Nicole Testa Mehdipour, Trustee* | LETO LAW FIRM<br>201 S. Biscayne Blvd., Suite 2700<br>Miami, Florida 33131<br>Tel. 305-341-3155<br>Fax: 305-397-1168<br><br>*/s/ Matthew P. Leto*<br>Matthew P. Leto<br>Florida Bar No.: 014504<br>mleto@letolawfirm.com<br>kzelaya@letolawfirm.com<br><br><br>*Counsel to Hi Bar Capital, LLC, Mordecai Herbst, and Yisroel Herbst* |
| SHRAIBERG PAGE P.A.<br>2385 NW Executive Center Drive, #300<br>Boca Raton, Florida 33431<br>Telephone: 561-443-0800<br>Facsimile: 561-998-0047<br><br>*/s/ Patrick Dorsey*<br>Patrick Dorsey, Esq.<br>Florida Bar. No. 0085841<br>pdorsey@slp.law<br><br>*Counsel to Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital* | WEISSMAN & DERVISHI, P.A.<br>One Southeast Third Avenue, Suite 1700<br>Miami, Florida 33131<br>305-347-4070 (Telephone)<br>305-347-4072 (Direct)<br><br>*/s/ Brian S. Dervishi*<br>Brian Dervishi<br>Fla. Bar No. 350303<br>bdervishi@wdpalaw.com<br><br>*Attorneys for Avrumi (Josh) Lubin and Spin Capital, LLC* |