

**ORDERED in the Southern District of Florida on July 19, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORID**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>EXCELL AUTO GROUP, INC.,<br><br>      Debtor.<br><br>NICOLE MEHDIPOUR, CHAPTER 7 TRUSTEE,<br><br>      Plaintiff.<br><br>v.<br><br>HI BAR CAPITAL, LLC, *et al.*,<br><br>      Defendant. | Case No. 22-12790-EPK<br><br>Adv. Proc. No. 23- 01132-EPK<br><br>Chapter 7 |

**ORDER GRANTING TD BANK, N.A.'S EX PARTE MOTION TO REDACT AND RESTRICT PUBLIC ACCESS TO OBJECTIONS AND RESPONSES TO SUBPOENA**

DM1\15533812.1

2

**THIS CASE** came before the Court on Creditor, TD Bank, N.A.'s ("**TD Bank**") Ex Parte Motion To Redact And Restrict Public Access To Objections And Responses To Subpoena [ECF No. 105] filed by TD Bank on July 19, 2024 (ECF No. 107) (the "Motion"). The Motion seeks immediate relief to protect personal data contained or included in the Objections and Responses to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) filed by TD Bank on July 19, 2024 [ECF No. 105] (the "Objections and Responses to Subpoena"). Accordingly, it is

**ORDERED** that:

1.      The Motion is Granted.

2.      The Clerk is directed to immediately restrict remote electronic access to the Objections and Responses to Subpoena [ECF No. 105].

3.      Within 5 business days of entry of this Order, TD Bank must file, as a separate document, the redacted document.

###

Submitted by:
Lance Bergmann Melamud, Esq.
Duane Morris LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: (305) 960-2274
Facsimile: (305) 946-0965
Email: lkaufman@duanemorris.com

Lance Bergmann Melamud is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a certificate of service.

2

DM1\15533812.1