

**ORDERED in the Southern District of Florida on July 23, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

  Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

   Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

   Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 22-01132-EPK

**ORDER GRANTING JOINT AGREED MOTION TO CONTINUE PRETRIAL
CONFERENCE AND EXTEND RELATED PRETRIAL DEADLINES**

1

THIS PROCEEDING came before the Court without a hearing upon the *Joint Agreed Motion to Continue Pretrial Conference and Extend Certain Related Pretrial Deadlines* [ECF No. 106] (the "**Motion**"). The Court has reviewed the Motion and the record in this adversary proceeding, notes the agreement of the Parties to the relief sought in the Motion, and finds that good cause exists to grant the relief sought in the Motion. Accordingly, it is:

**ORDERED as follows:**

1.      The Motion is **GRANTED**.

2.      The pretrial conference presently scheduled for September 11, 2024, at 10:00 a.m. is cancelled and will be continued to a date in December 2024, as set forth in separate *Amended Order Setting Filing and Disclosure Requirements for Pretrial and Trial* to be entered by this Court

###

**Submitted by:**

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Tel: (561) 395-0500/Fax: (561) 338-7532
E-mail: jrigoli@furrcohen.com

*Special Counsel to the Trustee/Plaintiff*

*Attorney Jason S Rigoli is directed to serve a copy of this Order and file a certificate of service with the Court.*