**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

EXCELL AUTO GROUP, INC.                    Case No. 22-12790-EPK

    Debtor.                                    Chapter 7

_____

NICOLE TESTA MEHDIPOUR, as              Adv. Proc. No. 23-01132-EPK
Chapter 7 Trustee for Excell Auto
Group, Inc.

    Plaintiff,

v.

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAIR DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

    Defendants.

_____/

**MEDIATOR'S REPORTAND**
**NOTICE OF COMPLETION OF MEDIATION**

    The undersigned mediator, reports the results of the Mediation Conference as follows:

    A.  Mediation conference was conducted and concluded on July 22, 2024.

    B.  The conference resulted in the following:

_____X_____    The parties reached an impasse.

_____    The parties settled the following issues:

_____    The conference was continued and an additional mediation conference will be scheduled.

_____    The matter was settled prior to mediation conference.

Dated:   July 24, 2024.

PATRICIA A. REDMOND, MEDIATOR
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:     (305) 789-3200

By: _____ */s/ Patricia A. Redmond* _____
    Patricia a. Redmond
    Florida Bar No 303739
    predmond@stearnsweaver.com

***Attendees*:**

Brian Dervishi, Esq.,
Weissman & dervishi, PA
Counsel to Spin Capital, LLC

Matthew Leto, Esq.
Leto Law Firm
Counsel to Hi Bar Capital, LLC

Jason S. Rigoli, Esq.
Alan R. Crane, Esq.
Furr and Cohen, P.A.
Special Counsel to Nicole Testa Mehdipour, Trustee

***Served via email on July 24, 2024 to*:**

Brian Dervishi, Esq.,
Weissman & dervishi, PA
Counsel to Spin Capital, LLC
brian@wdpalaw.com

Matthew Leto, Esq.
Leto Law Firm
Counsel to Hi Bar Capital, LLC
MLeto@letolawfirm.com

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
Special Counsel to Nicole Testa
Mehdipour, Trustee
jrigoli@furrcohen.com

Alan R. Crane, Esq.
Furr and Cohen, P.A.
Special Cunsel to Nicole Testa
Mehdipor, Trustee
acrane@furrcohen.com

#12937454 v1