UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                      Case No. 22-12790-EPK
                                                            Chapter 7
EXCELL AUTO GROUP, INC.,

         Debtor.
_____/
NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.,                        Adv. Pro. No. 23-01132-EPK

         Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.

         Defendants.
_____/

### MOTION TO WITHDRAW AS COUNSEL FOR
### DEFENDANTS SPIN CAPITAL, LLC AND AVRUMI (JOSH) LUBIN

Pursuant to Local Rule 2091-1, the law firm of Weissman & Dervishi, P.A. (the "Firm")
moves the Court to grant it leave to withdraw from this case as counsel for Defendants Spin Capital,
LLC and Avrumi (Josh) Lubin (together, "Clients"). The grounds for this motion are as follows.

1.       Grounds for withdrawal by the Firm from the representation of Clients have arisen
and the Firm is no longer able to represent them in this action and in the general bankruptcy case.
The Firm's withdrawal is appropriate and allowed under Rule 4-1.16 of the Florida Bar Rules of
Professional Conduct.

2.       The Firm has provided reasonable notice of its intent to withdraw to Clients who have
not objected to this motion. Counsel for the Trustee has also confirmed this motion is unopposed.

Adv. Pro. No. 23-01132-EPK

3.      Withdrawal will not unduly delay this action set for its pre-trial conference on December 11, 2024. Shanna M. Kaminski[1], admitted pro hac vice by this Court in this action [ECF No. 11] will continue to represent Clients in this action along with local counsel Bernard L. Egozi of Egozi & Bennett, P.A.

WHEREFORE, the Firm moves for leave to withdraw from representation of Clients and such further relief that is just and appropriate.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Respectfully submitted,

WEISSMAN & DERVISHI, P.A.

By:      /s/ Brian S. Dervishi
              Brian Dervishi
Fla. Bar No. 350303
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
305-347-4072 (Direct)
bdervishi@wdpalaw.com
service@wdpalaw.com

Attorneys for Spin Capital, LLC and
Avrumi (Josh) Lubin

---

[1] Ms. Kaminski, is admitted to practice and currently in good standing with the state bar in the State of Michigan and in the State of New York and in the United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States District Court for the District of Colorado, United States District Court for the Eastern District of Missouri, United States District Court for the Eastern District of Arkansas, United States District Court for the Western District of Arkansas, United States District Court for the Northern District of Illinois, United States District Court for the Southern District of Illinois, United States District Court for the Northern District of Indiana, Untied States District Court for the Southern District of Indiana, United States District Court for the District of Maryland, United States District Court for the Northern District of New York, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas, United States District Court for the Western District of Wisconsin, and United States District Court for the Central District of Illinois.[ECF No. 10].

2

Adv. Pro. No. 23-01132-EPK

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on July 30, 2024, the foregoing was served by CM/ECF on all parties registered to receive electronic service of court documents in this case. A true and correct copy of the foregoing has been sent by e-mail and U.S. Mail, postage prepaid, to Avrumi (Josh) Lubin, individually and as the representative of Spin Capital, LLC at office@spincapital.com and Spin Capital, LLC, c/o Josh Lubin, Mgr., 1460 Arboretum Parkway, Lakewood, NJ 08701.

/s/ Brian S. Dervishi
Brian S. Dervishi

3