

**ORDERED in the Southern District of Florida on August 16, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                          Case No. 22-12790-EPK
                                                               Chapter 7
EXCELL AUTO GROUP, INC.,

        Debtor.
_____/
NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for Excell Auto Group, Inc.,                            Adv. Pro. No. 23-01132-EPK

        Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.

        Defendants.
_____/


**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR**
**DEFENDANTS SPIN CAPITAL, LLC AND AVRUMI (JOSH) LUBIN**

**THIS CAUSE** came before the Court on August 14, 2024, on the Motion to Withdraw as Counsel for Defendants Spin Capital, LLC and Avrumi (Josh) Lubin [ECF No. 118] filed by Weissman & Dervishi, P.A. (the "Motion"). This Court, having read the motion, and being advised that the Clients do not object to the Motion and are represented in this action by other counsel, it is

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Brian S. Dervishi, Luke T. Jacobs, and the law firm of Weissman & Dervishi, P.A., are permitted to withdraw as counsel of record for Defendants Spin Capital, LLC and Avrumi (Josh) Lubin, and are relieved of any and all further duties and responsibilities for Defendants Spin Capital, LLC and Avrumi (Josh) Lubin in this case.

###

SUBMITTED by: Brian S. Dervishi, Esq.

COPIES TO:

Oliver Griffin, Esq.

Brian S. Dervishi, Esq. shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and shall file a certificate of service thereof.

2