UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>EXCELL Auto Group, Inc.<br><br>     Debtors. | Chapter 7<br>Case No. 22-12790-EPK |
| NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for Excell Auto Group, Inc.<br><br>     Plaintiff.<br><br>-v-<br><br>HI BAR CAPITAL, LLC, SPIN CAPITAL LLC, YISROEL HERBST, MORDECHAI DOV BER HERBST a/k/a MORDI HERBST, AVRUMI LUBIN a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING, LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a WING LAKE CAPITAL,<br><br>     Defendants. | Adv. Pro. No. 23-01132-EPK |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the below attorneys enter their appearance as co-counsel, pursuant to section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), on behalf of Defendants, SPIN CAPITAL LLC ("**SPIN**") and AVRUMI LUBIN a/k/a JOSH LUBIN ("**LUBIN**"). The below attorneys request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and

53057621.1

Case No. 22-12790-EPK
Adv. Pro. No. 22-01132-EPK

pleadings given or filed in this case be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

Carmen Contreras-Martinez
Saul Ewing LLP
701 Brickell Avenue, Suite 1700
Miami, Florida  33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com

Jorge Garcia
Saul Ewing LLP
701 Brickell Avenue, Suite 1700
Miami, Florida  33131
Telephone: 305-428-4500
jorge.garcia@saul.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive SPIN and LUBIN (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which SPIN and LUBIN are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved; or (v) be deemed a consent to jurisdiction of this Court.

**PLEASE TAKE FURTHER NOTICE** that the foregoing appearances and requests are not intended nor shall be deemed to waive (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the

2

Case No. 22-12790-EPK
Adv. Pro. No. 22-01132-EPK

District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which SPIN and LUBIN may be entitled under agreements, in law, or in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is a limited appearance for purposes of notice and service only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, without limitation, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

Dated: September 18, 2024

> **SAUL EWING LLP**
> Attorneys for Defendants, Spin Capital LLC
> and Josh Lubin
>
> By:   */s/ Carmen Contreras-Martinez*
> Carmen Contreras-Martinez
> Florida Bar No. 93475
> Jorge Garcia
> Florida Bar No. 1045721
> Saul Ewing LLP
> 701 Brickell Avenue, Suite 1700
> Miami, Florida 33131
> Telephone: 305-428-4500
> carmen.contreras-martinez@saul.com
> jorge.garcia@saul.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on September 18, 2024 through the Court's CM/ECF Noticing system upon entry to all parties registered to receive notice.

> */s/ Carmen Contreras-Martinez*
> Carmen Contreras-Martinez

3

53057621.1