**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:

EXCELL AUTO GROUP, INC.,

     Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, a New York limited liability
company, SPIN CAPITAL LLC a/k/a Spin Capital,
a New Jersey limited liability company,
SPFL, an unknown entity, YISROEL HERBST, an
individual, MORDI HERBST, an individual, and
JOSHUA LUBIN, an individual

     Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**ATTORNEY SHANNA M. KAMINSKI'S MOTION TO WITHDRAW AS PRO HAC
VICE COUNSEL FOR DEFENDANTS SPIN CAPITAL LLC AND AVRUMI LUBIN**

SHANNA M. KAMINSKI, an attorney admitted *pro hac vice* for Defendants, Spin Capital

LLC and Avrumi Lubin (collectively, the "Spin Defendants"), pursuant an Order of this Court  in

this matter dated October 12, 2023 (Dkt. No. 23), hereby moves pursuant to Local Rule 2091-1,

for leave to withdraw as counsel for the Spin Defendants, and in support thereof states as follows:

1.      Under the Rules Regulating the Florida Bar 4-1.16(b):

> a lawyer may withdraw from representing a client if:
> (1) withdrawal can be accomplished without material adverse effect on the interests of the client;
> (2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement;
> (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
> (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
> (5) other good cause for withdrawal exists.

2.      Withdrawal would not adversely affect the interests of the Spin Defendants in this case as, on September 18, 2024, Carmen Contrereas-Martinez of Saul Ewing LLP, appeared as counsel for the Spin Defendants.  Thus, the Spin Defendants have competent representation on this case going forward that they have chosen.

3.      The Spin Defendants and I have fundamental disagreements related to actions to be taken in this case.

4.      The Spin Defendants have failed to substantially fulfill an obligation to me regarding my services and have been given reasonable warning that I would withdraw unless the obligation was fulfilled.

5.      The representation has been rendered unreasonably difficult by the Spin Defendants and has also resulted in an unreasonable financial burden on me and, if I am not permitted to withdraw from the representation, this representation will continue to cause an unreasonable financial burden, particularly given the current procedural posture of this case and the impending deadlines in the scheduling order.

6.      In short, each and every enumerated basis for withdrawal from the representation set forth in Rule 4-1.16(b) has been met here. I am willing and able to provide the Court with

additional details regarding the need for withdrawal from the representation, *in camera*, if the Court deems it necessary in order to rule on this Motion.

**WHEREFORE**, I respectfully request that this Court enter an order granting me leave to withdraw as counsel for the Spin Defendants in this case, together with any additional relief that this Court deems just and proper.

Dated: September 23, 2024

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*_____
Shanna M. Kaminski
Admitted Pro Hac Vice
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties registered with CM/ECF to receive electronic notice on the 23rd day of September 2024. A copy was also served upon the Spin Defendants by email to josh@spincapital.com on the 23rd day of September 2024.

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*_____
Shanna M. Kaminski
Admitted Pro Hac Vice
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111
skaminski@kaminskilawpllc.com