UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>EXCELL Auto Group, Inc.<br><br>      Debtors. | Chapter 7<br>Case No. 22-12790-EPK |
| NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for Excell Auto Group, Inc.<br><br>      Plaintiff.<br><br>-v-<br><br>HI BAR CAPITAL, LLC, SPIN CAPITAL LLC, YISROEL HERBST, MORDECHAI DOV BER HERBST a/k/a MORDI HERBST, AVRUMI LUBIN a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING, LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a WING LAKE CAPITAL,<br><br>      Defendants. | Adv. Pro. No. 23-01132-EPK |

**DEFENDANTS SPIN CAPITAL LLC AND AVRUMI (JOSH) LUBIN'S MOTION TO CONTINUE PRETRIAL DEADLINES AND EXTEND RELATED DEADLINES**

Defendants Spin Capital LLC and Avrumi (Josh) Lubin (collectively, "**Defendants**"), by and through undersigned counsel, hereby move this Honorable Court for an order continuing the pretrial deadlines and extending related deadlines by sixty (60) days (the "**Motion**"). In support of this Motion, Defendants respectfully state as follows:

**PROCEDURAL BACKGROUND**

1.      On June 30, 2023, the Plaintiff filed a complaint against the Defendants named herein.

53080881.1

2. On July 3, 2023, the Court issued a *Summons and Notice of Scheduling Conference in the Adversary Proceeding* [ECF No. 3] and an *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 4]. The Scheduling Conference was set for September 13, 2023.

3. On September 14, 2023, the Plaintiff filed a *Corrected First Amended Complaint* [ECF No. 17] to correctly name certain Defendants, drop other parties, and clarify certain allegations.

4. The Court issued a summons for the newly added parties and a new *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 19]. The Scheduling Conference was set for October 11, 2023.

5. On October 16, 2023, the Defendants filed a *Motion to Dismiss* [ECF No. 27]. On October 19, 2023, Defendants Hi Bar Capital and Messrs. Herbst filed their *Motion to Dismiss* [ECF No. 29].

6. On March 12, 2024, the Court issued an oral ruling on the Motions to Dismiss, denying them both and permitting the Plaintiff time to further amend certain counts. *See Order Denying Motions to Dismiss* [ECF No. 64].

7. The Plaintiff filed a *Second Amended Complaint* on March 27, 2024 [ECF No. 75].

8. The Defendants filed their *Answers and Affirmative Defense*s on May 17, 2024 [ECF No. 102].

9. On July 23, 2024, the Court entered  its *Amended Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (the "**Amended Scheduling Order**"), which set operative deadlines in the case. The current dispositive motion deadline  is October 12, 2024, 60 days before the pretrial conference scheduled for December 11, 2024. See [ECF No. 113].

10.     On August 9, 2024, the Plaintiff served Defendants with *Plaintiff's First Request for Production pursuant to Federal Rule of Bankruptcy Procedure 7034*.

11.     On September 18, 2024, the Defendants retained new counsel and undersigned counsel entered their appearance in the case. [ECF Nos. 124].

12.     Later that same day, the Plaintiff filed her *Motion to Compel Production of Documents*, which is scheduled for hearing on September 25, 2024 at 10:00 a.m. ET [ECF Nos. 125, 126].

13.     The Defendants are working diligently to address the discovery issues, but additional time is necessary to familiarize themselves with the case, resolve these matters, and complete discovery.

## RELIEF REQUESTED

14.     Federal Rule of Civil Procedure 16(b)(4) (made applicable to bankruptcy proceedings via Federal Rule of Bankruptcy Procedure 7016) provides that a scheduling order may be modified for "good cause." Courts in this jurisdiction have found, under Rule 16(b), a scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge." John Morrell & Co. v. Royal Caribbean Cruises Ltd., 243 F.R.D. 699, 701 (S.D. Fla. 2007), on reconsideration in part, No. 06-60786-CIV, 2007 WL 2481528 (S.D. Fla. Sept. 4, 2007). In order to establish "good cause," the movant has the burden of proving that the scheduling deadline could not have been met despite the movant's diligent efforts to do so. Id.

15.     Furthermore, the Amended Scheduling Order provides:

> Continuances of the pretrial conference or trial or any deadlines set forth in this order must be requested by written motion. Any request for continuance or amendment to this order must set forth the status of discovery, including exchange of disclosures required under this order, must state the reasons why the party or parties seek a continuance, and must state whether the client and other parties

consent to a continuance. The stipulation of all parties is not sufficient grounds, standing alone, for a continuance.

16.    Here, the recent entry of new counsel supports the necessity for an extension of time. Defendants' counsel, having only recently entered the case, require additional time to adequately review the case (given this case was filed over a year ago), respond to outstanding discovery requests and motions, and prepare dispositive motions, and ultimately prepare for trial. Given the amount in controversy at issue it is imperative that undersigned counsel be provided sufficient time to prepare the case.  As a result, good cause exists for the requested extension. The additional time, a brief delay, will not prejudice any party but will ensure that the case proceeds efficiently and fairly.

## CERTIFICATION UNDER AMENDED SCHEDULING ORDER AND LOCAL RULE 7090-1(B)

17.    Undersigned counsel has conferred with Trustee's counsel, and although Trustee's counsel does not consent to the relief sought in this Motion. However, the parties have agreed to maintain open communication to potentially resolve the outstanding discovery matters and explore a resolution.

**WHEREFORE**, Defendants Spin Capital LLC and Avrumi (Josh) Lubin respectfully request that this Honorable Court enter an order: (a) granting this motion to continue pretrial deadlines by sixty (60) days; (b) extending all other related pretrial deadlines, including discovery, dispositive motion, and trial calendar deadlines, accordingly; and (c) granting such other and further relief as this Court deems just and proper.

Dated: September 23, 2024

> **SAUL EWING LLP**
> Attorneys for Defendants, Spin Capital LLC
> and Avrumi (Josh) Lubin

53080881.1

By:    */s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez
Florida Bar No. 93475
Jorge Garcia
Florida Bar No. 1045721
Saul Ewing LLP
701 Brickell Avenue, Suite 1700
Miami, Florida  33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
jorge.garcia@saul.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on September 23, 2024 through the Court's CM/ECF Noticing system upon entry to all parties registered to receive notice.

*/s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez

53080881.1