

**ORDERED in the Southern District of Florida on October 1, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:

EXCELL AUTO GROUP, INC.,

          Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

          Plaintiff,

v.

HI BAR CAPITAL, LLC, a New York limited liability
company, SPIN CAPITAL LLC a/k/a Spin Capital,
a New Jersey limited liability company,
SPFL, an unknown entity, YISROEL HERBST, an
individual, MORDI HERBST, an individual, and
JOSHUA LUBIN, an individual

          Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**ORDER GRANTING MOTION BY SHANNA M. KAMINSKI, ESQ. TO WITHDRAW AS
PRO HAC VICE COUNSEL FOR DEFENDANTS
<u>SPIN CAPITAL, LLC AND AVRUMI LUBIN</u>**

WHEREAS, this matter came before the Court upon Attorney Shanna M. Kaminski's Motion to Withdraw as Pro Hac Vice Counsel for Defendants Spin Capital LLC and Avrumi Lubin dated September 23, 2024 (Dkt. No. 129) ("Motion"), which was set down for a hearing on September 25, 2024 at 10:00 am EST by Notice of Hearing dated September 24, 2024 (Dkt. No. 132) ("Notice of Hearing"); and

WHEREAS, Attorney Shanna M. Kaminski filed a certificate of the Motion and Notice of Hearing upon Defendants Spin Capital LLC and Avrumi Lubin (Dkt. Nos. 129 and 130); and

WHEREAS, at the hearing on September 25, 2024 at 10:00 am EST, Carmen Contreras-Martinez, appeared on behalf of the Spin Defendants and stated the Spin Defendants had no objection to the Motion.

Accordingly, it is ORDERED as follows:

1.      The Motion is **GRANTED**.

2.      Attorney Shanna M. Kaminski previously admitted pro hac vice for Defendants Spin Capital LLC and Avrumi Lubin pursuant an Order of this Court dated October 12, 2023 (Dkt. No. 23), is hereby relieved as pro hac vice counsel.

3.      The Clerk shall terminate Attorney Shanan M. Kaminski's appearance on CM/ECF in the adversary proceeding and related bankruptcy proceedings.

###

By:
Shanna M. Kaminski
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

*Attorney Shanna M. Kaminski shall provide a copy of this order to all interested parties and file*

*a certificate of service.*