UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.: 22-12790-EPK
                                                          Chapter 7
EXCELL AUTO GROUP, INC.

        Debtor.
_____/

NICOLE TESTA MEHDIPOUR,                                   Adv. Case No. 23-01132-EPK
Chapter 7 Trustee for EXCELL AUTO
GROUP, INC.,

        Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

        Defendant(s).
_____/

## MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Carmen Contreras-Martinez ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit pro hac vice Candice L. Kline ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court for the Northern District of Illinois, and qualified to practice in this court, who proposes to act as counsel for SPIN CAPITAL LLC ("SPIN") and AVRUMI LUBIN a/k/a JOSH LUBIN ("Lubin") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of SPIN and Lubin.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for SPIN and Lubin, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of SPIN and Lubin.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for SPIN and Lubin in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of SPIN and Lubin.  I understand that I am required to participate in the preparation and the

presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of SPIN and Lubin and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of SPIN and Lubin.  I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear Pro Hac Vice, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for SPIN and Lubin in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear pro hac vice in this case and in any adversary proceedings in this case on behalf of SPIN and Lubin and indicating Movant as local counsel for SPIN and Lubin, and for such other and further relief as may be just.

Dated: October 4, 2024

**SAUL EWING LLP**
Attorneys for SPIN CAPITAL LLC ("SPIN") and AVRUMI LUBIN a/k/a JOSH LUBIN ("Lubin")


By:      /s/ Carmen Contreras-Martinez
Carmen Contreras-Martinez
Florida Bar No. 93475
701 Brickell Avenue
Suite 1700
Miami, Florida  33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com

2

53156368.1

Adv. Case No. 23-01132-EPK

## **Affidavit of Proposed Visiting Attorney**

I, Candice L. Kline, am a member in good standing of the bar of the Bar of Illinois. I am a member in good standing of the United States District Courts for the Northern District of Illinois, but I am not admitted to the bar of the United States District Court for the Southern District of Florida.  I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear pro hac vice in this case and in any adversary proceedings in this case on behalf of SPIN CAPITAL LLC ("SPIN") and AVRUMI LUBIN a/k/a JOSH LUBIN ("Lubin"). I designate Carmen Contreras-Martinez as local counsel ("Local Counsel"), who is qualified to practice in this court, as local counsel for SPIN and Lubin.  I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such SPIN and Lubin, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: October 4, 2024

**SAUL EWING LLP**
161 North Clark Street, Suite 4200
Chicago, Illinois  60601
Tel. Number: (312) 876-7899
Facsimile Number: (312) 876-7100
E-mail: candice.kline@saul.com

By:  /s/ Candice L. Kline
      Candice L. Kline
      Illinois ARDC No. 6296954

3

53156368.1