

**ORDERED in the Southern District of Florida on October 9, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No.: 22-12790-EPK
                                                            Chapter 7
EXCELL AUTO GROUP, INC.

      Debtor,

_____/

NICOLE TESTA MEHDIPOUR,                     Adv. Case No. 23-01132-EPK
Chapter 7 Trustee for EXCELL AUTO
GROUP, INC.,

      Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

      Defendant(s).

_____/

## <u>ORDER ADMITTING ATTORNEY PRO HAC VICE</u>

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice

[ECF 138].  The court having reviewed the motion and good cause appearing, it is

Case No. 23-01132-EPK

**ORDERED** that Candice L. Kline ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Spin Capital LLC ("SPIN") and Avrumi Lubin a/k/a Josh Lubin ("Lubin") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of SPIN and Lubin, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Carmen Contreras-Martinez
Florida Bar No. 093475
Saul Ewing LLP
701 Brickell Avenue, 17th Floor
Miami, Florida 33131
Tel. Number: (305) 428-4528
Facsimile Number: (305) 675-6174
E-mail: carmen.contreras-martinez@saul.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the SPIN and Lubin.  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for SPIN and Lubin in all such proceedings.

# # #

2

Case No. 23-01132-EPK

Submitted by:

Carmen Contreras-Martinez
Florida Bar No. 093475
Saul Ewing LLP
701 Brickell Avenue, 17th Floor
Miami, Florida 33131
Tel. Number: (305) 428-4528
Facsimile Number: (305) 675-6174
E-mail: carmen.contreras-martinez@saul.com

Attorney Contreras-Martinez is directed to serve a copy of this Order on all interested parties and file a Certificate of Service.