

**ORDERED in the Southern District of Florida on October 9, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

              Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

              Plaintiff,

v.                                                          Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, et al.,

              Defendant(s).
_____/

**ORDER GRANTING IN PART THE EXPEDITED MOTION TO COMPEL**
**PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

THIS CASE came before the Court for a continued hearing on October 2, 2024, at 10:00

a.m., upon the *Expedited Motion to Compel Production of Documents and for Sanctions* [ECF No.

1

125] (the "Motion"), filed by the Chapter 7 Trustee, Nicole Testa Mehdipour. The Court has considered the Motion, heard the arguments of counsel, and is otherwise fully advised. Accordingly, it is

**ORDERED as follows**:

1. The Motion is **GRANTED** in part and **RESERVED** in part.

2. The Motion is granted as to the requirement that Spin Capital LLC must serve a response to the Request for Production of Documents on or before October 7, 2024.

3. The Trustee must file an Amended Motion to Compel and for Sanctions on or before October 10, 2024.

4. The hearing is reset to **October 16, 2024 at 10:00 a.m.** The hearing will take place remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 PM, one business day before the date of the hearing. To register, link on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

5. The Court reserves jurisdiction to consider sanctions.

###

**Submitted By:**
Alan R. Crane, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532
E-mail: acrane@furrcohen.com

*Attorney Crane is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.*