| Metadata Field | FIELDS INFORMATION |
| --- | --- |
| **Beginning Bates Number** | First bates number of document |
| **Ending Bates Number** | Last Bates number of document |
| **Beginning Attachment** | First bates number of family |
| **Ending Attachment** | Last bates number of family |
| **Custodian** | Custodian(s) / source(s) -- format: Last, First or ABC Dept. separated by a ; character for each instance of duplication. |
| **MasterDate** | MM/DD/YYYY Date field propagated to family from parent with the first non-blank value of Sent Date, Modified Date, Calendar Start Date, and Created Date |
| **MD5Hash** | Document MD5 hash value (used for deduplication or other processing) |
| **To** | Recipients of the Email or Calendar Item (as formatted on the original) |
| **From** | Author of the Email or Calendar item (as formatted on the original) |
| **CC** | Names of the individuals who were copied on the Email or Calendar Item (as formatted on the original) |
| **BCC** | Names of the individuals who were blind copied on the Email or Calendar Item (as formatted on the original) |
| **Subject Line** | Email or calendar subject |
| **SentDate** | Date the Email or Calendar Item was sent. Format: MM/DD/YYYY. |
| **SentTime** | Time Email or Calendar Item was sent. Format: HH:MM:SS (use 24 hour times, e.g., 13:32 for 1:32 pm; time zone indicators cannot be included) |
| **Received Date** | Date Email or Calendar Item was received. Format: MM/DD/YYYY. |
| **Received Time** | Time Email or Calendar Item was received. Format: HH:MM:SS (use 24 hour times, e.g., 13:32 for 1:32 pm; time zone indicators cannot be included) |
| **Last Modified Date** | Date the email was last modified -- Format: MM/DD/YYYY. |
| **Last Modified Time** | Time the email was last modified -- Format: HH:MM:SS (use 24 hour times, e.g., 13:32 for 1:32 pm; time zone indicators cannot be included) |
| **PageCount** | Page count |
| **Author** | Author field value extracted from the metadata of a native file |

EXHIBIT
4

| **FileName** | File name of native file |
|---|---|
| **FileExtension** | File extension of native file |
| **Document Type** | Application used to create native file (e.g., Excel, Outlook, Word) |
| **NativePath  (aka NativeLink)** | File path location to the current native file location on the delivery medium |
| **TextPath (aka TextLink OR ExtractTextPath)** | File path location to the current text file location on the delivery medium |