

**ORDERED in the Southern District of Florida on October 22, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

          Debtor.

_____/

Case No.: 22-12790-EPK
Chapter 7

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

          Plaintiff,

v.

Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, et al.,

          Defendant(s).

_____/

**ORDER GRANTING AMENDED MOTION TO COMPEL**
**PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

1

THIS CASE came before the Court for a continued hearing on October 16, 2024, at 10:00 a.m., upon the *Expedited Motion to Compel Production of Documents and for Sanctions* [ECF No. 125] and *Amended Motion to Compel Production of Documents and for Sanctions* [ECF No. 144] (collectively, the "**Motion**"), filed by the Chapter 7 Trustee, Nicole Testa Mehdipour.  The Court has considered the Motion, heard the arguments of counsel, and is otherwise fully advised. Accordingly, it is

**ORDERED as follows**:

1.      The Motion is **GRANTED** in part and **RESERVED** in part.

2.      All objections to the requests set forth in the *Plaintiff's First Request for Production Pursuant to Federal Rule of Bankruptcy Procedure 7034* (the "**First RFP**") are waived as a result of Spin Capital, LLC' s failure to timely respond.

3.      Spin Capital LLC must produce all remaining responsive documents and serve a response to the First RFP within 10 days of the date of this Order.

4.      Any documents responsive to a request set forth in the First RFP not produced by Spin Capital, LLC cannot be relied on by Spin Capital, LLC at any stage in this adversary proceeding.

5.      The Court reserves jurisdiction to rule on the Plaintiff's requests for adverse inferences.

6.      Spin Capital, LLC is sanctioned pursuant to Fed. R. Civ. P. 37(a)(5) for its failure to timely and adequately and completely respond or produce responsive documents. Plaintiff is awarded the attorneys' fees and costs incurred from September 9, 2024, forward, including, but not limited to, preparing the original motion to compel and for sanctions [ECF No. 125], each meet and confer, the review of the original production, Spin Capital's Response to Plaintiff's First

Request for Production, preparing the Amended Motion to Compel and for Sanctions [ECF No. 144], and attending the hearings related here. Counsel for the Plaintiff shall file an appropriate affidavit setting forth the attorneys' fees and costs incurred within seven days of the entry of this Order. Spin Capital, LLC shall pay the amounts set forth in the affidavit to ***Nicole Testa Mehdipour, Chpt. 7 Trustee for Excell Auto Group, Inc.***, and delivered to Nicole Testa Mehdipour, Ch. 7 Trustee, 6278 North Federal Highway, Suite 408, Fort Lauderdale, FL 33308 within ten (10) days of the entry of this Order unless Spin Capital, LLC files an objection, solely as to the reasonableness of the fees and costs incurred. In the event Spin Capital, LLC files an objection, the Court will set the objection for hearing.

7. The Court reserves jurisdiction to consider additional sanctions.

###

**Submitted By:**

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532
E-mail: jrigoli@furrcohen.com

*Attorney Rigoli is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.*