

**ORDERED in the Southern District of Florida on October 22, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 22-12790-EPK |
| EXCELL Auto Group, Inc. | |
| Debtors. | |
| _____ | |
| NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for Excell Auto Group, Inc. | Adv. Pro. No. 23-01132-EPK |
| Plaintiff. | |
| -v- | |
| HI BAR CAPITAL, LLC, SPIN CAPITAL LLC, YISROEL HERBST, MORDECHAI DOV BER HERBST a/k/a MORDI HERBST, AVRUMI LUBIN a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING, LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a WING LAKE CAPITAL, | |
| Defendants. | |

**AGREED ORDER GRANTING DEFENDANTS SPIN CAPITAL LLC AND
AVRUMI (JOSH) LUBIN'S MOTION TO CONTINUE PRETRIAL
DEADLINES AND EXTEND RELATED DEADLINES**

THIS MATTER, came before the Court upon Defendants Spin Capital LLC and Avrumi (Josh) Lubin (collectively, "**Defendants**") Motion to Continue Pretrial Deadlines and Extending Related Deadlines (the "**Motion**") [ECF 131]. The Court has reviewed the Motion, has been advised that the parties are in agreement as to the relief set forth in this Order and is otherwise fully advised.  Accordingly, it is

      **ORDERED** as follows:

1.      The Motion is **GRANTED** in part as set forth herein.

2.      The pretrial conference scheduled for December 11, 2024 at 10:00 a.m. is cancelled and will be continued to **February 12, 2025 at 10:00 a.m.**, as set forth in separate Second Amended Order Setting Filing and Disclosure Requirements for Pretrial and Trial to be entered by this Court

3.      Except for the expert deadlines set forth in paragraph 6(b) of the *Amended Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 113], all other related pretrial deadlines, including discovery, dispositive motion, and trial calendar deadlines shall correspond with the new date set for the Pretrial Conference.

# # #

Submitted by:

**SAUL EWING LLP**

Carmen Contreras-Martinez
Florida Bar No. 93475
Candice L. Kline
Admitted Pro Hac Vice
Jorge Garcia
Florida Bar No. 1045721
Saul Ewing LLP
701 Brickell Avenue, Suite 1700
Miami, Florida  33131
Telephone: 305-428-4500

carmen.contreras-martinez@saul.com
jorge.garcia@saul.com

Attorneys for Defendants, Spin Capital LLC
and Avrumi (Josh) Lubin

*Attorney Contreras-Martinez is ordered to serve a copy of this order on all interested parties and file a Certificate of Service.*