UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 22-12790-EPK

EXCELL AUTO GROUP, INC.                                 Chapter 7

Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

Plaintiff,

Adv. Pro. No. 23-01132-EPK

v.

HI BAR CAPITAL, LLC, et al.,

Defendant(s).
_____/

**AFFIDAVIT OF ATTORNEY'S FEES AND COSTS OF FURR AND COHEN, P.A.
IN ACCORDANCE WITH ORDER GRANTING AMENDED MOTION
TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

STATE OF FLORIDA            )
                            )
COUNTY OF PALM BEACH        )

BEFORE ME, the undersigned authority, personally appeared Jason S. Rigoli, who, after being first, duly sworn, deposes and says:

1.     My name is Jason S. Rigoli and I am a partner with the law firm of Furr and Cohen, P.A. I am a member of good standing of the Florida Bar and have been so since 2011.

2.     I am over eighteen (18) years of age and have personal knowledge of the facts stated herein.

3.     I have reviewed and I am familiar with the *Expedited Motion to Compel Production of Documents and for Sanctions* [ECF No. 134] and *Amended Motion to Compel Production of*

1

*Documents and for Sanctions* [ECF No. 144] (collectively, the "**Motion**"), filed by the Chapter 7

Trustee, Nicole Testa Mehdipour, and the *Order Granting Amended Motion to Compel Production*

*of Documents and for Sanctions* [ECF No. 151] (the "**Order**").

4.      Furr and Cohen, P.A., through its attorneys, represented Nicole Testa Mehdipour,

Trustee, against Spin Capital, LLC, in connection with the Motion and the Order and the related

hearings in the Bankruptcy Court.

5.      The Court awarded Plaintiff, Nicole Testa Mehdipour, Trustee:

> the attorneys' fees and costs incurred from September 9, 2024, forward, including, but not limited to, preparing the original motion to compel and for sanctions [ECF No. 134], each meet and confer, the review of the original production, Spin Capital's Response to Plaintiff's First Request for Production, preparing the Amended Motion to Compel and for Sanctions [ECF No. 144], and attending the hearings related here. Counsel for the Plaintiff shall file an appropriate affidavit setting forth the attorneys' fees and costs incurred within seven days of the entry of [the] Order.

Order, pp. 2-3, ¶ 6.

6.      Furr and Cohen, P.A., incurred attorney's fees and costs from September 9, 2024,

forward, in connection with the discovery issues identified in paragraph 6 of the Order, totaling

$24,501.25 for 53.6 hours and $0.00 for costs, totaling $24,501.25, as set forth in the attached

Exhibit 1.

7.      The attorneys and hourly rates identified in the Exhibit 1 are:

a.   AC - Alan Crane $525.00

b.   JR – Jason Rigoli $425.00

c.   MB – Marc Barmat $525.00

8.      The adjusted time reflects downward adjustments for certain entries on which more

than one issue was covered.

9.      The time expended, hourly rate charged, and the total fees and costs are reasonable pursuant to Rule 4-15(b)(1) and (2) of the Rules Regulating the Florida Bar and *Florida Patient's Compensation Fund v. Rowe*, 472 So.2d 1145 (Fla. 1985), *modified by Standard Guaranty Insurance Co. v. Quanstrom*, 555 So.2d 828 (Fla. 1990) and *Johnson v. Georgia Highway Exp., Inc.*, 488 F.2d 714, 718 (5th Cir. 1974) ("The customary fee for similar work in the community should be considered").[1]

FURTHER AFFIANT SAYETH NOT.

JASON S. RIGOLI

SWORN TO AND SUBSCRIBED TO before me on this 30th day of October 2024 by Jason S. Rigoli who is personally known to me.

JONATHAN T. CRANE
MY COMMISSION # HH 403835
EXPIRES: May 29, 2027

10/30/2024

NOTARY PUBLIC
STATE OF FLORIDA AT LARGE

---

[1] Decisions of the Former Fifth Circuit through September 30, 1981 "shall be binding as precedent in the Eleventh Circuit for this court, the district courts, and the bankruptcy courts in the circuit." *Bonner v. City of Prichard*, 661 F.2d 1206, 1208 (11th Cir. 1981).

| Date | Responsible Attorney | Time Spent (in hours) | Description | Fee | Adjusted Fees |
|------|------|------|------|------|------|
| 9/18/2024 | JR | 1.5 | LITIGATION/ADVERSARY PROCEEDING:Spin/ Preparing initial draft of Motion to Compel and for Sanctions against Spin, including review of communications and research | $ 637.50 | $ 637.50 |
| 9/18/2024 | JR | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Reviewing and revising draft of revised Motion to Compel from Alan Crane | $ 127.50 | $ 127.50 |
| 9/18/2024 | JR | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Reviewing and finalizing motion to compel | $ 127.50 | $ 127.50 |
| 9/18/2024 | AC | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Shanna Kaminski re Spin - Failure to produce or respond to RFP and her upcoming motion to withdraw | $ 127.50 | $ 127.50 |
| 9/18/2024 | AC | 0.6 | LITIGATION/ADVERSARY PROCEEDING: Review and revise Motion to Compel Response and Sanctions re Spin | $ 315.00 | $ 315.00 |
| 9/18/2024 | AC | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Draft email to Jason re changes to Motion to Compel Spin (.1) Telephone conference with Jason re same (.2) | $ 157.50 | $ 157.50 |
| 9/18/2024 | AC | 0.2 | LITIGATION/ADVERSARY PROCEEDING: Review final Response to Motion to Compel Production re Spin | $ 105.00 | $ 105.00 |

**EXHIBIT 1**

| Date | Initials | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 9/19/2024 | JR | 0.1 | LITIGATION/ADVERSARY PROCEEDING:Spin/ Reviewing COS on Motion to compel and NOH | $ 42.50 | $ 42.50 |
| 9/20/2024 | AC | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Exchange emails with Carmen Conteras-Martinez | $ 157.50 | $ 157.50 |
| 9/23/2024 | JR | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Tel Conf with Carmen Contreras-Martinez re Motion to Compel, status of production of documents, procedural posture of adversary | $ 212.50 | $ 212.50 |
| 9/23/2024 | JR | 0.8 | LITIGATION/ADVERSARY PROCEEDING: Spin/Researching waiver of attorney-client privilege by not timely responding to discovery | $ 340.00 | $ 340.00 |
| 9/23/2024 | JR | 0.6 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Tel Conf with Alan Crane re Follow up to call with Carmen Contreras-Martinez and waiver research | $ 255.00 | $ 255.00 |
| 9/23/2024 | AC | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Carmen Contreras-Martinez re Motion to Compel, status of production and procedural posture of case | $ 262.50 | $ 131.25 |
| 9/23/2024 | AC | 0.6 | LITIGATION/ADVERSARY PROCEEDING: Follow up telephone conference with Jason re Spin pertaining to discovery issues, including waiver | $ 315.00 | $ 315.00 |

| Date | | | Description | | | | |
|---|---|---|---|---|---|---|---|
| 9/23/2024 | AC | 1 | LITIGATION/ADVERSARY PROCEEDING: Legal research waiver of objections and privilege issues failure to respond to discovery (.8) Draft emails with Jason with case law (.2) | $ | 525.00 | $ | 525.00 |
| 9/24/2024 | AC | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Telephone conference with Jason re case law on waiver of privilege | $ | 262.50 | $ | 262.50 |
| 9/24/2024 | AC | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Review and revise Motion by Spin to Continue Deadlines (.2); Draft email to Jason (.1) | $ | 157.50 | $ | 157.50 |
| 9/24/2024 | AC | 1.3 | LITIGATION/ADVERSARY PROCEEDING: Legal research on issues of waiver of attorney client privilege and other objections for failure to timely object to production | $ | 682.50 | $ | 682.50 |
| 9/24/2024 | AC | 0.2 | LITIGATION/ADVERSARY PROCEEDING: Draft email to Carmen Contreras-Martinez and Candice Kline re hearing on Motion to Compel including attaching case law | $ | 105.00 | $ | 105.00 |
| 9/24/2024 | AC | 0.4 | LITIGATION/ADVERSARY PROCEEDING: Video conference with Carmen, Candice and Jason re Spin Motion to Compel | $ | 210.00 | $ | 210.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/24/2024 | JR | 0.4 | LITIGATION/ADVERSARY PROCEEDING: Spin/Video conference with Carmen Contreras-Martinez, Candice Kline, and Alan Crane re  Motion to Compel and for sanctions | $ 170.00 | $ 170.00 |
| 9/24/2024 | JR | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Tel Conf with Alan Crane re case law on waiver of privilege | $ 212.50 | $ 212.50 |
| 9/27/2024 | AC | 1.5 | LITIGATION/ADVERSARY PROCEEDING: Begin review of documents provided by Spin Capital | $ 787.50 | $ 787.50 |
| 9/27/2024 | JR | 0.9 | LITIGATION/ADVERSARY PROCEEDING: Reviewing documents produced by Spin | $ 382.50 | $ 382.50 |
| 9/29/2024 | JR | 1.6 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Reviewing documents produced by Spin | $ 680.00 | $ 680.00 |
| 9/29/2024 | JR | 1.5 | LITIGATION/ADVERSARY PROCEEDING: Reviewing documents from Spin initial production | $ 637.50 | $ 637.50 |
| 9/30/2024 | AC | 1 | LITIGATION/ADVERSARY PROCEEDING: Review documents produced by Spin | $ 525.00 | $ 525.00 |
| 9/30/2024 | AC | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Jason re Spin production and potential MSJ | $ 262.50 | $ 262.50 |
| 9/30/2024 | AC | 0.2 | LITIGATION/ADVERSARY PROCEEDING: Exchange emails with Jason re Spin discovery | $ 105.00 | $ 105.00 |

| Date | Initials | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2024 | AC | 0.6 | LITIGATION/ADVERSARY PROCEEDING: Draft email to Carmen Contreras-Martinez and Candice Kline with copy to Jason re deficiencies in the production of documents by Spin | $ 315.00 | $ 315.00 |
| 9/30/2024 | AC | 1 | LITIGATION/ADVERSARY PROCEEDING: Legal research on issues pertaining to hearing on Motion to Compel | $ 525.00 | $ 525.00 |
| 9/30/2024 | AC | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Telephone call and left message for Carmen re Spin motion to compel (.1); Draft follow up email re motion to compel including case law for hearing (.2) | $ 157.50 | $ 157.50 |
| 9/30/2024 | AC | 0.4 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Carmen, Contreras Martinez and Jason re motion to compel and deficiency in production | $ 210.00 | $ 210.00 |
| 9/30/2024 | AC | 0.4 | LITIGATION/ADVERSARY PROCEEDING: Exchange multiple emails with Jason re Spin discovery | $ 210.00 | $ 210.00 |
| 9/30/2024 | JR | 1.3 | LITIGATION/ADVERSARY PROCEEDING: Reviewing documents produced by Spin | $ 552.50 | $ 552.50 |
| 9/30/2024 | JR | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Tel Conf with Alan Crane re MSJ and Spin Production | $ 212.50 | $ 212.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/30/2024 | JR | 1.4 | LITIGATION/ADVERSARY PROCEEDING: Continuing to review Spin documents produced | $ | 595.00 | $ | 595.00 |
| 9/30/2024 | JR | 2.3 | LITIGATION/ADVERSARY PROCEEDING:Continuing review of Spin Documents | $ | 977.50 | $ | 977.50 |
| 9/30/2024 | JR | 1.6 | LITIGATION/ADVERSARY PROCEEDING: Reviewing Spin Documents | $ | 680.00 | $ | 680.00 |
| 9/30/2024 | JR | 1.8 | LITIGATION/ADVERSARY PROCEEDING:Reviewing docs produced by Spin | $ | 765.00 | $ | 765.00 |
| 10/1/2024 | JR | 0.7 | LITIGATION/ADVERSARY PROCEEDING: Tel Conf with Alan Crane re Spin Production and responses/Responding to Holand RFP, etc. | $ | 297.50 | $ | 297.50 |
| 10/2/2024 | AC | 1 | LITIGATION/ADVERSARY PROCEEDING: Prepare for hearing on Motion to Compel Documents re Spin, including review notes from Jason, case law provided to counsel, motion and draft notes for hearing | $ | 525.00 | $ | 525.00 |
| 10/2/2024 | AC | 0.7 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Jason re hearing on Motion to Compel strategy and documents produced | $ | 367.50 | $ | 367.50 |
| 10/2/2024 | AC | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Attend Zoom hearing on Motion to Compel Production from Spin | $ | 262.50 | $ | 262.50 |
| 10/2/2024 | AC | 0.2 | LITIGATION/ADVERSARY PROCEEDING: Draft proposed order on Motion to Compel re Spin | $ | 105.00 | $ | 105.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/2/2024 | AC | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Jason re Spin motion to compel hearing results and discussion about discovery deadlines and expert report | $ | 157.50 | $ | 157.50 |
| 10/2/2024 | AC | 0.2 | LITIGATION/ADVERSARY PROCEEDING: Exchange emails with Carmen Contreras-Martinez re requesting contact with their IT person | $ | 105.00 | $ | 105.00 |
| 10/4/2024 | AC | 0.2 | LITIGATION/ADVERSARY PROCEEDING: Follow up email to Carmen Contreras-Martinez and Candice Kline re prior answers to Interrogatories | $ | 105.00 | $ | 105.00 |
| 10/7/2024 | AC | 0.4 | LITIGATION/ADVERSARY PROCEEDING: Exchange emails Order On Motion to Compel Production of Documents and Request for Sanctions with Jason (.2) and Carmen Contreras-Martinez (.2) | $ | 210.00 | $ | 210.00 |
| 10/7/2024 | AC | 0.9 | LITIGATION/ADVERSARY PROCEEDING: Review Spin discovery on Nebula (.7); Exchange emails with Moe from KlLDiscovery re questions about production (.2) | $ | 472.50 | $ | 472.50 |
| 10/8/2024 | JR | 0.7 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Reviewing Responses and Objections by Spin to Plaintiff's 1st RFP | $ | 297.50 | $ | 297.50 |

| Date | | | Description | | |
|---|---|---|---|---|---|
| 10/8/2024 | AC | 1 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Jason re preparation for meeting with Carmen Conteras-Martinez re extension of deadlines and discovery issues (further meet and confer) re Spin production issues | $ 525.00 | $ 525.00 |
| 10/8/2024 | AC | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Carmen Contreras-Martinez and Jason re discovery issues and extension of deadline request | $ 262.50 | $ 131.25 |
| 10/8/2024 | AC | 0.2 | LITIGATION/ADVERSARY PROCEEDING: Exchange emails with Moe from KLDiscovery re Spin production | $ 105.00 | $ 105.00 |
| 10/8/2024 | AC | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Teams conference with Moe re Spin production | $ 262.50 | $ 262.50 |
| 10/8/2024 | JR | 1 | LITIGATION/ADVERSARY PROCEEDING: Tel Conf with Alan Crane re preparing for call with Carmen Contreras-Martinez | $ 425.00 | $ 425.00 |
| 10/8/2024 | JR | 0.5 | LITIGATION/ADVERSARY PROCEEDING:Spin/ Tel Conf with Carmen Contreras-Martinez re Motion to Continue Pretrial and meet and confer on discovery | $ 212.50 | $ 106.25 |
| 10/8/2024 | JR | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Video conference with Moe Ashenbeck re Spin discovery issues | $ 212.50 | $ 212.50 |

| Date | Initials | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 10/9/2024 | JR | 1.1 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Reviewing responses and objections to RFP from Spin and categorizing responses | $ 467.50 | $ 467.50 |
| 10/9/2024 | JR | 1.8 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Beginning Draft of Amended Motion to Compel and For Sanctions, including review of original motion and events since filing to prepare background | $ 765.00 | $ 765.00 |
| 10/9/2024 | JR | 2.3 | LITIGATION/ADVERSARY PROCEEDING:Spin/ Researching issues related to waiver, general objections, formulaic objections, and requirements for responses | $ 977.50 | $ 977.50 |
| 10/9/2024 | JR | 2.2 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Drafting Amended Motion to Compel and Sanctions, including additional research on sanctions | $ 935.00 | $ 935.00 |
| 10/10/2024 | JR | 0.6 | LITIGATION/ADVERSARY PROCEEDING:Spin/ Reviewing and revising draft of Amended Motion to Compel and for Sanctions (.5); E-mail to Marc Barmat re Draft for review and comments | $ 255.00 | $ 255.00 |
| 10/10/204 | MB | 1.2 | LITIGATION/ADVERSARY PROCEEDING: Review and revise amended expedited motion to compel re Spin | $ 630.00 | $ 630.00 |
| 10/10/2024 | AC | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Jason re Spin discovery issues | $ 262.50 | $ 262.50 |

| Date | | Hours | Description | Rate | | Amount | |
|---|---|---|---|---|---|---|---|
| 10/10/2024 | JR | 0.7 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Finalizing Amended Motion to Compel and Exhibits and filing | $ | 297.50 | $ | 297.50 |
| 10/14/2024 | JR | 0.2 | LITIGATION/ADVERSARY PROCEEDING: Spin/ E-mail with Jorge Garcia re Request for Rovira opinion | $ | 85.00 | $ | 85.00 |
| 10/14/2024 | JR | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Reviewing First Supplemental Response from Spin | $ | 127.50 | $ | 127.50 |
| 10/15/2024 | JR | 0.3 | LITIGATION/ADVERSARY PROCEEDING: Reviewing Spin's Response to Motion to Compel and for Sanctions | $ | 127.50 | $ | 127.50 |
| 10/15/2024 | JR | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Spin/ Preparing for hearing on Motion to Compel and for Sanctions | $ | 212.50 | $ | 212.50 |
| 10/15/2024 | AC | 0.5 | LITIGATION/ADVERSARY PROCEEDING: Telephone conference with Jason re Spin Discovery issues | $ | 262.50 | $ | 262.50 |
| 10/16/2024 | JR | 0.7 | LITIGATION/ADVERSARY PROCEEDING:Spin/ Appearing at hearing on Motion to Continue Pretrial and Motion to Compel Production and for Sanctions | $ | 297.50 | $ | 297.50 |
| 10/16/2024 | JR | 0.4 | LITIGATION/ADVERSARY PROCEEDING:Spin/ Preparing Order Granting Amended Motion to Compel and for Sanctions | $ | 170.00 | $ | 170.00 |
| | Total Hours | 53.6 | **Total Fees** | | | $ | **24,501.25** |