

**ORDERED in the Southern District of Florida on November 4, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

    Debtor.
_____/
NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

    Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

    Defendant(s).
_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

## AGREED ORDER AWARDING SANCTIONS

THIS PROCEEDING came before the Court without a hearing, pursuant to the *Order Granting Amended Motion to Compel Production of Documents and for Sanctions* [ECF No. 151] (the "**Sanctions Order**") and *Affidavit of Attorney's Fees and Costs of Furr and Cohen, P.A. in*

1

*Accordance with Order Granting Amended Motion to Compel Production of Documents and for Sanctions* [ECF No. 159] (the "**Affidavit**") setting forth $24,501.25 in fees and costs the Plaintiff, Nicole Testa Mehdipour, Trustee ("**Plaintiff**") sought to have awarded pursuant to the Sanctions Order.  The Court has reviewed the Affidavit, been apprised by the parties that Spin Capital, LLC raised objection to $8,390.00 in fees submitted in the Affidavit to counsel for, for which counsel had a meet and confer to discuss and resolve without any further filings or hearing, notes that the parties agree to reduce the fee sought by the Plaintiff by $4,195.00, and is otherwise fully advised. Accordingly, it is

    **ORDERED that:**

    1.    Monetary sanctions in the amount of $20,306.25 are awarded to the Plaintiff and against the Defendant, Spin Capital, LLC.

    2.    Spin Capital, LLC has 3 days from the date of this Order to make the payment described in paragraph 1.

###

**Submitted by:**

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Tel: (561) 395-0500/Fax: (561) 338-7532
E-mail: jrigoli@furrcohen.com
*Counsel to the Trustee/Plaintiff*

*Attorney Jason S Rigoli is directed to serve a copy of this Order and file a certificate of service with the Court.*