UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.                          Case No.: 22-12790-EPK
     Debtor.                                          Chapter 7

_____/
NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

        Plaintiff,

v.

                                       Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, et al.,

        Defendant(s).

_____/

### AGREED MOTION FOR EXTENSION OF TIME TO
### FILE MOTION FOR SUMMARY JUDGMENT

Nicole Testa Mehdipour ("**Plaintiff**"), Chapter 7 trustee for the estate of Excell Auto Group, Inc., and Defendants Hi Bar Capital, LLC, Spin Capital, LLC a/k/a Spin Capital, Yisroel Herbst, Mordechai Dov Ber Herbst a/k/a Mordi Herbst, Avrumi Lubin a/k/a Josh Lubin (collectively, the "**Moving Parties**"), file this *Agreed Motion for Extension of Time to File Motion for Summary Judgment* through and including December 27, 2024, and respectfully states:

1.     On October 23, 2024, the Court entered an *Agreed Order Granting Defendants Spin Capital LLC and Avrumi (Josh) Lubin's Motion to Continue Pretrial Deadlines and Extend Related Deadlines* [ECF No. 152], which set the dispositive motion deadline to December 13, 2024, 60 days prior to the pretrial conference current scheduled for February 12, 2025.

2.     Counsel for the Moving Parties conferred and agreed to the relief sought in this Motion.

1

3. Counsel for Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital (collectively, "**Wing Lake**"), is in trial and was unavailable.

4. The Moving Parties request an extension of time to file motions for summary judgment through and including December 27, 2024.

5. Counsel for the Moving Parties conferred and agreed to the relief sought in this Motion.

6. With respect to Wing Lake, because the Moving Parties were unable to confer with Wing Lake, the Moving Parties agree that the deadline for seeking summary judgement against Wing Lake is not extended and remains December 13, 2024.

7. If Wing Lake notifies the Moving Parties, by 10:00 a.m. on December 16, 2024, the Wing Lake would like the summary judgment deadline extended, then the deadline with respect to Wing Lake can be extended as well.

8. This Motion is not being filed for any dilatory purpose or undue delay.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order: (i) granting this Motion; (ii) extending the deadline for the Moving Parties to file Motions for Summary Judgment against another Moving Party through and including December 27, 2024; (iii) leaving the deadline for summary judgment with respect to Wing Lake, but giving Wing Lake until 10:00 a.m. on December 16, 2024, to seek an extension, and (iv) ordering any further relief this Court deems just and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served to all parties registered with CM/ECF to receive electronic notice on the 13th day of December 2024.

FURR AND COHEN, P.A.
*Special Counsel for the Plaintiff*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532

By: /s/ Alan R. Crane
    Alan R. Crane, Esq.
    Florida Bar No.: 0963836
    E-Mail: acrane@furrcohen.com

3