

**ORDERED in the Southern District of Florida on December 19, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.                          Case No.: 22-12790-EPK
        Debtor.                                  Chapter 7
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

        Plaintiff,

v.                                               Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, et al.,

        Defendant(s).
_____/

**AGREED ORDER GRANTING AGREED MOTION FOR**
**EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

THIS PROCEEDING came before the Court without a hearing on the *Agreed Motion for*

*Extension of Time to File Motion for Summary Judgment* [ECF No. 163] (the "Motion") filed by

1

the Plaintiff, Nicole Testa Mehdipour, Trustee.  The Court has considered the Motion and the record in this case and has been advised of the Defendants'[1] agreement to the relief sought in the Motion and granted in this order. Accordingly, it is

> **ORDERED** as follows:

> 1.       The Motion is **GRANTED**.

> 2.       The deadline to file a Motion for Summary Judgment in this adversary proceeding

is extended through and including December 27, 2024.

###

**Submitted by:**

Alan R. Crane, Esq.
FURR AND COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532
E-Mail: acrane@furrcohen.com

*Attorney Alan R. Crane shall provide a copy of this order to all interested parties and file a certificate of service.*

---

[1] Subsequent to the filing of the Motion, Wing Lake (as defined in the Motion) agreed to the relief sought in the Motion and granted in this Order.