UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.,

        Debtor.

Case No.: 22-12790-EPK
Chapter 7

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

        Plaintiff.

Adv. Pro. No. 23-01132-EPK

v.

HI BAR CAPITAL, LLC, et al.,

        Defendants.

_____/

**PLAINTIFF'S AGREED MOTION TO ENLARGE PAGE
LIMIT WITH RESPECT TO PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS**

Plaintiff, NICOLE TESTA MEHDIPOUR, Chapter 7 Trustee, by and through undersigned counsel, hereby files this *Agreed Motion to Enlarge Page Limit with Respect to Plaintiff's Motion for Summary Judgment and Statement of Material Facts* and in support, states as follows:

1. The Order Setting Scheduling Conference and Establishing Procedures and Deadlines states that the page limit on a motion for summary judgment is 20 pages and statement of material facts is 10 pages. **[ECF No. 4]**.

2. The issues to be addressed in any Motion for Summary Judgment and Statement of Material Facts have a substantial number of elements to be addressed, even in part. Plaintiff has

1

worked diligently to keep any Motion for Summary Judgment to within the page limit set forth in the Scheduling Order, however, needs leave to exceed that limit.

3.      Accordingly, the Plaintiff requests that the page limit for any Motion for Summary Judgment be increased from 20-pages to 23-pages, and the page limit for any statement of Material Facts be increased from 10- pages to 13-pages in this adversary proceeding.

4.      Plaintiff has conferred with counsel for all defendants. Counsel for all defendants have consented to the relief sought, herein.

WHEREFORE, Plaintiff requests that this Court enter an order (i) enlarging the page limit for Plaintiff's Motion for Summary Judgment from 20 pages to 23 pages; (ii) enlarging the page limit for Plaintiff's Statement of Material Facts from 10 pages to 13 pages; and (iii) any further relief that this Court deems just and proper.

Dated: December 27, 2024

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY: */s/ Alan R. Crane*
Alan R. Crane, Esq.
Florida Bar No.: 0963836
E-mail: acrane@furrcohen.com

2