UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                    CASE NO. 22-12790-EPK


EXCELL AUTO GROUP, INC.,

            Debtor.
_____/


Karma of Broward
1717 SE 17th Street
Fort Lauderdale, Fl 33316
June 6, 2022
9:30 a.m. to 5:20 p.m.



2004 EXAMINATION DUCES TECUM
OF
SCOTT ZANKL




Reported By:
Cheryl L. Jenkins, RPR, RMR


OUELLETTE & MAULDIN  COURT REPORTERS, INC.
(305) 358-8875

APPEARANCES VIA ZOOM:

NICOLE TESTA MEHDIPOUR, Trustee

FURR & COHEN, by
ALAN CRANE, Esquire
JASON RIGOLI, Esquire
and
DAVID A. RAY, P.A., by
DAVID A. RAY, Esquire
On behalf of Nicole Testa Mehdipour

WEISS HANDLER & CORNWELL, by
HARRY WINDERMAN, Esquire
and
LAW OFFICE OF GUY FRONSTIN, by
GUY FRONSTIN, Esquire
LAW OFFICES OF MARC S. NURIK, by
MARC S. NURIK, Esquire
On behalf of the Debtor and Scott Zankl

WERNICK LAW, by
AARON A. WERNICK, Esquire
On behalf of Kristen Zankl

DAVID R. SOFTNESS, P.A., by
DAVID R. SOFTNESS, Esquire
and
BARON BRESLIN & SARMIENTO, by
JERRELL BRESLIN, Esquire
On behalf of FVP Opportunity Fund III, LP, FVP
Investments, LLC and FVP Servicing, LLC.

SHRAIBERG PAGE, by
BRADLEY SHRAIBERG, Esquire
On behalf of Franklin Capital Funding, LLC

CONTINUED APPEARANCES VIA ZOOM:


MELAND BUDWICK, by
JAMES C. MOON, Esquire
On behalf of Chapford Specialty Finance, LLC and Chapford
Credit Opportunities Fund, LP


M.A. DINKIN LAW FIRM, by
MITCHELL A. DINKIN, Esquire
On behalf of Savannah Row Investment


AKERMAN, LLP, by
BRETT MARKS, Esquire
On behalf of Ed Brown and Millco-Atwater, LLC


NASON YEAGER, by
IVAN J. REICH, Esquire
On behalf of the DCG 2008 Irrevocable Wealth Trust


LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, by
CHISTRIAN SOMODEVILLA, Esquire
On behalf of Woodside Credit, LLC


JAMES MILLER, Esquire
On behalf of Auto Wholesale of Boca, MMS Ultimate and
Moshe Farache


LAW OFFICE OF HARRY J. ROSS, by
HARRY J. ROSS, Esquire
On behalf of Svetlana Petrovna Gorodova


HOLLAND & KNIGHT, by
JOAQUIN ALEMANY, Esquire
On behalf of Shrayber Land, Inc.

CONTINUED APPEARANCES VIA ZOOM:


LIEBLER GONZALEZ & PORTUONDO, by
JAMES LIEBLER, Esquire
On behalf of Westlake Flooring Company, LLC


BRINKLEY MORGAN, by
ALAN RAINES, Esquire
On behalf of Eric Debos and Chad Zakin


BAKER DONELSON, by
TRAVIS HARVEY, Esquire
On behalf of BAL Investments


ALSO PRESENT

Ken Goodman

Alan Barbee

Greg Nelson

Shaya Baum

- - - - - - - -

Page 5

INDEX

| Witness | Direct | Cross |
|---|---|---|
| Scott Zankl | | |
| By Mr. Crane | 11 | |

EXHIBITS

|  | PAGE |
|---|---|
| Exhibit 1 | 12 |
| Exhibit 2 | 45 |
| Exhibit 3 | 46 |
| Exhibit 4 | 55 |
| Exhibit 5 | 66 |
| Exhibit 6 | 81 |
| Exhibit 7 | 81 |
| Exhibit 8 | 91 |
| Exhibit 9 | 103 |
| Exhibit 10 | 114 |
| Exhibit 11 | 115 |
| Exhibit 12 | 116 |
| Exhibit 13 | 129 |
| Exhibit 14 | 131 |
| Exhibit 15 | 141 |
| Exhibit 16 | 149 |
| Exhibit 17 | 152 |
| Exhibit 18 | 154 |
| Exhibit 19 | 156 |
| Exhibit 20 | 163 |
| Exhibit 21 | 164 |
| Exhibit 22 | 166 |
| Exhibit 23 | 169 |
| Exhibit 24 | 170 |
| Exhibit 25 | 175 |
| Exhibit 26 | 179 |

Page 6

COURT REPORTER:  Would counsel please state your appearances for the record, and stipulate to the remote administration of the oath?

MR. WINDERMAN:  Go ahead, Alan.

MR. CRANE:  So, what was that for, Cheryl?  I didn't really even understand.

COURT REPORTER:  I need you to state your appearance, and then stipulate that I can swear the witness in via Zoom.

MR. CRANE:  Okay.  Alan Crane, special counsel for the Chapter 7 trustee, Nicole Testa Mehdipour, so stipulated.

MR. WINDERMAN:  Harry Winderman on behalf of Scott Zankl.  So stipulated.

MR. FRONSTIN:  Attorney Guy on behalf of Mr. Zankl on a personal level.

COURT REPORTER:  Okay.  Do you swear to tell the truth, the whole truth, and nothing but the truth?

MR. ZANKL:  I do.

Thereupon,

SCOTT ZANKL,

having been first duly sworn, was examined and testified as follows:

COURT REPORTER:  Thank you so much, and be sure to keep your voice up, please.

Page 11

MR. CRANE:  All right.  Travis Harvey.

MR. HARVEY:  Yes, good morning.  Travis Harvey on behalf of creditor BAL investments.

MR. CRANE:  Did I miss anyone?

MR. MILLER:  Yes.

MR. NURIK:  Yes, this is Marc Nurik on behalf of Scott Zankl in his personal capacity.

MR. MILLER:  And James Miller on behalf of Auto Wholesale of Boca.

MR. CRANE:  Sorry about that.

All right.  Are we ready?

MR. WINDERMAN:  When you are.

DIRECT EXAMINATION

BY MR. CRANE:

Q.    Okay.  Mr. Zankl, please state your full name?

A.    Scott Zankl.

Q.    Your address?

A.    16937 Pierre Circle, Delray Beach, Florida 33446.

Q.    Are you familiar with Excell Auto Group?

A.    Yes.

Q.    How are you familiar?

A.    I started the business 20 years ago.

MR. CRANE:  I am going to share my screen

Page 12

with what the trustee will mark as Exhibit 1, and this is the detail from Excell Auto of SunBiz, and it says that -- and I'll pull it down, hold on a second.

(Exhibit 1 was identified for the record.)

BY MR. CRANE:

Q.   Was the company -- can you see my screen?

A.   Yes, yes, I can.

Q.   Okay.   The company was formed on February 2nd, 2009, is that familiar?

A.   Yes.   That is, yes.

Q.   Okay.   So was Excell Auto Group formed on or around September 2nd, 2009?

A.   It was originally formed in 2000 as a d/b/a, and then in 2009 it segregated to it by itself.

Q.   Okay.   What was the d/b/a before the current (inaudible) --

A.   I didn't hear what you said.   I'm sorry.

Q.   I said what was the -- you said it was a d/b/a before Excell Auto Group, Inc., what was the d/b/a --

A.   Rider Motor Sports.

Q.   And who owns Rider Motor Sports?

A.   My father.

Q.   At some point in time did you take over that business?

A.    No.

Q.    Then how come in -- well, why did it go from Rider Auto Sports d/b/a Excell Auto Group to Excell Auto Group, Inc.?

A.    Because in 2009 I separated by myself, and the company went by itself on its own, it was no longer a d/b/a, I separated in '09 by myself.

Q.    Okay.   Prior to that you were working with your father?

A.    Yes.

MR. RIGOLI:   Alan, this is Jason.   Real quick, before you ask any more questions, can everybody else that's on the Zoom meeting please make sure that your devices are on mute?   It's really hard to hear the questions and answers.

Thank you.

BY MR. CRANE:

Q.    When -- in 2009, when Excell Auto Group was formed, who was the owner at that time?

A.    My wife, Kristen Zankl.

Q.    Why was the corporation put into Kristen Zankl's name only?

A.    That is just how my attorneys wanted to set it up because I was going through an issue fighting with my dad.   So we opened it up under her name.

Page 57

Q.    And most of them were in the 2020, 2021 range, is that correct?

A.    Yes.

Q.    And why did you decide to go -- take out MCAs?

A.    Excell Auto Group is really who I'm talking about.

Q.    Right.

A.    It all happened in the last two years, I started -- I was working with various, different traditional lenders and banks trying to get lines of credit set up, and I just, I wasn't having any success, and I had opened up my other store, and it just -- I needed to get more cash in for Excell, because Excell stopped selling to the retail public sometime, I believe, in April of '21, end of April, maybe beginning of May, stopped really selling cars to anyone in the public, and it still had to make, it still had to make the payments to the investors that were in Excell, and with these merchant cash advance companies, they don't care what you use the money for, there is no guidelines, there is nothing set that you have to use the money for any particular reasons. So I was just, you know, having to take these to keep up with everything while I was trying to find other financing at a reasonable rate that wasn't over the usury rate.

MR. WINDERMAN:  Thank you, Alan.  Enjoy your vacation.

MR. CRANE:  Okay.

(Thereupon, the 2004 Examination Duces Tecum was concluded and the reading and signing of the deposition were not duly waived.)

_____

Scott Zankl

Page 184

STATE OF FLORIDA   )
                   :   SS
COUNTY OF BROWARD  )

                    CERTIFICATE OF OATH


          I, Cheryl L. Jenkins, Registered Merit

Reporter, in my capacity as a Notary Public of the State

of Florida at large, I was authorized to administer oaths

on June 6, 2022, and that Scott Zankl appeared before me

via Zoom and took an oath or affirmation for the purpose

of giving testimony in the matter described on Page 1.




          _____

              CHERYL L. JENKINS, RPR, RMR

            Court Reporter and Notary Public
           in and for the State of Florida at Large
                 Commission #HH 170910
                  December 27, 2025



Personally known  _____

Produced driver's license  XX

Page 185

CERTIFICATE

STATE OF FLORIDA          )

COUNTY OF BROWARD          )

I, Cheryl L. Jenkins, RPR, RMR, Notary Public for the State of Florida at Large, do hereby certify that I reported in shorthand the 2004 Examination Duces Tecum of Scott Zankl, the witness herein; that the said witness was first duly sworn by me; and that the foregoing pages, numbered from 1 to 187, inclusive, constitute a true record thereof.

I further certify that I am not of counsel, I am I not related to, nor employed by any attorney in this case.

DATED this 20th day of June, 2022.

My Commission Expires:    _____
Commission #HH 170910
 December 27, 2025          CHERYL L. JENKINS, RPR, RMR
                               Notary Public
                             State of Florida

OUELLETTE & MAULDIN  COURT REPORTERS, INC.
(305) 358-8875

Page 186

OUELLETTE & MAULDIN COURT REPORTERS
1550 Madruga Ave.
Suite 333 - Kendar Building
Coral Gables, Florida 33146
305-358-8875

June 20, 2022

TO:  Scott Zankl
     C/O Harry Winderman, Esquire
         2255 Glades Rd #218A
         Boca Raton, FL 33431

IN RE:  Excell Auto
CASE NO.: 22-12790-EPK

                Please take notice that on Monday,
June 6, 2022, you gave your 2004 Examination Duces Tecum
in the above-referred matter.  At that time, you did not
waive signature.  It is now necessary that you sign your
2004 Examination Duces Tecum.
                Please call our office at the below-listed
number to schedule an appointment between the hours of
9:00 a.m. and 4:30 p.m., Monday through Friday.
                Please read the following instructions:
                At Page 187 of the transcript, you will find
an errata sheet.  As you read your 2004 Examination Duces
Tecum, any changes or corrections that you wish to make
should be noted on the errata sheet, citing page and line
number of said change.  DO NOT write on the transcript
itself.  Once you have read the transcript and noted any
changes, be sure to sign and date the errata sheet and
return these pages.  You need not return the entire
transcript.
                If you do not read and sign the 2004
Examination Duces Tecum within a reasonable time, the
original, which has already been forwarded to the ordering
attorney, may be filed with the Clerk of the Court.  If
you wish to waive your signature, sign your name in the
blank at the bottom of this letter and return it to us.
                                Very truly yours,


                          _____
                                Cheryl L. Jenkins, RPR
I do hereby waive my signature:

_____
        Scott Zankl