Message

| | |
|---|---|
| **From:** | Josh Lubin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DC619FBBD3EE45068AAB03CF14D0093B-JOSH] |
| **Sent:** | 9/2/2021 5:27:08 PM |
| **To:** | Joel Geta [joel@hibarcapital.com]; Spin Capital Accounting [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d12a28a1568a42679ce9089502044431-accounting] |
| **CC:** | Spin Capital Accounting [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d12a28a1568a42679ce9089502044431-accounting]; Yisroel herbst [ymh@hibarcapital.com] |
| **BCC:** | Uzi Shamuilov [uzis@betteraccountingsolutions.com] |
| **Subject:** | EXCELL AUTO GROUP 2 (Refi) Funding email |
| **Attachments:** | 2MM Excell Auto 2 Signed.pdf; 2019 Excell Auto Group 1120-S.pdf; certificate docusign.pdf; Excell Auto 1,099,437.50 Wire.pdf; Excell VC.jpg; Kristen DL.jpg; Scott DL.jpg; 1 - 2019 1040-Kristen ZankL.pdf; Excell 3181 June.pdf; Excell 3181 May.pdf; Excell 3181 August MTD.pdf; Excell 3181 July.pdf |

Funded: **9/2/2021**
**EXCELL AUTO GROUP**
Funding Amount: **$2,000,000**
Payback: **$2,998,000**
Bank Fee: **$150,000**
Previous Balances: **Spin $281,062.50, Payoff to BMF $469,500**
Net to merchant: **$1,099,437.50**
Total Net: **$1,850,000**
Weekly: **$150,000**
Commission: **12 points $240,000**
Syndication: BMF 30% (600k), Hi Bar 30% (600k), Cedar 10% (200k) (all receive bank fee)

SPIN_046506