| | |
|---|---|
| **From:** | Jasmine A |
| **To:** | Josh Lubin |
| **Cc:** | Joel Geta |
| **Subject:** | Re: Excell Payoff Letter |
| **Date:** | Friday, August 13, 2021 11:11:34 AM |
| **Attachments:** | EXCELL AUTO GROUP, INC BALANCE LETTER.pdf |
| | EXCELL AUTO GROUP INC BALANCE LETTER.pdf |

On Fri, Aug 13, 2021 at 11:09 AM Josh Lubin <josh@spincapital.com> wrote:

Can you change Hi Bar to Spin Capital and the date on the 525k balance to July 9th (not the 1st)

**From:** Jasmine A <jasmine@hibarcapital.com>
**Sent:** Friday, August 13, 2021 11:07 AM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** Joel Geta <joel@hibarcapital.com>
**Subject:** Re: Excell Payoff Letter

On Fri, Aug 13, 2021 at 10:48 AM Josh Lubin <josh@spincapital.com> wrote:

Jasmine,

Please send a 2nd Spin-excell payoff. Balance $525,000, contract dated July 9th 2021

**From:** Josh Lubin
**Sent:** Friday, August 13, 2021 10:26 AM
**To:** Joel Geta <joel@hibarcapital.com>; Jasmine A <jasmine@hibarcapital.com>
**Subject:** Excell Payoff Letter

Jasmine,

LUBIN029840

SPIN_031147

Please send Spin payoff letter for Excell Auto Group. Balance is $562,125.00, contract dated June 1st 2021.

LUBIN029841

SPIN_031148