Message
_____

**From:**      Josh Lubin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DC619FBBD3EE45068AAB03CF14D0093B-JOSH]
**Sent:**      4/22/2023 8:56:45 PM
**To:**        'morgan@elrolaw.com' [morgan@elrolaw.com]
**CC:**        Mordi Herbst [mordi@hibarcapital.com]; DeJonker, Jason [jason.DeJonker@bclplaw.com]
**Subject:**   RE: Franklin assignment, unsigned assignment, closing docs
**Attachments:** RE_ Payoff Letter Email with attachment $2,264,312.50.pdf; Re_ Email Thread Scott asking me to make the balance
               $587,289.pdf; Spin UCC Email thread.pdf; RE_ Payoff Letter Ocober 18th 2021 Email Thread $2,264,312.50.pdf;
               Excell Closing Statement_v2_DRAFT EMAIL with attachment.pdf


Morgan,

Franklins argument. Spin false represented to Franklin Spin had no balance with the assignment and the Hi Bar balance is really Spin. This is 100% false. I was asked for a zero balance letter for Spin and refused due to be being syndicated in the Hi Bar deal. Heres what actually happened below.


1.      On October 18th Spin sent a payoff letter to Zankl for $2,264,312. Scott asked me if I can give a discount. I told him if its paid in full within a week yes and never heard back from him. Email attached.

2.      October 21st Scott asking me to make the balance $587,289 (accept a wire for that amount from Franklin) and he pay the rest out of Excell Auto Wholesale. I told him I cannot do that, that we be fraud for lying to Franklin about my balance. Franklin sent me an assignment on October 21st for $587,289. Attached to previous email.

3.      October 21st Zankl sends me Excell closing statement (which FYI only list Excell Auto Group, not Karma and we do not dispute Franklin being first on Excell Auto Group). Another thing I noticed is a Cash Collateral Reserve of $1,550,000 and Spins Balance $587,289, total $2,137,289 (Around 23k more than Spins current balance $2,114,312.50). I have to assume based on Franklin actions on other deals. Franklin intent was to get me to sign the assignment for $587,289 and file a TRO against Spin restraining them from collection on the rest of the balance. This is something they have done multiple times in the courts to other MCA companies. The reason they keep the balance in a cash collateral reserve, so its not fraud on Franklin and the court sometimes makes you put up the full balance of the company you're restraining from collecting. This appears to be Franklin inducing me to commit fraud, which I never committed.

4.      October 21st a few days go by without me signing the 587,289  Franklin assignment. Zankl tells me the deal cannot fund unless Spin signs the assignment and Zankl wont be able to pay Spin, if I do not sign the 587k assigment. I refused to sign assignment and told Zankl, ill give my UCC to Franklin for free though would need to get another company to pay off Spin so theres no issues with Franklin owning the obligation (this was me just be cautious, and probably should've kept the balance on Spin). No where in the assignment does it say Spin is obligated to notify Franklin of other Debt and Spin never sent a zero balance letter.

5.      October 25th Sent Zankl Spin UCC which I did not know at the time is filed in the county so its not a valid UCC.

6.      October 27th Hi Bar sends Zankl docs to pay off Spin.

7.      November 1st Spins signs assignment for $1 to Franklin.

If I was committing fraud, I would've signed Franklin assignment for $587,289 and took the money. I gave the UCC away for free because Hi Bar did not mind being 2nd position.

I want to copy FVP and Franklin on this email. If FVP understood these facts, they would immediately go after Franklin. FVP thinks Franklin may have a case against Hi Bar which is why theyre joining forces with Franklin. If they knew Franklin

PLAINTIFF'S
EXHIBIT

**15**

did not have a case, they would prefer to join forces with Hi Bar because Hi Bar balances is a lot less then Franklin. If Franklin can win equitable subordination it would make them priority over FVP.

Morgan, Let me know if I can send this info to Breslin or maybe you want to send it more organized

---

**From:** Josh Lubin
**Sent:** Friday, April 21, 2023 10:21 AM
**To:** 'morgan@elrolaw.com' <morgan@elrolaw.com>
**Subject:** Franklin assignment, unsigned assignment, closing docs

SPIN_045879