DocuSign Envelope ID: CCF1DCB-4B3A-3AB5-A7B4-B3A6B5DDEM

Case 23-01132-EPK Doc 170-17 Filed 12/27/24 Page 1 of 1

# HI BAR CAPITAL
## BALANCE TRANSFER AGREEMENT

10/27/2021

RE: EXCELL AUTO GROUP, INC.

Dear KRISTEN ZANKL,

This letter is to confirm that you, KRISTEN ZANKL, as principal/owner/manager of EXCELL AUTO GROUP, INC., agrees to pay off the remaining RTR of $2,114,312.50 which currently exists on the previous Merchant Agreement with SPIN CAPITAL entered into on or about 08/31/2021 from funds you are receiving from your new Merchant Agreement with HI BAR CAPITAL dated 10/27/2021.

By signing this Agreement, you are authorizing HI BAR CAPITAL to deduct $2,114,312.50 out of the new Merchant Agreement.

AGREED AND ACCEPTED BY:

_____          10/28/2021
KRISTEN ZANKL                                DATE
individually and on behalf of
EXCELL AUTO GROUP, INC.

_____          11/1/2021
SCOTT THOMAS ZANKL                           DATE
individually and on behalf of
EXCELL AUTO GROUP, INC.

PLAINTIFF'S
EXHIBIT

17