# TD Bank

Report Run Date: 11/01/2021 15:23

## Wire Detail Report - SPIN CAPITAL LLC

**Fedwire**

### spincap-SPIN CAPITAL LLC

| Sequence Number | Confirmation# | Status | Amount |
|---|---|---|---|
| **31212489** | 20211101MMQFMPYQ007038 | Confirmed | $ 2,114,312.50 |

| | |
|---|---|
| Value Date: | 11/01/2021 |
| Send Date: | 11/01/2021 |
| Debit Account#: | █████6504 |
| Recipient ID: | █████2968 |
| Recipient Name: | Hi Bar Capital |
| Recipient Address 1: | 1825 65th street |
| Recipient Address 2: | Brooklyn NY 11204 |
| Recipient Bank ID: | 067015096 |
| Recipient Bank Name: | OPTIMUMBANK |
| Details of Payment Line 1: | Excell |

| Date/Time | User ID | Action |
|---|---|---|
| 11/01/2021 15:13 | jxlubin@spincap | create |
| 11/01/2021 15:22 | sxlubin@spincap | approve |

**Total:** $ 2,114,312.50

**End Of Report**

**Filter Criteria:**

Wire Payment IDs:

31212489

PLAINTIFF'S EXHIBIT

**20**

SPINSPIN000035