01 ████ 2968 003

```
HI BAR CAPITAL LLC                          SUMMARY OF YOUR ACTIVITY
1825 65TH ST STE 300            ACTIVITY THROUGH           NOV 30 21
BROOKLYN NY  11204-3819         STATEMENT NUMBER               2968
                                BEGINNING BALANCE
                                DEPOSIT AMOUNT     +
                                WITHDRAWAL AMOUNT  -
                                SERVICE CHARGE     -
                 DEBITS      0
                                ENDING BALANCE     =
```

```
_____

COMMERCIAL CHECKING           ████22968                BALANCE SUMMARY
ACTIVITY BEGINNING            OCT 30 21   WITHDRAWALS   DEPOSITS      $
```

```
                                 - 01 -
(051) PDD790-01     ████22968              11/30/21              00
```

PLAINTIFF'S
EXHIBIT

21

2968 003

HI BAR CAPITAL LLC

ACTIVITY THROUGH     NOV 30 21
STATEMENT NUMBER     ███2968

_____

COMMERCIAL CHECKING        ███22968                    BALANCE SUMMARY



- 02 -
(051) PDD790-01   ████22968              11/30/21                 00

2968 003

HI BAR CAPITAL LLC

ACTIVITY THROUGH          NOV 30 21
STATEMENT NUMBER          2968

_____

COMMERCIAL CHECKING          22968                    BALANCE SUMMARY



(051) PDD790-01          22968                11/30/21                    00

2968 003

HI BAR CAPITAL LLC

ACTIVITY THROUGH        NOV 30 21
STATEMENT NUMBER        ███2968

_____

COMMERCIAL CHECKING        ███22968                    BALANCE SUMMARY
                                WITHDRAWALS    DEPOSITS        $   502183.56



| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| NOV 01 | WIRE FROM SPIN CAPITAL LLC | | 2114312.50 | |
| NOV 01 | WIRE TRANSFER FEE | 15.00 | | |
| NOV 01 | WIRE TO Spin Capital LLC | 2114312.50 | | |
| NOV 01 | WIRE TRANSFER FEE | 25.00 | | $   259658.55 |

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED