PLAINTIFF'S
EXHIBIT

37

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Michael W. Simon

**B. Email Address** msimon@simonsigalos.com

**C. SEND ACKNOWLEDGEMENT TO:**

Name    Michael W. Simon

Address    Simon & Sigalos, LLP

Address    3839 N.W. Boca Raton Blvd, Suite 100

City/State/Zip    Boca Raton, FL 33431

FLORIDA SECURED TRANSACTION REGISTRY

**FILED**

2021 Feb 05 10:59 AM

****** 202106092650 ******

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY **ONE** DEBTOR NAME (**1a OR 1b**) – Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Excell Auto Group, Inc. | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 1001 Clint Moore Road | This space not available | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| Suite 101 | Boca Raton | FL | 33487 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY **ONE** DEBTOR NAME (**2a OR 2b**) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | Boca Raton | FL | 33487 | USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY **ONE** SECURED PARTY (**3a OR 3b**)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Peak Finance, LLC | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 14545 Military Trail | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| Suite 200 | Delray Beach | FL | 33484 | USA |

**4. This FINANCING STATEMENT** *covers the following collateral:*

1. All Vehicles purchased by Debtor in the ordinary course of the Debtor's business from the $1,000,000.00 revolving promissory note made by EAG Wholesale, LLC.
2. All personal property of every kind and nature, whatsoever, whether tangible or intangible, now or hereafter acquired (including replacements and substitutions, proceeds and products) now or hereafter located at: 1001 Clint Moore Road, Suite 101, Boca Raton, Florida 33487, including without limitation, furniture, fixtures, furnishings, appliances, equipment, machinery, inventory, goods and all other tangible personal property plus all accounts receivable, contract rights, contract deposits, plans and specifications, permits, licenses, interests in leases, insurance policies and the proceeds thereof, and other intangibles arising out of the ownership, and/or operation of said property.
3. 2017 Pagani Roadster Motor Vehicle - VIN ZA9H12UA5HSF76013

| **5. ALTERNATE DESIGNATION** (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)        **Filing Office Copy**        **Approved by the Secretary of State, State of Florida**