**1. Josh Lubin**

Hey Scott, Josh Lubin here with Spin Capital. Want to make an offer on Excell Auto Group. I can potencially do 750k-1MM as a 3rd, behind Getback and Libertas. When do you have a few minutes to chat?

Thursday, Mar 25, 2021 2:28 PM

**2. Scott Excell Auto (+15617561933)**

i can talk later today

Thursday, Mar 25, 2021 3:00 PM

**3. Josh Lubin**

Ok

Thursday, Mar 25, 2021 3:20 PM

**4. Josh Lubin**

What time is good for a call?

Thursday, Mar 25, 2021 4:35 PM

**5. Josh Lubin**

Hey Scott, when are you free for a call?

Wednesday, Mar 31, 2021 1:55 PM

**6. Josh Lubin**

Scott, I would do 1M at 120 payments.  Not here to waste your time. I can fund right away.

Tuesday, Apr 6, 2021 3:57 PM

PLAINTIFF'S EXHIBIT

**3**

LUBIN001578

Generated by GilApps SMS Backup & Print

SPIN_001578

**7. Josh Lubin**

Hey Scott, when's a good time for a few minute call?

Thursday, Apr 22, 2021 11:09 AM

**8. Scott Excell Auto (+15617561933)**

i can at 12:30

Thursday, Apr 22, 2021 11:11 AM

**9. Josh Lubin**

Ok. Will call you.

Thursday, Apr 22, 2021 11:13 AM

**10. Josh Lubin**

Called a few minutes late. Let me know if you're available later today

Thursday, Apr 22, 2021 12:44 PM

**11. Josh Lubin**

Hey Scott, have a few moments for a call?

Friday, May 21, 2021 12:40 PM

**12. Josh Lubin**

Wire???

Friday, May 21, 2021 1:12 PM

**13. Josh Lubin**

Need wire sent asap scott

Friday, May 21, 2021 2:44 PM

**14. Josh Lubin**

U promised minimum 20k today

Friday, May 21, 2021 2:45 PM

LUBIN001579

**15. Scott Excell Auto (+15617561933)**

who is this

Friday, May 21, 2021 2:45 PM

**16. Josh Lubin**

Sorry. Wrong Scott

Friday, May 21, 2021 2:46 PM

**17. Josh Lubin**

Josh Lubi here. Wanted to make you an offer. I'll ttyl

Friday, May 21, 2021 2:46 PM

**18. Scott Excell Auto (+15617561933)**

offer for what

Friday, May 21, 2021 2:47 PM

**19. Scott Excell Auto (+15617561933)**

Can I call you later?

Friday, May 21, 2021 3:28 PM

**20. Josh Lubin**

Call me when you get a moment

Monday, May 24, 2021 12:51 PM

**21. Josh Lubin**

Good morning Scott. We discussed an offer for capital a few weeks ago. I told you I would potentially do 1-2MM. When do you have a few moments to chat?

Tuesday, May 25, 2021 8:26 AM

LUBIN001580

SPIN_001580

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 4 of 121



**22. Scott Excell Auto (+15617561933)**

9:30 am

Tuesday, May 25, 2021 8:40 AM

**23. Josh Lubin**

Call me

Tuesday, May 25, 2021 10:09 AM

**24. Josh Lubin**

Hey Scott, what time is good for a call? Not here to waste your time.

Wednesday, May 26, 2021 9:12 AM

**25. Josh Lubin**

I will give you a longer deal then diverse

Wednesday, May 26, 2021 9:12 AM

**26. Josh Lubin**

Josh@spincapital.com

Wednesday, May 26, 2021 3:24 PM

**27. Josh Lubin**

When can I expect Financials from you?

Thursday, May 27, 2021 4:33 PM

**28. Scott Excell Auto (+15617561933)**

just emailed you

Thursday, May 27, 2021 4:46 PM

**29. Josh Lubin**

Received.  Will look at it in a few minutes

Thursday, May 27, 2021 5:20 PM

LUBIN001581

Generated by GilApps SMS Backup & Print

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 5 of 121

### 30. Josh Lubin

Have a few minutes for a call within the hour?

Thursday, May 27, 2021 5:42 PM



### 31. Scott Excell Auto (+15617561933)

yes

Thursday, May 27, 2021 5:42 PM

### 32. Josh Lubin

Will be in miami for the weekend.  I can come by Monday.

Thursday, May 27, 2021 7:56 PM

### 33. Josh Lubin

Good morning Scott. I will do a deal without collateral.  I'd prefer doing 1M. Will discuss....

Friday, May 28, 2021 10:09 AM

### 34. Scott Excell Auto (+15617561933)

i can call you at 11

Friday, May 28, 2021 10:20 AM

### 35. Josh Lubin

Call me

Friday, May 28, 2021 11:14 AM

### 36. Scott Excell Auto (+15617561933)

check your email

Friday, May 28, 2021 12:52 PM

LUBIN001582

SPIN_001582

**37. Josh Lubin**

On a flight. Wifi slow, can't open. pretty confident everything will check out and i will fund Tuesday... give me a few hours.

Friday, May 28, 2021 1:07 PM

**38. Scott Excell Auto (+15617561933)**

call me when you can

Friday, May 28, 2021 1:23 PM

**39. Scott Excell Auto (+15617561933)**

I need to know today if you can fund Tuesday?
i have 2 cars I want to buy
and I would use this money for that

Friday, May 28, 2021 1:31 PM

**40. Josh Lubin**

Yes I can fund Tuesday. Need to structure terms with you... landing at 330

Friday, May 28, 2021 1:34 PM

**41. Josh Lubin**

Send me 24 capital and diverse docs...

Friday, May 28, 2021 1:35 PM

**42. Scott Excell Auto (+15617561933)**

I don't have the docs with me i am out today

Friday, May 28, 2021 1:35 PM

LUBIN001583

Generated by GilApps SMS Backup & Print

Case 23-01132-EPK Doc 172-3 Filed 12/27/24 Page 7 of 121

**43. Josh Lubin**

Can you get them Tuesday morning?

Friday, May 28, 2021 1:36 PM



**44. Scott Excell Auto (+15617561933)**

just a quick question
why do you need those ?
you have my financials and my bank statements
what does those matter
diverse capital I am paying them off in 37 days
and 24 capital I am paying them off at 37 days

Friday, May 28, 2021 1:37 PM

**45. Josh Lubin**

I want to confirm it matches what I see in the statements. Is that an issue?

Friday, May 28, 2021 1:39 PM

**46. Josh Lubin**

Don't need all the pages. The first page...

Friday, May 28, 2021 1:40 PM



**47. Scott Excell Auto (+15617561933)**

no the contract all
match i am just trying not to waste any time because if i commit to buy these 2 cars i have to fund them tuesday as well and without your money I can't

Friday, May 28, 2021 1:41 PM

LUBIN001584

Generated by GilApps SMS Backup & Print

SPIN_001584

### 48. Josh Lubin

Ahhh got it. Need you to give me until Tuesday late afternoon for wire. I'll get it out before cutoff. Need to draft docs ect...

Friday, May 28, 2021 1:42 PM

### 49. Scott Excell Auto (+15617561933)



Friday, May 28, 2021 1:43 PM

LUBIN001585

Generated by GilApps SMS Backup & Print

SPIN_001585



**50. Scott Excell Auto (+15617561933)**

that's fine
i can front the cash Tuesday just need to make sure I have your coming in later that day

Friday, May 28, 2021 1:44 PM

**51. Josh Lubin**

Got it. Yes I'm funding Tuesday

Friday, May 28, 2021 1:46 PM

**52. Josh Lubin**

I'll call you around 4pm

Friday, May 28, 2021 1:46 PM

**53. Scott Excell Auto (+15617561933)**

okay

Friday, May 28, 2021 1:46 PM

**54. Scott Excell Auto (+15617561933)**

just texted you the first page of Diverse

Friday, May 28, 2021 1:46 PM

**55. Josh Lubin**

I see. Can you send me exhibit A with the entity's and ein

Friday, May 28, 2021 1:47 PM

**56. Josh Lubin**

Email please

Friday, May 28, 2021 1:48 PM

LUBIN001586

Generated by GilApps SMS Backup & Print

**57. Josh Lubin**
Driver's licenses and VC
Friday, May 28, 2021 1:48 PM

**58. Scott Excell Auto (+15617561933)**
what's VC
Friday, May 28, 2021 1:49 PM

**59. Josh Lubin**
Voided check
Friday, May 28, 2021 1:50 PM

**60. Scott Excell Auto (+15617561933)**
check your email
Friday, May 28, 2021 1:57 PM

**61. Josh Lubin**
I replied.  Can't read it. It's blurry.
Download as pdf please
Friday, May 28, 2021 1:58 PM

**62. Scott Excell Auto (+15617561933)**
re sent it
Friday, May 28, 2021 2:39 PM

**63. Josh Lubin**
Got it. Thanks.
Friday, May 28, 2021 2:46 PM

**64. Scott Excell Auto (+15617561933)**
also sent 24 capital
Friday, May 28, 2021 2:57 PM

LUBIN001587

SPIN_001587

**65. Josh Lubin**

Call me

Friday, May 28, 2021 3:41 PM

 **66. Scott Excell Auto (+15617561933)**

just did

Friday, May 28, 2021 7:01 PM

**67. Josh Lubin**

5 minutes

Friday, May 28, 2021 7:01 PM

**68. Scott Excell Auto (+15617561933)**

are we good for tuesday

Sunday, May 30, 2021 7:14 PM

**69. Josh Lubin**

Yes. Will structure the terms with you tomorrow

Sunday, May 30, 2021 7:15 PM

**70. Josh Lubin**

Are you available for a call?

Monday, May 31, 2021 5:50 PM

**71. Scott Excell Auto (+15617561933)**

i can at 8

Monday, May 31, 2021 5:50 PM

**72. Scott Excell Auto (+15617561933)**

with my kids

Monday, May 31, 2021 5:50 PM

LUBIN001588

SPIN_001588

**73. Josh Lubin**
That should work.
Monday, May 31, 2021 5:51 PM

**74. Josh Lubin**
Free for a call?
Monday, May 31, 2021 8:00 PM

 **75. Scott Excell Auto (+15617561933)**
i can now
Monday, May 31, 2021 9:23 PM

**76. Scott Excell Auto (+15617561933)**
can you text me the numbers
Monday, May 31, 2021 9:39 PM

**77. Josh Lubin**
I'll call you in 20 minutes?
Monday, May 31, 2021 9:39 PM

**78. Scott Excell Auto (+15617561933)**
yes
Monday, May 31, 2021 9:39 PM

**79. Scott Excell Auto (+15617561933)**
calling you right back
Monday, May 31, 2021 9:42 PM

**80. Josh Lubin**
Send me voided check
Monday, May 31, 2021 9:59 PM

LUBIN001589

SPIN_001589

Case 23-01132-EPK  Doc 172-3  Filed 12/27/24  Page 13 of 121

**81. Scott Excell Auto (+15617561933)**

i did i email it

Monday, May 31, 2021 10:05 PM

**82. Scott Excell Auto (+15617561933)**

my email

scott@excellauto.com

kzankl@att.net

Tuesday, Jun 1, 2021 9:51 AM

**83. Scott Excell Auto (+15617561933)**

what else do you need

Tuesday, Jun 1, 2021 9:57 AM

LUBIN001590

SPIN_001590

Case 23-01132-EPK • Doc 172-3 • Filed 12/27/24 • Page 14 of 121



**84. Scott Excell Auto (+15617561933)**



http://63.55.66.55/servlets /mms?message-id= 12E9E8308868000090C0000201

Tuesday, Jun 1, 2021 9:58 AM

**85. Josh Lubin**



I have everything

Tuesday, Jun 1, 2021 9:58 AM

**86. Josh Lubin**



Need last 6 months statements for all 4 accounts (including may)

Tuesday, Jun 1, 2021 9:59 AM



**87. Scott Excell Auto (+15617561933)**

you have the last 3 months correct

Tuesday, Jun 1, 2021 9:59 AM

LUBIN001591

SPIN_001591

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 15 of 121

**88. Josh Lubin**

I have February March April for Excell

Tuesday, Jun 1, 2021 10:03 AM

**89. Josh Lubin**

In middle of drafting docs

Tuesday, Jun 1, 2021 10:12 AM

**90. Scott Excell Auto (+15617561933)**

just need 20
finishing sales meeting

Tuesday, Jun 1, 2021 10:16 AM

**91. Scott Excell Auto (+15617561933)**

just emailed you more

Tuesday, Jun 1, 2021 10:42 AM

**92. Josh Lubin**

Received.  I need may for all accounts

Tuesday, Jun 1, 2021 10:46 AM

**93. Josh Lubin**

Should be available as of may 28th

Tuesday, Jun 1, 2021 10:46 AM

**94. Josh Lubin**

Call me

Tuesday, Jun 1, 2021 10:59 AM

**95. Josh Lubin**

Docusign sent. Discount addendum is the last page.

Tuesday, Jun 1, 2021 11:13 AM

LUBIN001592

SPIN_001592

**96. Josh Lubin**



Chase was down. It's back up

Tuesday, Jun 1, 2021 11:55 AM

 **97. Scott Excell Auto (+15617561933)**



http://63.55.163.199 /servlets/mms?message-id= 09E9EA2381FD00001A50000201

Tuesday, Jun 1, 2021 12:17 PM

**98. Josh Lubin**



makes sense

Tuesday, Jun 1, 2021 12:18 PM

**99. Josh Lubin**

can u print the whole month of may?

Tuesday, Jun 1, 2021 12:18 PM

**100. Josh Lubin**

Please tell your wife to sign docusign. Thanks

Tuesday, Jun 1, 2021 12:34 PM

 **101. Scott Excell Auto (+15617561933)**

she docusign

Tuesday, Jun 1, 2021 12:51 PM

Generated by GilApps SMS Backup & Print

LUBIN001593

SPIN_001593

Case 23-01132-EPK Doc 172-3 Filed 12/27/24 Page 17 of 121

**102. Josh Lubin**
She did not complete....
Tuesday, Jun 1, 2021 12:58 PM

**103. Scott Excell Auto (+15617561933)**
okay
Tuesday, Jun 1, 2021 12:59 PM

**104. Scott Excell Auto (+15617561933)**
she is having trouble with her email
Tuesday, Jun 1, 2021 12:59 PM

**105. Scott Excell Auto (+15617561933)**
did she open it
Tuesday, Jun 1, 2021 1:00 PM

**106. Josh Lubin**
Yes. Though did not complete...
Tuesday, Jun 1, 2021 1:01 PM

**107. Scott Excell Auto (+15617561933)**
she is having trouble with that email

send the doc u sign to Kristen@excellauto.com
Tuesday, Jun 1, 2021 1:07 PM

**108. Scott Excell Auto (+15617561933)**
let me know when you send the new doc u sign
Tuesday, Jun 1, 2021 1:17 PM

LUBIN001594

SPIN_001594

**109. Josh Lubin**

Shouldve been sent

Tuesday, Jun 1, 2021 1:17 PM



**110. Scott Excell Auto (+15617561933)**

done

Tuesday, Jun 1, 2021 1:29 PM

**111. Scott Excell Auto (+15617561933)**

she did the doc u sign

Tuesday, Jun 1, 2021 1:48 PM

**112. Josh Lubin**

Received.  May MTD files damaged.  Please resend

Tuesday, Jun 1, 2021 1:49 PM

**113. Scott Excell Auto (+15617561933)**

which ones

Tuesday, Jun 1, 2021 1:49 PM

**114. Josh Lubin**

For excel

Tuesday, Jun 1, 2021 1:50 PM

**115. Josh Lubin**

The one you just sent.

Tuesday, Jun 1, 2021 1:50 PM

**116. Scott Excell Auto (+15617561933)**

wire ?
or operating

Tuesday, Jun 1, 2021 1:50 PM

LUBIN001595

SPIN_001595

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 19 of 121

**117. Josh Lubin**

Operating

Tuesday, Jun 1, 2021 1:50 PM

 **118. Scott Excell Auto (+15617561933)**

sent again

Tuesday, Jun 1, 2021 1:52 PM

**119. Josh Lubin**

Still damaged. You need to reprint it.

Tuesday, Jun 1, 2021 1:53 PM

**120. Josh Lubin**

Received may

Tuesday, Jun 1, 2021 2:18 PM

 **121. Scott Excell Auto (+15617561933)**

what else ?

i am getting nervous
i laid out checks for those cars and
need your wire today to cover

Tuesday, Jun 1, 2021 2:21 PM

**122. Josh Lubin**

Your good. Will release shortly.
950k net wire

Tuesday, Jun 1, 2021 2:22 PM

LUBIN001596

SPIN_001596

 **123. Scott Excell Auto (+15617561933)**

let me know when it sends
never in 20 years have I released
checks without having the cash to
cover
just a little nervous

Tuesday, Jun 1, 2021 2:23 PM

**124. Josh Lubin**

Releasing as soon as I am in front
of computer

Tuesday, Jun 1, 2021 2:25 PM

 **125. Scott Excell Auto (+15617561933)**

did the wire go out

Tuesday, Jun 1, 2021 3:22 PM

**126. Josh Lubin**

will be in front of computer in 15
min

Tuesday, Jun 1, 2021 3:22 PM

**127. Josh Lubin**

Wire approved.

Tuesday, Jun 1, 2021 3:37 PM

**128. Scott Excell Auto (+15617561933)**

what does that mean

Tuesday, Jun 1, 2021 3:37 PM

**129. Josh Lubin**

That it will be in your account
today. Probably within the next 30
minutes

Tuesday, Jun 1, 2021 3:38 PM

LUBIN001597

SPIN_001597

Case 23-01132-EPK Doc 172-3 Filed 12/27/24 Page 21 of 121



**130. Scott Excell Auto (+15617561933)**

did it leave your acc ?

Tuesday, Jun 1, 2021 4:18 PM

**131. Josh Lubin**

Not yet

Tuesday, Jun 1, 2021 4:21 PM

**132. Scott Excell Auto (+15617561933)**

shit
I am screwed

Tuesday, Jun 1, 2021 4:21 PM

LUBIN001598

SPIN_001598

### 133. Josh Lubin



It's going out today. I sent them email

Tuesday, Jun 1, 2021 4:22 PM

### 134. Josh Lubin

Bank just called due to new ip address.  It's going out now

Tuesday, Jun 1, 2021 4:34 PM

Generated by GilApps SMS Backup & Print

LUBIN001599

SPIN_001599

**135. Scott Excell Auto (+15617561933)**

let me know when it leaves your acc so i can let my girls know

Tuesday, Jun 1, 2021 4:35 PM

**136. Josh Lubin**

Left

Tuesday, Jun 1, 2021 4:35 PM

**137. Josh Lubin**

Sending you full fed now

Tuesday, Jun 1, 2021 4:35 PM

**138. Josh Lubin**

FED: ███████████████08161

Tuesday, Jun 1, 2021 4:36 PM

**139. Josh Lubin**

Received??

Tuesday, Jun 1, 2021 5:11 PM

**140. Josh Lubin**

Call me

Tuesday, Jun 1, 2021 6:11 PM

**141. Josh Lubin**

What day works best for the weekly?

Tuesday, Jun 1, 2021 6:16 PM

**142. Scott Excell Auto (+15617561933)**

tuesday

Tuesday, Jun 1, 2021 6:17 PM

LUBIN001600

Generated by GilApps SMS Backup & Print

SPIN_001600

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 24 of 121

**143. Scott Excell Auto (+15617561933)**

wire hit

Tuesday, Jun 1, 2021 6:17 PM

**144. Josh Lubin**

Will schedule first debit for next Tuesday.

Tuesday, Jun 1, 2021 6:19 PM

**145. Scott Excell Auto (+15617561933)**

okay

Tuesday, Jun 1, 2021 6:19 PM

**146. Josh Lubin**

Hey Scott, I hope you're doing well. How's the business?

Monday, Jun 21, 2021 5:20 PM

**147. Josh Lubin**

Let me know if you need additional capital.

Monday, Jun 21, 2021 5:49 PM

**148. Scott Excell Auto (+15617561933)**

Josh

did you call me

Sunday, Jun 27, 2021 8:25 PM

**149. Josh Lubin**

Yes. I'll call you in an hour or 2? What time works for you?

Monday, Jun 28, 2021 8:35 AM

LUBIN001601

SPIN_001601

**150. Josh Lubin**

Call me when you get a moment.

Monday, Jun 28, 2021 10:13 AM

**151. Josh Lubin**

Have a minute for a call?

Monday, Jun 28, 2021 5:01 PM

**152. Josh Lubin**

Good morning. Call me when you have 3 minutes.

Thursday, Jul 1, 2021 8:13 AM

**153. Josh Lubin**

Call me??

Tuesday, Jul 6, 2021 7:14 PM

 **154. Scott Excell Auto (+15617561933)**

Can I call you later?

Wednesday, Jul 7, 2021 1:49 PM

 **155. Scott Excell Auto (+15617561933)**

I f i wanted to do another one how much

Thursday, Jul 8, 2021 5:27 PM

**156. Josh Lubin**

I'll do 500k additional deal

Thursday, Jul 8, 2021 5:29 PM

**157. Josh Lubin**

Won't be a refi

Thursday, Jul 8, 2021 5:29 PM

LUBIN001602

Generated by GilApps SMS Backup & Print

SPIN_001602



**158. Scott Excell Auto (+15617561933)**

no

Thursday, Jul 8, 2021 5:29 PM

**159. Scott Excell Auto (+15617561933)**

how much

Thursday, Jul 8, 2021 5:29 PM

**160. Josh Lubin**

Your misunderstanding.  Call me

Thursday, Jul 8, 2021 5:30 PM

**161. Scott Excell Auto (+15617561933)**

how
much per week

Thursday, Jul 8, 2021 5:30 PM

**162. Josh Lubin**

Half of what my debit is now.

Thursday, Jul 8, 2021 5:34 PM

**163. Josh Lubin**

46k and change

Thursday, Jul 8, 2021 5:35 PM

**164. Josh Lubin**

i can send you docs in the morning
and fund same. i can potencially
do much more, would need to
discuss with you on the phone.

Thursday, Jul 8, 2021 5:59 PM

LUBIN001603

SPIN_001603

Case 23-01132-EPK · Doc 172-3 · Filed 12/27/24 · Page 27 of 121

**165. Josh Lubin**

I'll fund 500k without any login or statements....

Thursday, Jul 8, 2021 8:39 PM



**166. Scott Excell Auto (+15617561933)**

can you do $40,000

Friday, Jul 9, 2021 9:24 AM

**167. Scott Excell Auto (+15617561933)**

a week

Friday, Jul 9, 2021 9:24 AM

**168. Josh Lubin**

Done

Friday, Jul 9, 2021 9:35 AM

**169. Scott Excell Auto (+15617561933)**

wire me the money

Friday, Jul 9, 2021 9:36 AM

**170. Josh Lubin**

On it. Sending u docs shortly

Friday, Jul 9, 2021 9:53 AM

**171. Josh Lubin**

Docusign sent

Friday, Jul 9, 2021 10:35 AM

LUBIN001604

SPIN_001604

**172. Scott Excell Auto (+15617561933)**

how many weeks ?

and I can't have any UCC filing against Karma Palm Beach or Karma Broward

Friday, Jul 9, 2021 10:52 AM

**173. Josh Lubin**

I won't file any on this deal. I already file one on the previous deal

Friday, Jul 9, 2021 10:53 AM

**174. Josh Lubin**

Won't file any ucc on this deal at all.

Friday, Jul 9, 2021 10:53 AM

**175. Scott Excell Auto (+15617561933)**

not on Karma Palm beach ? and Karma Broward ?

Friday, Jul 9, 2021 10:53 AM

**176. Josh Lubin**

Let me check

Friday, Jul 9, 2021 10:54 AM

**177. Josh Lubin**

Pretty sure I did. Will check In a few hours

Friday, Jul 9, 2021 10:57 AM

**178. Josh Lubin**

Not filing any additional ucc on this deal

Friday, Jul 9, 2021 10:57 AM

LUBIN001605

SPIN_001605



**179. Scott Excell Auto (+15617561933)**

okay the only company you can file a UCC is on Excell Auto I cannot have a UCC filed on KARMA Palm Beach or Karma Broward
you funded excell auto and that's the company you collect from
I cannot have anything filed on Karma Palm Beach or Karma Broward
I would of never done that deal if I knew you were going to file that.

Friday, Jul 9, 2021 11:00 AM

**180. Josh Lubin**

Was a misunderstanding, ill remove it if that's the case

Friday, Jul 9, 2021 11:00 AM

**181. Josh Lubin**

I don't remember you telling me that

Friday, Jul 9, 2021 11:00 AM



**182. Scott Excell Auto (+15617561933)**

please man
it will cause me big problems with my manufacture Karma

Friday, Jul 9, 2021 11:01 AM

**183. Josh Lubin**

Understood.  Done. Will remove and won't file as long as there are no issues

Friday, Jul 9, 2021 11:01 AM

LUBIN001606

SPIN_001606



**184. Scott Excell Auto (+15617561933)**

how many weeks ?

Friday, Jul 9, 2021 11:05 AM

**185. Josh Lubin**

18

Friday, Jul 9, 2021 11:07 AM

**186. Scott Excell Auto (+15617561933)**

it says 20% ?

but 18 weeks at $40,000 a week is $720,000
which is almost 45%

Friday, Jul 9, 2021 11:32 AM

**187. Scott Excell Auto (+15617561933)**

20% would be okay back of $600,000

Friday, Jul 9, 2021 11:32 AM

**188. Josh Lubin**

There a 1.30 prepay within 60 days

Friday, Jul 9, 2021 11:38 AM

**189. Josh Lubin**

20% is of the receivables...

Friday, Jul 9, 2021 11:38 AM

**190. Scott Excell Auto (+15617561933)**

so am I paying 45% back ?

Friday, Jul 9, 2021 11:42 AM

LUBIN001607

Generated by GilApps SMS Backup & Print

SPIN_001607

**191. Josh Lubin**

Depends on when it gets paid back. Call me

Friday, Jul 9, 2021 11:50 AM

**192. Scott Excell Auto (+15617561933)**

just on a zoom. call

Friday, Jul 9, 2021 11:56 AM

**193. Josh Lubin**

Ok.

Friday, Jul 9, 2021 11:57 AM

**194. Scott Excell Auto (+15617561933)**

so if i pay back on the 18 weeks am I paying you 45%

Friday, Jul 9, 2021 11:57 AM

**195. Josh Lubin**

Correct

Friday, Jul 9, 2021 11:57 AM

**196. Josh Lubin**

I leave the office in 2 hours

Friday, Jul 9, 2021 11:57 AM

**197. Scott Excell Auto (+15617561933)**

wow
why can't it be 20%

Friday, Jul 9, 2021 11:57 AM

**198. Josh Lubin**

I out in a prepay over 60 days at 30%

Friday, Jul 9, 2021 11:57 AM

LUBIN001608

SPIN_001608

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 32 of 121

**199. Josh Lubin**

Put*

Friday, Jul 9, 2021 11:57 AM

**200. Josh Lubin**

I would do a collateral deal at 4-5% a month. Been trying to call you about that

Friday, Jul 9, 2021 11:58 AM

**201. Scott Excell Auto (+15617561933)**

what if i pay you in 12 weeks ?

Friday, Jul 9, 2021 12:08 PM

**202. Josh Lubin**

37%

Friday, Jul 9, 2021 12:13 PM

**203. Scott Excell Auto (+15617561933)**

doc i sign done

Friday, Jul 9, 2021 12:19 PM

LUBIN001609

SPIN_001609

Case 23-01132-EPK  Doc 172-3  Filed 12/27/24  Page 33 of 121

### 204. Josh Lubin



Need your wife to complete

Friday, Jul 9, 2021 12:27 PM

### 205. Josh Lubin

Need to step out for an hour. When can your wife complete?

Friday, Jul 9, 2021 12:45 PM

### 206. Josh Lubin

?

Friday, Jul 9, 2021 1:37 PM

Generated by GilApps SMS Backup & Print

LUBIN001610

SPIN_001610

**207. Scott Excell Auto (+15617561933)**

can you send to
our business email

kristen@excellauto.com

Friday, Jul 9, 2021 1:39 PM

**208. Josh Lubin**

Done

Friday, Jul 9, 2021 1:41 PM

**209. Scott Excell Auto (+15617561933)**

she did it

Friday, Jul 9, 2021 1:43 PM

**210. Josh Lubin**

did not come back

Friday, Jul 9, 2021 1:48 PM

**211. Josh Lubin**

don't want to miss wire cutoff.
need it back asap

Friday, Jul 9, 2021 2:00 PM

**212. Scott Excell Auto (+15617561933)**

re send to her personal
sorry she had to leave

Friday, Jul 9, 2021 2:00 PM

**213. Scott Excell Auto (+15617561933)**

Kzankl@att.net

Friday, Jul 9, 2021 2:00 PM

LUBIN001611

SPIN_001611

Case 23-01132-EPK Doc 172-3 Filed 12/27/24 Page 35 of 121

**214. Josh Lubin**

Sent.

Friday, Jul 9, 2021 2:04 PM

**215. Josh Lubin**

Tell her to check spam...

Friday, Jul 9, 2021 2:04 PM

**216. Josh Lubin**

Received. What day am I debiting?

Friday, Jul 9, 2021 2:14 PM

**217. Scott Excell Auto (+15617561933)**

wednesday

Friday, Jul 9, 2021 2:17 PM

**218. Scott Excell Auto (+15617561933)**

are you wiring today

Friday, Jul 9, 2021 2:17 PM

**219. Josh Lubin**

Yes

Friday, Jul 9, 2021 2:20 PM

**220. Scott Excell Auto (+15617561933)**

did your wire go out

Friday, Jul 9, 2021 3:40 PM

**221. Josh Lubin**

Was approved. Waiting for it to be released

Friday, Jul 9, 2021 3:41 PM

LUBIN001612

SPIN_001612

**222. Josh Lubin**

Will send u ged as soon as it's released

Friday, Jul 9, 2021 3:41 PM

**223. Josh Lubin**

Going out today...

Friday, Jul 9, 2021 3:41 PM

**224. Scott Excell Auto (+15617561933)**

?

Friday, Jul 9, 2021 4:35 PM

**225. Josh Lubin**

It just went out

Friday, Jul 9, 2021 4:47 PM

**226. Josh Lubin**

received?

Friday, Jul 9, 2021 5:32 PM

**227. Josh Lubin**

Good morning. Tuesday debit bounced.

Thursday, Jul 22, 2021 7:15 AM

**228. Scott Excell Auto (+15617561933)**

that's impossible

Thursday, Jul 22, 2021 8:13 AM

**229. Josh Lubin**

Give me two hours I'll double check when I am in the office

Thursday, Jul 22, 2021 8:14 AM

LUBIN001613

SPIN_001613

Case 23-01132-EPK  Doc 172-3  Filed 12/27/24  Page 37 of 121

### 230. Josh Lubin

Check your bank if you see the debit on Tuesday July 20th.

Thursday, Jul 22, 2021 8:17 AM

### 231. Josh Lubin

Payment returned. Send wire for $93,687.50 to account below.
TD bank NA
Account Name: Spin Capital LLC
1460 Arboretum Pkwy
Lakewood NJ 08701
Routing: 031101266
Account#: 4██████6504

Thursday, Jul 22, 2021 9:33 AM

### 232. Josh Lubin

When can I expect wire?

Thursday, Jul 22, 2021 2:35 PM



### 233. Scott Excell Auto (+15617561933)

Sorry, I can't talk right now.

Thursday, Jul 22, 2021 2:58 PM

### 234. Josh Lubin

If you need a day or 2, that's not a problem.  Call me to discuss

Thursday, Jul 22, 2021 3:01 PM

### 235. Josh Lubin

U should not take Johnny's refi. I can give you a much better deal and lower rates

Thursday, Jul 22, 2021 3:04 PM

LUBIN001614

SPIN_001614

**236. Josh Lubin**

Potentially paying off diverse

Thursday, Jul 22, 2021 3:04 PM

**237. Josh Lubin**

Need communication here

Thursday, Jul 22, 2021 4:43 PM

**238. Josh Lubin**

Scott, you bounced a payment on me for 99k, the least you can do is communicate

Thursday, Jul 22, 2021 5:15 PM

**239. Scott Excell Auto (+15617561933)**

sorry
was on a plane
just landed

Thursday, Jul 22, 2021 5:21 PM

**240. Josh Lubin**

Got it. Call me

Thursday, Jul 22, 2021 5:35 PM

**241. Scott Excell Auto (+15617561933)**

i will shortly
just getting out of the airport

Thursday, Jul 22, 2021 6:21 PM

**242. Josh Lubin**

When can I expect a call?

Thursday, Jul 22, 2021 7:58 PM

LUBIN001615

SPIN_001615

**243. Josh Lubin**

?

Thursday, Jul 22, 2021 8:50 PM



**244. Josh Lubin**

I am aware of the deal you signed. That's not what bothers me here. I give you 1M and change and u don't communicate...

Thursday, Jul 22, 2021 9:07 PM



**245. Josh Lubin**

Not concerned about the 99k. Just need communication

Thursday, Jul 22, 2021 9:07 PM



 **246. Scott Excell Auto (+15617561933)**

still traveling
my girls are wiring you tomorrow

Thursday, Jul 22, 2021 9:25 PM

**247. Josh Lubin**

Ok. I would give you a much better deal then Johnny if you let me hold those titles. I would pay off him 3-4M balance and u know I fund right away

Thursday, Jul 22, 2021 9:30 PM



**248. Josh Lubin**

It's not sustainable to take this much money at these rates....

Thursday, Jul 22, 2021 9:31 PM



 **249. Scott Excell Auto (+15617561933)**

what ?

Thursday, Jul 22, 2021 9:31 PM

Generated by GilApps SMS Backup & Print

LUBIN001616

SPIN_001616

**250. Josh Lubin**

Or tell Johnny to give you a better deal. He has collateral.  Money should be cheaper.

Thursday, Jul 22, 2021 9:32 PM

**251. Josh Lubin**

Gm. Waiting for your call

Friday, Jul 23, 2021 8:22 AM

**252. Josh Lubin**

??

Friday, Jul 23, 2021 12:30 PM

**253. Josh Lubin**

You have my wire info??

Friday, Jul 23, 2021 1:20 PM

**254. Scott Excell Auto (+15617561933)**

Payment returned. Send wire for $93,687.50 to account below.
TD bank NA
Account Name: Spin Capital LLC
1460 Arboretum Pkwy
Lakewood NJ 08701
Routing: 031101266
Account#: ███████6504

Friday, Jul 23, 2021 1:20 PM

**255. Josh Lubin**

Ok cool. Will let you know when received

Friday, Jul 23, 2021 1:25 PM

**256. Josh Lubin**

Did not receive wire?

Friday, Jul 23, 2021 3:44 PM

LUBIN001617

Generated by GilApps SMS Backup & Print

SPIN_001617

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 41 of 121

**257. Josh Lubin**

Good morning. When are you sending wire?

Monday, Jul 26, 2021 9:04 AM

**258. Josh Lubin**

??

Monday, Jul 26, 2021 10:42 AM

**259. Scott Excell Auto (+15617561933)**

wire going out

Monday, Jul 26, 2021 10:42 AM

**260. Josh Lubin**

What time can I come by today? I'm in florida

Monday, Jul 26, 2021 11:31 AM

**261. Josh Lubin**

?

Monday, Jul 26, 2021 1:43 PM

**262. Josh Lubin**

Call me

Monday, Jul 26, 2021 2:17 PM

**263. Josh Lubin**

Did not receive wire? What's going on here?

Monday, Jul 26, 2021 3:11 PM

**264. Scott Excell Auto (+15617561933)**

I need like 20 min
crazy day playing catch up

Monday, Jul 26, 2021 3:11 PM

LUBIN001618

SPIN_001618



**265. Scott Excell Auto (+15617561933)**

you will have it

Monday, Jul 26, 2021 3:11 PM

**266. Josh Lubin**

Can we meet later today?

Monday, Jul 26, 2021 3:11 PM



**267. Scott Excell Auto (+15617561933)**

I can tomorrow?

Monday, Jul 26, 2021 3:17 PM

**268. Josh Lubin**

What time?

Monday, Jul 26, 2021 3:19 PM

**269. Josh Lubin**

?

Monday, Jul 26, 2021 4:12 PM

**270. Josh Lubin**

Wire?

Monday, Jul 26, 2021 4:13 PM

**271. Josh Lubin**

Did not receive wire. What time can I come by tomorrow?

Monday, Jul 26, 2021 4:45 PM

**272. Josh Lubin**

No wire showed up. I will be by your place at 1pm tomorrow.

Monday, Jul 26, 2021 10:19 PM



LUBIN001619

SPIN_001619

**273. Josh Lubin**

Good morning.  Will be at boca location 1pm

Tuesday, Jul 27, 2021 9:35 AM

**274. Josh Lubin**

Did not receive wire. Keep me updated

Tuesday, Jul 27, 2021 2:08 PM

**275. Scott Excell Auto (+15617561933)**

check your acc in 20 min

Tuesday, Jul 27, 2021 4:02 PM

**276. Scott Excell Auto (+15617561933)**

did you get the wire?
did you get my email

Tuesday, Jul 27, 2021 6:37 PM

**277. Josh Lubin**

Recieved wire. Will get to email shortly.  Send payment history...

Tuesday, Jul 27, 2021 6:39 PM

**278. Scott Excell Auto (+15617561933)**

made 7
payments of
$150,000

Tuesday, Jul 27, 2021 7:12 PM

**279. Josh Lubin**

Got it. Resend docs as PDF. Link doesn't work.

Tuesday, Jul 27, 2021 8:11 PM

LUBIN001620

SPIN_001620

**280. Josh Lubin**

Did not receive docs?

Wednesday, Jul 28, 2021 7:36 PM

**281. Josh Lubin**

Check in your docusign, it should let you download it

Wednesday, Jul 28, 2021 7:36 PM

**282. Josh Lubin**

Can we talk Sunday? Or monday

Friday, Jul 30, 2021 10:11 AM

**S 283. Scott Excell Auto (+15617561933)**

yes what's up

Friday, Jul 30, 2021 10:11 AM

**284. Josh Lubin**

Running the numbers. Let talk next week

Friday, Jul 30, 2021 10:15 AM

**285. Josh Lubin**

Call me when you have 2 minutes

Friday, Jul 30, 2021 11:04 AM

**S 286. Scott Excell Auto (+15617561933)**

call you in 30

Friday, Jul 30, 2021 11:49 AM

**287. Josh Lubin**

Call me

Monday, Aug 2, 2021 11:30 AM

LUBIN001621

SPIN_001621

**288. Scott Excell Auto (+15617561933)**

Can I call you later?

Monday, Aug 2, 2021 1:38 PM

**289. Scott Excell Auto (+15617561933)**

us

Monday, Aug 2, 2021 1:39 PM

**290. Scott Excell Auto (+15617561933)**

45 min

Monday, Aug 2, 2021 1:39 PM

**291. Josh Lubin**

?

Monday, Aug 2, 2021 6:07 PM

**292. Josh Lubin**

Am I paying off diverse?

Monday, Aug 2, 2021 6:07 PM

**293. Scott Excell Auto (+15617561933)**

still slammed

Monday, Aug 2, 2021 6:07 PM

**294. Josh Lubin**

Got it

Monday, Aug 2, 2021 6:07 PM

**295. Scott Excell Auto (+15617561933)**

almost done

Monday, Aug 2, 2021 6:07 PM

LUBIN001622

SPIN_001622

**296. Josh Lubin**

Will take me 2 days to draft docs...
I have a few questions

Tuesday, Aug 3, 2021 11:46 AM

**297. Josh Lubin**

When can we get on the phone

Tuesday, Aug 3, 2021 11:47 AM

**298. Scott Excell Auto (+15617561933)**

1 pm

Tuesday, Aug 3, 2021 12:22 PM

**299. Josh Lubin**

What time later in the day?

Tuesday, Aug 3, 2021 2:05 PM

**300. Josh Lubin**

What time is good for a call?

Wednesday, Aug 4, 2021 12:58 PM

**301. Josh Lubin**

??

Wednesday, Aug 4, 2021 3:05 PM

**302. Scott Excell Auto (+15617561933)**

call
you at 4:30

Wednesday, Aug 4, 2021 3:47 PM

**303. Josh Lubin**

Ok

Wednesday, Aug 4, 2021 3:52 PM

LUBIN001623

SPIN_001623

**304. Josh Lubin**

Scott, whats going on here? if im not doing a deal, just tell me that. if you took another deal, u can tell me as well.

Thursday, Aug 5, 2021 12:25 PM

**S** **305. Scott Excell Auto (+15617561933)**

I have not

Thursday, Aug 5, 2021 12:35 PM

**306. Josh Lubin**

Want to talk next week?

Thursday, Aug 5, 2021 3:13 PM

**307. Josh Lubin**

what works for u?

Thursday, Aug 5, 2021 3:14 PM

**308. Josh Lubin**

Scott, I know you took a deal last week for 1.5M. Doesn't bother me. Don't waste my time, I wouldn't waste yours...

Friday, Aug 6, 2021 11:24 AM

**S** **309. Scott Excell Auto (+15617561933)**

Josh

let's talk monday
I am home sick

Friday, Aug 6, 2021 11:24 AM

**310. Josh Lubin**

Call me

Tuesday, Aug 10, 2021 12:31 PM

LUBIN001624

SPIN_001624

**311. Josh Lubin**

U wasting my time here Scott. I don't play games and you know that

Wednesday, Aug 11, 2021 12:21 PM

**312. Scott Excell Auto (+15617561933)**

josh

never received the payment history

Saturday, Aug 21, 2021 12:38 PM

**313. Josh Lubin**

GM. I will send today

Monday, Aug 23, 2021 8:26 AM

**314. Scott Excell Auto (+15617561933)**

give me a call
when you can

Monday, Aug 23, 2021 8:38 AM

**315. Josh Lubin**

Wednesday payment bounced. send 40k wire.

Tuesday, Aug 24, 2021 11:43 AM

**316. Josh Lubin**

?????

Tuesday, Aug 24, 2021 4:52 PM

**317. Scott Excell Auto (+15617561933)**

last wednesday?

Tuesday, Aug 24, 2021 5:05 PM

LUBIN001625

SPIN_001625

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 49 of 121

### 318. Josh Lubin

Correct

Tuesday, Aug 24, 2021 5:05 PM

### 319. Scott Excell Auto (+15617561933)

send
me your wire info

Tuesday, Aug 24, 2021 5:06 PM

### 320. Josh Lubin

TD bank NA
Account Name: Spin Capital LLC
1460 Arboretum Pkwy
Lakewood NJ 08701
Routing: 031101266
Account#: ███████6504

Tuesday, Aug 24, 2021 5:09 PM

### 321. Scott Excell Auto (+15617561933)

wire going out in the am

Tuesday, Aug 24, 2021 7:33 PM

### 322. Josh Lubin

Good morning

Wednesday, Aug 25, 2021 10:07 AM

### 323. Scott Excell Auto (+15617561933)

good morning

Wednesday, Aug 25, 2021 10:32 AM

### 324. Josh Lubin

Call me

Wednesday, Aug 25, 2021 11:52 AM

LUBIN001626

SPIN_001626

**325. Josh Lubin**

?

Wednesday, Aug 25, 2021 6:47 PM

**326. Josh Lubin**

Good morning

Thursday, Aug 26, 2021 9:20 AM

**327. Josh Lubin**

Scott, I'm in your area, will stop by in 30 minutes.

Thursday, Aug 26, 2021 10:27 AM

**328. Scott Excell Auto (+15617561933)**

I am with clients

Thursday, Aug 26, 2021 10:37 AM

**329. Josh Lubin**

11:30 work?

Thursday, Aug 26, 2021 10:38 AM

**330. Josh Lubin**

Send wire for 40k

Thursday, Aug 26, 2021 2:51 PM

**331. Josh Lubin**

Wire?

Thursday, Aug 26, 2021 4:19 PM

**332. Josh Lubin**

Whats up?

Friday, Aug 27, 2021 10:44 AM

**333. Josh Lubin**

Did not receive wire?

Friday, Aug 27, 2021 10:46 AM

LUBIN001627

Generated by GilApps SMS Backup & Print

SPIN_001627



**334. Scott Excell Auto (+15617561933)**

Can I call you later?

Friday, Aug 27, 2021 1:27 PM

**335. Josh Lubin**

??

Friday, Aug 27, 2021 4:02 PM

**336. Josh Lubin**

Scott, did not receive wire for 40k? What's going on here

Monday, Aug 30, 2021 10:37 AM

**337. Scott Excell Auto (+15617561933)**

yes this am

Monday, Aug 30, 2021 10:39 AM

**338. Josh Lubin**

Did not receive wire for 40k??

Tuesday, Aug 31, 2021 8:29 AM

**339. Scott Excell Auto (+15617561933)**

should of
be at the office in 5

Tuesday, Aug 31, 2021 8:30 AM

**340. Josh Lubin**

Call me

Tuesday, Aug 31, 2021 11:59 AM

**341. Scott Excell Auto (+15617561933)**

just need 30

Tuesday, Aug 31, 2021 12:03 PM

LUBIN001628

SPIN_001628

**342. Josh Lubin**

Have a minute?

Tuesday, Aug 31, 2021 1:21 PM

**S** **343. Scott Excell Auto (+15617561933)**

I will in 15

Tuesday, Aug 31, 2021 1:23 PM

**344. Josh Lubin**

2M refi, net 1.1M. 150k weekly

Tuesday, Aug 31, 2021 2:26 PM

**345. Josh Lubin**

Prepay 1.20 within 45 days

Tuesday, Aug 31, 2021 2:26 PM

**346. Josh Lubin**

sent docusign

Tuesday, Aug 31, 2021 3:22 PM

**347. Josh Lubin**

Call me

Tuesday, Aug 31, 2021 3:41 PM

**S** **348. Scott Excell Auto (+15617561933)**

just on a call

Tuesday, Aug 31, 2021 3:44 PM

**349. Josh Lubin**

My wire cutoff is in an hour.

Tuesday, Aug 31, 2021 3:53 PM

LUBIN001629

SPIN_001629

**350. Josh Lubin**

I can fund tomorrow. Wtvr works best for u.

Tuesday, Aug 31, 2021 3:53 PM

**351. Josh Lubin**

Good morning

Wednesday, Sep 1, 2021 11:04 AM

**352. Josh Lubin**

Call me

Wednesday, Sep 1, 2021 11:10 AM

**353. Scott Excell Auto (+15617561933)**

need 20

Wednesday, Sep 1, 2021 11:12 AM

**354. Josh Lubin**

??

Wednesday, Sep 1, 2021 12:09 PM

**355. Josh Lubin**

Whats up here?

Wednesday, Sep 1, 2021 12:43 PM

**356. Josh Lubin**

dont want to waste my time here. If you dont want the money, just tell me that.

Wednesday, Sep 1, 2021 1:29 PM

**357. Scott Excell Auto (+15617561933)**

10 min

Wednesday, Sep 1, 2021 1:43 PM

LUBIN001630

SPIN_001630

**358. Josh Lubin**

Whats up?

Wednesday, Sep 1, 2021 1:58 PM

**359. Josh Lubin**



Wires ready to be released. If you don't want the money, let me know

Wednesday, Sep 1, 2021 2:42 PM

**360. Josh Lubin**

Whats up scott?

Wednesday, Sep 1, 2021 4:28 PM

LUBIN001631

Generated by GilApps SMS Backup & Print

SPIN_001631

Case 23-01132-EPK · Doc 172-3 · Filed 12/27/24 · Page 55 of 121

**361. Josh Lubin**

??

Wednesday, Sep 1, 2021 5:53 PM

**362. Josh Lubin**

Will send addendum in the morning

Wednesday, Sep 1, 2021 11:27 PM

**363. Josh Lubin**

Good morning. Call me

Thursday, Sep 2, 2021 10:24 AM

**364. Josh Lubin**

Docusign sent

Thursday, Sep 2, 2021 11:24 AM

**365. Josh Lubin**

Send me May and June statements

Thursday, Sep 2, 2021 11:24 AM

**366. Josh Lubin**

I changed account number to wire account.

Thursday, Sep 2, 2021 11:53 AM

LUBIN001632

SPIN_001632

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 56 of 121

### 367. Josh Lubin



Thursday, Sep 2, 2021 11:53 AM

### 368. Josh Lubin

Recieved statement for excel. Please send me last 3 months on Karma 8711

Thursday, Sep 2, 2021 12:34 PM

LUBIN001633

SPIN_001633

### 369. Josh Lubin



Approved wire. Will send you fed shortly

Thursday, Sep 2, 2021 12:46 PM

### 370. Josh Lubin

Send me the statements for karma. Thanks

Thursday, Sep 2, 2021 12:46 PM

### 371. Josh Lubin

████████████████████4330

Thursday, Sep 2, 2021 2:20 PM

Generated by GilApps SMS Backup & Print

LUBIN001634

SPIN_001634

Case 23-01132-EPK  Doc 172-3  Filed 12/27/24  Page 58 of 121

**372. Josh Lubin**

Money is in your account

Thursday, Sep 2, 2021 2:20 PM

**373. Josh Lubin**

Call me

Thursday, Sep 2, 2021 2:48 PM

**374. Josh Lubin**

U want me to refund the 40k to the Operating account??

Thursday, Sep 2, 2021 3:38 PM

**375. Scott Excell Auto (+15617561933)**

yes please

Thursday, Sep 2, 2021 3:41 PM

**376. Josh Lubin**

Call me

Friday, Sep 10, 2021 3:39 PM

**377. Josh Lubin**

Whats up?

Monday, Sep 13, 2021 3:24 PM

**378. Josh Lubin**

Tried to return your call...

Tuesday, Sep 14, 2021 12:41 PM

**379. Scott Excell Auto (+15617561933)**

can you talk at 10:30

Thursday, Sep 16, 2021 8:55 AM

LUBIN001635

SPIN_001635

**380. Josh Lubin**

Tomorrow afternoon

Thursday, Sep 16, 2021 8:45 PM

**381. Josh Lubin**

Whats up?

Friday, Sep 17, 2021 10:38 AM

**382. Josh Lubin**

??

Friday, Sep 17, 2021 2:09 PM

**383. Josh Lubin**

Good morning Scott. I am out for a holiday next 2 days. Let me know if you would like to talk today.

Monday, Sep 20, 2021 10:55 AM

**384. Scott Excell Auto (+15617561933)**

yes I need to

Monday, Sep 20, 2021 10:55 AM

**385. Josh Lubin**

Call me

Monday, Sep 20, 2021 11:41 AM

**386. Josh Lubin**

Whats up scott?

Thursday, Sep 23, 2021 3:02 PM

**387. Josh Lubin**

Scott,

Debit bounced on Thursday for $150,000. Need a wire. Keep me updated right away.

Monday, Sep 27, 2021 9:24 AM

LUBIN001636

**388. Josh Lubin**

When can I expect wire?

Monday, Sep 27, 2021 12:20 PM

**389. Josh Lubin**

Call me

Monday, Sep 27, 2021 1:36 PM

**390. Josh Lubin**

Whats going on?? Need communication here.

Monday, Sep 27, 2021 3:20 PM

**391. Scott Excell Auto (+15617561933)**

call
you shortly

Monday, Sep 27, 2021 4:40 PM

**392. Josh Lubin**

Whats up?

Monday, Sep 27, 2021 7:11 PM

**393. Scott Excell Auto (+15617561933)**

wire will go out
tomorrow afternoon

Monday, Sep 27, 2021 7:13 PM

**394. Josh Lubin**

Did not receive wire???

Wednesday, Sep 29, 2021 8:08 PM

**395. Josh Lubin**

Scott??

Thursday, Sep 30, 2021 7:07 AM

LUBIN001637

SPIN_001637



**396. Scott Excell Auto (+15617561933)**

Josh

I flew out to california yesterday, I have meetings all day today and tomorrow with Karma.
let me check with my office that wire should of went out, It's 5:42 am now

Thursday, Sep 30, 2021 8:42 AM

**397. Josh Lubin**

Keep me updated asap

Thursday, Sep 30, 2021 1:25 PM



**398. Scott Excell Auto (+15617561933)**

i am
i'm california in meeting all day
i can reach out at around. 5pm california time that's the best i can do

Thursday, Sep 30, 2021 2:03 PM

**399. Josh Lubin**

DId not receive wire. not sure whats going on here.

Thursday, Sep 30, 2021 4:00 PM

**400. Josh Lubin**

Should I be expecting a call from you today?

Thursday, Sep 30, 2021 6:37 PM

**401. Josh Lubin**

Whats going on here?

Friday, Oct 1, 2021 11:26 AM

LUBIN001638

SPIN_001638

**402. Josh Lubin**

Did not receive wire

Friday, Oct 1, 2021 11:26 AM

**403. Josh Lubin**

Good morning

Monday, Oct 4, 2021 9:27 AM

**404. Scott Excell Auto (+15617561933)**

good morning
jumping on plane now to head back to florida

Monday, Oct 4, 2021 10:36 AM

**405. Josh Lubin**

When can I expect wire?

Monday, Oct 4, 2021 12:09 PM

**406. Josh Lubin**

Payment bounced on Thursday. Your behind 300k. Need a wire. Call me asap

Monday, Oct 4, 2021 1:07 PM

**407. Scott Excell Auto (+15617561933)**

I can't call
I am 40,000 feet above the ground on a flight home I land at 6:40pm

Monday, Oct 4, 2021 3:16 PM

**408. Josh Lubin**

Need this figured out asap or I have to legal action.

Monday, Oct 4, 2021 3:17 PM

LUBIN001639

SPIN_001639



**409. Scott Excell Auto (+15617561933)**

josh
will handle tomorrow am
will call you
later after i land

Monday, Oct 4, 2021 3:18 PM

**410. Josh Lubin**

??

Monday, Oct 4, 2021 6:09 PM

**411. Josh Lubin**

Have no communication here.
Have no option but to file
tomorrow

Monday, Oct 4, 2021 11:28 PM

**412. Josh Lubin**

Whats up?

Tuesday, Oct 5, 2021 11:56 AM

**413. Scott Excell Auto (+15617561933)**

$150
going out this afternoon

Tuesday, Oct 5, 2021 12:00 PM

**414. Josh Lubin**

Let me know when sent. When can
I expect the other 150k?

Tuesday, Oct 5, 2021 2:41 PM

**415. Scott Excell Auto (+15617561933)**

the $150,000

Tuesday, Oct 5, 2021 3:06 PM

LUBIN001640

Generated by GilApps SMS Backup & Print

SPIN_001640

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 64 of 121

**416. Scott Excell Auto (+15617561933)**

is leaving before 4 pm

Tuesday, Oct 5, 2021 3:06 PM

**417. Josh Lubin**

Did not receive wire?? Whats going on here?

Tuesday, Oct 5, 2021 4:53 PM

**418. Josh Lubin**

Call me asap

Tuesday, Oct 5, 2021 5:02 PM

**419. Scott Excell Auto (+15617561933)**

just on the phone

Tuesday, Oct 5, 2021 5:07 PM

**420. Scott Excell Auto (+15617561933)**

calling you in 15

Tuesday, Oct 5, 2021 5:07 PM

**421. Josh Lubin**

?

Tuesday, Oct 5, 2021 7:04 PM

**422. Josh Lubin**

Did not get wire????

Wednesday, Oct 6, 2021 11:21 AM

**423. Scott Excell Auto (+15617561933)**

let me check
i approved it at 8:30

Wednesday, Oct 6, 2021 11:22 AM

LUBIN001641

SPIN_001641

**424. Josh Lubin**

Keep me updated asap

Wednesday, Oct 6, 2021 12:11 PM

**425. Josh Lubin**

??

Wednesday, Oct 6, 2021 12:40 PM

**426. Josh Lubin**

You told me to expect wire first thing in the morning. I have not recieved wire. Need to know whats going on here asap.

Wednesday, Oct 6, 2021 12:56 PM

**427. Scott Excell Auto (+15617561933)**

you should see it

Wednesday, Oct 6, 2021 1:00 PM

**428. Scott Excell Auto (+15617561933)**

this is your wire info ?

Wednesday, Oct 6, 2021 1:02 PM

**429. Scott Excell Auto (+15617561933)**

TD bank NA
Account Name: Spin Capital LLC
1460 Arboretum Pkwy
Lakewood NJ 08701
Routing: 031101266
Account#: ▓▓▓▓▓6504

Wednesday, Oct 6, 2021 1:02 PM

**430. Josh Lubin**

Yes did not receive

Wednesday, Oct 6, 2021 1:02 PM

LUBIN001642

SPIN_001642

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 66 of 121

**431. Josh Lubin**

Send me confirmation and fed number

Wednesday, Oct 6, 2021 1:03 PM

**432. Scott Excell Auto (+15617561933)**

getting it

Wednesday, Oct 6, 2021 1:03 PM

**433. Scott Excell Auto (+15617561933)**

did you get the wire

Wednesday, Oct 6, 2021 2:12 PM

**434. Josh Lubin**

Yes received

Wednesday, Oct 6, 2021 2:16 PM

**435. Scott Excell Auto (+15617561933)**

okay great

Wednesday, Oct 6, 2021 2:21 PM

**436. Josh Lubin**

By when should i expect the other 150k?

Wednesday, Oct 6, 2021 2:41 PM

**437. Scott Excell Auto (+15617561933)**

still figuring it out

Wednesday, Oct 6, 2021 3:53 PM

LUBIN001643

SPIN_001643

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 67 of 121

**438. Josh Lubin**

Keep me updated asap

Wednesday, Oct 6, 2021 4:48 PM

**439. Scott Excell Auto (+15617561933)**

yes
should have another $150,000
late tomorrow or friday latest

Wednesday, Oct 6, 2021 7:57 PM

**440. Josh Lubin**

Whats up?

Thursday, Oct 7, 2021 1:45 PM

**441. Josh Lubin**

Wire???

Thursday, Oct 7, 2021 4:09 PM

**442. Scott Excell Auto (+15617561933)**

tomorrow

Thursday, Oct 7, 2021 4:11 PM

**443. Josh Lubin**

100%? need transparency here.

Thursday, Oct 7, 2021 4:28 PM

**444. Josh Lubin**

Yesterday payment bounced.
What's going on?

Friday, Oct 8, 2021 11:34 AM

**445. Scott Excell Auto (+15617561933)**

sending $150,000

Friday, Oct 8, 2021 12:26 PM

LUBIN001644

SPIN_001644

Case 23-01132-EPK Doc 172-3 Filed 12/27/24 Page 68 of 121

**446. Josh Lubin**

Today? When can I expect the other 150?

Friday, Oct 8, 2021 1:31 PM

**447. Josh Lubin**

I did not get 150k. This is a problem scott.

Friday, Oct 8, 2021 5:05 PM

**448. Scott Excell Auto (+15617561933)**

Josh

can you give me payoff that is good till this thursday?

Sunday, Oct 10, 2021 1:09 PM

**449. Josh Lubin**

Will send tomorrow. Balance is 2,564,312.50. Your behind 300k. When are you sending wire?

Sunday, Oct 10, 2021 2:01 PM

**450. Scott Excell Auto (+15617561933)**

don't I have a early payoff discount?

Sunday, Oct 10, 2021 2:01 PM

**451. Josh Lubin**

No. Payments have not been on schedule ect.

Sunday, Oct 10, 2021 2:02 PM

LUBIN001645

SPIN_001645

**452. Josh Lubin**

If you pay balance in full on Thursday, I'll give u a discount

Sunday, Oct 10, 2021 2:03 PM

**453. Josh Lubin**

300k?

Sunday, Oct 10, 2021 2:04 PM

**454. Josh Lubin**

U sending thay tomorrow?

Sunday, Oct 10, 2021 2:04 PM

**455. Scott Excell Auto (+15617561933)**

can't send tomorrow
it's a bank Holiday

Sunday, Oct 10, 2021 2:04 PM

**456. Scott Excell Auto (+15617561933)**

Should be able to Tuesday

Sunday, Oct 10, 2021 2:04 PM

**457. Josh Lubin**

300 or 150k?

Sunday, Oct 10, 2021 2:05 PM

**458. Josh Lubin**

Need communication here...

Sunday, Oct 10, 2021 2:05 PM

**459. Scott Excell Auto (+15617561933)**

Can I let you know tomorrow when I am back in the office

Sunday, Oct 10, 2021 2:06 PM

Generated by GilApps SMS Backup & Print

LUBIN001646

SPIN_001646

### 460. Josh Lubin
Ok
Sunday, Oct 10, 2021 2:07 PM

### 461. Scott Excell Auto (+15617561933)
Josh

I am in a bad spot
You have made a lot of money on me, let's talk tomorrow I need some help on this payoff.
Sunday, Oct 10, 2021 2:30 PM

### 462. Josh Lubin
Scott, did not make any money yet. I'm in the red.
Sunday, Oct 10, 2021 2:33 PM

### 463. Josh Lubin
Call me tomorrow.
Sunday, Oct 10, 2021 2:34 PM

### 464. Josh Lubin
Call me
Monday, Oct 11, 2021 12:15 PM

### 465. Scott Excell Auto (+15617561933)
yes
just finishing a meeting
Monday, Oct 11, 2021 12:25 PM

### 466. Josh Lubin
Whats up?
Monday, Oct 11, 2021 4:34 PM

LUBIN001647

SPIN_001647

**467. Josh Lubin**

I know of wing lake. They used to go by a different name. Call me tomorrow.  Few things I need to discuss with you

Monday, Oct 11, 2021 9:34 PM

**468. Josh Lubin**

Keep me updated on wire asap.

Tuesday, Oct 12, 2021 9:53 AM

**469. Josh Lubin**

Did not receive wire?

Tuesday, Oct 12, 2021 1:51 PM



**470. Scott Excell Auto (+15617561933)**

let me check

Tuesday, Oct 12, 2021 1:51 PM

**471. Josh Lubin**

??

Tuesday, Oct 12, 2021 3:06 PM

**472. Josh Lubin**

Did not receive wire?  What's going on here???

Tuesday, Oct 12, 2021 3:34 PM

**473. Josh Lubin**

I need communication here. This a problem Scott

Tuesday, Oct 12, 2021 4:37 PM

**474. Josh Lubin**

Call me asap

Tuesday, Oct 12, 2021 5:02 PM

LUBIN001648

SPIN_001648

**475. Josh Lubin**

Don't have time for the games. You continue to play games, I'm filing here

Wednesday, Oct 13, 2021 8:15 AM

**476. Scott Excell Auto (+15617561933)**

Josh

your wire will hit this am
i am at the hospital right now my father was rushed to the hospital last night
he is 87
my wires came in late yesterday so I apologize
but I had to leave the store around 3:30 to go to the Hospital

Wednesday, Oct 13, 2021 8:16 AM

**477. Scott Excell Auto (+15617561933)**

did you get a wire

Wednesday, Oct 13, 2021 9:55 AM

**478. Josh Lubin**

Received 150k

Wednesday, Oct 13, 2021 9:55 AM

**479. Scott Excell Auto (+15617561933)**

okay
should get the other $150,000 this afternoon
I am still at the Hospital

Wednesday, Oct 13, 2021 9:56 AM

**480. Josh Lubin**

Let me know right away.

Wednesday, Oct 13, 2021 11:45 AM   LUBIN001649

SPIN_001649

**481. Josh Lubin**

When are you sending the other payment (150k)?

Wednesday, Oct 13, 2021 6:49 PM

**482. Josh Lubin**

??

Thursday, Oct 14, 2021 11:05 AM

**483. Josh Lubin**

Scott???

Thursday, Oct 14, 2021 11:30 AM

**484. Josh Lubin**

Call me asap

Thursday, Oct 14, 2021 1:56 PM

**485. Scott Excell Auto (+15617561933)**

need 30

Thursday, Oct 14, 2021 2:01 PM

**486. Josh Lubin**

Whats up here?

Friday, Oct 15, 2021 9:49 AM

**487. Scott Excell Auto (+15617561933)**

waiting on a wire

Friday, Oct 15, 2021 9:50 AM

**488. Scott Excell Auto (+15617561933)**

the wire has not hit my acc yet

Friday, Oct 15, 2021 3:57 PM

LUBIN001650

SPIN_001650

**489. Josh Lubin**

Whats up?

Monday, Oct 18, 2021 11:55 AM

**490. Scott Excell Auto (+15617561933)**

Josh

can you get me a payoff

Monday, Oct 18, 2021 12:03 PM

**491. Josh Lubin**

Yes. When are you sending 150k wire?

Monday, Oct 18, 2021 12:05 PM

**492. Scott Excell Auto (+15617561933)**

tomorrow

Monday, Oct 18, 2021 12:09 PM

**493. Josh Lubin**

Call me

Monday, Oct 18, 2021 2:55 PM

**494. Josh Lubin**

Good morning

Tuesday, Oct 19, 2021 11:02 AM

**495. Scott Excell Auto (+15617561933)**

good morning

on a call till 11:45

Tuesday, Oct 19, 2021 11:02 AM

LUBIN001651

Generated by GilApps SMS Backup & Print

SPIN_001651

**496. Josh Lubin**

Wire??

Tuesday, Oct 19, 2021 12:12 PM

**497. Josh Lubin**

Scott??

Tuesday, Oct 19, 2021 1:58 PM

**498. Josh Lubin**

Call me asap

Tuesday, Oct 19, 2021 4:03 PM

**499. Scott Excell Auto (+15617561933)**

finishing up

Tuesday, Oct 19, 2021 4:03 PM

**500. Josh Lubin**

did not receive wire??

Tuesday, Oct 19, 2021 4:28 PM

**501. Josh Lubin**

Need to talk to asap

Tuesday, Oct 19, 2021 4:57 PM

**502. Josh Lubin**

I am hearing wing lake is going to try and settle my balance. Need to know whats up asap.

Tuesday, Oct 19, 2021 5:00 PM

**503. Josh Lubin**

or im filing

Tuesday, Oct 19, 2021 5:00 PM

Generated by GilApps SMS Backup & Print

LUBIN001652

SPIN_001652

**504. Josh Lubin**

Im filing UCC on all entities on the docs today

Tuesday, Oct 19, 2021 5:31 PM



**505. Scott Excell Auto (+15617561933)**

Josh

I am calling you
shortly to go over stuff

but josh I am going to say this one time
I am the last guy you want to Threaten!!!!

Tuesday, Oct 19, 2021 5:48 PM

**506. Josh Lubin**

not threatening you here. Need to protect myself...

Tuesday, Oct 19, 2021 6:18 PM



**507. Josh Lubin**

Call me back

Tuesday, Oct 19, 2021 7:16 PM

**508. Josh Lubin**

They're asking for payoff

Tuesday, Oct 19, 2021 7:27 PM

**509. Josh Lubin**

Didn't send anything....

Tuesday, Oct 19, 2021 7:27 PM



LUBIN001653

Generated by GilApps SMS Backup & Print

SPIN_001653

**510. Scott Excell Auto (+15617561933)**

call you as soon as i am done with dinner with my family

Tuesday, Oct 19, 2021 7:32 PM

**511. Josh Lubin**

Ok cool. Call me in an hour. Going. Into a meeting

Tuesday, Oct 19, 2021 7:33 PM

**512. Josh Lubin**

It's all good. He didn't send them anything

Tuesday, Oct 19, 2021 7:33 PM

**513. Josh Lubin**

Call me

Tuesday, Oct 19, 2021 8:50 PM

**514. Josh Lubin**

Good morning.  Let me know what time you would like to get on the phone. I need to know whats up with 150k wire as well.

Wednesday, Oct 20, 2021 7:36 AM

**515. Josh Lubin**

whats with wire?

Wednesday, Oct 20, 2021 2:23 PM

**516. Josh Lubin**

recieved. never mind

Wednesday, Oct 20, 2021 2:42 PM

Generated by GilApps SMS Backup & Print



**517. Scott Excell Auto (+15617561933)**

can you jump on a call at 11:30

Thursday, Oct 21, 2021 10:34 AM

**518. Josh Lubin**

Going to have some time between 12-12:30

Thursday, Oct 21, 2021 11:01 AM



**519. Scott Excell Auto (+15617561933)**

okay call
will call
you

Thursday, Oct 21, 2021 11:05 AM

**520. Scott Excell Auto (+15617561933)**

what company is the UCC filed under

Thursday, Oct 21, 2021 11:35 AM

**521. Josh Lubin**

Csc

Thursday, Oct 21, 2021 11:45 AM

**522. Josh Lubin**

Spin Capital

Thursday, Oct 21, 2021 11:45 AM





**523. Scott Excell Auto (+15617561933)**

what's Austin Business ?

Thursday, Oct 21, 2021 11:49 AM

LUBIN001655

SPIN_001655

### 524. Josh Lubin


Not me

Thursday, Oct 21, 2021 11:54 AM

### 525. Josh Lubin

I meed affidavit, docs ect...

Thursday, Oct 21, 2021 2:26 PM



### 526. Scott Excell Auto (+15617561933)

need what ?

Thursday, Oct 21, 2021 2:26 PM

### 527. Josh Lubin

Everything from wing lake

Thursday, Oct 21, 2021 2:27 PM

### 528. Josh Lubin

Including affidavit they will make me sign

Thursday, Oct 21, 2021 2:27 PM

### 529. Scott Excell Auto (+15617561933)

once I send over the payoff to them they will send you the Affidavit to sign and wire you

you need to send me new docs to move the other balance over to my other entity

Thursday, Oct 21, 2021 2:32 PM

### 530. Josh Lubin

I can't do any of this until I know exactly how it will play out

Thursday, Oct 21, 2021 2:39 PM

LUBIN001656

SPIN_001656

Case 23-01132-EPK  Doc 172-3  Filed 12/27/24  Page 80 of 121

**531. Josh Lubin**

Send me the wing lake docs

Thursday, Oct 21, 2021 2:39 PM

**532. Josh Lubin**

Will you be available around 5pm?

Thursday, Oct 21, 2021 3:05 PM

 **533. Scott Excell Auto (+15617561933)**

yes

Thursday, Oct 21, 2021 3:16 PM

LUBIN001657

SPIN_001657



**534. Scott Excell Auto (+15617561933)**

http://63.55.163.199 /servlets/mms?message-id= 09F5170439A9000030B0000201

Thursday, Oct 21, 2021 5:27 PM

**535. Josh Lubin**

Can u resend attachment.  It's not allowing me to open

Thursday, Oct 21, 2021 5:28 PM

Generated by GilApps SMS Backup & Print

LUBIN001658

SPIN_001658

Case 23-01132-EPK Doc 172-3 Filed 12/27/24 Page 82 of 121



**536. Scott Excell Auto (+15617561933)**

when can we go over this

Thursday, Oct 21, 2021 10:37 PM

**537. Josh Lubin**

Will call you tomorrow morning

Friday, Oct 22, 2021 12:14 AM

**538. Scott Excell Auto (+15617561933)**

when can you talk ?
i can in 20 min

Friday, Oct 22, 2021 11:05 AM

**539. Scott Excell Auto (+15617561933)**

when can you talk ?
i can in 20 min

Friday, Oct 22, 2021 11:17 AM

**540. Josh Lubin**

I'll call you back.

Friday, Oct 22, 2021 11:30 AM

**541. Josh Lubin**

Give me a few minutes

Friday, Oct 22, 2021 11:30 AM

**542. Scott Excell Auto (+15617561933)**

let me know
and I will call you

Friday, Oct 22, 2021 11:48 AM

LUBIN001659

SPIN_001659

**543. Scott Excell Auto (+15617561933)**

need to get this done today

Friday, Oct 22, 2021 11:48 AM

**544. Scott Excell Auto (+15617561933)**

hello

Friday, Oct 22, 2021 1:14 PM

**545. Josh Lubin**

15-30 minutes

Friday, Oct 22, 2021 1:17 PM

**546. Scott Excell Auto (+15617561933)**

josh

I am trying to get you paid

Friday, Oct 22, 2021 1:20 PM

**547. Scott Excell Auto (+15617561933)**

I have a 2 pm call
so before that or after that

Friday, Oct 22, 2021 1:20 PM

**548. Josh Lubin**

Ok. Will keep you updated

Friday, Oct 22, 2021 1:22 PM

**549. Scott Excell Auto (+15617561933)**

what do you mean updated

Friday, Oct 22, 2021 1:29 PM

LUBIN001660

SPIN_001660

Case 23-01132-EPK  Doc 172-3  Filed 12/27/24  Page 84 of 121

**550. Josh Lubin**

Received docusign from wing lake.

Friday, Oct 22, 2021 3:05 PM

**551. Josh Lubin**

Will call u at 4pm EST

Friday, Oct 22, 2021 3:05 PM

**552. Josh Lubin**

Did not forget about you. Was not able to get in front of computer. Going to be all over this on Monday

Friday, Oct 22, 2021 5:40 PM

**553. Josh Lubin**

I can call u Sunday as well.

Friday, Oct 22, 2021 5:41 PM

**554. Scott Excell Auto (+15617561933)**

josh
I need to talk before monday
If I don't have this stuff done before monday
my deal is off

Friday, Oct 22, 2021 5:41 PM

**555. Josh Lubin**

Didn't have the capacity to do it today.... I'm on it Scott. U know that

Friday, Oct 22, 2021 5:42 PM

LUBIN001661

SPIN_001661



**556. Scott Excell Auto (+15617561933)**

all I am trying to do
is get your paid
off and
move on
I
need this done or to be honest It's going to be difficult for
me
to pay you off

Friday, Oct 22, 2021 5:42 PM

**557. Josh Lubin**

It'd in my best interest

Friday, Oct 22, 2021 5:42 PM

**558. Josh Lubin**

Understood....

Friday, Oct 22, 2021 5:43 PM

**559. Josh Lubin**

I did notify earlier this week that I
will be traveling as of Thursday.  I
will get to it on sunday

Friday, Oct 22, 2021 5:44 PM

 **560. Scott Excell Auto (+15617561933)**

let me know

Sunday, Oct 24, 2021 12:25 PM

**561. Josh Lubin**

Call me

Sunday, Oct 24, 2021 4:12 PM

LUBIN001662

SPIN_001662

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 86 of 121

**562. Scott Excell Auto (+15617561933)**

Can I call you at 9:30 my time

Sunday, Oct 24, 2021 6:36 PM

**563. Scott Excell Auto (+15617561933)**

hello

Sunday, Oct 24, 2021 7:17 PM

**564. Josh Lubin**

Yes

Sunday, Oct 24, 2021 7:21 PM

**565. Scott Excell Auto (+15617561933)**

Josh

I just got home
with my kids
drove 6.5 hours
from savannah Georgia.
I am beat are you available early
tomorrow morning?

Sunday, Oct 24, 2021 9:56 PM

**566. Josh Lubin**

Should be around 9-10am

Sunday, Oct 24, 2021 9:56 PM

**567. Josh Lubin**

I will be I'm the office tomorrow

Sunday, Oct 24, 2021 9:56 PM

LUBIN001663

SPIN_001663



**568. Scott Excell Auto (+15617561933)**

good morning

I am calling you at 9 am

Monday, Oct 25, 2021 7:54 AM

**569. Josh Lubin**

Just got off a flight. Need until 11

Monday, Oct 25, 2021 8:02 AM



**570. Scott Excell Auto (+15617561933)**

josh

I need to get this handled today,  I am trying to get you paid off and it's like
you don't care. I want to make sure you understand
I need to finish this today

Monday, Oct 25, 2021 8:40 AM

**571. Josh Lubin**

I was not around since Thursday

Monday, Oct 25, 2021 9:00 AM



**572. Josh Lubin**

I'm on this Scott.

Monday, Oct 25, 2021 9:00 AM



**573. Scott Excell Auto (+15617561933)**

are you available

Monday, Oct 25, 2021 11:18 AM

LUBIN001664

SPIN_001664



**574. Scott Excell Auto (+15617561933)**

can you talk

Monday, Oct 25, 2021 12:27 PM

**575. Josh Lubin**

1:15 work for you?

Monday, Oct 25, 2021 12:28 PM



**576. Scott Excell Auto (+15617561933)**

1:30

Monday, Oct 25, 2021 12:36 PM

**577. Josh Lubin**

Ok

Monday, Oct 25, 2021 12:36 PM



**578. Josh Lubin**

Call me?

Monday, Oct 25, 2021 1:37 PM

**579. Josh Lubin**

??

Monday, Oct 25, 2021 1:52 PM



**580. Josh Lubin**

150k debit bounced Thursday. Wing has incorrect UCC on the docusign they sent me. Call me asap

Monday, Oct 25, 2021 2:28 PM

**581. Josh Lubin**

What time can we get on the phone?

Monday, Oct 25, 2021 2:54 PM

LUBIN001665

SPIN_001665



**582. Scott Excell Auto (+15617561933)**

calling you in 10 min

Monday, Oct 25, 2021 2:54 PM

**583. Josh Lubin**

When are you sending documents for repair shop?

Monday, Oct 25, 2021 6:07 PM



**584. Scott Excell Auto (+15617561933)**

excell auto sport and service

Monday, Oct 25, 2021 6:07 PM

**585. Josh Lubin**

Send me financials/statements for the business

Monday, Oct 25, 2021 6:13 PM

**586. Scott Excell Auto (+15617561933)**

what should I send ?

Monday, Oct 25, 2021 6:17 PM



**587. Scott Excell Auto (+15617561933)**

I have another bank acc to pull the payments from and I am sending you that title

Monday, Oct 25, 2021 6:17 PM

**588. Josh Lubin**

Last 6 months bank statements previous year tax return, voided check for that account

Monday, Oct 25, 2021 6:18 PM

LUBIN001666

SPIN_001666

Case 23-01132-EPK · Doc 172-3 · Filed 12/27/24 · Page 90 of 121



**589. Scott Excell Auto (+15617561933)**

are we all set

Tuesday, Oct 26, 2021 11:31 AM

**590. Josh Lubin**

Didn't get stips?

Tuesday, Oct 26, 2021 11:31 AM

**591. Josh Lubin**

U sent wing lake updated ucc?

Tuesday, Oct 26, 2021 11:32 AM

**592. Scott Excell Auto (+15617561933)**

yes

Tuesday, Oct 26, 2021 11:37 AM

**593. Josh Lubin**

When are you sending me all the stips for the repair shop

Tuesday, Oct 26, 2021 11:40 AM

**594. Josh Lubin**

?

Tuesday, Oct 26, 2021 1:04 PM

**595. Josh Lubin**

Received updated docusign

Tuesday, Oct 26, 2021 3:29 PM

**596. Josh Lubin**

When are u sending me the details

Tuesday, Oct 26, 2021 3:29 PM

LUBIN001667

SPIN_001667

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 91 of 121



**597. Scott Excell Auto (+15617561933)**

now

Tuesday, Oct 26, 2021 3:29 PM

**598. Josh Lubin**

Ok. Can we get on the phone at around 5-6?

Tuesday, Oct 26, 2021 3:40 PM

**599. Scott Excell Auto (+15617561933)**

yes

Tuesday, Oct 26, 2021 3:51 PM

**600. Josh Lubin**

??

Tuesday, Oct 26, 2021 5:53 PM

**601. Scott Excell Auto (+15617561933)**

I can now

Tuesday, Oct 26, 2021 8:20 PM

**602. Josh Lubin**

Call me in 30 minutes

Tuesday, Oct 26, 2021 8:56 PM

**603. Josh Lubin**

Good morning

Wednesday, Oct 27, 2021 8:13 AM

**604. Scott Excell Auto (+15617561933)**

good morning

Wednesday, Oct 27, 2021 8:13 AM

LUBIN001668

SPIN_001668

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 92 of 121

**605. Josh Lubin**

When can we get on a call?

Wednesday, Oct 27, 2021 8:13 AM



**606. Scott Excell Auto (+15617561933)**

you need to call
me

Wednesday, Oct 27, 2021 8:13 AM

**607. Josh Lubin**

I've been waiting for your call

Wednesday, Oct 27, 2021 8:14 AM

**608. Scott Excell Auto (+15617561933)**

talk now

Wednesday, Oct 27, 2021 8:14 AM

**609. Josh Lubin**

Call me asap

Wednesday, Oct 27, 2021 9:52 AM

**610. Scott Excell Auto (+15617561933)**

in my sales meeting
done in 30

Wednesday, Oct 27, 2021 9:53 AM

**611. Josh Lubin**

??

Wednesday, Oct 27, 2021 12:34 PM

**612. Josh Lubin**

Need to talk to you asap...

Wednesday, Oct 27, 2021 1:15 PM

LUBIN001669

SPIN_001669

**613. Josh Lubin**

Cannot sign wing lake doc....

Wednesday, Oct 27, 2021 1:57 PM

 **614. Scott Excell Auto (+15617561933)**

can you talk in 10

Wednesday, Oct 27, 2021 3:36 PM

**615. Josh Lubin**

yes

Wednesday, Oct 27, 2021 3:39 PM

**616. Josh Lubin**

call me asap.

Wednesday, Oct 27, 2021 3:43 PM

**617. Josh Lubin**

Calling u in 10 minutes

Wednesday, Oct 27, 2021 4:15 PM

**618. Josh Lubin**

Send me voided check for debit asap.

Wednesday, Oct 27, 2021 4:29 PM

**619. Josh Lubin**

I have 13 minutes to do this today

Wednesday, Oct 27, 2021 4:47 PM

**620. Josh Lubin**

send me emails for docusign

Wednesday, Oct 27, 2021 5:12 PM

LUBIN001670

Generated by GilApps SMS Backup & Print

SPIN_001670

**S** 621. Scott Excell Auto
(+15617561933)

I did

Wednesday, Oct 27, 2021 5:12 PM

622. Josh Lubin

Corrected

Wednesday, Oct 27, 2021 6:40 PM

623. Josh Lubin

Resent

Wednesday, Oct 27, 2021 6:40 PM

**S** 624. Scott Excell Auto
(+15617561933)

we need to
make
sure your ach is turned off

Wednesday, Oct 27, 2021 7:08 PM

625. Josh Lubin

i cant for tomorrow anymore.
It already processed. Its off for
future.

Wednesday, Oct 27, 2021 7:21 PM

626. Josh Lubin

Call me

Wednesday, Oct 27, 2021 7:32 PM

627. Josh Lubin

Wing lake sent me docusign...

Thursday, Oct 28, 2021 9:28 AM

628. Josh Lubin

I'll be in the office in an hour

Thursday, Oct 28, 2021 9:28 AM

LUBIN001671

SPIN_001671

**629. Josh Lubin**

Call me

Thursday, Oct 28, 2021 10:23 AM

**630. Josh Lubin**

theyre trying to buy my UCC

Thursday, Oct 28, 2021 10:43 AM

**631. Scott Excell Auto (+15617561933)**

need 15

Thursday, Oct 28, 2021 10:45 AM

**632. Josh Lubin**

??

Thursday, Oct 28, 2021 12:39 PM

**633. Josh Lubin**

whats going on here? need to know whats up in event deal doesn't fund.

Thursday, Oct 28, 2021 5:39 PM

**634. Josh Lubin**

Did not sign ucc release. Did not hear from you....

Thursday, Oct 28, 2021 10:20 PM

**635. Scott Excell Auto (+15617561933)**

yes i Know
My dad was put back in the Hospital today
was with him
will call you in the am

Thursday, Oct 28, 2021 10:21 PM

LUBIN001672

SPIN_001672

**636. Josh Lubin**

?

Friday, Oct 29, 2021 10:49 AM

**637. Josh Lubin**

Behind 2 payments...

Friday, Oct 29, 2021 10:49 AM

**638. Scott Excell Auto (+15617561933)**

working on getting funded on the phone now

Friday, Oct 29, 2021 2:08 PM

**639. Josh Lubin**

Good luck.. When are you sending the 2 payments?

Friday, Oct 29, 2021 3:10 PM

**640. Josh Lubin**

Good morning

Monday, Nov 1, 2021 10:28 AM

**641. Josh Lubin**

Scott, your behind 2 payments. Need to know what's up here.

Monday, Nov 1, 2021 11:32 AM

**642. Josh Lubin**

Need communication here....

Monday, Nov 1, 2021 1:11 PM

**643. Scott Excell Auto (+15617561933)**

can i call you in 20 at the hospital with my dad

Monday, Nov 1, 2021 1:35 PM

LUBIN001673

SPIN_001673

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 97 of 121

**644. Josh Lubin**

resent. let me know when done.

Monday, Nov 1, 2021 2:35 PM

**645. Scott Excell Auto (+15617561933)**

down

Monday, Nov 1, 2021 2:39 PM

**646. Scott Excell Auto (+15617561933)**

done

Monday, Nov 1, 2021 2:39 PM

**647. Scott Excell Auto (+15617561933)**

please sign asap

Monday, Nov 1, 2021 2:40 PM

**648. Scott Excell Auto (+15617561933)**

please let me know when it's signed

Monday, Nov 1, 2021 2:51 PM

**649. Scott Excell Auto (+15617561933)**

did you sign

Monday, Nov 1, 2021 3:00 PM

**650. Scott Excell Auto (+15617561933)**

josh

Monday, Nov 1, 2021 3:01 PM

**651. Josh Lubin**

Need an hour

Monday, Nov 1, 2021 3:01 PM

LUBIN001674

SPIN_001674

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 98 of 121

**652. Josh Lubin**

I'm on it

Monday, Nov 1, 2021 3:02 PM

 **653. Scott Excell Auto (+15617561933)**

josh

it takes one minute to sign

Monday, Nov 1, 2021 3:06 PM

**654. Josh Lubin**

call me

Monday, Nov 1, 2021 3:18 PM

**655. Josh Lubin**

signed

Monday, Nov 1, 2021 4:16 PM

**656. Josh Lubin**

Call me

Monday, Nov 1, 2021 5:28 PM

**657. Josh Lubin**

Update?

Tuesday, Nov 2, 2021 2:09 PM

**658. Josh Lubin**

???

Tuesday, Nov 2, 2021 4:48 PM

**659. Josh Lubin**

call me asap.

Tuesday, Nov 2, 2021 4:54 PM

LUBIN001675

SPIN_001675

**660. Josh Lubin**

When can I expect wire from you?

Tuesday, Nov 2, 2021 4:58 PM

**661. Josh Lubin**

I need communication here

Wednesday, Nov 3, 2021 9:24 AM

 **662. Scott Excell Auto (+15617561933)**

I am getting my wire today

Wednesday, Nov 3, 2021 1:28 PM

**663. Josh Lubin**

Good luck. I am hearing the same. Keep me updated.

Wednesday, Nov 3, 2021 1:30 PM

**664. Josh Lubin**

I heard wing lake funded. How much are you wiring me today?

Thursday, Nov 4, 2021 12:48 PM

**665. Josh Lubin**

Call me

Thursday, Nov 4, 2021 12:48 PM

**666. Josh Lubin**

???

Thursday, Nov 4, 2021 1:28 PM

**667. Josh Lubin**

Call me asap

Thursday, Nov 4, 2021 3:07 PM

LUBIN001676

SPIN_001676

**668. Josh Lubin**

??

Thursday, Nov 4, 2021 4:08 PM

**669. Josh Lubin**

Whats going on here? No communication???

Thursday, Nov 4, 2021 6:00 PM

 **670. Scott Excell Auto (+15617561933)**

give me 20

Thursday, Nov 4, 2021 6:04 PM

**671. Josh Lubin**

Waiting for your call. It's urgent....

Thursday, Nov 4, 2021 6:06 PM

**672. Josh Lubin**

Diverse got wire today. Need to know what's going on here

Thursday, Nov 4, 2021 6:46 PM

 **673. Scott Excell Auto (+15617561933)**

I don't have my money yet should start getting some tomorrow

Thursday, Nov 4, 2021 7:27 PM

**674. Josh Lubin**

Need 2 minutes on the phone.

Friday, Nov 5, 2021 12:00 PM

**675. Josh Lubin**

When can I expect a call from you?

Friday, Nov 5, 2021 1:31 PM

LUBIN001677

**676. Josh Lubin**

Have a moment for a call today?

Sunday, Nov 7, 2021 1:29 PM

**677. Josh Lubin**

Call back.

Sunday, Nov 7, 2021 3:41 PM

**678. Scott Excell Auto (+15617561933)**

need a few

Sunday, Nov 7, 2021 3:43 PM

**679. Scott Excell Auto (+15617561933)**

Removed a like from "When can I expect a call from you?"

Sunday, Nov 7, 2021 3:58 PM

**680. Josh Lubin**

Havnt heard from you since Wednesday. Been trying to contact you.

Sunday, Nov 7, 2021 7:58 PM

**681. Scott Excell Auto (+15617561933)**

let's talk in the am

Sunday, Nov 7, 2021 8:17 PM

**682. Josh Lubin**

Good morning

Monday, Nov 8, 2021 8:40 AM

LUBIN001678

SPIN_001678



**683. Scott Excell Auto (+15617561933)**

good morning

Let's set up a call at 10:30am to go over everything

Monday, Nov 8, 2021 8:41 AM

**684. Josh Lubin**

Ok

Monday, Nov 8, 2021 8:41 AM

**685. Josh Lubin**

Tried calling.  Call me back.

Monday, Nov 8, 2021 10:36 AM

**686. Josh Lubin**

??

Monday, Nov 8, 2021 10:46 AM

**687. Josh Lubin**

i need to know whats up over here.

Monday, Nov 8, 2021 10:58 AM

**688. Josh Lubin**

??

Monday, Nov 8, 2021 12:08 PM

**689. Josh Lubin**

i have had zero communication with u.

Monday, Nov 8, 2021 12:49 PM

**690. Josh Lubin**

been waiting for your call.

Monday, Nov 8, 2021 12:49 PM

LUBIN001679

SPIN_001679

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 103 of 121

**691. Josh Lubin**

This obviously not a priority for you. Is what it is.

Monday, Nov 8, 2021 1:08 PM

**692. Scott Excell Auto (+15617561933)**

calling you dealing with a big family issue
with my dad

Monday, Nov 8, 2021 1:10 PM

**693. Josh Lubin**

??

Monday, Nov 8, 2021 3:42 PM

**694. Scott Excell Auto (+15617561933)**

good morning

please send me wire info

Tuesday, Nov 9, 2021 10:59 AM

**695. Josh Lubin**

10 minutes.  How much are you sending?

Tuesday, Nov 9, 2021 11:02 AM

**696. Josh Lubin**



Tuesday, Nov 9, 2021 11:03 AM

LUBIN001680

SPIN_001680



**697. Scott Excell Auto (+15617561933)**

let you know shortly

Tuesday, Nov 9, 2021 11:05 AM

**698. Josh Lubin**

Whats up?

Tuesday, Nov 9, 2021 2:25 PM

 **699. Scott Excell Auto (+15617561933)**

sending
$300,000

Tuesday, Nov 9, 2021 2:58 PM

**700. Josh Lubin**

Been waiting on a call from you for a week?

Tuesday, Nov 9, 2021 2:59 PM

**701. Josh Lubin**

Let me know when sent.

Tuesday, Nov 9, 2021 3:00 PM

**702. Josh Lubin**

??

Tuesday, Nov 9, 2021 3:59 PM

**703. Josh Lubin**

???

Tuesday, Nov 9, 2021 6:22 PM

**704. Josh Lubin**

Wire was never recieved. this is a problem scott...

Tuesday, Nov 9, 2021 7:30 PM

LUBIN001681

SPIN_001681

Case 23-01132-EPK Doc 172-3 Filed 12/27/24 Page 105 of 121

**705. Josh Lubin**

zero communication.

Tuesday, Nov 9, 2021 7:31 PM



**706. Scott Excell Auto (+15617561933)**

The wire is set to go out tomorrow could not get out in time today

Tuesday, Nov 9, 2021 7:33 PM

**707. Scott Excell Auto (+15617561933)**

it is set to go tomorrow

Tuesday, Nov 9, 2021 7:33 PM

**708. Scott Excell Auto (+15617561933)**

am

Tuesday, Nov 9, 2021 7:33 PM

**709. Josh Lubin**

When can we get on a call?

Tuesday, Nov 9, 2021 7:36 PM

**710. Josh Lubin**

whats up?

Wednesday, Nov 10, 2021 11:16 AM

**711. Josh Lubin**

Need communication here.

Wednesday, Nov 10, 2021 11:26 AM

**712. Josh Lubin**

This is a problem. Is what it is. Been trying to contact you for a week.

Wednesday, Nov 10, 2021 12:11 PM

LUBIN001682

SPIN_001682

**713. Josh Lubin**

Wire?

Wednesday, Nov 10, 2021 3:07 PM

**714. Josh Lubin**

Scott??

Wednesday, Nov 10, 2021 4:45 PM

**715. Josh Lubin**

need communication here. Your giving me a headache.

Wednesday, Nov 10, 2021 4:57 PM

**716. Josh Lubin**

I've been more then patient with you. This is not cool Scott.

Wednesday, Nov 10, 2021 5:13 PM

**717. Josh Lubin**

Hi Bar is sending default notice. I need you to keep your promises to pay for me to handle this. This is too much of a headache.

Wednesday, Nov 10, 2021 5:23 PM

**718. Scott Excell Auto (+15617561933)**

veterans day today
your wire is going out in the am

Thursday, Nov 11, 2021 8:29 PM

**719. Josh Lubin**

You've been saying that for a few days.. Need you to say it how it is.

Friday, Nov 12, 2021 10:40 AM

LUBIN001683

SPIN_001683

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 107 of 121

**720. Josh Lubin**

This is a problem Scott. Cannot chase you here...

Friday, Nov 12, 2021 1:17 PM

**721. Scott Excell Auto (+15617561933)**

wire left

Friday, Nov 12, 2021 1:42 PM

**722. Josh Lubin**

Was not received. How much?

Friday, Nov 12, 2021 1:52 PM

**723. Scott Excell Auto (+15617561933)**

$300,000

Friday, Nov 12, 2021 1:53 PM

**724. Josh Lubin**

Send me confirmation

Friday, Nov 12, 2021 2:31 PM

**725. Josh Lubin**

Wire not received

Friday, Nov 12, 2021 2:31 PM

**726. Josh Lubin**

Need to talk to you as well.

Friday, Nov 12, 2021 2:32 PM

**727. Josh Lubin**

Call me

Friday, Nov 12, 2021 2:34 PM

LUBIN001684

SPIN_001684

**728. Josh Lubin**

??

Friday, Nov 12, 2021 4:05 PM

**729. Josh Lubin**

Wire was not received. Don't have time for games like this.

Friday, Nov 12, 2021 4:17 PM

**730. Josh Lubin**

???

Monday, Nov 15, 2021 11:49 AM

**731. Josh Lubin**

Hi bar recieved wire. Call me when u have a minute

Monday, Nov 15, 2021 4:09 PM

**732. Josh Lubin**

When can we get on a call?

Thursday, Nov 18, 2021 12:35 PM

**733. Josh Lubin**

??

Thursday, Nov 18, 2021 5:34 PM

**734. Scott Excell Auto (+15617561933)**

another wire going out tuesday $300,000

Friday, Nov 19, 2021 4:49 PM

**735. Josh Lubin**

Ok. When can we get on a call?

Sunday, Nov 21, 2021 4:21 PM

LUBIN001685

SPIN_001685



**736. Scott Excell Auto (+15617561933)**

tomorrow

Sunday, Nov 21, 2021 8:56 PM

**737. Josh Lubin**

What time?

Monday, Nov 22, 2021 11:38 AM

**738. Josh Lubin**

Call me

Monday, Nov 22, 2021 12:27 PM

**739. Josh Lubin**

Been waiting to get on a call?

Monday, Nov 22, 2021 6:57 PM

**740. Josh Lubin**

??

Tuesday, Nov 23, 2021 11:22 AM

**741. Josh Lubin**

The lack of communication here is a big problem...

Tuesday, Nov 23, 2021 12:49 PM

**742. Scott Excell Auto (+15617561933)**

I am out of the country until monday night
as soon as this other wire hits i am sending to you

Tuesday, Nov 23, 2021 12:55 PM

**743. Josh Lubin**

Keep me updated on wire.

Tuesday, Nov 23, 2021 2:50 PM

LUBIN001686

SPIN_001686

**744. Josh Lubin**

Whats with 300k wire?

Wednesday, Nov 24, 2021 8:23 AM

**745. Josh Lubin**

No wire. Zero communication. Not sure what to tell you... Happy Thanksgiving

Wednesday, Nov 24, 2021 6:07 PM

**S** **746. Scott Excell Auto (+15617561933)**

I am out of the country until monday night
no service on my phone
only spotty

Wednesday, Nov 24, 2021 6:21 PM

**S** **747. Scott Excell Auto (+15617561933)**

Happy thanksgiving Josh

Thursday, Nov 25, 2021 10:03 AM

**748. Josh Lubin**

When can we get on a call?

Monday, Nov 29, 2021 9:35 AM

**S** **749. Scott Excell Auto (+15617561933)**

I can tomorrow
i am flying home today

Monday, Nov 29, 2021 9:37 AM

**750. Josh Lubin**

Lets talk tomorrow. When are u sending wire?

Monday, Nov 29, 2021 2:39 PM

LUBIN001687

SPIN_001687

**751. Josh Lubin**

300k was never recieved?

Monday, Nov 29, 2021 2:43 PM

**752. Josh Lubin**

What time can we get on a call?

Tuesday, Nov 30, 2021 10:43 AM

**753. Josh Lubin**

Need communication here

Tuesday, Nov 30, 2021 12:06 PM

**754. Josh Lubin**

I'm in your area. I will be by you in 2 hours.

Tuesday, Dec 14, 2021 1:54 PM

**755. Josh Lubin**

I tried to work this out. Went to your office yesterday. Complaint is prepared. If there is no resolution by tomorrow. Complaint will be filed tomorrow.

I have zero communication with you here.

Wednesday, Dec 15, 2021 7:10 PM

**756. Josh Lubin**

Heard you're looking for 2.5M at a 1.25. Call me asap. Hi Bar is about to file complaint

Thursday, Dec 16, 2021 4:32 PM

**S** **757. Scott Excell Auto (+15617561933)**

i wired hi bar $100,000 today

Thursday, Dec 16, 2021 5:45 PM

LUBIN001688

SPIN_001688

### 758. Josh Lubin

To the account and routing I gave u??

Thursday, Dec 16, 2021 5:47 PM

### 759. Josh Lubin

Need you to call me

Thursday, Dec 16, 2021 5:47 PM

### 760. Josh Lubin



Thursday, Dec 16, 2021 5:52 PM

LUBIN001689

SPIN_001689

**761. Josh Lubin**

Need you to call me

Thursday, Dec 16, 2021 5:53 PM



**762. Scott Excell Auto (+15617561933)**

Josh

if he files that
I will win
trust me
he is not used to fighting someone
with the means to fight back
He will get all his cash
he files it
he will not get a dime

Thursday, Dec 16, 2021 5:54 PM

**763. Josh Lubin**

I promise you, that is not the case

Thursday, Dec 16, 2021 5:55 PM



**764. Josh Lubin**

Need to talk to you asap

Thursday, Dec 16, 2021 5:56 PM



**765. Josh Lubin**

Hi Bar Capital did not receive
100k. Only wire they receive was
the 300k one month ago

Thursday, Dec 16, 2021 5:57 PM

Generated by GilApps SMS Backup & Print

LUBIN001690

SPIN_001690



**766. Scott Excell Auto (+15617561933)**

Josh

I promise you it is the case
listen the deal is not a loan
because the interest rate is to high
that would be
against the usery laws
he is buying my receivables and if i
don't have any receivables
there is nothing to buy

Thursday, Dec 16, 2021 5:57 PM

**767. Josh Lubin**

I'll pay off the hi bar deal. Call me asap

Thursday, Dec 16, 2021 5:58 PM

**768. Josh Lubin**

Scott, I am very aware of the situation.  You didn't give another option here

Thursday, Dec 16, 2021 5:59 PM

**769. Josh Lubin**

I am telling you to call me to work out a resolution

Thursday, Dec 16, 2021 5:59 PM

**770. Josh Lubin**

Good luck

Thursday, Dec 16, 2021 6:43 PM

**771. Scott Excell Auto (+15617561933)**

call you when i am done with my daughters school performance

Thursday, Dec 16, 2021 6:46 PM

LUBIN001691

SPIN_001691

**S**  772. Scott Excell Auto
(+15617561933)

you still up

Thursday, Dec 16, 2021 11:09 PM

**S**  773. Scott Excell Auto
(+15617561933)

good morning

call
me when you get up

Friday, Dec 17, 2021 7:17 AM

**S**  774. Scott Excell Auto
(+15617561933)

Josh

call
me

Friday, Dec 17, 2021 8:11 AM

775. Josh Lubin

Need a couple houra

Friday, Dec 17, 2021 8:42 AM

**S**  776. Scott Excell Auto
(+15617561933)

josh

need to talk please
will fill
you in on everything

Friday, Dec 17, 2021 8:43 AM

LUBIN001692

SPIN_001692



**777. Scott Excell Auto (+15617561933)**

I am closing on my $7,500,000 million dollar line monday and you guys filed the UCC which is now causing a problem .
you guys are getting your cash I need that removed today please so I can close
and pay you guys

Friday, Dec 17, 2021 8:43 AM

**778. Scott Excell Auto (+15617561933)**

josh

please
call
me

Friday, Dec 17, 2021 9:02 AM

**779. Scott Excell Auto (+15617561933)**

check your email

Friday, Dec 17, 2021 9:19 AM

**780. Scott Excell Auto (+15617561933)**

I have a plan
call me

Friday, Dec 17, 2021 9:19 AM

**781. Josh Lubin**

Call me

Friday, Dec 17, 2021 9:57 AM

**782. Scott Excell Auto (+15617561933)**

need 15

Friday, Dec 17, 2021 10:02 AM



Generated by GilApps SMS Backup & Print

LUBIN001693

SPIN_001693

 **783. Scott Excell Auto (+15617561933)**

$200,000  left

Friday, Dec 17, 2021 11:17 AM

**784. Josh Lubin**

Send me wire confirmation.  Was not received

Friday, Dec 17, 2021 11:42 AM

 **785. Scott Excell Auto (+15617561933)**



http://63.55.100.87/servlets /mms?message-id= 08F98E52EC8000009F30000201

Friday, Dec 17, 2021 12:28 PM

 **786. Scott Excell Auto (+15617561933)**

did you get the wire

Friday, Dec 17, 2021 12:32 PM

Generated by GilApps SMS Backup & Print



**787. Scott Excell Auto (+15617561933)**

let me know
when you can talk

Friday, Dec 17, 2021 1:12 PM

**788. Josh Lubin**

Around an hour

Friday, Dec 17, 2021 1:38 PM

 **789. Scott Excell Auto (+15617561933)**

Are you getting that UCC
removed please

Friday, Dec 17, 2021 2:05 PM

**790. Josh Lubin**

Call me

Friday, Dec 17, 2021 2:38 PM

**791. Josh Lubin**

Call me

Friday, Dec 17, 2021 3:02 PM

LUBIN001695

SPIN_001695

**792. Scott Excell Auto (+15617561933)**



http://63.55.64.151/servlets/mms?message-id=21F9909533E30000FA20000201

Friday, Dec 17, 2021 3:10 PM

**793. Josh Lubin**

███████ Meridan Ave Miami Beach fl 33140

Friday, Dec 17, 2021 3:19 PM

**794. Scott Excell Auto (+15617561933)**

my guy is on the way

Friday, Dec 17, 2021 3:44 PM

**795. Scott Excell Auto (+15617561933)**

any luck

Friday, Dec 17, 2021 4:27 PM

LUBIN001696

SPIN_001696

**796. Josh Lubin**

Yes my attorney is on it

Friday, Dec 17, 2021 4:28 PM

**797. Josh Lubin**

Status on title?

Friday, Dec 17, 2021 4:36 PM

**798. Scott Excell Auto (+15617561933)**

my guy is driving to you

Friday, Dec 17, 2021 4:36 PM

LUBIN001697

SPIN_001697

Case 23-01132-EPK   Doc 172-3   Filed 12/27/24   Page 121 of 121

### 799. Scott Excell Auto (+15617561933)



he just sent this

http://63.55.100.87/servlets /mms?message-id= 08F991CF40310000BD90000201

Friday, Dec 17, 2021 4:38 PM

### 800. Josh Lubin



Received.  Calling you in a few.

Friday, Dec 17, 2021 4:58 PM

LUBIN001698

SPIN_001698