DocuSign Envelope ID: CCF105C-4BA7-3A50-8DF6E-53DFB03E6FDF

# HI BAR CAPITAL
### BALANCE TRANSFER AGREEMENT

10/27/2021

RE: EXCELL AUTO GROUP, INC.

Dear KRISTEN ZANKL,

This letter is to confirm that you, KRISTEN ZANKL, as principal/owner/manager of EXCELL AUTO GROUP, INC., agrees to pay off the remaining RTR of $2,114,312.50 which currently exists on the previous Merchant Agreement with SPIN CAPITAL entered into on or about 08/31/2021 from funds you are receiving from your new Merchant Agreement with HI BAR CAPITAL dated 10/27/2021.

By signing this Agreement, you are authorizing HI BAR CAPITAL to deduct $2,114,312.50 out of the new Merchant Agreement.

**AGREED AND ACCEPTED BY:**

_____          10/28/2021
**KRISTEN ZANKL**                    **DATE**
*individually and on behalf of*
**EXCELL AUTO GROUP, INC.**

_____          11/1/2021
**SCOTT THOMAS ZANKL**               **DATE**
*individually and on behalf of*
**EXCELL AUTO GROUP, INC.**

PLAINTIFF'S EXHIBIT

**17**