01 ███ 2968 003

```
HI BAR CAPITAL LLC                        SUMMARY OF YOUR ACTIVITY
1825 65TH ST STE 300              ACTIVITY THROUGH        NOV 30 21
BROOKLYN NY  11204-3819          STATEMENT NUMBER            2968
                                 BEGINNING BALANCE
                                 DEPOSIT AMOUNT     +
                                 WITHDRAWAL AMOUNT  -
                                 SERVICE CHARGE     -
                 DEBITS      0
                                 ENDING BALANCE     =
```

```
COMMERCIAL CHECKING           ███22968                    BALANCE SUMMARY
ACTIVITY BEGINNING            OCT 30 21    WITHDRAWALS   DEPOSITS     $  ██████
```

```
                              - 01 -
(051) PDD790-01    ███22968            11/30/21              00
```

PLAINTIFF'S EXHIBIT

21

2968 003

HI BAR CAPITAL LLC

ACTIVITY THROUGH        NOV 30 21
STATEMENT NUMBER        ▓▓2968

_____

COMMERCIAL CHECKING        ▓▓22968                    BALANCE SUMMARY



- 02 -

(051) PDD790-01   ▓▓22968              11/30/21                    00

2968 003

HI BAR CAPITAL LLC

ACTIVITY THROUGH      NOV 30 21
STATEMENT NUMBER      ████2968

_____

COMMERCIAL CHECKING        ████22968                    BALANCE SUMMARY



- 03 -
(051) PDD790-01    ████22968            11/30/21                 00

2968 003

HI BAR CAPITAL LLC

ACTIVITY THROUGH        NOV 30 21
STATEMENT NUMBER        2968

_____

COMMERCIAL CHECKING            22968                          BALANCE SUMMARY
                                   WITHDRAWALS    DEPOSITS        $   502183.56



| NOV 01 | WIRE FROM SPIN CAPITAL LLC |            | 2114312.50 |
|--------|----------------------------|------------|------------|
| NOV 01 | WIRE TRANSFER FEE          | 15.00      |            |
| NOV 01 | WIRE TO Spin Capital LLC   | 2114312.50 |            |
| NOV 01 | WIRE TRANSFER FEE          | 25.00      | $  259658.55 |

   (051) PDD790-01    22968              11/30/21                    00

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED