Message

---

**From:**  Josh Lubin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DC619FBBD3EE45068AAB03CF14D0093B-JOSH]
**Sent:**  5/5/2023 5:03:25 PM
**To:**  Corey D. Berman [cberman@leoncosgrove.com]
**CC:**  Scott Cosgrove [scosgrove@leoncosgrove.com]
**Subject:**  Re: EXCELL AUTO GROUP Funding email

Corey & Scott,

I hope all is well.

Hi Bar started communicating with me the last couple days. Hi Bar alleges they will cooperate in pursuing recovery on the Excell/Karma obligation.  I think it may be a good idea to assign the Hi Bar obligation to TBF/BMF (if we can get Hi Bar to agree to that).

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, May 2, 2023 3:36:14 PM
**To:** Corey D. Berman <cberman@leoncosgrove.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** Re: EXCELL AUTO GROUP Funding email

Ok cool.

Spin at max owns 20% of the rights (which we will obviously take the position is Josh Lubin personally).

Hi Bar cannot assign rights they do not own. I sent multiple emails to all the Hi Bar/Spin attorneys that Spin at max owns 20% of the rights (which I believe is me personally and since we're fighting over rights in a Hi Bar obligation, I may have a good argument).

The facts will win this case. TBF/BMF owns 30% of the rights in the Hi Bar obligation and happens to own the 1st position obligation as well (tbf/bmf will listen to wtvr I say, so we will do a joint defense with them).

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Corey D. Berman <cberman@leoncosgrove.com>
**Sent:** Tuesday, May 2, 2023 1:31:32 PM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** RE: EXCELL AUTO GROUP Funding email

Josh,

We are setting up a call with Alex and Scott and will be in touch as we continue to review the documents and speak to them to figure out a gameplan.

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, May 2, 2023 8:02 AM
**To:** Corey D. Berman <cberman@leoncosgrove.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** Re: EXCELL AUTO GROUP Funding email

Corey & Scott,

I am not going after any attorneys here. I did retain your for that. I retain you to protect the Hi Bar obligation and advise on the TBF obligation...

I have relationships with the Hi Bar/Spin attorneys and I would like to keep those relationships.

On the other hand, FVP & Franklin have a lot of assets and will be able to cover the damages.

Hi bar i obviously dont give a shit about, though are likely judgement proof..

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Josh Lubin
**Sent:** Monday, May 1, 2023 3:42:44 PM
**To:** Corey D. Berman <cberman@leoncosgrove.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** RE: EXCELL AUTO GROUP Funding email

Corey & Scott,

Spin may have assigned its rights in the assignment, though that can only be 20% of the deal(which I obviously take the position that its mine personally). I never took ownership of Hi Bars obligation. There are no documents that exist other then the funding email. We need to look at Michigan case law, if the wire Spin sent Hi Bar on November 1st assigns Spin rights to Hi Bar. Spin & Hi Bar took the position in the event it gets bought up in a deposition, were going to say I gave a loan toi Hi Bar to pay off my obligation to pay off Spins balance and that loan would get paid back on contingent Excell/Karma pay.

(a) Assignor sells, transfers and assigns to Assignee the Obligations and all of Assignor's right, title and interest under the Merchant Documents, including any claims, rights or actions Assignor may have (whether known or unknown to Assignor as of the date hereof) against any third party arising in connection with, or otherwise related to, the Merchant Documents or the Obligations ("Third Party Claims");

**From:** Josh Lubin
**Sent:** Monday, May 1, 2023 4:04 PM
**To:** Corey D. Berman <cberman@leoncosgrove.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** RE: EXCELL AUTO GROUP Funding email

Corey & Scott,

Whats likely urgent is intervening in the AWB bk with TBF and preventing the case from getting dismissed and keeping. AWB does not hold a interest in those vehicles.

My only concern is Hi Bar terminating the joint defense and settling the case

SPIN_046213

**From:** Corey D. Berman <cberman@leoncosgrove.com>
**Sent:** Monday, May 1, 2023 2:08 PM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** RE: EXCELL AUTO GROUP Funding email

Josh,

We'll give you a call at 3 at that number.

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 1, 2023 2:07 PM
**To:** Corey D. Berman <cberman@leoncosgrove.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** Re: EXCELL AUTO GROUP Funding email

Corey,

Have a number to call at 3pm or you can call my cell 732-608-4905.

Fyi, the biggest issue Franklin had in this whole mess, they knew Spin owned the obligation since January of 2022 and pursued this whole litigation. Franklin had been in cahoots with Hi Bar since January of 2022 and never took that position. I would think that's a big issue for Franklin.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 1, 2023 8:00:22 AM
**To:** Corey D. Berman <cberman@leoncosgrove.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** Re: EXCELL AUTO GROUP Funding email

Corey,

I realized that in the joint defense agreement there's a language that makes the documents related so the assignment would be active.

I believe the Herbst (hi bar) cahoots dates back months before the joint defense was signed. The issue we have here is that the joint defense has information Hi Bar put in thsts incorrect and makes the franklin assignment valid and I loose my rights.

At the time I signed the Franklin assignment, I had zero interest in the Hi Bar deal.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 1, 2023 7:51:45 AM
**To:** Corey D. Berman <cberman@leoncosgrove.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** Re: EXCELL AUTO GROUP Funding email

SPIN_046214

Yes 3pm work.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Corey D. Berman <cberman@leoncosgrove.com>
**Sent:** Monday, May 1, 2023, 7:48 AM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** RE: EXCELL AUTO GROUP Funding email

Josh,

Thanks for all of these materials. Scott and I are still working through them to get a handle on the lay of the land. We have additional questions that we'd like to discuss with you so that we can be most helpful. Do you have time to speak today at 3 pm?

Best,
Corey

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, April 29, 2023 1:47 PM
**To:** Corey D. Berman <cberman@leoncosgrove.com>; Scott Cosgrove <scosgrove@leoncosgrove.com>
**Subject:** Fwd: EXCELL AUTO GROUP Funding email

Corey,

Don't believe the contracts are not related or similar.  The participation on the two contracts referenced in the Franklin assignment is different than the Spin August 31st Excell Auto deal and October 27th Hi Bar Excell Auto.

Spin (Franklin) has zero rights to the Hi Bar obligation. It's BMF, Cedar, AZAC, Josh Lubin & Hi Bar. Spin cannot assign rights to something it did not own. The joint litigation agreement is a mistake, it's not correct. We need to let the Hi Bar/Spin attorneys know asap.


Below is the Funding email for the 1st Spin Excell deal.

Spin never had any rights on any agreements. The joint litigation agreement is wrong and needs to be fixed

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

SPIN_046215

**From:** Joel Geta <joel@hibarcapital.com>
**Sent:** Tuesday, June 1, 2021, 3:08 PM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** Herbst Yisroel Mayer <ymherbst@gmail.com>; AG <abegobj@gmail.com>
**Subject:** EXCELL AUTO GROUP Funding email

Funded: **06/01/2021**
EXCELL AUTO GROUP
Funding Amount: **$1,000,000**
Payback: **$1,499,000**
Bank Fee: **$50,000**
Net to Merchant: **$950,000**
Weekly: **$93,687.50**
**HI BAR CAPITAL 50% syndication and receives half of the bank fee.**

SPIN_046216