IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.:  CACE-22-05125


FVP OPPORTUNITY FUND III, LP, a Delaware
limited partnership; FVP INVESTMENTS, LLC,
a Delaware limited liability company; and
FVP SERVICING, LLC, a Delaware limited
liability company,

        Plaintiffs,

vs.

KARMA OF BROWARD, INC., a Florida
corporation; et al.

        Defendants.
_____/


                    Tuesday, May 7, 2024
                    10:40 a.m. - 5:12 p.m.




            ***VIA VIDEOCONFERENCE***




                VIDEO DEPOSITION
                       OF
                YISROEL HERBST

PLAINTIFF'S
EXHIBIT
26

APPEARANCES:

Jerrell A Breslin, Esq.
Schwartz Breslin PLLC
The DuPont Building 169 E Flagler Street
Suite 700
Miami, FL  33131-1203
305-577-4626
jb@jsjb.law
Counsel for the Plaintiffs

Matthew Paul Leto, Esq.
Leto Law Firm
201 S Biscayne Boulevard
Miami, FL  33131-4330
305-341-3155
mleto@letolawfirm.com
Counsel for Hi Bar Capital

Harry Winderman, Esq.
Law Office of Harry Winderman
2255 Glades Road
Boca Raton, FL 33431
(561)707-0000
Lynoramae@gmail.com
Counsel for Karma and Zankl

Luke Thomas Jacobs, Esq.
Weissman & Dervishi, P.A.
1 SE 3rd Avenue
Suite 1700
Miami, FL  33131-1714
305-347-3204
Ljacobs@wdpalaw.com
Counsel for Avrumi Lubin a/k/a Josh Lubin

Scott C. Gherman
Scott C. Gherman, PA
902 Clint Moore Road
Suite 120
Boca Raton, FL  33487-2846
561-757-6266
Sgherman@scottghermanpa.com
Counsel for Moshe Farachi and Vantiff, Inc.

Catherine Gleason, Esq.
Eberst Law Firm
6560 West Rogers Circle
Boca Raton, FL 33487
(561)725-0444
Cgleason@eberstlaw.com
Counsel for Moshe Farachi

D. Brett Marks, Esq.
Akerman, LLP
201 East Las Olas Blvd.
Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
Brett.marks@akerman.com
Counsel for Millco-Atwater

Patrick D. Dorsey, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530
561-443-0800
Pdorsey@slp.law
Counsel for the Franklin entities

Andrew M. Feldman, Esq.
Feldman Kodsi, PLLC
9100 S Dadeland Blvd Ste 1500
Miami, FL 33156-7816
305-445-2005
Afeldman@feldmankodsi.com
Counsel for Kurkin Forehand Brandes and Mark Brandes

Also Present:  Oliver Lee
                (Videographer)

                Greg Nelson and Sam Seligson
                (Franklin Capital Group)

I-N-D-E-X

WITNESS:  YISROEL HERBST

Direct Examination                              Page 8
By Mr. Breslin

E-X-H-I-B-I-T-S

Plaintiffs' Exhibit 1                           Page 9
(Re-Notice of Taking Videotaped
Deposition Duces Tecum of Corporate
Representative – Hi Bar)

Plaintiffs' Exhibit 2                           Page 48
(Re-Notice of Taking Videotaped
Deposition Duces Tecum – Yisroel Herbst)

Plaintiffs' Exhibit 6                           Page 85
(Operating Agreement of Hi Bar Capital
LLC)

Plaintiffs' Exhibit 7                           Page 90
(Hi Bar Capital vs. Yoel Getter –
Amended Complaint)

Plaintiffs' Exhibit 8                           Page 120
(Revenue Purchase Agreement)

Plaintiffs' Exhibit 13-A                         Page 149
(Wire Confirmation Detail:  Excell
Payoff – Spin Capital LC)

Plaintiffs' Exhibit 13-B                         Page 157
(Wire Detail Report – Spin Capital LLC)

Plaintiffs' Exhibit 11                           Page 182
(Assignment of Obligations and Merchant
Documents)

Plaintiffs' Exhibit 12                           Page 213
(Hi Bar Capital Revenue Purchase
Agreement)

Plaintiffs' Exhibit 14                          Page 215
(Uniform Commercial Code Financing
Statement Form)

Plaintiffs' Exhibit 15                          Page 221
(Text Messages)

Plaintiffs' Exhibit 16                          Page 225
(December 17, 2021 Email)

Plaintiffs' Exhibit 17                          Page 235
(Settlement Agreement)

Plaintiffs' Exhibit 9                           Page 245
(Payment Spreadsheet)


                    CERTIFIED QUESTIONS


              Page 11      Line 3

              Page 59      Line 24

              Page 61      Line 12

              Page 179     Line 25

              Page 180     Line 12

Deposition of YISROEL HERBST, a witness of lawful age, taken by the Plaintiff for the purpose of discovery and for use as evidence in the above-entitled cause, wherein FVP Opportunity Fund III, LP, a Delaware limited partnership; FVP Investments, LLC, a Delaware limited liability company; and FVP Servicing, LLC, a Delaware limited liability company, are the Plaintiffs, and Karma of Broward, Inc., a Florida corporation; et al., are the Defendants, pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, pursuant to notice heretofore filed, before Colleen Foote, Court Reporter and Notary Public in and for the State of Florida at Large, via videoconference, on May 7, 2024, commencing at 10:40 a.m.

- - - - -

THE VIDEOGRAPHER:  In the case styled FVP Opportunity Fund III, LP, et al., versus Karma of Broward, Inc., Case Number CACE22-05125, this is the video recorded deposition of Yisroel Herbst.

This deposition is taking place via Zoom on May 7, 2024.  The time is now 10:40 a.m.

Our videographer is Oliver Lee.

Counsel will state their appearances for

the record, after which our court reporter, Colleen Foote, will swear in the witness.

MR. BRESLIN:  Yes, good morning.  Jerry Breslin for the FVP parties.

MR. LETO:  Good morning.  Matthew Leto on behalf of Hi Bar and also on behalf of the witness.

MR. JACOBS:  Luke Jacobs on behalf of Josh Lubin.

MR. GHERMAN:  Scott Gherman --

MR. WINDERMAN:  Harry Winderman --

MR. GHERMAN:  Go ahead, Harry.

MR. WINDERMAN:  Harry Winderman on behalf of the Karmas and the Zankls.

MR. GHERMAN:  Scott Gherman on behalf of Moshe Farachi.

MR. DORSEY:  Patrick Dorsey on behalf of the Franklin entities.

MR. FELDMAN:  Andrew Feldman here on behalf of Kurkin Forehand Brandes and Mark Brandes.

MS. GLEASON:  Catherine Gleason for Moshe Farachi.

MR. NELSON:  Greg Nelson, with Franklin Capital Group Credit here observing, along with Sam Seligson.

MR. MARKS:  Brett Marks with Akerman, appearing for Millco-Atwater.

COURT REPORTER:  Okay.  Mr. Herbst, raise your right hand, please.

Do you solemnly swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I affirm.

COURT REPORTER:  You may put your hand down.

We may begin.

MR. BRESLIN:  Matt, can you hear me?

MR. LETO:  I sure can.

Thereupon:

YISROEL HERBST

a witness named in the notice heretofore filed being of lawful age and being first duly sworn in the above cause, testified on his oath as follows:

DIRECT EXAMINATION

BY MR. BRESLIN:

Q.   Can you hear me, Mr. Herbst?

A.   Yes.

Q.   Okay.  I don't know -- I don't know if it's a bandwidth problem on my end or your end, but

Yisroel Herbst

149

Do you -- this is -- this is your -- this is your MCA, right?

A.   Uh-huh.

Q.   With Karma-Hi Bar.  And it shows the purchase price of 2.120 million, right?

A.   Right.

Q.   And your testimony is that you, in fact, did pay that amount and you, in fact, did pay it to Spin; right?

A.   Yes.

Q.   Did you pay any money to Excell or the -- or the Karmas, the merchant?

A.   Not that I recall.

Q.   All right.  So, and now that you've had a chance to re -- to think about this, did Hi Bar ever give one penny to either Excell or the Karma companies?

MR. LETO:  Object to the form.

THE WITNESS:  I don't recall that they did.

(Plaintiffs' Exhibit 13-A was marked for identification.)

BY MR. BRESLIN:

Q.   Now I'm going to show you what's been marked as Plaintiffs' Deposition Exhibit 13-A, and I'm going to blow this up.  And this is what purports

Yisroel Herbst

264

about Hi Bar having a security interest in the Karma companies' collateral; correct?

A.   Correct.

Q.   And there's more language in here that talks about UCCs.  So we will stop on this.  I -- you would then agree just generally that this Settlement Agreement makes very clear in no uncertain terms that Hi Bar is protecting its -- the money that it's owed by a security interest and collateral that's protected by a UCC; correct?

MR. LETO:  Form.

THE WITNESS:  It seems so, yes.

MR. BRESLIN:  Okay.  All right.  Thank you very much, Mr. Herbst.

(Thereupon, at 5:12 p.m., the video deposition was adjourned.)

265

CERTIFICATE OF OATH


STATE OF FLORIDA )
                 SS
COUNTY OF BROWARD)


           I, COLLEEN FOOTE, Notary Public in and for

the State of Florida at Large, do certify that

YISROEL HERBST appeared before me via videoconference

and was duly sworn.

           WITNESS my hand and official seal this 17th

day of May, 2024.




COLLEEN FOOTE
Notary Public – State of Florida
Commission #HH 174470
Expires:  September 18, 2025

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA  )
                             SS.
COUNTY OF BROWARD )

I, COLLEEN FOOTE, Court Reporter and Notary Public, certify that I was authorized to and did stenographically report the deposition of YISROEL HERBST; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 17th day of May, 2024.

COLLEEN FOOTE, Court Reporter

Yisroel Herbst

267

Prestige Reporting Service
P.O. Box 267967
Weston, FL 33326
954-764-7297
info@Prestigereportingservice.com

May 17, 2024

Matthew Paul Leto, Esq.
Leto Law Firm
201 S Biscayne Boulevard
Miami, FL 33131-4330
305-341-3155
mleto@letolawfirm.com

Re: FVP Opportunity Fund III, LP, et al. vs. Karma
of Broward, Inc., a Florida corporation; et al.

Dear Mr. Leto:

Attached please find your copy of the deposition of
YISROEL HERBST, which was taken in the above-styled
cause on May 7, 2024. Attached please find the
Deposition Errata Sheet to be completed by the
deponent when reading your copy of the deposition.
These forms are self-explanatory.

Please have the witness complete these forms and
return them to our office by June 17, 2024 for
inclusion in the original transcript.

Thank you for your cooperation.

Sincerely,

Colleen Foote

cc: Jerrell A. Breslin, Esq.
Patrick D. Dorsey, Esq.