**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

NICOLE TESTA MEHDIOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.,*

     Defendants,

_____/

CASE NO.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Marko F. Cerenko, Esq., and the law firm of Kluger, Kaplan, Silverman, Katzen & Levine ("KKSKL") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby appear in the above-captioned bankruptcy case on behalf of Defendants, SPIN CAPITAL, LLC and AVRUMI (JOSH) LUBIN (collectively, the "**Defendants**"). Pursuant to Bankruptcy Code Section 1109(b) (the "Code") and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Rules"), Defendants request that all communications, whether written or oral, as well as all pleadings, orders and notices in the above-styled action be made directly to the undersigned counsel. The undersigned designate their primary and secondary e-mail addresses and request that copies of all orders, pleadings and other documents filed or served in this matter be served on them at the primary and secondary e-mail

addresses listed below. Where service of hard copies is to be made in addition to the e-mail service,

counsel request that the copies be served upon them at the physical address listed below:

<u>**E-MAIL DESIGNATIONS**</u>

**MARKO F. CERENKO, ESQ.**
Primary e-mail address: mcerenko@klugerkaplan.com
Secondary e-mail address: cgarcia@klugerkaplan.com

DATED: December 27, 2024

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN,
KATZEN, & LEVINE, P.L.**
*Co-counsel for Defendants, Spin Capital, LLC and
Avrumi (Josh) Lubin*
201 S. Biscayne Blvd., Suite 2700
Miami, Florida 33131
Tel: (305) 379-9000
Fax: (305) 379-3428

By: */s/ Marko Cerenko*
         MARKO F. CERENKO, ESQ.
         Florida Bar No.: 221501
         mcerenko@klugerkaplan.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on December 27, 2024, a true and correct copy of the

foregoing was filed with the Clerk of the Court using CM/ECF and served on all CM/ECF

registered users identified in the service list via transmission of Notices of Electronic Filing

generated by CM/ECF.

By: */s/ Marko Cerenko*
         **Marko F. Cerenko, Esq.**