**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

EXCELL AUTO GROUP, INC.

   Debtor.

_____/

NICOLE TESTA MEHDIOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

   Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.,*

   Defendants,

_____/

CASE NO.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**DEFENDANTS, SPIN CAPITAL, LLC AND AVRUMI (JOSH) LUBIN'S, JOINDER TO DEFENDANTS, HI BAR CAPITAL, MORDECHAI HERBST AND YISROEAL HERBST'S MOTION FOR SUMMARY JUDGMNET [ECF NO. 168]**

Defendants, SPIN CAPITAL, LLC and AVRUMI (JOSH) LUBIN (collectively, the "**Defendants**"), by and through undersigned counsel, file this Joinder to Defendants, HI BAR CAPITAL, LLC, MORDECHAI HERBST, and YISROEL HERBST's, ("**Movants**") Motion for Summary Judgment [ECF No. 168] and incorporate the argument and reliance on the legal authorities and arguments set forth therein, as to Movants' arguments mad in favor of summary judgment as to Counts 1, 2, 6, 7, 8 and 28 of Plaintiff's Second Amended Complaint, as if full set forth herein.

1

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN,
KATZEN, & LEVINE, P.L.**
*Co-counsel for Defendants, Spin Capital, LLC and
Avrumi (Josh) Lubin*
201 S. Biscayne Blvd., Suite 2700
Miami, Florida 33131
Tel: (305) 379-9000
Fax: (305) 379-3428

By: */s/ Marko Cerenko*
        MARKO F. CERENKO, ESQ.
        Florida Bar No.: 221501
        mcerenko@klugerkaplan.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 27, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF and served on all CM/ECF registered users identified in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Marko Cerenko*
        **Marko F. Cerenko, Esq.**

Kluger, Kaplan, Silverman, Katzen & Levine, P.L. • Citigroup Center, 27th Floor, 201 S. Biscayne Blvd., Miami, FL 33131 • 305.379.9000