

**ORDERED in the Southern District of Florida on January 9, 2025.**



Erik P. Kimball
Chief United States Bankruptcy Judge

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

    Debtor.

_____/

NICOLE TESTA MEHDIPOUR, as
Chapter 7 Trustee for Excell Auto Group, Inc.,

    Plaintiff,

v.

HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;
YISROEL HERBST; MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST; AVRUMI LUBIN
a/k/a JOSH LUBIN; FRANKLIN CAPITAL
FUNDING, LLC; and FRANKLIN CAPITAL
GROUP, LLC, d/b/a Wing Lake Capital,

    Defendants.

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Proc. No.: 23-01132-EPK

### ORDER SETTING BRIEFING SCHEDULE
### ON MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** came before the Court upon the *Hi-Bar Capital, LLC, Mordechai*

*Herbst, and Yisroel Herbst's Motion for Summary Judgment* [ECF No. 168] (the "Motion for

Summary Judgment") filed by Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst, and the *Defendants, Spin Capital, LLC and Avrumi (Josh) Lubin's Joinder to Defendants, Hi Bar Capital, Mordechai Herbst and Yisroel Herbst's Motion for Summary Judgment* [ECF No. 174] (the "Joinder").  Together, the filers of the Motion for Summary Judgment and Joinder will be referred to as the "Defendants" in this Order.  With the Court being fully advised in the premises, it is **ORDERED** that:

1.       Nicole Testa Mehdipour, as Chapter 7 Trustee for Excell Auto Group, Inc., (the "Plaintiff") has until February 6, 2025 to respond to the Motion for Summary Judgment and Joinder. The title of the responsive pleading must reference the title of the original motion. Failure to file a timely response may result in the granting of the Motion for Summary Judgment and Joinder.

2.       The Defendants will then have until February 27, 2025 to file a reply to the response. The title of the reply must reference the title of the original motion.

###

Copies Furnished To:

Matthew P. Leto, Esq.

*Matthew P. Leto, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*