

**ORDERED in the Southern District of Florida on January 9, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**In re:**

**Case No.: 22-12790-EPK**
**Chapter 7**

**EXCELL AUTO GROUP, INC.**

     **Debtor.**

_____/

**NICOLE TESTA MEHDIPOUR, as**
**Chapter 7 Trustee for Excell Auto Group, Inc.,**

     **Plaintiff,**

**v.**

**Adv. Proc. No.: 23-01132-EPK**

**HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;**
**YISROEL HERBST; MORDECHAI DOV BER**
**HERBST a/k/a MORDI HERBST; AVRUMI LUBIN**
**a/k/a JOSH LUBIN; FRANKLIN CAPITAL**
**FUNDING, LLC; and FRANKLIN CAPITAL**
**GROUP, LLC, d/b/a Wing Lake Capital,**

     **Defendants.**

_____/

## ORDER STRIKING MOTIONS FOR SUMMARY JUDGMENT

On December 27, 2024, plaintiff Nicole Testa Mehdipour, chapter 7 trustee of the

estate of Excell Auto Group, Inc., filed two motions for partial summary judgment: *Plaintiff's*

*Motion for Partial Summary Judgment Against Spin Capital, LLC* [ECF No. 169] and *Plaintiff's Motion for Partial Summary Judgment Against Hi Bar Capital, LLC* [ECF No. 171]. The plaintiff also filed the *Plaintiff's Agreed Motion to Enlarge Page Limit with Respect to Plaintiff's Motion for Summary Judgment and Statement of Material Facts* [ECF No. 166]. In the motion to enlarge the page limit, the plaintiff asks to increase the page limit for "any Motion for Summary Judgment" from 20 to 23 pages and to increase the page limit for "any statement of Material Facts" from 10 to 13 pages.

The *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 19] entered in this adversary proceeding (and in all adversary proceedings in this district) provides in relevant part:

> **PROHIBITION AGAINST MULTIPLE MOTIONS FOR SUMMARY JUDGMENT**. Filing multiple motions for summary judgment is prohibited, absent prior permission of the Court. This prohibition is not triggered when, as permitted by Fed. R. Civ. P. 12(d), the Court elects to treat a motion filed pursuant to Fed. R. Civ. P. 12(b)(6) or 12(c), as a summary judgment motion.

The plaintiff did not seek permission to file multiple motions for summary judgment and the exception does not apply here.

Accordingly, the Court **ORDERS AND ADJUDGES** as follows:

1.      The plaintiff's two motions for partial summary judgment, along with their accompanying Statements of Material Facts, at ECF Nos. 169, 170, 171, and 172, are STRICKEN.

2.      The plaintiff may file a single motion for summary judgment in this adversary proceeding on or before January 20, 2025. The plaintiff is discouraged from seeking an increase in any page limits previously set by order of the Court or local rule.

3.      The *Plaintiff's Agreed Motion to Enlarge Page Limit with Respect to Plaintiff's Motion for Summary Judgment and Statement of Material Facts* [ECF No. 166] is DENIED as moot.

###

Copies Furnished To:

Jason S Rigoli, Esq.

*Jason S Rigoli, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*