UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 22-12790-EPK
                                                                Chapter 7
EXCELL AUTO GROUP, INC.

        Trustee.

_____/

NICOLE TESTA MEHDIPOUR,                         Adv. Case No. 23-01132-EPK
Chapter 7 Trustee for EXCELL AUTO
GROUP, INC.,

        Plaintiff,
v.

HI BAR CAPITAL, LLC, et al.,

        Defendant(s).

_____/

## MOTION TO WITHDRAW AS COUNSEL

        Carmen Contreras-Martinez, Candice L. Kline, Jorge Garcia, and the firm of Saul Ewing

LLP (collectively, "**Saul Ewing**") hereby move pursuant to Local Rule 2091-1 and the Rules

Regulating the Florida Bar 4-1.16 for leave to withdraw as counsel for Defendants, SPIN

CAPITAL, LLC and AVRUMI LUBIN a/k/a JOSH LUBIN ("**Defendants**") , and in support state

as follows:

        1.      The Defendants and Saul Ewing have fundamental disagreements related to actions

to be taken in this case. The representation has been rendered unreasonably difficult by the

Defendants.

        2.      The Defendants have substantially failed to fulfill their obligations to Saul Ewing

and Saul Ewing has given Defendants reasonable warning that it will withdraw unless the

obligation is fulfilled.

3. Withdrawal will not adversely affect the interests of the Defendants in this case because the Defendants are also currently represented by Mark Cerenko of the firm Kluger, Kaplan, Silverman, Katzen & Levine, P.L.

**WHEREFORE**, Carmen Contreras-Martinez, Candice L. Kline, Jorge Garcia, and the firm of Saul Ewing LLP, respectfully request that this Court enter an order granting them leave to withdraw as counsel for SPIN CAPITAL, LLC and AVRUMI LUBIN a/k/a JOSH LUBIN in this case, together with any additional relief that this Court deems just and proper.

Dated: January 14, 2025

**SAUL EWING LLP**

By: ___*/s/ Carmen Contreras-Martinez*___
Carmen Contreras-Martinez
Florida Bar No. 93475
Candice L. Kline
Admitted *Pro Hac Vice*
Jorge Garcia
Florida Bar No. 1045721
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4500
Facsimile: (305) 374-4744
carmen.contreras-martinez@saul.com
jorge.garcia@saul.com

*Attorneys for Spin Capital, LLC and Avrumi Lubin*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on January 14, 2025 a true and correct copy of the foregoing

was served via CM/ECF on all parties listed to receive electronica notice in this case.


*/s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez