Message

---

**From:**     Josh Lubin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DC619FBBD3EE45068AAB03CF14D0093B-JOSH]
**Sent:**      6/1/2021 7:10:05 PM
**To:**        Joel Geta [joel@hibarcapital.com]
**CC:**        Herbst Yisroel Mayer [ymherbst@gmail.com]; AG [abegobj@gmail.com]
**Subject:**   RE: EXCELL AUTO GROUP Funding email

Confirmed.

---

**From:** Joel Geta <joel@hibarcapital.com>
**Sent:** Tuesday, June 1, 2021 3:07 PM
**To:** Josh Lubin <josh@spincapital.com>
**Cc:** Herbst Yisroel Mayer <ymherbst@gmail.com>; AG <abegobj@gmail.com>
**Subject:** EXCELL AUTO GROUP Funding email

Funded: **06/01/2021**

EXCELL AUTO GROUP

Funding Amount: **$1,000,000**

Payback: **$1,499,000**

Bank Fee: **$50,000**

Net to Merchant: **$950,000**

Weekly: **$93,687.50**

**HI BAR CAPITAL 50% syndication and receives half of the bank fee.**



PLAINTIFF'S
EXHIBIT

**6**

SPIN_046620