DocuSign Envelope ID: C16C035F-7A18-421D-9A7D-839575CA7BC3

# SPIN CAPITAL
### BALANCE TRANSFER AGREEMENT

08/31/2021

*RE: EXCELL AUTO GROUP, INC*

Dear KRISTEN ZANKL & SCOTT THOMAS ZANKL,

This letter is to confirm that you, KRISTEN ZANKL & SCOTT THOMAS ZANKL, as principal/owner/manager of EXCELL AUTO GROUP, INC, agrees to pay off the remaining RTR of $281,062.50 which currently exists on the previous Merchant Agreement with SPIN CAPITAL entered into on or about 06/01/2021 and agrees to pay off the remaining RTR of $469,500.00 which currently exists on the previous Merchant Agreement with SPIN CAPITAL entered into on or about 07/09/2021 from funds you are receiving from your new Merchant Agreement with SPIN CAPITAL 08/31/2021.

By signing this Agreement, you are authorizing SPIN CAPITAL to deduct $281,062.50 and $469,500.00 out of the new Merchant Agreement.

---

*AGREED AND ACCEPTED BY:*

**KRISTEN ZANKL**                                                8/31/2021

*individually and on behalf of*                                 **DATE**
**EXCELL AUTO GROUP, INC**

**SCOTT THOMAS ZANKL**                                          9/2/2021

*individually and on behalf of*                                 **DATE**
**EXCELL AUTO GROUP, INC**

**PLAINTIFF'S EXHIBIT**

**9**