## CLOSING STATEMENT AND AUTHORIZATION

November 3, 2021

Franklin Capital Group, LLC
32300 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334

Franklin Capital Group, LLC ("Lender") is hereby authorized to make a disbursement of all or a portion of the proceeds under the $6,000,000.00 term loan (the "**Loan**") to the undersigned evidenced by that certain Promissory Note (Term Loan) dated as of the date hereof, as follows:

Wire transfer funds in the amount of $321,641.00 to:

| Level One Bank | 072414310 |
|---|---|
| Bank | ABA Transit Number |

| Excell Auto Group, Inc. | ███████████ |
|---|---|
| Account Title | Account Number |

Lender is further authorized and directed to pay the following expenses with respect to the Loan (and any other expenses not listed below that Lender may incur with respect to the Loan that are authorized pursuant to the loan documents for the Loan), which amount shall be withheld from the total Loan proceeds advanced:

### FUNDING

| | |
|---|---|
| New Loan Proceeds | $6,000,000.00 |

### USE OF PROCEEDS

| | |
|---|---|
| Purchase of Cash Advance Obligations (consolidated into loan) [1] | |
| Diverse Capital, LLC | $3,210,000.00 |
| Spin Capital | $1.00 |
| Fundersapp, LLC | $1.00 |
| Austin Business Finance, LLC | $323,857.00 |
| Total | $3,533,859.00 |
| | |
| Legal (loan documentation) | $40,000.00 |
| (less deposit) | ($7,500.00) |
| Remaining Diligence Fee | $5,000.00 |
| Legal Opinion Fee | $1,500.00 |
| UCC/Lien Filing Fees | $500.00 |
| Commitment Fee | $165,000.00 |
| Broker Fee | $240,000.00 |

PLAINTIFF'S EXHIBIT

14

2

| | |
|---|---|
| Broker Fee Rebate | ($100,000.00) |
| Total Fees | $344,500.00 |
| | |
| Cash Collateral Reserve | $1,800,000.00 |
| | |
| **Funds to Company** | |
| Working Capital | $321,641.00 |
| Total Funds to Company | $321,641.00 |
| | |
| **Total Funding** | **$6,000,000.00** |

(1)    Remaining balances reported by Company as of 10/21/2021

TOTAL WITHHELD (at close):      $5,678,359.00

2

Bodman_18080750_1

Each person signing below is authorized to make this request, and Lender is entitled to rely conclusively on the above instructions to disburse Loan proceeds in the amount and manner specified.

**EXCELL AUTO GROUP, INC.**

By: _____

Name: Scott Zankl
Title: Vice President