DocuSign Envelope ID: CCF03CE-4BAT3A65-4A34-BE3B0FDEF

Case 23-01132-EPK    Doc 184-17    Filed 01/20/25    Page 1 of 1

# *HI BAR CAPITAL*

### *BALANCE TRANSFER AGREEMENT*

10/27/2021

*RE: EXCELL AUTO GROUP, INC.*

Dear KRISTEN ZANKL,

This letter is to confirm that you, KRISTEN ZANKL, as principal/owner/manager of EXCELL AUTO GROUP, INC., agrees to pay off the remaining RTR of $2,114,312.50 which currently exists on the previous Merchant Agreement with SPIN CAPITAL entered into on or about 08/31/2021 from funds you are receiving from your new Merchant Agreement with HI BAR CAPITAL dated 10/27/2021.

By signing this Agreement, you are authorizing HI BAR CAPITAL to deduct $2,114,312.50 out of the new Merchant Agreement.

*AGREED AND ACCEPTED BY:*

_____          10/28/2021
**KRISTEN ZANKL**                                   **DATE**
*individually and on behalf of*
**EXCELL AUTO GROUP, INC.**

_____          11/1/2021
**SCOTT THOMAS ZANKL**                     **DATE**
*individually and on behalf of*
**EXCELL AUTO GROUP, INC.**

PLAINTIFF'S
EXHIBIT

**17**