**Date:**     Mon, 1 Nov 2021 2:35:20 PM -0400

**Sent:**     Mon, 1 Nov 2021 2:35:19 PM -0400

**Subject:**  Please DocuSign: EXCELL AUTO GROUP, INC

**From:**     DocuSign NA4 System <dse_NA4@docusign.net>

**To:**       Scott Thomas Zankl <scott@excellauto.com>;

---

HI-BAR CAPITAL  sent you a document to review and sign.

**REVIEW DOCUMENTS**

**HI-BAR CAPITAL**
joel@hibarcapital.com

Scott Thomas Zankl,

Please DocuSign EXCELL AUTO GROUP, INC..pdf, EXCELL AUTO GROUP INC ADDENDUM.pdf, EXCELL AUTO GROUP, INC. TRANSFER BALANCE LETTER.pdf

Thank You, HI-BAR CAPITAL

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
16EA8335FDE54747BC1B4CBFDC4E7EB47

**About DocuSign**



PLAINTIFF'S
EXHIBIT

**18**

Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**

If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**

Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

 Download the DocuSign App

This message was sent to you by HI-BAR CAPITAL who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.