01 ███ 2968 003

```
HI BAR CAPITAL LLC                          SUMMARY OF YOUR ACTIVITY
1825 65TH ST STE 300                 ACTIVITY THROUGH        NOV 30 21
BROOKLYN NY  11204-3819              STATEMENT NUMBER           ███2968
                                     BEGINNING BALANCE
                                     DEPOSIT AMOUNT      +
                                     WITHDRAWAL AMOUNT   -
                                     SERVICE CHARGE      -
                       DEBITS      0
                                     ENDING BALANCE      =
```

```
_____

COMMERCIAL CHECKING          ████22968                    BALANCE SUMMARY
ACTIVITY BEGINNING           OCT 30 21    WITHDRAWALS  DEPOSITS       $  ██████
```

```
                                - 01 -
   (051) PDD790-01      ████22968            11/30/21              00
```

PLAINTIFF'S
EXHIBIT

22

2968 003

HI BAR CAPITAL LLC

ACTIVITY THROUGH     NOV 30 21
STATEMENT NUMBER     2968

_____

COMMERCIAL CHECKING          22968                                    BALANCE SUMMARY



- 02 -

(051) PDD790-01      22968              11/30/21                    00

2968 003

HI BAR CAPITAL LLC

ACTIVITY THROUGH     NOV 30 21
STATEMENT NUMBER     ████2968

_____

COMMERCIAL CHECKING         ████22968                    BALANCE SUMMARY



(051) PDD790-01    ████22968              11/30/21                   00

2968 003

```
                                          ACTIVITY THROUGH      NOV 30 21
        HI BAR CAPITAL LLC                STATEMENT NUMBER       ████2968
```

_____

```
COMMERCIAL CHECKING        ████22968                        BALANCE SUMMARY
                                       WITHDRAWALS    DEPOSITS      $  502183.56
```



```
NOV 01    WIRE FROM SPIN CAPITAL LLC                    2114312.50
NOV 01    WIRE TRANSFER FEE                   15.00
NOV 01    WIRE TO Spin Capital LLC       2114312.50
NOV 01    WIRE TRANSFER FEE                   25.00             $  259658.55
```

```
    (051) PDD790-01    ████22968            11/30/21                 00
```

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED