IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD    COUNTY, FLORIDA

CASE NO.:  CACE-22-05125


FVP OPPORTUNITY FUND, III, LP, a Delaware.
Limited Partnership, FVP INVESTMENTS, LLC, a
7Delaware limited liability company, and FVP
SERVICES, LLC, a Delaware limited liability
company,

                          Plaintiffs,
vs.

KARMA OF BROWARD, INC., a Florida corporation,
et al.,

                          Defendants.

_____/


                         Monday, July 15, 2024
                         9:35 a.m. – 5:05 p.m.


              ****VIDEOCONFERENCE***



         CONTINUATION OF VIDEO DEPOSITION

                     O F

               SCOTT ZANKL


                 - - - - - - - -

PLAINTIFF'S
EXHIBIT

29

APPEARANCES:


Appearing on behalf of the Plaintiff.
     SCHWARTZ BRESLIN, PLLC
     BY: JERRELL A BRESLIN, ESQUIRE
     169 East Flagler Street
     Miami,FL 33131
     (305)577-4626
     jb@jsjb.law

Appearing on Behalf of Avrumi Lubin
     EGOZI & BENNETT,P.A.
     BY:  BRANDEN J. STILLMAN, ESQUIRE
     2999 Northeast 191 Street
     Aventura, FL 33180
     (305)931-3000
     bstillman@egozilaw.com

Appearing on behalf of Hi Bar Capital
     LETO LAW FIRM
     BY:  MATTHEW P. LETO, ESQUIRE
     201 S. Biscayne Boulevard
     Miami, FL 33131
     (305)341-3155
     mleto@letolawfirm.com

Appearing on behalf of Franklin Capital Funding
     SHRAIBERG PAGE, P.A.
     BY: PATRICK R. DORSEY, ESQUIRE
     2385 NW Executive Center Drive
     Boca Raton, FL 33431
     (561-526-8459
     pdorsey@slp.law

Appearing on behalf of Moshe Farache &  Vantiff,
Inc.
     SCOTT C. GHERMAN, P.A.
     BY: SCOTT C. GHERMAN, ESQUIRE
     902 Clint Moore Road
     Boca Raton, FL 33487
     (561)757-6266

Appearing on behalf of Lisa Farache.
        OSHEROW, PLLC
        BY:  MARK R. OSHEROW, ESQUIRE
        2101 N.W. Corporate Boulevard
        Boca Raton, FL 33431
        (561)257-0880
        mark@osherowpllc.com

Appearing on behalf of Vantiffs
        FELDMAN KODSI, PLLC
        BY:  ANDREW M. FELDMAN, ESQUIRE
        9100 S. Dadeland Boulevard
        Miami, FL 33156
        (305)445-2005
        afeldman@feldmankodsi.com

Appearing on behalf of Karma and Zankl
        LAW OFFICE OF HARRY WINDERMAN
        BY:  HARRY WINDERMAN, ESQUIRE
        2255 Glades Road
        Boca Raton, FL 33431
        (561)707-0000
        lynoramae@gmail.com

Appearing on behalf of Millco Atwater
        AKERMAN, LLP
        BY: AMANDA L. KLOPP, ESQUIRE
        777 South Flagler Street
        West Palm Beach, FL 33401
        (561)653-5000
        amanda.klopp@akerman.com

Appearing on behalf of the Thomas Graner, Esquire
        MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
        BY:  JONATHAN E. KANOV, ESQUIRE
        2400 E. Commercial Boulevard
        Fort Lauderdale, FL 33308
        (954)847-4943
        jekanov@mdwcg.com


Also present: Oliver Lee, Videographer


 (All parties appearing via videoconference)



I N D E X

SCOTT ZANKL
    Examination                                    10

E X H I B I T S

Plaintiffs' Exhibit 1 (Lease)                        23
Plaintiffs' Exhibit 2 (Promissory Note)             35
Plaintiffs' Exhibit 3 (Promissory Note)             37
Plaintiffs' Exhibit 4 (Invoices)                    41
Plaintiffs' Exhibit 5 (Lease terms)                 61
Plaintiffs' Exhibit 6 (Promissory Note)             62
Plaintiffs' Exhibit 7 (UCC)                         64
Plaintiffs' Exhibit 8 (Rev. Pur. Agreement)         71
Plaintiffs' Exhibit 9 (Rev. Pur. Agreement)         99
Plaintiffs' Exhibit 39A (Schedules)                108
Plaintiffs' Exhibit 11 (E-mails)                   109
Plaintiffs' Exhibit 12 (Promissory Note)           113
Plaintiffs' Exhibit 13 (UCC)                       115
Plaintiffs' Exhibit 14 (Promissory Note)           117
Plaintiffs' Exhibit 15 (UCC)                       122
Plaintiffs' Exhibit 16 (Loan Docs)                 125
Plaintiffs' Exhibit 17 (Settlement Ag.)            128
Plaintiffs' Exhibit 18 (Term Statement)            133
Plaintiffs' Exhibit 20 (E-mails)                   137
Plaintiffs' Exhibit 21 (Texts)                     144
Plaintiffs' Exhibit 23 (E-mails)                   146
Plaintiffs' Exhibit 24 (Loan Agreement)            159
Plaintiffs' Exhibit 25 (Loan Agreement)            161
Plaintiffs' Exhibit 27 (Security Agreement)        162
Plaintiffs' Exhibit 28 (Security Agreement)        162
Plaintiffs' Exhibit 29 (Signature pages)           165
Plaintiffs' Exhibit 30 (Texts)                     167
Plaintiffs' Exhibit 31 (Landlord Letter)           168
Plaintiffs' Exhibit 32 (UCC)                       171
Plaintiffs' Exhibit 34 (UCC)                       171
Plaintiffs' Exhibit 36 (Intercreditor Ag.)         171
Plaintiffs' Exhibit 37 (Loan Agreement)            174
Plaintiffs' Exhibit 38 (Opinion Letter)            176
Plaintiffs' Exhibit 39B (Texts)                    178
Plaintiffs' Exhibit 39C (Texts)                    185
Plaintiffs' Exhibit 40 (Gray Affidavit)            188
Plaintiffs' Exhibit 41 (DACA)                      190
Plaintiffs' Exhibit 42 (Invoices)                  191
Plaintiffs' Exhibit 43 (Spreadsheet)               192
Plaintiffs' Exhibit 44 (List of vehicles)          193
Plaintiffs' Exhibit 39 (Settlement)                228
Plaintiffs' Exhibit 45 (Default letter)            236

EXHIBITS (CONTINUED)

Plaintiffs' Exhibit 46 (Crispin report)           239
Plaintiffs' Exhibit 47 (Complaint)               241
Plaintiffs' Exhibit 48 (Farache Affidavit)       243
Plaintiffs' Exhibit 49 (Crispin Affidavit)       245
Plaintiffs' Exhibit 50C (Texts)                  246
Plaintiffs' Exhibit 51 (Farache Affidavit)       247
Plaintiffs' Exhibit 54 (Order)                   250
Plaintiffs' Exhibit 55 (Zankl Affidavit)         250
Plaintiffs' Exhibit 56 (Filing)                  251
Plaintiffs' Exhibit 57 (Filing)                  252
Plaintiffs' Exhibit 94 (Agreement)               254
Plaintiffs' Exhibit 95 (Waiver)                  257
Plaintiffs' Exhibit 96 (Promissory note)         257
Plaintiffs' Exhibit 97 (Agreement)               258
Plaintiffs' Exhibit 98 (Agreement)               259
Plaintiffs' Exhibit 99 (Agreement)               260
Plaintiffs' Exhibit 100 (Agreement)              263
Plaintiffs' Exhibit 101 (Agreement)              264
Plaintiffs' Exhibit 102 (Agreement)              264
Plaintiffs' Exhibit 103 (Agreement)              266
Plaintiffs' Exhibit 104 (E-mail)                 268
Plaintiffs' Exhibit 105 (Chase statement)        269
Plaintiffs' Exhibit 106 (Zankl declaration)      269

THEREUPON

Scott Zankl, a witness of lawful age, taken by the Plaintiffs, for the purpose of discovery and for use as evidence in the above-entitled matter wherein FVP OPPORTUNITY FUND, III,LP, et al., are the plaintiffs and KARMA OF BROWARD, INC., et al., are the defendants, pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Fort Lauderdale, Florida, pursuant to notice heretofore filed, before Donna Meyers, Court Reporter, a Notary Public in and for the State of Florida At Large, taken via videoconference, on the 15th day of July, 2024, commencing at 9:35 a.m.

* * * * * *

WHEREUPON

The following proceedings were had:

THE VIDEOGRAPHER:  In the case styled FVP Opportunity Fund III, LP, et al. vs. Karma of Broward, Inc., this is the continued video recorded deposition of Scott Zankl.  This deposition is taking place via Zoom on July 15, 2024.  The time is now 9:42 a.m.  Our videographer is Oliver Lee.

Counsel will state their appearances for the record, after which our court reporter,

Donna Meyers, will swear in the witness.

MR. BRESLIN: Yes. Good morning, Jerry Breslin, for the FVP parties, and before you swear the witness, Donna, I'd like to make a statement on the record.

MR. WINDERMAN: Harry Winderman, for the deponent.

MS. KLOPP: Amanda Klopp, for Millco Atwater.

MR. OSHEROW: Mark Osherow, for Lisa Farache and 1001 Clint Moore.

MR. GHERMAN: Scott Gherman, for Moshe Farache.

MR. LETO: Matt Leto, Hi Bar.

MR. DORSEY: Patrick Dorsey, for the Franklin parties.

MR. FELDMAN: Andrew Feldman, for Kurkin, Forehand Brandes and Marc Brandes.

MR. BRESLIN: So no one from the Lubin parties are here?

MR. STILLMAN: Branden Stillman, on behalf of Josh Lubin, I'm sorry.

MR. BRESLIN: Okay. Good, thank you, Branden.

Okay. For the record, this is a

Prestige Reporting Service, Inc. (954) 764-7297 | info@prestigereportingservice.com

continuation of Mr. Zankl's deposition, and we were in the middle of the examination that was being conducted by counsel for Millco Atwater.

By agreement with counsel of Millco Atwater, the FVP parties, who are next in line, are going to go now with the understanding that at the conclusion of our examination of Mr. Zankl that Millco Atwater will then finish their examination. So that was the agreement that was made between the FVP parties and Millco Atwater.

Ms. Klopp, does that comport with your understanding?

MS. KLOPP: That is correct. Millco Atwater will conclude its Direct Examination of Mr. Zankl after Mr. Breslin concludes.

MR. BRESLIN: Good. All right. Thank you. You can swear in the witness.

WHEREUPON,

SCOTT ZANKL

A witness of lawful age, being recalled as a witness by the Plaintiffs having been first duly sworn, testified under oath as follows:

Scott Zankl - Continued  7-19-2024

93

Q    Okay.  Now, as far as the Franklin loans and the Franklin documents, were they already signed?

A    No, no.

Q    Okay.  So before they even gave you documents to sign, Spin had to give Franklin a payoff letter, and for him to send Franklin the payoff letter, he required that you sign the Hi Bar MCA, is that correct?

A    Correct.

Q    Okay.  So now you're on the golf course, and now you get -- now what happens?

A    I get the Docusign.

Q    From whom?

A    From Mr. Lubin.

Q    And what was in the Docusign?

A    The MCA contract from Hi Bar.

Q    Okay.  And so how did you sign it?

A    Well, I signed it right on the golf course, right in the middle -- right in the middle of the round I was playing.

Q    Okay.  Was that on your phone?

A    Yes.

Q    Did you review the document at all before you signed it?

Scott Zankl - Continued   7-19-2024

94

A     No, and I should have.  I just took this guy's word that he was just going to refinance the debt.

Q     What guy?

A     Mr. Lubin.

MR. LETO:   Move to strike as nonresponsive.

Go ahead.

BY MR. BRESLIN:

Q     So Mr. Lubin told you that the Hi Bar deal was simply going to be a refinance of what was already outstanding, is that accurate?

THE WITNESS:   Yes.

MR. LETO:   Object to the form.

BY MR. BRESLIN:

Q     All right.  There's going to be some objections, Mr. Zankl, so wait for the objections, okay?

A     Yeah.

Q     Okay.  All right.  So did Mr. Lubin tell you that the document that he was sending you was going to be a refinance of the amount that was owed to Spin?

MR. LETO:   Object to the form.

THE WITNESS:   Yes.

BY MR. BRESLIN:

Q    Okay.  And when the MCA document came in the Docusign, was that, in fact, the Hi Bar MCA contract that came in the Docusign?

A    Yes.

Q    Did you sign it?

A    Yes.

Q    Did you read it before you signed it?

A    Not as well as I should have, no, I didn't.

Q    Okay.  And this was on your phone?

A    Yes.

Q    And so did there come a time that -- well, let me back up.

There was a requirement that your wife sign it, also, correct?

A    Yes.

Q    Okay.  And you testified previously that you, in fact, signed for your wife, correct?

A    Yes.

Q    Okay.  Now, when if ever did you become aware that the Hi Bar MCA was not simply a refinance?

A    Not until, I think, a day or day after the fact that -- when I got to my office that I printed

Is that a true statement?

A    Yes.

MR. BRESLIN:  All right.  Mr. Zankl, thank you very much, and thank you for your patience.  That's all I have for today.

We're going to continue this on the 23rd at 10:15, and we will adjourn this depo until that date.

Does that date work for you?

THE WITNESS:  Yes, yes.

MR. BRESLIN:  Okay.  Very well.  I will see you on the 23rd at 10:15, and it will be the same thing.  It will be by Zoom and there will be a court reporter and a videographer.

THE WITNESS:  Okay.

MR. BRESLIN:  Thank you very much.  We're off the record, Donna and Oliver.  I'll take copies.

THE VIDEOGRAPHER:  We're off the record at 5:05.

(Thereupon, the deposition was adjourned at 5:05 p.m.)

271

CERTIFICATE OF OATH

STATE OF FLORIDA       )

COUNTY OF BROWARD       )

      I, DONNA MEYERS, Notary Public in and for the State of Florida at Large, do hereby certify that SCOTT ZANKL, personally appeared via videoconference on this 15th day of July, 2024.


      Identification Produced:  Driver's License

      WITNESS my hand and official seal this 25th day of July 2024.




                              _Donna Meyers_

                              Donna Meyers
                              Court Reporter, Notary Public
                              Commission # HH010200
                              Expires August 13, 2024

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA       )
                       )  SS:
COUNTY OF BROWARD       )

I, DONNA MEYERS, Court Reporter and Notary Public for the State of Florida at Large, do certify that I was authorized to and did stenographically report the deposition of Scott Zankl; that a review of the transcript was not requested and that the foregoing transcript, Pages 1 through 272 is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, of any of the parties, nor relative or employee of such attorney or counsel, or financially interested in the foregoing action.

This certification does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the reporter.

Dated this  25th day of July 2024.


*Donna Meyers*
_____

Donna Meyers

Prestige Reporting Service, Inc. (954) 764-7297 | info@prestigereportingservice.com