# THE LAW OFFICES OF STEVEN ZAKHARYAYEV

10 West 37th St, Rm 602, NEW YORK, N.Y. 10018

**Steven Zakharyayev, Esq.**          **Tel: 954-604-4222**
**Managing Attorney**                 **Steven@StevenZLaw.com**

**January 10, 2022**

Re:    **Hi Bar Capital, LLC and Excell Auto Group, Inc. et al**
       **Escrow Agreement**

Hi Bar Capital, LLC, as 30% participant in the above-named matter, and Spin Capital, LLC, as 70% participant, hereby agree to direct payments to the trust account for the Law Offices of Steven Zakharyayev. ("Escrow Agent")

The parties further agree that Escrow Agent shall disburse each payment to the following account:

TD Bank NA
6000 Atrium Way,
Mount Laurel, NJ 08054

Account Name: Spin Capital LLC
Account Address: 1460 Arboretum Parkway Lakewood, NJ 08701
Routing Number: 031101266
Account Number: ▆▆▆▆6504

Escrow Agent shall direct payments at the direction of both parties to this agreement.  Should a dispute arise, Escrow Agent may hold the funds until a court order is received or disburse the funds to a court registry until the matter is determined by a court of competent jurisdiction.

| HI BAR CAPITAL, LLC | SPIN CAPITAL, LLC |
|---|---|
| DocuSigned by: *Yisroel Herbst* —4313A64F497840D... | DocuSigned by: *Josh Lubin* —8C1F4BC2DA904D5... |
| Name: Yisroel Herbst | Name: Arvumi Lubin |
| Title: Owner | Title: Owner |

**PLAINTIFF'S EXHIBIT**

**33**

**New York ● New Jersey ● Florida**

SPIN_046056