PLAINTIFF'S
EXHIBIT

**34**

 BankFind Suite Home | Back to Search Results

# OptimumBank

## Institution Details

Data as of 12/20/2024



**FDIC Insured**
Since 11/01/2000

**FDIC Cert #**
35430

**Established**
11/01/2000

**Bank Charter Class**
State Chartered Banks, not member of the Federal Reserve System (FRS)

**Primary Federal Regulator**
Federal Deposit Insurance Corporation

**Main Office Address**
2929 E Commercial Blvd
Fort Lauderdale, FL 33308

**Primary Website**
www.optimumbank.com

**Locations**
4 domestic locations: 1 state and 0 territories.
0 in foreign locations.

**Financial Information**
Create financial reports for this institution

**Consumer Assistance**
Complaints & Questions with Personal Information

**Contact the FDIC**
Questions about Bank Information

Get additional detailed information by selecting from the following:

| Locations | History | Institution Profile | Other Names |

## 4 Branch Offices

Hide ⌃

**Results**
25

◄ | 1 | ►

**Page #**

Go

**Address**

| 80028 | Main Office | Optimumbank | 2929 E Commercial Blvd Fort Lauderdale, FL 33308 | Fort Lauderdale | Broward | FL | Full Ser Brick / Mort |
|---|---|---|---|---|---|---|---|
| 422438 | 1 | Ft Lauderdale Branch | 2929 E Commercial Blvd Suite 101 And 301 Fort Lauderdale, FL 33308 | Fort Lauderdale | Broward | FL | Full Ser Brick / Mort |
| 425165 | 2 | Shoppes Of Hillsboro Shopping Center Branch | 2215 W Hillsboro Blvd Deerfield Beach, FL 33442 | Deerfield Beach | Broward | FL | Full Ser Brick / Mort |
| 666364 | 5 | North Miami Beach Branch | 757 Ne 167th Street North Miami Beach, FL 33162 | North Miami Beach | Miami-Dade | FL | Full Ser Brick / Mort |