

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)

__X___NEW. _____CHANGE

**CHASE**

ACCOUNT NO.
 318*

BANK NAME/NUMBER
 JPMorgan Chase Bank, N.A. ( 021 )

ACCOUNT TITLE
 EXCELL AUTO GROUP. INC.

BRANCH NAME AND NO.
 BOCA RATON DOWNTOWN - 74*709

DATE
 04/29/2020

BUSINESS ADDRESS
 1001 CLINT MOORE RD STE 101
 BOCA RATON, FL 33487-2830
 United States/US Territories

PREPARED BY
 RONALYN L LABAO

PHONE NO.
 (844) 249-3709

TAXPAYER ID NO.

PRODUCT TYPE
Chase Platinum Business Checkin

Legal Name of Organization:     EXCELL AUTO GROUP. INC.                                                                         (the "Organization")

State of Organization: ___FL_

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary. Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws. if any. and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone. may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank.
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature. such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer. electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization. even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks. drafts. notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| SCOTT ZANKL | Signer | |
| TEDDI JEANNINE SOFOUL | Signer | |
| NIDIA HELENA LEIVA | Signer | |
| KRISTEN N ZANKL | President | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

*The Secretary. Assistant Secretary. Acting Secretary or President of the Organization. acting alone, is authorized to certify to the Bank the name. title, specimen signature and facsimile signature of any additional Authorized Person. or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES. the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States. you may leave this field blank.]

**CERTIFICATION**

*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Signature: _____                                    Date. 04/29/2020

Title:   President

Printed Name:   KRISTEN N ZANKL

  

BUSINESS DEPOSITORY CERTIFICATE (Corporation)          CHASE 🔾

ACCOUNT NO.     3181

Signature:                                                          Date:
Title:
Printed Name:

Signature:                                                          Date:
Title:
Printed Name:

Signature:                                                          Date:
Title:
Printed Name:

Signature:                                                          Date:
Title:
Printed Name:

Signature:                                                          Date:
Title:
Printed Name:

Signature:                                                          Date:
Title:
Printed Name:

Signature:                                                          Date:
Title:
Printed Name:

Signature:                                                          Date:
Title:
Printed Name:

DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2                                      M1-207-03-CS (03/16)



  

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)

__X__ NEW _____ CHANGE

ACCOUNT NO.
3199
ACCOUNT TITLE
EXCELL AUTO GROUP, INC.

BUSINESS ADDRESS
1001 CLINT MOORE RD STE 101
BOCA RATON, FL 33487-2830
United States/US Territories

TAXPAYER ID NO.
_ _

PRODUCT TYPE
Chase Platinum Business Checkin..

**CHASE ◯**

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 021 )
BRANCH NAME AND NO.
BOCA RATON DOWNTOWN - 741769
DATE
04/29/2020
PREPARED BY
RONALYN L LABAO

PHONE NO.
(844) 249-3709

Legal Name of Organization:   EXCELL AUTO GROUP, INC.    (the "Organization")

State of Organization:   FL

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| SCOTT ZANKL | Signer | |
| TEDDI JEANNINE SOFOUL | Signer | |
| NIDIA HELENA LEIVA | Signer | |
| KRISTEN N ZANKL | President | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

*The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION*

*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Signature: _____   Date:  04/29/2020

Title:   President

Printed Name:   KRISTEN N ZANKL

DISTRIBUTION: 1) National Account Services 2) Customer

Page 1 of 2

JPMorgan Chase Bank, N.A. Member FDIC

M1 207-03-CS (03/16)

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**

**CHASE ⬡**

ACCOUNT NO.    3199

Signature: _____    Date: _____
Title: _____
Printed Name: _____

Signature: _____    Date: _____
Title: _____
Printed Name: _____

Signature: _____    Date: _____
Title: _____
Printed Name: _____

Signature: _____    Date: _____
Title: _____
Printed Name: _____

Signature: _____    Date: _____
Title: _____
Printed Name: _____

Signature: _____    Date: _____
Title: _____
Printed Name: _____

Signature: _____    Date: _____
Title: _____
Printed Name: _____

Signature: _____    Date: _____
Title: _____
Printed Name: _____

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2    M1 207 03 CS (03/16)

 

  

## CHASE 🞖

**Business Signature Card**

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** | |
| EXCELL AUTO GROUP, INC. | |

| | |
|---|---|
| **ACCOUNT NUMBER** | 3181 |
| **ACCOUNT TYPE** | Chase Platinum Business Checking |
| **TAXPAYER ID NUMBER** | |
| **DATE OPENED** | 04/29/2020 |
| **FORM OF BUSINESS** | S-Corporation |
| **ISSUED BY** | JPMorgan Chase Bank, N.A. ( 021 ) |
| | BOCA RATON DOWNTOWN - 741769 |
| | RONALYN L LABAO |
| | (844) 249-3709 |
| | 04/29/2020 |

**BUSINESS ADDRESS**
1001 CLINT MOORE RD STE 101
BOCA RATON, FL 33487-2830
United States/US Territories

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | I | FL | 02/02/2009 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| SCOTT ZANKL | | Signer | 5-5-20 | |
| TEDDI JEANNINE SOFOUL | | Signer | 5-6-20 | |
| NIDIA HELENA LEIVA | | Signer | 4-30-20 | |
| KRISTEN N ZANKL | | President | 5-5-20 | |

M1207-01-CS 10617 (3r14 v2)





  

**CHASE** 🔵

## Business Signature Card

| | | |
|---|---|---|
| ACCOUNT TITLE ("DEPOSITOR") EXCELL AUTO GROUP, INC. | ACCOUNT NUMBER | 3199 |
| | ACCOUNT TYPE | Chase Platinum Business Checking |
| | TAXPAYER ID NUMBER | |
| | DATE OPENED | 04/29/2020 |
| | FORM OF BUSINESS | S-Corporation |
| | ISSUED BY | JPMorgan Chase Bank, N.A. ( 021 ) |
| BUSINESS ADDRESS 1001 CLINT MOORE RD STE 101 BOCA RATON, FL 33487-2830 United States/US Territories | | BOCA RATON DOWNTOWN - 741769 RONALYN L LABAO (844) 249-3709 04/29/2020 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | FL | 02/02/2009 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| SCOTT ZANKL | | Signer | 5-5-20 | |
| TEDDI JEANNINE SOFOUL | | Signer | 5-6-20 | |
| NIDIA HELENA LEIVA | | Signer | 4-30-20 | |
| KRISTEN N ZANKL | | President | 5-5-20 | |

