



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

ORDERED in the Southern District of Florida on January 22, 2025.

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

    Debtor.
_____/

NICOLE TESTA MEHDIPOUR, as
Chapter 7 Trustee for Excell Auto Group, Inc.,

    Plaintiff,

v.

HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;
YISROEL HERBST; MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST; AVRUMI LUBIN
a/k/a JOSH LUBIN; FRANKLIN CAPITAL
FUNDING, LLC; and FRANKLIN CAPITAL
GROUP, LLC, d/b/a Wing Lake Capital,

    Defendants.
_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Proc. No.: 23-01132-EPK

**ORDER SETTING BRIEFING SCHEDULE**
**ON MOTION FOR PARTIAL SUMMARY JUDGMENT**

    **THIS MATTER** came before the Court upon the *Plaintiff's Motion for Partial Summary Judgment Against Hi Bar Capital, LLC and Spin Capital, LLC* [ECF No. 183]

(the "Motion for Summary Judgment") filed by Nicole Testa Mehdipour, as Chapter 7 Trustee for Excell Auto Group, Inc. (the "Plaintiff"). With the Court being fully advised in the premises, it is **ORDERED** that:

1. Hi Bar Capital, LLC and Spin Capital, LLC (the "Defendants") each has until February 18, 2025 to respond to the Motion for Summary Judgment. The title of the responsive pleading must reference the title of the original motion. Failure to file a timely response may result in the granting of the Motion for Summary Judgment.

2. The Plaintiff will then have until March 11, 2025 to file a reply to the responses. The title of any such reply must reference the title of the original motion.

###

Copies Furnished To:

Jason S. Rigoli, Esq.

*Jason S. Rigoli, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*