UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

      Debtor.

_____/

Case No.: 22-12790-EPK
Chapter 7

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

      Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

      Defendant(s).

_____/

Adv. Pro. No. 23-01132-EPK

**THIRD JOINT AGREED MOTION TO CONTINUE PRETRIAL CONFERENCE
AND EXTEND CERTAIN PRETRIAL DEADLINES**

Nicole Testa Mehdipour ("**Plaintiff**"), Chapter 7 trustee for the estate of Excell Auto Group, Inc., and Defendants Hi Bar Capital, LLC, Spin Capital, LLC a/k/a Spin Capital, Yisroel Herbst, Mordechai Dov Ber Herbst a/k/a Mordi Herbst, Avrumi Lubin a/k/a Josh Lubin, Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital, by and through their respective undersigned counsel, file this *Third Joint Agreed Motion to Continue Pretrial Conference and Extend Certain Related Pretrial Deadlines* ("**Agreed Motion**") and respectfully states as follows:

1.     The Pretrial Conference is currently scheduled for February 12, 2025 at 10:00 a.m. [ECF No. 153]. The Parties jointly move this Court to continue the Pretrial Conference to June

1

2025 to allow the parties to fully brief and the Court to rule on the motions for summary judgment and the parties to proceed in this adversary in the most efficient, cost-effective manner possible.

### **Procedural Background**

2.      On June 30, 2023, the Plaintiff filed a complaint against the Defendants named herein.

3.      On July 3, 2023, the Court issued a *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [ECF No. 3] and *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 4].  The Scheduling Conference was set for September 13, 2023.

4.      On September 14, 2023, the Plaintiff filed a *Corrected First Amended Complaint* [ECF No. 17][1] to correctly name certain of the Defendants, drop other parties, and clarify certain of the allegations.

5.      The Court issued a summons for the newly added parties and a new *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 19].   The Scheduling Conference was set for October 11, 2023.

6.      Pursuant to this Scheduling Order, the parties conferred and agreed to a pretrial date and the form of the Order Setting Filing and Disclosure Requirements for Pretrial and Trial along with the timing of the Pretrial Conference.

7.      The Court conducted the scheduling Conference on October 11, 2023.  On October 16, 2023, Spin Capital and Mr. Lubin filed a Motion to Dismiss.  On October 19, 2023, Hi Bar Capital and Messrs. Herbst filed their Motion to Dismiss.

---

[1] Plaintiff filed the First Amended Complaint [ECF No. 15] on September 11,2023.

8. Briefing for the Motions to Dismiss took through and including December 20, 2023.

9. On March 12, 2024, the Court issued an oral ruling on the Motions to Dismiss, denying them both and permitting the Plaintiff time to further amend certain counts in *Corrected First Amended Complaint*. *See Order Denying Motions to Dismiss* [ECF No. 64].

10. The Plaintiff filed a *Second Amended Complaint* on March 27, 2024 [ECF No. 75].

11. The Defendants filed their respective Answers and Affirmative Defenses on April 24, 2024 and May 17, 2024 [ECF No. 90, 101, and 102].

12. The parties participated in a mediation with Patricia Redmond, Esq. on July 22, 2024, which resulted in an impasse.

13. Hi Bar, Yisroel Herbst, and Mordecai Herbst filed *Hi-Bar Capital, LLC, Mordecai Herbst, and Yisroel Herbst's Motion for Summary Judgment* [ECF No. 168], in which Spin Capital, LLC and Avrumi ("Josh") Lubin filed a joinder [ECF No. 174] and for which briefing is to be completed on February 27, 2025 [ECF No. 175].

14. Plaintiff filed *Plaintiff's Motion for Summary Judgment against Hi Bar Capital, LLC and Spin Capital, LLC* [ECF No. 183] for which briefing is to be completed on March 11, 2025 [ECF No. 186].

15. The parties have been engaged in discovery, which is ongoing. The parties currently have five depositions scheduled or agreed upon, however, due to schedule conflicts of the various parties the depositions are scheduled through February 24, 2025, with the deposition of the Plaintiff's expert still to be scheduled based upon the availability of the parties.

16. This is the third request to continue the Pretrial Conference.

**Relief Requested**

17.     Counsel for Plaintiff and all Defendants have conferred, agree to, and jointly move this Court to continue the pretrial conference and related deadlines, except for the expert deadline and deadline to file motions for summary judgment.  Counsel have also agreed to the form of the order attached hereto.

18.     Accordingly, the parties request a continuance of the pretrial conference to the June 2025 pretrial calendar, along with all related deadlines to allow mediation to occur, the Plaintiff to seek relief to and amend the complaint to add new parties and allow this adversary to move forward in a thorough but economically efficient manner.

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) continuing the February 12, 2025 Pretrial Conference to the Court's June 2025 pretrial Calendar, with all related pretrial deadlines to be calculated from the rescheduled Pretrial Conference date; and (iii) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 24th day of January 2025.

| **FURR AND COHEN, P.A.** | **LETO LAW FIRM** |
|---|---|
| 2255 Glades Road, Suite 419A | 201 S. Biscayne Blvd., Suite 2700 |
| Boca Raton, FL 33431 | Miami, FL 33131 |
| Telephone: 561-395-0500 | Telephone: 305-341-3155 |
| Facsimile: 561-338-7532 | Facsimile: 305-397-1168 |
| | |
| */s/ Alan R. Crane* | */s/ Matthew P. Leto* |
| Alan R. Crane, Esq. | Matthew P. Leto |
| Florida Bar No.: 0963836 | Florida Bar No.: 014504 |
| E-Mail: acrane@furrcohen.com | E-Mail: mleto@letolawfirm.com |
| | E-Mail: kzelaya@letolawfirm.com |
| | |
| *Special Counsel to Plaintiff, Nicole Testa Mehdipour, Trustee* | *Counsel to Hi Bar Capital, LLC, Mordecai Herbst, and Yisroel Herbst* |

4

| | |
|---|---|
| **SHRAIBERG PAGE P.A.**<br>2385 NW Executive Center Drive, Suite 300<br>Boca Raton, FL 33431<br>Telephone: 561-443-0800<br>Facsimile: 561-998-0047<br><br>*/s/ Patrick Dorsey*<br>Patrick Dorsey, Esq.<br>Florida Bar. No.: 0085841<br>E-Mail; pdorsey@slp.law<br><br>*Counsel to Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital* | **KLUGER, KAPLAN, SILVERMAN, KATZEN, & LEVINE, P.L.**<br>201 S. Biscayne Blvd., Suite 2700<br>Miami, FL 33131<br>Telephone: 305-341-3155<br>Facsimile: 305-397-1168<br><br>*/s/ Marko Cerenko*<br>MARKO F. CERENKO, ESQ.<br>Florida Bar No.: 221501<br>E-Mail: mcerenko@klugerkaplan.com<br><br>*Attorneys for Avrumi (Josh) Lubin and Spin Capital, LLC* |