UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

**EXCELL AUTO GROUP, INC.**

Case No.: 22-12790-EPK
Chapter 7

Trustee._____/

NICOLE TESTA MEHDIPOUR,
Chapter 7 Trustee for EXCELL AUTO
GROUP, INC.

Adv. Case No. 23-01132-EPK

Plaintiff,

v.

HI BAR CAPITAL, LLC, et. al.,

Defendants(s).

_____/

## RESPONSE TO MOTION TO WITHDRAW

COMES NOW the Defendant, Pro-Se, and files his RESPONSE to Carmen Contreras-Martinez, Candice L. Kline, Jorge Garcia, and the firm of Saul Ewing LLP's (collectively, **"Saul Ewing"**), motion for leave to withdraw as counsel for Defendants, SPIN CAPITAL, LLC and AVRUMI LUBIN a/k/a JOSH LUBIN (**"Defendants"**) pursuant to Local Rule 2091-1 and the Rules Regulating the Florida Bar 4-1.16, and in support states as follows:

1.  In their Motion, Saul Ewing states in paragraph 1 that there are fundamental disagreements with the defendants as to actions to be taken in this case. This statement is misleading to the Court, Saul Ewing has harmed Defendant by failing to:

    a.  Communicate with defendants as required by the Florida Bar Rules

        i.  This failure was severe enough that Defendants expect to file a complaint with the Florida Bar to preserve their rights and interests.

    b.  *"Assert claims seeking to enforce an assignment of claims in the litigation,"* pursuant to the retainer agreement signed on 8/22/2024. **[SEE EXHIBIT A]**

    c.  Timely Respond to Discovery request from Alan Crane on behalf of the Trustee, with no explanation to Defendant as to why.

2.      Saul Ewing should not be allowed to withdraw while Defendant's rights and interests are subject to harm.

3.      Defendant seeks Sanctions against Saul Ewing for their egregious behavior.

4.      Defendant asks the court to set an Evidentiary Hearing as to these issues and Stay all pending matters in the instant case in order to preserve Defendant's rights.

5.      Defendant seeks a Protective Order in Order to preserve their rights and protect themself from harms which may have been brought upon them by the failures of Saul Ewing.

WHEREFORE, the Defendant prays for the Motion to be Denied, for Sanctions against Saul Ewing, an Evidentiary Hearing to address these claims, a Stay on all pending matters in the instant case, and a Protective Order for Defendant, more particularly Avrumi Lubin, to protect him from potential harm brought upon him through no fault of his own, and for any such additional relief the Court Deems just and Proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing shall be served to all parties registered with CM/ECF in the instant case upon docketing by the Clerk and via email directly to:

carmen.contreras-martinez@saul.com
jorge.garcia@saul.com

Avrumi Lubin
Pro-Se
josh@spincapital.com