**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

NICOLE TESTA MEHDIOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*

     Defendants.

_____/

CASE NO.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**DEFENDANTS' RESPONSE IN OPPOSITION TO**
**MOTION TO WITHDRAW [D.E. 179]**

Defendants, SPIN CAPITAL, LLC and AVRUMI LUBIN a/k/a JOSH LUBIN (collectively, the "Defendants"), hereby file their limited response in Opposition to the Motion to Withdraw [D.E. 179] filed by the law firm of Saul Ewing, LLP, Ms. Carmen Contreras-Martinez, Esq., Ms. Candice L. Kline, and Mr. Jorge Gacia, Esq. (collectively, the "Law Firm"), and in support state as follows:

1. On January 14, 2025, the Law Firm filed its Motion to Withdraw [D.E. 179].

2. On January 27, 2025, Defendants filed their Response to the Motion to Withdraw *Pro Se* (the "Response") [D.E. 192].

3. On January 27, 2025, the Court ordered the Response stricken without prejudice [D.E. 193]. Pursuant to the paperless order, the Court stated that it "will not consider any document or request for relief filed by [Defendants] other than through his counsel."

4. Accordingly, despite the fact that undersigned is filing his own Motion to Withdraw, as current counsel of record, Defendants requested undersigned file this Response in Opposition to the Motion to Withdraw opposing the Law Firm's withdrawal, and Defendants' request to have an opportunity to be heard on the issue, pursuant to the arguments raised in the Response, which is attached hereto as **Exhibit "A."**.[1]

   **WHEREFORE**, Defendants, SPIN CAPITAL, LLC and AVRUMI (JOSH) LUBIN, oppose the relief sought in the Motion to Withdraw in this proceeding based on the arguments raised in the Response, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN,
KATZEN, & LEVINE, P.L.**
*Co-counsel for Defendants, Spin Capital, LLC and
Avrumi (Josh) Lubin*
201 S. Biscayne Blvd., Suite 2700
Miami, Florida 33131
Tel: (305) 379-9000
Fax: (305) 379-3428

By: */s/ Marko Cerenko*
         MARKO F. CERENKO, ESQ.
         Florida Bar No.: 221501
         mcerenko@klugerkaplan.com

---

[1] Defendants' undersigned counsel will not be present at the currently set hearing on the Motion to Withdraw due to a prior conflict, as undersigned counsel is appearing at a special set hearing (Final Pretrial Conference and Final Case Management Conference) in front of the Hon. Thomas Rebull in the 11th Judicial Circuit in the matter of *Peter Ehrlich v. Tim Hogle, et al.*, Case No. 23-016898.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 27, 2025, a true and correct copy of the foregoing

was filed with the Clerk of the Court using CM/ECF and served on all CM/ECF registered users

identified in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Marko Cerenko*
    **Marko F. Cerenko, Esq.**