

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

CASE NO.: 22-12790-EPK

EXCELL AUTO GROUP, INC. Chapter 7
Debtor.

_____/

NICOLE TESTA MEHDIOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.
    Plaintiff,
v.

Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, et al.
    Defendants.

_____/

## NOTICE OF TERMINATION OF DEFENSE COUNSEL
## AND NOTICE TO PROCEED PRO SE/NOTICE OF APPEARANCE

COMES NOW, Defendant, AVRUMI LUBIN a/k/a JOSH LUBIN ("Lubin"), gives notice to all parties that he, in his individual capacity, has terminated the employment of and/or otherwise severed his relationship with attorney Marko Cerenko, Esq. and the law firm of Kluger, Kaplan, Silverman, Katzen & Levine, and all their employed associates, of counsel and independent counsel retained to cover for them, as defense counsel, for Lubin solely in his individual capacity, without withdrawal of representation of Spin Capital, LLC, which Lubin vehemently opposes the withdrawal thereof. Further, Lubin enters his notice to appear in this matter as a pro se litigant directs all parties, henceforth, to serve any and all, pleadings, motions, notices and other documents upon him at his designated email address listed below.

Regards,

/s/

Avrumi Lubin, Pro Se
1460 Arboretum Parkway
Lakewood, NJ 08701
(718) 570-3796
Office@spincapital.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the foregoing has been served upon counsel, on the

following persons below, on this 28th day of January, 2025.

Regards,

/s/

Avrumi Lubin, Pro Se
1460 Arboretum Parkway
Lakewood, NJ 08701
(718) 570-3796
Office@spincapital.com

Mr. Marko Cerenko, Esq.
KLUGER, KAPLAN, SILVERMAN,
KATZEN, & LEVINE, P.L.
201 S. Biscayne Blvd., Suite 2700
Miami, Florida 33131
Tel: (305) 379-9000
Fax: (305) 379-3428
mcerenko@klugerkaplan.com