

**ORDERED in the Southern District of Florida on January 29, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 22-12790-EPK
                                                               Chapter 7
EXCELL AUTO GROUP, INC.

      Debtor,

_____/

NICOLE TESTA MEHDIPOUR,                                         Adv. Case No. 23-01132-EPK
Chapter 7 Trustee for EXCELL AUTO
GROUP, INC.,

      Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

      Defendant(s).

_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER came before the Court for hearing on January 28, 2025 upon Carmen

Contreras-Martinez, Candice Kline, Jorge Garcia and the law firm of Saul Ewing LLP's Motion

Case No. 23-01132-EPK

to Withdraw as Counsel for Avrumi Lubin a/k/a Josh Lubin and Spin Capital, LLC [ECF 179] (the "**Motion**") and the Court having reviewed the motion and having heard argument of counsel hereby **ORDERS** as follows:

1.       The Motion is **GRANTED**.

2.       Carmen Contreras-Martinez, Candice Kline, Jorge Garcia and the law firm of Saul Ewing LLP are hereby relieved of any further responsibility in this matter.

3.       Avrumi Lubin a/k/a Josh Lubin and Spin Capital, LLC ("**Defendants**") continue to be represented by Mark Cerenko of Kluger, Kaplan, Silverman, Katzen & Levine, P.L to whom all parties are hereby ordered to serve any further filings in this matter related to the Defendants.

# # #

Submitted by:

Carmen Contreras-Martinez
Florida Bar No. 093475
Saul Ewing LLP
701 Brickell Avenue, 17th Floor
Miami, Florida 33131
Tel. Number: (305) 428-4528
Facsimile Number: (305) 675-6174
E-mail: carmen.contreras-martinez@saul.com

Attorney Contreras-Martinez is directed to serve a copy of this Order on all interested parties and file a Certificate of Service.