

**ORDERED in the Southern District of Florida on February 4, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**


**In re:**

**EXCELL AUTO GROUP, INC.**                               **Case No. 22-12790-EPK**
                                                          **Chapter 7**

        **Debtors.**
_____/

**NICOLE TESTA MEHDIPOUR,**
**as Chapter 7 Trustee for**
**Excell Auto Group, Inc.,**

        **Plaintiff,**
**v.**                                                    **Adv. Pro. No. 23-01132-EPK**

**HI BAR CAPITAL, LLC,** *et al.*,

        **Defendants.**
_____/

**ORDER DIRECTING ATTORNEYS CERENKO AND EGOZI**
**TO ATTEND HEARING IN PERSON**

        THIS MATTER came before the Court *sua sponte*. The Court scheduled a hearing on

February 12, 2025 at 10:30 A.M. on (a) the *Motion to Withdraw as Counsel* [ECF No. 195]

filed by Marko F. Cerenko, Esq. as counsel to defendants Spin Capital, LLC and Avrumi Lubin,  (b) the *Notice of Termination of Defense Counsel and Notice to Proceed Pro Se/Notice of Appearance* [ECF No. 201] filed by defendant Avrumi Lubin *pro se*, and (c) the *Motion to Withdraw as Counsel for Defendants Spin Capital and Avrumi Lubin* [ECF No. 208] filed by Bernard L. Egozi, Esq. as counsel to defendants Spin Capital, LLC and Avrumi Lubin.  At this time, Spin Capital, LLC and Avrumi Lubin are represented by both Mr. Cerenko and Mr. Egozi in this adversary proceeding.

With the Court being fully advised in the premises, it is ORDERED AND ADJUDGED that Marko F. Cerenko, Esq. and Bernard L. Egozi, Esq. must appear in person (and not by video conference) at the February 12, 2025 hearing on the Motions [ECF Nos. 195; 201; 208].

###

Copies furnished to:

Marko F. Cerenko, Esq.

*Marko F. Cerenko, Esq. shall serve a conformed copy of this order upon the defendant(s) and shall file a Certificate of Service of same with the Clerk of Court.*