

**ORDERED in the Southern District of Florida on February 5, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**

          **Case No.: 22-12790-EPK**
          **Chapter 7**

**EXCELL AUTO GROUP, INC.**

      **Debtor.**
_____/

**NICOLE TESTA MEHDIPOUR, as**
**Chapter 7 Trustee for Excell Auto Group, Inc.,**

      **Plaintiff,**

**v.**                                 **Adv. Proc. No.: 23-01132-EPK**

**HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;**
**YISROEL HERBST; MORDECHAI DOV BER**
**HERBST a/k/a MORDI HERBST; AVRUMI LUBIN**
**a/k/a JOSH LUBIN; FRANKLIN CAPITAL**
**FUNDING, LLC; and FRANKLIN CAPITAL**
**GROUP, LLC, d/b/a Wing Lake Capital,**

      **Defendants.**
_____/

**ORDER DENYING MOTION TO DISQUALIFY**

**THIS MATTER** came before the Court upon the *Defendant Avrumi Lubin's Motion to Disqualify Matthew P. Leto, Esq. and Leto Law Firm as Counsel for Hi Bar Capital, LLC, Mordi Herbst, and Yisroel Herbst* [ECF No. 214] (the "Motion").

Local Rule 9010-1(B)(2) provides:

A party who has appeared by attorney cannot thereafter appear or act in his or her own behalf in the case or proceeding–unless the attorney shall first have withdrawn as the attorney pursuant to Local Rule 2091-1–except to file a proof of claim, notices filed under Local Rule 3002.1-1, or a ballot, or to attend and inquire at the meeting of creditors; provided, that the court may in its discretion hear a party in open court, notwithstanding the fact that the party has appeared by or is represented by an attorney.

Mr. Lubin is currently represented by two lawyers, Bernard L. Egozi, Esq. and Marko F. Cerenko, Esq.  Though both seek to withdraw from representation of Mr. Lubin, they remain counsel of record at this time.

Accordingly, the Court **ORDERS AND ADJUDGES** that the Motion [ECF No. 214] is DENIED.

###

Copies Furnished To:

All parties of record