Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 1 of 67

**801. Scott Excell Auto (+15617561933)**

okay

Friday, Dec 17, 2021 4:59 PM

**802. Scott Excell Auto (+15617561933)**

any idea

Friday, Dec 17, 2021 5:26 PM

**803. Josh Lubin**

Hes on it. Let me check

Friday, Dec 17, 2021 5:26 PM

**804. Scott Excell Auto (+15617561933)**

need the UCC please

Friday, Dec 17, 2021 5:27 PM

**805. Josh Lubin**

Just got settlement agreement

Friday, Dec 17, 2021 5:28 PM

**806. Josh Lubin**

Sending docusign now

Friday, Dec 17, 2021 5:28 PM

**807. Scott Excell Auto (+15617561933)**

email

Friday, Dec 17, 2021 5:29 PM

PLAINTIFF'S
EXHIBIT

**10**

LUBIN001699

SPIN_001699

**808. Scott Excell Auto (+15617561933)**

please make sure that
UCC 3 is filed today

Saturday, Dec 18, 2021 10:57 AM

**809. Scott Excell Auto (+15617561933)**

please make sure that
UCC 3 is filed today

i need this

Saturday, Dec 18, 2021 12:11 PM

**810. Scott Excell Auto (+15617561933)**

hello

Saturday, Dec 18, 2021 12:48 PM

**811. Josh Lubin**

Tonight or tomorrow

Saturday, Dec 18, 2021 1:13 PM

**812. Scott Excell Auto (+15617561933)**

I need it today
these guys are all
over me

Saturday, Dec 18, 2021 1:14 PM

**813. Scott Excell Auto (+15617561933)**

any luck

Saturday, Dec 18, 2021 4:44 PM

Generated by GilApps SMS Backup & Print

SPIN_001700



**814. Scott Excell Auto (+15617561933)**

?

Saturday, Dec 18, 2021 4:54 PM

**815. Scott Excell Auto (+15617561933)**

josh

I need this

Saturday, Dec 18, 2021 5:45 PM

**816. Josh Lubin**

I am on it. I told you tonight or tomorrow.

Saturday, Dec 18, 2021 5:49 PM

**817. Scott Excell Auto (+15617561933)**

josh

i need this asap

Sunday, Dec 19, 2021 10:16 AM

**818. Josh Lubin**

Will update you in a few hours

Sunday, Dec 19, 2021 10:17 AM

**819. Scott Excell Auto (+15617561933)**

josh

Sunday, Dec 19, 2021 12:57 PM

**820. Josh Lubin**

About 2 hours

Sunday, Dec 19, 2021 1:04 PM

LUBIN001701

SPIN_001701

Case 23-01132-EPK Doc 221-10 Filed 02/06/25 Page 4 of 67

### 821. Josh Lubin

On it

Sunday, Dec 19, 2021 1:04 PM



### 822. Scott Excell Auto (+15617561933)

josh

it takes 5 min
to file the UCC removal
what's the hold up

Sunday, Dec 19, 2021 1:12 PM

### 823. Josh Lubin

Need settlement agreement in place. It's almost complete

Sunday, Dec 19, 2021 1:12 PM

### 824. Scott Excell Auto (+15617561933)

josh

i am wiring $200,00 tomorrow as well
i need this today if i don't get it today it's bad
I need the UCC removed today

Sunday, Dec 19, 2021 1:37 PM

### 825. Josh Lubin

My lawyer is on it. Give it an hour

Sunday, Dec 19, 2021 1:38 PM

### 826. Scott Excell Auto (+15617561933)

josh i am running out of time

Sunday, Dec 19, 2021 3:33 PM

LUBIN001702

SPIN_001702

**827. Josh Lubin**

On it scott

Sunday, Dec 19, 2021 4:00 PM

**828. Josh Lubin**

Docusign in 15 minutes

Sunday, Dec 19, 2021 4:08 PM

**829. Scott Excell Auto (+15617561933)**

is he filing the ucc removal today

Sunday, Dec 19, 2021 4:34 PM

**830. Josh Lubin**

Yes, as soon as docusign completed.

Sunday, Dec 19, 2021 4:35 PM

**831. Scott Excell Auto (+15617561933)**

have you sent

Sunday, Dec 19, 2021 4:35 PM

**832. Josh Lubin**

Let me check

Sunday, Dec 19, 2021 4:35 PM

**833. Scott Excell Auto (+15617561933)**

nothing

Sunday, Dec 19, 2021 4:43 PM

**834. Scott Excell Auto (+15617561933)**

nothing

Sunday, Dec 19, 2021 4:56 PM

LUBIN001703

SPIN_001703

**835. Josh Lubin**
Hes on it. Just spoke to him
Sunday, Dec 19, 2021 4:57 PM

**S  836. Scott Excell Auto (+15617561933)**
ask your attorney if he knows

Jack Morris in new jersey
Sunday, Dec 19, 2021 5:39 PM

**S  837. Scott Excell Auto (+15617561933)**
josh do

the $2,600 million in the next 30 business days
after that add $300,000 snd if it goes part 45 business days do the $4 mill
But i need this asap
Sunday, Dec 19, 2021 5:58 PM

**S  838. Scott Excell Auto (+15617561933)**
done

please email
me the UcC released asap
Sunday, Dec 19, 2021 6:17 PM

**839. Josh Lubin**
Ur wife signed??
Sunday, Dec 19, 2021 6:18 PM

**S  840. Scott Excell Auto (+15617561933)**
yes
Sunday, Dec 19, 2021 6:18 PM

LUBIN001704

Generated by GilApps SMS Backup & Print

SPIN_001704



**841. Scott Excell Auto (+15617561933)**

did he do the ucc

Sunday, Dec 19, 2021 6:49 PM

**842. Josh Lubin**



Sunday, Dec 19, 2021 6:49 PM

LUBIN001705

SPIN_001705

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 8 of 67



**843. Scott Excell Auto (+15617561933)**

he should of received
an email showing hi bar
removal of the ucc
this does not say anything

Sunday, Dec 19, 2021 6:59 PM

**844. Josh Lubin**

He submitted. Takes time. It's was done scott

Sunday, Dec 19, 2021 6:59 PM

**845. Josh Lubin**

I don't play games

Sunday, Dec 19, 2021 6:59 PM

**846. Josh Lubin**

Can take up to 72 hours

Sunday, Dec 19, 2021 6:59 PM



**847. Scott Excell Auto (+15617561933)**

i know
i need to email them something
showing it was filed
this does not have my company
name or anything

Sunday, Dec 19, 2021 7:00 PM

**848. Josh Lubin**

Let me check

Sunday, Dec 19, 2021 7:01 PM

**849. Josh Lubin**

It was 100% done. It's pending.

Sunday, Dec 19, 2021 7:55 PM



LUBIN001706

Generated by GilApps SMS Backup & Print

SPIN_001706

Case 23-01132-EPK    Doc 221-10    Filed 02/06/25    Page 9 of 67



**850. Scott Excell Auto (+15617561933)**

anything I can show theme

Sunday, Dec 19, 2021 8:22 PM

**851. Josh Lubin**

Will find out tomorrow

Sunday, Dec 19, 2021 10:36 PM

**852. Scott Excell Auto (+15617561933)**

good morning

please send me something i can show them

Monday, Dec 20, 2021 9:07 AM

**853. Josh Lubin**

On it

Monday, Dec 20, 2021 9:33 AM

**854. Scott Excell Auto (+15617561933)**

these guys are all over me

Monday, Dec 20, 2021 10:16 AM

**855. Scott Excell Auto (+15617561933)**

can you get me something showing the UCC has been released

Monday, Dec 20, 2021 10:23 AM

**856. Josh Lubin**

I'm on it... I'll keep you updated

Monday, Dec 20, 2021 10:24 AM

LUBIN001707

SPIN_001707



857. Scott Excell Auto
(+15617561933)

not that hard
your attorney filed it
and he should be able to log in and
it shows filed

Monday, Dec 20, 2021 10:25 AM

858. Josh Lubin

Monday, Dec 20, 2021 10:50 AM

Generated by GilApps SMS Backup & Print

LUBIN001708

SPIN_001708

### 859. Josh Lubin

It's confirmed

Monday, Dec 20, 2021 10:51 AM

### 860. Josh Lubin

Need PDF?

Monday, Dec 20, 2021 11:42 AM



### 861. Scott Excell Auto (+15617561933)

this is what i got

need the UCC release on
Karma Palm beach
Karma Broward
and my wife Kristen Personally

Monday, Dec 20, 2021 11:43 AM

### 862. Scott Excell Auto (+15617561933)

What about all the others?  Excell isn't even our borrower.  And what about against Kristin personally? And Palm Beach?

Monday, Dec 20, 2021 11:43 AM

### 863. Scott Excell Auto (+15617561933)

hello

Monday, Dec 20, 2021 11:49 AM

### 864. Josh Lubin

Ucc3 applies to everyone on UCC

Monday, Dec 20, 2021 11:51 AM

LUBIN001709

SPIN_001709



**865. Scott Excell Auto (+15617561933)**

so
I can tell them
they have all been removed

Monday, Dec 20, 2021 11:51 AM

**866. Josh Lubin**

Yes

Monday, Dec 20, 2021 11:53 AM

**867. Scott Excell Auto (+15617561933)**

you should have your wire

Monday, Dec 20, 2021 12:23 PM

**868. Josh Lubin**

Received

Monday, Dec 20, 2021 12:24 PM

**869. Josh Lubin**

Hey Scott, have any update on the floor plan?

Friday, Dec 24, 2021 1:59 PM

**870. Josh Lubin**

Good morning

Monday, Dec 27, 2021 11:21 AM

**871. Scott Excell Auto (+15617561933)**

good morning

Monday, Dec 27, 2021 11:21 AM

**872. Josh Lubin**

When can I expect wire? What's the plan moving forward?

Monday, Dec 27, 2021 11:21 AM

LUBIN001710

SPIN_001710

Case 23-01132-EPK Doc 221-10 Filed 02/06/25 Page 13 of 67



**873. Scott Excell Auto (+15617561933)**

you will have $200,000 before Friday.
I am Home sick with Covid since saturday.

Monday, Dec 27, 2021 11:25 AM

**874. Josh Lubin**

God bless.

Monday, Dec 27, 2021 11:31 AM

 **875. Scott Excell Auto (+15617561933)**

good morning

Just keeping you in the loop should still get you that wire before saturday $200,000 and I am still scheduled to close January 3rd

Wednesday, Dec 29, 2021 10:37 AM

**876. Josh Lubin**

Keep me updated.

Wednesday, Dec 29, 2021 6:34 PM

**877. Josh Lubin**

Whats up with wire?

Friday, Dec 31, 2021 9:53 AM

**878. Josh Lubin**

??

Friday, Dec 31, 2021 4:43 PM

LUBIN001711

SPIN_001711



**879. Scott Excell Auto (+15617561933)**

Happy New Year

monday afternoon

Friday, Dec 31, 2021 5:21 PM

**880. Josh Lubin**

Happy New Year.

Whats up with wire? 400k due today with last week's payment.

Monday, Jan 3, 2022 12:21 PM

**881. Josh Lubin**

??

Monday, Jan 3, 2022 4:15 PM

**882. Scott Excell Auto (+15617561933)**

$200,000
this week
trying for the full $400,000
will let you know
tomorrow morning

should I
wire HI BaR

Monday, Jan 3, 2022 5:47 PM

**883. Josh Lubin**

Wire to Spin info below.
TD bank NA
Account Name: Spin Capital LLC
1460 Arboretum Pkwy
Lakewood NJ 08701
Routing: 031101266
Account#: ▮▮▮▮6504

Monday, Jan 3, 2022 5:49 PM

LUBIN001712

SPIN_001712

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 15 of 67



**884. Scott Excell Auto (+15617561933)**

okay 👍

Monday, Jan 3, 2022 5:57 PM

**885. Josh Lubin**

Good morning Scott. Need an update on this asap.

Tuesday, Jan 4, 2022 5:26 AM

**886. Josh Lubin**

??

Tuesday, Jan 4, 2022 11:22 AM

**887. Josh Lubin**

Need to get on a call with you today.

Tuesday, Jan 4, 2022 12:17 PM

**888. Scott Excell Auto (+15617561933)**

okay how is 1 pm ?

Tuesday, Jan 4, 2022 12:18 PM

**889. Josh Lubin**

ok

Tuesday, Jan 4, 2022 12:18 PM

**890. Josh Lubin**

Waiting for your call?

Tuesday, Jan 4, 2022 1:14 PM

**891. Josh Lubin**

Scott?

Tuesday, Jan 4, 2022 3:53 PM

LUBIN001713

SPIN_001713

**892. Scott Excell Auto (+15617561933)**

give me a few

Tuesday, Jan 4, 2022 3:53 PM

**893. Josh Lubin**

???

Tuesday, Jan 4, 2022 6:52 PM

**894. Josh Lubin**

Update?

Wednesday, Jan 5, 2022 12:37 PM

**895. Josh Lubin**

Call me

Wednesday, Jan 5, 2022 4:13 PM

**896. Josh Lubin**

Asap

Wednesday, Jan 5, 2022 4:16 PM

**897. Scott Excell Auto (+15617561933)**

need 15 on with a client

Wednesday, Jan 5, 2022 4:17 PM

**898. Josh Lubin**

Got your  statements from 2 different brokers.

Wednesday, Jan 5, 2022 4:32 PM

**899. Josh Lubin**

Whats up?

Thursday, Jan 6, 2022 10:52 AM

LUBIN001714

Generated by GilApps SMS Backup & Print

SPIN_001714



**900. Scott Excell Auto (+15617561933)**

will be sending you $200,000 before end of day for sure

Thursday, Jan 6, 2022 11:24 AM

**901. Josh Lubin**

Keep me updated

Thursday, Jan 6, 2022 11:28 AM

**902. Josh Lubin**

Status on wire?

Thursday, Jan 6, 2022 3:15 PM

**903. Josh Lubin**

U signed 2 docs...

Thursday, Jan 6, 2022 4:44 PM

**904. Josh Lubin**

Need to know what's up here

Thursday, Jan 6, 2022 4:44 PM

**905. Scott Excell Auto (+15617561933)**

please call me

Thursday, Jan 6, 2022 7:09 PM

LUBIN001715

SPIN_001715

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 18 of 67



**906. Scott Excell Auto (+15617561933)**

josh

i am sending you wire tomorrow
your attorney just emailed me and
my wife default
please man i have been upfront and
told you everything
please i just need a couple more
days

Thursday, Jan 6, 2022 7:15 PM

**907. Josh Lubin**

On a call

Thursday, Jan 6, 2022 7:16 PM

**908. Josh Lubin**

10 minutes

Thursday, Jan 6, 2022 7:16 PM



**909. Scott Excell Auto (+15617561933)**

please don't destroy my life

Thursday, Jan 6, 2022 7:16 PM

**910. Josh Lubin**

I'm not. One minute.  On a call

Thursday, Jan 6, 2022 7:16 PM

LUBIN001716

SPIN_001716

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 19 of 67

 **911. Scott Excell Auto (+15617561933)**



http://69.78.128.247
/servlets/mms?message-id=
0DFB265EFC2F00009A20000201

Thursday, Jan 6, 2022 7:17 PM

 **912. Scott Excell Auto (+15617561933)**

did he send it

Thursday, Jan 6, 2022 7:41 PM

**913. Josh Lubin**

waiting for his call. Im on it

Thursday, Jan 6, 2022 7:42 PM

 **914. Scott Excell Auto (+15617561933)**

I am sitting in my car

Thursday, Jan 6, 2022 7:42 PM

LUBIN001717

Generated by GilApps SMS Backup & Print

SPIN_001717

**915. Josh Lubin**

I'm on it.

Thursday, Jan 6, 2022 7:43 PM

**916. Josh Lubin**

Keep u updated

Thursday, Jan 6, 2022 7:43 PM

**917. Josh Lubin**

I can't get through to him. One sec

Thursday, Jan 6, 2022 7:45 PM

**918. Josh Lubin**

Hes not answering. Can we handle this in the morning?

Thursday, Jan 6, 2022 7:56 PM

**919. Josh Lubin**

I'll update u tonight.  I'm on it

Thursday, Jan 6, 2022 7:57 PM

**920. Scott Excell Auto (+15617561933)**

I sleep in my car

Thursday, Jan 6, 2022 7:57 PM

**921. Josh Lubin**

Want me to call her?

Thursday, Jan 6, 2022 8:05 PM

**922. Josh Lubin**

Lawyer not answering

Thursday, Jan 6, 2022 8:05 PM

LUBIN001718

Generated by GilApps SMS Backup & Print

SPIN_001718

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 21 of 67

 **923. Scott Excell Auto (+15617561933)**

no

can you send her an email as the owner of Hi Bar ?
just saying sorry that email was an automatic generated email
and apologize my attorney will send you an email tomorrow stating it was an error.

kzankl@att.net

Thursday, Jan 6, 2022 8:08 PM

**924. Josh Lubin**

Waiting for attorney. He should answer tonight

Thursday, Jan 6, 2022 8:32 PM

 **925. Scott Excell Auto (+15617561933)**

good morning

Did your attorney send that

Friday, Jan 7, 2022 8:43 AM

 **926. Scott Excell Auto (+15617561933)**

hello

Friday, Jan 7, 2022 10:28 AM

**927. Josh Lubin**

On it. Will keep you updated shortly

Friday, Jan 7, 2022 10:31 AM

LUBIN001719

SPIN_001719

**928. Josh Lubin**

Calling you shortly.  Spoke to attorney

Friday, Jan 7, 2022 1:28 PM

**929. Scott Excell Auto (+15617561933)**

i am tied up until 2:30

Friday, Jan 7, 2022 1:28 PM

**930. Scott Excell Auto (+15617561933)**

your $200,000 is going out soon

Friday, Jan 7, 2022 1:28 PM

**931. Scott Excell Auto (+15617561933)**

any luck

Friday, Jan 7, 2022 3:11 PM

**932. Josh Lubin**

Lawyer can't send email like that. It can be used against me

Friday, Jan 7, 2022 3:12 PM

**933. Josh Lubin**

Whats with wire??

Friday, Jan 7, 2022 3:12 PM

**934. Josh Lubin**

Can't send email

Friday, Jan 7, 2022 3:57 PM

**935. Josh Lubin**

Wire???

Friday, Jan 7, 2022 4:57 PM

LUBIN001720

SPIN_001720



**936. Scott Excell Auto (+15617561933)**

it should be going out any minute
I signed off on it
will send you confirmation

Friday, Jan 7, 2022 5:00 PM

**937. Josh Lubin**

?

Friday, Jan 7, 2022 6:25 PM



**938. Josh Lubin**

Wire did not come in Friday. I need transparency here.

Monday, Jan 10, 2022 10:17 AM



**939. Scott Excell Auto (+15617561933)**

wire is going out
will send you confirmation with fed number

Monday, Jan 10, 2022 10:17 AM



**940. Scott Excell Auto (+15617561933)**

wire should go out before 2 pm

Monday, Jan 10, 2022 11:53 AM

**941. Josh Lubin**

How much u sending?

Monday, Jan 10, 2022 12:00 PM

**942. Josh Lubin**

TVT 2MM 12/14

Monday, Jan 10, 2022 12:51 PM



LUBIN001721

SPIN_001721

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 24 of 67

**943. Josh Lubin**

need to know whats going on here

Monday, Jan 10, 2022 12:51 PM

**944. Josh Lubin**

and no wire to me???

Monday, Jan 10, 2022 12:52 PM

**945. Josh Lubin**

call me asap

Monday, Jan 10, 2022 12:53 PM

**946. Scott Excell Auto (+15617561933)**

need 5
just finishing a call

Monday, Jan 10, 2022 12:53 PM

**947. Scott Excell Auto (+15617561933)**

your $200,000
is coming now
and another $200,000
later today

Monday, Jan 10, 2022 12:53 PM

**948. Scott Excell Auto (+15617561933)**

finishing now
one minute

Monday, Jan 10, 2022 12:54 PM

**949. Josh Lubin**

this is a problem

Monday, Jan 10, 2022 1:00 PM

LUBIN001722

SPIN_001722

**950. Josh Lubin**

You're 600k behind on payments and I keep getting your file from brokers.

Monday, Jan 10, 2022 1:16 PM

**951. Josh Lubin**

?

Monday, Jan 10, 2022 1:42 PM

**952. Scott Excell Auto (+15617561933)**

Josh

your $200,000 is leaving
I am just waiting on the fed number you will have today and the other $200

Monday, Jan 10, 2022 1:42 PM

**953. Josh Lubin**

send me confirmation

Monday, Jan 10, 2022 1:57 PM

**954. Scott Excell Auto (+15617561933)**

as soon as I get it
you will have it

Monday, Jan 10, 2022 2:13 PM

**955. Josh Lubin**

I keep getting your file

Monday, Jan 10, 2022 2:50 PM

**956. Josh Lubin**

Whats going on

Monday, Jan 10, 2022 2:50 PM

LUBIN001723

SPIN_001723

957. Josh Lubin

Wire?

Monday, Jan 10, 2022 2:50 PM

958. Scott Excell Auto (+15617561933)

going to spin account right ?

Monday, Jan 10, 2022 3:23 PM

959. Scott Excell Auto (+15617561933)

not Hi Bar

Monday, Jan 10, 2022 3:23 PM

960. Josh Lubin

Correct

Monday, Jan 10, 2022 3:23 PM

961. Josh Lubin

Wtvr u prefer

Monday, Jan 10, 2022 3:23 PM

962. Scott Excell Auto (+15617561933)

okay

Monday, Jan 10, 2022 3:23 PM

963. Josh Lubin

Call me asap

Monday, Jan 10, 2022 4:11 PM

964. Scott Excell Auto (+15617561933)

finishing a call with a client

Monday, Jan 10, 2022 4:12 PM

LUBIN001724

Generated by GilApps SMS Backup & Print

SPIN_001724



965. Scott Excell Auto
(+15617561933)

josh

almost done
don't stress
your getting wires today
and you have my Pagani Title
please I am not going to hurt you

Monday, Jan 10, 2022 4:15 PM

966. Josh Lubin

didn't get a wire.

Monday, Jan 10, 2022 4:19 PM

967. Josh Lubin

this is a problem

Monday, Jan 10, 2022 4:19 PM



968. Scott Excell Auto
(+15617561933)

went to
hi bar

Monday, Jan 10, 2022 4:20 PM

969. Josh Lubin

did not come in

Monday, Jan 10, 2022 4:21 PM

970. Josh Lubin

ur giving me no option here

Monday, Jan 10, 2022 4:21 PM

971. Josh Lubin

ur playing games

Monday, Jan 10, 2022 4:30 PM

LUBIN001725

SPIN_001725

Case 23-01132-EPK    Doc 221-10    Filed 02/06/25    Page 28 of 67



972. Scott Excell Auto
(+15617561933)

sending you wire confirmation now

Monday, Jan 10, 2022 4:33 PM

973. Josh Lubin

What do u expect me to do here?
Ur wasting my time

Monday, Jan 10, 2022 4:39 PM

974. Scott Excell Auto
(+15617561933)

sending over confirmation now

Monday, Jan 10, 2022 4:40 PM

975. Scott Excell Auto
(+15617561933)



http://63.55.163.199
/servlets/mms?message-id=
09FB74AC82FB00001630000201

Monday, Jan 10, 2022 4:42 PM

LUBIN001726

SPIN_001726

**976. Josh Lubin**

dont see approval??

Monday, Jan 10, 2022 4:45 PM



**977. Scott Excell Auto (+15617561933)**

they got it

Monday, Jan 10, 2022 4:50 PM

**978. Josh Lubin**

recieved

Monday, Jan 10, 2022 4:59 PM

**979. Josh Lubin**

call me asap

Monday, Jan 10, 2022 5:03 PM

**980. Josh Lubin**

### WIRE TRANSFER INSTRUCTIONS

Law Offices of Steven Zakharyayev, PLLC
10 W. 37th St., #602,
New York, NY 10018

**Law Offices of Steven Zakharyayev, PLLC
JP Morgan Chase Bank N.A
Routing Number: 021 000 021
Account Number:** ████877

Monday, Jan 10, 2022 5:08 PM

**981. Josh Lubin**

I need a payment schedule for the next week that you can 100% commit too

Monday, Jan 10, 2022 6:20 PM

LUBIN001727

SPIN_001727

**982. Josh Lubin**

all payments need to go to the lawyer moving fwd

Monday, Jan 10, 2022 8:18 PM

**983. Josh Lubin**

and I need to know how much your sending tomorrow ect

Monday, Jan 10, 2022 8:18 PM

**984. Josh Lubin**

Good morning?

Tuesday, Jan 11, 2022 9:47 AM

**985. Scott Excell Auto (+15617561933)**

good morning

Tuesday, Jan 11, 2022 9:51 AM

**986. Scott Excell Auto (+15617561933)**

you have $100,000
coming
who am i sending it to

Tuesday, Jan 11, 2022 9:52 AM

**987. Josh Lubin**

Lawyer or Spin

Tuesday, Jan 11, 2022 9:56 AM

**988. Scott Excell Auto (+15617561933)**

need wire info

Tuesday, Jan 11, 2022 9:58 AM

LUBIN001728

SPIN_001728

**989. Josh Lubin**

TD bank NA
Account Name: Spin Capital LLC
1460 Arboretum Pkwy
Lakewood NJ 08701
Routing: 031101266
Account#: ████6504

Tuesday, Jan 11, 2022 9:59 AM

**990. Scott Excell Auto (+15617561933)**

okay

Tuesday, Jan 11, 2022 9:59 AM

**991. Scott Excell Auto (+15617561933)**

let you know when the wire leaves

Tuesday, Jan 11, 2022 10:00 AM

**992. Josh Lubin**

I sent you lawyer wire info yesterday.  U can there as well.

Tuesday, Jan 11, 2022 10:00 AM

**993. Scott Excell Auto (+15617561933)**

you tell me
which one

Tuesday, Jan 11, 2022 10:00 AM

**994. Josh Lubin**

Send to spin

Tuesday, Jan 11, 2022 10:01 AM

**995. Scott Excell Auto (+15617561933)**

okay

Tuesday, Jan 11, 2022 10:01 AM

**996. Josh Lubin**

Need a concrete payment schedule next few days

Tuesday, Jan 11, 2022 11:05 AM

**997. Josh Lubin**

Wire??

Tuesday, Jan 11, 2022 2:08 PM

**998. Josh Lubin**

Scott??

Tuesday, Jan 11, 2022 2:58 PM

**999. Josh Lubin**

Im doing my best to work with you here, need you to be transparent.

Tuesday, Jan 11, 2022 2:58 PM

**1000. Scott Excell Auto (+15617561933)**

your $100 is going out

Tuesday, Jan 11, 2022 3:02 PM

**1001. Josh Lubin**

send me confirmation

Tuesday, Jan 11, 2022 3:41 PM

**1002. Josh Lubin**

Need to know what the game plan is. your behind 500k...

Tuesday, Jan 11, 2022 3:41 PM

**1003. Josh Lubin**

All your promise to pays fell through

Tuesday, Jan 11, 2022 3:42 PM

LUBIN001730

SPIN_001730

**S** 1004. Scott Excell Auto
(+15617561933)

$100 going out

Tuesday, Jan 11, 2022 4:08 PM

**S** 1005. Scott Excell Auto
(+15617561933)

i told you

Tuesday, Jan 11, 2022 4:08 PM

1006. Josh Lubin

????

Tuesday, Jan 11, 2022 4:53 PM

1007. Josh Lubin

Wire cutoff is 7 minutes

Tuesday, Jan 11, 2022 4:53 PM

1008. Josh Lubin

Scott?

Tuesday, Jan 11, 2022 5:14 PM

1009. Josh Lubin

Scott, what do you want me to do here?

Tuesday, Jan 11, 2022 6:24 PM

1010. Josh Lubin

Need to talk to you asap.

Tuesday, Jan 11, 2022 6:49 PM

Case 23-01132-EPK    Doc 221-10    Filed 02/06/25    Page 34 of 67



**1011. Scott Excell Auto (+15617561933)**

josh

I can't talk
family thing
you will have wires tomorrow
if you don't have wires tomorrow
do what ever
I am telling you for
sure 100
percent

Tuesday, Jan 11, 2022 8:47 PM

**1012. Josh Lubin**

ok

Tuesday, Jan 11, 2022 9:11 PM

**1013. Josh Lubin**

What time can we get on call?

Wednesday, Jan 12, 2022 10:40 AM



**1014. Scott Excell Auto (+15617561933)**

1

Wednesday, Jan 12, 2022 10:46 AM

**1015. Josh Lubin**

ok

Wednesday, Jan 12, 2022 10:59 AM

**1016. Josh Lubin**

Waiting for your call

Wednesday, Jan 12, 2022 12:57 PM

**1017. Josh Lubin**

?

Wednesday, Jan 12, 2022 1:30 PM

LUBIN001732

Generated by GilApps SMS Backup & Print

SPIN_001732



**1018. Scott Excell Auto (+15617561933)**

sending $100,000 now

Wednesday, Jan 12, 2022 1:48 PM

**1019. Josh Lubin**

call me

Wednesday, Jan 12, 2022 2:08 PM

**1020. Scott Excell Auto (+15617561933)**

at the hospital
with my dad
we sent you $100,000

Wednesday, Jan 12, 2022 2:10 PM

**1021. Josh Lubin**

Never recieved. where was it sent too?

Wednesday, Jan 12, 2022 2:25 PM

**1022. Scott Excell Auto (+15617561933)**

spin

Wednesday, Jan 12, 2022 2:30 PM

**1023. Josh Lubin**

did not receive. send me confirmation

Wednesday, Jan 12, 2022 2:38 PM

**1024. Scott Excell Auto (+15617561933)**

my girls accidentally sent to Hi bar

Wednesday, Jan 12, 2022 3:31 PM

LUBIN001733

Generated by GilApps SMS Backup & Print

SPIN_001733

 **1025. Scott Excell Auto (+15617561933)**

we deleted the HI bar wire info from my account

Wednesday, Jan 12, 2022 3:31 PM

**1026. Josh Lubin**

Ok that's fine. It was sent?

Wednesday, Jan 12, 2022 3:32 PM

 **1027. Scott Excell Auto (+15617561933)**

yes

Wednesday, Jan 12, 2022 3:32 PM

**1028. Josh Lubin**

Received

Wednesday, Jan 12, 2022 3:32 PM

**1029. Josh Lubin**

Call me

Wednesday, Jan 12, 2022 3:32 PM

 **1030. Scott Excell Auto (+15617561933)**

Call you when I leave the Hospital

Wednesday, Jan 12, 2022 3:33 PM

**1031. Josh Lubin**

u got funded today for 1.6M and u only send 100k???

Wednesday, Jan 12, 2022 4:19 PM

**1032. Josh Lubin**

Need to talk to you asap.

Wednesday, Jan 12, 2022 4:21 PM

LUBIN001734

SPIN_001734

1033. Josh Lubin

your behind 400k. need to talk to you.

Wednesday, Jan 12, 2022 4:35 PM

1034. Josh Lubin

Need a wire for 400k by tomorrow

Wednesday, Jan 12, 2022 4:47 PM

1035. Josh Lubin

When are you sending wire?

Thursday, Jan 13, 2022 8:29 AM

1036. Josh Lubin

This is bull shit

Thursday, Jan 13, 2022 9:25 AM

1037. Josh Lubin

Wire???

Thursday, Jan 13, 2022 11:48 AM

1038. Josh Lubin

Scott?

Thursday, Jan 13, 2022 1:01 PM

1039. Josh Lubin

Need communication here

Thursday, Jan 13, 2022 2:01 PM

1040. Josh Lubin

Call me asap

Thursday, Jan 13, 2022 2:16 PM

1041. Josh Lubin

If i have no communication with you. i have no option scott.

Thursday, Jan 13, 2022 2:35 PM

LUBIN001735

SPIN_001735

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 38 of 67



**1042. Scott Excell Auto (+15617561933)**

call you in 30

Thursday, Jan 13, 2022 2:36 PM

**1043. Josh Lubin**

??

Thursday, Jan 13, 2022 4:24 PM

**1044. Josh Lubin**

Need a game plan you can keep to or I have to file tomorrow.  You're costing me too much time

Thursday, Jan 13, 2022 4:35 PM

**1045. Josh Lubin**

wow

Thursday, Jan 13, 2022 5:27 PM

**1046. Scott Excell Auto (+15617561933)**

game plan

$100,000
tomorrow
maybe $200,000

monday $50,000

tuesday $100,000

thursday $50,000

friday.  $100,000

Thursday, Jan 13, 2022 5:28 PM

**1047. Josh Lubin**

Call me tomorrow

Thursday, Jan 13, 2022 7:40 PM

LUBIN001736

SPIN_001736

Case 23-01132-EPK  Doc 221-10  Filed 02/06/25  Page 39 of 67

**1048. Josh Lubin**
im sorry, that schedule wont work.
Thursday, Jan 13, 2022 8:43 PM



**1049. Scott Excell Auto (+15617561933)**
let's talk tomorrow
Thursday, Jan 13, 2022 8:44 PM

**1050. Josh Lubin**
Call me
Friday, Jan 14, 2022 11:08 AM

**1051. Josh Lubin**
This is too much stress for me
Friday, Jan 14, 2022 11:08 AM

**1052. Scott Excell Auto (+15617561933)**
calling you in 15
Friday, Jan 14, 2022 11:11 AM

**1053. Josh Lubin**
Ur looking for more money over 60 days. Wow
Friday, Jan 14, 2022 11:23 AM

**1054. Josh Lubin**
Need resolution today
Friday, Jan 14, 2022 11:23 AM

**1055. Josh Lubin**
Idgaf
Friday, Jan 14, 2022 11:23 AM

LUBIN001737

SPIN_001737



**1056. Scott Excell Auto (+15617561933)**

no
I am not

Friday, Jan 14, 2022 11:47 AM

**1057. Josh Lubin**

I keep getting your file

Friday, Jan 14, 2022 11:49 AM

**1058. Josh Lubin**

This is fucked up

Friday, Jan 14, 2022 11:49 AM

**1059. Josh Lubin**

I'm owed a lot of money here

Friday, Jan 14, 2022 11:49 AM

**1060. Scott Excell Auto (+15617561933)**

Josh

I am not taking any
money if I needed I
would
call
you

Friday, Jan 14, 2022 11:50 AM

**1061. Josh Lubin**

I wouldn't give u money

Friday, Jan 14, 2022 11:50 AM

**1062. Josh Lubin**

Your in default

Friday, Jan 14, 2022 11:50 AM

LUBIN001738

Generated by GilApps SMS Backup & Print

SPIN_001738

Case 23-01132-EPK    Doc 221-10    Filed 02/06/25    Page 41 of 67



**1063. Scott Excell Auto (+15617561933)**

okay
but I
would
ask

Friday, Jan 14, 2022 11:50 AM

**1064. Josh Lubin**

I need a wire today

Friday, Jan 14, 2022 11:50 AM

**1065. Scott Excell Auto (+15617561933)**

yes

Friday, Jan 14, 2022 11:50 AM

**1066. Josh Lubin**

Need 400k wire tosay

Friday, Jan 14, 2022 12:25 PM

**1067. Josh Lubin**

???

Friday, Jan 14, 2022 12:25 PM

**1068. Scott Excell Auto (+15617561933)**

Josh
calling you at
1:30 it would have to be
2 different wires

Friday, Jan 14, 2022 12:25 PM

**1069. Josh Lubin**

Ur playing games here

Friday, Jan 14, 2022 12:27 PM

LUBIN001739

SPIN_001739

Case 23-01132-EPK    Doc 221-10    Filed 02/06/25    Page 42 of 67



**1070. Scott Excell Auto (+15617561933)**

no i am not josh
I can't send you what I don't have
i am on it
i want you paid off
so we don't keep
going back and forth
i am calling you at 1:30

Friday, Jan 14, 2022 12:30 PM



**1071. Scott Excell Auto (+15617561933)**

to figure this out
so
you don't have to waist time on this

Friday, Jan 14, 2022 12:30 PM

**1072. Josh Lubin**

??!!

Friday, Jan 14, 2022 2:23 PM

**1073. Josh Lubin**

What a joke

Friday, Jan 14, 2022 2:43 PM

**1074. Scott Excell Auto (+15617561933)**

josh hold
on not joke
i am running 3 businesses
some days I am crazy
hold on

Friday, Jan 14, 2022 2:44 PM

**1075. Josh Lubin**

No wire, no communication

Friday, Jan 14, 2022 2:45 PM



LUBIN001740

Generated by GilApps SMS Backup & Print

SPIN_001740

1076. Josh Lubin

I'm filing

Friday, Jan 14, 2022 2:45 PM

1077. Scott Excell Auto
(+15617561933)

i am communication every text you send

Friday, Jan 14, 2022 2:45 PM

1078. Scott Excell Auto
(+15617561933)

I am finished in a minute

Friday, Jan 14, 2022 2:45 PM

1079. Scott Excell Auto
(+15617561933)

just called you

Friday, Jan 14, 2022 3:41 PM

1080. Scott Excell Auto
(+15617561933)

i am
free
let's figure this out

Friday, Jan 14, 2022 3:41 PM

1081. Scott Excell Auto
(+15617561933)

i have been texting you all day

Friday, Jan 14, 2022 3:42 PM

1082. Scott Excell Auto
(+15617561933)

$400,000 Tuesday

Friday, Jan 14, 2022 5:54 PM

LUBIN001741

Generated by GilApps SMS Backup & Print

SPIN_001741

**1083. Scott Excell Auto (+15617561933)**

$400,00 tuesday for sure

Friday, Jan 14, 2022 6:52 PM

**1084. Scott Excell Auto (+15617561933)**

i don't get you $400 tuesday I will dump my pagani and pay you in full

Friday, Jan 14, 2022 6:55 PM

**1085. Josh Lubin**

Complaint being drafted. You wasted my time here

Tuesday, Jan 18, 2022 12:42 PM

**1086. Scott Excell Auto (+15617561933)**

please wait till end of the day you are getting wires today

Tuesday, Jan 18, 2022 12:43 PM

**1087. Scott Excell Auto (+15617561933)**

Josh

can you take a call in 20 min

Tuesday, Jan 18, 2022 4:36 PM

**1088. Scott Excell Auto (+15617561933)**

Josh

can we talk please

Tuesday, Jan 18, 2022 5:14 PM

LUBIN001742

SPIN_001742

**1089. Josh Lubin**

Your wasting my time.

Tuesday, Jan 18, 2022 5:18 PM

 **1090. Scott Excell Auto (+15617561933)**

no I am
not
can we talk ?

Tuesday, Jan 18, 2022 5:19 PM

**1091. Josh Lubin**

Call me

Tuesday, Jan 18, 2022 5:23 PM

**1092. Josh Lubin**

Really think it's best to deal with my attorney

Tuesday, Jan 18, 2022 5:26 PM

**1093. Scott Excell Auto (+15617561933)**

calling you now

Tuesday, Jan 18, 2022 5:28 PM

**1094. Josh Lubin**

Wire?

Wednesday, Jan 19, 2022 1:42 PM

**1095. Scott Excell Auto (+15617561933)**

yes sir as promised
2 wires
$200,000
and second one $200,000

Wednesday, Jan 19, 2022 1:54 PM

LUBIN001743

Generated by GilApps SMS Backup & Print

SPIN_001743

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 46 of 67

### 1096. Josh Lubin
Confirm with me when sent ..
Wednesday, Jan 19, 2022 2:24 PM

### 1097. Scott Excell Auto (+15617561933)
yes sir
Wednesday, Jan 19, 2022 2:25 PM

### 1098. Josh Lubin
????
Wednesday, Jan 19, 2022 4:35 PM

### 1099. Josh Lubin
u wasted my time here
Wednesday, Jan 19, 2022 4:48 PM

### 1100. Scott Excell Auto (+15617561933)
check your acc at 9 am
if not there have at it
won't ask you for another day or anything
go ahead and destroy my life but wait till 9am
Wednesday, Jan 19, 2022 5:53 PM

### 1101. Josh Lubin
675k wire... you will hear from my attorney shortly
Thursday, Jan 20, 2022 3:40 PM

### 1102. Josh Lubin
Filed UCC
Thursday, Jan 20, 2022 6:45 PM

LUBIN001744

SPIN_001744

**1103. Josh Lubin**

Summons will be in the court tomorrow

Thursday, Jan 20, 2022 6:45 PM

**1104. Josh Lubin**

U gave me no option

Thursday, Jan 20, 2022 6:45 PM



**1105. Scott Excell Auto (+15617561933)**

Josh

I know
I told you i am sending money
and I did not today
I hope to send you money
tomorrow I am trying
I just 48 hours

Thursday, Jan 20, 2022 6:52 PM

**1106. Josh Lubin**

This is bull shit

Thursday, Jan 20, 2022 7:05 PM

Generated by GilApps SMS Backup & Print

LUBIN001745

SPIN_001745

## 1107. Josh Lubin



You gave me no other option Scott.

Monday, Jan 24, 2022 10:51 AM

### 1108. Scott Excell Auto (+15617561933)

your getting a big wire tomorrow
$750,000
closing my loan today
i am signing my deal
at 12 noon

Monday, Jan 24, 2022 10:52 AM

LUBIN001746

Generated by GilApps SMS Backup & Print

SPIN_001746



**1109. Scott Excell Auto (+15617561933)**

check your email

Monday, Jan 24, 2022 10:52 AM

**1110. Josh Lubin**

Call me asap

Tuesday, Jan 25, 2022 5:14 PM

**1111. Scott Excell Auto (+15617561933)**

i have a wire
going out to you tomorrow am

Tuesday, Jan 25, 2022 5:24 PM

**1112. Josh Lubin**

How much??

Tuesday, Jan 25, 2022 5:24 PM

**1113. Scott Excell Auto (+15617561933)**

i am
at my son's birthday

Tuesday, Jan 25, 2022 5:24 PM

**1114. Scott Excell Auto (+15617561933)**

$300,000

Tuesday, Jan 25, 2022 5:24 PM

**1115. Josh Lubin**

Action being filed by 1pm.
Unfortunately you gave no other
option

Tuesday, Jan 25, 2022 5:24 PM

LUBIN001747

Generated by GilApps SMS Backup & Print

SPIN_001747

**S** 1116. Scott Excell Auto
(+15617561933)

I am
sending
you
$300,000 tomorrow

Tuesday, Jan 25, 2022 5:40 PM

**S** 1117. Scott Excell Auto
(+15617561933)

if i don't
then file
but wait till
you receive it

Tuesday, Jan 25, 2022 5:40 PM

**S** 1118. Scott Excell Auto
(+15617561933)

can I call
you in 35 min

Wednesday, Jan 26, 2022 7:16 PM

1119. Josh Lubin

Sure

Wednesday, Jan 26, 2022 7:23 PM

**S** 1120. Scott Excell Auto
(+15617561933)

did you talk
to him

Wednesday, Jan 26, 2022 9:02 PM

1121. Josh Lubin

No. Tomorrow

Wednesday, Jan 26, 2022 9:02 PM

LUBIN001748

Generated by GilApps SMS Backup & Print

SPIN_001748

**S** 1122. Scott Excell Auto
(+15617561933)

you have not spoken

Wednesday, Jan 26, 2022 9:03 PM

1123. Josh Lubin

Correct

Wednesday, Jan 26, 2022 9:03 PM

**S** 1124. Scott Excell Auto
(+15617561933)

did you talk to him

Wednesday, Jan 26, 2022 11:12 PM

1125. Josh Lubin

Will talk to him around 9-10am

Thursday, Jan 27, 2022 4:41 AM

Generated by GilApps SMS Backup & Print

LUBIN001749

SPIN_001749



**1126. Scott Excell Auto (+15617561933)**

josh

I have to talk to shaya
at 8:45 am
I waited all
 night
I don't know  if shaya talked to your
attormey
if we don't talk before 9 am
tomorrow I have to tell shaya the
truth
about my balance before i
did my deal and you re did the
contract but added a shit tom of
money
to the other deal
but I did not receive any money
from that deal
I don't want to do
that I would
rather you and I handle this
ourselves with out anyone else so
this does not blow up
please call
me before 9 am
i have to call
him at 9 am

Thursday, Jan 27, 2022 5:26 AM

**1127. Josh Lubin**

I can't do anything that can be
a potential liability.  Need to
speak to attorney and ill keep you
updated. You need to focus on
what's best for you, not me.

Thursday, Jan 27, 2022 5:28 AM



**1128. Josh Lubin**

Will update you right away.

Thursday, Jan 27, 2022 5:29 AM

LUBIN001750

Generated by GilApps SMS Backup & Print

SPIN_001750

Case 23-01132-EPK    Doc 221-10    Filed 02/06/25    Page 53 of 67

### 1129. Josh Lubin

It's 5:30am. I'll call you in 2 hours

Thursday, Jan 27, 2022 5:30 AM



### 1130. Scott Excell Auto (+15617561933)

what's best for me
is to work it out with you
and not involve shaya
if I have to tell him the truth that I
had a balance
with you when I closed and you
also new I had a balance but
shifted it to another company
that's going to be bad
for both of us and I don't think
anyone wins. we all get fucked.
I am in a much better place now
and work out a firm payment
structure
not going to loose my business or
my family. but  I only have until 9
am and I have to call
him and tell him something

Thursday, Jan 27, 2022 5:34 AM

### 1131. Josh Lubin

I call u soon

Thursday, Jan 27, 2022 5:51 AM

### 1132. Josh Lubin

The big issue here. We keep going
in circles and you don't keep to
your promises to pay.

Thursday, Jan 27, 2022 6:25 AM

### 1133. Josh Lubin

Why should I believe it's any
different now.

Thursday, Jan 27, 2022 6:25 AM

LUBIN001751

SPIN_001751

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 54 of 67

### 1134. Josh Lubin


I already accepted any potential litigation battle...

Thursday, Jan 27, 2022 6:26 AM

### 1135. Scott Excell Auto (+15617561933)


email

scott@excellauto.com

kristen@excellauto.com

Thursday, Jan 27, 2022 8:11 AM

### 1136. Scott Excell Auto (+15617561933)

also make sure nothing happens to my bank accounts please

Thursday, Jan 27, 2022 8:34 AM

### 1137. Josh Lubin

Do not send any money until theres a resolution in place.

Thursday, Jan 27, 2022 9:22 AM

### 1138. Josh Lubin

Call me back when you have a minute

Thursday, Jan 27, 2022 9:33 AM

### 1139. Scott Excell Auto (+15617561933)

what Have I wired you since december

Thursday, Jan 27, 2022 12:37 PM

LUBIN001752

SPIN_001752

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 55 of 67

**1140. Scott Excell Auto (+15617561933)**

get me payoff good till next friday

Thursday, Jan 27, 2022 1:05 PM

**1141. Josh Lubin**

On a call.

Thursday, Jan 27, 2022 1:06 PM

**1142. Josh Lubin**

Call me

Thursday, Jan 27, 2022 1:44 PM

**1143. Josh Lubin**

Call me

Thursday, Jan 27, 2022 2:11 PM

**1144. Scott Excell Auto (+15617561933)**

need the payoff

Thursday, Jan 27, 2022 6:06 PM

**1145. Josh Lubin**

Tty in an hour

Thursday, Jan 27, 2022 6:06 PM

**1146. Josh Lubin**

Call me

Friday, Jan 28, 2022 1:30 PM

**1147. Scott Excell Auto (+15617561933)**

I am in Arizona
on Business
I can call
in 20 min
my next break

Friday, Jan 28, 2022 1:31 PM

LUBIN001753

SPIN_001753

Case 23-01132-EPK • Doc 221-10 • Filed 02/06/25 • Page 56 of 67

1148. Josh Lubin

?

Friday, Jan 28, 2022 3:50 PM

**S** 1149. Scott Excell Auto (+15617561933)



7:59 ⚡ • LTE ▮

‹ Inbox **Legal Protection/Res...** ⌃ ⌄

e very aggressive and will **contact all** reeze your accounts receivables and ue streams, paralyzing your ability to

ecializes in the protection and mediation lvance practices and the litigation that

HI BAR CAPITAL, LLC filed suit for ct.

| Caption | Court Case Type |
|---|---|
| HI BAR CAPITAL, LLC v. EXCELL AUTO GROUP, INC. et al | Kings County Supreme Court Commercial - Contract |

judgement fees are accumulating daily.

ill step in and do everything necessary to litigation and reverse the escalating

debt consolidation company.

just landed back in Florida

are you guys going through with the law suit ?
I am speaking with your attorney tomorrow on how to move forward

Sunday, Jan 30, 2022 8:00 PM

LUBIN001754

Generated by GilApps SMS Backup & Print

SPIN_001754

**1150. Josh Lubin**

Call attorney.  You can call me as well

Sunday, Jan 30, 2022 8:01 PM



**1151. Scott Excell Auto (+15617561933)**

you did not answer me

I thought you guys are holding off

Sunday, Jan 30, 2022 8:02 PM

**1152. Scott Excell Auto (+15617561933)**

are you moving forward with the law suit ?
or am I calling your attorney tomorrow to work this out

Sunday, Jan 30, 2022 8:03 PM

**1153. Josh Lubin**

It can potentially be worked out.

Sunday, Jan 30, 2022 8:04 PM

**1154. Scott Excell Auto (+15617561933)**

because I Told wing lake your not moving forward that we are working it out

Sunday, Jan 30, 2022 8:04 PM

**1155. Josh Lubin**

I didn't go full force....

Sunday, Jan 30, 2022 8:05 PM

**1156. Josh Lubin**

U can call me

Sunday, Jan 30, 2022 8:05 PM

LUBIN001755

SPIN_001755

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 58 of 67

**1157. Scott Excell Auto (+15617561933)**

call you in the am
i am in the car with my kids

Sunday, Jan 30, 2022 8:06 PM

**1158. Scott Excell Auto (+15617561933)**

> josh cash
>
> Thursday 8:11 AM
>
> email
> scott@excellauto.com
> kristen@excellauto.com
>
> also make sure nothing happens to my bank accounts please
>
> Do not send any money until theres a resolution in place.
>
> Call me back when you have a minute
>
> Thursday 12:37 PM
>
> what Have I wired you since december

Sunday, Jan 30, 2022 11:00 PM

Generated by GilApps SMS Backup & Print

LUBIN001756

SPIN_001756

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 59 of 67

**1159. Josh Lubin**

?

Sunday, Jan 30, 2022 11:02 PM

**1160. Scott Excell Auto (+15617561933)**

I was just re sending that
I don't know why you filed
I told wing lake you were not filing
and I was getting a payoff from
you over the weekend
and my friend was paying you ? you
filing friday at
5pm might drive Wing lake
crazy
I thought you told me
you were not filing ?

Sunday, Jan 30, 2022 11:04 PM

**1161. Scott Excell Auto (+15617561933)**

what time in the am can talk ?

Sunday, Jan 30, 2022 11:04 PM

**1162. Josh Lubin**

I need to protect myself and I expect you to do the same. I will talk to you tomorrow

Sunday, Jan 30, 2022 11:27 PM

**1163. Josh Lubin**

I never told you I'm not filing. I actually told you, I probably will.

Sunday, Jan 30, 2022 11:28 PM

**1164. Scott Excell Auto (+15617561933)**

Josh

are you available at 9:30

Monday, Jan 31, 2022 8:51 AM

Generated by GilApps SMS Backup & Print

**1165. Josh Lubin**

Should be

Monday, Jan 31, 2022 9:05 AM

**1166. Josh Lubin**

Call back

Monday, Jan 31, 2022 10:05 AM

**1167. Scott Excell Auto (+15617561933)**

you can talk to Johnnie

Monday, Jan 31, 2022 2:11 PM

**1168. Josh Lubin**

I dont believe he has my best interest.

Monday, Jan 31, 2022 2:23 PM

**1169. Josh Lubin**

What does Johnny have to do with this? Your not supposed to even be talking to Johnny. In the event Winglake Subpoenas me for your messages. This is what theyre going to get.

Monday, Jan 31, 2022 3:12 PM

**1170. Scott Excell Auto (+15617561933)**

I have a deal

Monday, Jan 31, 2022 3:48 PM

**1171. Josh Lubin**

On a call. Need dsome time

Monday, Jan 31, 2022 3:51 PM

LUBIN001758

Generated by GilApps SMS Backup & Print

SPIN_001758

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 61 of 67

 **1172. Scott Excell Auto (+15617561933)**

okay
I have a deal
worked
out
call
me

Monday, Jan 31, 2022 3:52 PM

**1173. Josh Lubin**

Call me

Monday, Jan 31, 2022 4:25 PM

 **1174. Scott Excell Auto (+15617561933)**

call
me

Monday, Jan 31, 2022 5:41 PM

**1175. Josh Lubin**

Call me

Monday, Jan 31, 2022 5:45 PM

**1176. Josh Lubin**

call me

Monday, Jan 31, 2022 5:59 PM

**1177. Josh Lubin**

Running out of time scort

Monday, Jan 31, 2022 6:55 PM

**1178. Josh Lubin**

Call me

Monday, Jan 31, 2022 7:14 PM

LUBIN001759

SPIN_001759

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 62 of 67



**1179. Scott Excell Auto (+15617561933)**

just eating dinner with my wife and kids
call
you as soon as I am done

Monday, Jan 31, 2022 7:30 PM

**1180. Josh Lubin**

Can't delete anything. Need to move on all fronts by tomorrow afternoon

Monday, Jan 31, 2022 8:03 PM

**1181. Josh Lubin**

Call me

Tuesday, Feb 1, 2022 10:03 AM

**1182. Scott Excell Auto (+15617561933)**

calling at 10:30

Tuesday, Feb 1, 2022 10:04 AM

**1183. Josh Lubin**

https://iapps.courts.state.ny.us /nyscef/DocumentList?docketId =03RsK2HMXAnMzHRhNd/PnA ==&display=all&courtType=Kings %20County%20Supreme%20Court &resultsPageNum=1

Tuesday, Feb 1, 2022 11:50 AM

**1184. Scott Excell Auto (+15617561933)**

waiting on you
your attorney doing everything

Tuesday, Feb 1, 2022 2:04 PM

LUBIN001760

SPIN_001760

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 63 of 67

**1185. Josh Lubin**

u will have it shortly...

Tuesday, Feb 1, 2022 2:08 PM

**1186. Josh Lubin**

Any games moving fwd, I'm reserving all rights. Making it very clear to you

Tuesday, Feb 1, 2022 2:20 PM

**1187. Josh Lubin**

Call me

Tuesday, Feb 1, 2022 5:04 PM

**1188. Josh Lubin**

Agreement was sent docusign

Tuesday, Feb 1, 2022 6:14 PM

**1189. Josh Lubin**

Payments need to go to wiring information in the agreement. Attorney escrow

Tuesday, Feb 1, 2022 6:44 PM

 **1190. Scott Excell Auto (+15617561933)**

yes

problem

your attorney sent it to my wife's  home email

Tuesday, Feb 1, 2022 8:42 PM

LUBIN001761

SPIN_001761



**1191. Scott Excell Auto (+15617561933)**

can he void the
doc u sign
and send a new please
to my email
and Kristen@excellauto.com

Tuesday, Feb 1, 2022 8:44 PM

**1192. Josh Lubin**

Already done

Tuesday, Feb 1, 2022 8:44 PM

**1193. Josh Lubin**

Gave him the business the emails

Tuesday, Feb 1, 2022 8:44 PM

**1194. Scott Excell Auto (+15617561933)**

what's been done ?

Tuesday, Feb 1, 2022 8:44 PM

**1195. Josh Lubin**

He changed it a few hours ago

Tuesday, Feb 1, 2022 8:45 PM

**1196. Josh Lubin**

Gave both business emails

Tuesday, Feb 1, 2022 8:45 PM

Generated by GilApps SMS Backup & Print

LUBIN001762

SPIN_001762

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 65 of 67



**1197. Scott Excell Auto (+15617561933)**

did he void the doc i sogn
from her email
josh please
i am paying you
you will have it
if he voided it that means she can't open it ?

Tuesday, Feb 1, 2022 8:45 PM

**1198. Josh Lubin**



Tuesday, Feb 1, 2022 8:46 PM

**1199. Josh Lubin**

Don't have time for games Scott. I sent you exactly as agreed

Tuesday, Feb 1, 2022 8:48 PM

**1200. Josh Lubin**

Call me

Tuesday, Feb 1, 2022 8:52 PM



**1201. Scott Excell Auto (+15617561933)**

if my wife emails
your attorney
tell him not to tell
my wife anything please
just don't respond

Tuesday, Feb 1, 2022 9:08 PM

LUBIN001763

Generated by GilApps SMS Backup & Print

SPIN_001763

Case 23-01132-EPK   Doc 221-10   Filed 02/06/25   Page 66 of 67

**1202. Josh Lubin**

Did not receive signed. Wtf is this?

Tuesday, Feb 1, 2022 9:35 PM

**1203. Josh Lubin**

Moving to enforce previous settlement.  Don't have time for games.

Tuesday, Feb 1, 2022 9:36 PM



**1204. Scott Excell Auto (+15617561933)**

i signed them

Tuesday, Feb 1, 2022 9:39 PM

**1205. Scott Excell Auto (+15617561933)**

i signed mine again

Tuesday, Feb 1, 2022 9:42 PM

**1206. Scott Excell Auto (+15617561933)**

it said signed

Tuesday, Feb 1, 2022 9:42 PM

**1207. Josh Lubin**

Your playing games here. Moving to enforce.

Wednesday, Feb 2, 2022 11:52 AM

**1208. Josh Lubin**

Both were not signed. Not playing this game of chase.

Wednesday, Feb 2, 2022 11:53 AM

LUBIN001764

Generated by GilApps SMS Backup & Print

SPIN_001764



**1209. Scott Excell Auto (+15617561933)**

just spoke to your guy
doing it now

Wednesday, Feb 2, 2022 11:53 AM

**1210. Josh Lubin**

Your playing games. That's what you're doing.

Wednesday, Feb 2, 2022 11:56 AM



**1211. Josh Lubin**

Sending a marshal to pick up my Pagani.

Wednesday, Feb 2, 2022 12:12 PM

**1212. Josh Lubin**

My partner is in Miami. Hes coming to pick up MY Pagani. Where are the keys?

Wednesday, Feb 2, 2022 12:24 PM

LUBIN001765

SPIN_001765