DIVISION OF CORPORATIONS


PLAINTIFF'S
EXHIBIT

20



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Profit Corporation

AUTOMOTIVE SERVICE SYSTEMS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | L36600 |
| **FEI/EIN Number** | 65-0161374 |
| **Date Filed** | 12/15/1989 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 03/06/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

6023 town colony dr
suite #223
BOCA RATON, FL 33433

Changed: 04/29/2016

Mailing Address

6023 town colony dr suite #223
BOCA RATON, FL 33433

Changed: 04/29/2016

Registered Agent Name & Address

REED, William
6023 town colony dr suite #223
BOCA RATON, FL 33433

Name Changed: 04/29/2016

Address Changed: 04/29/2016

Officer/Director Detail

**Name & Address**

Title PST

ZANKL, ROBERT W
20852 VIA MADERIA DRIVE
BOCA RATON, FL 33433

Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2014 | 02/19/2014 |

2015          01/27/2015
2016          04/29/2016


## Document Images

04/29/2016 -- ANNUAL REPORT          View image in PDF format

01/27/2015 -- ANNUAL REPORT          View image in PDF format

02/19/2014 -- ANNUAL REPORT          View image in PDF format

01/14/2013 -- ANNUAL REPORT          View image in PDF format

03/23/2012 -- ANNUAL REPORT          View image in PDF format

03/04/2011 -- ANNUAL REPORT          View image in PDF format

11/16/2010 -- REINSTATEMENT          View image in PDF format

04/29/2009 -- ANNUAL REPORT          View image in PDF format

04/29/2008 -- ANNUAL REPORT          View image in PDF format

04/28/2007 -- ANNUAL REPORT          View image in PDF format

04/28/2006 -- ANNUAL REPORT          View image in PDF format

04/17/2005 -- ANNUAL REPORT          View image in PDF format

04/28/2004 -- ANNUAL REPORT          View image in PDF format

03/26/2003 -- ANNUAL REPORT          View image in PDF format

12/26/2002 -- ANNUAL REPORT          View image in PDF format

Florida Department of State, Division of Corporations