DIVISION OF CORPORATIONS



PLAINTIFF'S
EXHIBIT

**21**
_____

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
DEALER SOUQ USA LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L16000078422 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 04/20/2016 |
| **Effective Date** | 04/20/2016 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 06/22/2017 |
| **Event Effective Date** | 06/22/2017 |

**Principal Address**

1001 CLINT MOORE RD
101
BOCA RATON, FL 33487

**Mailing Address**

1001 CLINT MOORE RD
101
BOCA RATON, FL 33487

**Registered Agent Name & Address**

ZANKL, KRISTEN
1001 CLINT MOORE RD
101
BOCA RATON, FL 33487

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

ZANKL, KRISTEN
1001 CLINT MOORE RD 101
BOCA RATON, FL 33487

Title AMBR

GELB, TYLER

1001 CLINT MOORE RD 101
BOCA RATON, FL 33487

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

04/20/2016 -- Florida Limited Liability | View image in PDF format

Florida Department of State, Division of Corporations