DIVISION OF CORPORATIONS





PLAINTIFF'S
EXHIBIT
**22**

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Profit Corporation
KZ CONSULTANTS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P09000036827 |
| **FEI/EIN Number** | 26-4754198 |
| **Date Filed** | 04/24/2009 |
| **Effective Date** | 04/24/2009 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/25/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

16937 PIERRE CIR
DELRAY BEACH, FL 33446

Changed: 01/18/2016

**Mailing Address**

16937 PIERRE CIR
DELRAY BEACH, FL 33446

Changed: 01/18/2016

**Registered Agent Name & Address**

ZANKL, SCOTT
16937 PIERRE CIR
DELRAY BEACH, FL 33446

Address Changed: 01/18/2016

**Officer/Director Detail**

**Name & Address**

Title P

ZANKL, KRISTEN
16937 PIERRE CIR
DELRAY BEACH, FL 33446

Title S

ZANKL, SCOTT
16937 PIERRE CIR
DELRAY BEACH, FL 33446

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2017 | 01/09/2017 |
| 2018 | 01/12/2018 |
| 2019 | 02/06/2019 |

### Document Images

| | |
|---|---|
| 02/06/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/12/2014 -- ANNUAL REPORT | View image in PDF format |
| 02/14/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2009 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations