L0700003177

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____        Certificates of Status _____

Special Instructions to Filing Officer:

# A. LUNT

JUN - 9 2009

# EXAMINER

Office Use Only



100156744181

06/08/09--01014--023   **25.00



PLAINTIFF'S
EXHIBIT

**23**

# COVER LETTER

**TO:**   Registration Section
         Division of Corporations

**SUBJECT:** _Miss Kris_
         (Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Kristen Zankl_
(Name of Person)

_____
(Firm/Company)

_7349 Serrano Terrace_
(Address)

_Delray Beach, FL 33446_
(City/State and Zip Code)

For further information concerning this matter, please call:

_KRISTEN ZANKL_   at ( _954_ ) _683-7452_
(Name of Person)                (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

[✓] $25.00 Filing Fee    [ ] 30.00 Filing Fee &        [ ] $55.00 Filing Fee &         [ ] $60.00 Filing Fee,
                             Certificate of Status          Certified Copy                  Certificate of Status &
                                                            (additional copy is enclosed)   Certified Copy
                                                                                            (additional copy is enclosed)

**MAILING ADDRESS:**                    **STREET/COURIER ADDRESS:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           Clifton Building
Tallahassee, FL 32314                   2661 Executive Center Circle
                                        Tallahassee, FL 32301

# ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

*FILED 2009 JUN -8 PM 2:27 SECRETARY OF STATE TALLAHASSEE, FLORIDA*

1. The name of a limited liability company is

   **MISS Kris**

2. The Articles of Organization were filed on **10 | 10 | 2007** and assigned document number
   **L07000103177**.

3. The date the dissolution was approved: **June 3, 2009**.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 608.441, Florida Statutes, (copy 608.441 on back cover letter).

   **Owner no longer has time to persue business**

5. **CHECK ONE:**

   ☑ All debts, obligations and liabilities of the limited liability company have been paid or discharged.
   -OR-
   ☐ Adequate provision has been made for the debts, obligations and liabilities pursuant to s. 608.4421.

6. All remaining property and assets have been distributed among its members in accordance with their respective rights and interests.

7. **CHECK ONE:**

   ☑ There are no suits pending against the company in any court.
   -OR-
   ☐ Adequate provision has been made for the satisfaction of any judgment, order or decree which may be entered against it in any pending suit.

Signatures of the members having the same percentage of membership interests necessary to approve the dissolution:

| Signature | Printed Name |
|---|---|
| Kristen Zankl | KRISTEN ZANKL |

**FILING FEE: $25.00**