UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                                  Case No. 22-12790-EPK

      Debtor.                                                        Chapter 7

_____/

NICOLE TESTA MEHDIPOUR, as
Chapter 7 Trustee for Excell Auto Group, Inc.,

      Plaintiff,

v.                                                                Adv. Proc. No. 23–01132–EPK

HI BAR CAPITAL, LLC, a New York limited
liability company, SPIN CAPITAL, LLC a/k/a
Spin Capital, a New Jersey limited liability company,
YISROEL HERBST, an individual, MORDECHAI
DOV BER HERBST a/k/a MORDI HERBST, an
individual, AVRUMI LUBIN a/k/a JOSH LUBIN,
an individual, FRANKLIN CAPITAL FUNDING, LLC,
a Delaware limited liability company, and
FRANKLIN CAPITAL GROUP, LLC, a Michigan
limited liability company d/b/a Wing Lake Capital,

      Defendants.

_____/

**JOINDER TO SUMMARY JUDGMENT RESPONSE
AND STATEMENT OF MATERIAL FACTS OF TRUSTEE**

Defendants, Franklin Capital Funding, LLC and Franklin Capital Group, LLC

(together, "Franklin"), hereby join with the (a) Response to Summary Judgment and

Joinder and (b) Statement of Material Facts, filed by Plaintiff, Nicole Testa

Mehdipour, as chapter 7 trustee (the "Trustee"), and adopt and re-allege such

{2425/000/00581074}

1

Response and Statement as if fully set forth herein.   ECF Nos. 220 and 221. Notwithstanding the foregoing, Franklin asserts in its answer that the Trustee is not a third-party beneficiary of the Wing Lake Assignment Document.  *See* ECF No. 101. Franklin therefore does not join with the Response and Statement to the limited extent the Trustee alleges that she is a third-party beneficiary of the Wing Lake Assignment Document.  *See* ECF No. 220 at ¶ 40.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on February 6, 2025.

> **SHRAIBERG PAGE P.A.**
> Attorneys for Franklin
> 2385 NW Executive Center Drive, #300
> Boca Raton, Florida 33431
> Telephone: 561-443-0800
> Facsimile: 561-998-0047
> pdorsey@slp.law
>
> By: ___/s/ Patrick Dorsey_____
>         Patrick Dorsey, Esq.
>         Florida Bar. No. 0085841

{2425/000/00581074}

2