**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourt.gov

**COVER SHEET TO ACCOMPANY ITEMS CONVENTIONALLY**
**SUBMITTED FOR SEALING OR IN CAMERA REVIEW**

**INSTRUCTIONS:**  Items I through III must be completed by the party filer submitting an item for sealing or review.  See Local Rule 5005-1(A)(4).  Conventionally filed documents must be placed in a securely sealed envelope clearly marked with the warning **DOCUMENT UNDER SEAL** or **HIGHLY SENSITIVE DOCUMENT**. Compliance with this provision is required.

**I.   CASE INFORMATION:**

Case Number:   23-01132-EPK          Chapter:

Name of Bankruptcy Case or Adversary Proceeding:   Mehdipour v. Hi Bar Capital, Et al.

**II.   FILING INFORMATION:**

Name of Filing Party:   Jason S. Rigoli

Address of Filing Party:   2255 Glades Road, Suite 419A, Boca Raton, FL 33431

Phone Number of Filing Party:   561-395-0500

Filed on behalf of:   Plaintiff, Nicole Testa Mehdipour, Trustee

**III.   TYPE OF SUBMISSION (check all that apply):**

☒ Sealed Document with:        ☒ Unsealed Motion to Seal        ☐ Sealed Motion to Seal

☐ Sealed Document pursuant to court order entered on:
Docket Entry #

[If conventionally filed, must attach a copy of order authorizing sealing, unless order is sealed]

☒ In Camera (Judicial) Review

☐ Highly Sensitive Document (HSD)

LF-72 (rev. 07/22/24)