

**ORDERED in the Southern District of Florida on February 7, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

          Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al*.,

          Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 22-01132-EPK

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION**
**TO SEAL EXHIBIT 2 TO PLAINTIFF'S RESPONSE TO**
**HI BAR DEFENDANTS' STATEMENT OF MATERIAL FACTS**

THIS CASE came before the Court without a hearing on the *Ex Parte Motion to Seal*

*Exhibit 2* to the *Plaintiff's Response to Hi Bar Defendants' Statement of Material Facts* [ECF No.

1

223] filed by Plaintiff Nicole Testa Mehdipour, Trustee.  The Court has reviewed the Motion to

Seal and is otherwise fully advised.  Accordingly, it is

ORDERED that:

1.      The Motion to Seal is **GRANTED**.

2.      The Clerk shall seal *Exhibit 2* to the *Plaintiff's Response to Hi Bar Defendants'*

*Statement of Material Facts* [ECF No. 221] filed in this Bankruptcy Case until such time as this

TD Bank agrees the documents are not confidential or Court enters an order unsealing these

documents.

###

**Submitted by:**
Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Tel: (561) 395-0500/Fax: (561) 338-7532
E-mail: jrigoli@furrcohen.com

*Special Counsel to the Trustee*

*Attorney Jason S. Rigoli is directed to serve a copy of this Order and file a certificate of service with the Court.*

2