UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

Case No.: 22-12790-EPK
Chapter 7

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*,

     Defendant(s).

_____/

Adv. Pro. No. 23-01132-EPK

**NOTICE OF FILING EXHIBIT 2 TO PLAINTIFF'S RESPONSE
TO HI BAR DEFENDANTS' STATEMENT OF MATERIAL FACTS**

**PLEASE TAKE NOTICE THAT:**

1.     On Friday, February 7, 2025, Nicole Testa Mehdipour, Trustee, the Plaintiff in the above captioned adversary, pursuant to a Confidentiality Agreement entered between the Plaintiff and TD Bank, N.A., submitted under seal Exhibit 2 to the *Plaintiff's Response to Hi Bar Defendants' Statement of Material Facts [ECF No. 221]* **[ECF No. 224]** ("Exhibit 2") consistent with the *Plaintiff's Ex Parte Motion to Seal Exhibit 2 to the Plaintiff's Response to Hi Bar Defendants' Statement of Material Facts* **[ECF No. 223]**, subsequent *Order Granting Plaintiff's Ex Parte Motion to Seal Exhibit 2 to the Plaintiff's Response to Hi Bar Defendants' Statement of Material Facts* **[ECF No. 226]**.

1

2.        Plaintiff, through counsel, was able to obtain consent from Spin Capital, LLC to disclose the information contained in Exhibit 2.  Accordingly, Plaintiff obtained consent from TD Bank, N.A., that Exhibit 2 could be disclosed in this adversary proceeding.

**PLEASE TAKE FURTHER NOTICE THAT:**

3.        The Exhibit 2 submitted under seal at ECF No. 224, contained personal identifiable information that had inadvertently not been redacted.

4.        Accordingly, Plaintiff submits the properly redacted Exhibit 2, attached hereto, and requests that the Exhibit 2 submitted at ECF No. 224, remain sealed pursuant to Fed. R. Bankr. P. 9037 and Local Rules 5005-1(A)(2)(a) and 9037-1.

Dated: February 10, 2025.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY:    /s/ *Jason S. Rigoli*
         Alan R. Crane, Esq.
         Florida Bar No.: 0963836
         E-mail: acrane@furrcohen.com
         Jason S. Rigoli, Esq.
         Florida Bar No.: 91990
         E-mail: jrigoli@furrcohen.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this adversary proceeding.

Dated: February 10, 2025.

By: */s/ Jason S. Rigoli*
     Jason S. Rigoli

2

CONFIDENTIAL (TD_EXCELL_AUTO_ADV) 000202

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 10/1/2024

| | |
|---|---|
| **Value Date** | |
| **Wire Date** | |

| | |
|---|---|
| **MSG_SOURCE_TYPE** | |
| **Account No** | |
| **Amount** | |
| **Beneficiary** | |
| **BNF ADDR1** | |
| **BNF ADDR2** | |
| **BNF ID** | |
| **Branch ID** | |
| **Country Code** | |
| **Currency** | |
| **Direction** | |
| **Fee** | |
| **IMAD** | |
| **MID** | |
| **Msg Status** | |
| **Msg Subtype** | |
| **Msg Type** | |
| **OBI** | |
| **Office** | |
| **OMAD** | |
| **ORG ADDR2** | |
| **ORG ID** | |
| **ORG ID Code** | |
| **Originator** | |
| **Pavmt Method** | |
| **Paymt Source** | |
| **Recv ABA** | |
| **Recv Name** | |
| **Reference** | |
| **Sender ABA** | |
| **Sender Name** | |
| **Time** | |
| **Value Date** | |
| **Wire Date** | |

| | |
|---|---|
| **MSG_SOURCE_TYPE** | PPUSA |
| **Account No** | 6504 |
| **Amount** | 2,114,312.50 |
| **BBK ADDR2** | FORT LAUDERDALE, FL |
| **Bene Bank** | OPTIMUMBANK |
| **Beneficiary** | Hi Bar Capital |
| **BNF ADDR1** | 1825 65th street |
| **BNF ADDR2** | Brooklyn NY 11204 |
| **BNF ID** | 2968 |
| **Branch ID** | 9999 |
| **Currency** | USD |
| **Direction** | O |
| **Fee** | 0.00 |
| **IMAD** | 20211101MMQFMPYQ007038 |
| **MID** | |
| **Msg Status** | COMPLETE |
| **Msg Subtype** | 00 |
| **Msg Type** | 10 |

PLAINTIFF'S
EXHIBIT

**2**

CONFIDENTIAL (TD_EXCELL_AUTO_ADV) 000203

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 10/1/2024

| | |
|---|---|
| **OBI** | Excell |
| **Office** | 004 |
| **OMAD** | 20211101GMQFMP0103580011011522FT03 |
| **ORG ADDR1** | EXPENSE ACCOUNT |
| **ORG ADDR2** | 1460 ARBORETUM PKWY |
| **ORG ADDR3** | LAKEWOOD, NJ 08701-0000 |
| **ORG ID** | 6504 |
| **ORG ID Code** | AC |
| **Originator** | SPIN CAPITAL LLC |
| **Paymt Method** | FED |
| **Paymt Source** | ETD |
| **Recv ABA** | 067015096 |
| **Recv Name** | OPTIMUMBANK |
| **Reference** | 211101152231HB01 |
| **Sender ABA** | 031101266 |
| **Sender Name** | TD BANK |
| **Time** | 15:22:33 |
| **Value Date** | 11/01/2021 |
| **Wire Date** | 11/01/2021 |

| | |
|---|---|
| **MSG_SOURCE_TYPE** | PPUSA |
| **Account No** | 6504 |
| **Amount** | 2,114,312.50 |
| **BBK ADDR1** | WILMINGTON DE |
| **Bene Bank** | TD BANK, NA |
| **Beneficiary** | SPIN CAPITAL LLC |
| **BNF ADDR1** | 1460 ARBORETUM PKWY |
| **BNF ADDR2** | LAKEWOOD NJ 08701 |
| **BNF ID** | 6504 |
| **Branch ID** | 9999 |
| **Currency** | USD |
| **Direction** | I |
| **Fee** | 0.00 |
| **IMAD** | 20211101GMQFMP01032105 |
| **MID** | 211101160629F100 |
| **Msg Status** | COMPLETE |
| **Msg Subtype** | 00 |
| **Msg Type** | 10 |
| **Office** | 004 |
| **OGB** | OPTIMUMBANK |
| **OGB ADDR1** | 2477 E. COMMERCIAL BLVD. |
| **OGB ADDR2** | FT. LAUDERDALE FL 33308 |
| **OGB ID** | 067015096 |
| **OMAD** | 20211101MMQFMPYQ01158911011606FT03 |
| | 1825 65TH ST STE 300 |
| **ORG ADDR2** | BROOKLYN NY 112043819 |
| **ORG ID** | 2968 |
| **ORG ID Code** | AC |
| **Originator** | HI BAR CAPITAL LLC |
| **Paymt Method** | FED |
| **Paymt Source** | FLS |
| **Recv ABA** | 031101266 |
| **Recv Name** | TD BANK NA |
| **Reference** | 0670150960032105 |
| **Sender ABA** | 067015096 |
| **Time** | 16:06:30 |
| **Value Date** | 11/01/2021 |

CONFIDENTIAL (TD_EXCELL_AUTO_ADV) 000204

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 10/1/2024

| Wire Date | 11/01/2021 |
|---|---|

**MSG_SOURCE_TYPE**
**Account No**
**Amount**
**BBK ADDR1**
**Bene Bank**
**Beneficiary**
**BNF ADDR1**
**BNF ADDR2**
**BNF ID**
**Branch ID**
**Currency**
**Direction**
**Fee**
**IMAD**
**MID**
**Msg Status**
**Msg Subtype**
**Msg Type**
**Office**
**OGB**
**OGB ADDR1**
**OGB ADDR2**
**OGB ID**
**OMAD**

**ORG ADDR2**
**ORG ID**
**ORG ID Code**
**Originator**
**Paymt Method**
**Paymt Source**
**Recv ABA**
**Recv Name**
**Reference**
**Sender ABA**
**Time**
**Value Date**
**Wire Date**

**MSG_SOURCE_TYPE**
**Account No**
**Amount**
**BBK ADDR1**
**Bene Bank**
**Beneficiary**
**BNF ADDR1**
**BNF ADDR2**
**BNF ID**
**Branch ID**
**Currency**
**Direction**
**Fee**
**IMAD**
**MID**
**Msg Status**