

**ORDERED in the Southern District of Florida on February 13, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

EXCELL AUTO GROUP, INC.

Debtor.

_____/

NICOLE TESTA MEHDIOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

      Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*

      Defendants.

_____/

CASE NO. 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** came before the Court for hearing on February 12, 2025, upon Marko

F. Cerenko, Esq., and the law firm of Kluger, Kaplan, Silverman, Katzen & Levine, P.L.'s

Motion to Withdraw as Counsel for Defendants, Spin Capital, LLC and Avrumi (Josh) Lubin

[ECF 195] (the "**Motion**") and the Court having reviewed the motion and having heard argument

of counsel hereby **ORDERS** as follows:

1.      The Motion is **GRANTED**.

2.      Marko F. Cerenko, Esq., and the law firm of Kluger, Kaplan, Silverman, Katzen

& Levine, P.L. are hereby relieved of any further responsibility in this matter effective fortwith.

# # #

Respectfully submitted by:

Marko F. Cerenko, Esq.
Fla. Bar No. 21501
KLUGER, KAPLAN, SILVERMAN,
KATZEN, & LEVINE, P.L.
201 S. Biscayne Blvd., Suite 2700
Miami, Florida 33131
Tel: (305) 379-9000
Fax: (305) 379-3428
Email: mcerenko@klugerkaplan.com

*Marko F. Cerenko, Esq. is directed to serve a copy of this Order on all interested parties and file a Certificate of Service.*