

**ORDERED in the Southern District of Florida on February 14, 2025.**

**Erik P. Kimball
Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:

**EXCELL AUTO GROUP, INC.**

        Debtors.
_____/

**NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,**

        **Plaintiff,**
v.

**HI BAR CAPITAL, LLC,** *et al.*,

        **Defendants.**
_____/

**Case No. 22-12790-EPK
Chapter 7**

**Adv. Pro. No. 23-01132-EPK**

### ORDER SETTING HEARING ON MOTION TO DISQUALIFY

**THIS MATTER** came before the Court upon the *Motion to Disqualify Matthew P.*

*Leto, Esq. and Leto Lawfirm as Counsel for Hi Bar Capital, LLC, Mordi Herbst, and Yisroel*

*Herbst* [ECF No. 231] filed by defendant Avrumi Lubin.  The Court having reviewed the record and being otherwise fully advised in the premises ORDERS that:

1.  The Court will hold a hearing on the Motion to Disqualify [ECF No. 231] at **11:00 a.m. on March 12, 2025**, in Courtroom B, United States Bankruptcy Court, The Flagler Waterview Building, 8th Floor, 1515 North Flagler Drive, West Palm Beach, Florida 33401.

2.  Any party may file a response to the Motion to Disqualify [ECF No. 231] along with a memorandum no later than **5:00 p.m. on March 5, 2025.**

###

Copies Furnished To:

All parties of record by the Clerk of Court.