

**ORDERED in the Southern District of Florida on February 14, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

                                                     Case No.: 22-12790-EPK

    Debtor.                                Chapter 7
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

    Plaintiff,                              Adv. Pro. No.: 23-01132-EPK

v.

HI BAR CAPITAL, LLC, *et al.*

    Defendants.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
### FOR DEFENDANTS SPIN CAPITAL AND AVRUMI LUBIN

THIS MATTER having come before the Court for hearing on February 12, 2025, upon Bernard L. Egozi, Esq.'s, and the law firm of Egozi & Bennett, P.A.'s ("E&B"), Motion to Withdraw as Counsel for Defendants Spin Capital, LLC and Avrumi Lubin a/k/a Josh Lubin [ECF 208] (the "Motion"), and the Court having reviewed the Motion and having heard argument of counsel at said hearing, it is hereby **ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      Bernard L. Egozi, Esq., and the law firm of Egozi & Bennett, P.A., are hereby relieved of any further responsibility in this matter.

# # #

Submitted by:

Bernard L. Egozi
Florida Bar No. 152544
Avi C. Shoham
Florida Bar No. 1005219
EGOZI & BENNETT, P.A.
2999 NE 191st Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343
Email: begozi@egozilaw.com
        avi@egozilaw.com