UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                          Case No.: 22-12790-EPK
EXCELL AUTO GROUP, INC.                         Chapter 7
Debtor.
_____/
NICOLE TESTA MEHDIPOUR,
Chapter 7 Trustee for EXCELL
AUTO GROUP, INC.,                               Adv. Pro. No. 23-01132-EPK
Plaintiff,
v.
HI BAR CAPITAL, LLC, *et al.*,
Defendant(s).
_____/

Notice of Appearance

Undersigned files and serves this notice of appearance for party in interest Spin Capital,

LLC, and requests copies of all notices.


Date this: 2/17/25

Respectfully submitted,


Joel M. Aresty, Esq.
Joel M. Aresty P.A.
Board Certified Business
Bankruptcy Law
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 1-800-559-1870
E-mail: Aresty@Mac.com
By: /s/: Joel M. Aresty
Fla. Bar No. 197483