

**ORDERED in the Southern District of Florida on February 24, 2025.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                                     Case No. 22-12790-EPK
                                                           Chapter 7
          Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

          Plaintiff,
v.                                                         Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, et al.,

          Defendants.
_____/

ORDER GRANTING MOTION FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT AND ADDRESSING RELATED MATTERS

This matter came before the Court for hearing on February 12, 2025, upon the

*Plaintiff's Motion for Leave to File Third Amended Complaint* [ECF No. 198] (the "Motion to

Amend") filed by Nicole Testa Mehdipour, chapter 7 trustee of the estate of Excell Auto

Page 1 of 5

Group, Inc., and the response thereto filed by defendants Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst [ECF No. 216].

The hearing on the Motion was held concurrently with hearings on two motions to withdraw filed by the last remaining counsel to defendants Spin Capital, LLC and Avrumi Lubin [ECF Nos. 195 and 208] along with Mr. Lubin's notice of termination of counsel [ECF No. 201]. By separate orders the Court permitted counsel for Spin Capital, LLC and Mr. Lubin to withdraw [ECF Nos. 232 and 234]. Thus, Spin Capital, LLC and Mr. Lubin are not currently represented in this adversary proceeding. While Mr. Lubin, as an individual defendant, may represent himself *pro se*, Spin Capital, LLC must be represented by counsel. Local Rule 9010-1(B)(1).[1]

There are two pending motions for partial summary judgment in this adversary proceeding, one filed by defendants Hi-Bar Capital, LLC, Mordechai Herbst and Yisroel Herbst [ECF No. 168] and one filed by the plaintiff [ECF No. 183].

Spin Capital, LLC and Avrumi Lubin joined in the motion for partial summary judgment filed by Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst [ECF No. 174]. The Court set a briefing schedule on that motion, requiring the plaintiff to file a response no later than February 6, 2025, and permitting the movants to file a reply no later than February 27, 2025 [ECF No. 175].

The plaintiff's motion for partial summary judgment seeks relief with regard to claims against Spin Capital, LLC and also against Hi-Bar Capital, LLC. The Court set a briefing schedule on the plaintiff's motion, requiring the relevant defendants to file a response no later than February 18, 2025 [ECF No. 186].

---

[1] Unless filed by counsel admitted to practice before this Court, any motion, response, brief, or other document filed in the name of Spin Capital, LLC may be stricken and the Court may enter orders adverse to Spin Capital, LLC.

In light of the fact that Spin Capital, LLC is not presently represented by counsel, the Court will permit Spin Capital, LLC a reasonable period of time to retain counsel to file a response to the plaintiff's motion for partial summary judgment and to file a reply in connection with the defendants' motion for partial summary judgment, and will amend the existing briefing orders with regard to Spin Capital, LLC and other relevant parties so that they may coordinate the response and reply.

Because the deadline to file motions for judgment on the pleadings and motions for summary judgment has expired, the Court will set a separate deadline for such motions solely with regard to new Count 29 added by the Third Amended Complaint.

For the foregoing reasons and the reasons stated on the record, the Court ORDERS and ADJUDGES as follows:

1.      *Plaintiff's Motion for Leave to File Third Amended Complaint* [ECF No. 198] is GRANTED IN PART as provided herein.  The proposed Third Amended Complaint filed at ECF No. 200 is STRICKEN.  Not later than February 28, 2025, the plaintiff must file and serve a Third Amended Complaint identical to the proposed Third Amended Complaint at ECF No. 200 except that new Count 29 may seek relief only against Spin Capital, LLC and Avrumi Lubin.

2.      The *Answer of Franklin Capital Funding, LLC and Franklin Capital Group, LLC* [ECF No. 101], filed in response to the Second Amended Complaint, is deemed to answer the Third Amended Complaint.  Because new Count 29 is not directed at these defendants, they are not required to respond to new Count 29.

3.      The Motion to Amend is DENIED as to defendants Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst.  The related objection [ECF No. 216] is OVERRULED.  The *Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst's Answer and Affirmative Defenses to Second Amended Complaint* [ECF No. 90] is deemed to answer

the Third Amended Complaint.  Because new Count 29 is not directed at these defendants, they are not required to respond to new Count 29.

4.      The Motion to Amend is GRANTED as to defendants Spin Capital, LLC and Avrumi Lubin.  The *Defendants' Avrumi (Josh) Lubin and Spin Capital, LLC's Answer and Affirmative Defenses* [ECF No. 102], filed in response to the Second Amended Complaint, is deemed to answer the Third Amended Complaint with regard to Counts 1 through 28.

5.      Defendants Spin Capital, LLC and Avrumi Lubin must respond to new Count 29 of the Third Amended Complaint not later March 20, 2025.  If the response is in the form of a motion to dismiss, the motion to dismiss must be limited solely to the claims presented in new Count 29.  If the response is an answer, it must be titled "Answer to Count 29", must respond only to new Count 29, and may include new affirmative defenses solely to the extent relevant to the claims presented in new Count 29.

6.      The *Plaintiff's Motion for Partial Summary Judgment Against Hi Bar Capital, LLC and Spin Capital, LLC* [ECF No. 183] is deemed to apply to the Third Amended Complaint.  The Court's *Order Setting Briefing Schedule on Motion for Partial Summary Judgment* [ECF No. 186], which relates to the plaintiff's motion for partial summary judgment, is replaced with the following:

(a)      Spin Capital, LLC and Hi-Bar Capital, LLC have until March 20, 2025 to respond to the *Plaintiff's Motion for Partial Summary Judgment Against Hi-Bar Capital, LLC and Spin Capital, LLC* [ECF No. 183].  The title of the response must reference the title of the original motion.  Failure to file a timely response may result in the granting of the motion for summary judgment.  Except as specifically permitted elsewhere in this Order, this paragraph is not intended to provide to the defendants a separate opportunity to file a cross-motion for summary judgment.

(b)    The plaintiff will then have until April 10, 2025 to file a reply.  The title of any such reply must reference the title of the original motion.

7.    The *Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst's Motion for Summary Judgment* [ECF No. 168], as joined by Spin Capital, LLC and Avrumi (Josh) Lubin [ECF No. 174], is deemed to apply to the Third Amended Complaint.  The Court's *Order Setting Briefing Schedule on Motion for Summary Judgment* [ECF No. 175], relating to the defendants' motion for partial summary judgment, is replaced with the following:

(a)    The plaintiff has until February 6, 2025 to respond to the defendants' motion for summary judgment [ECF No. 168, joinder at ECF No. 174].  The title of the response must reference the title of the original motion.  Failure to file a timely response may result in the granting of the motion for summary judgment.

(b)    The movants will then have until March 20, 2025 to file a reply to the response.  The title of the reply must reference the title of the original motion.

8.    Defendants Spin Capital, LLC and Avrumi Lubin may file a motion for judgment on the pleadings or motion for summary judgment, in each case relating solely to the claims presented in new Count 29, not later than March 20, 2025.  Except as provided in this paragraph, the *Second Amended Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 153] as modified by the *Order Granting Third Joint Agreed Motion to Continue Pretrial Conference and Extend Certain Related Pretrial Deadlines* [ECF No. 203] shall remain in full force and effect.

###

Copies furnished to:
Alan R. Crane, Esq.

*Alan R. Crane, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service with the court.*