UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

       Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

       Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

       Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

### *EX PARTE* MOTION TO AUTHORIZE PAYMENT OF SANCTIONS AWARD TO FURR AND COHEN, P.A.

Nicole Testa Mehdipour ("**Plaintiff**"), Chapter 7 trustee for the estate of Excell Auto Group, Inc., and Plaintiff in this adversary proceeding, by and through undersigned counsel, moves this Court for entry of an order authorizing the Trustee to pay the sanctions award previously award by this Court to Furr and Cohen, P.A., and respectfully states:

1. On October 23, 2024, the Court entered an *Order Granting Amended Motion to Compel Production of Documents and for Sanctions* [ECF No. 151] ("**Order Granting Sanctions**") against Spin Capital, LLC and in favor of the Plaintiff.

2. Pursuant to the Order Granting Sanctions, Furr and Cohen, P.A. submitted an affidavit setting forth $24,501.25 in fees and costs the Plaintiff sought to have awarded.

1

3.      On November 5, 2024, the Court entered an *Agreed Order Awarding Sanctions* [ECF No. 160] ("**Sanctions Award Order**"), awarding monetary sanctions to the Plaintiff and against Defendant, Spin Capital, LLC, in the amount of $20,306.25.

4.      Spin Capital, LLC, timely paid the $20,306.25 sanctions amount to Plaintiff, in her capacity as Chapter 7 Trustee.

5.      Plaintiff now requires a specific order authorizing and directing the Plaintiff to pay those funds over to the Furr and Cohen, P.A.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order: (i) granting this Motion; (ii) authorizing the Plaintiff, in her capacity as chapter 7 trustee to pay Furr and Cohen, P.A., $20,306.25 that was awarded as a sanction and which the Trustee is currently holding in the estate; and (iii) granting such other and further relief as this Court deems just and proper.

 Respectfully submitted this 25th day of February 2025.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY:    /s/ *Jason S. Rigoli*
      Alan R. Crane, Esq.
      Florida Bar No.: 0963836
       E-mail: acrane@furrcohen.com
      Jason S. Rigoli, Esq.
      Florida Bar No.: 91990
      E-mail: jrigoli@furrcohen.com

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this adversary proceeding.

Dated: February 25, 2025

By: */s/ Jason S. Rigoli*
Jason S. Rigoli

3