

**ORDERED in the Southern District of Florida on February 26, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

                                                    **Case No.: 22-12790-EPK**
                                                    **Chapter 7**

EXCELL AUTO GROUP, INC.

       Debtor.

_____/

NICOLE TESTA MEHDIPOUR, as
Chapter 7 Trustee for Excell Auto Group, Inc.,

       Plaintiff,

v.                                                  **Adv. Proc. No.: 23-01132-EPK**

HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;
YISROEL HERBST; MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST; AVRUMI LUBIN
a/k/a JOSH LUBIN; FRANKLIN CAPITAL
FUNDING, LLC; and FRANKLIN CAPITAL
GROUP, LLC, d/b/a Wing Lake Capital,

       Defendants.

_____/

**ORDER SETTING HEARING AND RESPONSE DEADLINE ON**
**MOTION TO RECONSIDER ORDER GRANTING MOTION FOR**
**LEAVE TO FILE THIRD AMENDED COMPLAINT AND ADDRESSING RELATED**
**MATTERS AND MOTION FOR RELIEF FROM ORDER GRANTING THIRD JOINT**
**AGREED MOTION TO CONTINUE PRETRIAL CONFERENCE**

<u>**AND EXTEND CERTAIN RELATED PRETRIAL DEADLINES**</u>

**THIS MATTER** came before the Court upon the *Motion to Reconsider Order Granting Motion for Leave to File Third Amended Complaint and Addressing Related Matters and Motion for Relief from Order Granting Third Joint Agreed Motion to Continue Pretrial Conference and Extend Certain Related Pretrial Deadlines* [ECF No. 243] (the "Motion to Reconsider") filed by Nicole Testa Mehdipour, as Chapter 7 Trustee for Excell Auto Group, Inc. (the "Plaintiff"). With the Court being fully advised in the premises, it is **ORDERED** that:

1.      The Court will hold a hearing on the Motion to Reconsider on **April 23, 2025 at 11:00 a.m.**  The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.  Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone.  To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.  If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.  All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.  This includes appropriate courtroom attire for those participants appearing in person or by video.

2.      Not later than **April 2, 2025**, any defendant may file and serve on the Plaintiff a response to the Motion to Reconsider.  Absent leave of Court, any response and supporting

memorandum must not exceed 13 pages in the aggregate, excluding only the certificate of service.  If the Court determines that multiple responses have been filed in an attempt to avoid the page limit, the Court may strike one or more responses.

3.      Absent leave of Court, no reply or further briefing is permitted.

###

Copies Furnished To:

Jason S. Rigoli, Esq.

*Jason S. Rigoli, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*