

**ORDERED in the Southern District of Florida on February 26, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

        Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

        Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**ORDER GRANTING _EX PARTE_ MOTION TO AUTHORIZE
PAYMENT OF SANCTIONS AWARD TO FURR AND COHEN, P.A.**

THIS PROCEEDING came before the Court without a hearing, pursuant to the _Ex Parte_

_Motion to Authorize Payment of Sanctions Award to Furr and Cohen, P.A._ [ECF No. 245]

1

(the "**Motion**"), filed by Plaintiff, Nicole Testa Mehdipour Trustee.  The court has reviewed the

Motion and the record in this Proceeding and is otherwise fully advised.  Accordingly, it is

**ORDERED that:**

1.      The Motion is GRANTED.

2.      Plaintiff, Nicole Testa Mehdipour, Trustee, is authorized to disburse $20,306.25 to

Furr and Cohen, P.A. from the estate's account, immediately upon entry of this Order.

3.      The $20,306.25 constitutes previously award sanction amount paid by Spin Capital,

LLC pursuant to the *Agreed Order Awarding Sanctions* [ECF No. 160].

###

**Submitted by:**

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Tel: (561) 395-0500/Fax: (561) 338-7532
E-mail: jrigoli@furrcohen.com
*Counsel to the Trustee/Plaintiff*

*Attorney Jason S Rigoli is directed to serve a copy of this Order and file a certificate of service
with the Court.*