**Matthew Leto**

| | |
|---|---|
| **From:** | Matthew Leto |
| **Sent:** | Thursday, March 21, 2024 2:13 PM |
| **To:** | Josh Lubin |
| **Cc:** | begozi@egozilaw.com; 'Steven Wells'; Nemon, Jacob H. |
| **Subject:** | RE: Hi Bar NY Judgement domestication to FLorida |
| **Attachments:** | FW: Four Ring Circus |

Dear Josh

This truly needs to stop. I just received an email from Jerry Breslin saying that he is taking your non stop emails to him and his client to court.  He has apparently asked you to stop, and you have refused. ███████████████████████████████████████████████████████████████████████████

███████████████████████████████ you made it clear yesterday that you were not paying for Hi Bar's fees going forward whether under your JD agreement with them or under my fee agreement. I understood that statement as you severing any relationship with my firm. While I do appreciate you committing to pay my fees through yesterday, you are clearly making me doubt whether you will actually do so.  Again, your positions are beyond any rationale understanding, but they are your decisions.

████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

Finally, I am not withdrawing from the lawsuit on behalf of Hi Bar unless I am directed to by Hi Bar. Again, I have ethical obligations to Hi Bar that I cannot ignore simply because you have decided to act in a completely irresponsible, irrational, and self-defeating manner.  A company cannot represent itself in court and doing so would place it in peril of being defaulted.

I am happy to discuss all of these issues further on a group call Bernie, Steve, and Jacob.  But, I am not going to engage in an email battle with you.  There is no reason for it.

████████████████████████████████████████████████████████████████████████████████

█████████████████████████████████.

Sincerely,

Matthew Leto



**Matthew P. Leto**

**Phone**: (305) 341-3155
**Fax: (**305) 397-1168
Mleto@letolawfirm.com

**EXHIBIT**

**A**

## Matthew Leto

| | |
|---|---|
| **From:** | Matthew Leto |
| **Sent:** | Thursday, March 21, 2024 5:46 PM |
| **To:** | Josh Lubin; Oliver Griffin |
| **Cc:** | begozi@egozilaw.com |
| **Subject:** | RE: Hi Bar NY Judgement domestication to FLorida |

Josh



But, once again, you have repeatedly told me that your relationship with my firm was severed going forward, that you were not going to pay Hi Bar's legal fees going forward as contemplated by the JDA, and that I was to deal with Hi Bar directly on all cases going forward.  Those are your words. Not mine. You cannot have this both ways and simply change your mind at will -- especially when you have been in arrears on my invoices for over 3 months.  While I appreciate you saying they will be paid eventually, a 75k receivable cannot be ignored.  Maybe that is my fault for not pushing you on the unpaid bills each month, but that is where we are for better or for worse.

I would be happy to speak to Oliver or Bernie anytime, but given your position on the firm going forward, your failure to abide by our fee agreement, and overall conduct, I just ask that you stop emailing me at this point.

You clearly have competent counsel who can guide you through the rest of this process and can likely communicate with me in a calm, professional, and productive manner.

Sincerely,

Matthew Leto



**Matthew P. Leto**