UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA WEST PALM BEACH
DIVISION

In re:

EXCELL AUTO GROUP, INC.
Debtor.

_____/

NICOLE TESTA
MEHDIPOUR,
Chapter 7 Trustee for
EXCELL

AUTO GROUP, INC.,
Plaintiff,
v.
HI BAR CAPITAL, LLC, *et al.*,
Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

Ex Parte Unopposed Joint Expedited Motion to Extend Deadlines DE 242

Defendants Josh Lubkin pro se, Spin Capital, joined by Hi Bar, and unopposed by plaintiff ,after conferral, with each,  respectfully request an enlargement of time to respond to items due 3/20/25  in DE 242, ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND ADDRESSING RELATED MATTERS, through 3/24/25: **Reply To De 220, Joiner Of  Hi  Bar Capital LLC's Motion For Summary Judgment De 174** , and **Motion to dismiss Count 29.**

Wherefore the parties request an extension through March 24, 2025 to respond to the deadlines in DE 242.

Respectfully submitted, 3/19/25

Joel M. Aresty, Esq.
Joel M. Aresty P.A.
Board Certified Business
Bankruptcy Law
Lawyer for Spin
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 1-800-559-1870
E-mail: Aresty@Mac.com
By: /s/: Joel M. Aresty
Fla. Bar No. 197483