UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA WEST PALM BEACH
DIVISION

In re:

Case No.: 22-12790-EPK

EXCELL AUTO GROUP, INC.
Debtor.

Chapter 7

_____/

NICOLE TESTA
MEHDIPOUR,
Chapter 7 Trustee for
EXCELL

AUTO GROUP, INC.,                                    Adv. Pro. No. 23-01132-EPK
Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*,
Defendant(s).

_____/

Amended Ex Parte Unopposed Joint Expedited Motion to Extend Deadlines DE 242

Defendants Josh Lubin pro se, Spin Capital, joined by Hi Bar, and unopposed by plaintiff, after conferral, with each, respectfully request a modest enlargement of time to respond to items due 3/20/25 in DE 242, ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND ADDRESSING RELATED MATTERS, through 3/24/25:

1.      On February 25, 2025, the Court entered an Order amending the briefing schedule on (i) Hi Bar's Motion for Partial Summary Judgment (to which Spin joined) and (ii) the Trustee's Motion for Partial Summary Judgment against Spin and Hi Bar. [D.E. 242].

2.      Currently, the reply to the Trustee's opposition to Hi Bar's Motion for Summary Judgment [D.E. 168] and the Response to the Trustee's Motion for Summary Judgment [D.E. 183] are due on March 20, 2025.  Further, Spin must respond to Count 29 of the Plaintiff's Third Amended Complaint on or before the same date. [D.E. 242]

3.      The undersigned has only been involved in this lawsuit for approximately one month and given the voluminous and complicated scope of the issues raised in both motions, and other pressing work previously required, respectfully requests two (2) additional business days to file the respective reply and response.

4.      The Trustee does not oppose this relief, and the undersigned certifies that he will not seek any further extensions of time.

5.    Hi Bar joins in this motion to ensure the consistency of the deadlines.

Wherefore the parties request an extension through March 24, to reply to the Trustee's opposition to Hi Bar's Motion for Summary Judgment [D.E. 168] and the Response to the Trustee's Motion for Summary Judgment [D.E. 183] and Motion to dismiss Count 29.

Respectfully submitted, 3/19/25

Joel M. Aresty, Esq.
Joel M. Aresty P.A.
Board Certified Business
Bankruptcy Law
Lawyer for Spin
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 1-800-559-1870
E-mail: Aresty@Mac.com
By: /s/: Joel M. Aresty
Fla. Bar No. 197483