

**ORDERED in the Southern District of Florida on March 20, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:

        EXCELL AUTO GROUP, INC.

        Debtor.

-------------------------------------------------------------------- /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.

        Plaintiff.

       -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

        Defendants.

-------------------------------------------------------------------- /

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**ORDER GRANTING UNOPPOSED EXPEDITED**
**EX PARTE MOTION TO EXTEND TIME**

This matter came before the Court without a hearing on Josh Lubin and Spin Capital's Amended Unopposed Expedited Motion to Extend Time [D.E. 260]. The Court, having reviewed the Amended Motion and being apprised of the Agreement of Counsel, ORDERS that:

1) The Motion is GRANTED.

2) Josh Lubin, Spin Capital, and the Hi Bar Defendants shall file their reply to the Trustee's Opposition to Hi Bar's Motion for Partial Summary Judgment [D.E. 168] on or before March 24, 2025.

3) Spin Capital, and the Hi Bar Defendants shall file their opposition to the Trustee's Motion for Partial Summary Judgment [D.E. 183] on or before March 24, 2025.

4) Josh Lubin and Spin Capital shall file their response to Count 29 of the Third Amended Complaint [D.E. 253] on or before March 24, 2025.

###

Submitted by: Joel M. Aresty, Joel M. Aresty P.A. 309 1st Ave S, Tierra Verde FL 33715, phone 305-904-1903 fax 1-800-559-1870 email aresty@me.com; Attorney Aresty  directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.