

**ORDERED in the Southern District of Florida on March 20, 2025.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                                          Case No. 22-12790-EPK

    Debtor.                                                      Chapter 7

_____/

NICOLE TESTA MEHDIPOUR, as
Chapter 7 Trustee for Excell Auto Group, Inc.,

      Plaintiff,

v.                                                               Adv. Proc. No. 23–01132–EPK

HI BAR CAPITAL, LLC, a New York limited
liability company, *et al.*,

      Defendants.

_____/

**AGREED ORDER GRANTING AGREED EX PARTE MOTION
(I) TO CONFIRM THAT THE FRANKLIN PARTIES NEED
NOT RESPOND TO SUMMARY JUDGMENT MOTION, OR
(II) IN THE ALTERNATIVE, TO ESTABLISH RESPONSE DEADLINE**

THIS MATTER came before the Court without hearing upon the *Agreed Ex Parte Motion to (i) to Confirm that the Franklin Parties Need Not Respond to Summary Judgment Motion, or (ii) in the Alternative, to Establish Response Deadline* (the "Motion") filed by Defendants, Franklin Capital Funding, LLC and Franklin Capital Group, LLC (together, "Franklin" or "Wing Lake").  ECF No. 261.  The Court having reviewed the Motion, noting the agreement Wing Lake and the Plaintiff, Nicole Testa Mehdipour, as chapter 7 trustee ("Plaintiff"), and being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Motion [ECF No. 261] is **GRANTED** as follows.

2.      The Court hereby confirms that Wing Lake is not required to respond to the summary judgment motion filed by Plaintiff against co-Defendants, Hi Bar Capital, LLC and Spin Capital, LLC [ECF No. 183], and all claims and defenses of Wing Lake are preserved.

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for Wing Lake
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2414/000/00586354}
4876-6857-9308, v. 2