**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

EXCELL AUTO GROUP, INC.

          Debtor.

Case No.: 22-12790-EPK
Chapter 7

---------------------------------------------------------------- /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.

Adv. Pro. No. 23-01132-EPK

          Plaintiff.

      -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC, YISROEL
HERBST, MORDECHAI DOV BER HERBST a/k/a MORDI
HERBST, AVRUMI LUBIN a/k/a JOSH LUBIN, FRANKLIN
CAPITAL FUNDING, LLC and FRANKLIN CAPITAL
GROUP, LLC d/b/a WING LAKE CAPITAL,

          Defendants.

---------------------------------------------------------------- /

## HI-BAR CAPITAL, LLC, MORDECHAI HERBST, AND YISROEL HERBST'S RESPONSE TO TRUSTEE'S ADDITIONAL MATERIAL FACTS

Defendants, Hi-Bar Capital, LLC ("Hi-Bar"), Mordechai Herbst, and Yisroel Herbst, (collectively, "Hi-Bar Defendants"), file the following Response to Trustee, Nicole Testa Mehdipour's Additional Material Facts [D.E. 221]:

24.    Undisputed.

25.    Undisputed.

26.    Disputed. According to the Docusign audit log, Kristin Zankl executed the documents on 10/28/2021 at 4:11:12 AM. [D.E. 221-1 at pg. 15].

27.    Undisputed.

28.    Undisputed.

29.    Undisputed.

1

30.     Undisputed.

31.     Undisputed. The document speaks for itself.

32.     Undisputed.

33.     Undisputed.

34.     Disputed. The Balance Transfer Agreement was sent together as a package and references the First Hi Bar Contract dated Octboer 27, 2021 and the term "Merchant," which is defined by the agreement as Excell and other non-debtor entities, such as Karma of Broward and Karma of Palm Beach. [D.E. 221-1].

Respectfully submitted,

LETO LAW FIRM
201 S. Biscayne Blvd.
Suite 2700
Miami, Florida 33131
Tel.    305-341-3155
Fax:    305-397-1168

*/s/ Matthew P. Leto*
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com
pleadings@letolawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 22, 2025, we electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.

*/s/ Matthew P. Leto*
MATTHEW P. LETO

2