

**CHASE ◯**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 10, 2021 through November 30, 2021

Account Number: ████ 6901

00009950 DRE 021 142 33721 NNNNNNNNNNN T 1 000000000 D2 0000

EXCELL AUTO GROUP, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## Good news — we've made two changes to help simplify how overdraft fees work.

We'll no longer charge:

1.  Returned Item Fees when items are declined or returned unpaid because you don't have a sufficient balance in your account.

2.  Insufficient Funds Fees when your account balance is overdrawn by $50 or less at the end of the business day. If you overdraw your account by more than that, we'll charge a $34 Insufficient Funds Fee per item, beginning with the first item that overdraws your account balance by more than $50 (maximum of 6 fees per business day, up to $204).

We pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. As a reminder, overdraft services are only available for qualifying checking accounts. For additional information, please visit **chase.com/overdraft**.

| CHECKING SUMMARY | Chase Platinum Business Checking | |
|---|---|---|
| | **INSTANCES** | **AMOUNT** |
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 2 | 1,512,350.00 |
| Electronic Withdrawals | 1 | -300,000.00 |
| **Ending Balance** | **3** | **$1,212,350.00** |

Your Chase Platinum Business Checking account provides:
*   No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
*   500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
*   $25,000 in cash deposits per statement cycle
*   Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.


**CHASE**

November 10, 2021 through November 30, 2021

Account Number: ████ 6901

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/12 | Online Transfer From Chk ...8711 Transaction#: 13006304360 | $300,000.00 |
| 11/30 | Book Transfer Credit B/O: Mxt Solutions LLC Austin TX 78741- US Trn: 6394700334Jo | 1,212,350.00 |
| **Total Deposits and Additions** | | **$1,512,350.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/15 | 11/15 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: HI Bar Capital Brooklyn NY 11204 US Imad: 1115B1Qgc03C006658 Trn: 3440111319Es | $300,000.00 |
| **Total Electronic Withdrawals** | | **$300,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/12 | $300,000.00 |
| 11/15 | 0.00 |
| 11/30 | 1,212,350.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | 4 | 0 | $25.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | $0.00 |

ACCOUNT 000000780596901

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 1 |
| **Credits** | |
| Non-Electronic Transactions | 1 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 1 |



November 10, 2021 through November 30, 2021
Account Number: ████████**901**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



November 10, 2021 through November 30, 2021

Account Number:                    5901

This Page Intentionally Left Blank