IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-22-05125

FVP OPPORTUNITY FUND III, LP, a Delaware
limited partnership; FVP INVESTMENTS, LLC, a
Delaware limited liability company; and FVP
SERVICING, LLC, a Delaware limited liability
company,

   Plaintiffs,

vs.

SAVANNAH ROW DEVELOPMENT COMPANY,
LLC, a Florida limited liability company; VANTIFF
LLC, a Florida limited liability company; MILLCO-
ATWATER, LLC, an Illinois limited liability company;
et al.,

   Defendants.

_____/

## DECLARATION OF SCOTT ZANKL

**State of Florida**
**County of Palm Beach**

**Vantiff LLC and Savannah Row LLC Transfers.**

1. My name is Scott Zankl and I was an officer of both Karma of Palm Beach, Inc. and Karma of Broward, Inc. (collectively the "Karma Entities") in 2021 and 2022.

2. On March 3, 2022 through March 17, 2022, Karma of Palm Beach, Inc. wired the following sums to Defendants Vantiff LLC and Savannah Row LLC, from the following account which sums were received by the Defendants named in the following **Table 1**. (the "transfer" or "payment").

**Table 1**

| Date | Transfer to: | Amount: | Account Ending in: | From Company |
|------|-------------|---------|--------------------|--------------|
| 3.3.2022 | Savannah Row | $15,500.00 | 8711 | KPB |
| 3.11.2022 | Vantiff LLC | $100,000.00 | 8711 | KPB |
| 3.17.2022 | Savannah Row | $15,000.00 | 8711 | KPB |
| 3.17.2022 | Vantiff LLC | $100,000.00 | 8711 | KPB |

**EXHIBIT**

**3**

3.    All of the above payments and transfers in **Table 1** were for transactions with Excell Auto Group, Inc. (EAG).

4.    Karma of Palm Beach, Inc. received no equivalent value for the transfers in **Table 1** as the transfers were for an EAG transaction and only an EAG transaction and payment on the EAG debt.

5.    At the time of the transfers the assets of Karma of Palm Beach, Inc. were unreasonably small in relation to the wire transfers above referenced in **Table 1**.

6.    At the time of the transfers in **Table 1** the assets of Karma of Palm Beach, Inc. did not provide the  ability to repay the debts incurred by these transfers made for and on behalf of EAG as they became due.

7.    At the time of the transfers Karma of Palm Beach, Inc. was either insolvent or became insolvent because of the transfers outlined in **Table 1.**


**Millco-Atwater LLC.**

8.    On March 3, 2022 through March 9, 2022, Karma of Palm Beach, Inc. wired the following sums to Defendant Millco-Atwater, LLC ("Millco") which sums were received by Defendant Millco. (the "transfer" or "payment").

**Table 2**

| Karma of Palm Beach, Inc. (KPB) | | | | | | |
|---|---|---|---|---|---|---|
| Chase - Checking | | | | | | |
| Account No. xxxxxxxxxxx6603 | | | | | | |
| KPB Transfers to Millco | | | | | | |
| Date | KPB Transfer to Millco | Amount | Millco Vehicle No. | Millco Vehicle Identity | Contract Borrower | Date of Loan |
| 3/3/2022 | Online Wire Transfer A/C: Millco Atwater LLC | $230,000.00 | 218 | 4570 Bently | Excell | 12.2.2021 |
| 3/3/2022 | Online Wire Transfer A/C: Millco Atwater LLC | $178,000.00 | 222 | 2963 Porshe | Excell | 1.13.2022 |
| 3/3/2022 | Online Wire Transfer A/C: Millco Atwater LLC | $285,000.00 | 215 | 7184 Rolls | Excell | 12.1.2021 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3/4/2022 | Online Wire Transfer A/C: Millco Atwater LLC | $335,000.00 | | 214 | 6246 Ferrari | Excell | 12.1.2021 |
| | 3/4/2022 | Online Wire Transfer A/C: Millco Atwater LLC | $329,500.00 | | 221 | 2931 Lambo | Excell | 1.3.2022 |
| | 3/7/2022 | Online Wire Transfer A/C: Millco Atwater LLC | $387,500.00 | | 216 | 4541 Rolls | Excell | 12.1.2021 |
| | 3/8/2022 | Online Wire Transfer A/C: Millco Atwater LLC | $500,000.00 | | 210 | 6515 Ferrari | Excell | 9.28.2021 |
| | 3/9/2022 | Online Wire Transfer A/C: Millco Atwater LLC | $150,000.00 | | 210 | interest | Excell | 9.28.2021 |
| | | | | | | | | |
| | Total Transfers | | $2,395,000.00 | | | | | |

9.  All of the above payments and transfers in **Table 2** were for transactions with Millco or its principal Nick Strategakis on EAG debt.

10. Karma of Palm Beach, Inc. received no equivalent value for the transfers in **Table 2** as the transfers were for an EAG transaction and only an EAG transaction and payment on the EAG debt depicted in **Table 2.**

11. At the time of the transfers, the assets of Karma of Palm Beach, Inc. were unreasonably small in relation to the wire transfers above referenced in **Table 2**.

12. At the time of the transfers in **Table 2** the assets of Karma of Palm Beach, Inc. did not provide the  ability to repay the debts incurred by Karma of Palm Beach, Inc. for these transfers made for and on behalf of EAG as they became due.

13. At the time of the transfers, Karma of Palm Beach, Inc. was either insolvent or became insolvent because of the transfers outlined in **Table 2.**

*Intentionally  Left Blank – Verification to Follow*

### DECLARATION AND VERIFICATION OF FACTS

I, Scott Zankl, authorized officer of Karma of Palm Beach, Inc., hereby swear and affirm that the statements and representations made herein are true and correct and that the assertions made regarding or relating to Karma of Palm Beach, Inc. is made on personal knowledge.

 06/05/2024 05:41 PM EDT

_____
Scott Zankl

STATE OF FLORIDA      )
COUNTY OF BROWARD   )                                           June 5th, 2024

The foregoing instrument was acknowledged before me on _____ by Scott Zankl, who is personally known to me ( ) or ( ) who produced a Florida driver's license as identification, and who did take an oath and having acknowledged that each has executed this document for the purposes stated therein.

Christian Maldonado    06/05/2024 05:44 PM EDT

_____
Notary Public

My commission expires:

CHRISTIAN MALDONADO
MY COMMISSION # HH 514155
EXPIRES: August 10, 2028

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®

Page 4 of 4