**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2021 through December 31, 2021
Account Number:                     5901



00009446 DRE 021 142 00522 NNNNNNNNNNN T 1 000000000 D2 0000
EXCELL AUTO GROUP, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,212,350.00 |
| Deposits and Additions | 13 | 3,352,950.00 |
| Electronic Withdrawals | 20 | -4,564,800.00 |
| **Ending Balance** | **33** | **$500.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | Orig CO Name:Austin Bus Finan     Orig ID:9972731001 Desc Date:211202 CO Entry Descr:Cash Disb Sec:CCD    Trace#:021000020153711 Eed:211202  Ind ID: Ind Name:Excell Auto Group     Getbackd Refund Trn: 3360153711Tc | $20,000.00 |
| 12/14 | Online Transfer From Chk ...3199 Transaction#: 13232342536 | 963,950.00 |
| 12/14 | Online Transfer From Chk ...3199 Transaction#: 13232350022 | 38,000.00 |
| 12/15 | Online Transfer From Chk ...2098 Transaction#: 13238776941 | 788,000.00 |
| 12/15 | Online Transfer From Chk ...2098 Transaction#: 13239013930 | 600,000.00 |
| 12/15 | Online Transfer From Chk ...2098 Transaction#: 13238866700 | 155,000.00 |
| 12/15 | Online Transfer From Chk ...2098 Transaction#: 13238824594 | 147,000.00 |
| 12/15 | Online Transfer From Chk ...3199 Transaction#: 13240947965 | 32,000.00 |
| 12/17 | Online Transfer From Chk ...6603 Transaction#: 13255133212 | 200,000.00 |
| 12/20 | Online Transfer From Chk ...6603 Transaction#: 13275067669 | 200,000.00 |
| 12/20 | Online Transfer From Chk ...6603 Transaction#: 13275095842 | 146,000.00 |
| 12/20 | Online Transfer From Chk ...6603 Transaction#: 13275060988 | 31,000.00 |
| 12/29 | Online Transfer From Chk ...3199 Transaction#: 13335274229 | 32,000.00 |
| **Total Deposits and Additions** | | **$3,352,950.00** |

 **CHASE** ⬡

December 01, 2021 through December 31, 2021

Account Number: ▇▇▇▇▇▇6901

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | 12/01 Online Transfer To Chk ...2098 Transaction#: 13133481929 | $58,333.33 |
| 12/01 | 12/01 Online Domestic Wire Transfer A/C: Prestige Luxury Cars LLC Delray Beach FL 33483-4514 US Trn: 3425271335Es | 33,600.00 |
| 12/01 | 12/01 Online Domestic Wire Transfer Via: Effingham St IL/081204540 A/C: Milco Chicago IL 60654 US Imad: 1201B1Qgc06C012094 Trn: 3525041335Es | 206,000.00 |
| 12/01 | 12/01 Online Transfer To Chk ...3199 Transaction#: 13135052570 | 307,500.00 |
| 12/02 | 12/02 Online Transfer To Chk ...2098 Transaction#: 13143631780 | 7,500.00 |
| 12/02 | 12/02 Online Transfer To Chk ...2098 Transaction#: 13145982106 | 100,000.00 |
| 12/03 | 12/03 Online Transfer To Chk ...8711 Transaction#: 13155431414 | 519,416.67 |
| 12/15 | 12/15 Online Transfer To Chk ...2098 Transaction#: 13238229456 | 132,000.00 |
| 12/15 | 12/15 Online Transfer To Chk ...2098 Transaction#: 13238235801 | 156,000.00 |
| 12/15 | 12/15 Online Transfer To Chk ...2098 Transaction#: 13238342654 | 103,040.00 |
| 12/15 | 12/15 Online Transfer To Chk ...2098 Transaction#: 13238347514 | 212,000.00 |
| 12/15 | 12/15 Online Transfer To Chk ...2098 Transaction#: 13238819694 | 655,000.00 |
| 12/15 | 12/15 Online Transfer To Chk ...3199 Transaction#: 13239017873 | 433,910.00 |
| 12/15 | 12/15 Online Transfer To Chk ...3199 Transaction#: 13239260330 | 1,000,000.00 |
| 12/17 | 12/17 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: HI Bar Capital Brooklyn NY 11204 US Imad: 1217B1Qgc07C012071 Trn: 3312951351Es | 200,000.00 |
| 12/17 | 12/17 Online Domestic Wire Transfer A/C: Austin Business Finance, LLC Austin TX 78741- US Trn: 3315151351Es | 31,250.00 |
| 12/20 | Orig CO Name:Getbackd         Orig ID:Getbackd   Desc Date:211220 CO Entry Descr:D000067058Sec:CCD    Trace#:096016930188986 Eed:211220   Ind ID:D855E990-48735         Ind Name:Excell Auto Group Trn: 3540188986Tc | 31,250.00 |
| 12/20 | 12/20 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: HI Bar Capital Brooklyn NY 11204 US Imad: 1220B1Qgc05C009074 Trn: 3389971354Es | 200,000.00 |
| 12/20 | 12/20 Online Domestic Wire Transfer A/C: Prestige Luxury Cars LLC Delray Beach FL 33483-4514 US Trn: 3393571354Es | 146,000.00 |
| 12/30 | 12/30 Online Domestic Wire Transfer A/C: Austin Business Finance, LLC Austin TX 78741- US Trn: 3205531364Es | 32,000.00 |

**Total Electronic Withdrawals**    **$4,564,800.00**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/01 | $606,916.67 |
| 12/02 | 519,416.67 |
| 12/03 | 0.00 |
| 12/14 | 1,001,950.00 |
| 12/15 | 32,000.00 |
| 12/17 | 750.00 |
| 12/20 | 500.00 |
| 12/29 | 32,500.00 |
| 12/30 | 500.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $75.00 |
| **Total Service Charges** | **$75.00**  Will be assessed on 1/5/22 |



December 01, 2021 through December 31, 2021

Account Number: ███████6901

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 8 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 7 | 4 | 3 | $25.00 | $75.00 |
| Subtotal Other Service Charges (Will be assessed on 1/5/22) | | | | | $75.00 |

ACCOUNT 000000780596901

| Other Service Charges: | | | | | |
|---|---|---|---|---|---|
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 8 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 7 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



This Page Intentionally Left Blank