**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2022 through January 31, 2022
Account Number: ███████5901

00009348 DRE 021 142 03422 NNNNNNNNNNN T 1 000000000 D2 0000

EXCELL AUTO GROUP, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



---

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $500.00 |
| Deposits and Additions | 27 | 6,549,371.27 |
| Electronic Withdrawals | 43 | -6,518,546.27 |
| Other Withdrawals | 1 | -31,250.00 |
| Fees | 1 | -75.00 |
| Ending Balance | 72 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Online Transfer From Chk ...6603 Transaction#: 13371934219 | $19,990.00 |
| 01/04 | Online Transfer From Chk ...3199 Transaction#: 13380359628 | 12,000.00 |
| 01/05 | Online Transfer From Chk ...6603 Transaction#: 13387795749 | 38,000.00 |
| 01/05 | Online Transfer From Chk ...6603 Transaction#: 13387833849 | 700.00 |
| 01/10 | Online Transfer From Chk ...6603 Transaction#: 13423124109 | 100,000.00 |
| 01/10 | Online Transfer From Chk ...3199 Transaction#: 13420497776 | 19,500.00 |
| 01/10 | Online Transfer From Chk ...6603 Transaction#: 13423066245 | 12,000.00 |
| 01/12 | Fedwire Credit Via: Optimumbank/067015096 B/O: Alpine Business Capital LLC Brooklyn NY 112180000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487 US/Ac-00 0000007805 Rfb=Funding Imad: 0112Gmqfmp01017344 Trn: 0590800012Ff | 1,500,000.00 |
| 01/12 | Fedwire Credit Via: Optimumbank/067015096 B/O: Go Fund Nanuet NY 109775902 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487 US/Ac-00 0000007805 Rfb=Funding Obi=Funding Imad: 0112Gmqfmp01027216 Trn: 0827470012Ff | 390,000.00 |
| 01/12 | Online Transfer From Chk ...8711 Transaction#: 13436608748 | 90,000.00 |
| 01/13 | Online Transfer From Chk ...3199 Transaction#: 13442669472 | 100,000.00 |
| 01/13 | Online Transfer From Chk ...3199 Transaction#: 13441303575 | 39,722.00 |
| 01/18 | Online Transfer From Chk ...3181 Transaction#: 13474940379 | 30,000.00 |



January 01, 2022 through January 31, 2022

Account Number: ███████901

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/19 | Online Transfer From Chk ...3181 Transaction#: 13481934693 | 108,824.05 |
| 01/20 | Fedwire Credit Via: Optimumbank/067015096 B/O: Tbf Grp Toms River NJ 087550000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487 US/Ac-00 0000007805 Rfb=Tbf Funding Imad: 0120Gmqfmp01019254 Trn: 0679690020Ff | 675,000.00 |
| 01/20 | Online Transfer From Chk ...8711 Transaction#: 13489814965 | 125,000.00 |
| 01/20 | Online Transfer From Chk ...6603 Transaction#: 13488784180 | 59,722.22 |
| 01/24 | Online Transfer From Chk ...6603 Transaction#: 13516248067 | 60,000.00 |
| 01/26 | Online Transfer From Chk ...5966 Transaction#: 13529252021 | 288,948.00 |
| 01/26 | Online Transfer From Chk ...5966 Transaction#: 13529287938 | 175,000.00 |
| 01/26 | Online Transfer From Chk ...5966 Transaction#: 13529405652 | 100,000.00 |
| 01/26 | Online Transfer From Chk ...5966 Transaction#: 13529735414 | 40,000.00 |
| 01/27 | Online Transfer From Chk ...3199 Transaction#: 13536365777 | 650,000.00 |
| 01/27 | Online Transfer From Chk ...3199 Transaction#: 13533967326 | 149,965.00 |
| 01/27 | Online Transfer From Chk ...3199 Transaction#: 13534804340 | 120,000.00 |
| 01/28 | Fedwire Credit Via: Optimumbank/067015096 B/O: Alpine Business Capital LLC Brooklyn NY 112180000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487 US/Ac-00 0000007805 Rfb=Funding Imad: 0128Gmqfmp01008958 Trn: 0388570028Ff | 970,000.00 |
| 01/28 | Online Transfer From Chk ...2098 Transaction#: 13543968580 | 675,000.00 |

**Total Deposits and Additions** **$6,549,371.27**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | 01/05 Online Domestic Wire Transfer Via: Continental Bk/124003077 A/C: ACH Capital New York NY 10004 US Imad: 0105B1Qgc07C010765 Trn: 3310992005Es | $39,722.22 |
| 01/10 | Orig CO Name:Getbackd   Orig ID:Getbackd  Desc Date:220110 CO Entry Descr:D000074901Sec:CCD  Trace#:096016932464097 Eed:220110  Ind ID:D855E990-48735   Ind Name:Excell Auto Group Trn: 0102464097Tc | 31,250.00 |
| 01/10 | 01/10 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: HI Bar Capital Brooklyn NY 11204 US Imad: 0110B1Qgc01C007261 Trn: 3566242010Es | 100,000.00 |
| 01/12 | 01/12 Online Transfer To Chk ...3199 Transaction#: 13435264872 | 332,000.00 |
| 01/12 | 01/12 Online Transfer To Chk ...3199 Transaction#: 13435271502 | 506,000.00 |
| 01/12 | 01/12 Online Domestic Wire Transfer Via: Effingham St IL/081204540 A/C: Milco Chicago IL 60654 US Imad: 0112B1Qgc08C027045 Trn: 3346532012Es | 204,000.00 |
| 01/12 | 01/12 Online Transfer To Chk ...3181 Transaction#: 13435316550 | 300,000.00 |
| 01/12 | 01/12 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: HI Bar Capital Brooklyn NY 11204 US Imad: 0112B1Qgc06C009928 Trn: 3350732012Es | 100,000.00 |
| 01/12 | 01/12 Online Transfer To Chk ...3181 Transaction#: 13435348407 | 58,392.78 |
| 01/12 | 01/12 Online Transfer To Chk ...2098 Transaction#: 13436306357 | 185,000.00 |
| 01/12 | 01/12 Online Transfer To Chk ...8711 Transaction#: 13436603768 | 45,000.00 |
| 01/12 | 01/12 Online Transfer To Chk ...3199 Transaction#: 13436675758 | 40,000.00 |
| 01/13 | 01/13 Online Transfer To Chk ...3199 Transaction#: 13440186056 | 210,000.00 |
| 01/13 | 01/13 Online Domestic Wire Transfer Via: Continental Bk/124003077 A/C: ACH Capital New York NY 10004 US Imad: 0113B1Qgc08C010729 Trn: 3278542013Es | 39,722.00 |
| 01/13 | 01/13 Online Transfer To Chk ...3199 Transaction#: 13442677465 | 100,000.00 |
| 01/19 | 01/19 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: Alpine Business Capital LLC New York NY 10005 US Imad: 0119B1Qgc07C016888 Trn: 3458382019Es | 138,824.05 |
| 01/20 | Orig CO Name:Go Fund   Orig ID:003067852 Desc Date:220120 CO Entry Descr:72970   Sec:CCD   Trace#:067015096541632 Eed:220120  Ind ID:Excell Auto Gro Ind Name:Excell Auto Group | 20,000.00 |
| 01/20 | 01/20 Online Domestic Wire Transfer Via: Peoples Bank/221172186 A/C: Tvt Direct Funding LLC Greenwich FL 06830 US Ref:/Time/14:37 Imad: 0120B1Qgc08C025312 Trn: 3361842020Es | 39,722.22 |
| 01/20 | 01/20 Online Transfer To Chk ...2098 Transaction#: 13489502309 | 675,000.00 |
| 01/20 | 01/20 Online Transfer To Chk ...2098 Transaction#: 13489906005 | 125,000.00 |



January 01, 2022 through January 31, 2022

Account Number: ███████**901**

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24 | Orig CO Name:Go Fund        Orig ID:003067852  Desc Date:220124 CO Entry  Descr:73377    Sec:CCD    Trace#:067015099101379 Eed:220124   Ind ID:Excell Auto Gro  Ind Name:Excell Auto Group | 20,000.00 |
| 01/24 | Orig CO Name:Getbackd        Orig ID:Getbackd  Desc Date:220124 CO Entry  Descr:D000080376Sec:CCD    Trace#:096016937810668 Eed:220124   Ind  ID:D855E990-48735        Ind Name:Excell Auto Group Trn: 0247810668Tc | 31,250.00 |
| 01/26 | Orig CO Name:Go Fund        Orig ID:003067852  Desc Date:220126 CO Entry  Descr:74235    Sec:CCD    Trace#:067015090936514 Eed:220126   Ind ID:Excell Auto Gro  Ind Name:Excell Auto Group | 20,000.00 |
| 01/26 | Orig CO Name:Tvt Capital        Orig ID:1800651227 Desc Date:        CO Entry  Descr:Payment  Sec:CCD    Trace#:061121020948028 Eed:220126   Ind ID:Oa1280432  Ind Name:Excell Auto Group  Inc Trn: 0260948028Tc | 50.00 |
| 01/26 | 01/26 Online Transfer To Chk ...2098 Transaction#: 13529295417 | 175,000.00 |
| 01/26 | Orig CO Name:Tvt Capital        Orig ID:1800651227 Desc Date:        CO Entry  Descr:Payment  Sec:CCD    Trace#:061121020085305 Eed:220126   Ind ID:Oa1280496  Ind Name:Excell Auto Group  Inc Trn: 0260085305Tc | 39,722.22 |
| 01/26 | 01/26 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: Alpine Business  Capital LLC New York NY 10005 US Imad: 0126B1Qgc07C019567 Trn: 3452492026Es | 277,648.00 |
| 01/27 | Orig CO Name:Go Fund        Orig ID:003067852  Desc Date:220127 CO Entry  Descr:74536    Sec:CCD    Trace#:067015091463822 Eed:220127   Ind ID:Excell Auto Gro  Ind Name:Excell Auto Group | 20,000.00 |
| 01/27 | Orig CO Name:Tbf Grp        Orig ID:003068249  Desc Date:Jan 27 CO Entry  Descr:ID:2764 - Sec:CCD    Trace#:067015091463770 Eed:220127   Ind ID:  Ind Name:Excell Auto Trn: 0271463770Tc | 12,491.67 |
| 01/27 | Orig CO Name:Tbf Grp        Orig ID:003068249  Desc Date:Jan 27 CO Entry  Descr:ID:2764 - Sec:CCD    Trace#:067015091463772 Eed:220127   Ind ID:  Ind Name:Excell Auto Trn: 0271463772Tc | 12,491.67 |
| 01/27 | 01/27 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: Go Fund Nanuet  NY 10977 US Imad: 0127B1Qgc06C007606 Trn: 3256232027Es | 100,000.00 |
| 01/27 | 01/27 Online Domestic Wire Transfer Via: Continental Bk/124003077 A/C: ACH Capital UT LLC  New York NY 10004 US Imad: 0127B1Qgc08C018948 Trn: 3257032027Es | 71,535.00 |
| 01/27 | 01/27 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: Tbf Grp Jackson  NJ 08537 US Imad: 0127B1Qgc07C012295 Trn: 3313282027Es | 150,000.00 |
| 01/27 | 01/27 Online Transfer To Chk ...2098 Transaction#: 13536373693 | 325,000.00 |
| 01/28 | Orig CO Name:Allpine Business        Orig ID:874122144  Desc Date:Jan 28 CO Entry  Descr:Excell Autsec:CCD    Trace#:067015090027295 Eed:220128   Ind ID:Excell Auto Gro  Ind Name:Excell Auto Group, Inc Trn: 0280027295Tc | 138,824.05 |
| 01/28 | Orig CO Name:Go Fund        Orig ID:003067852  Desc Date:220128 CO Entry  Descr:74823    Sec:CCD    Trace#:067015096086374 Eed:220128   Ind ID:Excell Auto Gro  Ind Name:Excell Auto Group | 20,000.00 |
| 01/28 | Orig CO Name:Tbf Grp        Orig ID:003068249  Desc Date:Jan 28 CO Entry  Descr:ID:2764 - Sec:CCD    Trace#:067015090027265 Eed:220128   Ind ID:  Ind Name:Excell Auto Trn: 0280027265Tc | 12,491.67 |
| 01/28 | 01/28 Online Transfer To Chk ...3181 Transaction#: 13542830501 | 130,000.00 |
| 01/28 | 01/28 Online Transfer To Chk ...8711 Transaction#: 13542898745 | 500,000.00 |
| 01/28 | 01/28 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: Go Fund Nanuet  NY 10977 US Imad: 0128B1Qgc06C010609 Trn: 3335132028Es | 100,000.00 |
| 01/28 | 01/28 Online Transfer To Chk ...8711 Transaction#: 13543152864 | 397,408.72 |
| 01/28 | 01/28 Online Transfer To Chk ...3181 Transaction#: 13544574712 | 600,000.00 |
| 01/28 | 01/28 Online Transfer To Chk ...8711 Transaction#: 13544593914 | 75,000.00 |
| **Total Electronic Withdrawals** | | **$6,518,546.27** |



 **CHASE**

January 01, 2022 through January 31, 2022
Account Number: ████████ 6901

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | Orig CO Name:Getbackd      Orig ID:Getbackd   Desc Date:220103 CO Entry Descr:D000072022Sec:CCD   Trace#:096016935401957 Eed:220103   Ind ID:D855E990-48735      Ind Name:Excell Auto Group Trn: 0035401957Tc | $31,250.00 |
| **Total Other Withdrawals** | | **$31,250.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | Service Charges For The Month of December | $75.00 |
| **Total Fees** | | **$75.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 01/03 | $20,490.00 | 01/13 | 0.00 | 01/24 | 8,750.00 |
| 01/04 | 1,240.00 | 01/18 | 30,000.00 | 01/26 | 100,277.78 |
| 01/05 | 142.78 | 01/19 | 0.00 | 01/27 | 328,724.44 |
| 01/10 | 392.78 | 01/20 | 0.00 | 01/28 | 0.00 |
| 01/12 | 210,000.00 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $200.00 |
| **Total Service Charges** | **$200.00**  Will be assessed on 2/3/22 |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 4 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 25 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 4 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 12 | 4 | 8 | $25.00 | $200.00 |
| Subtotal Other Service Charges (Will be assessed on 2/3/22) | | | | | $200.00 |

ACCOUNT 000000780596901

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 4 |
| **Credits** | |
| Non-Electronic Transactions | 25 |
| **Electronic Credits** | |
| Domestic Incoming Wire Fee | 4 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 12 |



January 01, 2022 through January 31, 2022

Account Number: ▊▊▊▊▊▊6901

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



This Page Intentionally Left Blank