

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2022 through January 31, 2022
Account Number: ███████ 8199

00003479 DRI 021 252 03422 NNNNNNNNNNN  1 000000000 Z9 0000
EXCELL AUTO GROUP, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 46 | 6,485,115.43 |
| ATM & Debit Card Withdrawals | 2 | -1,300.00 |
| Electronic Withdrawals | 59 | -6,440,093.21 |
| Other Withdrawals | 2 | -43,722.22 |
| **Ending Balance** | **109** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Online Transfer From Chk ...6603 Transaction#: 13367639771 | $23,000.00 |
| 01/04 | Book Transfer Credit B/O: Truist Bank Charlotte NC 28202-1078 US Org:/1000194613294 Excell Auto Finance, LLC Ogb: Aba/061000104 Truist Bank (Formerly Suntrust Bank Ref: Gorodova Trn: 0922260004Ez | 137,000.00 |
| 01/07 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=2015 Mclaren P1 Sbm12Aba0Fw00 0247 Imad: 0107Mmqimpew000049 Trn: 0392610007Fi | 1,000,000.00 |
| 01/07 | Online Transfer From Chk ...8711 Transaction#: 13403576878 | 20,000.00 |
| 01/07 | Online Transfer From Chk ...8711 Transaction#: 13403011740 | 15,500.00 |
| 01/10 | Online Transfer From Chk ...8711 Transaction#: 13414637839 | 125,000.00 |
| 01/10 | Online Transfer From Chk ...8711 Transaction#: 13414627304 | 25,000.00 |
| 01/10 | Online Transfer From Chk ...6603 Transaction#: 13420600968 | 23,000.00 |
| 01/10 | Online Transfer From Chk ...8711 Transaction#: 13414623673 | 11,000.00 |
| 01/10 | Online Transfer From  Chk ...8711 Transaction#: 13414611080 | 11,000.00 |
| 01/10 | Online Transfer From  Chk ...8711 Transaction#: 13414613130 | 11,000.00 |


**CHASE**

January 01, 2022 through January 31, 2022
Account Number:                    8199

## DEPOSITS AND ADDITIONS | (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/12 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=Car 219 2020 Rolls Royce Ghos T Scafk4C04Lux54806 Imad: 0112Mmqfmpew000097 Trn: 0810950012Ff | 325,000.00 |
| 01/12 | Online Transfer From Chk ...6901 Transaction#: 13435271502 | 506,000.00 |
| 01/12 | Online Transfer From Chk ...6901 Transaction#: 13435264872 | 332,000.00 |
| 01/12 | Online Transfer From Chk ...8711 Transaction#: 13434896909 | 40,000.00 |
| 01/12 | Online Transfer From Chk ...3181 Transaction#: 13435516273 | 40,000.00 |
| 01/12 | Online Transfer From Chk ...6901 Transaction#: 13436675758 | 40,000.00 |
| 01/12 | Online Transfer From Chk ...8711 Transaction#: 13433155922 | 16,300.00 |
| 01/12 | Online Transfer From Chk ...8711 Transaction#: 13433172736 | 16,300.00 |
| 01/12 | Online Transfer From Chk ...8711 Transaction#: 13434454375 | 11,175.00 |
| 01/13 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=Car 224 2021 Rolls Cullinan S Latv4C00Mu206183 Imad: 0113Mmqfmpew000097 Trn: 0679620013Ff | 415,000.00 |
| 01/13 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=Car 221 2014 Lamborghini Aven Tadoirzhwur1Zd7Ela02931 Imad: 0113Mmqfmpew000021 Trn: 0356730013Ff | 320,000.00 |
| 01/13 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=Car 223 2020 Mercedes G63 W1N Yc7Hj2Lx346538 Imad: 0113Mmqfmpew000023 Trn: 0357370013Ff | 202,000.00 |
| 01/13 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=Car 225 1St Installment 2018 Lamborghini Huracan Zhwuc2Zf9Jla097 99 Imad: 0113Mmqfmpew000101 Trn: 0681950013Ff | 187,000.00 |
| 01/13 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=Car 222 2020 Porsche Taycan T Urbos Wp0Ac2Y10Lsa72963 Imad: 0113Mmqfmpew000022 Trn: 0357140013Ff | 170,000.00 |
| 01/13 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=Car 223 2ND Installment 2020 Mercedes G63 W1Nyc7Hj2Lx346538 Imad: 0113Mmqfmpew000038 Trn: 0416490013Ff | 138,000.00 |
| 01/13 | Fedwire Credit Via: Cross River Bank/021214891 B/O: Coinbase Inc San Francisco CA 94111 US Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=Qgebrpaq Imad: 0113Qmgft002001418 Trn: 0818000013Ff | 38,553.23 |
| 01/13 | Online Transfer From Chk ...6901 Transaction#: 13440186056 | 210,000.00 |
| 01/13 | Online Transfer From Chk ...6901 Transaction#: 13442677465 | 100,000.00 |
| 01/13 | Online Transfer From Chk ...8711 Transaction#: 13439731682 | 10,000.00 |
| 01/14 | Online Transfer From Chk ...8711 Transaction#: 13452447763 | 40,000.00 |
| 01/14 | Online Transfer From Chk ...8711 Transaction#: 13451131547 | 3,000.00 |
| 01/14 | Online Transfer From Chk ...8711 Transaction#: 13450370937 | 2,000.00 |
| 01/18 | Orig CO Name:Millcoat        Orig ID:262947544  Desc Date:        CO Entry Descr:Auto Sec:PPD   Trace#:081204543220055 Eed:220114  Ind ID:                Ind Name:Excell Auto Group Inc Trn: 0143220055Tc | 9,500.00 |
| 01/19 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Imad: 0119F7B74M2C001702 Trn: 0464210019Ff | 315,000.00 |
| 01/19 | Online Transfer From Chk ...8711 Transaction#: 13481420853 | 34,250.00 |
| 01/20 | Online Transfer From Chk ...3181 Transaction#: 13487621615 | 100,000.00 |
| 01/20 | Online Transfer From Chk ...8711 Transaction#: 13488741726 | 100,000.00 |
| 01/20 | Online Transfer From Chk ...6603 Transaction#: 13488752812 | 100,000.00 |



January 01, 2022 through January 31, 2022
Account Number: ▮▮▮▮3199

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/20 | Online Transfer From Chk ...6603 Transaction#: 13488775521 | 75,000.00 |
| 01/20 | Online Transfer From Chk ...8711 Transaction#: 13489899316 | 20,000.00 |
| 01/27 | Online Transfer From Chk ...0852 Transaction#: 13534511006 | 600,000.00 |
| 01/27 | Online Transfer From Chk ...0852 Transaction#: 13534514615 | 275,871.20 |
| 01/27 | Online Transfer From Chk ...0852 Transaction#: 13533933156 | 150,000.00 |
| 01/27 | Online Transfer From Chk ...0852 Transaction#: 13534262109 | 100,000.00 |
| 01/27 | Online Transfer From Chk ...0852 Transaction#: 13534506698 | 41,666.00 |
| **Total Deposits and Additions** | | **$6,485,115.43** |



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/04 | ATM Withdrawal    01/04 4775 Linton Blvd Delray Beach FL Card 5648 | $300.00 |
| 01/14 | ATM Withdrawal    01/14 17955 S Military Trl Boca Raton FL Card 5648 | 1,000.00 |
| **Total ATM & Debit Card Withdrawals** | | **$1,300.00** |

## ATM & DEBIT CARD SUMMARY

Nidia Helena Leiva  Card 5648

| | AMOUNT |
|---|--------|
| Total ATM Withdrawals & Debits | $1,300.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | AMOUNT |
|---|--------|
| Total ATM Withdrawals & Debits | $1,300.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/03 | 01/03 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Diabetes Symptoscan Fort Worth TX 76126 US Ref:/Time/09:22 Imad: 0103B1Qgc06C005828 Trn: 3282302003Es | $23,000.00 |
| 01/04 | Orig CO Name:Tvtdirectfunding    Orig ID:1832236322 Desc Date:    CO Entry Descr:Receive  Sec:CCD    Trace#:221172183748257 Eed:220104   Ind ID:641219607942374 Ind Name:Excell Auto Group Inc Trn: 0043748257Tc | 39,722.22 |
| 01/04 | 01/04 Online Transfer To Chk ...6901 Transaction#: 13380359628 | 12,000.00 |
| 01/04 | 01/04 Online Domestic Wire Transfer Via: United Comm Bk/063116083 A/C: Dcg 2008 Irrevocable Trust Boca Raton FL 33431 US Imad: 0104B1Qgc08C021116 Trn: 3304742004Es | 33,150.00 |
| 01/04 | 01/04 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Lillian Roberts Coconut Creek FL 33073 US Ref:/Time/13:10 Imad: 0104B1Qgc08C021142 Trn: 3304722004Es | 5,000.00 |
| 01/04 | 01/04 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Merril Lynch Boca Raton FL 33486 US Ref:/Bnf/For Further Credit To Aja Realty Enterprises Acct No 737-02425 Imad: 0104B1Qgc08C024423 Trn: 3356772004Es | 5,416.67 |
| 01/04 | 01/04 Online Domestic Wire Transfer A/C: Prestige Luxury Cars LLC Delray Beach FL 33483-4514 US Trn: 3359042004Es | 16,500.00 |
| 01/04 | 01/04 Online Domestic Wire Transfer Via: Truist Bank/263191387 A/C: Kristen Zankl Delray Beach FL 33446 US Imad: 0104B1Qgc04C006367 Trn: 3421002004Es | 3,000.00 |
| 01/04 | 01/04 Online Domestic Wire Transfer Via: Truist Bank/263191387 A/C: Kristen Zankl Delray Beach FL 33446 US Imad: 0104B1Qgc08C030573 Trn: 3461512004Es | 5,000.00 |
| 01/04 | 01/04 Online Transfer To Chk ...8711 Transaction#: 13382550512 | 16,911.11 |



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/07 | 01/07 Online Transfer To Chk ...8711 Transaction#: 13403002301 | 1,000,000.00 |
| 01/07 | 01/07 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Savannah Row Development LLC Boca Raton FL 33432 US Imad: 0107B1Qgc06C006735 Trn: 3264832007Es | 15,500.00 |
| 01/07 | 01/07 Online Domestic Wire Transfer A/C: Anatoliy Zikanov FT Lauderdale FL 33312-1542 US Trn: 3308152007Es | 20,000.00 |
| 01/10 | 01/10 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0110B1Qgc08C008917 Trn: 3244112010Es | 125,000.00 |
| 01/10 | 01/10 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0110B1Qgc08C008923 Trn: 3244052010Es | 11,000.00 |
| 01/10 | 01/10 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Mms Ultimate Services Lake Worth FL 33467 US Imad: 0110B1Qgc07C006853 Trn: 3244092010Es | 25,000.00 |
| 01/10 | 01/10 Online Transfer To Chk ...3181 Transaction#: 13420494741 | 2,500.00 |
| 01/10 | 01/10 Online Transfer To Chk ...6901 Transaction#: 13420497776 | 19,500.00 |
| 01/10 | 01/10 Online International Wire Transfer A/C: Bank of Shanghai CO Ltd Shanghai China 20012-0 Cn Ref: Business Expenses Trn: 3368922010Es | 23,000.00 |
| 01/12 | 01/12 Online Domestic Wire Transfer Via: TD Bank, NA/067014822 A/C: Jeff A Weintraub Boca Raton FL 33432 US Imad: 0112B1Qgc06C004555 Trn: 3139152012Es | 16,300.00 |
| 01/12 | 01/12 Online Transfer To Chk ...8711 Transaction#: 13433296158 | 16,300.00 |
| 01/12 | 01/12 Online Domestic Wire Transfer Via: TD Bank NA/031101266 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0112B1Qgc08C021629 Trn: 3259352012Es | 11,175.00 |
| 01/12 | 01/12 Online Domestic Wire Transfer Via: Effingham St IL/081204540 A/C: Millco Atwater LLC Chicago IL 60654 US Imad: 0112B1Qgc07C013826 Trn: 3351892012Es | 516,000.00 |
| 01/12 | 01/12 Online Domestic Wire Transfer Via: Effingham St IL/081204540 A/C: Millco Atwater LLC Chicago IL 60654 US Ref: Ref Car 211 Imad: 0112B1Qgc08C027408 Trn: 3351902012Es | 332,000.00 |
| 01/12 | 01/12 Online Transfer To Chk ...3181 Transaction#: 13435354675 | 30,000.00 |
| 01/12 | 01/12 Online Transfer To Chk ...3181 Transaction#: 13436106185 | 365,000.00 |
| 01/13 | 01/13 Online Domestic Wire Transfer Via: TD Bank, NA/067014822 A/C: Lugnut Racing Inc Pompano Beach FL 33060 US Imad: 0113B1Qgc05C009213 Trn: 3132002013Es | 10,000.00 |
| 01/13 | 01/13 Online Domestic Wire Transfer Via: Effingham St IL/081204540 A/C: Millco Atwater LLC Chicago IL 60654 US Imad: 0113B1Qgc07C006920 Trn: 3165332013Es | 210,000.00 |
| 01/13 | 01/13 Online Transfer To Chk ...8711 Transaction#: 13440623432 | 90,000.00 |
| 01/13 | 01/13 Online Transfer To Chk ...3181 Transaction#: 13440757150 | 545,000.00 |
| 01/13 | 01/13 Online Domestic Wire Transfer Via: United Comm Bk/063116083 A/C: Dcg 2008 Irrevocable Trust Boca Raton FL 33431 US Imad: 0113B1Qgc05C023621 Trn: 3259102013Es | 3,543.44 |
| 01/13 | 01/13 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Lillian Roberts Coconut Creek FL 33073 US Ref:/Time/12:46 Imad: 0113B1Qgc05C023650 Trn: 3259132013Es | 30,000.00 |
| 01/13 | 01/13 Online Transfer To Chk ...6901 Transaction#: 13441303575 | 39,722.00 |
| 01/13 | 01/13 Online Transfer To Chk ...8711 Transaction#: 13441329342 | 40,000.00 |
| 01/13 | 01/13 Online Transfer To Chk ...2098 Transaction#: 13442211290 | 55,000.00 |
| 01/13 | 01/13 Online Transfer To Chk ...2098 Transaction#: 13442218018 | 223,500.00 |
| 01/13 | 01/13 Online Transfer To Chk ...2098 Transaction#: 13442223759 | 285,000.00 |
| 01/13 | 01/13 Online Transfer To Chk ...8711 Transaction#: 13442514802 | 38,553.23 |
| 01/13 | 01/13 Online Transfer To Chk ...6901 Transaction#: 13442669472 | 100,000.00 |
| 01/13 | 01/13 Online Transfer To Chk ...3181 Transaction#: 13442673183 | 20,512.34 |
| 01/13 | 01/13 Online Domestic Wire Transfer A/C: Xan Myburgh Austin TX 78746-1564 US Trn: 3441772013Es | 100,000.00 |
| 01/14 | 01/14 Online Domestic Wire Transfer Via: Metcommbk NY/026013356 A/C: Chargeup Capital Wilmington De 19807 US Imad: 0114B1Qgc05C009301 Trn: 3534652014Es | 40,000.00 |
| 01/18 | 01/17 Online Transfer To Chk ...3181 Transaction#: 13467896240 | 9,500.00 |
| 01/19 | 01/19 Online Domestic Wire Transfer Via: United Comm Bk/063116083 A/C: Dcg 2008 Irrevocable Trust Boca Raton FL 33431 US Imad: 0119B1Qgc05C006311 Trn: 3266132019Es | 34,250.00 |
| 01/19 | 01/19 Online Transfer To Chk ...3181 Transaction#: 13481710252 | 315,000.00 |
| 01/20 | 01/20 Online Domestic Wire Transfer A/C: Xan Myburgh Austin TX 78746-1564 US Trn: 3195262020Es | 100,000.00 |



January 01, 2022 through January 31, 2022

Account Number: █████████ 3199



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/20 | 01/20 Online Domestic Wire Transfer A/C: Xan Myburgh Austin TX 78746-1564 US Trn: 3308682020Es | 100,000.00 |
| 01/20 | 01/20 Online Domestic Wire Transfer A/C: Xan Myburgh Austin TX 78746-1564 US Trn: 3310262020Es | 175,000.00 |
| 01/20 | 01/20 Online Domestic Wire Transfer Via: Metcommbk NY/026013356 A/C: Chargeup Capital Wilmington De 19807 US Imad: 0120B1Qgc03C012063 Trn: 3440762020Es | 20,000.00 |
| 01/24 | Orig CO Name:Tvt Capital   Orig ID:1800651227 Desc Date:   CO Entry Descr:Payment  Sec:CCD   Trace#:061121023914617 Eed:220124  Ind ID:Oa1279849 Ind Name:Excell Auto Group  Inc Trn: 0243914617Tc | 35.00 |
| 01/27 | 01/27 Online Transfer To Chk ...6901 Transaction#: 13533967326 | 149,965.00 |
| 01/27 | 01/27 Online Transfer To Chk ...6901 Transaction#: 13534804340 | 120,000.00 |
| 01/27 | 01/27 Online Transfer To Chk ...8711 Transaction#: 13535206098 | 30,000.00 |
| 01/27 | 01/27 Online Transfer To Chk ...6901 Transaction#: 13536365777 | 650,000.00 |
| 01/28 | 01/28 Online Transfer To Chk ...8711 Transaction#: 13541700618 | 10,000.00 |
| 01/28 | 01/28 Online Domestic Wire Transfer A/C: Prestige Luxury Cars LLC Delray Beach FL 33483-4514 US Trn: 3258152028Es | 13,500.00 |
| 01/28 | 01/28 Online Domestic Wire Transfer A/C: Prestige Luxury Cars LLC Delray Beach FL 33483-4514 US Trn: 3258132028Es | 25,750.00 |
| 01/28 | 01/28 Online Transfer To Chk ...8711 Transaction#: 13542546765 | 47,500.00 |
| 01/28 | 01/28 Online Transfer To Chk ...8711 Transaction#: 13544213852 | 120,787.20 |
| **Total Electronic Withdrawals** | | **$6,440,093.21** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/12 | Orig CO Name:Tvtdirectfunding   Orig ID:1832236322 Desc Date:   CO Entry Descr:Receive  Sec:CCD   Trace#:221172183705821 Eed:220111   Ind ID:641824408350320   Ind Name:Excell Auto Group Inc Trn: 0113705821Tc | $39,722.22 |
| 01/14 | 01/14 Withdrawal | 4,000.00 |
| **Total Other Withdrawals** | | **$43,722.22** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 01/03 | $0.00 | 01/13 | 0.00 | 01/20 | 0.00 |
| 01/04 | 0.00 | 01/14 | 0.00 | 01/24 | -35.00 |
| 01/07 | 0.00 | 01/18 | 0.00 | 01/27 | 217,537.20 |
| 01/10 | 0.00 | 01/19 | 0.00 | 01/28 | 0.00 |
| 01/12 | 277.78 | | | | . |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



January 01, 2022 through January 31, 2022
Account Number:                         3199

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**IMAGES**                                    ACCOUNT #              3199

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

