

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2022 through February 28, 2022

Account Number: ████ **3181**

00003477 DRI 021 262 06222 NNNNNNNNNNN  1 000000000 Z9 0000
EXCELL AUTO GROUP, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $82.26 |
| Deposits and Additions | 36 | 6,725,810.19 |
| Checks Paid | 32 | -2,801,467.91 |
| Electronic Withdrawals | 62 | -3,414,010.05 |
| Other Withdrawals | 3 | -508,732.87 |
| Fees | 1 | -1,526.00 |
| Ending Balance | 134 | $155.62 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Online Transfer From Chk ...3199 Transaction#: 13574992413 | $166,000.00 |
| 02/02 | Remote Online Deposit          1 | 300,000.00 |
| 02/02 | Remote Online Deposit          1 | 347.86 |
| 02/02 | Online Transfer From Chk ...3199 Transaction#: 13580867879 | 296,994.45 |
| 02/03 | Online Transfer From Chk ...6603 Transaction#: 13589143007 | 156,000.00 |
| 02/04 | Remote Online Deposit          1 | 135,000.00 |
| 02/04 | Online Transfer From Chk ...3199 Transaction#: 13597370317 | 585,000.00 |
| 02/04 | Online Transfer From Chk ...3199 Transaction#: 13600322749 | 25,000.00 |
| 02/07 | Online Transfer From Chk ...3199 Transaction#: 13619054566 | 368,500.00 |
| 02/08 | Online Transfer From Chk ...3199 Transaction#: 13626633884 | 28,000.00 |
| 02/10 | Online Transfer From Chk ...6901 Transaction#: 13640243402 | 300,866.36 |
| 02/10 | Online Transfer From Chk ...5966 Transaction#: 13640637807 | 294,000.00 |
| 02/10 | Online Transfer From Chk ...3199 Transaction#: 13639282489 | 10,950.00 |
| 02/11 | Online Transfer From Chk ...2098 Transaction#: 13647924126 | 700,000.00 |
| 02/11 | Online Transfer From Chk ...6901 Transaction#: 13650329181 | 528,000.00 |



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11 | Online Transfer From Chk ...5966 Transaction#: 13649480763 | 50,000.00 |
| 02/11 | Online Transfer From Chk ...5966 Transaction#: 13649536625 | 27,500.00 |
| 02/11 | Orig CO Name:Chase Online        Orig ID:9726683640 Desc Date:Feb 11 CO Entry Descr:Online Pmtsec:CTX   Trace#:021000025922308 Eed:220211   Ind ID:442358 Ind Name:0009Excell Auto Grou Excell Auto Group, I Trn: 0425922308Tc | 250.00 |
| 02/14 | Remote Online Deposit        1 | 163.32 |
| 02/14 | Online Transfer From Chk ...5966 Transaction#: 13668446762 | 10,000.00 |
| 02/16 | Online Transfer From Chk ...3199 Transaction#: 13684150494 | 509,600.00 |
| 02/16 | Online Transfer From Chk ...5966 Transaction#: 13684190422 | 274,000.00 |
| 02/17 | Online Transfer From Chk ...8711 Transaction#: 13688230300 | 15,000.00 |
| 02/17 | Online Transfer From Chk ...5966 Transaction#: 13688966417 | 5,000.00 |
| 02/17 | Online Transfer From Chk ...5966 Transaction#: 13691590165 | 200.00 |
| 02/18 | Online Transfer From Chk ...3199 Transaction#: 13701133003 | 530,000.00 |
| 02/23 | Online Transfer From Chk ...3199 Transaction#: 13731724493 | 500,000.00 |
| 02/23 | Online Transfer From Chk ...6603 Transaction#: 13732404061 | 360,000.00 |
| 02/23 | Online Transfer From Chk ...5966 Transaction#: 13732184724 | 350,000.00 |
| 02/23 | Online Transfer From Chk ...3199 Transaction#: 13731533185 | 438.20 |
| 02/24 | Online Transfer From Chk ...8711 Transaction#: 13740053024 | 25,000.00 |
| 02/24 | Online Transfer From Chk ...8711 Transaction#: 13737100333 | 10,000.00 |
| 02/24 | Online Transfer From Chk ...5966 Transaction#: 13737091261 | 5,000.00 |
| 02/25 | Online Transfer From Chk ...8711 Transaction#: 13747593464 | 100,000.00 |
| 02/25 | Online Transfer From Chk ...5966 Transaction#: 13747743953 | 58,000.00 |
| 02/25 | Online Transfer From Chk ...5966 Transaction#: 13745539339 | 1,000.00 |

**Total Deposits and Additions** — **$6,725,810.19**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 63740 ^ | | 02/15 | $3.50 |
| 63741 ^ | | 02/03 | 3.00 |
| 63743 * ^ | | 02/03 | 31,250.00 |
| 63744 ^ | | 02/03 | 10,000.00 |
| 63745 ^ | | 02/02 | 11,953.75 |
| 63746 ^ | | 02/03 | 13,262.00 |
| 63747 ^ | | 02/03 | 3,750.00 |
| 63748 ^ | | 02/02 | 129,000.00 |
| 63749 ^ | | 02/03 | 254,000.00 |
| 63750 ^ | | 02/03 | 175,000.00 |
| 63751 ^ | | 02/04 | 84,000.00 |
| 63752 ^ | | 02/04 | 90,000.00 |
| 63753 ^ | | 02/10 | 275,000.00 |
| 63754 ^ | | 02/10 | 115,000.00 |
| 63755 ^ | | 02/04 | 440,000.00 |
| 63756 ^ | | 02/04 | 19,971.46 |
| 63757 ^ | | 02/07 | 27,600.00 |
| 63759 * ^ | | 02/08 | 60,000.00 |
| 63760 ^ | | 02/14 | 1,494.16 |
| 63761 ^ | | 02/11 | 678.00 |
| 63763 * ^ | | 02/16 | 242,000.00 |
| 63764 ^ | | 02/16 | 280,210.00 |

 **CHASE** ⬡

February 01, 2022 through February 28, 2022
Account Number: ███████ **3181**

## CHECKS PAID | *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 63767 * ^ | | 02/17 | 20.00 |
| 63768 ^ | | 02/22 | 60.00 |
| 63769 ^ | | 02/14 | 2,500.00 |
| 63770 ^ | | 02/17 | 342.37 |
| 63771 ^ | | 02/22 | 199.50 |
| 63773 * ^ | | 02/18 | 240,000.00 |
| 63774 ^ | | 02/18 | 290,000.00 |
| 63787 * ^ | | 02/28 | 10.17 |
| 63789 * ^ | | 02/28 | 185.00 |
| 63792 * ^ | | 02/23 | 3,975.00 |

**Total Checks Paid** **$2,801,467.91**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Orig CO Name:Franklin Capital     Orig ID:825480252  Desc Date:Feb 01 CO Entry Descr:Excell 1/2Sec:PPD   Trace#:072414313173770 Eed:220201   Ind ID: Ind Name:Excell Auto Group Inc. Trn: 0323173770Tc | $160,555.66 |
| 02/01 | Orig CO Name:Innovate Auto Fi     Orig ID:0000000160 Desc Date:220131 CO Entry Descr:Billpay  Sec:PPD   Trace#:091000013173772 Eed:220201   Ind ID:Innovate Loan S Ind Name:Excell Auto Group Inc Billpay Trn: 0323173772Tc | 1,689.14 |
| 02/01 | Orig CO Name:Ally     Orig ID:9833122002 Desc Date:220201 CO Entry Descr:Ally Sec:CCD   Trace#:021000023173775 Eed:220201   Ind ID:228048714968     Ind Name:Excell Auto Group Trn: 0323173775Tc | 1,649.26 |
| 02/01 | Orig CO Name:Innovate Auto Fi     Orig ID:0000000160 Desc Date:220131 CO Entry Descr:Billpay  Sec:PPD   Trace#:091000013173773 Eed:220201   Ind ID:Innovate Loan S Ind Name:Excell Auto Group Inc Billpay Trn: 0323173773Tc | 1,617.60 |
| 02/01 | Orig CO Name:ADP - Tax     Orig ID:9333006057 Desc Date:220201 CO Entry Descr:ADP - Tax Sec:CCD   Trace#:021000023173768 Eed:220201   Ind ID:578057835547A00     Ind Name:Excell Auto Group Inc 323298036 Trn: 0323173768Tc | 353.15 |
| 02/01 | Orig CO Name:Bankcard     Orig ID:6895422369 Desc Date:220201 CO Entry Descr:Mtot Disc Sec:CCD   Trace#:043000099644259 Eed:220201   Ind ID:422369923400241 Ind Name:Excell Auto Group Trn: 0329644259Tc | 79.05 |
| 02/02 | 02/02 Online Domestic Wire Transfer A/C: Prestige Luxury Cars LLC Delray Beach FL 33483-4514 US Trn: 3311522033Es | 1,750.00 |
| 02/02 | 02/02 Online Transfer To Chk ...6901 Transaction#: 13582177215 | 72,000.00 |
| 02/03 | Orig CO Name:ADP Pay-By-Pay     Orig ID:9555555505 Desc Date:220203 CO Entry Descr:Pay-By-Paysec:CCD   Trace#:021000029050156 Eed:220203   Ind ID:792060906648Q9W     Ind Name:Excell Auto Group Inc 304287687 Trn: 0349050156Tc | 25.94 |
| 02/04 | Orig CO Name:ADP Payroll Fees     Orig ID:9659605001 Desc Date:220204 CO Entry Descr:ADP - Feessec:CCD   Trace#:021000027440296 Eed:220204   Ind ID:2Rq9W 8256424     Ind Name:Excell Auto Group Inc Ot Trn: 0357440296Tc | 67.09 |
| 02/07 | Orig CO Name:Luxury Le - 4632     Orig ID:5357153236 Desc Date:     CO Entry Descr:Corp Coll Sec:CCD   Trace#:022000041243365 Eed:220207   Ind ID:2320     Ind Name:Excell Auto Group Trn: 0381243365Tc | 18,368.15 |



CHASE ❖

February 01, 2022 through February 28, 2022

Account Number: ████████ 8181

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/07 | Orig CO Name:Santander Bank      Orig ID:V231237295 Desc Date:020522 CO Entry Descr:San Pymt Sec:PPD   Trace#:231372691243367 Eed:220207   Ind ID:001-0029240-510 Ind Name:Excell Auto Group, Inc Trn: 0381243367Tc | 2,231.34 |
| 02/07 | 02/07 Online Transfer To Chk ...8711 Transaction#: 13617401866 | 16,000.00 |
| 02/07 | 02/07 Online Transfer To Chk ...6901 Transaction#: 13618933547 | 90,000.00 |
| 02/07 | 02/07 Online Transfer To Chk ...6901 Transaction#: 13619308462 | 80,000.00 |
| 02/07 | 02/07 Online Domestic Wire Transfer A/C: Anatoliy Zikanov FT Lauderdale FL 33312-1542 US Trn: 3496652038Es | 10,000.00 |
| 02/07 | 02/07 Online Domestic Wire Transfer A/C: Law Offices of Steven Zakharyayev, New York NY 10018-7481 US Trn: 3506442038Es | 250,000.00 |
| 02/08 | Orig CO Name:Ally      Orig ID:9833122002 Desc Date:220208 CO Entry Descr:Ally Paymtsec:CCD   Trace#:021000020550424 Eed:220208   Ind ID:0004440061/001 Ind Name:Excell Auto Group Trn: 0390550424Tc | 1,622.19 |
| 02/08 | Orig CO Name:ADP Wage Pay      Orig ID:9333006057 Desc Date:220208 CO Entry Descr:Wage Pay Sec:CCD   Trace#:021000020550420 Eed:220208   Ind ID:648081385374Q9W      Ind Name:Excell Auto Group Inc 323298036 Trn: 0390550420Tc | 911.45 |
| 02/08 | Orig CO Name:ADP - Tax      Orig ID:9333006057 Desc Date:220208 CO Entry Descr:ADP - Tax Sec:CCD   Trace#:021000020550422 Eed:220208   Ind ID:661054169876A00      Ind Name:Excell Auto Group Inc 323298036 Trn: 0390550422Tc | 332.95 |
| 02/10 | Orig CO Name:United Healthcar      Orig ID:1411289245 Desc Date:      CO Entry Descr:EDI Paymtssec:CTX   Trace#:043000263410495 Eed:220210  Ind ID:318650048089 Ind Name:0007Excell Auto Grou Trn: 0413410495Tc | 802.46 |
| 02/10 | Orig CO Name:ADP Pay-By-Pay      Orig ID:9555555505 Desc Date:220210 CO Entry Descr:Pay-By-Paysec:CCD   Trace#:021000023410493 Eed:220210   Ind ID:938719723501Q9W      Ind Name:Excell Auto Group Inc 304287687 Trn: 0413410493Tc | 24.95 |
| 02/11 | Orig CO Name:ADP Payroll Fees      Orig ID:9659605001 Desc Date:220211 CO Entry Descr:ADP - Feessec:CCD   Trace#:021000026634012 Eed:220211  Ind ID:2Rq9W 9597788      Ind Name:Excell Auto Group Inc Ot Trn: 0426634012Tc | 67.09 |
| 02/11 | Orig CO Name:Pitney Bowes      Orig ID:7060495050 Desc Date:220210 CO Entry Descr:Direct Debsec:CCD   Trace#:011500126634014 Eed:220211  Ind ID:Pbnonleasing Ind Name:Scott Zank 8442566444 Trn: 0426634014Tc | 54.57 |
| 02/11 | 02/11 Online Domestic Wire Transfer Via: Peoples Bank/221172186 A/C: Tvt Direct Funding LLC Greenwich FL 06830 US Ref:/Time/12:52 Imad: 0211B1Qgc08C011664 Trn: 3299262042Es | 39,722.00 |
| 02/11 | 02/11 Online Domestic Wire Transfer Via: Professional Bk FL/067016574 A/C: Graner Law Group PA Boca Raton FL 33432 US Imad: 0211B1Qgc06C010695 Trn: 3312462042Es | 100,000.00 |
| 02/11 | 02/11 Online Domestic Wire Transfer Via: Professional Bk FL/067016574 A/C: Graner Law Group PA Boca Raton FL 33432 US Imad: 0211B1Qgc02C008638 Trn: 3312342042Es | 75,000.00 |
| 02/11 | 02/11 Online Domestic Wire Transfer Via: United Comm Bk/063116083 A/C: Dcg 2008 Irrevocable Trust Boca Raton FL 33431 US Imad: 0211B1Qgc05C008379 Trn: 3313292042Es | 3,543.44 |
| 02/11 | 02/11 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Lillian Roberts Coconut Creek FL 33073 US Ref:/Time/13:10 Imad: 0211B1Qgc01C006925 Trn: 3313532042Es | 30,000.00 |
| 02/11 | 02/11 Online Transfer To Chk ...5966 Transaction#: 13648226832 | 450,000.00 |
| 02/11 | 02/11 Online Domestic Wire Transfer Via: Professional Bk FL/067016574 A/C: Graner Law Group PA Boca Raton FL 33432 US Imad: 0211B1Qgc01C008815 Trn: 3460922042Es | 27,500.00 |
| 02/11 | 02/11 Online Domestic Wire Transfer Via: United Comm Bk/063116083 A/C: Dcg 2008 Irrevocable Trust Boca Raton FL 33431 US Imad: 0211B1Qgc03C016345 Trn: 3320902042Es | 50,000.00 |
| 02/14 | 02/14 Online Transfer To Chk ...6901 Transaction#: 13665549161 | 72,000.00 |
| 02/14 | 02/14 Online Domestic Wire Transfer Via: Iberiabank/265270413 A/C: Autotechnik Foreign Car Repair Inc Coral Coral FL 33909 US Imad: 0214B1Qgc06C006417 Trn: 3233762045Es | 30,000.00 |
| 02/14 | 02/14 Online Transfer To Chk ...5966 Transaction#: 13665685739 | 130,000.00 |



February 01, 2022 through February 28, 2022

Account Number: ▇▇▇▇▇▇▇▇3181



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/14 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:SD1700 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000029274620 Eed:220214 Ind ID:940220085346Q9W Ind Name:Excell Auto Group Inc 323298036 Trn: 0459274620Tc | 911.45 |
| 02/15 | Orig CO Name:ADP - Tax Orig ID:9333006057 Desc Date:220215 CO Entry Descr:ADP - Tax Sec:CCD Trace#:021000028265887 Eed:220215 Ind ID:512060724948A00 Ind Name:Excell Auto Group Inc 323298036 Trn: 0468265887Tc | 326.12 |
| 02/16 | Orig CO Name:Ally Orig ID:9833122002 Desc Date:220216 CO Entry Descr:Ally Paymtsec:CCD Trace#:021000027097878 Eed:220216 Ind ID:227986104975 Ind Name:Excell Auto Group Trn: 0477097878Tc | 1,353.29 |
| 02/16 | Orig CO Name:Monthly Fee Orig ID:003066910 Desc Date:220216 CO Entry Descr:78970 Sec:CCD Trace#:067015097097875 Eed:220216 Ind ID:Excell Auto Gro Ind Name:Excell Auto Group 78970 Trn: 0477097875Tc Monthly Fee - 830845 | 499.00 |
| 02/16 | Orig CO Name:Aflac Orig ID:2580663085 Desc Date:021522 CO Entry Descr:Insurance Sec:CCD Trace#:021000026164522 Eed:220216 Ind ID:Kdm48115160 Ind Name:Excell Auto Group Inc Trn: 0476164522Tc | 201.48 |
| 02/16 | 02/16 Online Domestic Wire Transfer Via: Professional Bk FL/067016574 A/C: Philip T Gori Boca Raton FL 33432 US Imad: 0216B1Qgc06C013300 Trn: 3125012046Es | 15,000.00 |
| 02/17 | Orig CO Name:ADP Pay-By-Pay Orig ID:9555555505 Desc Date:220217 CO Entry Descr:Pay-By-Paysec:CCD Trace#:021000026404202 Eed:220217 Ind ID:932921981990Q9W Ind Name:Excell Auto Group Inc 304287687 Trn: 0486404202Tc | 24.95 |
| 02/17 | 02/17 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0217B1Qgc08C005279 Trn: 3127422048Es | 267,790.00 |
| 02/17 | 02/17 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Chapford Specialty Finance LLC Stamford CT 06901 US Ref:/Time/10:51 Imad: 0217B1Qgc01C006105 Trn: 3183112048Es | 5,000.00 |
| 02/18 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:220218 CO Entry Descr:ADP - Feessec:CCD Trace#:021000022873548 Eed:220218 Ind ID:2Rq9W 4692542 Ind Name:Excell Auto Group Inc Ot Trn: 0492873548Tc | 67.09 |
| 02/23 | Orig CO Name:Usbank Loan Orig ID: 580580574 Desc Date:220222 CO Entry Descr:Payment Sec:PPD Trace#:042000015119199 Eed:220223 Ind ID:000000517366021 Ind Name:Excell Aut Nte*Sph*Acct 00517366021 Effective 02/22 Trn: 0545119199Tc | 1,289.48 |
| 02/23 | Orig CO Name:ADP - Tax Orig ID:9333006057 Desc Date:220223 CO Entry Descr:ADP - Tax Sec:CCD Trace#:021000025119202 Eed:220223 Ind ID:425048934570A00 Ind Name:Excell Auto Group Inc 323298036 Trn: 0545119202Tc | 326.11 |
| 02/24 | 02/24 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0224B1Qgc08C013045 Trn: 3244962055Es | 367,877.33 |
| 02/24 | 02/24 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0224B1Qgc06C007577 Trn: 3244892055Es | 85,000.00 |
| 02/24 | 02/24 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0224B1Qgc08C013042 Trn: 3244952055Es | 27,500.00 |
| 02/24 | 02/24 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0224B1Qgc08C013050 Trn: 3244942055Es | 67,000.00 |
| 02/24 | 02/24 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0224B1Qgc06C007590 Trn: 3244982055Es | 425,000.00 |
| 02/24 | 02/24 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0224B1Qgc06C007594 Trn: 3244972055Es | 235,000.00 |
| 02/24 | 02/24 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0224B1Qgc06C007602 Trn: 3245552055Es | 10,000.00 |
| 02/24 | 02/24 Online Domestic Wire Transfer Via: TD Bank NA/031101266 A/C: Excell Auto Sport And Service Boca Raton FL 33487 US Ref: Replace Check 63786 Imad: 0224B1Qgc05C013587 Trn: 3414072055Es | 2,050.73 |



February 01, 2022 through February 28, 2022
Account Number:                    3181

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | Orig CO Name:Bluecrossflorida      Orig ID:0000008450 Desc Date:220218 CO Entry Descr:Retry Pymtsec:PPD   Trace#:021000029933241 Eed:220224   Ind ID:8287608 Ind Name:Excell Auto Group Inc Trn: 0559933241Tc | 887.50 |
| 02/25 | Orig CO Name:ADP Payroll Fees      Orig ID:9659605001 Desc Date:220225 CO Entry Descr:ADP - Feessec:CCD   Trace#:021000022029708 Eed:220225   Ind ID:2Rq9W 1085143        Ind Name:Excell Auto Group Inc Ot Trn: 0562029708Tc | 67.09 |
| 02/25 | Orig CO Name:ADP Pay-By-Pay      Orig ID:9555555505 Desc Date:220225 CO Entry Descr:Pay-By-Paysec:CCD   Trace#:021000022029710 Eed:220225   Ind ID:487561470996Q9W       Ind Name:Excell Auto Group Inc 304287687 Trn: 0562029710Tc | 24.95 |
| 02/25 | 02/25 Online Domestic Wire Transfer Via: United Comm Bk/063116083 A/C: Dcg 2008 Irrevocable Trust Boca Raton FL 33431 US Imad: 0225B1Qgc08C010772 Trn: 3039462056Es | 25,000.00 |
| 02/25 | 02/25 Online Domestic Wire Transfer Via: Regions/062000019 A/C: Aba/063104668 Altamonte Springs FL 32701 US Ben: Biltmore Automotive Services LLC Arden NC 28704 US Imad: 0225B1Qgc07C012524 Trn: 3432902056Es | 100,000.00 |
| 02/25 | 02/25 Online Domestic Wire Transfer Via: Metcommbk NY/026013356 A/C: 22 Capital Inc 2021 Brooklyn NV 11218 US Imad: 0225B1Qgc01C012479 Trn: 3451072056Es | 28,923.00 |
| 02/25 | 02/25 Online Domestic Wire Transfer A/C: Parkview Advance LLC Stamford CT 06901-3000 US Trn: 3452162056Es | 28,923.00 |
| **Total Electronic Withdrawals** | | **$3,414,010.05** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | Orig CO Name:Amex Epayment      Orig ID:0005000040 Desc Date:220209 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:091000012193181 Eed:220209   Ind ID:Cop000005026994       Ind Name:Excell Auto Grp Inc | $211,543.44 |
| 02/10 | Orig CO Name:Ally      Orig ID:9833122002 Desc Date:220209 CO Entry Descr:Ally Paymtsec:CCD   Trace#:021000022193179 Eed:220209   Ind ID:227985915041 Ind Name:Excell Auto Group Trn: 0402193179Tc | 3,189.43 |
| 02/11 | Online Transfer To Chk ...3181 Transaction#: 13640637807 | 294,000.00 |
| **Total Other Withdrawals** | | **$508,732.87** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Service Charges For The Month of January | $1,526.00 |
| **Total Fees** | | **$1,526.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | $138.40 | 02/10 | 611.47 | 02/18 | 16.28 |
| 02/02 | 382,776.96 | 02/11 | 235,796.37 | 02/22 | -243.22 |
| 02/03 | 49,960.02 | 02/14 | 9,054.08 | 02/23 | 1,204,604.39 |
| 02/04 | 160,921.47 | 02/15 | 8,724.46 | 02/24 | 24,288.83 |
| 02/07 | 35,221.98 | 02/16 | 253,060.69 | 02/25 | 350.79 |
| 02/08 | 355.39 | 02/17 | 83.37 | 02/28 | 155.62 |



February 01, 2022 through February 28, 2022

Account Number: ▆▆▆▆▆▆**3181**



## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: 00000000000612283199, 00000000000612575966, 00000000000705157995, 00000000000818998723, 00000000000818998731

| | | |
|---|---|---|
| Monthly Service Fee | $0.00 | |
| Other Service Charges | $1,509.00 | |
| **Total Service Charges** | **$1,509.00** | Will be assessed on 3/3/22 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 2 | 1 | 1 | $34.00 | $34.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 7 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 28 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 200 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 22 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 63 | 4 | 59 | $25.00 | $1,475.00 |
| **Subtotal Other Service Charges (Will be assessed on 3/3/22)** | | | | | **$1,509.00** |

### ACCOUNT 000000612283181

| | |
|---|---|
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Paid | 2 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 4 |
| Electronic Credits | 1 |
| **Credits** | |
| Non-Electronic Transactions | 87 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 26 |

### ACCOUNT 000000612283199

| | |
|---|---|
| **Electronic Credits** | |
| Electronic Credits | 16 |
| **Credits** | |
| Non-Electronic Transactions | 26 |
| **Electronic Credits** | |
| Domestic Incoming Wire Fee | 15 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 25 |

### ACCOUNT 000000612575966

| | |
|---|---|
| **Electronic Credits** | |
| Electronic Items Deposited | 3 |
| Electronic Credits | 4 |



February 01, 2022 through February 28, 2022

Account Number: ████████ **3181**

## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Credits** | | | | | |
| Non-Electronic Transactions | 87 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 12 | | | | |

#### ACCOUNT 000000705157995

| | | | | | |
|---|---|---|---|---|---|
| **Electronic Credits** | | | | | |
| Electronic Credits | 7 | | | | |
| Domestic Incoming Wire Fee | 7 | | | | |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



CHASE ○

February 01, 2022 through February 28, 2022

Account Number: ▉▉▉▉▉3181

## STOP PAYMENT RENEWAL NOTICE



**ACCOUNT NUMBER**
000000612283181

**BANK NUMBER**
021

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000076-01 | 05/20/21 | 05/20/22 | 62879 | $250,000.00 |
| ☐ | 0000077-01 | 05/26/21 | 05/26/22 | 62873 | $25,000.00 |

Excell Auto Group, Inc.
1001 Clint Moore Rd Ste 101
Boca Raton FL 33487

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051



This Page Intentionally Left Blank



**IMAGES**

ACCOUNT # ███████ 181

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.



**CHASE** 🛑

February 01, 2022 through February 28, 2022
Account Number: ████████ 3181

 **IMAGES**   *(continued)*

ACCOUNT # ████████ 3181



CHASE

February 01, 2022 through February 28, 2022

Account Number:                    3181

**IMAGES**   *(continued)*

ACCOUN                    3181

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please
enroll now.





February 01, 2022 t░░░░░░░░░ ░, 2022
Account Number: ███████████ ░3181

**IMAGES** *(continued)*

ACCOUNT ████████████ ░181

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

Account Number: ███████████ ░3181