

**CHASE** 🔾

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2022 through January 31, 2022
Account Number: ███████ **3181**

00003478 DRI 021 262 03422 NNNNNNNNNNN 1 000000000 Z9 0000
EXCELL AUTO GROUP, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$998.52** |
| Deposits and Additions | 30 | 3,561,095.63 |
| Checks Paid | 11 | -35,555.77 |
| Electronic Withdrawals | 55 | -3,071,268.69 |
| Other Withdrawals | 4 | -454,189.43 |
| Fees | 1 | -998.00 |
| **Ending Balance** | **101** | **$82.26** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account — please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Online Transfer From Chk ...6603 Transaction#: 13371926650 | $2,500.00 |
| 01/05 | Remote Online Deposit          1 | 1,000.00 |
| 01/06 | Remote Online Deposit          1 | 285,000.00 |
| 01/07 | Remote Online Deposit          1 | 347.86 |
| 01/10 | Online Transfer From Chk ...3199 Transaction#: 13420494741 | 2,500.00 |
| 01/11 | Remote Online Deposit          1 | 965.07 |
| 01/12 | Online Transfer From Chk ...3199 Transaction#: 13436106185 | 365,000.00 |
| 01/12 | Online Transfer From Chk ...6901 Transaction#: 13435316550 | 300,000.00 |
| 01/12 | Online Transfer From Chk ...6901 Transaction#: 13435348407 | 58,392.78 |
| 01/12 | Online Transfer From Chk ...3199 Transaction#: 13435354675 | 30,000.00 |
| 01/13 | Online Transfer From Chk ...3199 Transaction#: 13440757150 | 545,000.00 |
| 01/13 | Online Transfer From Chk ...3199 Transaction#: 13442673183 | 20,512.34 |
| 01/13 | Orig CO Name:Chase Online          Orig ID:9726683640 Desc Date:Jan 13 CO Entry Descr:Online Pmtsec:CTX   Trace#:021000022658934 Eed:220113  Ind ID:442358 Ind Name:0009Excell Auto Grou Excell Auto Group, I Trn: 0132658934Tc | 250.00 |



January 01, 2022 through January 31, 2022
Account Number: ████ 3181

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/18 | Online Transfer From Chk ...3199 Transaction#: 13467896240 | 9,500.00 |
| 01/19 | Remote Online Deposit     1 | 100.00 |
| 01/19 | Online Transfer From Chk ...3199 Transaction#: 13481710252 | 315,000.00 |
| 01/20 | Online Transfer From Chk ...8711 Transaction#: 13487604458 | 100,000.00 |
| 01/20 | Online Transfer From Chk ...8711 Transaction#: 13490175323 | 8,000.00 |
| 01/20 | Orig CO Name:Bankcard           Orig ID:6895422369 Desc Date:220120 CO Entry Descr:Mtot Dep  Sec:CCD    Trace#:043000093214620 Eed:220120  Ind ID:422369923400241           Ind Name:Excell Auto Group Trn: 0203214620Tc | 1,000.00 |
| 01/21 | Online Transfer From Chk ...5966 Transaction#: 13497951623 | 4,000.00 |
| 01/21 | Online Transfer From Chk ...5966 Transaction#: 13498164766 | 1,950.00 |
| 01/24 | Remote Online Deposit     1 | 1,197.40 |
| 01/26 | Online Transfer From Chk ...5966 Transaction#: 13529239711 | 126,995.81 |
| 01/27 | Online Transfer From Chk ...0852 Transaction#: 13534241631 | 50,000.00 |
| 01/27 | Online Transfer From Chk ...7220 Transaction#: 13535300078 | 0.55 |
| 01/28 | Online Transfer From Chk ...8711 Transaction#: 13543155510 | 600,000.00 |
| 01/28 | Online Transfer From Chk ...6901 Transaction#: 13544574712 | 600,000.00 |
| 01/28 | Online Transfer From Chk ...6901 Transaction#: 13542830501 | 130,000.00 |
| 01/31 | Remote Online Deposit     1 | 33.82 |
| 01/31 | Online Transfer From Chk ...6603 Transaction#: 13565595114 | 1,850.00 |

**Total Deposits and Additions**     **$3,561,095.63**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 63250 ^ | | 01/18 | $100.00 |
| 63704 * ^ | | 01/11 | 167.44 |
| 63705 ^ | | 01/03 | 55.00 |
| 63723 * ^ | | 01/12 | 30,000.00 |
| 63724 ^ | | 01/20 | 9.50 |
| 63725 ^ | | 01/28 | 64.71 |
| 63731 * ^ | | 01/20 | 1,328.31 |
| 63732 ^ | | 01/24 | 243.42 |
| 63734 * ^ | | 01/20 | 1,595.78 |
| 63737 * ^ | | 01/31 | 1,666.67 |
| 63738 ^ | | 01/24 | 324.94 |

**Total Checks Paid**     **$35,555.77**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Orig CO Name:Innovate Auto Fi     Orig ID:0000000160 Desc Date:211231 CO Entry Descr:Billpay  Sec:PPD   Trace#:091000011175828 Eed:220103  Ind ID:Innovate Loan S Ind Name:Excell Auto Group Inc Billpay Trn: 0031175828Tc | $1,689.14 |
| 01/03 | Orig CO Name:Innovate Auto Fi     Orig ID:0000000160 Desc Date:211231 CO Entry Descr:Billpay  Sec:PPD   Trace#:091000011175829 Eed:220103  Ind ID:Innovate Loan S Ind Name:Excell Auto Group Inc Billpay Trn: 0031175829Tc | 1,617.60 |
| 01/03 | Orig CO Name:Bankcard     Orig ID:6895422369 Desc Date:220103 CO Entry Descr:Mtot Disc Sec:CCD   Trace#:043000091175826 Eed:220103  Ind ID:422369923400241 Ind Name:Excell Auto Group Trn: 0031175826Tc | 79.05 |
| 01/04 | Orig CO Name:ADP Wage Pay     Orig ID:9333006057 Desc Date:220104 CO Entry Descr:Wage Pay  Sec:CCD   Trace#:021000023748249 Eed:220104  Ind ID:395083190284Q9W     Ind Name:Excell Auto Group Inc 323298036 Trn: 0043748249Tc | 911.45 |
| 01/06 | Orig CO Name:Tvt Capital     Orig ID:1800651227 Desc Date:     CO Entry Descr:Payment  Sec:CCD   Trace#:061121026209890 Eed:220106  Ind ID:Oa1275998 Ind Name:Excell Auto Group  Inc Trn: 0066209890Tc | 50.00 |
| 01/06 | Orig CO Name:ADP Pay-By-Pay     Orig ID:9555555505 Desc Date:220106 CO Entry Descr:Pay-By-Paysec:CCD   Trace#:021000026209888 Eed:220106  Ind ID:591044837721Q9W     Ind Name:Excell Auto Group Inc 304287687 Trn: 0066209888Tc | 27.22 |
| 01/10 | Orig CO Name:Ally     Orig ID:9833122002 Desc Date:220104 CO Entry Descr:Retry Pymtsec:CCD   Trace#:021000028621736 Eed:220110  Ind ID:227968334967     Ind Name:Excell Auto Trn: 0108621736Tc | 1,386.77 |
| 01/10 | Orig CO Name:ADP Wage Pay     Orig ID:9333006057 Desc Date:SD1700 CO Entry Descr:Wage Pay  Sec:CCD   Trace#:021000024487347 Eed:220110  Ind ID:938719306162Q9W     Ind Name:Excell Auto Group Inc 323298036 Trn: 0104487347Tc | 911.46 |
| 01/11 | Orig CO Name:ADP - Tax     Orig ID:9333006057 Desc Date:220111 CO Entry Descr:ADP - Tax Sec:CCD   Trace#:021000023705817 Eed:220111  Ind ID:623081155381A00     Ind Name:Excell Auto Group Inc 323298036 Trn: 0113705817Tc | 334.16 |
| 01/12 | Orig CO Name:Amex Epayment     Orig ID:0005000040 Desc Date:220104 CO Entry Descr:Retry Pymtsec:CCD   Trace#:091000013772213 Eed:220112  Ind ID:Cop000004990113     Ind Name:Excell Auto Grp Inc Am Cdd    (R)    L Trn: 0123772213Tc | 65,450.53 |
| 01/12 | Orig CO Name:Ally     Orig ID:9833122002 Desc Date:220106 CO Entry Descr:Retry Pymtsec:CCD   Trace#:021000023772211 Eed:220112  Ind ID:0004440061/001     Ind Name:Excell Auto Group Trn: 0123772211Tc | 1,622.19 |
| 01/12 | Orig CO Name:United Healthcar     Orig ID:1411289245 Desc Date:     CO Entry Descr:EDI Paymtssec:CTX   Trace#:043000263772215 Eed:220112  Ind ID:318650032032 Ind Name:0007Excell Auto Grou Trn: 0123772215Tc | 802.46 |
| 01/12 | 01/12 Online Transfer To Chk ...3199 Transaction#: 13435516273 | 40,000.00 |
| 01/13 | Orig CO Name:Luxury Le - 4632     Orig ID:5357153236 Desc Date:     CO Entry Descr:Corp Coll Sec:CCD   Trace#:022000043271143 Eed:220113  Ind ID:2320     Ind Name:Excell Auto Group Trn: 0133271143Tc | 18,418.15 |
| 01/13 | Orig CO Name:Santander Bk Pmt     Orig ID:4231237295 Desc Date:220112 CO Entry Descr:8777682265Sec:CCD   Trace#:231372693271141 Eed:220113  Ind ID:001-0029240-510     Ind Name:Excell Auto Group Inc Trn: 0133271141Tc | 2,241.34 |
| 01/13 | Orig CO Name:ADP Pay-By-Pay     Orig ID:9555555505 Desc Date:220113 CO Entry Descr:Pay-By-Paysec:CCD   Trace#:021000023271139 Eed:220113  Ind ID:933321049349Q9W     Ind Name:Excell Auto Group Inc 304287687 Trn: 0133271139Tc | 27.22 |
| 01/13 | 01/13 Online Domestic Wire Transfer A/C: Xan Myburgh Austin TX 78746-1564 US Trn: 3193792013Es | 500,000.00 |
| 01/13 | 01/13 Online Domestic Wire Transfer Via: Effingham St IL/081204540 A/C: Millco Atwater LLC Chicago IL 60654 US Ref: Reff Car 213 Imad: 0113B1Qgc07C008877 Trn: 3219472013Es | 545,000.00 |
| 01/14 | 01/14 Online Domestic Wire Transfer Via: Professional Bk FL/067016574 A/C: Philip T Gori Boca Raton FL 33432 US Imad: 0114B1Qgc05C002387 Trn: 3119672014Es | 15,000.00 |





## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/14 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:220114 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000029300070 Eed:220114  Ind ID:2Rq9W 6838056        Ind Name:Excell Auto Group Inc Ot Trn: 0149300070Tc | 67.09 |
| 01/18 | Orig CO Name:Innovate Auto Fi    Orig ID:0000000160 Desc Date:220117 CO Entry Descr:Billpay  Sec:Web   Trace#:091000010649904 Eed:220118  Ind ID:Innovate Loan S Ind Name:Excell Auto Group Inc Billpay Trn: 0180649904Tc | 78.93 |
| 01/18 | Orig CO Name:Innovate Auto Fi    Orig ID:0000000160 Desc Date:220117 CO Entry Descr:Billpay  Sec:Web   Trace#:091000010649903 Eed:220118  Ind ID:Innovate Loan S Ind Name:Excell Auto Group Inc Billpay Trn: 0180649903Tc | 75.59 |
| 01/18 | Orig CO Name:Paymentus    Orig ID:0000000160 Desc Date:220117 CO Entry Descr:Billpay  Sec:Web   Trace#:091000010649906 Eed:220118  Ind ID:Paymentuscorp_I Ind Name:Excell Auto Group Inc Billpay Trn: 0180649906Tc | 3.95 |
| 01/18 | Orig CO Name:Paymentus    Orig ID:0000000160 Desc Date:220117 CO Entry Descr:Billpay  Sec:Web   Trace#:091000010649907 Eed:220118  Ind ID:Paymentuscorp_I Ind Name:Excell Auto Group Inc Billpay Trn: 0180649907Tc | 3.95 |
| 01/18 | 01/18 Online Transfer To Chk ...6603 Transaction#: 13473651535 | 10,000.00 |
| 01/18 | 01/18 Online Transfer To Chk ...6901 Transaction#: 13474940379 | 30,000.00 |
| 01/18 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:SD1700 CO Entry Descr:Wage Pay  Sec:CCD   Trace#:021000027568549 Eed:220118  Ind ID:618079558039Q9W        Ind Name:Excell Auto Group Inc 323298036 Trn: 0187568549Tc | 911.45 |
| 01/19 | Orig CO Name:Go Fund    Orig ID:003067852  Desc Date:220119 CO Entry Descr:72647    Sec:CCD   Trace#:067015094238217 Eed:220119  Ind ID:Excell Auto Gro Ind Name:Excell Auto Group                72647 Trn: 0194238217Tc | 20,000.00 |
| 01/19 | Orig CO Name:Ally    Orig ID:9833122002 Desc Date:220119 CO Entry Descr:Ally Paymtsec:CCD    Trace#:021000024238219 Eed:220119  Ind ID:227986104975        Ind Name:Excell Auto Group Trn: 0194238219Tc | 1,353.29 |
| 01/19 | Orig CO Name:ADP - Tax    Orig ID:9333006057 Desc Date:220119 CO Entry Descr:ADP - Tax Sec:CCD   Trace#:021000024238221 Eed:220119  Ind ID:030073891753A00        Ind Name:Excell Auto Group Inc 323298036 Trn: 0194238221Tc | 334.17 |
| 01/19 | 01/19 Online Transfer To Chk ...6901 Transaction#: 13481934693 | 108,824.05 |
| 01/19 | 01/19 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Savannah Row Development LLC Boca Raton FL 33432 US Imad: 0119B1Qgc08C026654 Trn: 3328472019Es | 15,000.00 |
| 01/19 | 01/19 Online Domestic Wire Transfer Via: Truist Bank/263191387 A/C: Kristen Zankl Delray Beach FL 33446 US Imad: 0119B1Qgc08C027832 Trn: 3340742019Es | 28,000.00 |
| 01/19 | Orig CO Name:Aflac    Orig ID:2580663085 Desc Date:011822 CO Entry Descr:Insurance Sec:CCD   Trace#:021000027226899 Eed:220119  Ind ID:Kdm48653066 Ind Name:Excell Auto Group Inc Trn: 0197226899Tc | 201.48 |
| 01/19 | 01/19 Online Domestic Wire Transfer Via: Metcommbk NY/026013356 A/C: Chargeup Capital Wilmington De 19807 US Imad: 0119B1Qgc07C017122 Trn: 3461632019Es | 20,000.00 |
| 01/20 | 01/20 Online Transfer To Chk ...3199 Transaction#: 13487621615 | 100,000.00 |
| 01/21 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:220121 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000026748368 Eed:220121  Ind ID:2Rq9W 7583171        Ind Name:Excell Auto Group Inc Ot Trn: 0216748368Tc | 217.09 |
| 01/21 | Orig CO Name:ADP Pay-By-Pay    Orig ID:9555555505 Desc Date:220121 CO Entry Descr:Pay-By-Paysec:CCD    Trace#:021000026748370 Eed:220121  Ind ID:599057123144Q9W        Ind Name:Excell Auto Group Inc 304287687 Trn: 0216748370Tc | 27.22 |
| 01/21 | 01/21 Online Domestic Wire Transfer Via: Metcommbk NY/026013356 A/C: Chargeup Capital Wilmington De 19807 US Imad: 0121B1Qgc08C030874 Trn: 3014532021Es | 30,000.00 |





## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/21 | 01/21 Online Domestic Wire Transfer Via: Pnc Bank, N.A./0222 A/C: National City Bank Fort Pierce FL 34950-4306 US Ben: Robert W Zankl Boca Raton FL 33433 US Ssn: 0489083 Trn: 3411942021Es | 1,950.00 |
| 01/24 | Orig CO Name:ADP Wage Pay      Orig ID:9333006057 Desc Date:SD1700 CO Entry Descr:Wage Pay  Sec:CCD   Trace#:021000023738383 Eed:220124   Ind ID:360080095191Q9W      Ind Name:Excell Auto Group Inc 323298036 Trn: 0243738383Tc | 1,069.74 |
| 01/25 | Orig CO Name:Usbank Loan      Orig ID: 580580574 Desc Date:220122 CO Entry Descr:Payment  Sec:PPD   Trace#:042000018133552 Eed:220125   Ind ID:000000517366021      Ind Name:Excell Aut      Nle*Sph*Acct 00517366021 Effective 01/22 Trn: 0258133552Tc | 1,289.48 |
| 01/26 | Orig CO Name:ADP Payroll Fees      Orig ID:9659605001 Desc Date:220126 CO Entry Descr:ADP - Feessec:CCD   Trace#:021000027697907 Eed:220126  Ind ID:2Rq9W 1845691      Ind Name:Excell Auto Group Inc Ot Trn: 0267697907Tc | 217.65 |
| 01/26 | 01/26 Online Domestic Wire Transfer Via: Bankunited NA FL/267090594 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0126B1Qgc05C010270 Trn: 3404842026Es | 126,004.09 |
| 01/27 | Orig CO Name:ADP Pay-By-Pay      Orig ID:9555555505 Desc Date:220127 CO Entry Descr:Pay-By-Paysec:CCD   Trace#:021000027777876 Eed:220127   Ind ID:937620223186Q9W      Ind Name:Excell Auto Group Inc 304287687 Trn: 0277777876Tc | 32.08 |
| 01/27 | 01/27 Online Domestic Wire Transfer Via: Truist Bank/263191387 A/C: Kristen Zankl Delray Beach FL 33446 US Imad: 0127B1Qgc05C006675 Trn: 3258252027Es | 10,000.00 |
| 01/27 | 01/27 Online Transfer To Chk ...8711 Transaction#: 13536250771 | 5,000.00 |
| 01/27 | 01/27 Online Transfer To Chk ...5966 Transaction#: 13536330860 | 10,000.00 |
| 01/27 | 01/27 Online Transfer To Chk ...5966 Transaction#: 13536337667 | 16,000.00 |
| 01/28 | Orig CO Name:ADP Payroll Fees      Orig ID:9659605001 Desc Date:220128 CO Entry Descr:ADP - Feessec:CCD   Trace#:021000024330171 Eed:220128   Ind ID:2Rq9W 2856605      Ind Name:Excell Auto Group Inc Ot Trn: 0284330171Tc | 67.09 |
| 01/28 | 01/28 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Suntrust Bank Leesburg GA 31763 US Ref: Kristen Zankl Acctoun 60709821300002647 Atl Consumer Default Recovery Imad: 0128B1Qgc08C024082 Trn: 3326332028Es | 132,580.06 |
| 01/28 | 01/28 Online Domestic Wire Transfer Via: Effingham St IL/081204540 A/C: Millco Atwater LLC Chicago IL 60654 US Imad: 0128B1Qgc07C012460 Trn: 3356412028Es | 600,000.00 |
| 01/28 | 01/28 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Marina One Inc Deerfield Beach FL 33441 US Ref: Zankl Account 11921 Imad: 0128B1Qgc08C027813 Trn: 3377072028Es | 5,444.86 |
| 01/28 | 01/28 Online Domestic Wire Transfer Via: Effingham St IL/081204540 A/C: Millco Atwater LLC Chicago IL 60654 US Imad: 0128B1Qgc08C035474 Trn: 3509382028Es | 600,000.00 |
| 01/31 | Orig CO Name:ADP Wage Pay      Orig ID:9333006057 Desc Date:SD1700 CO Entry Descr:Wage Pay  Sec:CCD   Trace#:021000024265927 Eed:220131   Ind ID:745058596212Q9W      Ind Name:Excell Auto Group Inc 323298036 Trn: 0314265927Tc | 946.64 |

**Total Electronic Withdrawals**      **$3,071,268.69**



January 01, 2022 through January 31, 2022
Account Number:                     3181

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/07 | Deposited Item Returned      NSF 1St       099015645                             # of<br>Items00001Ck#:0000000184                          Dep Amt0028500000      Dep<br>Date010622Ck Amt0028500000 | $285,000.00 |
| 01/12 | Orig CO Name:Irs                        Orig ID:3387702000 Desc Date:011122 CO Entry<br>Descr:Usataxpymtsec:Web     Trace#:061036013705815 Eed:220111   Ind<br>ID:222241114945951              Ind Name:Kristen Zankl Trn: 0113705815Tc | 66,000.00 |
| 01/12 | Orig CO Name:Ally                       Orig ID:9833122002 Desc Date:220111 CO Entry Descr:Ally<br>Paymtsec:CCD    Trace#:021000023705819 Eed:220111   Ind ID:227985915041<br>Ind Name:Excell Auto Group Trn: 0113705819Tc | 3,189.43 |
| 01/19 | Orig CO Name:Go Fund                 Orig ID:003067852  Desc Date:SD1300 CO Entry<br>Descr:72336    Sec:CCD   Trace#:067015093814646 Eed:220118  Ind ID:Excell Auto Gro<br>Ind Name:Excell Auto Group | 100,000.00 |
| **Total Other Withdrawals** | | **$454,189.43** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/05 | Service Charges For The Month of December | $998.00 |
| **Total Fees** | | **$998.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 01/03 | $57.73 | 01/12 | 546,412.33 | 01/24 | 515.41 |
| 01/04 | -853.72 | 01/13 | 46,487.96 | 01/25 | -774.07 |
| 01/05 | -851.72 | 01/14 | 31,420.87 | 01/26 | 0.00 |
| 01/06 | 284,071.06 | 01/18 | -253.00 | 01/27 | 8,968.47 |
| 01/07 | -581.08 | 01/19 | 21,134.01 | 01/28 | 811.75 |
| 01/10 | -379.31 | 01/20 | 27,200.42 | 01/31 | 82.26 |
| 01/11 | 84.16 | 01/21 | 956.11 | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included:  00000000000612283199, 00000000000612575966,
00000000000705157995

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $1,431.00 |
| **Total Service Charges** | **$1,526.00**  Will be assessed on 2/3/22 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not
maintain the required relationship balance.



## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **No Hassle Fees** | | | | | |
| Return Item | 2 | Unlimited | 0 | $12.00 | $0.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 10 | 1 | 9 | $34.00 | $306.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 10 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 14 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 137 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 11 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 1 | 1 | 0 | $40.00 | $0.00 |
| Online Domestic Wire Fee | 48 | 3 | 45 | $25.00 | $1,125.00 |
| **Subtotal Other Service Charges (Will be assessed on 2/3/22)** | | | | | **$1,526.00** |

**ACCOUNT 000000612283181**

| | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **No Hassle Fees** | |
| Return Item | 1 |
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Paid | 7 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 8 |
| Electronic Credits | 2 |
| **Credits** | |
| Non-Electronic Transactions | 58 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 14 |

**ACCOUNT 000000612283199**

| | |
|---|---|
| **Electronic Credits** | |
| Electronic Credits | 11 |
| **Credits** | |
| Non-Electronic Transactions | 35 |
| **Electronic Credits** | |
| Domestic Incoming Wire Fee | 10 |
| **Miscellaneous Fees** | |
| Online US Dollar Intl Wire Fee | 1 |
| Online Domestic Wire Fee | 29 |

**ACCOUNT 000000612575966**

| | |
|---|---|
| **No Hassle Fees** | |
| Return Item | 1 |
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Paid | 3 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 2 |
| **Credits** | |
| Non-Electronic Transactions | 44 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 5 |

**ACCOUNT 000000705157995**

| | |
|---|---|
| **Electronic Credits** | |
| Electronic Credits | 1 |
| Domestic Incoming Wire Fee | 1 |





**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC



## STOP PAYMENT RENEWAL NOTICE

**ACCOUNT NUMBER**
000000612283181

**BANK NUMBER**
021

The following Stop Payments will automatically renew for a 1-year period.  You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000074-01 | 04/15/21 | 04/15/22 | 62591 | $550,000.00 |



Excell Auto Group, Inc.
1001 Clint Moore Rd Ste 101
Boca Raton FL 33487

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus  OH 43218-2051



This Page Intentionally Left Blank



January 01, 2022 through January 31, 2022
Account Number: ███████ 3181

**IMAGES** _____  ACCOUNT # ███████ 3181

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.





**IMAGES** *(continued)*    ACCOUNT ████████ 3181

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.

