

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2022 through February 28, 2022
Account Number: ███████ **3199**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000541 DRE 021 252 06222 NNNNNNNNNNN T 1 000000000 Z9 0000

EXCELL AUTO GROUP, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 30 | 7,485,363.10 |
| Electronic Withdrawals | 56 | -7,485,363.10 |
| **Ending Balance** | 86 | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=Car 226 2019 Lamborghini Svj Zhwun6 Zd3Lla09610 Imad: 0201Mmqfmpew000114 Trn: 0745630032Ff | $725,000.00 |
| 02/01 | Online Transfer From Chk ...6901 Transaction#: 13574231054 | 434,000.00 |
| 02/04 | Transfer From Chk Xxxxx2098 | 799,875.00 |
| 02/04 | Online Transfer From Chk ...8711 Transaction#: 13597797597 | 41,000.00 |
| 02/04 | Online Transfer From Chk ...6603 Transaction#: 13601588717 | 30,000.00 |
| 02/07 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Imad: 0207F7B74M2C002751 Trn: 0559100038Ff | 368,655.00 |
| 02/07 | Fedwire Credit Via: Cross River Bank/021214891 B/O: Coinbase Inc San Francisco CA 94111 US Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=7Macg2Hj Imad: 0207Qmgft008000880 Trn: 0504090038Ff | 1,275.00 |
| 02/08 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Effingham S T Obi=Car 227 2014 Mclaren P1 Sbm12 Aba2Ew 000085 Imad: 0208Mmqfmpew000100 Trn: 0462710039Ff | 850,000.00 |



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | Fedwire Credit Via: Cross River Bank/021214891 B/O: Coinbase Inc San Francisco CA 94111 US Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=Byqe8Kzx Imad: 0208Qmgft013001443 Trn: 0732010039Ff | 4,975.01 |
| 02/09 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Imad: 0209F7B74M2C003121 Trn: 0630350040Ff | 340,000.00 |
| 02/09 | Fedwire Credit Via: Cross River Bank/021214891 B/O: Coinbase Inc San Francisco CA 94111 US Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=Yn85Paws Imad: 0209Qmgft014000073 Trn: 0161660040Ff | 16,086.17 |
| 02/09 | Fedwire Credit Via: Cross River Bank/021214891 B/O: Coinbase Inc San Francisco CA 94111 US Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=Ramq6Gg2 Imad: 0209Qmgft005000070 Trn: 0161460040Ff | 4,236.92 |
| 02/09 | Online Transfer From Chk ...5966 Transaction#: 13633442722 | 450,000.00 |
| 02/09 | Wire Reversal B/O: JPMC Cb Funds Transfer Previous Daytampa FL 33610-9128 US Org: Aba/121000248 Wells Fargo Bank, N.A. Ref:/Bnf/Our Ref Jpm220105-004805 Chaseref0545470040Ff Rtn Dtd 01/03/202 2 Trn 3282302003Es As Uta Per Remi Tt Ers Request Less Fees Trn: 7342200040Hh | 22,950.00 |
| 02/09 | Wire Reversal B/O: JPMC Cb Funds Transfer Previous Daytampa FL 33610-9128 US Org: Aba/121000248 Wells Fargo Bank, N.A. Ref:/Bnf/Our Ref Jpm220105-004770 Chaseref0546040040Ff Rtn Dtd 12/30/202 1 Trn 3470361364Es As Uta Per Remi Tt Ers Request Less Fees Trn: 7513000040Hh | 22,950.00 |
| 02/16 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2021 Mercedes Winyc7Hjomx3903 28 Imad: 0216F7B74M2C003105 Trn: 0629470047Ff | 265,000.00 |
| 02/16 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2017 Rolls Sca666D51Hu107006 Imad: 0216F7B74M2C003029 Trn: 0620060047Ff | 244,600.00 |
| 02/16 | Online Transfer From Chk ...8711 Transaction#: 13683084551 | 35,760.00 |
| 02/16 | Online Transfer From Chk ...8711 Transaction#: 13681875525 | 15,000.00 |
| 02/17 | Online Transfer From Chk ...7995 Transaction#: 13691175109 | 229,000.00 |
| 02/18 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Chapford Specialty Finance LLC US 06901 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=1856 Obi=Loan A Dvance Bbi=/Chgs/USD0,00/ Imad: 02181I1B7031R016103 Trn: 0774480049Ff | 970,000.00 |
| 02/18 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2020 Bentley 082455 Imad: 0218F7B74M2C004037 Trn: 0755480049Ff | 245,000.00 |
| 02/18 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Imad: 0218F7B74M2C004030 Trn: 0753240049Ff | 103,000.00 |
| 02/22 | Online Transfer From Chk ...5966 Transaction#: 13719199763 | 490,000.00 |
| 02/22 | Online Transfer From Chk ...8711 Transaction#: 13722831707 | 75,000.00 |
| 02/22 | Online Transfer From Chk ...8711 Transaction#: 13723054339 | 60,000.00 |
| 02/22 | Online Transfer From Chk ...5966 Transaction#: 13723055876 | 42,000.00 |
| 02/23 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2012 Lambo A00244 Imad: 0223F7B74M2C003370 Trn: 0695820054Ff | 265,000.00 |
| 02/23 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2020 Mercedes 346462 Imad: 0223F7B74M2C003419 Trn: 0701650054Ff | 235,000.00 |
| 02/28 | Online Transfer From Chk ...5966 Transaction#: 13770330257 | 100,000.00 |
| **Total Deposits and Additions** | | **$7,485,363.10** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/01 | Orig CO Name:Tvtdirectfunding      Orig ID:1832236322 Desc Date:      CO Entry Descr:Receive  Sec:CCD   Trace#:221172183173777 Eed:220201   Ind ID:643638808451422 Ind Name:Excell Auto Group Inc Trn: 0323173777Tc | $39,722.22 |
| 02/01 | 02/01 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Savannah Row Development LLC Boca Raton FL 33432 US Imad: 0201B1Qgc07C018943 Trn: 3662912032Es | 15,500.00 |
| 02/01 | 02/01 Online Transfer To Chk ...6901 Transaction#: 13574472173 | 250,000.00 |
| 02/01 | 02/01 Online Transfer To Chk ...6901 Transaction#: 13574651559 | 58,333.33 |
| 02/01 | 02/01 Online Transfer To Chk ...5966 Transaction#: 13574978598 | 26,000.00 |
| 02/01 | 02/01 Online Transfer To Chk ...3181 Transaction#: 13574992413 | 166,000.00 |
| 02/01 | 02/01 Online Transfer To Chk ...8711 Transaction#: 13574996397 | 220,000.00 |
| 02/01 | 02/01 Online Transfer To Chk ...8711 Transaction#: 13575286371 | 10,000.00 |
| 02/02 | 02/02 Online Transfer To Chk ...0852 Transaction#: 13579778002 | 7,450.00 |
| 02/02 | 02/02 Online Domestic Wire Transfer Via: United Comm Bk/063116083 A/C: Dcg 2008 Irrevocable Trust Boca Raton FL 33431 US Imad: 0202B1Qgc06C004428 Trn: 3185252033Es | 35,000.00 |
| 02/02 | 02/02 Online Transfer To Chk ...8711 Transaction#: 13580813012 | 34,000.00 |
| 02/02 | 02/02 Online Transfer To Chk ...3181 Transaction#: 13580867879 | 296,994.45 |
| 02/04 | 02/04 Online Transfer To Chk ...3181 Transaction#: 13597370317 | 585,000.00 |
| 02/04 | 02/04 Online Transfer To Chk ...5966 Transaction#: 13597376407 | 214,875.00 |
| 02/04 | 02/04 Online Transfer To Chk ...3181 Transaction#: 13600322749 | 25,000.00 |
| 02/04 | 02/04 Online Transfer To Chk ...5966 Transaction#: 13600332852 | 10,000.00 |
| 02/04 | 02/04 Online Transfer To Chk ...5966 Transaction#: 13600344511 | 6,000.00 |
| 02/04 | 02/04 Online Transfer To Chk ...6901 Transaction#: 13601609352 | 30,000.00 |
| 02/07 | 02/07 Online Transfer To Chk ...8711 Transaction#: 13618853357 | 1,275.00 |
| 02/07 | 02/07 Online Transfer To Chk ...3181 Transaction#: 13619054566 | 368,500.00 |
| 02/08 | 02/08 Online Transfer To Chk ...5966 Transaction#: 13625707148 | 225,000.00 |
| 02/08 | 02/08 Online Transfer To Chk ...3181 Transaction#: 13626633884 | 28,000.00 |
| 02/08 | 02/08 Online Domestic Wire Transfer A/C: Law Offices of Steven Zakharyayev, New York NY 10018-7481 US Trn: 3417332039Es | 600,000.00 |
| 02/08 | 02/08 Online Transfer To Chk ...8711 Transaction#: 13627339319 | 2,000.00 |
| 02/09 | 02/09 Online Transfer To Chk ...8711 Transaction#: 13630654857 | 20,453.10 |
| 02/09 | 02/09 Online Transfer To Chk ...6901 Transaction#: 13632869860 | 22,950.00 |
| 02/09 | 02/09 Online Transfer To Chk ...6901 Transaction#: 13633032121 | 340,000.00 |
| 02/09 | 02/09 Online Domestic Wire Transfer A/C: Law Offices of Steven Zakharyayev, New York NY 10018-7481 US Trn: 3438482040Es | 450,000.00 |
| 02/10 | 02/10 Online Domestic Wire Transfer Via: Truist Bank/263191387 A/C: Kristen Zankl Delray Beach FL 33446 US Imad: 0210B1Qgc01C004809 Trn: 3149652041Es | 2,000.00 |
| 02/10 | 02/10 Online Transfer To Chk ...6603 Transaction#: 13639277491 | 10,000.00 |
| 02/10 | 02/10 Online Transfer To Chk ...3181 Transaction#: 13639282489 | 10,950.00 |
| 02/16 | 02/16 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Savannah Row Development LLC Boca Raton FL 33432 US Imad: 0216B1Qgc08C011344 Trn: 3226122047Es | 15,000.00 |
| 02/16 | 02/16 Online Domestic Wire Transfer Via: United Comm Bk/063116083 A/C: Dcg 2008 Irrevocable Trust Boca Raton FL 33431 US Imad: 0216B1Qgc08C015494 Trn: 3329222047Es | 35,760.00 |
| 02/16 | 02/16 Online Transfer To Chk ...3181 Transaction#: 13684150494 | 509,600.00 |
| 02/17 | 02/17 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: Alpine Business Capital LLC New York NY 10005 US Imad: 0217B1Qgc07C016287 Trn: 3408052048Es | 50,000.00 |
| 02/17 | 02/17 Online Domestic Wire Transfer A/C: Parkview Advance LLC Stamford CT 06901-3000 US Trn: 3410162048Es | 19,284.00 |
| 02/17 | 02/17 Online Domestic Wire Transfer Via: Metcommbk NY/026013356 A/C: 22 Capital Inc 2021 Brooklyn NV 11218 US Imad: 0217B1Qgc03C012237 Trn: 3418042048Es | 28,923.00 |
| 02/17 | 02/17 Online Transfer To Chk ...6901 Transaction#: 13691505938 | 91,000.00 |
| 02/17 | 02/17 Online Domestic Wire Transfer Via: Peoples Bank/221172186 A/C: Tvt Direct Funding LLC Greenwich FL 06830 US Ref./Time/16:39 Imad: 0217B1Qgc05C012628 Trn: 3434992048Es | 39,722.00 |





February 01, 2022 through February 28, 2022
Account Number:                     3199

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | 02/18 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: Alpine Business Capital LLC New York NY 10005 US Imad: 0218B1Qgc04C010526 Trn: 3465692049Es | 50,000.00 |
| 02/18 | 02/18 Online Domestic Wire Transfer Via: Peoples Bank/221172186 A/C: Tvt Direct Funding LLC Greenwich FL 06830 US Ref:/Time/15:52 Imad: 0218B1Qgc05C010309 Trn: 3466632049Es | 39,722.00 |
| 02/18 | 02/18 Online Domestic Wire Transfer A/C: Austin Business Finance, LLC Austin TX 78741- US Trn: 3469062049Es | 31,250.00 |
| 02/18 | 02/18 Online Domestic Wire Transfer Via: Optimumbank FL/067015096 A/C: Tbf Grp Jackson NJ 08537 US Imad: 0218B1Qgc02C009354 Trn: 3474512049Es | 75,000.00 |
| 02/18 | 02/18 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Merril Lynch Boca Raton FL 33486 US Ref:/Bnf/For Further Credit To Aja Realty Enterprises Acct No 737-02425 Imad: 0218B1Qgc08C020581 Trn: 3474502049Es | 29,000.00 |
| 02/18 | 02/18 Online Domestic Wire Transfer A/C: Anatoliy Zikanov FT Lauderdale FL 33312-1542 US Trn: 3474492049Es | 25,000.00 |
| 02/18 | 02/18 Online Domestic Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Mark Shrayber El Campo TX 77437 US Ref:/Time/16:01 Imad: 0218B1Qgc08C020588 Trn: 3474472049Es | 23,000.00 |
| 02/18 | 02/18 Online Transfer To Chk ...3181 Transaction#: 13701133003 | 530,000.00 |
| 02/22 | 02/22 Online Domestic Wire Transfer Via: Dbtco Americas Nyc/021001033 A/C: ADP San Dimas CA 91773 US Ref: Reference: Ra/Q9W Imad: 0222B1Qgc02C001373 Trn: 3210532053Es | 419.66 |
| 02/22 | 02/22 Online Domestic Wire Transfer Via: Bmo Harris Bank NA/071000288 A/C: Ogara Coach Company Beverly Hills Beverly Hills CA 90211 US Ref:/Time/10:12 Imad: 0222B1Qgc07C012320 Trn: 3430662053Es | 1,000,085.00 |
| 02/22 | 02/22 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Edward Brown Hillsboro Beach FL 33062 US Ref:/Time/11:03 Imad: 0222B1Qgc06C011415 Trn: 3468382053Es | 41,666.00 |
| 02/22 | 02/22 Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Sichenzia Ross Ference Llp New York NY 10036 US Ref:/Time/11:03 Imad: 0222B1Qgc04C009987 Trn: 3468312053Es | 75,000.00 |
| 02/22 | 02/22 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Edward Brown Hillsboro Beach FL 33062 US Ref:/Time/11:03 Imad: 0222B1Qgc04C009993 Trn: 3468322053Es | 60,000.00 |
| 02/22 | 02/22 Online Domestic Wire Transfer Via: Truist Bank/061000104 A/C: Marina One Inc Deerfield Beach FL 33441 US Ref: Zankl Imad: 0222B1Qgc08C012702 Trn: 3506022053Es | 4,490.14 |
| 02/23 | 02/23 Online Transfer To Chk ...3181 Transaction#: 13731533185 | 438.20 |
| 02/23 | 02/23 Online Transfer To Chk ...3181 Transaction#: 13731724493 | 500,000.00 |
| 02/28 | 02/28 Online Domestic Wire Transfer Via: TD Bank NA/031101266 A/C: Auto Wholesale of Boca LLC Boca Raton FL 33487 US Imad: 0228B1Qgc01C022897 Trn: 3745632059Es | 100,000.00 |

**Total Electronic Withdrawals** **$7,485,363.10**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | $373,444.45 | 02/09 | 22,950.00 | 02/18 | 515,099.00 |
| 02/02 | 0.00 | 02/10 | 0.00 | 02/22 | 438.20 |
| 02/04 | 0.00 | 02/16 | 0.00 | 02/23 | 0.00 |
| 02/07 | 155.00 | 02/17 | 71.00 | 02/28 | 0.00 |
| 02/08 | 130.01 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $0.00 |

 **CHASE**

February 01, 2022 through February 28, 2022

Account Number: ███████ **3199**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



This Page Intentionally Left Blank