

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2022 through February 28, 2022

Account Number: ███████ **7995**

00000784 DRE 021 252 06222 NNNNNNNNNNN T 1 000000000 Z9 0000

KARMA OF BROWARD, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 7 | 4,764,656.90 |
| Electronic Withdrawals | 9 | -4,764,656.90 |
| **Ending Balance** | **16** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Independent Finance And Insurance Cboca Raton FL US 33432-5822 Ref: Chase Nyc/Ctr/Bnf=Karma of Broward, Inc. Boca Raton FL 33487-2830 US/A C-000000007051 Rfb=O/B Wells Fargo Bbi=/Chgs/USD0,00/ Imad: 0204I1B7033R015845 Trn: 0732900035FI | $9,896.48 |
| 02/08 | Fedwire Credit Via: First Republic Bank/321081669 B/O: Fvp Servicing LLC New York-NY-10001 Ref: Chase Nyc/Ctr/Bnf=Karma of Broward, Inc. Boca Raton FL 33487-2830 US/A C-000000007051 Rfb=O/B Fst Rep Bk S Imad: 0208Mmqfmprn005025 Trn: 0614090039FI | 2,000,000.00 |
| 02/15 | Fedwire Credit Via: Bank of Stockton/121101037 B/O: Woodside Credit Newport Beach, CA 92660 Ref: Chase Nyc/Ctr/Bnf=Karma of Broward, Inc. Boca Raton FL 33487-2830 US/A C-000000007051 Rfb=O/B Bk Stoc Stoc Obi=Stock 390328 - 2021 Mercedes-B Enz G -Class Amg G63 4 Matic Suv - Periu3 87746 Imad: 0215Qmgft003001615 Trn: 0884720046FI | 219,867.86 |
| 02/17 | Fedwire Credit Via: Bank of Stockton/121101037 B/O: Woodside Credit Newport Beach, CA 92660 Ref: Chase Nyc/Ctr/Bnf=Karma of Broward, Inc. Boca Raton FL 33487-2830 US/A C-000000007051 Rfb=O/B Bk Stoc Stoc Obi=Stock A11842 - 2019 Lamborghin I Hu Racan - Ramsammy Jr 387929 Imad: 0217Qmgft012001225 Trn: 0730840048FI | 256,540.59 |



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/18 | Fedwire Credit Via: First Republic Bank/321081669 B/O: Fvp Servicing LLC New York-NY-10001 Ref: Chase Nyc/Ctr/Bnf=Karma of Broward, Inc. Boca Raton FL 33487-2830 US/A C-000000007051 Rfb=O/B Fst Rep Bk S Imad: 0218Mmqfmprn005016 Trn: 0599460049Ff | 2,000,000.00 |
| 02/22 | Fedwire Credit Via: TD Bank, NA/011103093 B/O: Driv Inc Boca Raton, FL 33432-3716 Ref: Chase Nyc/Ctr/Bnf=Karma of Broward, Inc. Boca Raton FL 33487-2830 US/A C-000000007051 Rfb=Cncy-Cbvsd7 Obi= Rolls Royce Wraith 86688 Imad: 0222Mmqfmpyq008048 Trn: 1274340053Ff | 225,000.00 |
| 02/28 | Fedwire Credit Via: First Republic Bank/321081669 B/O: Fvp Servicing LLC New York-NY-10001 Ref: Chase Nyc/Ctr/Bnf=Karma of Broward, Inc. Boca Raton FL 33487-2830 US/A C-000000007051 Rfb=Deposit Return Imad: 0228Mmqfmprn003382 Trn: 0563540059Ff | 53,351.97 |

**Total Deposits and Additions**     **$4,764,656.90**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/04 | 02/04 Online Transfer To Chk ...5966 Transaction#: 13601057237 | $9,896.48 |
| 02/08 | 02/08 Online Transfer To Chk ...5966 Transaction#: 13626515769 | 2,000,000.00 |
| 02/15 | 02/15 Online Transfer To Chk ...5966 Transaction#: 13676917012 | 219,867.86 |
| 02/17 | 02/17 Online Transfer To Chk ...8711 Transaction#: 13691157154 | 27,000.00 |
| 02/17 | 02/17 Online Transfer To Chk ...5966 Transaction#: 13691162439 | 540.59 |
| 02/17 | 02/17 Online Transfer To Chk ...3199 Transaction#: 13691175109 | 229,000.00 |
| 02/18 | 02/18 Online Transfer To Chk ...5966 Transaction#: 13700082501 | 2,000,000.00 |
| 02/22 | 02/22 Online Transfer To Chk ...5966 Transaction#: 13725426924 | 225,000.00 |
| 02/28 | 02/28 Online Transfer To Chk ...5966 Transaction#: 13768431998 | 53,351.97 |

**Total Electronic Withdrawals**     **$4,764,656.90**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 02/04 | $0.00 |
| 02/08 | 0.00 |
| 02/15 | 0.00 |
| 02/17 | 0.00 |
| 02/18 | 0.00 |
| 02/22 | 0.00 |
| 02/28 | 0.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



February 01, 2022 through February 28, 2022

Account Number: ███████ 7995



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



February 01, 2022 through February 28, 2022
Account Number:                              7995

This Page Intentionally Left Blank