

**CHASE** ❖

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2022 through February 28, 2022
Account Number: ███████5966

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00003478 DRI 021 262 06222 NNNNNNNNNNN  1 000000000 Z9 0000
KARMA OF BROWARD, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$31.50** |
| Deposits and Additions | 29 | 7,376,458.00 |
| Checks Paid | 48 | -1,210,127.00 |
| Electronic Withdrawals | 64 | -5,195,131.03 |
| Other Withdrawals | 2 | -935,000.00 |
| **Ending Balance** | **143** | **$36,231.47** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Online Transfer From Chk ...3199 Transaction#: 13574978598 | $26,000.00 |
| 02/03 | Online Transfer From Chk ...6603 Transaction#: 13588568229 | 35,000.00 |
| 02/04 | Online Transfer From Chk ...3199 Transaction#: 13597376407 | 214,875.00 |
| 02/04 | Online Transfer From Chk ...6603 Transaction#: 13601047973 | 24,990.00 |
| 02/04 | Online Transfer From Chk ...3199 Transaction#: 13600332852 | 10,000.00 |
| 02/04 | Online Transfer From Chk ...7995 Transaction#: 13601057237 | 9,896.48 |
| 02/04 | Online Transfer From Chk ...0852 Transaction#: 13600348732 | 7,438.00 |
| 02/04 | Online Transfer From Chk ...3199 Transaction#: 13600344511 | 6,000.00 |
| 02/08 | Online Transfer From Chk ...7995 Transaction#: 13626515769 | 2,000,000.00 |
| 02/08 | Online Transfer From Chk ...3199 Transaction#: 13625707148 | 225,000.00 |
| 02/09 | Online Transfer From Chk ...6901 Transaction#: 13633747717 | 405,000.00 |
| 02/11 | Online Transfer From Chk ...3181 Transaction#: 13650339829 | 530,000.00 |
| 02/11 | Online Transfer From Chk ...3181 Transaction#: 13648226832 | 450,000.00 |
| 02/11 | Online Transfer From Chk ...6603 Transaction#: 13649632372 | 124,498.00 |
| 02/14 | Online Transfer From Chk ...3181 Transaction#: 13665685739 | 130,000.00 |



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/14 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:220211 CO Entry Descr:Deposit  Sec:CCD    Trace#:091000012801431 Eed:220214   Ind ID:498354696888 Ind Name:Karma Broward Ppi Bankcard Dep Trn: 0452801431Tc | 5,000.00 |
| 02/15 | Online Transfer From Chk ...7995 Transaction#: 13676917012 | 219,867.86 |
| 02/16 | Online Transfer From Chk ...8711 Transaction#: 13684171659 | 50,000.00 |
| 02/16 | Online Transfer From Chk ...8711 Transaction#: 13683914736 | 45,000.00 |
| 02/16 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:220215 CO Entry Descr:Deposit  Sec:CCD    Trace#:091000016423666 Eed:220216   Ind ID:498354696888 Ind Name:Karma Broward Ppi Bankcard Dep Trn: 0476423666Tc | 5,000.00 |
| 02/17 | Online Transfer From Chk ...7995 Transaction#: 13691162439 | 540.59 |
| 02/18 | Online Transfer From Chk ...7995 Transaction#: 13700082501 | 2,000,000.00 |
| 02/22 | Remote Online Deposit          3 | 227,000.00 |
| 02/22 | Online Transfer From Chk ...7995 Transaction#: 13725426924 | 225,000.00 |
| 02/23 | Orig CO Name:Ebay Incw042Llet        Orig ID:8194689000 Desc Date:220223 CO Entry Descr:Payments  Sec:CCD    Trace#:021000024276323 Eed:220223  Ind ID:1Baubxryghnmmb1        Ind Name:Karma Broward Trn: 0544276323Tc | 0.09 |
| 02/23 | Orig CO Name:Ebay Incw042Llet        Orig ID:8194689000 Desc Date:220223 CO Entry Descr:Payments  Sec:CCD    Trace#:021000024276324 Eed:220223  Ind ID:B5Mfr7Lryidvfba        Ind Name:Karma Broward Trn: 0544276324Tc | 0.01 |
| 02/24 | Remote Online Deposit          3 | 297,000.00 |
| 02/24 | Remote Online Deposit          3 | 50,000.00 |
| 02/28 | Online Transfer From Chk ...7995 Transaction#: 13768431998 | 53,351.97 |

**Total Deposits and Additions** — **$7,376,458.00**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 113 ^ | | 02/16 | $144.00 |
| 114 ^ | | 02/24 | 134.00 |
| 118 * ^ | | 02/22 | 90.00 |
| 119 ^ | | 02/28 | 90.00 |
| 194 * ^ | | 02/08 | 128.34 |
| 195 ^ | | 02/01 | 449.40 |
| 197 * ^ | | 02/10 | 7,671.75 |
| 199 * ^ | | 02/01 | 25,000.00 |
| 201 * ^ | | 02/04 | 265,000.00 |
| 205 * ^ | | 02/03 | 9,896.48 |
| 208 * ^ | | 02/07 | 300.00 |
| 211 * ^ | | 02/18 | 256,000.00 |
| 212 ^ | | 02/04 | 220.00 |
| 213 ^ | | 02/07 | 6,285.44 |
| 214 ^ | | 02/14 | 680.00 |
| 215 ^ | | 02/15 | 350.00 |
| 216 ^ | | 02/18 | 700.00 |
| 217 ^ | | 02/14 | 275.00 |
| 218 ^ | | 02/14 | 1,000.00 |
| 219 ^ | | 02/15 | 1,000.00 |
| 220 ^ | | 02/14 | 2,500.00 |
| 221 ^ | | 02/14 | 13,050.00 |
| 222 ^ | | 02/11 | 1,216.00 |



## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 223 ^ | | 02/16 | 4.98 |
| 224 ^ | | 02/15 | 100.00 |
| 225 ^ | | 02/22 | 139,667.00 |
| 227 * ^ | | 02/15 | 6,034.50 |
| 228 ^ | | 02/22 | 188,988.03 |
| 229 ^ | | 02/18 | 3,130.00 |
| 230 ^ | | 02/22 | 244,600.00 |
| 232 * ^ | | 02/22 | 3,095.00 |
| 233 ^ | | 02/28 | 5,765.34 |
| 234 ^ | | 02/18 | 5,143.94 |
| 235 ^ | | 02/25 | 300.00 |
| 236 ^ | | 02/24 | 1,375.00 |
| 237 ^ | | 02/28 | 663.40 |
| 238 ^ | | 02/28 | 1,049.00 |
| 240 * ^ | | 02/25 | 200.00 |
| 241 ^ | | 02/24 | 260.00 |
| 242 ^ | | 02/24 | 435.00 |
| 243 ^ | | 02/18 | 45.46 |
| 245 * ^ | | 02/23 | 10,740.49 |
| 251 * ^ | | 02/28 | 40.00 |
| 262 * ^ | | 02/25 | 150.00 |
| 50018 * ^ | | 02/07 | 1,539.86 |
| 50019 ^ | | 02/15 | 1,539.86 |
| 50020 ^ | | 02/22 | 1,539.86 |
| 50021 ^ | | 02/28 | 1,539.87 |

**Total Checks Paid**      **$1,210,127.00**



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | Orig CO Name:Paymentech      Orig ID:1020401225 Desc Date:220202 CO Entry Descr:Fee    Sec:CCD    Trace#:021000025747239 Eed:220202    Ind ID:6602780 Ind Name:Karma of Broward, Inc. Trn: 0335747239Tc | $36.25 |
| 02/02 | Orig CO Name:Paymentech      Orig ID:1020401225 Desc Date:220202 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000025747237 Eed:220202    Ind ID:6610567 Ind Name:Karma of Broward, Inc. Trn: 0335747237Tc | 35.00 |
| 02/03 | Orig CO Name:Merchant Bankcd      Orig ID:C592126793 Desc Date:220202 CO Entry Descr:Deposit   Sec:CCD    Trace#:091000019050363 Eed:220203    Ind ID:498354694883 Ind Name:Karma Service        Ppi Bankcard Dep Trn: 0349050363Tc | 25.00 |
| 02/03 | Orig CO Name:Merchant Bankcd      Orig ID:C592126793 Desc Date:220202 CO Entry Descr:Deposit   Sec:CCD    Trace#:091000019050364 Eed:220203    Ind ID:498354696888 Ind Name:Karma Broward        Ppi Bankcard Dep Trn: 0349050364Tc | 25.00 |
| 02/03 | 02/03 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Independent Finance And Insurance Cboca Raton FL 33432 US Ref:/Time/11:14 Imad: 0203B1Qgc07C007533 Trn: 3213162034Es | 9,896.48 |



February 01, 2022 through February 28, 2022

Account Number: ████████ 5966

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/04 | Orig CO Name:ADP Wage Pay        Orig ID:9333006057 Desc Date:220204 CO Entry Descr:Wage Pay  Sec:CCD    Trace#:021000027440503 Eed:220204   Ind ID:9283223019646An            Ind Name:Karma of Broward Inc K 323298036 Trn: 0357440503Tc | 10,052.53 |
| 02/04 | Orig CO Name:ADP - Tax        Orig ID:9333006057 Desc Date:220204 CO Entry Descr:ADP - Tax Sec:CCD    Trace#:021000027440505 Eed:220204   Ind ID:925121630507A03            Ind Name:Karma of Broward Inc 323298036 Trn: 0357440505Tc | 4,227.14 |
| 02/04 | Orig CO Name:ADP Pay-By-Pay        Orig ID:9555555505 Desc Date:220204 CO Entry Descr:Pay-By-Paysec:CCD    Trace#:021000027440501 Eed:220204   Ind ID:9283223019656An            Ind Name:Karma of Broward Inc K 304287687 Trn: 0357440501Tc | 214.23 |
| 02/04 | Orig CO Name:ADP Payroll Fees        Orig ID:9659605001 Desc Date:220204 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000027440499 Eed:220204   Ind ID:2R6An    8533944 Ind Name:Karma of Broward Inc                                    Ot Trn: 0357440499Tc | 71.20 |
| 02/07 | Orig CO Name:Comcast 8495753        Orig ID:0000213249 Desc Date:220207 CO Entry Descr:105365075 Sec:PPD    Trace#:021000024359819 Eed:220207   Ind ID:7740889 Ind Name:Karma *Broward 800-Comcast Trn: 0384359819Tc | 151.35 |
| 02/07 | 02/07 Online Payment 13620409409 To Fpl | 159.78 |
| 02/08 | 02/08 Online Domestic Wire Transfer A/C: Hitfigure, LLC Costa Mesa CA 92627-2528 US Ref: Payment For G63 334940 Trn: 3332442039Es | 225,000.00 |
| 02/08 | 02/08 Online Domestic Wire Transfer A/C: Hitfigure, LLC Costa Mesa CA 92627-2528 US Ref: Payment For 18 Mclaren 720S 000606 Trn: 3408282039Es | 255,000.00 |
| 02/08 | 02/08 Online Domestic Wire Transfer A/C: Hitfigure, LLC Costa Mesa CA 92627-2528 US Ref: Payment For 17 Lambo A08121 Trn: 3408292039Es | 240,000.00 |
| 02/08 | 02/08 Online Domestic Wire Transfer A/C: Hitfigure, LLC Costa Mesa CA 92627-2528 US Ref: Payment For 20 Lambo Urus A09315 Trn: 3408262039Es | 293,000.00 |
| 02/09 | 02/09 Online Domestic Wire Transfer Via: TD Bank NA/031101266 A/C: H Greg Lux Pompano Beach FL 33073 US Ref: Purch 22 Land Rover 458356 Imad: 0209B1Qgc04C005992 Trn: 3154712040Es | 184,000.00 |
| 02/09 | 02/09 Online Domestic Wire Transfer A/C: Hitfigure, LLC Costa Mesa CA 92627-2528 US Ref: Payment For 19 Aston M07671 Trn: 3385632040Es | 175,000.00 |
| 02/09 | 02/09 Online Transfer To Chk ...8711 Transaction#: 13633280960 | 140,689.35 |
| 02/09 | 02/09 Online Transfer To Chk ...8711 Transaction#: 13633282747 | 45,000.00 |
| 02/09 | 02/09 Online Transfer To Chk ...3199 Transaction#: 13633442722 | 450,000.00 |
| 02/10 | 02/10 Online Transfer To Chk ...8711 Transaction#: 13640850227 | 20,000.00 |
| 02/11 | Orig CO Name:ADP Wage Pay        Orig ID:9333006057 Desc Date:220211 CO Entry Descr:Wage Pay  Sec:CCD    Trace#:021000026634207 Eed:220211   Ind ID:9298226695086An            Ind Name:Karma of Broward Inc K 323298036 Trn: 0426634207Tc | 9,606.57 |
| 02/11 | Orig CO Name:ADP - Tax        Orig ID:9333006057 Desc Date:220211 CO Entry Descr:ADP - Tax Sec:CCD    Trace#:021000026634209 Eed:220211   Ind ID:930722676123A03            Ind Name:Karma of Broward Inc 323298036 Trn: 0426634209Tc | 4,019.65 |
| 02/11 | Orig CO Name:ADP Pay-By-Pay        Orig ID:9555555505 Desc Date:220211 CO Entry Descr:Pay-By-Paysec:CCD    Trace#:021000026634205 Eed:220211   Ind ID:9298226695096An            Ind Name:Karma of Broward Inc K 304287687 Trn: 0426634205Tc | 199.75 |
| 02/11 | Orig CO Name:ADP Payroll Fees        Orig ID:9659605001 Desc Date:220211 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000026634203 Eed:220211   Ind ID:2R6An    9809343 Ind Name:Karma of Broward Inc                                    Ot Trn: 0426634203Tc | 71.20 |
| 02/11 | 02/11 Online Domestic Wire Transfer Via: Regions/062000019 A/C: Aba/063104668 Altamonte Springs FL 32701 US Ben: Biltmore Automotive Services LLC Arden NC 28704 US Imad: 0211B1Qgc08C010562 Trn: 3268942042Es | 125,000.00 |
| 02/11 | 02/11 Online Transfer To Chk ...3181 Transaction#: 13649480763 | 50,000.00 |
| 02/11 | 02/11 Online Transfer To Chk ...3181 Transaction#: 13649536625 | 27,500.00 |



## ELECTRONIC WITHDRAWALS (continued)



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/11 | 02/11 Online Transfer To Chk ...8711 Transaction#: 13650075076 | 485,000.00 |
| 02/14 | 02/14 Online Domestic Wire Transfer A/C: Hitfigure, LLC Costa Mesa CA 92627-2528 US Ref: Payment For 21 Mercedes Gle Vin 396703 Trn: 3318552045Es | 103,000.00 |
| 02/14 | 02/14 Online Transfer To Chk ...8711 Transaction#: 13668263656 | 15,000.00 |
| 02/14 | 02/14 Online Transfer To Chk ...8711 Transaction#: 13668428357 | 45,000.00 |
| 02/14 | 02/14 Online Transfer To Chk ...3181 Transaction#: 13668446762 | 10,000.00 |
| 02/16 | 02/16 Online Domestic Wire Transfer Via: Fst Rep Bk Sf/321081669 A/C: Feenix Servicing LLC New York NY 10001 US Imad: 0216B1Qgc03C002328 Trn: 3013282047Es | 34,166.67 |
| 02/16 | 02/16 Online Domestic Wire Transfer Via: Fst Rep Bk Sf/321081669 A/C: Feenix Servicing LLC New York NY 10001 US Imad: 0216B1Qgc06C002686 Trn: 3013402047Es | 2,277.78 |
| 02/16 | Orig CO Name:Waste Management    Orig ID:9049038216 Desc Date:220215 CO Entry Descr:Internet Sec:Web   Trace#:043305137098069 Eed:220216   Ind ID:043000094214936 Ind Name:Zankl Scott                                        Telechk 800-697-9263 Trn: 0477098069Tc | 204.33 |
| 02/16 | 02/16 Online Transfer To Chk ...3181 Transaction#: 13684190422 | 274,000.00 |
| 02/17 | 02/17 Online Transfer To Chk ...3181 Transaction#: 13688966417 | 5,000.00 |
| 02/17 | 02/17 Online Transfer To Chk ...3181 Transaction#: 13691590165 | 200.00 |
| 02/18 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:220218 CO Entry Descr:Wage Pay Sec:CCD   Trace#:021000022873756 Eed:220218   Ind ID:3575817915886An        Ind Name:Karma of Broward Inc K 323298036 Trn: 0492873756Tc | 9,606.57 |
| 02/18 | Orig CO Name:Westlake Floorin    Orig ID:1352426469 Desc Date:021722 CO Entry Descr:Payables Sec:CCD   Trace#:122232102873760 Eed:220218   Ind ID:100431688 Ind Name:Karma Broward       100431688 ,Karma Broward     ,Vin :50G6E4Ss1NA000305 ,2022-Karma-Gs6S     ,Dynamic EFT Trn: 0492873760Tc | 6,339.70 |
| 02/18 | Orig CO Name:ADP - Tax    Orig ID:9333006057 Desc Date:220218 CO Entry Descr:ADP - Tax Sec:CCD   Trace#:021000022873758 Eed:220218   Ind ID:925921912882A03        Ind Name:Karma of Broward Inc 323298036 Trn: 0492873758Tc | 3,964.42 |
| 02/18 | Orig CO Name:ADP Pay-By-Pay    Orig ID:9555555505 Desc Date:220218 CO Entry Descr:Pay-By-Paysec:CCD   Trace#:021000022873754 Eed:220218   Ind ID:3575817915896An        Ind Name:Karma of Broward Inc K 304287687 Trn: 0492873754Tc | 199.75 |
| 02/18 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:220218 CO Entry Descr:ADP - Feessec:CCD   Trace#:021000022873752 Eed:220218   Ind ID:2R6An   6323906 Ind Name:Karma of Broward Inc                     Ot Trn: 0492873752Tc | 71.20 |
| 02/18 | 02/18 Online Transfer To Chk ...8711 Transaction#: 13700111104 | 187,000.00 |
| 02/18 | 02/18 Online Transfer To Chk ...6901 Transaction#: 13700162416 | 249,000.00 |
| 02/18 | 02/18 Online Domestic Wire Transfer Via: TD Bank, NA/067014822 A/C: Driv Pompano Beach FL 33069 US Ref: Purch 2020 Bentley Flying Spur 082455 Imad: 0218B1Qgc06C014284 Trn: 3431132049Es | 245,000.00 |
| 02/22 | 02/21 Online Transfer To Chk ...3199 Transaction#: 13719199763 | 490,000.00 |
| 02/22 | 02/22 Online Transfer To Chk ...3199 Transaction#: 13723055876 | 42,000.00 |
| 02/22 | Orig CO Name:Bluecrossflorida    Orig ID:0000008450 Desc Date:220222 CO Entry Descr:Premium  Sec:PPD   Trace#:021000023796944 Eed:220222   Ind ID:8287593 Ind Name:Excell Auto Group Inc 904-791-6111 Trn: 0533796944Tc | 1,316.54 |
| 02/23 | 02/23 Online Transfer To Chk ...3181 Transaction#: 13732184724 | 350,000.00 |
| 02/24 | 02/24 Online Transfer To Chk ...3181 Transaction#: 13737091261 | 5,000.00 |
| 02/25 | Orig CO Name:Westlake Floorin    Orig ID:1352426469 Desc Date:022422 CO Entry Descr:Payables Sec:CCD   Trace#:122232102029944 Eed:220225   Ind ID:100431688 Ind Name:Karma Broward       100431688 ,Karma Broward     ,Vin :50G6E4Ss1NA000305 ,2022-Karma-Gs6S     ,Dynamic EFT Trn: 0562029944Tc | 97,436.96 |
| 02/25 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:220225 CO Entry Descr:Wage Pay Sec:CCD   Trace#:021000022029942 Eed:220225   Ind ID:4825490368966An        Ind Name:Karma of Broward Inc K 323298036 Trn: 0562029942Tc | 11,748.23 |



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | Orig CO Name:ADP - Tax        Orig ID:9333006057 Desc Date:220225 CO Entry Descr:ADP - Tax Sec:CCD    Trace#:021000022029936 Eed:220225   Ind ID:937420450447A03        Ind Name:Karma of Broward Inc 323298036 Trn: 0562029936Tc | 4,192.25 |
| 02/25 | Orig CO Name:ADP Pay-By-Pay        Orig ID:9555555505 Desc Date:220225 CO Entry Descr:Pay-By-Paysec:CCD    Trace#:021000022029940 Eed:220225   Ind ID:4825490368976An        Ind Name:Karma of Broward Inc K 304287687 Trn: 0562029940Tc | 224.85 |
| 02/25 | Orig CO Name:Westlake Floorin        Orig ID:1352426469 Desc Date:022422 CO Entry Descr:Payables  Sec:CCD    Trace#:122232102029946 Eed:220225  Ind ID:100431688 Ind Name:Karma Broward        100431688 ,Karma Broward        ,Sig N-Up Fee ,Dynamic EFT Trn: 0562029946Tc | 130.00 |
| 02/25 | Orig CO Name:ADP Payroll Fees        Orig ID:9659605001 Desc Date:220225 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000022029934 Eed:220225   Ind ID:2R6An   3297681 Ind Name:Karma of Broward Inc                                Ot Trn: 0562029934Tc | 71.20 |
| 02/25 | Orig CO Name:Ebay Incldzjrj3G        Orig ID:8194689000 Desc Date:220225 CO Entry Descr:Payments  Sec:Web    Trace#:021000022029938 Eed:220225   Ind ID:1M4Abh8Q92Tw0Be        Ind Name:Karma Broward Trn: 0562029938Tc | 0.10 |
| 02/25 | 02/25 Online Transfer To Chk ...8711 Transaction#: 13745215536 | 50,000.00 |
| 02/25 | 02/25 Online Transfer To Chk ...3181 Transaction#: 13745539339 | 1,000.00 |
| 02/25 | 02/25 Online Transfer To Chk ...8711 Transaction#: 13745546069 | 40,000.00 |
| 02/25 | 02/25 Online Transfer To Chk ...3181 Transaction#: 13747743953 | 58,000.00 |
| 02/28 | 02/28 Online Transfer To Chk ...3199 Transaction#: 13770330257 | 100,000.00 |
| **Total Electronic Withdrawals** | | **$5,195,131.03** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | Online Transfer To Chk ...5966 Transaction#: 13633747717 | $405,000.00 |
| 02/14 | Online Transfer To Chk ...5966 Transaction#: 13650339829 | 530,000.00 |
| **Total Other Withdrawals** | | **$935,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | $582.10 | 02/10 | 190,156.40 | 02/18 | 1,035,721.52 |
| 02/02 | 510.85 | 02/11 | 592,041.23 | 02/22 | 376,425.09 |
| 02/03 | 15,667.89 | 02/14 | 6,536.23 | 02/23 | 15,684.70 |
| 02/04 | 9,082.27 | 02/15 | 217,379.73 | 02/24 | 355,480.70 |
| 02/07 | 645.84 | 02/16 | 6,581.97 | 02/25 | 92,027.11 |
| 02/08 | 1,212,517.50 | 02/17 | 1,922.56 | 02/28 | 36,231.47 |
| 02/09 | 622,828.15 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



February 01, 2022 through February 28, 2022

Account Number:               966



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

---

**IMAGES**                                                    ACCOUNT #               966

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.





February 01, 2022 through February 28, 2022

Account Number: ███████ 5966

**IMAGES** *(continued)*

ACCOUNT ███████ 5966

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.

CHASE ❖

 CHASE

February 01, 2022 through February 28, 2022

Account Number: ████████ 5966

**IMAGES** *(continued)*

ACCOUNT ████████ 5966

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.





February 01, 2022 through February 28, 2022

Account Number: ███████ 5966

| IMAGES | *(continued)* | | ACCOUNT # ███████ 5966 |
|---|---|---|---|

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.



February 01, 2022 through February 28, 2022

Account Number: █████████5966

**IMAGES** *(continued)*

ACCOUNT #██████████966

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



 **CHASE**

February 01, 2022 through February 28, 2022

Account Number: ██████████ 5966

**IMAGES** *(continued)*

ACCOUNT # ██████████ 966

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

