**Avrumi Lubin**
**josh@spincapital.com**

Chief Judge Erik P Kimball
United States Bankruptcy Court
Flagler Waterview Building
1515 North Flagler Drive, 8th Floor
Courtroom B
West Palm Beach, Florida 33401

FILED-USBC, FLS-WPB
'25 MAR 24 PM2:21

March 24, 2025

Re:   In re: Excell Auto Group, LLC Case No. 22-12790-EPK
      Mehdipour v. HiBar Capital, LLC et al – Adv. Pro. No. 23-01132-EPK

Dear Judge Kimball,

As you may know I am the sole member of Spin Capital LLC, a Defendant in adversary proceeding number 23-01132-EPK. I am also a named defendant in that case.

Joel Aresty has been representing Spin Capital LLC in defending this adversary proceeding.

Up until today I was under the impression that Mr. Aresty was also protecting my personal interests.

It's my understanding that today is the deadline for the defendants to file opposition to trustee motion for summary judgement.

Mr. Aresty does not intend to include certain defenses that I believe are necessary to protect my personal interest. I am frantically attempting to retain counsel to represent me in this matter.

Please accept this letter as a formal request for a brief extension of time to file a response to the trustee's motion.

If your honor has any questions, concerns, or wishes to discuss this matter with me, please do not hesitate to have your staff contact me at josh@spincapital.com

Respectfully submitted,

Avrumi (Josh) Lubin Pro Se