UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                  Case No.: 22-12790-EPK
EXCELL AUTO GROUP, INC.                    Chapter 7
Debtor.
_____/
NICOLE TESTA MEHDIPOUR,
Chapter 7 Trustee for EXCELL
AUTO GROUP, INC.,                              Adv. Pro. No. 23-01132-EPK
Plaintiff,
v.
HI BAR CAPITAL, LLC, *et al.*,
Defendant(s).
_____/

Spin Capital's Response to Plaintiff's Statement of Material Facts DE 184

Spin Capital (Spin) files this Response to Plaintiff's Statement of Material Facts DE 184

and respectfully represents the following to the Court as to each statement:

Spin joins in HI Bar's Response and Additional Facts Doc 267.


Date this: 3/24/25

Respectfully submitted,


Joel M. Aresty, Esq.
Joel M. Aresty P.A.
Board Certified Business
Bankruptcy Law
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 1-800-559-1870
E-mail: Aresty@Mac.com
By: /s/: Joel M. Aresty
Fla. Bar No. 197483