CONFIDENTIAL (TD_EXCELL_AUTO_ADV) 000202

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 10/1/2024

| | |
|---|---|
| **Value Date** | |
| **Wire Date** | |
| **MSG_SOURCE_TYPE** | |
| **Account No** | |
| **Amount** | |
| **Beneficiary** | |
| **BNF ADDR1** | |
| **BNF ADDR2** | |
| **BNF ID** | |
| **Branch ID** | |
| **Country Code** | |
| **Currency** | |
| **Direction** | |
| **Fee** | |
| **IMAD** | |
| **MID** | |
| **Msg Status** | |
| **Msg Subtype** | |
| **Msg Type** | |
| **OBI** | |
| **Office** | |
| **OMAD** | |
| | |
| **ORG ADDR2** | |
| **ORG ID** | |
| **ORG ID Code** | |
| **Originator** | |
| **Pavmt Method** | |
| **Paymt Source** | |
| **Recv ABA** | |
| **Recv Name** | |
| **Reference** | |
| **Sender ABA** | |
| **Sender Name** | |
| **Time** | |
| **Value Date** | |
| **Wire Date** | |

| | |
|---|---|
| **MSG_SOURCE_TYPE** | PPUSA |
| **Account No** | 6504 |
| **Amount** | 2,114,312.50 |
| **BBK ADDR2** | FORT LAUDERDALE, FL |
| **Bene Bank** | OPTIMUMBANK |
| **Beneficiary** | Hi Bar Capital |
| **BNF ADDR1** | 1825 65th street |
| **BNF ADDR2** | Brooklyn NY 11204 |
| **BNF ID** | 2968 |
| **Branch ID** | 9999 |
| **Currency** | USD |
| **Direction** | O |
| **Fee** | 0.00 |
| **IMAD** | 20211101MMQFMPYQ007038 |
| **MID** | |
| **Msg Status** | COMPLETE |
| **Msg Subtype** | 00 |
| **Msg Type** | 10 |



PLAINTIFF'S
EXHIBIT

**50**
_____

CONFIDENTIAL (TD_EXCELL_AUTO_ADV 000202

CONFIDENTIAL (TD_EXCELL_AUTO_ADV) 000203

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 10/1/2024

| | |
|---|---|
| **OBI** | Excell |
| **Office** | 004 |
| **OMAD** | 20211101GMQFMP0103580011011522FT03 |
| **ORG ADDR1** | EXPENSE ACCOUNT |
| **ORG ADDR2** | 1460 ARBORETUM PKWY |
| **ORG ADDR3** | LAKEWOOD, NJ 08701-0000 |
| **ORG ID** | 6504 |
| **ORG ID Code** | AC |
| **Originator** | SPIN CAPITAL LLC |
| **Paymt Method** | FED |
| **Paymt Source** | ETD |
| **Recv ABA** | 067015096 |
| **Recv Name** | OPTIMUMBANK |
| **Reference** | 211101152231HB01 |
| **Sender ABA** | 031101266 |
| **Sender Name** | TD BANK |
| **Time** | 15:22:33 |
| **Value Date** | 11/01/2021 |
| **Wire Date** | 11/01/2021 |

| | |
|---|---|
| **MSG_SOURCE_TYPE** | PPUSA |
| **Account No** | 6504 |
| **Amount** | 2,114,312.50 |
| **BBK ADDR1** | WILMINGTON DE |
| **Bene Bank** | TD BANK, NA |
| **Beneficiary** | SPIN CAPITAL LLC |
| **BNF ADDR1** | 1460 ARBORETUM PKWY |
| **BNF ADDR2** | LAKEWOOD NJ 08701 |
| **BNF ID** | 6504 |
| **Branch ID** | 9999 |
| **Currency** | USD |
| **Direction** | I |
| **Fee** | 0.00 |
| **IMAD** | 20211101GMQFMP01032105 |
| **MID** | 211101160629F100 |
| **Msg Status** | COMPLETE |
| **Msg Subtype** | 00 |
| **Msg Type** | 10 |
| **Office** | 004 |
| **OGB** | OPTIMUMBANK |
| **OGB ADDR1** | 2477 E. COMMERCIAL BLVD. |
| **OGB ADDR2** | FT. LAUDERDALE FL 33308 |
| **OGB ID** | 067015096 |
| **OMAD** | 20211101MMQFMPYQ01158911011606FT03 |
| | 1825 65TH ST STE 300 |
| **ORG ADDR2** | BROOKLYN NY 112043819 |
| **ORG ID** | 2968 |
| **ORG ID Code** | AC |
| **Originator** | HI BAR CAPITAL LLC |
| **Paymt Method** | FED |
| **Paymt Source** | FLS |
| **Recv ABA** | 031101266 |
| **Recv Name** | TD BANK NA |
| **Reference** | 067015096003 2105 |
| **Sender ABA** | 067015096 |
| **Time** | 16:06:30 |
| **Value Date** | 11/01/2021 |

CONFIDENTIAL (TD_EXCELL_AUTO_ADV 000203 Page : 147 of 172

CONFIDENTIAL (TD_EXCELL_AUTO_ADV) 000204

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 10/1/2024

| Wire Date | 11/01/2021 |
|---|---|

**MSG_SOURCE_TYPE**
**Account No**
**Amount**
**BBK ADDR1**
**Bene Bank**
**Beneficiary**
**BNF ADDR1**
**BNF ADDR2**
**BNF ID**
**Branch ID**
**Currency**
**Direction**
**Fee**
**IMAD**
**MID**
**Msg Status**
**Msg Subtype**
**Msg Type**
**Office**
**OGB**
**OGB ADDR1**
**OGB ADDR2**
**OGB ID**
**OMAD**

**ORG ADDR2**
**ORG ID**
**ORG ID Code**
**Originator**
**Pavmt Method**
**Paymt Source**
**Recv ABA**
**Recv Name**
**Reference**
**Sender ABA**
**Time**
**Value Date**
**Wire Date**

**MSG_SOURCE_TYPE**
**Account No**
**Amount**
**BBK ADDR1**
**Bene Bank**
**Beneficiary**
**BNF ADDR1**
**BNF ADDR2**
**BNF ID**
**Branch ID**
**Currency**
**Direction**
**Fee**
**IMAD**
**MID**
**Msg Status**