**2021  FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000009701

**FILED**
**Feb 01, 2021**
**Secretary of State**
**0587769066CC**

**Entity Name:** EXCELL AUTO GROUP, INC.

**Current Principal  Place of Business:**

1001 CLINT MOORE ROAD
SUITE 101
BOCA RATON, FL  33487

**Current Mailing Address:**

1001 CLINT MOORE ROAD
SUITE 101
BOCA RATON,  FL  33487  US

**FEI Number: 80-0344450**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

ZANKL, SCOTT
1001 CLINT MOORE ROAD
SUITE 101
BOCA RATON, FL  33487  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                   Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | ZANKL, KRISTEN |
| Address | 1001 CLINT MOORE ROAD SUITE 101 |
| City-State-Zip: | BOCA RATON  FL  33487 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KRISTEN ZANKL                              OWNER                          02/01/2021

Electronic Signature of Signing Officer/Director Detail                                                          Date

PLAINTIFF'S EXHIBIT

**54**