

**ORDERED in the Southern District of Florida on April 24, 2025.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                            Case No. 22-12790-EPK
                                                    Chapter 7

      Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

      Plaintiff,

v.                                                  Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

      Defendants.

_____/

**ORDER DENYING MOTION TO DISMISS COUNT 29 AND DIRECTING
DEFENDANTS SPIN CAPITAL, LLC AND AVRUMI LUBIN TO FILE
<u>SUPPLEMENTAL ANSWER ADRESSING ONLY COUNT 29</u>**

This matter came before the Court for hearing on April 23, 2025 upon the *Motion to*

*Dismiss Count 29* [ECF No. 279] filed by defendant Spin Capital, LLC, joined in by defendant

Avrumi Lubin [ECF No. 281].

For the reasons stated on the record, the Court ORDERS and ADJUDGES as follows:

1.      The *Motion to Dismiss Count 29* [ECF No. 279] is DENIED.

2.      The joinder of defendant Avrumi Lubin [ECF No. 281], to the extent it relates to the *Motion to Dismiss Count 29* [ECF No. 279], is DENIED.

3      As provided in the Court's order entered at ECF No. 242, the answer [ECF No. 102] filed by defendants Spin Capital, LLC and Avrumi Lubin to the Second Amended Complaint is deemed to answer the Third Amended Complaint [ECF No. 253] with regard to counts 1 through 28.  Not later than May 8, 2025, defendants Spin Capital, LLC and Avrumi Lubin must file and serve a supplemental answer responding only to count 29 of the Third Amended Complaint.

###

Copies furnished to:
Joel M. Aresty, Esq.

*Joel M. Aresty, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service with the court.*