

**ORDERED in the Southern District of Florida on April 24, 2025.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                                          Case No. 22-12790-EPK
                                                                 Chapter 7

      Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

      Plaintiff,
v.                                                               Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

      Defendants.
_____/

## ORDER DENYING MOTION TO RECONSIDER

This matter came before the Court for hearing on April 23, 2025 upon the *Motion to Reconsider Order Granting Motion for Leave to File Third Amended Complaint and Addressing Related Matters and Motion for Relief From Order Granting Third Joint Agreed Motion to Continue Pretrial Conference and Extend Certain Related Pretrial Deadlines* [ECF

No. 243] (the "Motion to Reconsider") filed by Nicole Testa Mehdipour, Chapter 7 trustee and plaintiff in the above captioned adversary proceeding, and the response thereto filed by defendants, Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst [ECF No. 288].

For the reasons stated on the record, the Court ORDERS and ADJUDGES that the Motion to Reconsider [ECF No. 243] is DENIED in its entirety.

###

Copies furnished to:
Alan R. Crane, Esq.

*Alan R. Crane, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service with the court.*