

**ORDERED in the Southern District of Florida on May 6, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

|  |  |
|---|---|
| In re: | Case No.: 22-12790-EPK |
|  | Chapter 7 |
| **EXCELL AUTO GROUP, INC.,** | |
| Debtor. | |
| _____/ | |
| **NICOLE TESTA MEHDIPOUR, as**<br>**Chapter 7 Trustee for Excell Auto Group, Inc.,** | |
| Plaintiff, | |
| v. | Adv. Proc. No.: 23-01132-EPK |
| **HI BAR CAPITAL, LLC; SPIN**<br>**CAPITAL LLC; YISROEL HERBST;**<br>**MORDECHAI DOV BER HERBST;**<br>**AVRUMI LUBIN; FRANKLIN**<br>**CAPITAL FUNDING, LLC; and**<br>**FRANKLIN CAPITAL GROUP, LLC,** | |
| Defendants. | |
| _____/ | |

**ORDER CONTINUING PRETRIAL CONFERENCE**

THIS MATTER came before the Court *sua sponte.*  With the Court being fully advised in the premises, it is hereby **ORDERED** as follows:

1.      The pretrial conference in the above-captioned adversary proceeding is CONTINUED to **June 18, 2025 at 10:00 a.m.** (the "Continued Pretrial Conference Date"). The hearing will take place only by video conference via Zoom for Government.  DO NOT GO TO THE COURTHOUSE.  Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a  browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561- 514-4143.

2.      Other than the date of the hearing, all provisions of the Court's *Second Amended Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 153], as modified by the *Order Granting Third Joint Agreed Motion to Continue Pretrial Conference and Extend Certain Related Pretrial Deadlines* [ECF No. 203], remain in full force and effect.

###

Copies furnished to:

Jason S. Rigoli, Esq.

*Jason S. Rigoli, Esq. is directed to serve a copy of this Order upon all appropriate parties and to file a certificate of service with the Court.*