UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

       Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

       Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

       Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

### TRUSTEE'S NOTICE OF SUPPLEMENTAL AUTHORITY

Nicole Testa Mehdipour, chapter 7 trustee and plaintiff in this adversary proceeding, by and through undersigned counsel, files this *Notice of Supplemental Authority* in connection with the *Reply to Hi-Bar Capital and Spin Capital, LLC'S Response to Plaintiff's Motion for Partial Summary Judgment Against Hi Bar Capital, LLC and Spin Capital, LLC* [ECF No. 291], and respectfully states:

1.      On April 1, 2025, the Circuit Court for Oakland County, State of Michigan, entered the attached final *Judgment Against Defendant Spin Capital, LLC* in *Franklin Capital Funding, LLC v. Spin Capital, LLC and Hi Bar Capital, LLC, Case No. 22-193300-CB*, in accordance with the Findings of Fact & Conclusions of Law dated March 12, 2025, which the Plaintiff submitted as Ex. 44 to her *Reply Statement of Material Facts* [ECF No. 292-1].

1

2.     The Plaintiff notes for the Court that Spin Capital, LLC filed Spin *Capital LLC's Motion Under MCR 2.611 for New Trial, Amendment of Judgment and/or Remittitur* on April 22, 2025, in the Michigan case.

3.     The Trustee cites the Judgment as further support for her position that res judicata or collateral estoppel applies to the findings made in the Findings of Fact & Conclusions of Law dated March 12, 2025 [ECF No. 292-1] by way of the Final Judgment attached hereto. Respectfully submitted this 14th day of May 2025.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Tel: (561) 395-0500/Fax: (561) 338-7532

BY:  /s/ *Jason S. Rigoli*
        Alan R. Crane, Esq.
        Florida Bar No.: 0963836
        E-mail: acrane@furrcohen.com
        Jason S. Rigoli, Esq.
        Florida Bar No.: 91990
        E-mail: jrigoli@furrcohen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this adversary proceeding.

Dated: May 14, 2025

By /s/ *Jason S. Rigoli*
        Jason S. Rigoli

2

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR OAKLAND COUNTY**

FRANKLIN CAPITAL FUNDING, LLC,

        Plaintiff,

v.

SPIN CAPITAL LLC and HI BAR CAPITAL
LLC,

        Defendants.

Case No. 22-193300-CB

Hon. Michael Warren

**JUDGMENT AGAINST DEFENDANT SPIN CAPITAL LLC**

---

BODMAN PLC
By:    J. Adam Behrendt (P58607)
       Melissa B. Moore (P73018)
201 West Big Beaver Road, Suite 500
Troy, Michigan 48084
(248) 743-6000
jbehrendt@bodmanlaw.com
mmoore@bodmanlaw.com
Attorneys for Plaintiff

THE DRAGICH LAW FIRM PLLC
By:  Amanda Vintevoghel-Backer (P76567)
     January A. Dragich (P63108)
17000 Kercheval, Suite 120
Grosse Pointe, MI  48230
(313) 886-4550
Attorneys for Defendant Hi Bar Capital
LLC

KAMINSKI LAW PLLC
By:  Shanna M. Kaminski (P74013)
P.O. Box 725220
Berkley, Michigan 48072
(248) 462-7111
skaminski@kaminskilawpllc.com
Attorneys for Defendant Spin Capital LLC

---

4911-4739-6136_1

## JUDGMENT AGAINST DEFENDANT SPIN CAPITAL LLC

At a session of said Court, held in the
Oakland County Circuit Court, State of Michigan

on  4/1/2025
_____

PRESENT: Hon. MICHAEL WARREN
_____

This matter comes before the Court on the Court's Findings of Fact & Conclusions of Law dated March 12, 2025, in which it awarded Franklin Capital Funding, LLC $1,800,000 in contractual damages and $5,400,000 in conversion damages, plus contractual attorney fees, and further ordered that a final judgment would be entered once the amount of attorney fees was fixed. Plaintiff Franklin Capital Funding, LLC hereby advises the Court that it no longer is requesting an award of attorney fees in this case, and, accordingly, it now requests entry of a final judgment in accordance with the Court's award in its Findings of Fact & Conclusions of Law dated March 12, 2025. Having been fully advised on the premises,

IT IS HEREBY ORDERED that judgment is entered in favor of Franklin Capital Funding, LLC and against Spin Capital LLC ███████████████████ $1,800,000 in contractual damages and $5,400,000 in conversion damages, plus statutory interest until the judgment is satisfied.



This judgment resolves the last pending claim and closes the case.

Total damages are $5,400,000 in damages (i.e., Franklin Capital Funding LLC is not entitled to a double recovery for the contract damages).

1

4911-4739-6136_1

IT IS SO ORDERED.

/s/ Michael Warren
April 1, 2025

_____
Honorable Circuit Court Judge                    jn

2