

**ORDERED in the Southern District of Florida on June 4, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                           Case No. 22-12790-EPK
                                                   Chapter 7
        Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

        Plaintiff,
v.                                                 Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

        Defendants.
_____/

**ORDER GRANTING IN PART MOTION FOR SUMMARY JUDGMENT**

This matter came before the Court for oral ruling on May 28, 2025 upon the *Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst's Motion for Summary Judgment* [ECF No. 168, the "Motion"], in which defendants Hi-Bar Capital, LLC, Mordechai Herbst, and

Yisroel Herbst sought summary judgment on counts 1-3, 6-8, 17-25, and 28 of the *Third Amended Complaint* [ECF No. 253].[1] Defendants Spin Capital, LLC and Avrumi Lubin joined the Motion with regard to counts 1, 2, 6, 7, 8, and 28 [ECF No. 174].

The plaintiff, Nicole Testa Mehdipour, as chapter 7 trustee for Excell Auto Group, Inc., filed a response [ECF No. 220].  In addition to responding to the Motion, the plaintiff sought summary judgment in its favor on all counts addressed in the Motion pursuant to Fed. R. Civ. P. 56(f)(1) made applicable here by Fed. R. Bankr. P. 7056.

Defendants Franklin Capital Funding, LLC and Franklin Capital Group, LLC joined in the plaintiff's response except to the extent the plaintiff alleges she is a third-party beneficiary of the "Wing Lake Assignment Document" [ECF No. 222].

In addition to the Motion and the responses noted above, the Court considered the statements of material fact and other briefs filed in connection with the Motion [ECF Nos. 167, 221, 265, 266, 274, and 281].

For the reasons stated in the Court's oral ruling delivered on May 28, 2025, the Court ORDERS and ADJUDGES as follows:

1.      The *Hi-Bar Capital, LLC, Mordechai Herbst, and Yisroel Herbst's Motion for Summary Judgment* [ECF No. 168] is GRANTED in part as provided herein.

2.      The Motion is DENIED as to counts 1, 2, 3, 6, 7, 8, 18, 19, 20, 21, 22, 23, 24, 25, and 28 of the *Third Amended Complaint*.

3.      The Motion is GRANTED as to count 17 of the *Third Amended Complaint*. This adversary proceeding will not proceed to trial on Count 17.

---

[1] Although the Motion addresses the *Second Amended Complaint*, because the *Third Amended Complaint* is identical to the *Second Amended Complaint* but adds a count 29 not at issue here, the Court considers the Motion as aimed at the *Third Amended Complaint*.  *See* ECF No. 242.

4.      Plaintiff's request for summary judgment under Fed. R. Civ. P. 56(f)(1), made applicable here by Fed. R. Bankr. P. 7056, is DENIED without prejudice to the Court's consideration of the plaintiff's own motion for partial summary judgment [ECF No. 183].

### ###

Copies furnished to:
Matthew P. Leto, Esq.

*Matthew P. Leto, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service with the court.*