UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

     Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**JOINT AGREED MOTION TO CONTINUE PRETRIAL CONFERENCE
AND EXTEND PRETRIAL DEADLINES**

Nicole Testa Mehdipour ("**Plaintiff**"), Chapter 7 trustee for the estate of Excell Auto Group, Inc., and Defendants Hi Bar Capital, LLC, Spin Capital, LLC a/k/a Spin Capital, Yisroel Herbst, Mordechai Dov Ber Herbst a/k/a Mordi Herbst, Avrumi Lubin a/k/a Josh Lubin, Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital, by and through their respective undersigned counsel, file this *Joint Agreed Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines* ("**Agreed Motion**") and respectfully states as follows:

1.     The Pretrial Conference is currently scheduled for June 18, 2025 at 10:00 a.m. [ECF No. 299]. The Parties jointly move this Court to continue the Pretrial Conference to the July 2025 Pretrial Calendar as the Court has set an Oral Ruling on June 11, 2025, on the Plaintiff's Motion

1

for Partial Summary Judgment [ECF No. 307].  The current unexpired pretrial deadlines are for the joint pretrial stipulation, summaries to prove content, submission of exhibits and objections thereto.  The Court's ruling on Plaintiff's Motion for Summary Judgment may impact the issues to be tried before the Court, and each of the above referenced pretrial items.  Accordingly, the parties request that the current pretrial conference set for June 18, 2025, be moved to the July Pretrial to allow the parties to digest the Court's ruling and more precisely prepare these items for trial.

2.      This is the fourth request to continue the Pretrial Conference in this adversary proceeding.

**<u>Relief Requested</u>**

3.      Counsel for Plaintiff and all Defendants have conferred, agree to, and jointly move this Court to continue the pretrial conference and related deadlines.  Counsel have also agreed to the forms of the orders attached hereto.

4.      Accordingly, the parties request a brief continuance of the pretrial conference to the July 16, 2025, pretrial calendar, along with the specific deadlines set forth herein, to allow the parties to digest the Court's ruling and precisely prepare the remaining items for trial.

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) continuing the June 18, 2025 Pretrial Conference to the Court's July 16, 2025 pretrial Calendar, with the following pretrial deadlines to be calculated from the rescheduled Pretrial Conference date: (a) Summaries to Prove Content, [ECF No. 153, ¶ 7, as adopted by ECF No. 203 and ECF No. 299]; (b) Discovery [ECF No. 153, ¶ 8, as adopted by ECF No. 203 and ECF No. 299]; (c) Joint Pretrial Stipulation [ECF No. 153, ¶ 9, as adopted by ECF No. 203 and ECF No. 299]; and (d) Submission and Exchange of Exhibits [ECF No. 153, ¶ 10, as adopted by

ECF No. 203 and ECF No. 299]; and (iii) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 6th day of June 2025.

| | |
|---|---|
| FURR AND COHEN, P.A.<br>2255 Glades Road, Suite 419A<br>Boca Raton, FL 33431<br>Telephone: (561) 395-0500<br>Facsimile: (561) 338-7532<br><br>*/s/ Alan R. Crane*<br>Alan R. Crane, Esq.<br>Florida Bar No.: 0963836<br>E-mail: acrane@furrcohen.com<br><br><br>*Special Counsel to Plaintiff, Nicole Testa Mehdipour, Trustee* | LETO LAW FIRM<br>201 S. Biscayne Blvd., Suite 2700<br>Miami, Florida 33131<br>Tel. 305-341-3155<br>Fax: 305-397-1168<br><br>*/s/ Matthew P. Leto*<br>Matthew P. Leto<br>Florida Bar No.: 014504<br>mleto@letolawfirm.com<br>kzelaya@letolawfirm.com<br><br>*Counsel to Hi Bar Capital, LLC, Mordecai Herbst, and Yisroel Herbst* |
| SHRAIBERG PAGE P.A.<br>2385 NW Executive Center Drive, #300<br>Boca Raton, Florida 33431<br>Telephone: 561-443-0800<br>Facsimile: 561-998-0047<br><br>*/s/ Patrick Dorsey*<br>Patrick Dorsey, Esq.<br>Florida Bar. No. 0085841<br>pdorsey@slp.law<br><br>*Counsel to Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital* | Joel M. Aresty P.A.<br>309 1st Ave S<br>Tierra Verde FL 33715<br>Phone: 305-904-1903<br>Fax: 1-800-559-1870<br><br>*/s/ Joel M. Aresty*<br>Joel M. Aresty, Esq.<br>Fla. Bar No. 197483<br>E-mail: Aresty@Mac.com<br><br>*Attorneys for Avrumi (Josh) Lubin and Spin Capital, LLC* |

3