

**ORDERED in the Southern District of Florida on June 10, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

        Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

        Defendant(s).
_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**ORDER GRANTING FOURTH JOINT AGREED
MOTION TO CONTINUE PRETRIAL CONFERENCE
AND EXTEND CERTAIN RELATED PRETRIAL DEADLINES**

THIS PROCEEDING came before the Court without a hearing upon the *Fourth Joint*

*Agreed Motion to Continue Pretrial Conference and Extend Certain Related Pretrial Deadlines*

1

[ECF No. 311] (the "**Motion**"). The Court has reviewed the Motion and the record in this adversary proceeding, notes the agreement of the Parties to the relief sought in the Motion, and finds that good cause exists to grant the relief sought in the Motion. Accordingly, it is:

**ORDERED as follows:**

1.      The Motion is **GRANTED**.

2.      The pretrial conference presently scheduled for June 18, 2025, at 10:00 a.m. is continued to **July 16, 2025 at 10:00 a.m.** (the "**Continued Pretrial Conference Date**"). The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.  If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143. All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

**3.**      This Court's *Second Amended Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 153] (the "**Second Amended Deadline Order**") shall remain in

full force and effect to the extent not inconsistent with this Order, with the following pretrial deadlines to be calculated from the rescheduled Pretrial Conference date: (a) Summaries to Prove Content, [ECF No. 153, ¶ 7, as adopted by ECF No. 203 and ECF No. 299]; (b) Discovery [ECF No. 153, ¶ 8, as adopted by ECF No. 203 and ECF No. 299]; (c) Joint Pretrial Stipulation [ECF No. 153, ¶ 9, as adopted by ECF No. 203 and ECF No. 299]; and (d) Submission and Exchange of Exhibits [ECF No. 153, ¶ 10, as adopted by ECF No. 203 and ECF No. 299].

###

**Submitted by:**

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Tel: (561) 395-0500/Fax: (561) 338-7532
E-mail: jrigoli@furrcohen.com

*Special Counsel to the Trustee/Plaintiff*

*Attorney Jason S Rigoli is directed to serve a copy of this Order and file a certificate of service with the Court.*