

**ORDERED in the Southern District of Florida on June 13, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**

                                                    **Case No.: 22-12790-EPK**
                                                    **Chapter 7**

**EXCELL AUTO GROUP, INC.**

         **Debtor.**
_____/

**NICOLE TESTA MEHDIPOUR, as**
**Chapter 7 Trustee for Excell Auto Group, Inc.,**

         **Plaintiff,**

**v.**                                              **Adv. Proc. No.: 23-01132-EPK**

**HI BAR CAPITAL, LLC; SPIN CAPITAL LLC;**
**YISROEL HERBST; MORDECHAI DOV BER**
**HERBST a/k/a MORDI HERBST; AVRUMI LUBIN**
**a/k/a JOSH LUBIN; FRANKLIN CAPITAL**
**FUNDING, LLC; and FRANKLIN CAPITAL**
**GROUP, LLC, d/b/a Wing Lake Capital,**

         **Defendants.**
_____/

**ORDER GRANTING ORE TENUS REQUEST FOR SUMMARY JUDGMENT**
**ON COUNT 29 OF THIRD AMENDED COMPLAINT**

**THIS MATTER** came before the Court on June 11, 2025 for an oral ruling on the *Plaintiff's Motion for Partial Summary Judgment Against Hi Bar Capital, LLC and Spin Capital, LLC* [ECF No. 183] filed by Nicole Testa Mehdipour, as Chapter 7 Trustee for Excell Auto Group, Inc. (the "Plaintiff"). At the conclusion of the oral ruling, there was an *ore tenus* request for the Court to grant summary judgment in favor of defendants Avrumi Lubin and Spin Capital, LLC on count 29 of the Third Amended Complaint [ECF No. 253]. For the reasons stated on the record, it is **ORDERED and ADJUDGED** that:

1. Summary judgment is entered in favor of defendants Avrumi Lubin and Spin Capital, LLC on count 29 of the Third Amended Complaint. This adversary proceeding will not proceed to trial on count 29.

2. For purposes of appeal, to the extent applicable, all of the arguments previously made by the Plaintiff in connection with Spin Capital, LLC or Hi Bar Capital, LLC relating to count 29 are preserved in connection with Spin Capital, LLC and Mr. Lubin.

###

Copies Furnished To:

Joel M. Aresty, Esq.

*Joel M. Aresty, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*