

**ORDERED in the Southern District of Florida on June 23, 2025.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                                    Case No. 22-12790-EPK
                                                            Chapter 7
        Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

        Plaintiff,
v.                                                          Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

        Defendants.
_____/

### <u>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

        This matter came before the Court for oral ruling on June 11, 2025 upon the *Plaintiff's*

*Motion for Summary Judgment* [ECF No. 183] (the "Motion"), in which the plaintiff Nicole

Testa Mehdipour, as chapter 7 trustee for Excell Auto Group, Inc., sought summary judgment

on counts 1 through 4 and counts 18 through 27 of the *Third Amended Complaint* [ECF No. 253]. Defendants Hi Bar Capital, LLC and Spin Capital, LLC filed responses [ECF Nos. 268 and 275]. In addition to the Motion and the responses, the Court considered the statements of material fact and other briefs filed in connection with the Motion [ECF Nos. 184, 267, 268, 275, 276, 281, 290, 291, 292, and 303].

For the reasons stated in the Court's oral ruling, the Court ORDERS and ADJUDGES that the *Plaintiff's Motion for Summary Judgment* [ECF No. 183] is DENIED.

###

Copies furnished to:
Alan R. Crane, Esq.

*Alan R. Crane,* Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service with the court.