UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

      Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

      Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

      Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**JOINT AGREED MOTION TO CONTINUE PRETRIAL CONFERENCE
AND EXTEND PRETRIAL DEADLINES**

Nicole Testa Mehdipour ("**Plaintiff**"), Chapter 7 trustee for the estate of Excell Auto Group, Inc., and Defendants Hi Bar Capital, LLC, Spin Capital, LLC a/k/a Spin Capital, Yisroel Herbst, Mordechai Dov Ber Herbst a/k/a Mordi Herbst, Avrumi Lubin a/k/a Josh Lubin, Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital, by and through their respective undersigned counsel, file this *Joint Agreed Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines* ("**Agreed Motion**") and respectfully states as follows:

1.     The Pretrial Conference is currently scheduled for July 16, 2025 at 10:00 a.m. [ECF No. 313]. The Parties jointly move this Court to continue the Pretrial Conference to the August

1

2025 Pretrial Calendar as there remains outstanding discovery that cannot be completed prior to the current pretrial conference due to various scheduling conflicts.

2.    On June 20, 2025, Plaintiff began deposing Scott Zankl in this adversary proceeding, however, the deposition was not concluded because counsel for Defendant had a hard stop.  Plaintiff has to continue to depose Mr. Zankl in this adversary and the defendants' counsel has to cross-examine Mr. Zankl.

3.    Further, Hi Bar set Wing Lake for deposition.  On the date of the scheduled deposition, the witness suffered an unexpected medical issue leading to a postponement. The deposition is now scheduled for July 29, 2025.

4.    Additionally, counsel for Plaintiff and counsel for the Defendants have overlapping, prearranged vacations during the month of July making availability extremely limited.

5.    Accordingly, the parties request that the current pretrial conference set for July 16, 2025, be moved to the August Pretrial to allow the parties to complete the discovery and prepare for trial.

6.    This is the fifth request to continue the Pretrial Conference in this adversary proceeding.

## **Relief Requested**

7.    Counsel for Plaintiff and all Defendants have conferred, agree to, and jointly move this Court to continue the pretrial conference and the related deadlines.  Counsel have also agreed to the form of the order submitted with this Motion.

8.      Accordingly, the parties request a brief continuance of the pretrial conference to the August 13, 2025, pretrial calendar, along with the specific deadlines set forth herein, to allow the parties to digest the Court's ruling and precisely prepare the remaining items for trial.

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) continuing the July 16, 2025 Pretrial Conference to the Court's August 13, 2025 pretrial Calendar, with the following pretrial deadlines to be calculated from the rescheduled Pretrial Conference date: (a) Rule 26(a)(3)(A) Disclosures [ECF No. [ECF No. 153, ¶ 6(c), as adopted by ECF No. 203 and ECF No. 299], (b) Summaries to Prove Content, [ECF No. 153, ¶ 7, as adopted by ECF No. 203, ECF No. 299, and ECF No. 313]; (c) Discovery [ECF No. 153, ¶ 8, as adopted by ECF No. 203, ECF No. 299, and ECF No. 313]; (d) Joint Pretrial Stipulation [ECF No. 153, ¶ 9, as adopted by ECF No. 203, ECF No. 299, and ECF No. 313]; and (e) Submission and Exchange of Exhibits [ECF No. 153, ¶ 10, as adopted by ECF No. 203, ECF No. 299, and ECF No. 313]; and (iii) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 1st day of July 2025.

| FURR AND COHEN, P.A. | LETO LAW FIRM |
|---|---|
| 2255 Glades Road, Suite 419A | 201 S. Biscayne Blvd., Suite 2700 |
| Boca Raton, FL 33431 | Miami, Florida 33131 |
| Telephone: (561) 395-0500 | Tel. 305-341-3155 |
| Facsimile: (561) 338-7532 | Fax: 305-397-1168 |
| | |
| */s/ Alan R. Crane* | */s/ Matthew P. Leto* |
| Alan R. Crane, Esq. | Matthew P. Leto |
| FL Bar No.: 0963836 | FL Bar No.: 014504 |
| E-Mail: acrane@furrcohen.com | E-Mail: mleto@letolawfirm.com |
| | kzelaya@letolawfirm.com |
| | |
| *Special Counsel to Plaintiff, Nicole Testa Mehdipour, Trustee* | *Counsel to Hi Bar Capital, LLC, Mordecai Herbst, and Yisroel Herbst* |

| | |
|---|---|
| SHRAIBERG PAGE P.A.<br>2385 NW Executive Center Drive, #300<br>Boca Raton, Florida 33431<br>Telephone: 561-443-0800<br>Facsimile: 561-998-0047<br><br>*/s/ Patrick Dorsey*<br>Patrick Dorsey, Esq.<br>FL Bar No. 0085841<br>E-Mail: pdorsey@slp.law<br><br>*Counsel to Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital* | Joel M. Aresty P.A.<br>309 1st Ave S<br>Tierra Verde FL 33715<br>Phone: 305-904-1903<br>Fax: 1-800-559-1870<br><br>*/s/ Joel M. Aresty*<br>Joel M. Aresty, Esq.<br>FL Bar No. 197483<br>E-Mail: Aresty@Mac.com<br><br>*Attorneys for Avrumi (Josh) Lubin and Spin Capital, LLC* |

4