UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,       Case No. 22-12790-EPK

    Debtor.           Chapter 7

_____/

NICOLE TESTA MEHDIPOUR, as
Chapter 7 Trustee for Excell Auto Group, Inc.,

    Plaintiff,

v.               Adv. Proc. No. 23–01132–EPK

HI BAR CAPITAL, LLC, a New York limited
liability company, *et al.*,

    Defendants.

_____/

### AGREED EX PARTE MOTION TO EXTEND RULE 26 DISCLOSURE DEADLINE

Defendants, Franklin Capital Funding, LLC and Franklin Capital Group, LLC ("Franklin"), pursuant to Fed. R. Civ. P. 9006(b), respectfully request that the Court extend the deadline set forth *infra*. In support of this request Franklin states:

1. The deadline to file Fed. R. Civ. P. 26(a)(3) disclosures is August 12, 2025, i.e. one day prior to the August 13, 2025 pretrial conference (the "Deadline"). ECF No. 322.

2. Franklin respectfully requests that the Deadline be continued through August 22, 2205. The bases for this request are: (a) the parties completing the deposition of Scott Zankl on August 15, 2025, which is past the current Deadline, and (b) counsel for Franklin attending to competing deadlines in other cases. Moreover, the requested extension is only ten days, and the parties will have time to review the pretrial disclosures well in advance of the ultimate trial date.

1

3.      The undersigned avers that counsel for the other parties do not oppose the relief requested herein, and will upload an agreed order to the Court.

**WHEREFORE**, Franklin respectfully requests that this Court (1) extend the Deadline through August 22, 2025; and (2) grant such other relief as the Court deems appropriate.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on August 12, 2025.

Respectfully Submitted,

**SHRAIBERG PAGE P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

By:   /s/ Patrick Dorsey
          Patrick Dorsey, Esq.
          Florida Bar. No. 008584

2