

**ORDERED in the Southern District of Florida on August 12, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                           Case No. 22-12790-EPK

    Debtor.                                          Chapter 7

_____/

NICOLE TESTA MEHDIPOUR, as
Chapter 7 Trustee for Excell Auto Group, Inc.,

      Plaintiff,

v.                                                 Adv. Proc. No. 23–01132–EPK

HI BAR CAPITAL, LLC, a New York limited
liability company, *et al.*,

      Defendants.
_____/

**AGREED ORDER GRANTING AGREED EX PARTE**
**MOTION TO EXTEND RULE 26 DISCLOSURE DEADLINE**

THIS MATTER came before the Court without hearing, upon *Agreed Ex Parte Motion*

*to Extend Rule 26 Disclosure Deadline* (the "Motion") filed by Fraklin Capital Funding, LLC

and Franklin Capital Group, LLC.  ECF No. 324.  The Court having reviewed the Motion and

being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 324] is **GRANTED**.

2. The deadline for the parties to file Fed. R. Civ. P. 26(a)(3) disclosures is

extended through and including August 22, 2025.

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and
to file a certificate of service with the Court.