UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

     Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

Adv. Pro. No. 22-01132-EPK

v.

HI BAR CAPITAL, LLC, et al.,

     Defendant(s).

_____/

**JOINT PRETRIAL STIPULATION OF FACTS**

Pursuant to the *Amended Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 153, as adopted and modified by ECF No. 203, ECF No. 299, and ECF No. 322] ("**Pretrial Order**"), Plaintiff, Nicole Testa Mehdipour, chapter 7 trustee of the estate of Excell Auto Group, Inc., and defendants, Hi Bar Capital, LLC, Spin Capital, LLC a/k/a Spin Capital, Yisroel Herbst, Mordechai Dov Ber Herbst a/k/a Mordi Herbst, Avrumi Lubin a/k/a Josh Lubin, Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital, by and through undersigned counsel, file this joint statement of material facts:

1

**(a)** **The Bankruptcy Case and Adversary Proceeding**

1. On April 8, 2022, a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") was filed by Excell Auto Group, Inc. (the "**Debtor**"), instituting the bankruptcy case styled *In re Excell Auto Group, Inc.*, Case No. 22-12790-EPK, pending before the United States Bankruptcy Court, Southern District of Florida, West Palm Beach Division [Bankr. ECF No. 1].

2. Nicole Testa Mehdipour is the duly appointed and permanent chapter 7 trustee of the Debtor's bankruptcy estate [Bankr. ECF No. 2].

I. **Prepetition Events**

    i. **The First Spin Contract**

3. The document referred to as the First Spin Contract is dated June 1, 2021.

    ii. **The Second Spin Contract**

4. At the end of June 2021, Lubin and Scott Zankl discussed additional funding.

5. The document referred to as the Second Spin Contract is dated July 9, 2021.

    iii. **The Third Spin Contract**

6. On August 31, 2021, Spin issued a Balance Transfer Agreement letter.

7. The document referred to as the Third Spin Contract is dated August 31, 2021.

    iv. **The Debtor, with the Actual Intent to Hinder, Delay or Defraud Creditors and Incurred the Obligations under the First Hi Bar Transfer Agreement and the First Hi Bar Contract by Participating with Spin's Execution of the Wing Lake Assignment Document**

8. Prior to October 21, 2021, the Debtor entered negotiations with Wing Lake for a $6,000,000.00 loan to refinance the Debtor's outstanding MCA Loans ("**Wing Lake Refinance**").

9. Pursuant to the Closing Statement from the $6 million Wing Lake refinance, the proceeds were to be disbursed/reserved as follows:

     a.   $3,533,859.00 to refinance outstanding MCA Loans, including the $1.00 to Spin;

     b.   $343,500.00 in Fees;

     c.   $1,800,000 in Cash Collateral Reserve; and

     d.   $321,641.00 to the Debtor as working capital.

## II.    The Hi Bar Settlement Agreements

10.    The document referred to as the First Settlement Agreement is dated December 19, 2021.

11.    Lubin was involved in the negotiations of the First Settlement Agreement.

12.    The payments originating from the Excell bank accounts set forth in Exhibit A to the Third Amended Complaint are accurate.

13.    The payments originating from the Excell bank accounts set forth in Exhibit B to the Third Amended Complaint are accurate.

14.    Pursuant to the document titled "Stipulation of Settlement Pursuant to CPLR 3215(i)", payments were to be made to the Law Offices of Steven Zakharyayev, PLLC.

15.    The document referred to as the Second Settlement Agreement is dated February 1, 2022.

16.    Lubin was again involved in negotiating the Second Settlement on behalf of Hi Bar.

Respectfully submitted this 12th day of August 2025.

| FURR AND COHEN, P.A. | LETO LAW FIRM |
|---|---|
| 2255 Glades Road, Suite 419A | 201 S. Biscayne Blvd., Suite 2700 |
| Boca Raton, FL 33431 | Miami, Florida 33131 |
| Telephone: (561) 395-0500 | Tel. 305-341-3155 |
| Facsimile: (561) 338-7532 | Fax: 305-397-1168 |
| | |
| */s/ Jason S. Rigoli* | */s/ Matthew P. Leto* |
| Jason S. Rigoli, Esq. | Matthew P. Leto |
| Florida Bar No.: 91990 | Florida Bar No.: 014504 |
| E-mail: jrigoli@furrcohen.com | mleto@letolawfirm.com |
| | kzelaya@letolawfirm.com |

| *Special Counsel to Plaintiff, Nicole Testa Mehdipour, Trustee* | *Counsel to Hi Bar Capital, LLC, Mordecai Herbst, and Yisroel Herbst* |
|---|---|
| SHRAIBERG PAGE P.A.<br>2385 NW Executive Center Drive, #300<br>Boca Raton, Florida 33431<br>Telephone: 561-443-0800<br>Facsimile: 561-998-0047<br><br>*/s/ Patrick Dorsey*<br>Patrick Dorsey, Esq.<br>Florida Bar. No. 0085841<br>pdorsey@slp.law<br><br>*Counsel to Franklin Capital Funding, LLC, and Franklin Capital Group, LLC d/b/a Wing Lake Capital* | Joel M. Aresty P.A.<br>309 1st Ave S<br>Tierra Verde FL 33715<br>Phone: 305-904-1903<br>Fax: 1-800-559-1870<br><br>*/s/ Joel M. Aresty*<br>Joel M. Aresty, Esq.<br>Fla. Bar No. 197483<br>E-mail: Aresty@Mac.com<br><br>*Attorneys for Avrumi (Josh) Lubin and Spin Capital, LLC* |

4