UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

      Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

      Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

      Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

### AGREED MOTION TO EXTEND RULE 26(a)(3)
### PRETRIAL DISCLOSURE DEADLINES

Nicole Testa Mehdipour ("**Plaintiff**"), Chapter 7 trustee for the estate of Excell Auto Group, Inc., by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 9006(b) respectfully request the pretrial disclosure deadline be extended and state as follows:

1. The deadline to file Fed. R. Civ. P. 26(a)(3) disclosures is August 22, 2025 (the "**Deadline**") pursuant to the *Agreed Order Granting Agreed Ex Parte Motion to Extend Rule 26 Disclosure Deadline* [ECF No. 325] granting the agreed motion filed by defendant Franklin [ECF No. 324] (the "**Franklin Motion**").

2. Unfortunately, at approximately 4:45pm on August 12, 2025, just 3 days prior to the scheduled deposition of Scott Zankl in this adversary proceeding, the Hi Bar defendants and counsel Mr. Leto, and the Spin defendants, were ordered to appear in-person for a hearing in the

1

United States District Court for the Southern District of New York, for August 15, 2025, the same day as Scott Zankl's continued deposition was scheduled in this Adversary Proceeding.

3.    Mr. Zankl's continued deposition is currently rescheduled for September 5, 2025. Accordingly, the parties are requesting that the pretrial disclosure deadline be set to the earlier of: (a) two weeks following the conclusion of Scott Zankl's deposition in this adversary proceeding, or (b) December 1, 2025.

4.    The Pretrial in this case has been held.  The Court has provided dates for trial in the last week of January or first two weeks of February 2026.  The parties in this case will have substantial time to review the pretrial disclosures in advance of the trial.

5.    Counsel for Plaintiff and all Defendants have conferred and agreed to the relief set forth herein.

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) extending the Deadline to the earlier of (a) two weeks following the conclusion of Scott Zankl's deposition in this adversary proceeding, or (b) December 1, 2025; and (iii) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 20th day of August 2025.

FURR AND COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

*/s/ Alan R. Crane*
Alan R. Crane, Esq.
Florida Bar No.: 0963836
E-mail: acrane@furrcohen.com

*Special Counsel to Plaintiff, Nicole Testa Mehdipour, Trustee*

2