

**ORDERED in the Southern District of Florida on August 22, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                                    Case No. 22-12790-EPK
                                                           Chapter 7
     Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

     Plaintiff,
v.                                                         Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, et al.,

     Defendants.
_____/

### ORDER SETTING ADVERSARY PROCEEDING FOR TRIAL

This matter came before the Court for a pretrial conference on August 13, 2025. For

the reasons stated on the record at the pretrial conference, the Court ORDERS and

ADJUDGES as follows:

Page 1

1.      The trial in this adversary proceeding is set for **January 29, 2026, January 30, 2026, and February 2, 2026 through February 6, 2026 at 9:30 a.m.** at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

2.      The parties must exchange exhibits following the procedures outlined by Local Rule 9070-1. Further guidance regarding exhibits is provided on the Court's website: https://www.flsb.uscourts.gov/local-rule/exhibits.

**###**

Copy to:

Jason S. Rigoli, Esq.

*Jason S. Rigoli, Esq. shall serve a copy of this order on all parties in interest and file a certificate of service with the Clerk of Court.*