**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

        EXCELL AUTO GROUP, INC.

        Debtor.

Case No.: 22-12790-EPK
Chapter 7

---------------------------------------------------------------------- /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.

        Plaintiff.

       -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

        Defendants.

Adv. Pro. No. 23-01132-EPK

---------------------------------------------------------------------- /

**HI-BAR DEFENDANTS' RULE 26(a)(3)(A) DISCLOSURE**

Defendants, Hi-Bar Capital, LLC ("Hi-Bar"), Mordechai Herbst, and Yisroel Herbst, (collectively, "Hi-Bar Defendants"), in compliance with this Court's Order Granting Fifth Joint Agreed Motion to Continue Pretrial Conference and Extend Certain Related Pretrial Deadlines [D.E. 322] and the Second Amended Deadline Order [D.E. 153], hereby serve their Fed. R. Civ. P. 26(a)(3)(A) disclosures:

**(i)       the name and, if not previously provided, the address and telephone number of each witness--separately identifying those the party expects to present and those it may call if the need arises.**

*Witnesses that Defendants Expect to Present*

1

1.      Yisroel Herbst
        c/o Leto Law Firm
        201 South Biscayne Blvd.
        Suite 2700
        Miami, FL 33131

2.      Mordechai Herbst
        c/o Leto Law Firm
        201 South Biscayne Blvd.
        Suite 2700

3.      Avrumi Lubin
        c/o Joel Aresty
        309 1sr Ave S
        Tierra Verde, FL 33715

4.      Scott Zankl
        16937 Pierre Circle
        Delray Beach FL 33446

5.      Shaya Baum
        c/o Patrick Dorsey
        Shraiberg Page, P.A.
        2385 NW Executive Center Dr Ste 300
        Boca Raton, FL 33431-8530

***Witnesses that Defendants May Present***

1.      Kristen Zankl
        16937 Pierre Circle
        Delray Beach, FL 33446

2.      Teddi Sofoul
        c/o Robyn Feibush
        Salmon and Salmon PA
        11301 Okeechobee Blvd, 2nd Floor
        West Palm Beach FL 33411

3.      Nidia Levia
        5761 Fox Hollow Drive G
        Boca Raton FL 33486

4.      Alana Bailey
        1616 NE 30th St.
        Pompano Beach FL 33064

5.         Records Custodian JP Morgan Chase Bank, N.A.
CT Corp. System as R/A
1200 South Pine Island Road
Plantation FL 33324

6.         Records Custodian of TD Bank
United State Corporation Company as RA
1201 Hays Street
Tallahassee, FL 32301-2525

7.         Steven Zakharyayev
Law Offices of Steven Zakharyayev
10 W 37th St Rm 602
New York, NY 10018-7473

8.         All witnesses listed by Trustee

9.         All witnesses necessary for impeachment or rebuttal.

**(ii)**       **Designation of Witnesses Whose Testimony Will Present by Deposition**

None at this time, however to the extent the Trustee introduces deposition testimony, the

Hi Bar Defendants reserve the right to introduce cross-designations.

**(iii)**      **Identification of Exhibits**

*Exhibits Defendant expects to offer at trial*

1.         Hi Bar Revenue Purchase Agreement dated October 27, 2021

2.         Hi Bar Wire to Spin

3.         Hi Bar/Spin Balance Transfer Agreement

4.         Hi Bar Prepayment Addendum

5.         Settlement Agreement between Hi Bar and Excell dated December 19, 2021

6.         Stipulation of Settlement Pursuant to CPLR 3215(i) dated February 1, 2022

7.         Email from Lubin to Geta dated May 28, 2021

8.         Email from Lubin to Geta dated June 1, 2021

9.         Email from Lubin to Geta dated November 15, 2021

10.      Excell Tax Returns

11.      Zankl Tax Returns

12.      Excell Auto Bank Statements from Chase (3181)

13.      Excell Auto Bank Statements from Chase (8711)

14.      Excell Auto Bank Statements from Chase (6901)

15.      Karma of Broward Bank Accounts (5966)

16.      Karma of Palm Beach Bank Accounts (6603)

17.      Karma of Palm Beach Bank Accounts (8711)

18.      General Ledges from Karma of Broward

19.      General Ledger from Karma of Palm Beach

20.      General Ledger from Excell Auto

21.      Franklin / Spin Assignment

22.      Franklin / Spin Assignment Draft

23.      Hi Bar UCC-1 Financing Statements

24.      Decision dated May 11, 2023 in the matter of *Hi Bar Capital v. Excell Auto*

25.      Franklin / Mehdipour Common Interest Agreement

26.      Text from Zankl to Lubin re: Affidavit

27.      Lubin texts with Zankl

*Exhibits Defendant may offer if need arises*

1.      All documents listed by Trustee.

2.      All documents necessary for impeachment or rebuttal

Respectfully submitted,

LETO LAW FIRM
201 S. Biscayne Blvd.
Suite 2700
Miami, Florida 33131
Tel.    305-341-3155
Fax:    305-397-1168

*/s/ Matthew P. Leto*
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com
pleadings@letolawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8, 2025, we electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.

*/s/ Matthew P. Leto*
MATTHEW P. LETO