UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 22-12790-EPK

EXCELL AUTO GROUP, INC.                                      Chapter 7

　　　　　Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

　　　　　Plaintiff,

Adv. Pro. No. 23-01132-EPK

v.

HI BAR CAPITAL, LLC, et al.,

　　　　　Defendant(s).

_____/

**DEFENDANT PRETRIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(3)[1]**

Defendants Spin Capital LLC by and through undersigned counsel, joined by Josh Lubin,

pro se, files these pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) and ¶ 6(c) of the *Order*

*Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 153, ¶ 6(c), as adopted

by ECF No. 203, ECF No. 299, and ECF No. 322]:

I.　　**Rule 26(a)(3)(A)(i): Identification of Witnesses**
　　　　a.　**Witnesses that Defendant expects to call at trial:**

　　1.　　Scott Zankl
　　　　　16937 Pierre Circle
_____
　　　　　Delray Beach, FL 33446

[1] An *Agreed Motion to Extend Time to Filed Rule 26(a)(3) Disclosures* [ECF No. 329] was filed on August 20, 2025, wherein the parties agreed to extend the Pretrial Disclosure deadline to the earlier of two weeks after the conclusion of Scott Zankl's deposition or December 1, 2025.  The Motion is set for hearing on September 10, 2025 [ECF No. 330].

1

2.      Kristen Zankl
        16937 Pierre Circle
        Delray Beach, FL 33446

3.      Corporate Representative of Spin Capital, LLC
        c/o Joel Aresty, Esq.
        309 1st Ave S
        Tierra Verde, FL 33715
        (305) 904-1903
        Aresty@me.com

4.      Josh Lubin
        c/o Joel Aresty, Esq.
        309 1st Ave S
        Tierra Verde, FL 33715
        (305) 904-1903
        Aresty@me.com

5.      Corporate Representative of Hi Bar Capital, LLC
        Matthew Leto, Esq.
        Leto Law Firm
        201 South Biscayne Blvd.
        Suite 2700
        Miami, Florida 33131
        Tel: (305) 341-3155

6.      Yisroel Herbst
        Matthew Leto, Esq.
        Leto Law Firm
        201 South Biscayne Blvd.
        Suite 2700
        Miami, Florida 33131
        Tel: (305) 341-3155

7.      Mordechai dov Ber Herbst
        Matthew Leto, Esq.
        Leto Law Firm
        201 South Biscayne Blvd.
        Suite 2700
        Miami, Florida 33131
        Tel: (305) 341-3155

8. Teddi Powlen aka Teddi Sofoul
c/o Robyn Feibush, Esq.
Salmon & Salmon, P.A.
11301 Okeechobee Blvd., 2nd Floor
West Palm Beach, FL  33411

Or

11211 South Military Tr., #5412
Boynton Beach, FL 33064

9. Nidia Leiva
5761 Fox Hollow Drive G
Boca Raton, FL 33486

10. Alana Bailey
1616 NE 30th Street
Pompano Beach, FL 33064

11. Steven Zakharyayev
Law Offices of Steven Zakharyayev
10 W 37th St Rm 602
New York, NY 10018-7473

12. Franklin – Wing Lake
Shaya Baum
32300 Northwestern Hwy #215,
Farmington Hills, MI 48334

### b. Witnesses that Defendant may call if the need arises:

4. All witnesses listed by Plaintiff and other Defendants

5. All witnesses necessary for impeachment or rebuttal

## II. Rule 26(a)(3)(A)(ii): Designation of Witnesses Whose Testimony Will Be Presented by Deposition

### a. Designation of witness testimony Defendants expect to present by deposition at trial

1. 30(b)(6) Deposition of Spin Capital, LLC with Avrumi ("Josh") Lubin as witness taken on February 18, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding.

2. 30(b)(6) Deposition of Spin Capital, LLC with Avrumi ("Josh") Lubin as witness

taken on March 7, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding.

3. Video Taped Deposition of Avrumi ("Josh") Lubin taken on March 15, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

4. 30(b)(6) Deposition of Hi Bar Capital, LLC with Yisroel Herbst as witness taken on May 13, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding.

5. Video Taped Deposition of Yisroel Herbst taken on May 7, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

6. Video taped Deposition of Yisroel Herbst taken on May 28, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

7. Video Taped Deposition of Mordechai Dov Ber Herbst taken on March 13, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

8. Video Taped 30(b)(6) Deposition of Franklin Capital Funding, LLC taken on July 29, 2025 (reported stenographically viz Zoom Video conference), including any exhibits thereto in this adversary proceeding.

9. Deposition of Scott Zankl taken on June 20, 2025 in this adversary proceeding (reported stenographically via Zoom video conference), including any exhibits attached thereto. And Continued Deposition of Scott Zankl taken on September 5, 2025, or such other date as the parties otherwise agree to, (reported stenographically via Zoom video conference), including any exhibits attached thereto.

      **b. Designation of witness testimony Defendant may present by deposition at trial if the need arises**

1. Any designated testimony by deposition listed by Plaintiff or other Defendants reserving cross-designations.

**III. Rule 26(a)(3)(A)(iii): Identification of Exhibits**
      **a. Exhibits Defendants' expect to offer at trial, and**

      **b. Exhibits Defendants may offer at trial if the need arises**

1. All exhibits listed by Plaintiff and other Defendants
2. All  exhibits necessary for impeachment or rebuttal

Respectfully submitted 9/9/25


Josh Lubin

/s/: Josh Lubin


Spin Capital LLC by
Joel M. Aresty, Esq.
Joel M. Aresty P.A.
Board Certified Business
Bankruptcy Law
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 1-800-559-1870
E-mail: Aresty@Mac.com
By: /s/: Joel M. Aresty
Fla. Bar No. 197483


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this adversary proceeding.

Dated: 9/9/25

By */s/ Joel M. Aresty*

6