

**ORDERED in the Southern District of Florida on September 12, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

     Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**ORDER GRANTING AGREED MOTION TO EXTEND**
**RULE 26(a)(3) PRETRIAL DISCLOSURE DEADLINES**

1

THIS MATTER came before the Court for a hearing on September 10, 2025 at 10:30 a.m. in West Palm Beach, Florida, upon the *Agreed Motion to Extend Rule 26(A)(3) Pretrial Disclosure Deadlines* [ECF No. 329] (the "**Motion**"). The Court having reviewed the Motion, heard argument of counsel, notes the agreement of the parties and that no objections have been filed, reviewed the record in this case, and it is otherwise fully advised. Accordingly, it is:

**ORDERED as follows:**

1.      The Motion is **GRANTED**.

2.      The deadline for the parties to file Fed. R. Civ. P. 26(a)(3) disclosures is extended through and including September 19, 2025.

###

**Submitted by:**

Alan R. Crane, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Tel: (561) 395-0500/Fax: (561) 338-7532
E-mail: acrane@furrcohen.com

*Special Counsel to the Trustee/Plaintiff*

*Attorney Alan R. Crane is directed to serve a copy of this Order and file a certificate of service with the Court.*