UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                          Case No. 22–12790–EPK

     Debtor.                                            Chapter 7

_____/

NICOLE TESTA MEHDIPOUR, as
Chapter 7 Trustee for Excell Auto Group, Inc.,

     Plaintiff,

v.                                                Adv. Proc. No. 23–01132–EPK

HI BAR CAPITAL, LLC, a New York limited
liability company, *et al.*,

     Defendants.
_____/

## FRANKLIN'S PRE-TRIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(3), Defendants, Franklin Capital Funding, LLC and Franklin Capital Group, LLC ("Franklin"), make the following pretrial disclosures.

### INDIVIDUALS FRANKLIN EXPECTS TO CALL AS WITNESSES

1.  Corporate Representative of Franklin
    c/o Shraiberg Page P.A.
    2385 N.W. Exec. Ctr. Dr.
    Suite 300
    Boca Raton, FL 33431
    Telephone: (561) 443-0800

2.  Avrohom "Shaya" Baum
    c/o Shraiberg Page P.A.
    2385 N.W. Exec. Ctr. Dr.
    Suite 300
    Boca Raton, FL 33431
    Telephone: (561) 443-0800

3.  Scott Zankl
    16937 Pierre Circle
    Delray Beach, FL 33446

{2471/000/00587421}

4.      Corporate Representative of Spin Capital, LLC
c/o Joel Aresty, Esq.
309 1st Ave. S.
Tierra Verde, FL 33715

5.      Avrumi "Josh" Lubin
c/o Joel Aresty, Esq.
309 1st Ave. S.
Tierra Verde, FL 33715

6.      Any witnesses necessary for authentication, impeachment or rebuttal.

INDIVIDUALS DEFENANT MAY CALL AS WITNESSES IF THE NEED ARISES

1.      Any witness identified, called or listed by Plaintiff or Defendant.

2.      Any witness identical or listed on the pretrial disclosures filed by the other parties at ECF Nos. 331, 337 and 338.

3.      Any witnesses necessary for authentication, impeachment or rebuttal.

DOCUMENTS DEFENDANT EXPECTS TO OFFER INTO EVIDENCE

1.      Proof of Claim No. 43-1 filed by Franklin in the main bankruptcy case, Case No. 22–12790–EPK, together with all exhibits thereto.

2.      Proof of Claim No. 44-1 filed by Franklin in the main bankruptcy case, Case No. 22–12790–EPK, together with all exhibits thereto.

3.      Confessed Judgment dated on or about March 18, 2022, in favor of Franklin and against Excell Auto Group, Inc., Karma of Palm Beach, Inc.,  Karma of Broward, Inc., Scott Zankl and Kristen Zankl in Michigan state court.

4.      All UCC financing statements and assignments filed in the State of Florida naming Franklin as a secured party and Excell Auto Group, Inc. as a debtor.

5.      Assignment agreement between Franklin and Spin dated on or about November 1, 2021.

6.      Findings of fact of Michigan state court, dated on or about March 12, 2025, in Case No. 22–193300–CB.

7.      Judgment of Michigan state court against Spin, dated on or about April 1, 2025, in Case No. 22–193300–CB.

DOCUMENTS DEFENDANT MAY OFFER
INTO EVIDENCE IF THE NEED ARISES

1.      Any documents introduced by the other parties.

2.      Any documents identical or listed on the pretrial disclosures filed by the other parties at ECF Nos. 331, 337 and 338.

3.      Any documents and pleadings produced, obtained through discovery, introduced or filed in this adversary proceeding.

4.      Impeachment and rebuttal exhibits as necessary.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on September 19, 2025.

Respectfully Submitted,

**SHRAIBERG PAGE P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive
Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By:  /s/ *Patrick Dorsey*
       Patrick Dorsey, Esq.
       Florida Bar. No. 0085841
       pdorsey@slp.law