UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

     Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

          Plaintiff,

Adv. Pro. No. 23-01132-EPK

v.

HI BAR CAPITAL, LLC, et al.,

          Defendant(s).
_____/

## PLAINTIFF'S AMENDED AND SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)[1]

Plaintiff, Nicole Testa Mehdipour, Chapter 7 Trustee in Excell Auto Group, Inc., by and through undersigned counsel, files these amended and supplemental pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) and ¶ 6(c) of the *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 153, ¶ 6(c), as adopted by ECF No. 203, ECF No. 299, and ECF No. 322]:

  **I.**    **Rule 26(a)(3)(A)(i): Identification of Witnesses**
        **a.**  **Witnesses that Defendant expects to call at trial:**

    1.     Scott Zankl
         16937 Pierre Circle
         Delray Beach, FL 33446

---

[1] The amended and supplemental pretrial disclosures includes additional documents.

2.      Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446

3.      Corporate Representative of Spin Capital, LLC
c/o Joel Aresty, Esq.
309 1st Ave S
Tierra Verde, FL 33715
(305) 904-1903
Aresty@me.com

4.      Josh Lubin
c/o Joel Aresty, Esq.
309 1st Ave S
Tierra Verde, FL 33715
(305) 904-1903
Aresty@me.com

5.      Corporate Representative of Hi Bar Capital, LLC
Matthew Leto, Esq.
Leto Law Firm
201 South Biscayne Blvd.
Suite 2700
Miami, Florida 33131
Tel: (305) 341-3155

6.      Yisroel Herbst
Matthew Leto, Esq.
Leto Law Firm
201 South Biscayne Blvd.
Suite 2700
Miami, Florida 33131
Tel: (305) 341-3155

7.      Mordechai dov Ber Herbst
Matthew Leto, Esq.
Leto Law Firm
201 South Biscayne Blvd.
Suite 2700
Miami, Florida 33131
Tel: (305) 341-3155

8.      Alan R. Barbee, CPA/ABV
c/o Alan R. Crane, Esq.
Furr Cohen, P.A.
2255 Glades Road #419A
Boca Raton, FL 33431

9.    Nicole Testa Mehdipour, Trustee
c/o Alan R. Crane, Esq.
Furr Cohen, P.A.
2255 Glades Road #419A
Boca Raton, FL 33431

10.   Teddi Powlen aka Teddi Sofoul
c/o Robyn Feibush, Esq.
Salmon & Salmon, P.A.
11301 Okeechobee Blvd., 2nd Floor
West Palm Beach, FL  33411

      or

      c/o Robert Groelle, Esq.
Galaxy Mediation & Legal Solutions, P.A.
PO Box 115
Loxahatchee, FL 33470

      or

      11211 South Military Tr., #5412
Boynton Beach, FL 33064

11.   Nidia Leiva
5761 Fox Hollow Drive G
Boca Raton, FL 33486

12.   Mayra Cardoso
Unknown

13.   Alana Bailey
1616 NE 30th Street
Pompano Beach, FL 33064

   **b.  Witnesses that Defendant may call if the need arises:**

1.    Representative of KLDiscovery Ontrack, LLC
9023 Columbine Road
Eden Prairie, MN 55347

2.    Corporate Representative of JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 043240

or

c/o C T Corporation System as Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

3.      Corporate Representative of TD Bank, N.A.
Two Portland Square
Portland, ME 04112

or

c/o United State Corporation Company as Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

4.      Corporate Representative of OptimumBank
c/o Mary Franco as Registered Agent
2929 E. Commercial Blvd., Suite 101
Fort Lauderdale, FL 33308

5.      All witnesses listed by Defendants

6.      All witnesses necessary for impeachment or rebuttal

## II.     Rule 26(a)(3)(A)(ii): Designation of Witnesses Whose Testimony Will Present by Deposition

### a.    Designation of witness testimony Defendant expects to present by deposition at trial

1.      30(b)(6) Deposition of Spin Capital, LLC with Avrumi ("Josh") Lubin as witness taken on February 18, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding.

2.      30(b)(6) Deposition of Spin Capital, LLC with Avrumi ("Josh") Lubin as witness taken on March 7, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding.

3.      Video Taped Deposition of Avrumi ("Josh") Lubin taken on March 15, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

4.      Video Taped Deposition of Avrumi ("Josh") Lubin taken on July 11, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of*

4

*Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

5.   Video Taped Deposition of Avrumi ("Josh") Lubin taken on December 23, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

6.   30(b)(6) Deposition of Hi Bar Capital, LLC with Yisroel Herbst as witness taken on May 13, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding.

7.   Video Taped Deposition of Yisroel Herbst taken on May 7, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

8.   Video Taped Deposition of Yisroel Herbst taken on May 28, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

9.   Video Taped Deposition of Mordechai Dov Ber Herbst taken on March 13, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

10.  Video Taped 30(b)(6) Deposition of Franklin Capital Funding, LLC taken on July 29, 2025 (reported stenographically viz Zoom Video conference), including any exhibits thereto in this adversary proceeding.

**b.   Designation of witness testimony Defendant may present by deposition at trial if the need arises**

1.   Deposition of Scott Zankl taken on June 20, 2025 in this adversary proceeding (reported stenographically via Zoom video conference), including any exhibits attached thereto.

2.   Continued Deposition of Scott Zankl taken on September 5, 2025, or such other date as the parties otherwise agree to, (reported stenographically via Zoom video conference), including any exhibits attached thereto.

**III.   Rule 26(a)(3)(A)(iii): Identification of Exhibits**

5

a. **Exhibits Defendant expects to offer at trial**

**NOTE: For emails identified below, only the top email is listed, but it includes the entire email string.**

1. Ed Brown $10 Million Loan Agreement (MSJ 2)

2. Lubin messages with Zankl (pt. 1)  (MSJ 3)

3. Lubin messages with Zankl (pt. 2) (MSJ 4)

4. Email from Scott Zankl to Josh Lubin dated May 27, 2021, Subject: "2019 Excell Auto Group 1120-S.pdf," with 2019 Excell Auto Group 1120-S.pdf attached (2019 Excell Auto Group 1120-S.pdf)

5. E-mail communication from "Joel Geta" to "Jasmine A.", cc: Josh Lubin, Subject: "Fw: EXCELL GROUP" with attachments (6.1.21_Jasmine E-mails re First Spin Contract)

6. Email from Scott Zankl to Josh Lubin dated June 1, 2021, Subject: EXCELL BANK STATEMENTS, and Attachments: 20210129-statements-3181-.pdf, 20210226-statements-3181-.pdf, 20210331-statements-3181-.pdf, 20210430-statements-3181-.pdf (Fwd_ EXCELL BANK STATEMENTS)

7. Email from Scott Zankl to Josh Lubin sent on Tuesday, June 1, 2021 2:07:20 PM Subject: 1. CHASE DEC 2020.pdf Attachments: 1. CHASE DEC 2020.pdf (1.73 MB), Untitled attachment 90334.txt (23 Bytes)

8. Email from Scott Zankl to Josh Lubin  sent on  June 1, 2021 4:15:05 PM Subject: EXCELL WIRE MAY 2021.pdf Attachments: EXCELL WIRE MAY 2021.pdf (185.58 KB)

9. Email from Scott Zankl to Josh Lubin sent on Tuesday, June 1, 2021 2:07:33 PM Subject: 2. CHASE NOV 2020.pdf Attachments: 2. CHASE NOV 2020.pdf (1.51 MB), Untitled attachment 84363.txt (23 Bytes)

10. Email from Scott Zankl to Josh Lubin sent on June 1, 2021 Subject: KARMA PALM BEACH OP MAY 2021.pdf Attachments: KARMA PALM BEACH OP MAY 2021.pdf (178.29 KB).

11. Email from Scott Zankl to Josh@spincapital.com dated June 1, 2021, Subject: [Blank], and Attachments: KARMA PALM BEACH OP (...8711) - chase.com.pdf, EXCELL OP (...3181) - chase.com.pdf (scott to Josh 6-1-2021 1133 am)

12. Email from Scott Zankl to Josh@spincapital.com dated June 1, 2021, Subject: [Blank], and Attachments: EXCELL OP May 1 - 31.pdf (scott to Josh 6-1-2021 152 PM)

13. Email from Scott Zankl to Josh@spincapital.com dated June 1, 2021, Subject: [Blank], and Attachments: Karma.pdf, Excell.pdf (Scott to Josh 6-1-2021 1128 am)

14. Composite Exhibit – Email from Josh Lubin to Joel Geta dated June 1, 2021, Subject: Excell Auto Folder, including all documents in folder "Excell Auto 1MM 6-1-2021" (Excell Auto Folder.pdf)

15. Email from  Scott Zankl to Josh Lubin dated June 1, 2021 Subject:      EXCELL WIRE MAY2021.pdf
Attachments:     EXCELL WIRE MAY 2021.pdf (185.58 KB), Untitled attachment 81883.txt (23 Bytes)

16. Email from          Scott Zankl to Josh Lubin on June 1, 2021
Subject:          KARMA PB WIRE MAY 2021.pdf
Attachments:     KARMA PB WIRE MAY 2021.pdf (146.26 KB), Untitled attachment 81986.txt (23 Bytes)

17. Email from Scott Zank to Josh Lubin sent on June 1, 2021 3:31:49 PM Subject:     Attachments:     KARMA PALM BEACH OP (...8711) - chase.com.pdf (175.35 KB), EXCELL OP (...3181) - chase.com.pdf (87.37 KB)Email from Scott Zankl to    Josh    Lubin    sent    on    June    1,    2021    3:32:39    PM Subject:
Attachments:     KARMA PALM BEACH OP (...8711) - chase.com.pdf (172.63 KB), EXCELL OP (...3181) - chase.com.pdf (88.56 KB)First Spin Contract dated June 1, 2021 (MSJ 5)

18. E-mail communications between Lubin, Joel Geta, and Yisroel Herbst dated June 1, 2021 re Participation (MSJ 6)

19. E-mail communications between Josh Lubin and Scott Zank on July 9, 2021, Subject: Re: Excell add on docs, and attachment Excell Auto Group, Inc..pdf (Ex. 3 Deposition of Y. Herbst)

20. Second Spin Contract dated July 9, 2021 (MSJ 7)

21. Email from Scott Zankl to Josh@spincapital.com dated July 29, 2021, Subject: Diverse_Capital_-_EXCELL_3.pdf,    and    Attachments:    Diverse_Capital_-_EXCELL_3.pdf (Diverse_Capital_-_EXCELL_3.pdf)

22. Email from Josh Lubin to Scott Zankl dated July 29, 2021, Subject: Diverse_Capital_-_EXCELL_3.pdf, (RE_ Diverse_Capital_-_EXCELL_3 Diverse balance)

23. E-mail communications between Josh Lubin and Scott Zank on August 23, 2021, Subject: [Blank], with EXCELL AUTO GROUP - July 08, 2021 $500,000.xlsx, EXCELL AUTO GROUP - June 01, 2021 $1,000,000.xlsx attached (RE.msg)

24. Emails between Josh Lubin and Scott Zankl dated August 15, 2021, Subject: Re: [Blank] (Re_ (2))

25. Emails between Josh Lubin and Scott Zankl dated August 23, 2021, Subject: Re: [Blank] (Payment history in Aug 2021)

26. Emails between Josh Lubin and Scott Zankl sent on August 23, 2021 2:44:18 PM Subject: RE: Attachments: EXCELL AUTO GROUP - July 08, 2021 $500,000.xlsx (9.02 KB), EXCELL AUTO GROUP - June 01, 2021 $1,000,000.xlsx (9.28 KB)

27. Spin Capital Balance Transfer Agreement dated August 31, 2021 (MSJ 9)

28. Third Spin Contract dated August 31, 2021 (Ex. 10)

29. Email from Scott Zankl to Josh Lubin dated September 2, 2021, Subject: Fwd: MAY AND JUNE EAG OP BANK STATEMENTS with Attachments: SKM_C250i21090212041.pdf, SKM_C250i21090212050.pdf (Fwd_ MAY AND JUNE EAG OP BANK STATEMENTS)

30. Email from Scott Zankl to Josh Lubin dated September 2, 2021 2:44:43 AM Subject: SKM_C250i21090112060.pdf Attachments: SKM_C250i21090112060.pdf (1.2 MB), Untitled attachment 86709.txt (23 Bytes)

31. E-mail communications between Lubin, Joel Geta, Yisroel Herbst dated September 2, 2021 re Participation (MSJ 11)

32. E-mail communications from Josh Lubin to Joel Geta and Spin Capital Accounting, Cc: Sin Capital Accounting and Yisroel Herbst dated September 2, 2021, Subject: EXCELL AUTO GROUP 2 (Refi) Funding email (Ex. 4 to Yisroel Herbst Deposition)

33. E-mail communications between Lubin, Jasmine A., and Joel Geta dated August 13, 2021 re Excell Payoff Letter with Attachments (8.13.21_Jasmine Emails re Spin Payoff)Emails between Josh Lubin and Scott Zankl, BCC: Simon Cedar, dated October 18, 2021, Subject: RE: Payoff Letter (RE_ Payoff Letter from Spin to Excell - Simon copied)

34. Emails between Noel Ravenscroft and Scott Zankl, CC: Sarah Piteo, Aaron Goldstein, Greg Nelson, Lou Glazier, and AWeiner@Bodmanlaw.com, Subject: RE: LLC Resolution (authorization to sign).pdf, with Attachment" LLC Resolution (authorization to sign).pdf

8

35.     Email from Scott Zankl to Josh Lubin dated October 21, 2021, Subject: Excell Closing Statement_v2_Draft.pdf with Excell Closing Statement_v2_Draft.pdf attached (Excell Closing Statement_v2_Draft.pdf)

36.     Email from Scott@excellauto.com to Josh Lubin, dated October 27, 2021, with attachments:  20210930-statements-7220-sport  shop.pdf,  20210831-statements-7220-excell sport.pdf (Mail(1))

37.     Emails between Joel Geta, Josh Lubin, and Jasmine A., dated October 27, 2021- October 28, 2021, Subject Excell Auto Refi Docs (ex. 7 to Yisroel Herbst deposition)

38.     E-mail Lubin to Morgan Edelboim, Esq. dated April 22, 2023 (MSJ 15)

39.     Signed Wing Lake Assignment (MSJ 48)

40.     Closing Statement and Authorization Dated November 3, 2021, Franklin Capital Group (MSJ 14)

41.     Signed Wing Lake Assignment with DocuSign Certificate of Completion (MSJ 16)

42.     Hi Bar Capital Balance Transfer Agreement dated October 27, 2021 (MSJ 17)

43.     DocuSign E-mail to Scott Zank dated November 1, 2021 re Please DocuSign Hi Bar Capital Transfer Agreement, First Hi Bar Contract, and Addendum (MSJ 18)

44.     DocuSign E-mail to Scott Zank dated November 1, 2021 re Completed: Please DocuSign Hi Bar Capital Transfer Agreement, First Hi Bar Contract, and Addendum (MSJ 19)

45.     TD Bank Payment Archive and Research Center Query Results Report re $2,114,321.50 Wire Transfers between Spin and Hi Bar on Nov. 1, 2021 (Response Ex. 2)

46.     November 2021 Statement for Optimum Bank Account ending 2968 in name of Hi Bar Capital, LLC (Response Ex. 3)

47.     Optimum Bank New Account Documents for Hi Bar Capital LLC (MSJ 35)

48.     FDIC Printout on December 23, 2024, with Data as of December 20, 2024 (MSJ 34)

49.     Hi Bar DocuSign Envelope – First Hi Bar Contract, Addendum, Hi Bar Transfer Agreement, and DocuSign Certificate of Completion (Response Ex. 1)

50.     Email from Josh Lubin to Joel Geta and Herbst Yisroel Mayer, Cc: Accounting, dated November 15, 2021, Subject EXCELL AUTO GROUP 3 (refi) Funding Email (ex. 8 to Yisroel Herbst Deposition)

51. Email from Josh Lubin to Joel Geta and Herbst Yisroel Mayer, Cc: Accounting, dated November 15, 2021, Subject EXCELL AUTO GROUP 3 (refi) Funding Email (ex. 7 to Yisroel Herbst Deposition)

52. Email communications between Shaya Baum and Scott Zankl, CC: Aweiner@bodmanlaw.com, LGlazier@winglakecp.com, Aaron Goldstein@winglakecp.com, Greg Nelson, Nravenscroft@winglakecp.com, and Sarah Piteo, Subject: RE: [Blank], dated November 16, 2021

53. E-mail communications dated April 29 - May 5, 2023, from Lubin to Corey D. Berman, Esq. and Scott Cosgrove, Esq. re Excell (MSJ 23)

54. First Settlement Agreement dated December 19, 2021 (MSJ 24)

55. Second Settlement Agreement dated February 1, 2022 (MSJ 36)

56. Chase Account Opening Documents for Excell accounts ending xxx3181 and xxx3199 (MSJ 42)

57. Opinion and Order Granting Plaintiff Franklin Capital Funding, LLC's Motion for Summary Disposition Against Defendant Spin Capital, LLC dated April 23, 2024, Case No. 22-193300-CB (Michigan)  (MSJ 44)

58. Findings of Fact and Conclusions of Law dated March 12, 2025, Case No. 22-193300-CB (Michigan) (Response Ex. 44)

59. Judgment Against Defendant Spin Capital, LLC dated April 1, 2025, Case No. 22-193300-CB (Michigan) (2025_JUDGMENT_FLD_AGNST_DFT_3 PGS_105034575)

60. Spin Capital Transfer Schedule (MSJ 31)

61. Hi Bar Capital Transfer Schedule (MSJ 30)

62. June 2021 Statement for Debtor's JP Morgan Chase Account ending xx3181

63. July 2021 Statement for Debtor's JP Morgan Chase Account ending xx3181

64. August 2021 Statement for Debtor's JP Morgan Chase Account ending xx3181

65. September 2021 Statement for Debtor's JP Morgan Chase Account ending xx3181

66. October 2021 Statement for Debtor's JP Morgan Chase Account ending xx3181

67. August 2021 Statement for Debtor's JP Morgan Chase Account ending xx3199

68. September 2021 Statement for Debtor's JP Morgan Chase Account ending xx3199

69. October 2021 Statement for Debtor's JP Morgan Chase Account ending xx3199

70. November 2021 Statement for Debtor's JP Morgan Chase Account ending xx6901

71. December 2021 Statement for Debtor's JP Morgan Chase Account ending xx6901

72. January 2022 Statement for Debtor's JP Morgan Chase Account ending xx6901

73. February 2022 Statement for Debtor's JP Morgan Chase Account ending xx3181

74. February 2022 Statement for Debtor's JP Morgan Chase Account ending xx3199

75. Debtor's General Ledger for 2020

76. Debtor's General Ledger for 2021

77. Debtor's General Ledger for 2022

78. 2016 Adjusted Balance Sheet

79. 2017 Adjusted Balance Sheet

80. 2018 Adjusted Balance Sheet

81. 2019 Adjusted Balance Sheet

82. 2020 Adjusted Balance Sheet

83. 2021 Adjusted Balance Sheet

84. 2022 Adjusted Balance Sheet

85. 2016 and 2017 Adjusted Profit & Loss Statement for Debtor

86. 2018 Quarterly Adjusted Profit & Loss Statement for Debtor

87. 2019 Quarterly Adjusted Profit & Loss Statement for Debtor

88. 2020 Quarterly Adjusted Profit & Loss Statement for Debtor

89. 2021 Quarterly Adjusted Profit & Loss Statement for Debtor

90. 2022 First Quarter Adjusted Profit & Loss Statement for Debtor

91. Net Asset Value Summary of the Debtor

92. Summary of Capitalization of Earnings

93. Summary of Adjusted Net Income and Cash Flow

94. Net Working Capital Analysis

95.     Historical Cash Activity (2018-2022)– Table 14

96.     Historical Cash Activity (April 1, 2021 – 2022) – Table 15

97.     Expert Report of Alan R. Barbee, CPA/ABV B. Riley Advisory Services, dated June 25, 2024

98.     Affidavit of Scott Zankl dated March 29, 2022 (MSJ 13)

99.     Email from Scott Zankl to Alana Bailey, Subject: Scannable Document – sent from Scannable, dated March 29, 2022, 10:12:04PM with attached document (Reply 45)

100.    Email from Alana Bailey to Scott Zankl, Subject: Notarized, dated March 30, 2022, 10:44:47AM with attached document (Reply 46)

101.    Printout from Sunbiz.org for Excell Auto Group, Inc.

102.    Printout from Sunbiz.org for Karma of Palm Beach, Inc.

103.    Printout from Sunbiz.org for Karma of Broward, Inc.

104.    Printout from Sunbiz.org for Automotive Service Systems, Inc. (Response 20)

105.    Printout from Sunbiz.org for Dealer Souq USA LLC (Response 21)

106.    Printout from Sunbiz.org for KZ Consultants, Inc. (Response 22)

107.    Printout from Sunbiz.org of Articles of Dissolution of Miss Kris, LLC (Response 23)

108.    Wing Lake Assignment Documents (Reply 48)

109.    First Hi Bar Contract, Prepayment Discount Addendum, Hi Bar Transfer Agreement with DocuSign Certificate of Completion

110.    UCC-1 Financing Statement filed by Hi Bar Capital, LLC (Reply 55)

111.    UCC-3 Termination Statement by Hi Bar Capital, LLC (Reply 56)

112.    UCC-1 Financing Statement filed by Law Offices of Steven Zakharyayev on behalf of Hi Bar Capital, LLC (Reply 57)

113.    Hi Bar Capital, LLC and Excell Auto Group, Inc. et al Escrow Agreement (MSJ 33)

114.    Michigan Opinion and Order Granting Plaintiff Franklin Capital Funding, LLC's Motion for Summary Disposition Against Defendant Spin Capital LLC (MSJ 43)

115.    Michigan Findings of Fact & Conclusions of Law (Reply 44)

116. Hi-Bar Capital's Response to Plaintiff's First Set of Continuing Interrogatories served on August 17, 2023

117. Spin's Answers to Second Set of Interrogatories

118. Doc. 22 – Corrected Affirmation in Support of Application for Default Judgment Pursuant to CPLR § 3215(i)

119. Amended Complaint filed by Hi Bar Capital, LLC against Yoel Getter, in case number 1:22-cv-01743KAM-CLP, in the United State District Court, Eastern District of New York

120. First Request for Production of Documents to Hi Bar Capital, LLC Pursuant to Federal rules of Bankruptcy Procedure 7034 served by the Plaintiff on January 28, 2025

121. Optimum Bank New Account Documents for Hi Bar Capital LLC Parkview Advance NY LLC Account xxx4006

122. Optimum Bank New Account Documents for Hi Bar Capital LLC dba Gold Capital USA Account xxx5219

123. Optimum Bank New Account Documents for Hi Bar Capital LLC dba Crusader Group Account xxx5227

124. Optimum Bank New Account Documents for Hi Bar Capital LLC dba Kingdom Kapital Account xxx6118

125. Optimum Bank New Account Documents for Hi Bar Capital LLC (Reserve) Account xxx6126

126. Optimum Bank New Account Documents for Azzure Capital LLC Operating Account xxx1779

127. Optimum Bank New Account Documents for Azzure Capital LLC Reserve Account xxx1787

128. Optimum Bank New Account Documents for Pointone Capital LLC Operating Account xxx1803

129. Optimum Bank New Account Documents for Pointone Capital LLC Reserve Account xxx1829

130. Email from Josh Lubin to multiple attorneys dated March 24, 2024 and March 25, 2024, Subject: Spin/Hi Bar wires November 1st 2021 (2232975 (002) Jerry took my deposition and Lubin testifies it loan)

131.    Email between Josh Lubin and Joel Reich, Cc: Joel Geta, Admin Funding, Michael Emunah, Michael Wilson Alt Capital Source, Gabe Isaacov, Sol Teitel, dated December 25, 2021 and December 26, 2021, Subject: For time being (SPIN_042168 Joel Geta Joe Reich Michael Wilson)

132.    Email from Josh Lubin to Yisroel Herbst, Accounting Hi Bar, Mordi Herbst, Cc: Josh Lubin, BCC: Admin Funding, Gabe Isaacov, Abe Zagelbaum, Steven@stevenzlaw.com, Steven Wells, Simon Cedar, dated February 9, 2022, Subject: Spin Capital-Hi Bar AUDIT (SPIN_043076)

133.    Email communications between Mordi Herbst and Josh Lubin, Accounting, Isaac Lubin, dated January 16, 2023, Subject $200k issue (SPIN_046153 Fake deposit)

134.    Message between joel mca and Scott Zankl dated December 6, 2021 [Chat #39029] (DOC-0002215312)

135.    Message between joel mca and Scott Zankl dated December 6, 2021 [Chat #39030] (DOC-0002215353)

136.    Message between joel mca and Scott Zankl dated December 6, 2021 [Chat #39036] (DOC-0002215473)

137.    Message between joel mca and Scott Zankl dated December 9, 2021 [Chat #39034] (DOC-0002215434)

138.    Message between joel mca and Scott Zankl dated December 9, 2021 [Chat #39035] (DOC-0002215454)

139.    Message between joel mca and Scott Zankl dated December 14, 2021 [Chat #39041] (DOC-0002215602)

140.    Message between joel mca and Scott Zankl dated December 14, 2021 [Chat #39042] (DOC-0002215622)

141.    Message between joel mca and Scott Zankl dated December 15, 2021 [Chat #39046] (DOC-0002215704)

142.    Message between joel mca and Scott Zankl dated December 15, 2021 [Chat #39049] (DOC-0002215767)

143.    Message between joel mca and Scott Zankl dated December 15, 2021 [Chat #39050] (DOC-0002215809)

144.    Message between joel mca and Scott Zankl dated December 17, 2021 [Chat #39056] (DOC-0002215932)

14

145.    Email communications between Scott Zankl and Greg Nelson, Aaron Goldstein, and Sarah Piteo between September 2, 2021 and September 9, 2021, Subject: Re: Personal Financial Statement (E-mail 9.7.21 (Requesting Contracts))

146.    Email communication between Scott Zankl and Greg Nelson, dated September 8, 2021, Subject: EXCELL_AUTO_GROUP,_INC..pdf with Attachment (E-mail 9.8.21 (Diverse))

147.    Email communications between Scott Zankl and Greg Nelson, dated September 8, 2021, Subject: Please_ EXCELL_AUTO_GROUP,_INC..pdf (E-mail 9.8.21 (Spin 1))

148.    Email communications between Scott Zankl and Greg Nelson, dated September 8, 2021, Subject: Please_ EXCELL_AUTO_GROUP,_INC..pdf (E-mail 9.8.21 (Spin 2))

149.    Email communications between Scott Zankl and Greg Nelson, Aaron Goldstein, and Sarah Piteo dated September 17, 2021, Subject: Please_DocuSign_Diverse_Capital_-_EXCELL_AGR.PDF (E-mail 9.8.21 (Spin 2))

150.    Email between Scott Zank and Josh Lubin, dated January 24, 2022, Subject Feenix – Karma Loan Agreement 4869-1815-9362 v.5.docx with Attachment: Feenix – Karma Loan Agreement 4869-1815-9362 v.5.docx (SPIN_001076-SPIN_001118)

151.    Email between Scott Zank and Josh Lubin, dated January 24, 2022, Subject Feenix – Karma Loan Agreement 4869-1815-9362 v.6.docx with Attachment: Feenix – Karma Loan Agreement 4869-1815-9362 v.6.docx (SPIN_001033-SPIN_001075)

152.    Email between Scott Zank and Josh Lubin, dated January 24, 2022, Subject Feenix – Karma Pledge Agreement.docx with Attachment: Feenix – Karma Pledge Agreement.docx (SPIN_001119-SPIN_001143)

153.    between Scott Zank and Josh Lubin, dated January 24, 2022, Subject Feenix – Karma Security Agreement.docx with Attachment: Feenix – Karma Security Agreement.docx (SPIN_001144-SPIN_001176)

154.    between Scott Zank and Josh Lubin, dated January 24, 2022, Subject Feenix Signature Pages (Feenix-Karma).pdf with Attachment: Feenix Signature Pages (Feenix-Karma).pdf (SPIN_001177-SPIN_001189)

155.    30(b)(6) Deposition of Spin Capital, LLC with Avrumi ("Josh") Lubin as witness taken on February 18, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding.

156.    30(b)(6) Deposition of Spin Capital, LLC with Avrumi ("Josh") Lubin as witness taken on March 7, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding.

157. Video Taped Deposition of Avrumi ("Josh") Lubin taken on March 15, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

158. 30(b)(6) Deposition of Hi Bar Capital, LLC with Yisroel Herbst as witness taken on May 13, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding.

159. Video Taped Deposition of Yisroel Herbst taken on May 7, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

160. Video Taped Deposition of Yisroel Herbst taken on May 28, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

161. Video Taped Deposition of Mordechai Dov Ber Herbst taken on March 13, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled *FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al.*, Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida).

162. Video Taped 30(b)(6) Deposition of Franklin Capital Funding, LLC taken on July 29, 2025 (reported stenographically viz Zoom Video conference), including any exhibits thereto in this adversary proceeding.

163. Financial Statements (monthly balance sheets and income statements) - 2018 to 2022 - DealerTrack Accounting System

164. General Ledgers (annual) - 2018 to 2022 - DealerTrack Accounting System

165. Annual Sales Reports and Deal Analysis Reports - 2020 to 2022 - DealerTrack Accounting System

166. Monthly Inventory Reports - 2020 to 2022 - DealerTrack Accounting System

167. Other Various Financial Reports from DealerTrack Accounting System, including Debtor's 1140 Account

168. Excell Auto Group - Bank United xx9167 - January 2020 to April 2020

169. Excell Auto Group - Bank United xx9647 - January 2020 to April 2020

16

170.   Excell Auto Group - Chase Bank xx3181 - May 2020 to May 2022

171.   Excell Auto Group - Chase Bank xx3199 - May 2020 to April 2022

172.   Excell Auto Group - Chase Bank xx6901 - November 2021 to May 2022

173.   Excell Auto Group - Iberia Bank xx5669 - January 2020 to May 2020

174.   Excell Auto Group - American Express Credit Card xx931005 - 2018 to 2022

175.   All other bank statements and banking documents of the Debtor for years 2018 to 2019

176.   Settlement Statement from Debt Refinancing with Franklin Capital Group, LLC

177.   Settlement Statement from Debt Refinancing with Veretex Funding, LLC

178.   Settlement Statement from Debt Refinancing with Seaside National Bank & Trust

179.   Settlement Statement from Debt Refinancing with other various lenders

180.   Debtor's Compiled Financial Statements - Years 2016 to 2019

181.   Debtor's Form 1120S - U.S. Income Tax Return for an S Corporation - Years 2016 to 2021

182.   Deal Jackets in connection with vehicles purchased and sold by the Debtor

183.   Loan Agreements, Promissory Notes, and other agreements with private lenders, MCA lenders, and other lenders

184.   Transcript from 2004 Examination of Scott Zankl - June 6, 2022

185.   2004 Examinations and exhibits of lenders and other parties of interest in connection with the Debtor

186.   Documents received in connection with Auto Wholesale of Boca, LLC's bankruptcy filing

187.   Documents, spreadsheets, and correspondence with lenders

188.   Documents from various accountants and attorneys in connection with the lenders

189.   Various records subpoened by the Trustee, Nicole Testa Mehdipour

190.   Complaint filed by Moshe Farache et al - Case number 502022CA003358 - 15th Judicial Circuit - Palm Beach County, FL

17

191. Complaint filed by Prestige Luxury Cars, LLC - Case number 502022CA003301 - 15th Judicial Circuit - Palm Beach County, FL

192. Complaint filed by FVP parties - Case number CACE-22-005125 - 17th Judicial Circuit - Broward County, FL

193. Complaint filed by Bal Investments, LLC - Case number 502022CA003889 - 15th Judicial Circuit - Palm Beach County, FL

194. Complaint filed by Woodside Credit, LLC - Case number 502022CA004086 - 15th Judicial Circuit - Palm Beach County, FL

195. Revenue Purchase Agreement(s) with both Spin Capital and Hi Bar Capital

196. Settlement Agreement(s) with Hi Bar Capital

197. Integra Five Year Industry Report for SIC Code 441120 – Used Car Dealers – Database 2021.1 (sales between $50MM and $99.9MM

198. U.S. Department of the Treasury website - Annual Interest Rates - Bonds, Prime Rates, Risk Free Rates - 2018 to 2022

199. Kroll Cost of Capital Navigator - Cost of Equity Calculations - Years 2020 to 2021

200. Email from Scott Zank to Greg Nelson dated September 9, 2021, no subject line

201. Email from Gregg Nelson to Scott Zankl, Cc: Aaron Goldstein and Sarah Piteo, dated September 9, 2021, Subject:  RE: Personal Financial Statement

202. Email from Gregg Nelson to Scott Zankl, Cc: Aaron Goldstein and Sarah Piteo, dated September 10, 2021, Subject:  RE: [Blank].

203. Documents produced by Spin Capital stamped from SPIN_00001 through SPIN_046919.  These documents include Excell Spreadsheets of activity involving the Debtor and/or Karma entities, Bank Statements from Bank of America Bank, TD Bank, Santander Bank (Comer Enteprises, Inc.) , emails that were sent or received by Josh Lubin, documents provided by merchants other than the Debtor and Karma entities, emails to or from Josh@montaugecapital.com, legal documents involving Empiremediholdings, LLC v. Bridge Funding Cap, LLC d/b/a Merchant Capital, et al. The documents were produced to the Trustee in image format.

   **b. Exhibits Defendant may offer at trial if the need arises**

1. Deposition of Scott Zankl taken on June 20, 2025 in this adversary proceeding (reported stenographically via Zoom video conference), including any exhibits attached thereto.

2.      Continued Deposition of Scott Zankl taken on September 5, 2025, or such other date as the parties otherwise agree to, (reported stenographically via Zoom video conference), including any exhibits attached thereto.

3.      All documents listed by Defendants and not objected to

4.      All documents necessary for impeachment or rebuttal

Respectfully submitted this 19th day of September, 2025.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY:    /s/ *Alan R. Crane*
       Alan R. Crane, Esq.
       Florida Bar No.: 0963836
       E-mail: acrane@furrcohen.com
       Jason S. Rigoli, Esq.
       Florida Bar No.: 91990
       E-mail: jrigoli@furrcohen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this adversary proceeding.

Dated: September 19, 2025.

By */s/ Alan R. Crane*
   Alan R. Crane

19