UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                    Case No. 22-12790-EPK
Chapter 7
Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,
Plaintiff,

v.                                         Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, et al.,
Defendants

_____/

## EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR
## SPIN CAPITAL LLC AND JOSH LUBIN

Comes now Joel Aresty, attorney of record for  Spin Capital LLC And Josh Lubin ("Clients") in this matter, and respectfully requests leave to withdraw, and as grounds therefore would show the Court:

This motion is framed as emergency because the trial in this adversary proceeding is set for January 29, 2026, January 30, 2026, and February 2, 2026 through February 6, 2026 at 9:30 a.m. and undersigned wants to give clients as much time as possible to avoid prejudice.

1.      There have arisen irreconcilable differences between the Clients and the undersigned.

2.      Due to the irreconcilable differences which have arisen between the undersigned and his Clients, the undersigned will be unable to effectively and properly continue representing the Clients

3.      The undersigned has given his Clients written notice of this intention to withdraw for several months prior to submitting this request to the Court, and substitute counsel was promised for the "in person" aspect of the trial, to avoid my withdrawal, but it has not happened, and undersigned makes the following certificate:

a.      In accordance herewith, the undersigned certifies Clients were further informed that the Court retains jurisdiction of this matter;

b.      That Clients have the burden of keeping the Court informed of their current address for the service of notices, pleadings, or other papers;

c.      That Clients have the obligation to prepare to go forward with their case or to hire other counsel to handle their case; and if they fail or refuse to meet those obligations,  may suffer adverse consequences including the entry of judgment against them.

d.      That Clients have been served with this motion at their email address as the Clients have previously designated in correspondence: Josh Lubin josh@spincapital.com

Wherefore, the undersigned respectfully requests that an Order be entered permitting him to withdraw as attorney of record for Clients.

Date: December 19, 2025                    Respectfully submitted,

JOEL M. ARESTY, P.A.
Board Certified
Business Bankruptcy Law
Counsel for Spin Capital Llc And Josh Lubin
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via ECF and email on the Clients

/s/Joel M. Aresty
Joel Aresty