**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

EXCELL AUTO GROUP, INC.,                                    Case No. 22-12790-EPK

        Debtor.                                              Chapter 7

_____/

NICOLE TESTA MEHDIPOUR, as Chapter 7

Trustee for the Estate of Excell Auto Group, Inc.,

        Plaintiff,                                           Adv. Pro. No. 23-

01132-EPK

v.

HI BAR CAPITAL, LLC, et al.,

        Defendants.

_____/

## MOTION FOR PRO SE CM/ECF FILING ACCESS

Defendant Josh (Avrumi) Lubin ("Mr. Lubin"), appearing pro se in his individual capacity and as an interested party, respectfully moves this Court for an order granting him electronic filing access through the Court's CM/ECF system, and states as follows:

## I. BACKGROUND

1.     Mr. Lubin is a defendant in this adversary proceeding. His counsel, Joel M. Aresty, Esq., has filed an Emergency Motion to Withdraw as Counsel (Doc. 343), which is set for hearing on December 30, 2025.

2.     Mr. Lubin opposes the Motion to Withdraw and has filed an Opposition concurrently herewith.

3. In the event the Court permits withdrawal, or during any interim period in which representation is unresolved, Mr. Lubin may need to proceed pro se. Trial is scheduled for January 29 through February 6, 2026.

1

4. To effectively participate in this proceeding pro se, Mr. Lubin requires electronic filing access through the Court's CM/ECF system.

## II. LEGAL STANDARD

5. Local Rule 5005-1(c)(2) permits the Court to grant pro se parties electronic filing privileges upon motion and for good cause shown.

6. Good cause exists here because: (a) trial is imminent; (b) the adversary proceeding is complex, involving multiple parties and coordinated litigation across multiple forums; and (c) paper filing would cause delay and inefficiency given the volume of filings anticipated before and during trial.

## III. RELIEF REQUESTED

7. Mr. Lubin respectfully requests that the Court enter an order granting him pro se CM/ECF filing access in this adversary proceeding and the related main bankruptcy case.

8. Mr. Lubin agrees to comply with all Court rules regarding electronic filing, including the requirement to maintain a valid email address for service.

Dated: December 23, 2025

Respectfully submitted,

Josh (Avrumi) Lubin, Defendant Pro Se
(Individual Capacity Only)
1460 Arboretum Pkwy
Lakewood, NJ 08701
(732) 608-4905
Josh@spincapital.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 24, 2025, I caused a true and correct copy

of the foregoing to be served via the Court's CM/ECF system upon all counsel of record.

Respectfully submitted,

Josh (Avrumi) Lubin, Defendant Pro Se
(Individual Capacity Only)
1460 Arboretum Pkwy
Lakewood, NJ 08701
(732) 608-4905
Josh@spincapital.com