UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,

       Debtor.

_____/

NICOLE TESTA MEHDIPOUR, as Chapter 7
Trustee for the Estate of Excell Auto Group, Inc.,

       Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

       Defendants.

_____/

Case No. 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

### SUPPLEMENTAL DECLARATION OF JOSH (AVRUMI) LUBIN IN SUPPORT OF REQUEST FOR BRIEF CONTINUANCE OF DECEMBER 30, 2025 HEARING

I, Josh (Avrumi) Lubin, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a defendant in the above-captioned adversary proceeding. I submit this declaration solely to address a narrow procedural matter and to request a brief continuance of the December 30, 2025 hearing.

2. On Wednesday, December 24, 2025, I prepared responsive pleadings intended for filing in this proceeding.

3. My filing was impeded due to the following circumstances beyond my control:

    a. The Clerk's Office was closed in observance of the Christmas holiday; and

    b. I do not have CM/ECF filing access, as my motion for pro se electronic filing privileges remains pending.

4. Upon learning that electronic filing was not possible, I acted diligently and in good faith to pursue alternative means of submission. I immediately transmitted the filings to the Clerk's Office by email to the official clerk addresses provided for emergency and after-hours correspondence, and requested confirmation and guidance regarding proper submission. A true and correct copy of that email is attached hereto as **Exhibit A**.

5. A contemporaneous transmission confirming the timing of my filing attempt, submitted solely to corroborate diligence, is attached hereto as **Exhibit B**.

1

6. The delay in filing was not strategic or dilatory. I attempted to comply with all applicable deadlines and acted promptly under the circumstances. At no time did I seek tactical advantage or delay; my sole objective was to preserve the integrity of the record and comply with the Court's procedures.

7. Spin Capital LLC is a co-defendant in this proceeding and, as a business entity, cannot appear or file pleadings pro se. This reality, combined with unresolved counsel-withdrawal issues, further underscores the need for orderly Court consideration to avoid prejudice.

8. Accordingly, I respectfully request that the Court continue the December 30, 2025 hearing for a brief period to:

a. Allow the Court to review a complete record;

b. Avoid prejudice caused by unresolved counsel withdrawal and filing access impediments; and

c. Ensure that Spin Capital LLC is not prejudiced by circumstances preventing its participation.

d. Nothing herein waives any party's rights to seek further relief, as appropriate, upon restoration of filing access and completion of the record.

9. I am not requesting a continuance of the trial or any expansion of relief beyond the December 30, 2025 hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed on December 29, 2025.

Josh (Avrum) Lubin
Defendant, Pro Se (Individual Capacity Only)
1460 Arboretum Pkwy
Lakewood, NJ 08701
josh@spincapital.com
(732) 608-4905

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I caused the foregoing Supplemental Declaration to be served via email and/or CM/ECF where available.

Josh (Avrum) Lubin
Defendant, Pro Se (Individual Capacity Only)
1460 Arboretum Pkwy
Lakewood, NJ 08701
Email: josh@spincapital.com
Phone: (732) 608-4905

2

# EXHIBIT A-

to Supplemental Declaration of Josh (Avrumi) Lubin

Case No. 22-12790-EPK

Pages 4-5

| From: | Josh Lubin |
|---|---|
| To: | courtmail@flsb.uscourts.gov |
| Cc: | miami_clerk@flsb.uscourts.gov; wpb_clerk@flsb.uscourts.gov; ecfhelpdesk@flsb.uscourts.gov; ftl_clerk@flsb.uscourts.gov |
| Subject: | EMERGENCY – Court Closure – Request for Immediate Clerk Action / Receipt Confirmation |
| Date: | Wednesday, December 24, 2025 9:18:59 AM |
| Attachments: | 1.Motion for CM ECF Access.pdf |
| | 1.Proposed Order on CM ECF Access.pdf |
| | 2.Opposition to Motion to Withdraw.pdf |
| | 2.Declaration of Josh (Avrumi) Lubin.pdf |
| | 3.Notice of Nonconsent to Withdrawal.pdf |
| | 4.Motion for OSC.pdf |
| | 4.Proposed Order to Show Cause.pdf |
| | 5.Proposed Order on ADA Accommodations.pdf |
| | 5.Motion for ADA Accommodations.pdf |
| Importance: | High |

Good morning,

I am writing to follow up immediately regarding my earlier calls and voicemails to the Miami, West Palm Beach, and Fort Lauderdale Bankruptcy Clerk offices.

I was advised by the Miami Clerk's Office that although the courthouse is closed, the attached filings "will not be docketed until Monday." Given the circumstances, I need written confirmation and guidance from the Clerk.

I am a party appearing **pro se in my individual capacity** in **In re Excell Auto Group, Inc., Case No. 22-12790-EPK / Adv. Proc. 23-01132-EPK**, before Judge Kimball. Counsel has filed an Emergency Motion to Withdraw, trial is imminent, and these filings are time-sensitive and required to preserve my rights and the integrity of the record.

Because the courthouse is closed:

- I have left voicemails on all after-hours emergency numbers;
- I am submitting these filings by email with wet signatures; and
- I am requesting immediate clerk assistance.

**For clarity, the attached filings are intended to be docketed in the following order:**

1. **Motion for Pro Se CM/ECF Filing Access** and **Proposed Order**

2. **Opposition to Emergency Motion to Withdraw** and **Declaration of Josh (Avrumi) Lubin**

3. **Notice of Non-Consent to Withdrawal of Counsel**

4. **Motion for Order to Show Cause and Proposed OSC Order**

5. **Motion for ADA Accommodations** and **Proposed Order**

**I respectfully but firmly request the following:**

4

1.      Written confirmation that the attached filings have been **received** by the Clerk's Office **as of today's date and time;**

2.      Confirmation that the filings are being **preserved for docketing** and will be entered **nunc pro tunc** or otherwise reflected as timely submitted due to court closure; and

3.      If the Clerk is unable to docket these filings administratively, **clear written guidance** on the emergency procedure available to a pro se party when the courthouse is closed and CM/ECF assistance is unavailable.

These filings are not discretionary; they are required to respond to an emergency withdrawal motion and to prevent prejudice where an entity defendant cannot proceed pro se.

Please confirm receipt and next steps **today.**

Thank you,

Josh (Avrumi) Lubin
Defendant, Pro Se (Individual Capacity Only)
In re Excell Auto Group, Inc.
Case No. 22-12790-EPK / Adv. 23-01132-EPK
Josh@spincapital.com
(732) 608-4905

# EXHIBIT B-

to Supplemental Declaration of Josh (Avrumi) Lubin

Case No. 22-12790-EPK

Pages 7-10

# Fw: EMERGENCY – Court Closure – Request for Immediate Clerk Action / Receipt Confirmation

Josh Lubin

courtmail@flsb.uscourts.gov

miami_clerk@flsb.uscourts.gov , wpb_clerk@flsb.uscourts.gov ,

ecfhelpdesk@flsb.uscourts.gov , ftl_clerk@flsb.uscourts.gov

Wed, Dec 24, 2025, 8:18 AM

1.Motion for CM ECF Access.pdf

1.Proposed Order on CM ECF Access.pdf

2.Opposition to Motion to Withdraw.pdf

2.Declaration of Josh (Avrumi) Lubin.pdf

3.Notice of Nonconsent to Withdrawal.pdf

4.Motion for OSC.pdf

4.Proposed Order to Show Cause.pdf

5.Proposed Order on ADA Accommodations.pdf

5.Motion for ADA Accommodations.pdf

Good morning,

I am writing to follow up immediately regarding my earlier calls and voicemails to the Miami, West Palm Beach, and Fort Lauderdale Bankruptcy Clerk offices.

I was advised by the Miami Clerk's Office that although the courthouse is closed, the attached filings "will not be docketed until Monday." Given the circumstances, I need written confirmation and guidance from the Clerk.

I am a party appearing **pro se in my individual capacity** in **In re Excell Auto Group, Inc., Case No. 22-12790-EPK / Adv. Proc. 23-01132-EPK**, before Judge Kimball. Counsel has filed an Emergency Motion to Withdraw, trial is imminent, and these filings are time-sensitive and required to preserve my rights and the integrity of the record.

Because the courthouse is closed:

- I have left voicemails on all after-hours emergency numbers;

1 / 4

7

- I am submitting these filings by email with wet signatures; and
- I am requesting immediate clerk assistance.

**For clarity, the attached filings are intended to be docketed in the following order:**
1. **Motion for Pro Se CM/ECF Filing Access** and **Proposed Order**
2. **Opposition to Emergency Motion to Withdraw** and **Declaration of Josh (Avrumi) Lubin**
3. **Notice of Non-Consent to Withdrawal of Counsel**
4. **Motion for Order to Show Cause and Proposed OSC Order**
5. **Motion for ADA Accommodations** and **Proposed Order**

**I respectfully but firmly request the following:**
1. Written confirmation that the attached filings have been **received** by the Clerk's Office **as of today's date and time;**
2. Confirmation that the filings are being **preserved for docketing** and will be entered **nunc pro tunc** or otherwise reflected as timely submitted due to court closure; and
3. If the Clerk is unable to docket these filings administratively, **clear written guidance** on the emergency procedure available to a pro se party when the courthouse is closed and CM/ECF assistance is unavailable.

These filings are not discretionary; they are required to respond to an emergency withdrawal motion and to prevent prejudice where an entity defendant cannot proceed pro se.

Please confirm receipt and next steps **today**.

Thank you,

Josh (Avrumi) Lubin
Defendant, Pro Se (Individual Capacity Only)
In re Excell Auto Group, Inc.
Case No. 22-12790-EPK / Adv. 23-01132-EPK
Josh@spincapital.com
(732) 608-4905

---

Josh Lubin

2 / 4

Wed, Dec 24, 2025, 11:46 AM

1.Motion for CM ECF Access.pdf

1.Proposed Order on CM ECF Access.pdf

2.Opposition to Motion to Withdraw.pdf

2.Declaration of Josh (Avrumi) Lubin.pdf

3.Notice of Nonconsent to Withdrawal.pdf

4.Motion for OSC.pdf

4.Proposed Order to Show Cause.pdf

5.Proposed Order on ADA Accommodations.pdf

5.Motion for ADA Accommodations.pdf

---

Josh Lubin

Wed, Dec 24, 2025, 11:52 AM

Send me WhatsApp 732-608-4905

Get Outlook for iOS

---

Josh Lubin

Sun, Dec 28, 2025, 5:09 PM

1.Motion for CM ECF Access.pdf

1.Proposed Order on CM ECF Access.pdf

2.Opposition to Motion to Withdraw.pdf

2.Declaration of Josh (Avrumi) Lubin.pdf

3.Notice of Nonconsent to Withdrawal.pdf

4.Motion for OSC.pdf

4.Proposed Order to Show Cause.pdf

5.Proposed Order on ADA Accommodations.pdf

5.Motion for ADA Accommodations.pdf

---

3 / 4

4 Emails

**4 / 4**