UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
EXCELL AUTO GROUP, INC.                          Case No. 22-12790-EPK
Chapter 7
Debtor.
_____/
NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,
Plaintiff,
v.                                               Adv. Pro. No. 23-01132-EPK
HI BAR CAPITAL, LLC, et al.,
Defendants
_____/

### NOTICE OF ADDRESS FOR SERVICE RE DE 360

Comes now Joel Aresty, former attorney of record for  Spin Capital LLC And
Josh Lubin ("Former Clients") in this matter, and in compliance with DE 360
ORDER GRANTING EMERGENCY MOTION TO WITHDRAW AS COUNSEL
FOR SPIN CAPITAL LLC AND JOSH LUBIN AND DENYING REQUEST TO
CONTINUE TRIAL respectfully represents,

        That Former Clients may be  served at Josh Lubin's address at 1460
Arboretum Pkwy Lakewood NJ 08701 – email:  Josh Lubin josh@spincapital.com

        I HEREBY CERTIFY that a true and correct copy of the foregoing was
filed and sent via ECF and email on the Clients

    1/9/26              Respectfully submitted,

                                JOEL M. ARESTY, P.A.
                                Board Certified
                                Business Bankruptcy Law
                                Former Counsel for Spin Capital Llc
                                And Josh Lubin
                                309 1st Ave S
                                Tierra Verde, FL 33715
                                Fax: 1-800-559-1870
                                Phone: (305) 904-1903
                                Aresty@Mac.com
                                By:/s/ Joel M. Aresty, Esq