# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:                                              Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                            Chapter 7

Debtor.

FILED-USBC, FLS-MIA
'26 JAN 13 AM10:01

_____/

NICOLE TESTA MEHDIPOUR,                             Adv. Pro. No. 23-01132-EPK

as Chapter 7 Trustee for

Excell Auto Group, Inc.,

Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

Defendants.

_____/

## NOTICE OF FILING OF EXHIBITS IN SUPPORT OF EMERGENCY MOTION FOR ENTRY OF (I) PRESERVATION ORDER, (II) PROTECTIVE ORDER, AND (III) LIMITED CONTINUANCE OR, IN THE ALTERNATIVE, EXPEDITED STATUS CONFERENCE AND SCHEDULING GUARDRAILS

PLEASE TAKE NOTICE that Defendant Avrumi ("Josh") Lubin (the "Movant"), appearing pro se in his individual capacity only, hereby files the exhibits listed below in support of the Emergency Motion referenced above (the "Motion").

The exhibits are filed solely to provide record support for the Motion. No additional relief is requested by this Notice. To the extent any exhibit contains personal contact information, third-party email addresses, or other non-public identifiers, such information has been redacted from the publicly filed version consistent with Fed. R. Bankr. P. 9037.

## Exhibits:

Ex. 1 — Order Denying Expedited Joint Motion (Dkt./DE 952) (Aug. 12, 2025)

Ex. 2 — Transcript (June 18, 2025 hearing) (061825aw)

Ex. 3 — Broward transcript (Aug. 13, 2025 hearing)

Ex. 4 — Broward Order (Filing #229455396) (Aug. 14, 2025)

Ex. 5 — Broward transcript (Sept. 3, 2025 hearing)

Ex. 6 — Broward transcript (Sept. 10, 2025 hearing)

Ex. 7 — Trustee demand thread ("NOTICE OF INTENT TO SEEK REMOVAL")

Ex. 8 — Bankr. S.D. Fla. Case No. 22-15627-EPK, Dkt. 965 (Aug. 27, 2025)

Ex. 9 — Excell Auto Adv. 23-01132-EPK, Doc. 362 (Jan. 7, 2026) — Notice of Filing Declaration re preservation

Ex. 10 — NYSCEF Doc. 957 (OSC)

Ex. 11 — NYSCEF Doc. 958 (Affirmation)

Ex. 12 — SDNY Doc. 114 (Notice of Limited Pro Se Appearance)

Ex. 13 — SDNY Doc. 113 (Letter to Judge Subramanian)

Ex. 14 — Email chain re preservation/record-integrity issues (supplement)

Ex. 15 — OIG hotline submission email (preservation + record-integrity concerns)

Ex. 16 — Formal Hotline Submission And Request For Immediate Record Preservation

DATED: January 12, 2026

Respectfully submitted,

Avrumi (Josh) Lubin
Defendant, Pro Se (Individual Capacity Only)
1460 Arboretum Pkwy
Lakewood, NJ 08701
Email: josh@spincapital.com

Phone: (732) 608-4905

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record and parties entitled to notice via the Court's CM/ECF system (and/or by such other means as required) on JANUARY 12, 2026.

_____

Avrumi (Josh) Lubin