## RETURN OF SERVICE

UNITED STATES BANKRUPTCY COURT
District of Florida

Case Number: 22-12790-EPK

Plaintiff: **NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for Excel Auto Group, Inc.**
vs.
Defendant: **HI BAR CAPITAL, LLC, et al.**

LTS2026000205

For:
Alan R. Crane, Esq.
Furr Cohen, P.A.
2255 Glades Road
Suite 419 A, One Boca Place
Boca Raton, FL 33431

Received by Top Legal Services on the 13th day of January, 2026 at 5:15 pm to be served on **NIDIA LEIVA, 5761 FOX HOLLOW DRIVE, UNIT G, BOCA RATON, FL 33486**.

I, Pennie Atwell Inc., do hereby affirm that on the **14th day of January, 2026** at **1:40 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFYAT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING), WITNESS FEE CHECK ($ 40.00)** with the date and hour of service endorsed thereon by me, to: **GUSTAVO LEIVA** as **CO-RESIDENT/SPOUSE** at the address of: **5761 FOX HOLLOW DRIVE, UNIT G, BOCA RATON, FL 33486**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Fla. Stat. §48.031 (I ) (a).

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 170, Hair: Dark Brown, Glasses: N

Under Penalties of perjury, I declare that I have the forgoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statutes.

**Pennie Atwell Inc.**
CPS # 931

**Top Legal Services**
**15800 Pines Boulevard**
**Suite 333**
**Pembroke Pines, FL 33027**
**(954) 812-9229**

Our Job Serial Number: LTS-2026000205

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e