**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

FILED-USBC, FLS-WPB
'26 JAN 16 PM1:29

In re:

EXCELL AUTO GROUP, INC.,

Debtor.

Case No. 22-12790-EPK

Chapter 7

_____/

NICOLE TESTA MEHDIPOUR,

as Chapter 7 Trustee for

Excell Auto Group, Inc.,

Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

Defendants.

Adv. Pro. No. 23-01132-EPK

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, **James Rand**, hereby enters his appearance as counsel for **Spin Capital LLC** in the above-styled action and requests that copies of all pleadings, motions, notices, and other papers filed in this cause be furnished to the undersigned counsel at the address listed below.

Respectfully submitted,

DATED this 16 day of 2026

**James Rand, Esq.**
Florida Bar No.: _1059572
Attorney for Spin Capital LLC

JAmes RAND@ spin capital.com

451 west 41st street
Miami beach FL 33140

718 570 3796