

**ORDERED in the Southern District of Florida on January 20, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                                    Case No. 22-12790-EPK
                                                           Chapter 7
      Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

      Plaintiff,

v.                                                         Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

      Defendants.

_____/

**ORDER SETTING HEARING ON DEFENDANT SPIN CAPITAL LLC'S**
**EMERGENCY MOTION TO CONTINUE TRIAL FOR 21 DAYS**

This matter comes before the Court upon the *Defendant Spin Capital LLC's*

*Emergency Motion to Continue Trial for 21 Days (or, in the Alternative, to Continue Trial as*

*to Spin Only) and, in the Further Alternative, for a Brief Administrative Stay of the Trial Start Date* [Dkt. No. 378, the "Motion"] filed by defendant Spin Capital LLC. The Court has considered the Motion and record in this case. Accordingly, the Court ORDERS as follows:

1. The Court will conduct a hearing on the Motion on January 28, 2026 at 1:30 p.m. EST. The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.  Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.  If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.  All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

2. Not later than 4:00 p.m. EST on January 26, 2026, James A. Rand, Esq. must file copies of any available documentary evidence in support of the allegations in the Motion relating to the family emergency suffered by Avrumi (Josh) Lubin, the principal of Spin Capital LLC.

### 

Copy furnished to:
James A. Rand, Esq.

*James A. Rand, Esq. must serve a copy of this Order on all appropriate parties and file a certificate of service.*