**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:

EXCELL AUTO GROUP, INC.

     Debtor.                                           Case No.: 22-12790-EPK
                                  Chapter 7

_____/

NICOLE TESTA MEHDIPUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.                                                                Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, a New York Limited Liability
Company, SPIN CAPITAL, LLC, New Jersey
Limited Liability Company, YISROEL HERBST,
MORDECHAI DOV BER HERBST, AVRUMI LUBIN,
FRANKLIN CAPITAL FUNDING, LLC, a Delaware
Limited Liability Company, FRANKLIN CAPTIAL
GROUP, Michigan Limited Liability Company d/b/a
Wing Lake Capital

     Defendants.

_____/

## NOTICE OF APPEARANCE

       Please take notice that CHARLES P. GOURLIS, ESQ. from the law firm of LETO LAW

FIRM appears in this case as counsel for Defendants, HI-BAR CAPITAL, LLC, YISROEL

HERBST, and MORDECAHI DOV BER HERBST. The undersigned counsel hereby requests that

all pleadings, notices, correspondence, and papers be furnished to LETO LAW FIRM at the email

addresses designated below:

|  | **Primary E-mail Address** | **Secondary E-mail Address** |
|---|---|---|
| Charles P. Gourlis | cgourlis@letolawfirm.com | kzelaya@letolawfirm.com<br>pleadings@letolawfirm.com |

Respectfully submitted,

LETO LAW FIRM
2875 N.E. 191st Street
Suite 604
Aventura, Florida 33180
Tel.     305-341-3155
Fax:     305-397-1168

*/s/ Charles P. Gourlis*
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com
CHARLES P. GOURLIS
Florida Bar No.: 85924
cgourlis@letolawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 21, 2026, we electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.

*/s/ Charles P. Gourlis*
CHARLES P. GOURLIS