UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



FILED-USBC, FLS-MIA
'26 JAN 22 PM12:30

In re:                                                  Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                                Chapter 7

Debtor.

_____/

NICOLE TESTA MEHDIPOUR,                                 Adv. Pro. No. 23-01132-EPK

as Chapter 7 Trustee for

Excell Auto Group, Inc.,

Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

Defendants.

_____/

## DEFENDANT JOSH AVRUMI LUBIN'S JOINDER IN

## DEFENDANT SPIN CAPITAL LLC'S EMERGENCY MOTION

## TO CONTINUE TRIAL (OR, IN THE ALTERNATIVE,

## FOR LIMITED ALTERNATIVE RELIEF)

Defendant Josh Avrumi Lubin ("Mr. Lubin"), appearing pro se, hereby joins in the Emergency
Motion to Continue Trial for 21 Days (or, in the Alternative, to Continue Trial as to Spin Only)
and, in the Further Alternative, for a Brief Administrative Stay of the Trial Start Date (the
"Motion") filed by Defendant Spin Capital LLC on January 20, 2026, (doc 378) and states as
follows:

1. Mr. Lubin is a named defendant in this adversary proceeding and is the sole member of
   Spin Capital LLC.

2. Mr. Lubin expressly joins in and adopts the Motion and the relief requested therein, including all factual representations, procedural history, and legal arguments, to the extent applicable to him, without repetition.

3. The requested relief is procedural and narrowly tailored, concerns only the timing and orderly conduct of the upcoming trial currently scheduled to commence on January 29, 2026, and does not seek reconsideration of the merits of any substantive ruling.

4. As reflected in the record, Mr. Lubin is presently appearing pro se and has been actively attempting to coordinate trial preparation in parallel with Spin Capital LLC's newly appearing counsel under exceptionally compressed time constraints.

5. In addition, as set forth in Spin Capital LLC's Motion and supporting exhibits, Mr. Lubin is experiencing an immediate family medical emergency that materially affects his availability and ability to prepare for trial on the current schedule.

6. The relief requested in the Motion,whether a brief continuance, limited alternative relief, or a short administrative stay, would promote the orderly administration of the trial, reduce the risk of prejudice, and serve the interests of fairness and judicial efficiency.

7. Mr. Lubin seeks no relief beyond that already requested in the Motion and files this Joinder solely to preserve alignment of interests and avoid duplicative briefing.

## ADDITIONAL SUPPORT FOR JOINDER

Mr. Lubin submits that the relief requested in the Motion, as joined herein, would promote the fair and orderly administration of the trial without causing undue prejudice to any party. The requested relief is limited in duration and scope and is directed solely toward ensuring that the trial proceeds on a record that reflects adequate preparation, meaningful participation, and procedural regularity.

Mr. Lubin's defenses are factually and legally intertwined with those of Spin Capital LLC, including overlapping witnesses, documents, and trial issues. Proceeding on the current schedule risks unnecessary inefficiencies, duplication, and confusion, particularly where one defendant is an entity required to act through counsel and the other is proceeding pro se under the same compressed timeline.

Granting any of the alternative relief requested in the Motion would not reopen discovery, alter the scope of claims or defenses, or otherwise delay resolution of the merits beyond a finite and clearly defined period. Instead, it would enhance the likelihood that the trial proceeds efficiently and without avoidable disruptions, evidentiary disputes, or procedural complications.

Finally, Mr. Lubin submits that the requested relief would serve the interests of justice by preserving confidence in the fairness and integrity of the trial process, while maintaining the

Court's ability to manage its docket effectively and bring this long-pending matter to resolution on a complete and orderly record.

WHEREFORE,

Mr. Lubin respectfully requests that the Court grant the relief requested in Spin Capital LLC's Emergency Motion, as joined herein, or grant such other and further relief as the Court deems just and proper.


Dated: January 20, 2026


Respectfully submitted,


/s/ Avrumi (Josh) Lubin

Avrumi ("Josh") Lubin, Defendant, Pro Se

(Individual Capacity Only)

1460 Arboretum Pkwy

Lakewood, NJ 08701

Email: josh@spincapital.com

Phone: (732) 608-4905


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _January 20, 2026, a true and correct copy of the foregoing Defendant's Joinder was served through the Court's CM/ECF system on all parties entitled to electronic notice.

/s/ Avrumi (Josh) Lubin

Avrumi ("Josh") Lubin, Defendant, Pro Se

(Individual Capacity Only)

Josh) Lubin