UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED-USBC, FLS-MIA
'26 JAN 22 PM12:30

In re: EXCELL AUTO GROUP, INC., Debtor.
Case No. 22-12790-EPK (Chapter 7)


NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for Excell Auto Group, Inc.,
Plaintiff,
v.
HI BAR CAPITAL, LLC, et al.,
Defendants.
Adv. Proc. No. 23-01132-EPK


**DEFENDANT AVRUMI (JOSH) LUBIN'S SUPPLEMENTAL NOTICE OF FILING
OF EXHIBIT 18 (RELATED PROCEEDINGS MATERIALS)
IN SUPPORT OF SPIN CAPITAL LLC'S EMERGENCY MOTION FOR LIMITED
CONTINUANCE
OF TRIAL OR, IN THE ALTERNATIVE, BRIEF ADMINISTRATIVE STAY (ECF NO.
378)
AND DEFENDANT LUBIN'S JOINDER**


Defendant Avrumi (Josh) Lubin ("Mr. Lubin"), appearing pro se in his individual capacity only,
hereby files Exhibit 18 (Related Proceedings Materials) in support of (i) Defendant Spin Capital
LLC's Emergency Motion for Limited Continuance of Trial or, in the Alternative, Brief
Administrative Stay of Trial Start Date (ECF No. 378) (the "Spin Motion"), and (ii) Mr. Lubin's
Joinder to the Spin Motion (the "Joinder"). This Notice requests no independent relief.

Exhibit 18 consists of a Notice of Filing of Related Proceedings Materials filed on the New York
State Court Electronic Filing ("NYSCEF") system in Index No. 650582/2022 (NYSCEF Doc.
No. 1002), together with Exhibits A through I (NYSCEF Doc. Nos. 1003–1011) (collectively,
"Exhibit 18"). Several of the referenced bankruptcy-court documents are already on this Court's
docket and are included within Exhibit 18 only for convenience and completeness of the related-
proceedings packet.

For ease of navigation, Exhibit 18 is organized as a single PDF with internal cover pages. The
table below identifies each sub-tab and its corresponding PDF page range. Page references are to
the PDF page numbers shown by the PDF viewer/CM/ECF (not internal pagination).

| Tab | Description | PDF page range | Pages |
|---|---|---|---|
| Cover | Exhibit 18 cover page (captioned). | p. 1 | 1 |
| NYSCEF Doc. 1002 | Notice of Filing of | pp. 2–3 | 2 |

| | | | |
|---|---|---|---|
| | Related Proceedings Materials (Index No. 650582/2022). | | |
| 18-A | Exhibit A — Notice of Filing Declaration Regarding Preservation Notice and Response (S.D. Fla. Bankr. Adv. Proc. No. 23-01132-EPK, Doc. 362, filed Jan. 7, 2026). | pp. 4–13 | 10 |
| 18-B | Exhibit B — Notice of Filing of Exhibits in Support of Emergency Motion for Entry of (I) Preservation Order, (II) Protective Order, and (III) Limited Continuance or, in the Alternative, Expedited Status Conference and Scheduling Guardrails (S.D. Fla. Bankr. Adv. Proc. No. 23-01132-EPK, Doc. 370, filed Jan. 13, 2026). | pp. 14–294 | 281 |
| 18-C | Exhibit C — Notice of Filing of Corrected Supplemental Exhibit 17-A (S.D. Fla. Bankr. Adv. Proc. No. 23-01132-EPK, Doc. 373, filed Jan. 15, 2026). | pp. 295–309 | 15 |
| 18-D | Exhibit D — Notice of Hearing (S.D. Fla. Bankr. Adv. Proc. No. 23-01132-EPK, Doc. 369, filed Jan. 13, 2026). | pp. 310–313 | 4 |
| 18-E | Exhibit E — Exhibit Index (Broward Cty., | pp. 314–813 | 500 |

|  |  |  |  |
|---|---|---|---|
|  | Fla., Case No. CACE-22-005125, Filing No. 239422279, filed Jan. 13, 2026). |  |  |
| 18-F | Exhibit F — Motion to Determine Confidentiality of Court Records and to File Under Seal (Broward Cty., Fla., Case No. CACE-22-005125, Filing No. 239422279, filed Jan. 13, 2026). | pp. 814–819 | 6 |
| 18-G | Exhibit G — Verified Emergency Motion to Vacate August 14, 2025 Order Procured by Fraud Upon the Court; Motion to Correct the Record; Motion for Evidentiary Hearing and Sanctions; and Incorporated Memorandum of Law (Broward Cty., Fla., Case No. CACE-22-005125, Filing No. 239422279, filed Jan. 13, 2026). | pp. 820–833 | 14 |
| 18-H | Exhibit H — Verified Emergency Motion for Order to Show Cause and for Civil Contempt (Enforcement of April 14, 2022 Oral Freeze Order), and for Accounting, Turnover/Escrow of Proceeds, Sanctions, and Other Ancillary Relief (Broward Cty., Fla., Case No. | pp. 834–967 | 134 |

| | | | |
|---|---|---|---|
| | CACE-22-005125, Filing No. 239729527, filed Jan. 17, 2026). | | |
| 18-I | Exhibit I — Emergency Motion for Entry of (I) Preservation Order, (II) Protective Order, and (III) Limited Continuance or, in the Alternative, Expedited Status Conference and Scheduling Guardrails (S.D. Fla. Bankr. Adv. Proc. No. 23-01132-EPK, Doc. 368, filed Jan. 13, 2026). | pp. 968–973 | 6 |

A copy of Exhibit 18 is attached.

Dated: January 21, 2026

Respectfully submitted,

/s/ Avrumi (Josh) Lubin
Avrumi (Josh) Lubin
Defendant, pro se (individual capacity only)
1460 Arboretum Parkway
Lakewood, NJ 08701
Email: josh@spincapital.com
Tel: (732) 608-4905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2026, a true and correct copy of the foregoing was served on counsel of record by electronic mail and that, upon docketing, the Court's CM/ECF system will provide electronic notice to all registered parties.

/s/ Avrumi (Josh) Lubin
Avrumi (Josh) Lubin