# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF FLORIDA

### WEST PALM BEACH DIVISION



In re:

**EXCELL AUTO GROUP, INC.,**
Debtor.

Case No. 22-12790-EPK
Chapter 7

_____/

Adv. Pro. No. 23-01132-EPK

**NICOLE TESTA MEHDIPOUR,**
as Chapter 7 Trustee for the
Estate of Excell Auto Group, Inc.,
Plaintiff,

v.

**HI BAR CAPITAL, LLC, et al.,**
Defendants.

_____/

## NOTICE OF FILING OF PROPOSED ORDERS IN SUPPORT OF SPIN CAPITAL LLC'S
## EMERGENCY MOTION FOR TRIAL-SCHEDULING RELIEF (PAPER-FILED)

NOTICE IS GIVEN that Defendant Avrumi (Josh) Lubin, appearing pro se in his individual capacity only, files courtesy copies of the proposed orders referenced in Defendant Spin Capital LLC's emergency motion seeking limited trial-scheduling relief. Spin's motion has been submitted for filing in paper form and may not yet appear on the docket. This Notice requests no independent relief and is filed solely for the Court's convenience.

1. Attachment 1 (Proposed Order A): [PROPOSED] Order Granting 21-Day Continuance of Trial.
2. Attachment 2 (Proposed Order B): [PROPOSED] Order Granting Brief Administrative Stay of Trial Start Date.

Dated: January 21, 2026

**/s/ Avrumi (Josh) Lubin**

Avrumi (Josh) Lubin

Defendant, Pro Se (Individual Capacity Only)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2026, I served a true and correct copy of the foregoing Notice of Filing and its attachments on all parties entitled to notice, via the Court's CM/ECF system on registered users and by electronic mail and/or U.S. Mail on any non-registered parties.

/s/ Avrumi (Josh) Lubin

1. The trial currently scheduled to commence on January 29, 2026 is TEMPORARILY STAYED and held in abeyance for fourteen (14) days.

2. This administrative stay is entered solely to permit orderly trial administration, including entry of a written order and preparation of the hearing transcript(s), and does not adjudicate any merits issues.

DONE AND ORDERED in West Palm Beach, Florida, this _____ day of _____, 2026.

_____

HONORABLE ERIK P. KIMBALL

UNITED STATES BANKRUPTCY JUDGE

###

In re:

**EXCELL AUTO GROUP, INC.,**

Debtor.

_____/

**NICOLE TESTA MEHDIPOUR,**

as Chapter 7 Trustee for the

Estate of Excell Auto Group, Inc.,

Plaintiff,

v.

**HI BAR CAPITAL, LLC, et al.,**

Defendants.

_____/

Case No. 22-12790-EPK

Chapter 7

Adv. Pro. No. 23-01132-EPK

## [PROPOSED] ORDER GRANTING BRIEF ADMINISTRATIVE STAY OF TRIAL
## START DATE

THIS MATTER came before the Court upon Defendant Spin Capital LLC's ("Spin") Emergency Motion for Limited Continuance of Trial or, in the Alternative, Brief Administrative Stay of Trial Start Date (the "Motion").

Upon consideration of the Motion, the record, and being otherwise fully advised, it is ORDERED AND ADJUDGED that:

1. The trial currently scheduled to commence on January 29, 2026 is CONTINUED for twenty-one (21) days.

2. The continuance granted herein is limited to scheduling relief only and does not adjudicate any merits issues.

DONE AND ORDERED in West Palm Beach, Florida, this _____ day of _____, 2026.

_____

HONORABLE ERIK P. KIMBALL

UNITED STATES BANKRUPTCY JUDGE

###

In re:

**EXCELL AUTO GROUP, INC.,**

Debtor.

_____/

**NICOLE TESTA MEHDIPOUR,**

as Chapter 7 Trustee for the

Estate of Excell Auto Group, Inc.,

Plaintiff,

v.

**HI BAR CAPITAL, LLC, et al.,**

Defendants.

_____/

Case No. 22-12790-EPK

Chapter 7


Adv. Pro. No. 23-01132-EPK

## [PROPOSED] ORDER GRANTING 21-DAY CONTINUANCE OF TRIAL

THIS MATTER came before the Court on Defendant Spin Capital LLC's Emergency Motion for Limited Continuance of Trial (the "Motion").

Upon consideration of the Motion, the record, and being otherwise fully advised, it is ORDERED AND ADJUDGED that: