UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



In re: EXCELL AUTO GROUP, INC., Debtor.
Case No. 22-12790-EPK (Chapter 7)


NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for Excell Auto Group, Inc.,
Plaintiff,
v.
HI BAR CAPITAL, LLC, et al.,
Defendants.
Adv. Proc. No. 23-01132-EPK


**DEFENDANT AVRUMI (JOSH) LUBIN'S SUPPLEMENTAL NOTICE OF FILING**
OF EXHIBIT 19 (TRANSCRIPT OF JUDGE HAIMES RELATED PROCEEDING)
**IN SUPPORT OF SPIN CAPITAL LLC'S EMERGENCY MOTION FOR LIMITED
CONTINUANCE**
**OF TRIAL OR, IN THE ALTERNATIVE, BRIEF ADMINISTRATIVE STAY (ECF NO.
378)**
**AND DEFENDANT LUBIN'S JOINDER**


Defendant Avrumi (Josh) Lubin ("Mr. Lubin"), appearing pro se in his individual capacity only,
hereby files Exhibit 19 (Transcript of Judge Haimes Related Proceeding) in support of (i)
Defendant Spin Capital LLC's Emergency Motion for Limited Continuance of Trial or, in the
Alternative, Brief Administrative Stay of Trial Start Date (ECF No. 378) (the "Spin Motion"),
and (ii) Mr. Lubin's Joinder to the Spin Motion (the "Joinder"). This Notice requests no
independent relief.

Exhibit 19 consists of (a) NYSCEF Doc. No. 1020 — Notice of Filing of Transcript of Judge
Haimes Related Proceeding (Index No. 650582/2022), and (b) the attached transcript (Transcript
Exhibit A) of the January 20, 2026 hearing before the Hon. David A. Haimes in Broward
County, Florida (Case No. CACE-22-005125) (collectively, "Exhibit 19").

For ease of navigation, this Notice and Exhibit 19 are combined as a single PDF with internal
cover pages. The table below identifies each sub-tab and its corresponding PDF page range. Page
references are to the PDF page numbers shown by the PDF viewer/CM/ECF (not internal
pagination).

| Tab | Description | PDF page range | Pages |
|-----|-------------|----------------|-------|
| Cover | Exhibit 19 cover page (captioned). | p. 3 | 1 |
| 19-A | NYSCEF Doc. No. | pp. 4–6 | 3 |

| | | | |
|---|---|---|---|
| | 1020 — Notice of Filing of Transcript of Judge Haimes Related Proceeding (Index No. 650582/2022) (pp. 1–2 of NYSCEF filing). | | |
| 19-B | Transcript Exhibit A (pp. 3–38 of NYSCEF filing). | pp. 7–43 | 37 |

A copy of Exhibit 19 is attached.

Dated: January 22, 2026

Respectfully submitted,

/s/ Avrumi (Josh) Lubin
Avrumi (Josh) Lubin
Defendant, pro se (individual capacity only)
1460 Arboretum Parkway
Lakewood, NJ 08701
Email: josh@spincapital.com
Tel: (732) 608-4905

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2026, a true and correct copy of the foregoing was served on counsel of record by electronic mail and that, upon docketing, the Court's CM/ECF system will provide electronic notice to all registered parties.

/s/ Avrumi (Josh) Lubin
Avrumi (Josh) Lubin

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: EXCELL AUTO GROUP, INC.,
Debtor.

Case No. 22-12790-EPK
Chapter 7

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee
for Excell Auto Group, Inc.,
Plaintiff,
v.
HI BAR CAPITAL, LLC, et al.,
Defendants.

Adv. Pro. No. 23-01132-EPK

# EXHIBIT 19

Notice of Filing of Transcript of Related Proceeding
NYSCEF Doc. No. 1020 (filed Jan. 21, 2026)
Transcript of Jan. 20, 2026 hearing before Hon. David A. Haimes
Broward County, Florida — Case No. CACE-22-05125

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: EXCELL AUTO GROUP, INC.,
Debtor.

Case No. 22-12790-EPK
Chapter 7

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee
for Excell Auto Group, Inc.,
Plaintiff,
v.
HI BAR CAPITAL, LLC, et al.,
Defendants.

Adv. Pro. No. 23-01132-EPK

---

# SUB-EXHIBIT 19-A

NYSCEF Doc. No. 1020 — Notice of Filing (pp. 1–2 of NYSCEF filing)

Case 23-01132-EPK    Doc 384    Filed 01/22/26    Page 5 of 43

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK: COMMERCIAL DIVISION

-----------------------------------------------X

TETON LIFE LLC AS ASSIGNEE OF THE RIGHTS OF
SPIN CAPITAL, LLC,
  Plaintiff,

-v-

GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al,
  Defendants.

-----------------------------------------------X

GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al,
  Third-Party Plaintiffs,

-against-

SPIN CAPITAL, LLC, AVRUMI LUBIN,
  Third-Party Defendants.

-----------------------------------------------X

INDEX NO. 650582/2022

**Third-Party Index No.
595367/2022**

### NOTICE OF FILING OF TRANSCRIPT OF RELATED PROCEEDING

PLEASE TAKE NOTICE that, notwithstanding the Interim Order (Bankruptcy Stay) dated
January 15, 2026 (NYSCEF Doc. No. 997) staying this action pursuant to 11 U.S.C. § 362,
Third-Party Defendant **Avrumi Lubin** hereby files, for informational and preservation purposes
only and without seeking substantive relief, the transcript of a hearing held on **January 20, 2026**
before the Honorable **David A. Haimes**, Circuit Judge, in the Circuit Court of the Seventeenth
Judicial Circuit in and for Broward County, Florida, Case No. **CACE-22-05125** (the "Broward
Action"), attached hereto as **Exhibit A**.

This Notice of Filing is made to preserve the record of statements made on the record in the
Broward Action that may bear on issues relevant to this matter and related proceedings, including:
(i) the stated scope of the proceeding as a case management conference; (ii) discussion
concerning pro se participation and communications with the Court while counsel remained of
record (including discussion of the status of counsel Stanley Casey); and (iii) discussion of
post-judgment collection and related contempt/accounting and civil theft issues referenced
therein.

No relief is requested by this filing. This submission is made without waiver of any rights or
arguments, and nothing herein is intended (or should be construed) as a request for adjudication of
any stayed claims or as a violation of the automatic stay under 11 U.S.C. § 362.

Dated: New York, New York
January 21, 2026

__/s/ Josh (Avrumi) Lubin
**Josh (Avrumi) Lubin**
Third-Party Defendant, Pro Se
1460 Arboretum Pkwy

Lakewood, NJ 08701

Email: josh@spincapital.com

Phone: (732) 608-4905

*Service via NYSCEF:* Pursuant to NYSCEF procedures, service of this filing will be made upon all parties who have consented to electronic filing in this action. Parties exempt from NYSCEF will be served by other authorized means.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: EXCELL AUTO GROUP, INC.,
Debtor.

Case No. 22-12790-EPK
Chapter 7

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee
for Excell Auto Group, Inc.,
Plaintiff,
v.
HI BAR CAPITAL, LLC, et al.,
Defendants.

Adv. Pro. No. 23-01132-EPK

---

# SUB-EXHIBIT 19-B

Transcript Exhibit A (pp. 3–38 of NYSCEF filing)

Case 23-01132-EPK Doc 384 Filed 01/22/26 Page 8 of 43

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK: COMMERCIAL DIVISION**

-------------------------------------------------------------X

TETON LIFE LLC AS ASSIGNEE OF THE RIGHTS OF
SPIN CAPITAL, LLC,
    Plaintiff,

    -v-

GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al,
    Defendants.

-------------------------------------------------------------X

GOLDEN FOOTHILL INSURANCE SERVICES, LLC et al,
    Third-Party Plaintiffs,

    -against-

SPIN CAPITAL, LLC, AVRUMI LUBIN,
    Third-Party Defendants.

-------------------------------------------------------------X

INDEX NO. 650582/2022

Third-Party Index No. 595367/2022

# EXHIBIT A

**Transcript of Hearing (Related Proceeding)**
Hon. David A. Haimes — Broward County, Florida
Case No. CACE-22-05125 — Hearing Date: January 20, 2026

*(Filed for informational and preservation purposes only.)*

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE-22-05125

FVP OPPORTUNITY FUND III, LP, a Delaware limited
partnership; FVP INVESTMENTS, LLC, a Delaware
limited liability company; and FVP SERVICING, LLC, a
Delaware limited liability company,

Plaintiffs,

vs.

KARMA OF BROWARD INC., a Florida corporation; KARMA
OF PALM BEACH INC., a Florida corporation; SCOTT
ZANKL, an individual; KRISTEN ZANKL, an individual;
MOSHE FARACHE, an individual; LISA FARACHE, an
individual; 1001 CLINT MOORE, LLC; a Florida limited
liability company; MMS ULTIMATE SERVICES, INC., a
Florida corporation; HI BAR CAPITAL, LLC, a New York
limited liability company; AVRUMI LUBIN a/k/a JOSH
LUBIN, an individual; GRANER LAW GROUP, P.A., a
Florida profit corporation; d/b/a GRANER PLATZEK &
ALLISON, P.A.; THOMAS U. GRANER, an individual;
KURKIN FOREHAND BRANDES, LLP, a Florida limited
liability partnership; MARK BRANDES, an individual;
SAVANNAH ROW DEVELOPMENT, LLC, a Florida limited
liability company; VANTIFF, LLC, a Florida limited
liability company; 22 CAPITAL, INC., a New York
corporation; LILLIAN ROBERTS, an individual; DCG
2008 IRREVOCABLE WEALTH TRUST, KENNETH J. GOODMAN,
TRUSTEE; JMD ENTERPRISES OF FLORIDA, LLC, a Florida
limited liability company; FRANKLIN CAPITAL FUNDING,
LLC, a Delaware limited liability company; THE GORI
FAMILY LIMITED PARTNERSHIP; a Florida limited
partnership; MILLCO-ATWATER, LLC, an Illinois
limited liability company; and PRIME AUTO
CONSULTING, LLC, a New Jersey limited liability
company,

Defendants.

_____/

2



Broward County, Florida
January 20, 2026
9:15 a.m. to 9:30 a.m.

Pursuant to notice, the above-entitled case came on for hearing before the HONORABLE DAVID HAIMES, Circuit Judge, via Videoconference, and the hearing was stenographically reported by ELIAS MARTINEZ, Certified Court Reporter.

_____

3

APPEARANCES:


            SCHWARTZ BRESLIN, PLLC
            BY:  JERRELL A. BRESLIN, ESQUIRE
                 169 E Flagler Street, Suite 700
                 Miami, Florida 33131
                 (305) 577-4626
                 jb@jsjbl.com
            Appearing on behalf of the Plaintiffs



            BUSCHEL GIBBONS, P.A.
            BY:  ROBERT BUSCHEL, ESQUIRE
                 501 E Las Olas Blvd, Floor Suite 700
                 Fort Lauderdale, Florida 33301
                 (954) 530-5748
                 buschel@bglaw-pa.com
            Appearing on behalf of the Plaintiffs.



            LAW OFFICE OF ALAN I. KARTEN, P.A.
            BY:  ALAN I KARTEN, ESQUIRE
                 3386 Churchill Drive
                 Boynton Beach, Florida 33435
                 (305) 490-2767
                 alankartenlaw@gmail.com
            Appearing on behalf of the Plaintiffs.



            COHEN & MCMULLEN, P.A.
            BY:  MICHAEL J. MCMULLEN, ESQUIRE's
                 1132 SE 3 Avenue
                 Fort Lauderdale, Florida 33316
                 (954) 523-7774
                 michael@floridajusticefirm.com
            Appearing on behalf of the Defendant.

4

APPEARANCES:


        KULA & ASSOCIATES, P.A.
        BY:   ELLIOT BURT KULA, ESQUIRE
              12000 Biscayne Blvd, Suite 221
              Miami, Florida 33181
              (305) 354-3858
              elliot@kulalegal.com
        Appearing as Appellate Counsel.



        SHRAIBERG PAGE, P.A.
        BY:   PATRICK RICHARD DORSEY, ESQUIRE
              2385 NW Executive Center, Suite 300
              Miami, Florida 33431
              (561) 443-0800
              pdorsey@slp.law
        Appearing on behalf of the Franklin
        parties.



        STANLEY Q. CASEY, ESQ.
        BY:   STANLEY QUINN CASEY, ESQUIRE
              1300 Washington Avenue, Suite 618
              Miami Beach, Florida 33119
              (305) 946-1510
              scasey@scaseylaw.com
        Appearing on behalf of Avrumi Lubin.



        SCOTT C. GHERMAN, P.A.
        BY:   SCOTT C. GHERMAN, ESQUIRE
              16050 Tuscany Estates Drive
              Delray Beach, Florida 33446
              (561) 251-6625
              sgherman@scottghermanpa.com
        Appearing on behalf of Lisa Farache; Moshe
        Farache; 1001 Clint Moore, LLC; Auto
        Wholesale of Boca.

Case 23-01132-EPK   Doc 384   Filed 01/22/26   Page 13 of 43

5

APPEARANCES:


            BEIGHLEY, MYRICK, UDELL & LYNNE, P.A.
            BY:   MAURY LORNE UDELL, ESQ.
            2601 S Bayshore Drive, Suite 770
            Miami, Florida 33133
            (305) 349-3930
            mudell@bmulaw.com
            Appearing on behalf of Lisa Farache; Moshe
            Farache; 1001 Clint Moore, LLC; Auto
            Wholesale of Boca.




            FREEMAN MATHIS & GARY, LLP
            BY:   RICHARD JONES, ESQUIRE
                  9130 S Dadeland Blvd, Suite 2000
                  Miami, Florida 33156
                  (305) 670-3700
                  Richard.Jones@fmglaw.com
            Appearing on behalf of Kurkin, Forehand
            and Brandes.

Case 23-01132-EBK   Doc 384   Filed 01/23/26   Page 14 of 43

6

INDEX

ARGUMENT OF COUNSEL

       By MR. BRESLIN...........................12

       By MR. CASEY.............................19

       By MR. GHERMAN..........................21

       By MR. UDELL............................23

       By MR. JONES............................23

RULING

       By THE COURT............................19

CERTIFICATE OF REPORTER............................28

Case 23-01133-EPK    Doc 384    Filed 01/22/26    Page 15 of 43

7

PROCEEDINGS

THE COURT: All right. 9:15 is FVP Opportunity Fund III, LP, et al., versus Scott Zankl, et al. Mr. -- do we have a Court Reporter?

MR. BRESLIN: We do, Your Honor.

THE COURT REPORTER: Yes, Your Honor.

Good morning. Elias Martinez, Court Reporter is present.

THE COURT: All right. Let me just confirm. Nobody is here for any cases prior to 9:15.

Right? Okay. So this is the 9:15 case management.

For Mr. Martinez --

THE COURT REPORTER: Yes, Your Honor.

THE COURT: -- what -- what agency are you with?

THE COURT REPORTER: Prestige Reporting Service.

THE COURT: All right. We are on the record in case CACE 22-5125: FVP Opportunity Fund, LLC -- I am sorry -- Fund III, LP, et al. versus Scott Zankl, et al.

Can I get appearances? Let me start with

Case 23-01132-EPK Doc 384 Filed 01/22/26 Page 16 of 43

8

Plaintiff: FVP.

MR. BRESLIN: Yes. Good morning, Your Honor. Jerry Breslin for the FVP parties. There are several -- several attorneys there. I would like them all to identify themselves for the record, please.

MR. MCMULLEN: Sure. Michael McMullen on behalf of the FVP parties as well, Judge. How are you?

THE COURT: Good morning, Mr. McMullen --

MR. KARTEN: Alan --

THE COURT: -- and Mr. Breslin.

MR. KARTEN: Alan Karten -- excuse me -- on behalf of the FVP parties post judgment.

THE COURT: Good morning, Mr. Karten.

MR. BUSCHEL: Robert Buschel -- good morning, Judge -- on behalf of FVP.

MR. KULA: Good morning, Your Honor. Elliot Kula, Appellate Counsel for the FVP parties.

THE COURT: Good morning, Mr. Kula. All right. Then for Co-Plaintiff: Franklin, Plaintiffs.

MR. DORSEY: Good morning, Your Honor. Patrick Dorsey on behalf of the Franklin

parties.

THE COURT:  Good morning, Mr. Dorsey.

All right.  And then for the Defendants.

MR. LUBIN:  Mr. Lubin on behalf of myself individually.

THE COURT:  All right.  Good morning, Mr. Lubin.

You used to have an attorney.

Right?

MR. LUBIN:  I -- I think I still do.  I am in the middle of unraveling that.  I am not sure.

THE COURT:  Well, actually it doesn't matter.  Of record you still do.

MR. CASEY:  Yes, Judge.  Stanley Casey --

THE COURT:  Oh, there you are.

MR. CASEY:  -- on behalf of Mr. Lubin.  I did file a motion to withdraw yesterday, though.

THE COURT:  Okay.  But you are still currently attorney of record.

Correct?

MR. CASEY:  Yes, Judge.

THE COURT:  All right.  Mr. Lubin, we have been down this road before.  You have an

attorney.  Until your attorney has withdrawn and --

MR. LUBIN:  There is an order in this case, Your Honor, that says that I can be co-counsel with -- pro se by Judge Tuter with David Langley just F. Y. I.  And I just want to clarify one thing.  This is a case management conference.

Correct?

THE COURT:  Yes.  We are just here --

MR. LUBIN:  Not on --

THE COURT:  -- on --

MR. LUBIN:  Not on other motions?

THE COURT:  No.

MR. LUBIN:  Okay.  Thank you, Your Honor.

THE COURT:  Mr. Lubin, we have a Court Reporter here.  I have done this before.  I am ordering you:  Do not call chambers.

Understand?  You have an attorney.  And same thing with e-mail.  You have an attorney. If your attorney withdraws, you can reach out and --

MR. LUBIN:  Sorry --

THE COURT:  -- schedule --

MR. LUBIN:  -- Your Honor.

Case 23-01132-EPK    Doc 384    Filed 01/22/26    Page 19 of 43

11

THE COURT:  All right.  The Court cannot be involved with all of your different issues with the attorneys unless we are here in court with a Court Reporter with everybody present.

Do you understand?

MR. LUBIN:  Yeah.  Yes, Judge.  Judge Tuter told me in the past that as long as I e-mail the whole service list he said that you could communicate with the courtroom -- with the Judge and the -- the Judge's assistant.

MR. BRESLIN:  Judge, that --

THE COURT:  All right.  So --

MR. BRESLIN:  That's absolutely incorrect.

THE COURT:  I --

MR. LUBIN:  Okay.  I will put a notice of filing in an hour that says we are -- that we --

THE COURT:  It's not --

MR. LUBIN:  -- where it says that.

THE COURT:  It doesn't matter because that Judge Tuter is not the Judge anymore.

All right?

MR. LUBIN:  Okay.  No problem.  I just want --

THE COURT:  So --

Case 23-01132-EPK    Doc 384    Filed 01/22/26    Page 20 of 43

12

MR. LUBIN:  -- to mention that he previously --

THE COURT:  -- procedures it's scheduling only.

MR. LUBIN:  I understand, Your Honor.

THE COURT:  Any kind of legal issues we do this in open court with everybody present.  Do you understand?

MR. LUBIN:  Okay.  I understand.

THE COURT:  All right.  That's all I had for today.  Let me -- I don't think we have any future hearings.

Correct?

MR. BRESLIN:  Judge, there -- there are -- there is a matter I would like to take up if I can.

THE COURT:  All right.  And this is all on appeal.

Correct?

MR. BRESLIN:  Yes.

THE COURT:  So what gives me the basis to address anything other than we have a trial with an unrelated party to Mr. Lubin.  We have --

MR. BRESLIN:  Well --

THE COURT: -- a separate trial.

MR. BRESLIN: Which is my point, Judge. There have been multiple filings by Mr. Lubin that's completely inconsistent with your prior order.

They are -- they are in the court file. He is sending your J. A. e-mails asking her to set -- quote -- emergency hearings where they were all -- they were all subsumed into the judgment.

The matter is on appeal. And I would like Your Honor to strike his filings yet again. There are five or six new Avrumi Lubin filings while he has had Counsel just in the past week.

So I could give you the docket number or I could upload an order and draw them -- draw them to Your Honor's attention. I would like those stricken as well because --

You know, our problem is, Judge -- you know -- we represent the FVP parties. And there all these things getting filed. And we just simply can't ignore them.

THE COURT: All right.

MR. BRESLIN: So --

THE COURT: Let me do this just so it will

be a clean slate.

All of Mr. Lubin's motions are stricken because he has an attorney, Mr. Casey. If Mr. Casey does move to withdraw --

I don't see your motion yet. I guess you filed it over the weekend or --

MR. CASEY: Yesterday, Your Honor.

THE COURT: All right. So go ahead and notice it up. Give everybody a chance to be heard. If that is the case and then Mr. Lubin is representing himself, then at that point we will go ahead and I can address anything pro se.

But, Mr. Lubin, you are going to have to roll your sleeves up. Your case is on appeal. So if it's anything that's on appeal, I have no jurisdiction for.

If it's post judgment collection stuff --

MR. LUBIN: It's not on appeal. The order to show cause is not on appeal. The -- the -- the contempt and -- and the accounting and civil theft issue is not on appeal --

THE COURT: Okay.

MR. LUBIN: -- whatsoever. This is -- I mean, I am very confused why it hasn't been

addressed by my attorneys. But if I do an agreed upon order with Mr. Stanley today allowing him to withdraw, that means I can refile the motions today?

THE COURT: Yes.

MR. BRESLIN: Judge, Judge, Judge I would really like Your Honor to set some time down because I filed a motion.

I am going to ask Your Honor to preclude Mr. Lubin from filling anything. I am going to object to Mr. --

MR. LUBIN: That's due process. What?

MR. BRESLIN: Excuse me.

MR. LUBIN: You mean --

MR. BRESLIN: Let me finish.

MR. LUBIN: -- the -- the -- to have any representation including myself?

THE COURT: Hang on. We -- we are not going to interrupt people. Understand? There is a Court Reporter. All right? The Court Reporter can only take down one conversation at a time.

All right? Mr. Breslin is going to speak. And when he is done, Mr. Lubin, you will have a chance to respond. Not yet. It's going to be

Case 23-01132-EPK   Doc 384   Filed 01/22/26   Page 24 of 43

16

when I say you respond by your attorney,
Mr. Casey.  Right now Mr. Casey is your
attorney.  So let me do this.  Mr. Breslin,
briefly.

MR. BRESLIN:  Yes.

THE COURT:  Anything else?

MR. BRESLIN:  Yes.  Thank you, Judge.
Well, we have filed a motion that we are asking
that Your Honor preclude Mr. Lubin from making
anymore filings in this case because of the
vexation litigation conduct that's been going
on for the past year.

In addition to that, Your Honor, he
sends --

THE COURT:  I am not --

MR. BRESLIN:  -- he sends --

THE COURT:  I am not taking --

Mr. Breslin, I am not going to take that
up in a 15 minute case management.  Right now
Mr. Lubin has an attorney, Mr. Casey.  So all
of his --

MR. BRESLIN:  Okay.

THE COURT:  -- individual filings are
stricken.  Mr. Casey, you did not file any of
those.

Case 23-01132-EPK    Doc 384    Filed 01/22/26    Page 25 of 43

17

Correct?

MR. CASEY:  No, Judge.

THE COURT:  So that is correct.

Right?

MR. CASEY:  Yes.

THE COURT:  So all those -- the pro se pleadings are stricken because Mr. Lubin has an attorney who has not filed those.  So those are all stricken if you want to submit an order. All right.

MR. BRESLIN:  I will.

THE COURT:  Mr. Casey, you are moving to withdraw?

MR. CASEY:  Yes, Judge.

MR. LUBIN:  Can I verbally agree to grant --

THE COURT:  All right.  Any objection to --

MR. BRESLIN:  Judge --

MR. LUBIN:  -- the withdrawal?

MR. BRESLIN:  Judge, the FVP parties object.  And we would like the matter set for hearing.  And at that hearing I would explain -- I will explain to you why.

Because what you are going to do is if

Case 23-01132-EPK   Doc 384   Filed 01/22/26   Page 26 of 43

18

Mr. Casey is permitted to withdraw, then we are right back into square one where Mr. Lubin is representing himself and has shown both the past Court and this Court --

THE COURT:  All right.  Well, we are not --

MR. BRESLIN:  -- that he is incapable of that.

THE COURT:  We are not going to address that right now.  You are going to have put it if --

MR. BRESLIN:  Thank you.  I will.

THE COURT:  Mr. Casey, I haven't seen your motion to withdraw.  So you are going to have to go ahead and set the motion.

Okay?

MR. CASEY:  Okay.

THE COURT:  And then at that point I will entertain the motion to withdraw and then --

But right now, Mr. Lubin, you still have an attorney.

MR. LUBIN:  Okay.  I can agree to withdraw today.

No?

THE COURT:  What's that?

MR. LUBIN: I can -- I can do an agreed order where I allow him to withdraw today.

THE COURT: No. He needs to file it and set it for hearing.

Okay? All right.

MR. LUBIN: Okay.

THE COURT: So we will see you at the next hearing.

MR. LUBIN: Okay.

THE COURT: But most of this stuff is on appeal, my understanding.

MR. LUBIN: It's on -- nothing is on appeal. The only thing that is on appeal is the clarification order, not a Court upon -- non-Court --

THE COURT: Mr. Casey, is anything on appeal? Mr. Casey.

MR. LUBIN: A clarification.

MR. CASEY: Well, yes, Judge. A notice of appeal was filed. We still don't have a briefing schedule from the Fourth DCA, but a lot of these pretrial motions were part of the record.

And certainly my understanding was that they were going to be appealable issues that

20

the Court will review.

THE COURT: It says here: "Notice of appeal. Appellant, Avrumi Lubin, hereby appeals the final judgment orders of October 3, 2025 and October 6, 2025 from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County Florida to the Fourth District Court of Appeal." And it's signed by Stanley Casey.

MR. LUBIN: None of these issues are on appeal.

THE COURT: Okay. I am glad --

MR. LUBIN: I will get them -- I will have a discussion --

THE COURT: Mr. Lubin, there is a Court Reporter. I mean --

MR. LUBIN: Yeah.

THE COURT: -- all of these things -- again, I have no idea what's going to be filed. But you have an attorney. And you have been advised you have an attorney. Let your attorney speak for you.

All right. You all have a great day. We will --

MR. BRESLIN: All right. Thank you, Your

Honor.

MR. CASEY:  Thank you, Judge.

MR. BUSCHEL:  Thank you, Judge.

THE COURT:  All right.

MR. MCMULLEN:  Thank you, Judge.  Take care.

MR. GHERMAN:  Wait, Judge.  We -- good morning.  There is another part to the -- we set it --

My name is Scott Gherman.  I represent Moshe Farache.  I am here with my co-counsel, Maury Udell.  I also see Richard Jones here.  He represents Kurkin, Forehand and Brandes.

THE COURT:  Okay.

MR. GHERMAN:  There is a -- there is still a pending cross-claim.  And as we saw at the C. --

It's been stayed where we were pending the outcome of the main case by --

THE COURT:  This status was strictly to address Mr. Lubin's --

MR. GHERMAN:  Okay.  I saw it as a C. M. C. and just, you know --

THE COURT:  -- his filings without an attorney.

MR. UDELL: Can we set up a --

MR. GHERMAN: Okay.

MR. UDELL: Can we set up a status for the cross-claim, Judge?

THE COURT: All right. So the cross-claim is who against who?

MR. UDELL: It's A. W. B. and Farache versus --

MR. GHERMAN: It's --

MR. UDELL: -- Brandes, the lawyer -- the law firm.

MR. GHERMAN: Kurkin and Forehand.

THE COURT: All right. I have -- so, Mr. Breslin, what is the trial that's set for March twentieth?

MR. BRESLIN: Judge, that is the -- it's a fraudulent transfer claim against one Defendant. That's an FVP case. That's the only remaining FVP case other than the one that's on appeal.

The -- the cross-claim that they are referring to Mr. -- after Mr. Farache got sued he sued -- he cross-claimed against another Defendant.

THE COURT: But you are not involved in

that.

Correct?

MR. BRESLIN:  Pardon me.

THE COURT:  You are not involved in that?

MR. BRESLIN:  No.  That is strictly a cross --

THE COURT:  I see --

MR. BRESLIN:  It's a malpractice case against -- against his attorney that was brought within this case.  And it was set -- it was severed out.

So it has --

MR. GHERMAN:  It was severed --

MR. BRESLIN:  -- nothing to do with our claims.

MR. GHERMAN:  It was severed and then you stayed it pending the outcome of the main claim between Farache and FVP.  So that's now been -- been settled.

So we are looking to get this one started up again.

THE COURT:  All right.  Well, do you all need a trial order?

MR. JONES:  Yes, Your Honor.  We do.  There has been a little bit of a disagreement

among the parties in terms of the logistics of that.

But from my perspective the -- part of the reason why we stayed and severed the underlying case is because the claims against my -- my client -- Kurkin, Forehand and Brandes -- were essentially premised upon --

The theory in short was that my client was somehow responsible for all of this litigation basically breaking out. And in a litigation malpractice claim you really can't establish those things until the underlying litigation is over.

So however you looked at it, it was arguably either premature or should have been stayed or you couldn't establish if there were any injuries.

So we are -- we are basically on the precipice now of a new claim. Mr. Udell and Mr. Gherman had indicated they also intend to add additional parties to the claim.

So, although, I do agree that we need to get this case organized and set up, I do believe it's going to be a fair amount of labor. This is not going to be something in my

NYSCEF DOC. NO. 1020                              RECEIVED NYSCEF: 01/21/2026

25

opinion that can get wrapped up in relatively short order.

As an aside the parties are in the process of scheduling a mediation to occur at the end of February. So hopefully the parties will be able to resolve the matter or make some progress there.

THE COURT: Why don't I set this for a -- another case management conference? How about March eighteenth? March eleventh? Some time in March after your mediation.

And at that point if it's not resolved, we will set it for trial. Will this be jury or non-jury?

MR. JONES: The Plaintiffs had previously requested a jury trial. Assuming that they continue to maintain that, then that's how it will be.

I am available on either the eleventh or the eighteenth.

THE COURT: I will set it for March eleventh for a case management. And then I am going to put on there --

So, Christine, when you set it on that docket, put for malpractice cross-claim only.

Case 23-01132-EPK   Doc 384   Filed 01/22/26   Page 34 of 43

26

Got that, Christine?

THE JUDICIAL ASSISTANT: Yes. What did you say, Judge? The first?

THE COURT: No. March eleventh --

MR. JONES: March eleventh.

THE COURT: -- for case management conference. And when you put it on the docket, put malpractice cross-claim only.

THE JUDICIAL ASSISTANT: Okay.

THE COURT: And so we will -- yeah. We will figure out at that point when to set that for trial.

MR. UDELL: Judge, I believe there was a stay --

MR. JONES: Excellent.

MR. UDELL: -- order entered. So I guess if one was entered I think that needs to be lifted.

THE COURT: All right. Everybody agree?

MR. JONES: Yes, Your Honor.

MR. GHERMAN: Yes.

MR. BRESLIN: Yes.

THE COURT: All right. Upload just a short order -- agreed order just in light of the underlying litigation being completed, the

Case 23-01132-EPK    Doc 384    Filed 01/22/26    Page 35 of 43

27

stay is lifted.

        MR. UDELL:  Fair enough.

        THE COURT:  All right.

        MR. JONES:  Thank you, Your Honor.

        MR. GHERMAN:  Thank you, Judge.

        MR. UDELL:  Thank you, Judge.

            (The hearing was concluded at

        9:30 a.m.)

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, ELIAS MARTINEZ, Certified Court Reporter, a Notary Public in and for State of Florida at Large,

DO HEREBY CERTIFY that the foregoing hearing was taken before via Videoconference, on the 20th day of January, 2026, commencing at or about 9:15 a.m.; and the foregoing pages 1 through 28 inclusive are a true record and correct transcription of my stenographic notes.

I further certify that I am not a relative or employee of any of the parties, nor relative or employee of such attorney or counsel, or financially interested in the foregoing action.

DATED this 21st day of January, 2026, the City of Miami, County of Miami-Dade, State of Florida.

*Elias Martinez*
ELIAS MARTINEZ

| | | |
|---|---|---|
| **&** 14 3:20 4:3 5:3,10 (5) | 22:20 (16) | **between** 23:18 |
| **17th** 2 | **appealable** 19:25 | **biscayne** 4:4 |
| **20th** 28:10 | **appeals** 20:4 | **bit** 23:25 |
| **21st** 28:18 | **appearances** 3:1 4:1 5:1 7:25 | **blvd** 3:9 4:4 5:11 |
| **able** 25:6 | (4) | **boca** 4:24 5:7 |
| **about** 25:9 28:10 | **appearing** 3:5,11,17,23 | **both** 18:3 |
| **aboveentitled** 2:11 | 4:6,12,17,23 5:6,13 (10) | **brandes** 15,16 5:13 21:13 |
| **absolutely** 11:13 | **appellant** 20:3 | 22:10 24:6 (6) |
| **accounting** 14:21 | **appellate** 4:6 8:19 | **breaking** 24:10 |
| **action** 28:17 | **are** 7:17,21 8:4,9 9:16,20 | **breslin** 3:2,3 7:6 8:2,3,12 |
| **actually** 9:13 | 10:10 11:3,16 12:14 13:6,6,13 | 11:11,13 12:14,20,25 13:2,24 |
| **add** 24:21 | 14:2,14 15:18 16:8,23 | 15:6,13,15,23 |
| **addition** 16:13 | 17:7,8,12,25 18:1,5,9,10,14 | 16:3,5,7,16,18,22 17:11,19,21 |
| **additional** 24:21 | 20:10 22:21,25 23:4,20 | 18:7,12 20:25 22:14,16 |
| **address** 12:22 14:12 18:9 | 24:18,18 25:3 28:12 (36) | 23:3,5,8,14 26:22 (36) |
| 21:21 (4) | **arguably** 24:15 | **breslin12** 6:4 |
| **addressed** 15:1 | **argument** 6:3 | **briefing** 19:21 |
| **advised** 20:21 | **aside** 25:3 | **briefly** 16:4 |
| **after** 22:22 25:11 | **ask** 15:9 | **brought** 23:10 |
| **again** 13:12 20:19 23:21 | **asking** 13:7 16:8 | **broward** 3,10 2:3 20:7 (4) |
| **against** 22:6,17,23 23:9,9 | **assistant** 11:10 26:2,9 | **burt** 4:3 |
| 24:5 (6) | **associates** 4:3 | **buschel** 3:8,8 8:16,16 21:3 (5) |
| **agency** 7:17 | **assuming** 25:16 | **buschel@bglawpacom** 3:10 |
| **agree** 17:15 18:22 24:22 | **attention** 13:17 | **c** 4:20,21 21:17,22,23 (5) |
| 26:19 (4) | **attorney** 9:8,21 | **cace** 7:22 |
| **agreed** 15:2 19:1 26:24 | 10:1,1,19,20,21 14:3 16:1,3,20 | **cace2205125** 4 |
| **ahead** 14:8,12 18:15 | 17:8 18:21 20:20,21,22 21:25 | **call** 10:18 |
| **aka** 13 | 23:9 28:16 (19) | **came** 2:12 |
| **al** 7:3,4,23,24 (4) | **attorneys** 8:4 11:3 15:1 | **can** 7:25 10:4,21 12:16 14:12 |
| **alan** 3:14,14 8:11,13 (4) | **auto** 21 4:24 5:1001 | 15:3,21 17:15 18:22 19:1,1 |
| **alankartenlaw@gmailcom** | **available** 25:19 | 22:1,3 25:1 (14) |
| 3:16 | **avenue** 3:21 4:1300 | **can't** 13:22 24:11 |
| **allison** 15 | **avrumi** 13 4:17 13:13 20:3 (4) | **cannot** 11:1 |
| **allow** 19:2 | **b** 22:7 | **capital** 13,22,19 |
| **allowing** 15:3 | **back** 18:2 | **care** 21:6 |
| **also** 21:12 24:20 | **bar** 13 | **case** 4 2:12 7:13,22 10:4,7 |
| **although** 24:22 | **basically** 24:10,18 | 14:10,15 16:10,19 21:19 |
| **am** 2:4,4 7:23 9:10,11 10:17 | **basis** 12:21 | 22:18,19 23:8,10 24:5,23 |
| 14:25 15:9,10 16:15,17,18 | **bayshore** 5:4 | 25:9,22 26:6 (20) |
| 20:12 21:11 25:19,23 27:8 | **beach** 10 3:33435 4:16,22 (4) | **cases** 7:11 |
| 28:11,14 (19) | **because** 11:20 13:18 14:3 | **casey** 4:14,15 9:15,15,17,23 |
| **among** 24:1 | 15:8 16:10 17:7,25 24:5 (8) | 14:3,4,7 16:2,2,20,24 |
| **amount** 24:24 | **before** 2:12 9:25 10:17 28:9 | 17:2,5,12,14 18:1,13,17 |
| **another** 21:8 22:23 25:9 | (4) | 19:16,17,19 20:9 21:2 (25) |
| **anymore** 11:21 16:10 | **behalf** 3:5,11,17,23 | **casey19** 6:5 |
| **anything** 12:22 14:12,16 | 4:12,17,23 5:6,13 8:8,14,17,25 | **cause** 14:20 |
| 15:10 16:6 19:16 (6) | 9:4,17 (15) | **center** 4:10 |
| **appeal** 12:18 13:11 | **beighley** 5:3 | **certainly** 19:24 |
| 14:15,16,19,20,22 | **being** 26:25 | **certificate** 6:22 28:1 |
| 19:11,13,13,17,20 20:3,8,11 | **believe** 24:24 26:13 | **certified** 2:15 28:5 |

Prestige Reporting Service, Inc. (954) 764-7297 | info@prestigereportingservice.com

Case 23-01132-EPK   Doc 384   Filed 01/22/26   Page 38 of 43

certify 28:8,14
chambers 10:18
chance 14:9 15:25
christine 25:24 26:1
churchill 3:15
circuit 2,2 2:13 20:5,6 (5)
city 28:19
civil 14:22
claim 22:17 23:17
24:11,19,21 (5)
claims 23:15 24:5
clarification 19:14,18
clarify 10:7
clean 14:1
client 24:6,8
clint 12 4:24 5:1001
cocounsel 10:5 21:11
cohen 3:20
collection 14:18
commencing 28:10
communicate 11:9
company
 6,6,12,13,17,22,19,20,21,22
(10)
completed 26:25
completely 13:4
concluded 27:7
conduct 16:11
conference 10:8 25:9 26:7
confirm 7:11
confused 14:25
consulting 22
contempt 14:21
continue 25:17
conversation 15:21
coplaintiff 8:22
corporation 10,10,13,14,18
(5)
correct 9:22 10:9 12:13,19
17:1,3 23:2 28:12 (8)
could 11:9 13:15,16
couldn't 24:16
counsel 4:6 6:3 8:19 13:14
28:16 (5)
county 3 2:3 20:7 28:3,19 (5)
court 2 2:15
7:2,4,7,8,10,16,17,19,21
8:10,12,15,21
9:2,6,13,16,20,24
10:10,12,14,16,16,24

11:1,1,3,4,12,14,18,20,25
12:3,6,7,10,17,21 13:1,6,23,25
14:8,23 15:5,18,20,20
16:6,15,17,23 17:3,6,12,17
18:4,4,5,9,13,18,25
19:3,7,10,14,16
20:1,2,5,8,12,15,15,18
21:4,14,20,24 22:5,13,25
23:4,7,22 25:8,21
26:4,6,10,19,23 27:3 28:5 (99)
court19 6:15
courtroom 11:9
cross 23:6
crossclaim 21:16 22:4,5,21
25:25 26:8 (6)
crossclaimed 22:23
currently 9:21
d 6:1
dadeland 5:11
dated 28:18
david 2:12 10:6
day 20:23 28:10,18
dba 14
dca 19:21
dcg 18
defendant 3:23 22:18,24
defendants 24 9:3
delaware 5,5,6,20 (4)
delray 4:22
development 16
different 11:2
disagreement 23:25
discussion 20:14
district 20:7
docket 13:15 25:25 26:7
does 14:4
doesn't 9:13 11:20
done 10:17 15:24
dorsey 4:9 8:24,25 9:2 (4)
down 9:25 15:7,21
draw 13:16,16
drive 3:15 4:16050 5:4
due 15:12
e 3:169,9 6:1
eighteenth 25:10,20
either 24:15 25:19
eleventh 25:10,19,22 26:4,5
(5)
elias 2:14 7:8 28:5,23 (4)
elliot 4:3 8:19

elliot@kulalegalcom 4:5
else 16:6
email 10:20 11:8
emails 13:7
emergency 13:8
employee 28:15,16
end 25:4
enough 27:2
entered 26:16,17
enterprises 19
entertain 18:19
esq 4:14 5:3
esquire 3:3,8,14 4:3,9,15,21
5:10 (8)
esquire's 3:20
essentially 24:7
establish 24:11,16
estates 4:16050
et 7:3,4,23,24 (4)
everybody 11:4 12:7 14:9
26:19 (4)
excellent 26:15
excuse 8:13 15:13
executive 4:10
explain 17:24,24
f 10:6
fair 24:24 27:2
family 20
farache 11,11 4:23,24 5:6
21:11 22:7,22 23:18 (9)
february 25:5
figure 26:11
file 9:18 13:6 16:24 19:3 (4)
filed 13:21 14:6 15:8 16:8
17:8 19:20 20:19 (7)
filing 11:16
filings 13:3,12,13 16:10,23
21:24 (6)
filling 15:10
final 20:4
financially 28:16
finish 15:15
firm 22:11
first 26:3
five 13:13
flagler 3:169
floor 3:9
florida
 3,10,10,12,13,14,15,16,17,19,
19,20 2:3

Prestige Reporting Service, Inc. (954) 764-7297 | info@prestigereportingservice.com

3:4,33301,33435,33316
4:33181,33431,16,22
5:33133,33156 20:7 28:2,7,20
(27)
**foregoing** 28:8,11,17
**forehand** 15 5:13 21:13 22:12
24:6 (5)
**fourth** 19:21 20:7
**franklin** 19 4:12 8:22,25 (4)
**fraudulent** 22:17
**freeman** 5:10
**fund** 5 7:3,23,23 (4)
**funding** 19
**further** 28:14
**future** 12:12
**fvp** 5,5,6 7:2,22
8:1,3,8,14,17,19 13:20 17:21
22:18,19 23:18 (16)
**gary** 5:10
**get** 7:25 20:13 23:20 24:23
25:1 (5)
**getting** 13:21
**gherman** 4:20,21
21:7,10,15,22 22:2,9,12
23:13,16 24:20 26:21 27:5 (14)
**gherman21** 6:6
**gibbons** 3:8
**give** 13:15 14:9
**gives** 12:21
**glad** 20:12
**go** 14:8,12 18:15
**going** 14:14 15:9,10,19,23,25
16:11,18 17:25 18:9,10,14
19:25 20:19 24:24,25 25:23
(17)
**good** 7:8
8:2,10,15,16,18,21,24 9:2,6
21:7 (11)
**goodman** 2008
**gori** 20
**got** 22:22 26:1
**graner** 14,14,15
**grant** 17:16
**great** 20:23
**group** 14
**guess** 14:5 26:16
**haimes** 2:13
**hang** 15:18
**has** 10:1 13:14 14:3 16:20
17:7,8 18:3 23:12,25 (9)

**hasn't** 14:25
**haven't** 18:13
**he** 11:8 12:1 13:7,14 14:3
15:24 16:13,16 18:7 19:3
21:13 22:23,23 (13)
**heard** 14:10
**hearing** 2:12,14 17:23,23
19:4,8 27:7 28:9 (8)
**hearings** 12:12 13:8
**her** 13:7
**here** 7:11 10:10,17 11:3 20:2
21:11,12 (7)
**hereby** 20:3 28:8
**hi** 13
**him** 15:3 19:2
**himself** 14:11 18:3
**his** 13:12 16:21 21:24 23:9 (4)
**honor** 7:6,7,16 8:3,18,24
10:4,15,25 12:5 13:12 14:7
15:7,9 16:9,13 21:1 23:24
26:20 27:4 (20)
**honor's** 13:17
**honorable** 2:12
**hopefully** 25:5
**hour** 11:16
**how** 8:8 25:9,17
**however** 24:14
**idea** 20:19
**identify** 8:5
**ignore** 13:22
**iii** 5 7:3,23
**illinois** 21
**inc** 10,10,12,22 (4)
**incapable** 18:7
**including** 15:17
**inclusive** 28:12
**inconsistent** 13:4
**incorrect** 11:13
**indicated** 24:20
**individual**
11,11,11,12,14,15,16,18 16:23
(9)
**individually** 9:5
**injuries** 24:17
**intend** 24:20
**interested** 28:17
**interrupt** 15:19
**into** 13:9 18:2
**investments** 5
**involved** 11:2 22:25 23:4

**irrevocable** 2008
**is** 7:2,9,11,13 10:3,7 11:21
12:15,17 13:2,7,11,19
14:10,11,15,20,22,24
15:20,23,24 16:2 17:3,25
18:1,2,7 19:10,12,13,13,16
20:15 21:8,10,15,15 22:6,14,16
23:5 24:5,12,25 27:1 (46)
**issue** 14:22
**issues** 11:2 12:6 19:25 20:10
(4)
**j** 2008 3:20 13:7
**january** 28:10,18
**jb@jsjblcom** 3:5
**jerrell** 3:3
**jerry** 8:3
**jersey** 22
**jmd** 19
**jones** 5:10 21:12 23:24 25:15
26:5,15,20 27:4 (8)
**jones23** 6:8
**josh** 13
**judge** 2:13 8:8,17 9:15,23
10:5 11:6,6,10,11,21,21 12:14
13:2,19 15:6,6,6 16:7
17:2,14,19,21 19:19 21:2,3,5,7
22:4,16 26:3,13 27:5,6 (34)
**judge's** 11:10
**judgment** 8:14 13:10 14:18
20:4 (4)
**judicial** 2 20:6 26:2,9 (4)
**jurisdiction** 14:17
**jury** 25:13,16
**just** 7:10 10:6,6,10 11:23
13:14,22,25 21:23 26:23,24
(11)
**karma** 10,10
**karten** 3:14,14 8:11,13,13,15
(6)
**kenneth** 2008
**kind** 12:6
**know** 13:19,20 21:23
**kristen** 11
**kula** 4:3,3 8:18,19,21 (5)
**kurkin** 15 5:13 21:13 22:12
24:6 (5)
**labor** 24:25
**langley** 10:6
**large** 28:7
**las** 3:9

lauderdale 3:33301,33316
law 14 3:14 22:11
lawyer 22:10
legal 12:6
let 7:10,25 12:11 13:25 15:15 16:3 20:21 (7)
liability 6,6,12,13,16,17,19,20,21,22 (10)
lifted 26:18 27:1
light 26:24
like 8:5 12:15 13:11,17 15:7 17:22 (6)
lillian 18
limited 5,6,6,12,13,15,16,17,19,20,20,20,21,22 (14)
lisa 11 4:23 5:6
list 11:8
litigation 16:11 24:9,10,12 26:25 (5)
little 23:25
llc 5,6,12,13,16,17,19,20,21,22 4:24 5:1001 7:23 (13)
llp 15 5:10
logistics 24:1
long 11:7
looked 24:14
looking 23:20
lorne 5:3
lot 19:22
lp 5 7:3,23
lubin 13,14 4:17 9:4,4,7,10,17,24 10:3,11,13,15,16,23,25 11:6,15,19,23 12:1,5,9,23 13:3,13 14:10,14,19,24 15:10,12,14,16,24 16:9,20 17:7,15,20 18:2,20,22 19:1,6,9,12,18 20:3,10,13,15,17 (53)
lubin's 14:2 21:21
lynne 5:3
m 21:22
main 21:19 23:17
maintain 25:17
make 25:6
making 16:9
malpractice 23:8 24:11 25:25 26:8 (4)

management 7:14 10:7 16:19 25:9,22 26:6 (6)
march 22:15 25:10,10,11,22 26:4,5 (7)
mark 16
martinez 2:15 7:8,15 28:5,23 (5)
mathis 5:10
matter 9:14 11:20 12:15 13:11 17:22 25:6 (6)
maury 5:3 21:12
mcmullen 3:20,20 8:7,7,10 21:5 (6)
me 7:10,25 8:13 11:7 12:11,21 13:25 15:13,15 16:3 23:3 (11)
mean 14:25 15:14 20:16
means 15:3
mediation 25:4,11
mention 12:1
miami 3:4 4:16 28:19
miamidade 28:3,19
michael 3:20 8:7
michael@floridajusticefirmcom 3:22
middle 9:11
millcoatwater 21
minute 16:19
mms 12
moore 12 4:24 5:1001
morning 7:8 8:2,10,15,17,18,21,24 9:2,6 21:8 (11)
moshe 11 4:23 5:6 21:11 (4)
most 19:10
motion 9:18 14:5 15:8 16:8 18:14,15,19 (7)
motions 10:13 14:2 15:4 19:22 (4)
move 14:4
moving 17:12
mudell@bmulawcom 5:5
multiple 13:3
my 13:2 15:1 19:11,24 21:10,11 24:3,5,5,8,25 28:13 (12)
myrick 5:3
myself 9:4 15:17
n 6:1
name 21:10

need 23:23 24:22
needs 19:3 26:17
new 13,22,22 13:13 24:19 (5)
next 19:7
no 4 10:14 11:23 14:16 17:2 18:24 19:3 20:19 23:5 26:4 (10)
nobody 7:11
noncourt 19:15
none 20:10
nonjury 25:14
nor 28:15
notary 28:6
notes 28:13
nothing 19:12 23:14
notice 2:11 11:15 14:9 19:19 20:2 (5)
now 16:2,19 18:10,20 23:18 24:19 (6)
number 13:15
nw 4:10
object 15:11 17:22
objection 17:17
occur 25:4
october 20:4,5
office 3:14
oh 9:16
olas 3:9
one 10:7 15:21 18:2 22:17,19 23:20 26:17 (7)
only 12:4 15:21 19:13 22:19 25:25 26:8 (6)
open 12:7
opinion 25:1
opportunity 5 7:3,22
order 10:3 13:5,16 14:19 15:2 17:9 19:2,14 23:23 25:2 26:16,24,24 (13)
ordering 10:18
orders 20:4
organized 24:23
other 10:13 12:22 22:19
our 13:19 23:14
out 10:21 23:11 24:10 26:11 (4)
outcome 21:19 23:17
over 14:6 24:13
pa 14,15 3:8,14,20 4:3,9,20 5:3 (9)
page 4:9

pages 28:11
palm 10
pardon 23:3
part 19:22 21:8 24:3
parties 4:12 8:3,8,14,20 9:1 13:20 17:21 24:1,21 25:3,5 28:15 (13)
partnership 5,16,20,21 (4)
party 12:23
past 11:7 13:14 16:12 18:4 (4)
patrick 4:9 8:25
pdorsey@slplaw 4:11
pending 21:16,18 23:17
people 15:19
permitted 18:1
perspective 24:3
plaintiff 8:1
plaintiffs 8 3:5,11,17 8:23 25:15 (6)
platzek 14
pleadings 17:7
please 8:6
pllc 3:2
point 13:2 14:11 18:18 25:12 26:11 (5)
post 8:14 14:18
precipice 24:19
preclude 15:9 16:9
premature 24:15
premised 24:7
present 7:9 11:4 12:7
prestige 7:19
pretrial 19:22
previously 12:2 25:15
prime 21
prior 7:11 13:4
pro 10:5 14:12 17:6
problem 11:23 13:19
procedures 12:3
proceedings 7:1
process 15:12 25:3
profit 14
progress 25:7
public 28:6
pursuant 2:11
put 11:15 18:10 25:23,25 26:7,8 (6)
quinn 4:15
quote 13:8
reach 10:21

really 15:7 24:11
reason 24:4
record 7:22 8:6 9:14,21 19:23 28:12 (6)
referring 22:22
refile 15:4
relative 28:14,15
relatively 25:1
remaining 22:19
reported 2:14
reporter 2:15 7:5,7,9,16,19 10:17 11:4 15:20,21 20:16 28:1,6 (13)
reporter28 6:22
reporting 7:19
represent 13:20 21:10
representation 15:17
representing 14:11 18:3
represents 21:13
requested 25:16
resolve 25:6
resolved 25:12
respond 15:25 16:1
responsible 24:9
review 20:1
richard 4:9 5:10 21:12
richardjones@fmglawcom 5:12
right 7:2,10,13,21 8:22 9:3,6,9,24 11:1,12,22 12:10,17 13:23 14:8 15:20,23 16:2,19 17:4,10,17 18:2,5,10,20 19:5 20:23,25 21:4 22:5,13 23:22 26:19,23 27:3 (37)
road 9:25
robert 3:8 8:16
roberts 18
roll 14:15
row 16
ruling 6:14
s 5:4,11
said 11:8
same 10:20
savannah 16
saw 21:16,22
say 16:1 26:3
says 10:4 11:16,19 20:2 (4)
scasey@scaseylawcom 4:17
schedule 10:24 19:21
scheduling 12:3 25:4

schwartz 3:2
scott 10 4:20,21 7:3,24 21:10 (6)
se 3:21 10:5 14:13 17:6 (4)
see 14:5 19:7 21:12 23:7 (4)
seen 18:13
sending 13:7
sends 16:14,16
separate 13:1
service 7:20 11:8
services 12
servicing 6
set 13:8 15:7 17:22 18:15 19:4 21:9 22:1,3,14 23:10 24:23 25:8,13,21,24 26:11 (16)
settled 23:19
seventeenth 20:6
several 8:4,4
severed 23:11,13,16 24:4 (4)
sgherman@scottghermanpac om 4:23
short 24:8 25:2 26:24
should 24:15
show 14:20
shown 18:3
shraiberg 4:9
signature 28:22
signed 20:8
simply 13:22
six 13:13
slate 14:1
sleeves 14:15
so 7:13 11:12,25 12:21 13:15,24,25 14:8,16 16:3,20 17:3,6,8 18:14 19:7 22:5,13 23:12,18,20 24:14,18,22 25:5,24 26:10,16 (28)
some 15:7 25:6,10
somehow 24:9
something 24:25
sorry 7:23 10:23
speak 15:23 20:22
square 18:2
stanley 4:14,15 9:15 15:2 20:8 (5)
start 7:25
started 23:20
state 28:2,6,19
status 21:20 22:3
stay 26:14 27:1

| | | |
|---|---|---|
| **stayed** 21:18 23:17 24:4,16 (4) | **transfer** 22:17 | **which** 13:2 |
| **stenographic** 28:13 | **trial** 12:22 13:1 22:14 23:23 25:13,16 26:12 (7) | **while** 13:14 |
| **stenographically** 2:14 | **true** 28:12 | **who** 17:8 22:6,6 |
| **still** 9:10,14,20 18:20 19:20 21:15 (6) | **trust** 2008 | **whole** 11:8 |
| **street** 3:169 | **trustee** 19 | **wholesale** 4:24 5:7 |
| **stricken** 13:18 14:2 16:24 17:7,9 (5) | **tuscany** 4:16050 | **why** 14:25 17:24 24:4 25:8 (4) |
| **strictly** 21:20 23:5 | **tuter** 10:5 11:7,21 | **will** 11:15 13:25 14:12 15:24 17:11,24 18:12,18 19:7 20:1,13,13,24 25:5,13,13,18,21 26:10,11 (20) |
| **strike** 13:12 | **twentieth** 22:15 | **withdraw** 9:18 14:4 15:3 17:13 18:1,14,19,22 19:2 (9) |
| **stuff** 14:18 19:10 | **u** 15 | **withdrawal** 17:20 |
| **submit** 17:9 | **udell** 5:3,3 21:12 22:1,3,7,10 24:19 26:13,16 27:2,6 (12) | **withdrawn** 10:1 |
| **subsumed** 13:9 | **udell23** 6:7 | **withdraws** 10:21 |
| **such** 28:16 | **ultimate** 12 | **within** 23:10 |
| **sued** 22:22,23 | **underlying** 24:4,12 26:25 | **without** 21:24 |
| **suite** 3:169,9 4:4,10,1300 5:4,11 (7) | **understand** 10:19 11:5 12:5,8,9 15:19 (6) | **would** 8:5 12:15 13:11,17 15:6 17:22,23 (7) |
| **sure** 8:7 9:12 | **understanding** 19:11,24 | **wrapped** 25:1 |
| **take** 12:15 15:21 16:18 21:5 (4) | **unless** 11:3 | **x** 6:1 |
| **taken** 28:9 | **unraveling** 9:11 | **y** 10:6 |
| **taking** 16:17 | **unrelated** 12:23 | **yeah** 11:6 20:17 26:10 |
| **terms** 24:1 | **until** 10:1 24:12 | **year** 16:12 |
| **than** 12:22 22:19 | **up** 12:15 14:9,15 16:19 22:1,3 23:21 24:23 25:1 (9) | **yes** 7:7,16 8:2 9:15,23 10:10 11:6 12:20 15:5 16:5,7 17:5,14 19:19 23:24 26:2,20,21,22 (19) |
| **thank** 10:15 16:7 18:12 20:25 21:2,3,5 27:4,5,6 (10) | **upload** 13:16 26:23 | **yesterday** 9:18 14:7 |
| **that's** 11:13 12:10 13:4 14:16 15:12 16:11 22:14,18,18,20 23:18 25:17 (12) | **upon** 15:2 19:14 24:7 | **yet** 13:12 14:5 15:25 |
| **theft** 14:22 | **used** 9:8 | **york** 13,22 |
| **them** 8:5 13:16,17,22 20:13 (5) | **vantiff** 17 | **your** 7:6,7,16 8:2,18,24 10:1,4,15,21,25 11:2 12:5 13:4,7,12,17 14:5,7,15,15 15:7,9 16:1,2,9,13 18:13 20:21,25 23:24 25:11 26:20 27:4 (34) |
| **themselves** 8:5 | **verbally** 17:15 | **zankl** 11,11 7:4,24 (4) |
| **theory** 24:8 | **versus** 7:3,24 22:8 | **221** 4:4 |
| **these** 13:21 19:22 20:10,18 (4) | **very** 14:25 | **300** 4:10 |
| **thing** 10:7,20 19:13 | **vexation** 16:11 | **305** 3:16 4:5 5:5,12 (4) |
| **things** 13:21 20:18 24:12 | **via** 2:13 28:9 | **501** 3:9 |
| **think** 9:10 12:11 26:17 | **videoconference** 2:13 28:9 | **561** 4:11 |
| **thomas** 15 | **vs** 9 | **618** 4:1300 |
| **those** 13:18 16:25 17:6,8,8 24:12 (6) | **w** 22:7 | **700** 3:169,9 |
| **though** 9:19 | **wait** 21:7 | **770** 5:4 |
| **through** 28:11 | **want** 10:6 11:24 17:9 | **915** 2:4 7:2,12,13 28:11 (5) |
| **time** 15:7,22 25:10 | **washington** 4:1300 | **930** 2:4 27:8 |
| **today** 12:11 15:2,4 18:23 19:2 (5) | **wealth** 2008 | **954** 3:10,22 |
| **told** 11:7 | **week** 13:14 | **1001** 12 4:24 5:1001 |
| **transcription** 28:13 | **weekend** 14:6 | **1132** 3:21 |
| | **well** 8:8 9:13 12:25 13:18 16:8 18:5 19:19 23:22 (8) | |
| | **what's** 18:25 20:19 | |
| | **whatsoever** 14:24 | |
| | **when** 15:24 16:1 25:24 26:7,11 (5) | |
| | **where** 11:19 13:8 18:2 19:2 21:18 (5) | |

Prestige Reporting Service, Inc. (954) 764-7297 | info@prestigereportingservice.com

Case 23-01132-EPK Doc 384 Filed 01/22/26 Page 43 of 43

| | | |
|---|---|---|
| **2000** 5:11 | | |
| **2025** 20:5,5 | | |
| **2026** 2:20 28:10,18 | | |
| **2385** 4:10 | | |
| **2601** 5:4 | | |
| **3386** 3:15 | | |
| **9130** 5:11 | | |
| **12000** 4:4 | | |
| **33119** 4:16 | | |
| **33131** 3:4 | | |
| **33133** 5:33133 | | |
| **33156** 5:33156 | | |
| **33181** 4:33181 | | |
| **33301** 3:33301 | | |
| **33316** 3:33316 | | |
| **33431** 4:33431 | | |
| **33435** 3:33435 | | |
| **33446** 4:22 | | |
| **225125** 7:22 | | |
| **2516625** 4:561 | | |
| **3493930** 5:5 | | |
| **3543858** 4:5 | | |
| **4430800** 4:11 | | |
| **4902767** 3:16 | | |
| **5237774** 3:22 | | |
| **5305748** 3:10 | | |
| **5774626** 3:305 | | |
| **6703700** 5:12 | | |
| **9461510** 4:305 | | |