

**ORDERED in the Southern District of Florida on January 26, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                                   Case No. 22-12790-EPK
                                                          Chapter 7

      Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

      Plaintiff,

v.                                                        Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

      Defendants.

_____/

**ORDER DENYING (A) EMERGENCY MOTION FOR ENTRY
OF (I) PRESERVATION ORDER, (II) PROTECTIVE ORDER,
AND (III) LIMITED CONTINUANCE OR, IN THE ALTERNATIVE,
EXPEDITED STATUS CONFERENCE AND SCHEDULING GUARDRAILS,
AND (B) ORE TENUS MOTION FOR CONTINUANCE OF TRIAL**

This matter came before the Court for hearing on January 16, 2026 on the

Page 1 of 2

*Emergency Motion for Entry of (I) Preservation Order, (II) Protective Order, and (III) Limited Continuance or, in the Alternative, Expedited Status Conference and Scheduling Guardrails* [Dkt. No. 368; the "Motion"] filed by defendant Avrumi (Josh) Lubin.  In addition, at the hearing replacement counsel appeared for defendant Spin Capital LLC and made an *ore tenus* motion for the Court to continue trial in this adversary proceeding.  For the reasons stated on the record, it is ORDERED and ADJUDGED as follows:

1.      The Motion [Dkt. No. 368] is DENIED.

2.      Spin Capital LLC's *ore tenus* motion to continue trial in this adversary proceeding is DENIED, without prejudice to the pending written motion for continuance of trial which the Court will consider separately [Dkt. Nos. 378 and 379].

###

Copy furnished to:
James A. Rand, Esq.

*James A. Rand, Esq. must serve a copy of this Order on all appropriate parties and file a certificate of service.*