UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED-USBC, FLS-MIA
'26 JAN 26 PM 12:02

In re:

Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,

Chapter 7

Debtor.

_____/

NICOLE TESTA MEHDIPOUR,

Adv. Pro. No. 23-01132-EPK

as Chapter 7 Trustee for

Excell Auto Group, Inc.,

Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

Defendants.

_____/

**DEFENDANT SPIN CAPITAL LLC'S EMERGENCY MOTION TO CONTINUE TRIAL
AND EXTEND RELATED DEADLINES (EMERGENCY HEARING REQUESTED)**

**EMERGENCY HEARING REQUESTED**

**Exigency and date by which hearing is needed.**

Trial is set to begin on January 29, 2026. Movant respectfully requests that the Court set this Motion for hearing on an expedited basis (on or before January 28, 2026), or, in the alternative, rule on the papers before trial, because absent a continuance Movant will be required to proceed to trial without adequate time to prepare and without resolution of time-sensitive evidentiary and privilege issues.

Trial is scheduled to begin January 29, 2026. This Motion requires emergency consideration because Movant has received a voluminous set of trial exhibits within days of trial and because unresolved privilege disputes may materially alter the evidentiary landscape.

Proceeding without adequate time to review, analyze, and challenge this evidence would deprive Movant of a fair opportunity to be heard and create a substantial risk of reversible error.

**Certification of conferral.**

Movant certifies that it has made a bona fide effort to resolve the relief requested in this Motion without Court action. On January 25, 2026 Movant emailed and/or called counsel for the Plaintiff/Trustee and the other parties to request a stipulated continuance and to address related pretrial issues, see Exhibit A. As of the time of filing, the parties have not agreed to the requested relief.

Defendant SPIN CAPITAL LLC ("Movant"), by and through undersigned counsel, respectfully moves the Court for entry of an order continuing the trial currently scheduled to begin January 29, 2026, and extending related deadlines, and in support states as follows:

**1. Background**
1. This adversary proceeding is pending before the Honorable Erik P. Kimball.

2. Trial is currently scheduled for January 29–30, 2026 and February 2–6, 2026 (as set by prior order(s) and as reflected in the parties' trial exhibit registers).

3. On or about January 23, 2026, the Plaintiff/Trustee and Franklin Capital filed extensive trial exhibit materials, including numerous communications, transaction documents, bank records, and filings from other proceedings, which Movant must review in order to prepare for trial.

4. The Court has previously indicated (including in connection with summary judgment rulings) that extrinsic evidence may be necessary to resolve issues concerning the intent and scope of certain assignment documents (i.e., "parol evidence" issues). Accordingly, the newly filed exhibits and related evidentiary issues are central to the trial.

5. A coordination of document review and trial preparation requires additional time when coupled with the compressed pretrial schedule and late-filed exhibits. A short continuance is necessary to allow counsel of Movant to complete review of the trial exhibits, prepare objections and motions in limine, and to ensure a fair trial on a complete record.

6. The compressed timeline is particularly prejudicial given Movant's out-of-state operations and the need for counsel to review voluminous late-filed materials, prepare evidentiary objections, and coordinate trial preparation on an expedited schedule.

**2. Legal Standard**

7. The Court has discretion to manage its calendar and to continue a trial upon a showing of good cause. See Fed. R. Civ. P. 16(b)(4) (made applicable by Fed. R. Bankr. P. 7016) (scheduling

order may be modified for good cause). Good cause focuses on diligence and the need for the requested adjustment, as well as prejudice to the parties and the interests of justice.

### 3. Argument

8. Good cause exists for a continuance because Movant has acted diligently, but circumstances outside his control—including late-filed exhibits and unresolved privilege issues—have made compliance with the existing schedule impossible without prejudice.

9. Proceeding to trial under these circumstances would raise fundamental fairness and due process concerns, as Movant would be required to defend against newly produced evidence and unresolved privilege disputes without a meaningful opportunity to prepare. Courts routinely find good cause where late disclosures materially impair trial preparation, particularly where the requested continuance is limited and necessary to ensure a fair proceeding.

10. A brief continuance will promote judicial economy by allowing privilege issues and evidentiary objections to be resolved in advance, reducing the likelihood of mid-trial disruptions, recesses, or post-trial motions.

11. Movant requests that the Court continue the trial to the next available trial docket (or by at least [60] days), and correspondingly extend any related pretrial deadlines (including deadlines for motions in limine, exhibit objections, and witness issues) so the parties can complete necessary pretrial work and streamline issues for trial.

### 4. Requested Relief

WHEREFORE, Movant respectfully requests that the Court enter an order:

A. Continuing the trial currently scheduled to begin January 29, 2026 to the next available trial period (or by at least [60] days);

B. Extending all related pretrial deadlines to dates to be set by the Court;

C. Granting such other and further relief as the Court deems just and proper.

Date: January 26, 2026

**Respectfully submitted,**

/s/ _____

**James A. Rand, Esq.**
Chief Legal Officer & General Counsel, Spin Capital LLC

Counsel for Spin Capital LLC only

c/o Spin Capital LLC

1460 Arboretum Parkway

Lakewood, NJ 08701

Tel: (718) 570-3796

Email: jamesrand@spincapital.com

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026 I served a true and correct copy of the foregoing Motion on all parties entitled to notice by CM/ECF and/or by email and U.S. Mail as reflected on the Court's docket.

/s/ _____

**James A. Rand, Esq.**
Chief Legal Officer & General Counsel, Spin Capital LLC

# EXHIBIT A

| From: | Josh Lubin |
|---|---|
| To: | Jason Rigoli; Alan Crane; Matthew Leto; Patrick Dorsey; Brad S. Shraiberg |
| Cc: | James Rand; JOEL ARESTY; Stanley Casey; Bradford Cohen Law; Jerry Breslin; Samet Avery; Jeffrey Chubak |
| Subject: | Re: CONFERRAL REQUEST (Response due by 4:00 p.m. ET today) — Emergency Motion to Continue Trial & Emergency Motion for In Camera Review (Adv. Pro. 23-01132-EPK) |
| Date: | Sunday, January 25, 2026 2:36:29 PM |
| Attachments: | Image.png |
| Importance: | High |

For record purposes only. Here's a picture of me and my grandfather taken last night and the doctors are confused how he's still alive.

You are all a bunch of sick fucking people and this email will be public one day and I want the record to know how sick you people are.



**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 25, 2026 2:25:58 PM
**To:** Jason Rigoli <jrigoli@furrcohen.com>; Alan Crane <acrane@furrcohen.com>; Matthew Leto <mleto@letolawfirm.com>; Patrick Dorsey <pdorsey@slp.law>; Brad S. Shraiberg <bss@slp.law>
**Cc:** James Rand <jamesrand@spincapital.com>; JOEL ARESTY <aresty@mac.com>; Stanley Casey <scasey@sqcaseylaw.com>
**Subject:** CONFERRAL REQUEST (Response due by 4:00 p.m. ET today) — Emergency Motion to Continue Trial & Emergency Motion for In Camera Review (Adv. Pro. 23-01132-EPK)

Counsel,

I am Avrumi Lubin (pro se), a Defendant in Adv. Pro. No. 23-01132-EPK (related to Case No. 22-12790-EPK). Trial is currently set to begin January 29, 2026.

I am writing to confer in good faith before filing two emergency motions that I intend to paper-file on an expedited basis:

1. Emergency Motion to Continue Trial (and request for expedited hearing/briefing); and

2. Emergency Motion for In Camera Review requesting the Court conduct an in camera review of specified materials and determine related issues (including privilege/waiver and, as applicable, application of the crime-fraud exception), with appropriate protections.

Please respond by 4:00 p.m. Eastern today and state your position as to each motion: consent / oppose / no position.

If you oppose, please briefly identify the grounds and whether you would agree to any alternative relief (for example, a short continuance, expedited briefing, and/or an agreed protocol for in camera submission under seal/protective order).

Because trial is imminent, if I do not receive a response by 4:00 p.m. ET today, I will note in the certificate of conferral that I attempted to confer by email and proceed with filing.

If you prefer a phone conferral, I am available today. You may reach me at 732-608-4905

Thank you,

Avrumi Lubin (pro se)

## Josh Lubin

| | |
|---|---|
| **From:** | Matthew Leto <MLeto@letolawfirm.com> |
| **Sent:** | Sunday, January 25, 2026 2:46 PM |
| **To:** | Josh Lubin; Jason Rigoli; Alan Crane; Patrick Dorsey; Brad S. Shraiberg |
| **Cc:** | James Rand; JOEL ARESTY; Stanley Casey |
| **Subject:** | RE: CONFERRAL REQUEST (Response due by 4:00 p.m. ET today) — Emergency Motion to Continue Trial & Emergency Motion for In Camera Review (Adv. Pro. 23-01132-EPK) |

Josh

Based on the family issue you are experiencing, Hi Bar does not object and will defer to the Court on the requested continuance.

I do not know what you mean as it relates to the in camera issue. Please clarify and we will provide our position.



**Matthew P. Leto**

**Phone:** (305) 341-3155
**Fax:** (305) 397-1168
Mleto@letolawfirm.com

2875 NE 191st Street
Suite 604
Aventura, FL 33180

**www.letolawfirm.com**

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 25, 2026 2:26 PM
**To:** Jason Rigoli <jrigoli@furrcohen.com>; Alan Crane <acrane@furrcohen.com>; Matthew Leto <MLeto@letolawfirm.com>; Patrick Dorsey <pdorsey@slp.law>; Brad S. Shraiberg <bss@slp.law>
**Cc:** James Rand <jamesrand@spincapital.com>; JOEL ARESTY <aresty@mac.com>; Stanley Casey <scasey@sqcaseylaw.com>
**Subject:** CONFERRAL REQUEST (Response due by 4:00 p.m. ET today) — Emergency Motion to Continue Trial & Emergency Motion for In Camera Review (Adv. Pro. 23-01132-EPK)
**Importance:** High

Counsel,

I am Avrumi Lubin (pro se), a Defendant in Adv. Pro. No. 23-01132-EPK (related to Case No. 22-12790-EPK). Trial is currently set to begin January 29, 2026.

1

I am writing to confer in good faith before filing two emergency motions that I intend to paper-file on an expedited basis:

1. Emergency Motion to Continue Trial (and request for expedited hearing/briefing); and

2. Emergency Motion for In Camera Review requesting the Court conduct an in camera review of specified materials and determine related issues (including privilege/waiver and, as applicable, application of the crime-fraud exception), with appropriate protections.

Please respond by 4:00 p.m. Eastern today and state your position as to each motion: consent / oppose / no position.

If you oppose, please briefly identify the grounds and whether you would agree to any alternative relief (for example, a short continuance, expedited briefing, and/or an agreed protocol for in camera submission under seal/protective order).

Because trial is imminent, if I do not receive a response by 4:00 p.m. ET today, I will note in the certificate of conferral that I attempted to confer by email and proceed with filing.

If you prefer a phone conferral, I am available today. You may reach me at 732-608-4905

Thank you,

Avrumi Lubin (pro se)

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.