## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                              Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                             Chapter 7

Debtor.

_____/

NICOLE TESTA MEHDIPOUR,                              Adv. Pro. No. 23-01132-EPK

as Chapter 7 Trustee for

Excell Auto Group, Inc.,

Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

Defendants.

_____/

### NOTICE OF FILING OF PROPOSED ORDERS

PLEASE TAKE NOTICE that Defendant Spin Capital LLC, files this Notice of Filing to submit the following proposed orders for the Court's consideration in connection with Movant's pending emergency motions:

1. Proposed Order Granting Emergency Motion to Continue Trial and Extend Related Deadlines; and

2. Proposed Order Granting Emergency Motion for In Camera Review and Determination of Privilege, Waiver, and the Crime-Fraud Exception; and to Compel Production of Withheld Materials.

The proposed orders are submitted contemporaneously with Movant's emergency motions and are intended to assist the Court by providing ready-to-enter forms of relief should the Court determine that such relief is warranted.

**Purpose and Context of Filing**

The proposed orders correspond directly to the relief requested in Movant's emergency motions, which were filed due to the imminent trial date and the existence of unresolved, time-sensitive pretrial issues, including:

- outstanding privilege disputes affecting the scope of admissible evidence;

- late-filed and voluminous trial exhibits requiring review and objection;

- the need for a prompt judicial determination to avoid mid-trial disruptions, recesses, or piecemeal rulings; and

- the efficient and orderly administration of the trial schedule.

The proposed orders are structured to allow the Court to grant relief in a measured and procedural manner, without requiring additional drafting, and to facilitate prompt resolution of these issues in advance of trial.

**No Additional Relief Requested**

This Notice is filed solely to place the proposed orders on the record for the Court's convenience.
No additional relief is requested by this Notice, and the filing is not intended to supplement or modify the arguments contained in the underlying motions.

**Administrative and Privacy Compliance**

To the extent any attached document contains personal data identifiers, the attached versions are filed in compliance with Fed. R. Bankr. P. 9037.
This Notice is filed for administrative purposes only and does not seek substantive adjudication.

Dated: January 26, 2026

**Respectfully submitted**

/s/ _____

James A. Rand, Esq.
Chief Legal Officer & General Counsel, Spin Capital LLC

Counsel for Spin Capital LLC only

c/o Spin Capital LLC

1460 Arboretum Parkway

Lakewood, NJ 08701

Tel: (718) 570-3796

Email: jamesrand@spincapital.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, a true and correct copy of the foregoing Notice of Filing was served through the Court's CM/ECF system on all parties entitled to electronic notice.

/s/ _____

**James A. Rand, Esq.**
Chief Legal Officer & General Counsel, Spin Capital LLC