UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re: EXCELL AUTO GROUP, INC.                    Case No.: 22-12790-EPK
                                                  Chapter 7
Debtor.

_____/

NICOLE TESTA MEHDIPOUR, Chapter 7 Trustee
for EXCELL AUTO GROUP, INC.,

Plaintiff,

v.                                                Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, et al.,

Defendant(s).

_____/

**EXPEDITED MOTION TO EXCUSE PLAINTIFF FROM THE REQUIREMENT TO BRING PAPER COPIES OF ITS EXHIBIT REGISTER TO TRIAL**

> **Exigent Circumstance**: The above captioned adversary proceeding is set for trial on January 29, 2026. In its Pretrial Order, the Court requires printed copies of all exhibits unless otherwise excused by the Court. The cost of printing the exhibits is extremely high. Plaintiff seeks a hearing on or before January 27, 2026.

Nicole Testa Mehdipour, chapter 7 trustee for the bankruptcy estate of Excell Auto Group, by and through undersigned counsel, files this *Expedited Motion to Excuse Plaintiff from the Requirement to Bring Paper Copies of its Exhibit Register to Trial*. Plaintiff has submitted 217 exhibits to the Court, electronically, with an approximate average of 200 pages per exhibit. The estimated cost of printing all of Plaintiff's exhibits exceeds $30,000.00 and would require upwards of 130,000 pieces of paper. Instead, Plaintiff proposes to make the exhibits available using the technology in the Courtroom and bring to the Courtroom a backup of the exhibits downloaded on

1

a flash drive. Alternatively, Plaintiff requests that it be permitted to provide an electronic device capable of viewing .pdf documents. In support of this Motion, the Plaintiff states as follows:

**<u>Background</u>**

1.      On October 24, 2024, the Court entered its *Second Amended Order Setting Filing and Disclosure Requirements for Pretrial and Trial* ("**Pre-Trial Order**")*.* **[Dkt. No. 153].**

2.      The trial is scheduled for January 29, 2025 ("**Trial**").

3.      In paragraph 11 of the Pretrial Order pertaining to "Presentation of Exhibits During Trial," the Court ordered that "Unless otherwise ordered, each party must bring at least one paper copy of its exhibit register for the Court's use, and at least two hard-copy books of all its exhibits, for witnesses and the Court."

4.      The Plaintiff's exhibit register contains 217 exhibits with each exhibit containing an average of 200 pages. The total copies, after creating three copies of each exhibit register, is estimated to exceed 130,000 pages.

5.      The Plaintiff received a quote from FedEx for the printing of the exhibit registers. The estimated cost would exceed $30,000.00 before tax, binder, and exhibit tabs.

**<u>Requested Relief</u>**

6.      The Plaintiff is requesting that it be excused from the requirement in the Pretrial Order that it bring at least one paper copy of its exhibit register for the Court's use, and at least two hard-copy books of all its exhibits, for witnesses and the Court.

7.      Plaintiff proposes, instead, that it make the exhibits available using the technology in the Courtroom and bring to the Courtroom a backup of the exhibits downloaded on a flash drive.

8.      Alternatively, Plaintiff requests that it be permitted to provide an electronic device capable of viewing the .pdf files of the exhibit register in lieu of bringing paper copies of the exhibit register to the Courtroom.

9.      Plaintiff's position is that making the exhibits available using the technology in the Courtroom will save considerable cost to the estate and the environment.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order (1) granting the Motion, (2) waiving the Plaintiff's requirement to bring paper copies of its exhibit register to Court for the Trial, and (3) any further relief that this Court deems just and proper.

Respectfully Submitted: January 26, 2026.

FURR AND COHEN, P.A.
Attorneys for Trustee
One Boca Place, Suite 419A
2255 Glades Road
Boca Raton, FL 33431
Tel:(561)395-0500; Fax:(561)338-7532

By: /s/ *Jonathan T. Crane*
Jonathan T. Crane, Esq.
Florida Bar No: 1039351
e-mail: jcrane@furrcohen.com

3