UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED-USBC, FLS-WPB
'26 JAN 26 -2:45

In re:                                                          Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                      Chapter 7

Debtor.

_____/

NICOLE TESTA MEHDIPOUR,                     Adv. Pro. No. 23-01132-EPK

as Chapter 7 Trustee for

Excell Auto Group, Inc.,

Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

Defendants.

_____/


## DEFENDANT [AVRUMI LUBIN]'S EMERGENCY MOTION TO CONTINUE TRIAL AND EXTEND RELATED DEADLINES (EMERGENCY HEARING REQUESTED)

### EMERGENCY HEARING REQUESTED

**Exigency and date by which hearing is needed.**

Trial is set to begin on January 29, 2026. Movant respectfully requests that the Court set this Motion for hearing on an expedited basis (on or before January 28, 2026), or, in the alternative, rule on the papers before trial, because absent a continuance Movant will be required to proceed to trial without adequate time to prepare and without resolution of time-sensitive evidentiary and privilege issues.

Trial is scheduled to begin January 29, 2026. This Motion requires emergency consideration because Movant has received a voluminous set of trial exhibits within days of trial and because unresolved privilege disputes may materially alter the evidentiary landscape.

Proceeding without adequate time to review, analyze, and challenge this evidence would deprive Movant of a fair opportunity to be heard and create a substantial risk of reversible error.

**Certification of conferral.**

Movant certifies that he has made a bona fide effort to resolve the relief requested in this Motion without Court action. On January 25, 2026 Movant emailed and/or called counsel for the Plaintiff/Trustee and the other parties to request a stipulated continuance and to address related pretrial issues, see Exhibit A. As of the time of filing, the parties have not agreed to the requested relief.

Defendant [AVRUMI LUBIN] ("Movant"), appearing pro se, respectfully moves the Court for entry of an order continuing the trial currently scheduled to begin January 29, 2026, and extending related deadlines, and in support states as follows:

**1. Background**
1. This adversary proceeding is pending before the Honorable Erik P. Kimball.

2. Trial is currently scheduled for January 29–30, 2026 and February 2–6, 2026 (as set by prior order(s) and as reflected in the parties' trial exhibit registers).

3. On or about January 23, 2026, the Plaintiff/Trustee and Franklin Capital filed extensive trial exhibit materials, including numerous communications, transaction documents, bank records, and filings from other proceedings, which Movant must review in order to prepare for trial.

4. The Court has previously indicated (including in connection with summary judgment rulings) that extrinsic evidence may be necessary to resolve issues concerning the intent and scope of certain assignment documents (i.e., "parol evidence" issues). Accordingly, the newly filed exhibits and related evidentiary issues are central to the trial.

5. Movant is not located in Florida and is appearing pro se. A short continuance is necessary to allow Movant to complete review of the trial exhibits, prepare objections and motions in limine, and to ensure a fair trial on a complete record.

6. The compressed timeline is particularly prejudicial given Movant's pro se status and out-of-state location, which limits the ability to conduct last-minute document review, legal research, and evidentiary preparation on equal footing with represented parties.

**2. Legal Standard**

7. The Court has discretion to manage its calendar and to continue a trial upon a showing of good cause. See Fed. R. Civ. P. 16(b)(4) (made applicable by Fed. R. Bankr. P. 7016) (scheduling

order may be modified for good cause). Good cause focuses on diligence and the need for the requested adjustment, as well as prejudice to the parties and the interests of justice.

### 3. Argument

8. Good cause exists for a continuance because Movant has acted diligently, but circumstances outside his control—including late-filed exhibits and unresolved privilege issues—have made compliance with the existing schedule impossible without prejudice.

9. Proceeding to trial under these circumstances would raise fundamental fairness and due process concerns, as Movant would be required to defend against newly produced evidence and unresolved privilege disputes without a meaningful opportunity to prepare. Courts routinely find good cause where late disclosures materially impair trial preparation, particularly where the requested continuance is limited and necessary to ensure a fair proceeding.

10. A brief continuance will promote judicial economy by allowing privilege issues and evidentiary objections to be resolved in advance, reducing the likelihood of mid-trial disruptions, recesses, or post-trial motions.

11. Movant requests that the Court continue the trial to the next available trial docket (or by at least [60] days), and correspondingly extend any related pretrial deadlines (including deadlines for motions in limine, exhibit objections, and witness issues) so the parties can complete necessary pretrial work and streamline issues for trial.

### 4. Requested Relief

WHEREFORE, Movant respectfully requests that the Court enter an order:

A. Continuing the trial currently scheduled to begin January 29, 2026 to the next available trial period (or by at least [60] days);

B. Extending all related pretrial deadlines to dates to be set by the Court;

C. Granting such other and further relief as the Court deems just and proper.

Date: January 26, 2026

/s/ Avrumi (Josh) Lubin

Avrumi ("Josh") Lubin, Defendant, Pro Se

(Individual Capacity Only)

1460 Arboretum Pkwy

Lakewood, NJ 08701

Email: josh@spincapital.com

Phone: (732) 608-4905


CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026 I served a true and correct copy of the foregoing
Motion on all parties entitled to notice by CM/ECF and/or by email and U.S. Mail as reflected on
the Court's docket.

/s/ Avrumi (Josh) Lubin

Avrumi ("Josh") Lubin, Defendant, Pro Se

# EXHIBIT A