FILED-USBC, FLS-MIA
'26 JAN 26 PM2:43

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                           Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                      Chapter 7

Debtor.

_____/

NICOLE TESTA MEHDIPOUR,                    Adv. Pro. No. 23-01132-EPK

as Chapter 7 Trustee for

Excell Auto Group, Inc.,

Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

Defendants.

_____/

### NOTICE OF FILING OF PROPOSED ORDERS

PLEASE TAKE NOTICE that Defendant Avrumi ("Josh") Lubin ("Movant"), Defendant, pro se
(individual capacity only), files this Notice of Filing to submit the following proposed orders for
the Court's consideration in connection with Movant's pending emergency motions:

1. Proposed Order Granting Emergency Motion to Continue Trial and Extend Related
   Deadlines; and

2. Proposed Order Granting Emergency Motion for In Camera Review and Determination
   of Privilege, Waiver, and the Crime-Fraud Exception; and to Compel Production of
   Withheld Materials.

The proposed orders are submitted contemporaneously with Movant's emergency motions and
are intended to assist the Court by providing ready-to-enter forms of relief should the Court
determine that such relief is warranted.

## Purpose and Context of Filing

The proposed orders correspond directly to the relief requested in Movant's emergency motions, which were filed due to the imminent trial date and the existence of unresolved, time-sensitive pretrial issues, including:

- outstanding privilege disputes affecting the scope of admissible evidence;

- late-filed and voluminous trial exhibits requiring review and objection;

- the need for a prompt judicial determination to avoid mid-trial disruptions, recesses, or piecemeal rulings; and

- the efficient and orderly administration of the trial schedule.

The proposed orders are structured to allow the Court to grant relief in a measured and procedural manner, without requiring additional drafting, and to facilitate prompt resolution of these issues in advance of trial.

## No Additional Relief Requested

This Notice is filed solely to place the proposed orders on the record for the Court's convenience.
No additional relief is requested by this Notice, and the filing is not intended to supplement or modify the arguments contained in the underlying motions.

## Administrative and Privacy Compliance

To the extent any attached document contains personal data identifiers, the attached versions are filed in compliance with Fed. R. Bankr. P. 9037.
This Notice is filed for administrative purposes only and does not seek substantive adjudication.

Dated: January 26, 2026

/s/ Avrumi (Josh) Lubin

Respectfully submitted,

Avrumi ("Josh") Lubin, Defendant, Pro Se

(Individual Capacity Only)

1460 Arboretum Pkwy

Lakewood, NJ 08701

Email: josh@spincapital.com

Phone: (732) 608-4905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, a true and correct copy of the foregoing Notice of Filing was served through the Court's CM/ECF system on all parties entitled to electronic notice.

/s/ Avrumi (Josh) Lubin

Avrumi ("Josh") Lubin, Defendant, Pro-Se

(Individual Capacity Only)

Josh) Lubin