UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                                    Case No. 22-12790-EPK
                                                           Chapter 7

       Debtor.

                                   /

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.

       Plaintiff,
v.                                                         Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.,*

       Defendants.

                                   /

## RESPONSE IN OPPOSITION TO EMERGENCY MOTIONS
## FOR IN CAMERA REVIEW

Franklin Capital Funding, LLC and Franklin Capital Group, LLC ("Franklin")

respond to the emergency motions filed by Avrumi "Josh" Lubin and Spin Capital, LLC,

which seek in camera review of certain documents.  ECF Nos. 410 and 418.

1.      Mr. Lubin and Spin first appeared in this case on July 31, 2023, when their

counsel filed pro hac vice motions.  ECF Nos. 10–11.

2.      Discovery in this proceeding closed on July 31, 2025, fourteen days prior to

the pretrial conference and exactly two years the appearance of said counsel.  *See* ECF No.

322 (order continuing pretrial conference).

3.      Mr. Lubin and Spin did seek Court intervention in the two years between

their counsel appearing and the close of discovery to obtain any documents that are now

referenced in the motions.  The desire of Mr. Lubin and Spin seek to obtain discovery on the

eve of trial, after two-plus years of inactivity, is insufficient cause to modify any trial deadlines.

4. This response is being filed without prejudice to the substantive objections that Franklin would raise were discovery somehow permitted after the deadline.

5. The Court should deny the motions.

WHEREFORE, Franklin requests that the Court deny the motions [ECF Nos. 410 and 418].

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on January 26, 2026.

Respectfully Submitted,

**SHRAIBERG PAGE P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

By: /s/ Patrick Dorsey
Patrick Dorsey, Esq.
Florida Bar. No. 008584