**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

**EXCELL AUTO GROUP, INC.,**
Chapter 7
Case No. **22-12790-EPK**

FILED-USBC, FLS-MIA
'26 JAN 27 AM9:09

_____/

**NICOLE TESTA MEHDIPOUR,**
as Chapter 7 Trustee for
Excell Auto Group, Inc.,
Plaintiff,

v.

**HI BAR CAPITAL, LLC, et al.,**
Defendants.

_____/

**MOTION OF JAMES A. RAND, ESQ. TO WITHDRAW AS COUNSEL**

COMES NOW James A. Rand, Esq., attorney of record for Defendant Spin Capital LLC, and respectfully moves this Court for entry of an Order permitting withdrawal as counsel, and states:

1. Movant is attorney of record for Defendant Spin Capital LLC in this adversary proceeding.

2. Irreconcilable differences have arisen between Movant and the client concerning the objectives and scope of representation, such that continued representation is no longer feasible.

3. Continued representation under these circumstances would be inconsistent with Movant's professional judgment and ethical obligations.

4. This Motion is made in good faith and not for purposes of delay.

5. Spin Capital LLC has been advised in writing of Movant's intent to withdraw, of all pending deadlines and court proceedings, and of the consequences of withdrawal.

6. Spin Capital LLC's last known address is:
c/o Spin Capital LLC
1460 Arboretum Parkway
Lakewood, NJ 08701

1

7. Spin Capital LLC understands that, as a limited liability company, it may not appear pro se and must retain substitute counsel in order to continue participating in this adversary proceeding.

8. To Movant's knowledge, withdrawal will not unduly prejudice the orderly administration of this matter.

9. As a matter of professional courtesy and to avoid any potential prejudice to the parties or disruption to the Court's calendar, Movant respectfully requests that, if the Court grants this Motion, the Court consider extending or continuing the currently scheduled trial date for a brief period to allow substitute counsel to appear and become familiar with the record.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting James A. Rand, Esq. to withdraw as counsel of record, and, if the Court deems appropriate, to extend or continue the currently scheduled trial date for a brief period to allow substitute counsel to appear, and granting such other and further relief as the Court deems just and proper.Dated: January 27, 2026

Respectfully submitted,

/s/ James A. Rand
**James A. Rand, Esq.**
Florida Bar No. 1059572
Email: jmsrnd@gmail.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties entitled to notice.

/s/ James A. Rand
**James A. Rand, Esq.**
Florida Bar No. 1059572