

**ORDERED in the Southern District of Florida on January 27, 2026.**



**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: EXCELL AUTO GROUP, INC. | Case No.: 22-12790-EPK<br>Chapter 7 |
| Debtor.<br>_____/ |  |
| NICOLE TESTA MEHDIPOUR, Chapter 7 Trustee<br>for EXCELL AUTO GROUP, INC., |  |
| Plaintiff, |  |
| v. | Adv. Pro. No. 23-01132-EPK |
| HI BAR CAPITAL, LLC, et al., |  |
| Defendant(s).<br>_____/ |  |

**ORDER GRANTING EXPEDITED MOTION TO EXCUSE PLAINTIFF FROM THE
REQUIREMENT TO BRING PAPER COPIES OF ITS EXHIBIT REGISTER TO TRIAL**

This matter came before the Court, without a hearing, on January 26, 2026, upon Plaintiff's

*Expedited Motion to Excuse Plaintiff from the Requirement to Bring Paper Copies of its Exhibit*

*Register to Trial* ("**Motion**") **[ECF No. 413]**. The Court, having reviewed the Motion, hereby

1

2

**ORDERS** as follows:

1.      Plaintiff's *Expedited Motion to Excuse Plaintiff from the Requirement to Bring Paper Copies of its Exhibit Register to Trial* **[ECF No. 413]** is **GRANTED**.

2.      The Plaintiff is excused of the requirement to bring paper copies of its exhibit register to Court for the Trial beginning on January 29, 2026, in the above-captioned adversary proceeding.

*###*

**Submitted By:**
Jonathan T. Crane, Esq.
FURR AND COHEN, P.A.
*Attorneys for the Plaintiff*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-mail: acrane@furrcohen.com

*Attorney Jonathan T. Crane is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*