

**ORDERED in the Southern District of Florida on January 27, 2026.**



**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                          Case No. 22-12790-EPK
                                                 Chapter 7
        Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

        Plaintiff,

v.                                               Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

        Defendants.
_____/

### <u>ORDER REGARDING THE FILING OF PROPOSED ORDERS</u>

This matter comes before the Court *sua sponte.* Defendants Avrumi (Josh) Lubin

and Spin Capital LLC have filed over the counter proposed orders in connection with

certain motions they filed, each along with a *Notice of Filing of Proposed Orders. E.g.*, Dkt.

Nos. 383, 412, 420.  By local rule, this Court sometimes requires a party to upload a proposed order using the E-Orders program within CM/ECF, sometimes requires a party to bring a proposed order to a hearing, and sometimes requires a party to file a proposed order as an exhibit to a motion.  *See, e.g.*, Local Rules 5005-1(G)(1), 9013-1(C).  Mr. Lubin and Spin Capital LLC have not been following this Court's procedures and requirements for submitting proposed orders.  In any event, the Court does not find the filed proposed orders helpful.

Accordingly, the Court ORDERS AND ADJUDGES that no party to this adversary proceeding may file a proposed order or *Notice of Filing of Proposed Order* in this case, absent further direction from the Court.

###

Copy furnished to:
James A. Rand, Esq.

*James A. Rand, Esq. must serve a copy of this Order on all appropriate parties and file a certificate of service.*