FILED-USBC, FLS-MIA
'26 JAN 27 PM3:08

βs

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                              Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                            Chapter 7

Debtor.

_____/

NICOLE TESTA MEHDIPOUR,                             Adv. Pro. No. 23-01132-EPK

as Chapter 7 Trustee for

Excell Auto Group, Inc.,

Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

Defendants.

_____/

## NOTICE OF FILING OF DOCUMENTARY EVIDENCE IN SUPPORT OF DEFENDANT SPIN CAPITAL LLC'S EMERGENCY MOTION TO CONTINUE TRIAL
### (D.E. 378)

PLEASE TAKE NOTICE that Defendant Avrumi ("Josh") Lubin ("Movant"), Defendant, pro se (individual capacity only), files this Notice of Filing to submit documentary evidence relating to the family emergency referenced in the pending emergency continuance motion(s) and in accordance with the Court's Order Setting Hearing requiring the filing of "any available documentary evidence" by 4:00 p.m. EST on January 26, 2026.

1. Exhibit A: Letter from Hackensack Meridian Health / Jersey Shore University Medical Center, dated January 26, 2026 (submitted in redacted form).

Movant files this Notice for administrative purposes only to place Exhibit A on the record. This Notice does not request any additional relief and is not intended to supplement or modify the legal arguments in the underlying motion(s).

Movant files this Notice solely in his individual capacity and does not purport to represent Spin Capital LLC or any other entity.

**Privacy / Redaction**

To the extent Exhibit A contains personal data identifiers, Exhibit A is submitted in redacted form in compliance with Fed. R. Bankr. P. 9037. If the Court requests an unredacted copy, Movant will promptly provide it to the Court in camera or as otherwise directed.Dated: January 26, 2026

Respectfully submitted,

/s/ Avrumi ("Josh") Lubin
Avrumi ("Josh") Lubin, Defendant, Pro Se (Individual Capacity Only)

1460 Arboretum Pkwy

Lakewood, NJ 08701

Email: josh@spincapital.com

Phone: (732) 608-4905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, I served a true and correct copy of the foregoing Notice of Filing and Exhibit A on the parties entitled to notice through the Court's CM/ECF system:

- Alan R. Crane, Esq. – acrane@furrcohen.com
- Jason Rigoli, Esq. – jrigoli@furrcohen.com
- Patrick R. Dorsey, Esq. – pdorsey@slp.law
- Brad S. Shraiberg, Esq. – bss@slp.law
- Matthew P. Leto, Esq. – mleto@letolawfirm.com

- Joel M. Aresty, Esq. – aresty@mac.com

- James A. Rand, Esq. –Jamesrand@spincapital.com

/s/ Avrumi ("Josh") Lubin

# EXHIBIT A



**Hackensack Meridian *Health***
Jersey Shore University
Medical Center

DATE 01/26/2026

To Whom it May Concern,

This letter was requested by the family of current patient Edward Lieberman DOB ███████.
This patient is currently in the critical care unit in Jersey Shore University Hospital (hospitalized
since 1/3/2026).

Respectfully,

Anne Olsen MSN CCRN
Nurse Manager MICU
732-776-2330