**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

           Case No.: 22-12790-EPK

     EXCELL AUTO GROUP, INC.          Chapter 7

       Debtor.

------------------------------------------------------------------ /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.           Adv. Pro. No. 23-01132-EPK

       Plaintiff.

     -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

       Defendants.

------------------------------------------------------------------ /

## <u>HI BAR DEFENDANTS' OBJECTIONS TO TRUSTEE'S EXHIBITS</u>

Defendants, HI BAR CAPITAL, YISROEL HERBST, and MORDECHAI HERBST, file

the following objections to the Trustee's Exhibits.

           Respectfully submitted,

           LETO LAW FIRM
           2875 NE 191st Street
           Suite 604
           Aventura, FL 33180
           Tel.    305-341-3155
           Fax:   305-397-1168

           */s/ Charles P. Gourlis*
           MATTHEW P. LETO
           Florida Bar No.: 014504
           mleto@letolawfirm.com

kzelaya@letolawfirm.com
pleadings@letolawfirm.com
CHARLES P. GOULIS
Florida Bar No.: 85924
cgourlis@letolawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2026, we electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.

*/s/ Charles P. Gourlis*
CHARLES P. GOURLIS

| Exhibit Number | Description | Objection | | |
|---|---|---|---|---|
| **Plaintiff's 1** | Ed Brown $10 Million Loan Agreement (MSJ 2) | | | |
| **Plaintiff's 2** | Lubin messages with Zankl (pt. 1) (MSJ 3) | | | |
| **Plaintiff's 3** | Lubin messages with Zankl (pt. 2) (MSJ 4) | | | |
| **Plaintiff's 4** | Email from Scott Zankl to Josh Lubin dated May 27, 2021, Subject: "2019 Excell Auto Group 1120-S.pdf," with 2019 Excell Auto Group 1120-S.pdf attached (2019 Excell Auto Group 1120-S.pdf) | | | |
| **Plaintiff's 5** | E-mail communication from "Joel Geta" to "Jasmine A.", cc: Josh Lubin, Subject: "Fw: EXCELL GROUP" with attachments (6.1.21_Jasmine E-mails re First Spin Contract) | | | |
| **Plaintiff's 6** | Email from Scott Zankl to Josh Lubin dated June 1, 2021, Subject: EXCELL BANK STATEMENTS, and Attachments: 20210129-statements-3181-.pdf, 20210226-statements-3181-.pdf, 20210331-statements-3181-.pdf, 20210430 statements-3181-.pdf (Fwd_ EXCELL BANK STATEMENTS) | | | |
| **Plaintiff's 7** | Email from Scott Zankl to Josh@spincapital.com dated June 1, 2021, Subject: [Blank], and Attachments: KARMA PALM BEACH OP (...8711) - chase.com.pdf, EXCELL OP (...3181) - chase.com.pdf (scott to Josh 6-1-2021 1133 am) | | | |

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 8** | Email from Scott Zankl to Josh@spincapital.com dated June 1, 2021, Subject: [Blank], and Attachments: EXCELL OP May 1 - 31.pdf (scott to Josh 6-1-2021 152 PM) | | | |
| **Plaintiff's 9** | Email from Scott Zankl to Josh@spincapital.com dated June 1, 2021, Subject: [Blank], and Attachments: Karma.pdf, Excell.pdf (Scott to Josh 6-1-2021 1128 am) | | | |
| **Plaintiff's 10** | Composite Exhibit – Email from Josh Lubin to Joel Geta dated June 1, 2021, Subject: Excell Auto Folder, including all documents in folder "Excell Auto 1MM 6-1-2021" (Excell Auto Folder.pdf) | | | |
| **Plaintiff's 11** | First Spin Contract dated June 1, 2021 (MSJ 5) | | | |
| **Plaintiff's 12** | E-mail communications between Lubin, Joel Geta, and Yisroel Herbst dated June 1, 2021 re Participation (MSJ 6) | | | |
| **Plaintiff's 13** | E-mail communications between Josh Lubin and Scott Zank on July 9, 2021, Subject: Re: Excell add on docs, and attachment Excell Auto Group, Inc..pdf (Ex. 3 Deposition of Y. Herbst) | | | |
| **Plaintiff's 14** | Second Spin Contract dated July 9, 2021 (MSJ 7) | | | |
| **Plaintiff's 15** | Email from Scott Zankl to Josh@spincapital.com dated July 29, 2021, Subject: Diverse_Capital_-_EXCELL_3.pdf, and Attachments: Diverse_Capital__EXCELL_3.pdf (Diverse_Capital_-_EXCELL_3.pdf) | | | |

3

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 16** | Email from Josh Lubin to Scott Zankl dated July 29, 2021, Subject: Diverse_Capital_-_EXCELL_3.pdf, (RE_Diverse_Capital_-_EXCELL_3 Diverse balance) | | | |
| **Plaintiff's 17** | E-mail communications between Josh Lubin and Scott Zank on August 23, 2021, Subject: [Blank], with EXCELL AUTO GROUP - July 08, 2021 $500,000.xlsx, EXCELL AUTO GROUP - June 01, 2021 $1,000,000.xlsx attached (RE.msg) | | | |
| **Plaintiff's 18** | Emails between Josh Lubin and Scott Zankl dated August 15, 2021, Subject: Re: [Blank] (Re_ (2)) | | | |
| **Plaintiff's 19** | Emails between Josh Lubin and Scott Zankl dated August 23, 2021, Subject: Re: [Blank] (Payment history in Aug 2021) | | | |
| **Plaintiff's 20** | Spin Capital Balance Transfer Agreement dated August 31, 2021 (MSJ 9) | | | |
| **Plaintiff's 21** | Third Spin Contract dated August 31, 2021 (Ex. 10) | | | |
| **Plaintiff's 22** | Email from Scott Zankl to Josh Lubin dated September 2, 2021, Subject: Fwd: MAY AND JUNE EAG OP BANK STATEMENTS with Attachments: SKM_C250i21090212041.pdf, SKM_C250i21090212050.pdf (Fwd_ MAY AND JUNE EAG OP BANK STATEMENTS) | | | |
| **Plaintiff's 23** | E-mail communications between Lubin, Joel Geta, Yisroel Herbst dated September 2, 2021 re Participation (MSJ 11) | | | |

4

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 24** | E-mail communications from Josh Lubin to Joel Geta and Spin Capital Accounting, Cc: Sin Capital Accounting and Yisroel Herbst dated September 2, 2021, Subject: EXCELL AUTO GROUP 2 (Refi) Funding email (Ex. 4 to Yisroel Herbst Deposition) | H | | |
| **Plaintiff's 25** | E-mail communications between Lubin, Jasmine A., and Joel Geta dated August 13, 2021 re Excell Payoff Letter with Attachments (8.13.21_Jasmine Emails re Spin Payoff) | H | | |
| **Plaintiff's 26** | Emails between Josh Lubin and Scott Zankl, BCC: Simon Cedar, dated October 18, 2021, Subject: RE: Payoff Letter (RE_ Payoff Letter from Spin to Excell - Simon copied) | H | | |
| **Plaintiff's 27** | Email from Scott Zankl to Josh Lubin dated October 21, 2021, Subject: Excell Closing Statement_v2_Draft.pdf with Excell Closing Statement_v2_Draft.pdf attached (Excell Closing Statement_v2_Draft.pdf) | | | |
| **Plaintiff's 28** | Email from Scott@excellauto.com to Josh Lubin, dated October 27, 2021, with attachments: 20210930-statements-7220-sport shop.pdf, 20210831-statements 7220-excell sport.pdf (Mail(1)) | | | |
| **Plaintiff's 29** | Emails between Joel Geta, Josh Lubin, and Jasmine A., dated October 27, 2021 October 28, 2021, Subject Excell Auto Refi Docs (ex. 7 to Yisroel Herbst deposition) | H | | |

5

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 30** | E-mail Lubin to Morgan Edelboim, Esq. dated April 22, 2023 (MSJ 15) | H, 402, 403 | | |
| **Plaintiff's 31** | Signed Wing Lake Assignment (MSJ 48) | | | |
| **Plaintiff's 32** | Closing Statement and Authorization Dated November 3, 2021, Franklin Capital Group (MSJ 14) | | | |
| **Plaintiff's 33** | Signed Wing Lake Assignment with DocuSign Certificate of Completion (MSJ 16) | | | |
| **Plaintiff's 34** | Hi Bar Capital Balance Transfer Agreement dated October 27, 2021 (MSJ 17) | | | |
| **Plaintiff's 35** | DocuSign E-mail to Scott Zank dated November 1, 2021 re Please DocuSign Hi Bar Capital Transfer Agreement, First Hi Bar Contract, and Addendum (MSJ 18) | | | |
| **Plaintiff's 36** | DocuSign E-mail to Scott Zank dated November 1, 2021 re Completed: Please DocuSign Hi Bar Capital Transfer Agreement, First Hi Bar Contract, and Addendum (MSJ 19) | | | |
| **Plaintiff's 37** | TD Bank Payment Archive and Research Center Query Results Report re $2,114,321.50 Wire Transfers between Spin and Hi Bar on Nov. 1, 2021 (Response Ex. 2) | H | | |
| **Plaintiff's 38** | November 2021 Statement for Optimum Bank Account ending 2968 in name of Hi Bar Capital, LLC (Response Ex. 3) | | | |
| **Plaintiff's 39** | Optimum Bank New Account Documents for Hi Bar Capital LLC (MSJ 35) | | | |

6

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 40** | FDIC Printout on December 23, 2024, with Data as of December 20, 2024 (MSJ 34) | H, A | | |
| **Plaintiff's 41** | Hi Bar DocuSign Envelope – First Hi Bar Contract, Addendum, Hi Bar Transfer Agreement, and DocuSign Certificate of Completion (Response Ex. 1) | | | |
| **Plaintiff's 42** | Email from Josh Lubin to Joel Geta and Herbst Yisroel Mayer, Cc: Accounting, dated November 15, 2021, Subject EXCELL AUTO GROUP 3 (refi) Funding Email (ex. 8 to Yisroel Herbst Deposition) | | | |
| **Plaintiff's 43** | Email from Josh Lubin to Joel Geta and Herbst Yisroel Mayer, Cc: Accounting, dated November 15, 2021, Subject EXCELL AUTO GROUP 3 (refi) Funding Email (ex. 7 to Yisroel Herbst Deposition) | | | |
| **Plaintiff's 44** | E-mail communications dated April 29 - May 5, 2023, from Lubin to Corey D. Berman, Esq. and Scott Cosgrove, Esq. re Excell (MSJ 23) | 402, 403 | | |
| **Plaintiff's 45** | First Settlement Agreement dated December 19, 2021 (MSJ 24) | | | |
| **Plaintiff's 46** | Second Settlement Agreement dated February 1, 2022 (MSJ 36) | | | |
| **Plaintiff's 47** | Chase Account Opening Documents for Excell accounts ending xxx3181 and xxx3199 (MSJ 42) | | | |

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 48** | Opinion and Order Granting Plaintiff Franklin Capital Funding, LLC's Motion for Summary Disposition Against Defendant Spin Capital, LLC dated April 23, 2024, Case No. 22-193300-CB (Michigan) (MSJ 44) | H, 402, 403 | | |
| **Plaintiff's 49** | Findings of Fact and Conclusions of Law dated March 12, 2025, Case No. 22 193300-CB (Michigan) (Response Ex. 44) | H, 402, 403 | | |
| **Plaintiff's 50** | Judgment Against Defendant Spin Capital, LLC dated April 1, 2025, Case No. 22 193300-CB (Michigan) PGS_105034575) | H, 402, 403 | | |
| **Plaintiff's 51** | Spin Capital Transfer Schedule (MSJ 31) | | | |
| **Plaintiff's 52** | Hi Bar Capital Transfer Schedule (MSJ 30) | | | |
| **Plaintiff's 53** | Ex. 53 - Excell Auto Group BOA Acct #6581 for the year 2018 | | | |
| **Plaintiff's 54** | Ex. 54 - Excell Auto Group BOA Acct #6581 for the year 2019 | | | |
| **Plaintiff's 55** | Ex. 55- Excell Auto Group BOA Acct #6824 for the year 2018 | | | |
| **Plaintiff's 56** | Ex. 56- Excell Auto Group BOA Acct #6824 for the year 2019 | | | |
| **Plaintiff's 57** | Ex. 57- Excell Auto Group BU Acct #9167 for the year 2019 | | | |
| **Plaintiff's 58** | Ex. 58 - Excell Auto Group BU Acct #9167 for the year 2020 | | | |
| **Plaintiff's 59** | Ex. 59 - Excell Auto Group BU Acct #9647 for the year 2019 | | | |

| Plaintiff's 60 | Ex. 60 - Excell Auto Group BU Acct #9647 for the year 2020 | | | |
|---|---|---|---|---|
| Plaintiff's 61 | Ex. 61 – Excell Auto Group Chase Acct#3181 for the year 2020 | | | |
| Plaintiff's 62 | Ex. 62 – Excell Auto Group Chase Acct#3181 for the year 2021 | | | |
| Plaintiff's 63 | Ex. 63 – Excell Auto Group Chase Acct#3181 for the year 2022 | | | |
| Plaintiff's 64 | Ex. 64 -Excell Auto Group Chase xx3199 2020 | | | |
| Plaintiff's 65 | Ex. 65 -Excell Auto Group Chase xx3199 2021 | | | |
| Plaintiff's 66 | Ex. 66 -Excell Auto Group Chase xx3199 2022 | | | |
| Plaintiff's 67 | Ex. 67 Excell Auto Group Chase xx6901 2021 | | | |
| Plaintiff's 68 | Ex. 68 Excell Auto Group Chase xx6901 2022 | | | |
| Plaintiff's 69 | Ex. 69 Excell Auto Group IberiaBank xx5669 2020 | | | |
| Plaintiff's 70 | Ex. 70 Excel Auto Group Suntrust xx2312 2018 | | | |
| Plaintiff's 71 | Ex. 71 Excel Auto Group Suntrust xx2965 2018 | | | |
| Plaintiff's 72 | Ex. 72 Excell Auto Group TD Bank xx3839 2018 Ex. 72 Excell Auto Group TD Bank xx3839 2018 | | | |
| Plaintiff's 73 | Ex. 73 Excell Auto Group TD Bank xx3839 2019 | | | |
| Plaintiff's 74 | Ex. 74 Excell Auto Group TD Bank xx3839 2020 | | | |

9

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 75** | Ex. 75 Excell Auto Group TD Bank xx3839 2021 | | | |
| **Plaintiff's 76** | Ex. 76 Excell Auto Group TD Bank xx3839 2022 | | | |
| **Plaintiff's 77** | Ex. 77 Excell Auto Group TD Bank xx4382 2018 | | | |
| **Plaintiff's 78** | Ex. 78 Excell Auto Group TD Bank xx4382 2019 | | | |
| **Plaintiff's 79** | Ex. 79 Excell Auto Group TD Bank xx4382 2020 | | | |
| **Plaintiff's 80** | Ex. 80 Excell Auto Group TD Bank xx4382 2021 | | | |
| **Plaintiff's 81** | Ex. 81 Excell Auto Group TD Bank xx4382 2022 | | | |
| **Plaintiff's 82** | Ex. 82 Karma of Broward Chase xx5966 2020 | | | |
| **Plaintiff's 83** | Ex. 83 Karma of Broward Chase xx5966 2021 | | | |
| **Plaintiff's 84** | Ex. 84 Karma of Broward Chase xx5966 2022 | | | |
| **Plaintiff's 85** | Ex. 85 Karma of Broward Chase xx7995 2021 | | | |
| **Plaintiff's 86** | Ex. 86 Karma of Broward Chase xx7995 2022 | | | |
| **Plaintiff's 87** | Ex. 87 Karma of Palm Beach Chase xx3315 (Merchant) 2020 | | | |
| **Plaintiff's 88** | Ex. 88 Karma of Palm Beach Chase xx3315 (Merchant) 2021 | | | |
| **Plaintiff's 89** | Ex. 89 Karma of Palm Beach Chase xx3315 (Merchant) 2022 | | | |
| **Plaintiff's 90** | Ex. 90 Karma of Palm Beach Chase xx6603 2021 | | | |
| **Plaintiff's 91** | Ex. 91 Karma of Palm Beach Chase xx6603 2022 | | | |

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 92** | Ex. 92 Karma of Palm Beach Chase xx6628 2022 | | | |
| **Plaintiff's 93** | Ex. 93 Karma of Palm Beach Chase xx8711 2020 | | | |
| **Plaintiff's 94** | Ex. 94 Karma of Palm Beach Chase xx8711 2021 | | | |
| **Plaintiff's 95** | Ex. 95 Karma of Palm Beach Chase xx8711 2022 | | | |
| **Plaintiff's 96** | Debtor's General Ledger for 2020 | H, A, 1006 | | |
| **Plaintiff's 97** | Debtor's General Ledger for 2021 | H, A, 1006 | | |
| **Plaintiff's 98** | Debtor's General Ledger for 2022 | H, A, 1006 | | |
| **Plaintiff's 99** | 2016 Adjusted Balance Sheet | H, A, 1006 | | |
| **Plaintiff's 100** | 2017 Adjusted Balance Sheet | H, A, 1006 | | |
| **Plaintiff's 101** | 2018 Adjusted Quarterly Balance Sheets | H, A, 1006 | | |
| **Plaintiff's 102** | 2019 Adjusted Quarterly Balance Sheets | H, A, 1006 | | |
| **Plaintiff's 103** | 2020 Adjusted Quarterly Balance Sheets | H, A, 1006 | | |
| **Plaintiff's 104** | 2021 Adjusted Quarterly Balance Sheets | H, A, 1006 | | |
| **Plaintiff's 105** | 2022 1st Quarter Adjusted Balance Sheet | H, A, 1006 | | |
| **Plaintiff's 106** | 2018 Quarterly Adjusted Profit & Loss Statement for Debtor | H, A, 1006 | | |
| **Plaintiff's 107** | 2019 Quarterly Adjusted Profit & Loss Statement for Debtor | H, A, 1006 | | |
| **Plaintiff's 108** | 2020 Quarterly Adjusted Profit & Loss Statement for Debtor | H, A, 1006 | | |
| **Plaintiff's 109** | 12021 Quarterly Adjusted Profit & Loss Statement for Debtor | H, A, 1006 | | |

11

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 110** | 2022 First Quarter Adjusted Profit & Loss Statement for Debtor | H, A, 1006 | | |
| **Plaintiff's 111** | Net Asset Value Summary of the Debtor | H, 1006 | | |
| **Plaintiff's 112** | Summary of Capitalization of Earnings | H, 1006 | | |
| **Plaintiff's 113** | Summary of Adjusted Net Income and Cash Flow | H, 1006 | | |
| **Plaintiff's 114** | Net Working Capital Analysis | H, 1006 | | |
| **Plaintiff's 115** | Historical Cash Activity (2018-2022)– Table 14 | H, 1006 | | |
| **Plaintiff's 116** | Historical Cash Activity (April 1, 2021 – 2022) – Table 15 | H, 1006 | | |
| **Plaintiff's 117** | Expert Report of Alan R. Barbee, CPA/ABV B. Riley Advisory Services, dated June 25, 2024 | H | | |
| **Plaintiff's 118** | Affidavit of Scott Zankl dated March 29, 2022 (MSJ 13) | H | | |
| **Plaintiff's 119** | Email from Scott Zankl to Alan Bailey, Subject: Scannable Document – sent from Scannable, dated March 29, 2022, 10:12:04PM with attached document (Reply 45) | H | | |
| **Plaintiff's 120** | Email from Alana Bailey to Scott Zankl, Subject: Notarized, dated March 30, 2022, 10:44:47AM with attached document (Reply 46) | H | | |
| **Plaintiff's 121** | Printout from Sunbiz.org for Excell Auto Group, Inc. | | | |
| **Plaintiff's 122** | Printout from Sunbiz.org for Karma of Palm Beach, Inc. | | | |
| **Plaintiff's 123** | Printout 311from Sunbiz.org for Karma of Broward, Inc. | | | |

12

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 124** | Printout from Sunbiz.org for Automotive Service Systems, Inc. (Response 20) | | | |
| **Plaintiff's 125** | Printout from Sunbiz.org for Dealer Souq USA LLC (Response 21) | | | |
| **Plaintiff's 126** | Printout from Sunbiz.org for KZ Consultants, Inc. (Response 22) | | | |
| **Plaintiff's 127** | Printout from Sunbiz.org of Articles of Dissolution of Miss Kris, LLC (Response 23) | | | |
| **Plaintiff's 128** | Wing Lake Assignment Documents (Reply 48) | | | |
| **Plaintiff's 129** | First Hi Bar Contract, Prepayment Discount Addendum, Hi Bar Transfer Agreement with DocuSign Certificate of Completion | | | |
| **Plaintiff's 130** | UCC-1 Financing Statement filed by Hi Bar Capital, LLC (Reply 55) | | | |
| **Plaintiff's 131** | UCC-3 Termination Statement by Hi Bar Capital, LLC (Reply 56) | | | |
| **Plaintiff's 132** | UCC-1 Financing Statement filed by Law Offices of Steven Zakharyayev on behalf of Hi Bar Capital, LLC (Reply 57) | | | |
| **Plaintiff's 133** | Hi Bar Capital, LLC and Excell Auto Group, Inc. et al Escrow Agreement (MSJ 33) | | | |
| **Plaintiff's 134** | Michigan Opinion and Order Granting Plaintiff Franklin Capital Funding, LLC's Motion for Summary Disposition Against Defendant Spin Capital LLC (MSJ 43) | H, 402, 403 | | |
| **Plaintiff's 135** | Michigan Findings of Fact & Conclusions of Law (Reply 44) | H, 402, 403 | | |

13

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 136** | Hi-Bar Capital's Response to Plaintiff's First Set of Continuing Interrogatories served on August 17, 2023 | H | | |
| **Plaintiff's 137** | Spin's Answers to Second Set of Interrogatories | H | | |
| **Plaintiff's 138** | Doc. 22 – Corrected Affirmation in Support of Application for Plaintiff's<br><br>Default Judgment Pursuant to CPLR § 3215(i) | H, 402, 403 | | |
| **Plaintiff's 139** | Amended Complaint filed by Hi Bar Capital, LLC against Yoel Getter, in case number 1:22-cv-01743KAM-CLP, in the United State District Court, Eastern District of New York | H  402, 403 | | |
| **Plaintiff's 140** | First Request for Production of Documents to Hi Bar Capital, LLC Pursuant to Federal rules of Bankruptcy Procedure 7034 served by the Plaintiff on January 28, 2025 | H, 402, 403 | | |
| **Plaintiff's 141** | Optimum Bank New Account Documents for Hi Bar Capital LLC Parkview Advance NY LLC Account xxx4006 | | | |
| **Plaintiff's 142** | Optimum Bank New Account Documents for Hi Bar Capital LLC dba Gold Capital USA Account xxx5219 | | | |
| **Plaintiff's 143** | Optimum Bank New Account Documents for Hi Bar Capital LLC dba Crusader Group Account xxx5227 | | | |
| **Plaintiff's 144** | Optimum Bank New Account Documents for Hi Bar Capital LLC dba Kingdom Kapital Account xxx6118 | | | |

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 145** | Optimum Bank New Account Documents for Hi Bar Capital LLC (Reserve) Account xxx6126 | | | |
| **Plaintiff's 146** | Optimum Bank New Account Documents for Azzure Capital LLC Operating Account xxx1779 | | | |
| **Plaintiff's 147** | Optimum Bank New Account Documents for Azzure Capital LLC Reserve Account xxx1787 | | | |
| **Plaintiff's 148** | Optimum Bank New Account Documents for Pointone Capital LLC Operating Account xxx1803 | | | |
| **Plaintiff's 149** | Optimum Bank New Account Documents for Pointone Capital LLC Reserve Account xxx1829 | | | |
| **Plaintiff's 150** | Email from Josh Lubin to multiple attorneys dated March 24, 2024 and March 25, 2024, Subject: Spin/Hi Bar wires November 1st 2021 (2232975 (002) Jerry took my deposition and Lubin testifies it loan) | H, 402, 403 | | |
| **Plaintiff's 151** | Email between Josh Lubin and Joel Reich, Cc: Joel Geta, Admin Funding, Michael Emunah, Michael Wilson Alt Capital Source, Gabe Isaacov, Sol Teitel, dated December 25, 2021 and December 26, 2021, Subject: For time being (SPIN_042168 Joel Geta Joe Reich Michael Wilson) | H | | |

15

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 152** | Email from Josh Lubin to Yisroel Herbst, Accounting Hi Bar, Mordi Herbst, Cc: Josh Lubin, BCC: Admin Funding, Gabe Isaacov, Abe Zagelbaum, Steven@stevenzlaw.com, Steven Wells, Simon Cedar, dated February 9, 2022, Subject: Spin Capital-Hi Bar AUDIT (SPIN_043076) | | | |
| **Plaintiff's 153** | Email communications between Mordi Herbst and Josh Lubin, Accounting, Isaac Lubin, dated January 16, 2023, Subject $200k issue (SPIN_046153 Fake deposit) | | | |
| **Plaintiff's 154** | Message between joel mca and Scott Zankl dated December 6, 2021 [Chat #39029] (DOC-0002215312) | H, A | | |
| **Plaintiff's 155** | Message between joel mca and Scott Zankl dated December 6, 2021 [Chat #39030] (DOC-0002215353) | H, A | | |
| **Plaintiff's 156** | Message between joel mca and Scott Zankl dated December 6, 2021 [Chat #39036] (DOC-0002215473) | H, A | | |
| **Plaintiff's 157** | Message between joel mca and Scott Zankl dated December 8, 2021 [Chat #39034] (DOC-0002215434) | H, A | | |
| **Plaintiff's 158** | Message between joel mca and Scott Zankl dated December 9, 2021 [Chat #39035] (DOC-0002215454) | H, A | | |
| **Plaintiff's 159** | Message between joel mca and Scott Zankl dated December 14, 2021 [Chat #39041] (DOC-0002215602) | H, A | | |

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 160** | Message between joel mca and Scott Zankl dated December 14, 2021 [Chat #39042] (DOC-0002215622) | H, A | | |
| **Plaintiff's 161** | Message between joel mca and Scott Zankl dated December 15, 2021 [Chat #39046] (DOC-0002215704) | H, A | | |
| **Plaintiff's 162** | Message between joel mca and Scott Zankl dated December 15, 2021 [Chat #39049] (DOC-0002215767) | H, A | | |
| **Plaintiff's 163** | Message between joel mca and Scott Zankl dated December 15, 2021 [Chat #39050] (DOC-0002215809) | H, A | | |
| **Plaintiff's 164** | Message between joel mca and Scott Zankl dated December 17, 2021 [Chat #39056] (DOC-0002215932) | H, A | | |
| **Plaintiff's 165** | Email communications between Scott Zankl and Greg Nelson, Aaron Goldstein, and Sarah Piteo between September 2, 2021 and September 9, 2021, Subject: Re: Personal Financial Statement (E-mail 9.7.21 (Requesting Contracts)) | H | | |
| **Plaintiff's 166** | Email communication between Scott Zankl and Greg Nelson, dated September 8, 2021, Subject: EXCELL_AUTO_GROUP,_INC..pdf with Attachment (E-mail 9.8.21 (Diverse) | H | | |
| **Plaintiff's 167** | Email communications between Scott Zankl and Greg Nelson, dated September 8, 2021, Subject: Please_EXCELL_AUTO_GROUP,_INC..pdf (E-mail 9.8.21 (Spin 1) | H | | |

17

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 168** | Email communications between Scott Zankl and Greg Nelson, dated September 8, 2021, Subject: Please_ EXCELL_AUTO_GROUP,_INC..pdf (E-mail 9.8.21 (Spin 2) | H | | |
| **Plaintiff's 169** | Email communications between Scott Zankl and Greg Nelson, Aaron Goldstein, and Sarah Piteo dated September 17, 2021, Subject: Please_DocuSign_Diverse_Capital_-_EXCELL_AGR.PDF (E-mail 9.8.21 (Spin 2) | H | | |
| **Plaintiff's 170** | 30(b)(6) Deposition of Spin Capital, LLC with Avrumi ("Josh") Lubin as witness taken on February 18, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding. | H, 32 | | |
| **Plaintiff's 171** | 30(b)(6) Deposition of Spin Capital, LLC with Avrumi ("Josh") Lubin as witness taken on March 7, 2025 (reported stenographically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding. | H, 32 | | |
| **Plaintiff's 172** | Video Taped Deposition of Avrumi ("Josh") Lubin taken on March 15, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al., Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida). | H, 32 | | |

| | | | |
|---|---|---|---|
| **Plaintiff's 173** | 30(b)(6) Deposition of Hi Bar Capital, LLC with Yisroel Herbst as witness taken on May 13, 2025 (reported steno graphically via Zoom video conference), including any exhibits attached thereto in this adversary proceeding. | H, 32 | |
| **Plaintiff's 174** | Video Taped Deposition of Yisroel Herbst taken on May 7, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al., Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida). | H, 32 | |
| **Plaintiff's 175** | Video Taped Deposition of Yisroel Herbst taken on May 28, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al., Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida). | H, 32 | |

19

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 176** | Video Taped Deposition of Mordechai Dov Ber Herbst taken on March 13, 2024 (reported stenographically via Zoom video conference), including any exhibits attached thereto in the case styled FVP Opportunity Fund, III, LP, et al. v. Karma of Broward, Inc., et al., Case No. CACE-22-05125, In the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County Florida). | H, 32 | | |
| **Plaintiff's 177** | Video Taped 30(b)(6) Deposition of Franklin Capital Funding, LLC taken on July 29, 2025 (reported stenographically via Zoom Video conference), including any exhibits thereto in this adversary proceeding. | H, 32 | | |
| **Plaintiff's 178** | Financial Statements (monthly balance sheets and income statements) - 2018 to 2022 - DealerTrack Accounting System | | | |
| **Plaintiff's 179** | General Ledgers (annual) - 2018 to 2022 - DealerTrack Accounting System | | | |
| **Plaintiff's 180** | Annual Sales Reports and Deal Analysis Reports - 2020 to 2022 - DealerTrack Accounting System | | | |
| **Plaintiff's 181** | Monthly Inventory Reports - 2020 to 2022 - DealerTrack Accounting System | | | |
| **Plaintiff's 182** | 182 -Other Various Financial Reports from DealerTrack Accounting System, including Debtor's 1140 Account | | | |
| **Plaintiff's 183** | Settlement Statement from Debt Refinancing with Franklin Capital Group, LLC | H, 402, 403 | | |

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 184** | Settlement Statement from Debt Refinancing with Seaside National Bank & Trust | H, 402, 403 | | |
| **Plaintiff's 185** | Settlement Statement from Debt Refinancing with other various lenders | H, 402, 403 | | |
| **Plaintiff's 186** | Debtor's Form 1120S - U.S. Income Tax Return for an S Corporation - Years 2016 to 2021 | | | |
| **Plaintiff's 187** | Transcript from 2004 Examination of Scott Zankl - June 6, 2022 | H, 32 | | |
| **Plaintiff's 188** | Complaint filed by Moshe Farache et al - Case number 502022CA003358 - 15th Judicial Circuit - Palm Beach County, FL | H, 402, 403 | | |
| **Plaintiff's 189** | Complaint filed by Prestige Luxury Cars, LLC - Case number 502022CA003301 - 15th Judicial Circuit - Palm Beach County, FL | H, 402, 403 | | |
| **Plaintiff's 190** | Complaint filed by FVP parties - Case number CACE-22-005125 - 17th Judicial Circuit - Broward County, FL | H, 402, 403 | | |
| **Plaintiff's 191** | Complaint filed by Bal Investments, LLC - Case number 502022CA003889 - 15th Judicial Circuit - Palm Beach County, FL | H, 402, 403 | | |
| **Plaintiff's 192** | Complaint filed by Woodside Credit, LLC - Case number 502022CA004086 - 15th Judicial Circuit - Palm Beach County, FL | H, 402, 403 | | |
| **Plaintiff's 193** | Revenue Purchase Agreement(s) with both Spin Capital and Hi Bar Capital | | | |

21

| | | | | |
|---|---|---|---|---|
| **Plaintiff's 194** | Settlement Agreement(s) with Hi Bar Capital | | | |
| **Plaintiff's 195** | [Removed] | | | |
| **Plaintiff's 196** | Composite Exhibit re Applbaum Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 197** | Composite Exhibit re Applegate Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 198** | Composite Exhibit re Auto Wholesale of Boca LLC Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 199** | Composite Exhibit re Bal Investments LLC Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 200** | Composite Exhibit re Jason Carros Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 201** | Composite Exhibit re EAG Wholesale Private Lending Transactions | H, 402, 40 | | |
| **Plaintiff's 202** | Composite Exhibit re Early/MMS, Inc. Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 203** | Composite Exhibit re Gori Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 204** | Composite Exhibit re Graner Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 205** | Composite Exhibit re Gugedu Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 206** | Composite Exhibit re Halperin Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 207** | Composite Exhibit re Lilian Roberts Private Lending Transactions | H, 402, 40 | | |
| **Plaintiff's 208** | Composite Exhibit re Miller/AJA Realty Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 209** | Composite Exhibit re Milco Atwater/Strategakis Private | H, 402, 403 | | |

22

| | | | | |
|---|---|---|---|---|
| | Lending Transactions | | | |
| **Plaintiff's 210** | Composite Exhibit re Parkinson/Greenbucket Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 211** | Composite Exhibit re Prestige Luxury Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 212** | Composite Exhibit re Savannah Row Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 213** | Composite Exhibit re Schiff Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 214** | Composite Exhibit re Shrayber Land Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 215** | Composite Exhibit re Stoltz Private Lending Transactions | H, 402, 403 | | |
| **Plaintiff's 216** | Email from Nidia Leiva to Teddi@excellauto.com, dated June 1, 2021, Subject: CASH FLOW EAG FINAL.xlsx, Attachment: BANKING.xlsx (attached) | H | | |
| **Plaintiff's 217** | Composite Exhibit re E-mail communications from Josh Lubin 12.28.2025-120.26 | 402, 403 | | |

23