**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

        EXCELL AUTO GROUP, INC.

        Debtor.

Case No.: 22-12790-EPK
Chapter 7

------------------------------------------------------------------- /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.

        Plaintiff.

      -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

        Defendants.

Adv. Pro. No. 23-01132-EPK

------------------------------------------------------------------- /

## HI BAR DEFENDANTS' OBJECTIONS TO TRUSTEE'S EXHIBITS

    Defendants, HI BAR CAPITAL, YISROEL HERBST, and MORDECHAI HERBST, file

the following objections to Franklin's Exhibits

                             Respectfully submitted,

                             LETO LAW FIRM
                             2875 NE 191st Street
                             Suite 604
                             Aventura, FL 33180
                             Tel.    305-341-3155
                             Fax:    305-397-1168

                             */s/ Charles P. Gourlis*
                             MATTHEW P. LETO
                             Florida Bar No.: 014504
                             mleto@letolawfirm.com
                             kzelaya@letolawfirm.com

pleadings@letolawfirm.com
CHARLES P. GOURLIS
Florida Bar No.: 85924
cgourlis@letolawfirm.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2026, we electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.


*/s/ Charles P. Gourlis*
CHARLES P. GOURLIS

| Exhibit Number | Description | Objection | | |
|---|---|---|---|---|
| 1 | Proof of Claim No 43 | H, 402, 403 | | |
| 2 | Proof of Claim No. 44 | H, 402, 403 | | |
| 3 | Certified Copy of Confessed Judgment | | | |
| 4 | UCC Composite | | | |
| 5 | Assignment of Confessed Judgment | | | |