

**ORDERED in the Southern District of Florida on January 28, 2026.**



**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**

**EXCELL AUTO GROUP, INC.**                               **Case No. 22-12790-EPK**
                                                         **Chapter 7**

     **Debtor.**

_____/

**NICOLE TESTA MEHDIPOUR,**
**as Chapter 7 Trustee for**
**Excell Auto Group, Inc.,**

     **Plaintiff,**

**v.**                                                    **Adv. Pro. No. 23-01132-EPK**

**HI BAR CAPITAL, LLC, _et al._,**

     **Defendants.**

_____/

### ORDER DENYING MOTIONS TO CONTINUE TRIAL AND DISCOVERY MOTIONS

The Court held a hearing on various motions in this case on January 28, 2026.  For

the reasons stated on the record, the Court ORDERS and ADJUDGES that:

1.     The _Defendant Spin Capital LLC's Emergency Motion to Continue Trial for 21_

_Days (or, in the Alternative, to Continue Trial as to Spin Only) and, in the Further Alternative,_

*for a Brief Administrative Stay of the Trial Start Date* [Dkt. No. 378], as joined by defendant Josh Avrumi Lubin in the *Defendant Josh Avrumi Lubin's Joinder in Defendant Spin Capital LLC's Emergency Motion to Continue Trial (or, in the Alternative, for Limited Alternative Relief)* [Dkt. No. 381] is DENIED.

2. The *Defendant Spin Capital LLC's Emergency Motion for In Camera Review and Determination of Privilege, Waiver, and the Crime-Fraud Exception; and to Compel Production of Withheld Materials* [Dkt. No. 410] is DENIED.

3. The *Defendant Spin Capital LLC's Emergency Motion to Continue Trial and Extend Related Deadlines* [Dkt. No. 411] is DENIED.

4. The *Defendant [Avrumi Lubin]'s Emergency Motion for In Camera Review and Determination of Privilege, Waiver, and the Crime-Fraud Exception; and to Compel Production of Withheld Materials* [Dkt. No. 418] is DENIED.

5. The *Defendant [Avrumi Lubin]'s Emergency Motion to Continue Trial and Extend Related Deadlines* [Dkt. No. 419] is DENIED.

**###**

Copies to all parties in interest by the Clerk