UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED-USBC, FLS-WPB
'26 JAN 29 AM9:20

In re:

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.,

    Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

    Defendant(s).
_____/

Case No. 22-12790-EPK

Chapter 7

23- 1132

Adv. Pro. No. 22-01132-EPK

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of the undersigned, Stanley Q. Casey, of the Law Offices of Stanley Q. Casey PLLC, as counsel for Defendant, SPIN CAPITAL, LLC in the above-referenced matter. All future pleadings, correspondence, etc., should be directed to the undersigned as counsel for Defendant.

Dated: January 29, 2026

Respectfully submitted,

By:   /s/ *Stanley Q. Casey, Esq.*
      Stanley Q. Casey, Esq.
      Florida Bar No.: 1031011
      LAW OFFICES OF STANLEY Q. CASEY PLLC
      1300 Washington Ave # 618
      Miami Beach, FL 33139
      Telephone: (305) 946-1510
      Fax: (305) 939-5829

Email: scasey@sqcaseylaw.com
*Attorney for Spin Capital, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 29, 2026, a true and correct copy of the foregoing was served on all parties receiving notice by CM/ECF.

/s/ *Stanley Q. Casey, Esq.*
Stanley Q. Casey, Esq.

2