

**ORDERED in the Southern District of Florida on February 2, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                          Case No. 22-12790-EPK
                                                 Chapter 7

      Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

      Plaintiff,

v.                                               Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.*,

      Defendants.

_____/

### ORDER GRANTING ORE TENUS MOTION FOR
### <u>PERMISSION TO BRING MOBILE PHONES INTO COURT</u>

This matter came before the Court on January 30, 2026 on Defendants, Hi-Bar

Capital, LLC ("Hi-Bar"), Mordechai Herbst, and Yisroel Herbst, (collectively, "Hi-Bar

Defendants"), Ore Tenus Motion for Permission to Bring Mobile Phone into Court. The

Court, having heard the Motion in open court, ORDERS that:

1) The Motion is GRANTED.

2) Yisroel Herbst and Mordechai Herbst are permitted to bring their mobile phones into

court with them during the remainder of the trial in this matter.

###

**Submitted by:**

Charles P Gourlis, Esq.
Leto Law Firm
2875 NE 191st Street
Suite 604
Aventura, FL 33180
cgourlis@letolawfirm.com

*Charles P. Gourlis, Esq. is directed to serve a copy of this Order on all appropriate parties
and shall file a certificate of service thereof.*