

**ORDERED in the Southern District of Florida on January 30, 2026.**



**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                         Case No. 22-12790-EPK
                                                              Chapter 7
**EXCELL AUTO GROUP, INC.,**

     **Debtor.**
_____/

**NICOLE TESTA MEHDIPOUR.,**

     **Plaintiff,**

v.                                                            Adv. Proc. No. 23-01132-EPK

**SPIN CAPITAL LLC,** *et al.,*

     **Defendants.**
_____/

### ORDER GRANTING MOTION OF JAMES A. RAND, ESQ. TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT SPIN CAPITAL LLC

This matter came before the Court for hearing on January 28, 2026 on the *Motion of James A. Rand, Esq. to Withdraw as Counsel* [Dkt. No. 425; the "Motion"].  For the reasons stated on the record, the Court ORDERS and ADJUDGES as follows:

1. The Motion [Dkt. No. 425] is GRANTED as provided in this Order.

2. Effective as of the end of the hearing on January 28, 2026, James A. Rand, Esq. is relieved of further representation of defendant Spin Capital LLC.

3. Unless and until new counsel appears on its behalf, all future pleadings and correspondence to Spin Capital LLC must be sent directly to Spin Capital, LLC, c/o Avrumi "Josh" Lubin, 1460 Arboretum Parkway Lakewood, New Jersey 08701.

4. James A. Rand, Esq. will provide a copy of this order to Spin Capital LLC.

5. James A. Rand, Esq. must instruct a representative of Spin Capital LLC that, pursuant to Local Rule 9010-1(B)(1) and applicable law, Spin Capital LLC cannot appear in this Court or act on its own behalf in this case without an attorney.

### 

Copies furnished to:

All parties of record by the clerk of the Court