**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

        EXCELL AUTO GROUP, INC.

          Debtor.

------------------------------------------------------------------- /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.

          Plaintiff.

      -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC,
YISROEL HERBST, MORDECHAI DOV BER
HERBST a/k/a MORDI HERBST, AVRUMI LUBIN
a/k/a JOSH LUBIN, FRANKLIN CAPITAL FUNDING,
LLC and FRANKLIN CAPITAL GROUP, LLC d/b/a
WING LAKE CAPITAL,

          Defendants.

------------------------------------------------------------------- /

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**HI BAR DEFENDANTS' OBJECTIONS TO TRUSTEE'S DEPOSITION**
**DESIGNATIONS AND COUNTER-DESIGNATIONS**

Defendants, HI BAR CAPITAL, YISROEL HERBST, and MORDECHAI HERBST, file the

following objections to the Trustee's Deposition Designations filed at ECF Nos. 456, 457, and 458

and counter-designations.

                          Respectfully submitted,

                          LETO LAW FIRM
                          2875 NE 191st Street
                          Suite 604
                          Aventura, FL 33180
                          Tel.    305-341-3155
                          Fax:   305-397-1168

                          */s/ Charles P. Gourlis*
                          CHARLES P. GOURLIS

1

Florida Bar No. 85924
cgourlis@letolawfirm.com
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com
pleadings@letolawfirm.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on February 6, 2026, we electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.

/s/ Charles P. Gourlis
CHARLES P. GOURLIS

2

**ECF No. 456 - Plaintiff's Ex. 175 – Deposition Via Video Conference of Yisroel Herbst in case styled *In In re FVP Opportunity Fund III, LP, a Delaware limited partnership; FVP INVESTMENTS, LLC a Delaware limited liability company; and FVP SERVICING, LLC, a Delaware limited liability company* Case No. CACE-22-05125**

87:23-25
147:11
147:23-25
148:19

**ECF No. 457 - Plaintiff's Ex. 176 – Video Deposition of Deposition of Mordechai Herbst taken March 13, 2024. in case styled *In re FVP Opportunity Fund III, LP, a Delaware limited liability company; and FVP servicing, LLC, a Delaware limited liability company, vs. KARMA OF BROWARD, et al.,* Case No. CACE-22-05125**

Objections
114:23-115:22        S
116:11-117:8          S
118:10-13              S, C
118:21-119:2          S

S - Scope
C - Completeness

Counter-Designations
31:18
32:15
65:23-66:4
66:10-13
82:13-25
118:14-19

**ECF No. 458 - Plaintiff's Ex. 173 – Deposition Via Zoom Video Conference of Yisroel Herbst as Representative of HI BAR CAPITAL, LLC in case styled *In In re Excell Auto Group, Inc.*, Adversary Case No. 22-12790-EPK**

<u>Counter-Designations</u>
18:21-19:7
29:4-5
38:15
42:1-2
48:7-10