UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*,

     Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

### AGREED MOTION TO EXTEND DEADLINE TO SUBMIT POST-TRIAL BRIEFS

Nicole Testa Mehdipour ("**Plaintiff**"), Chapter 7 trustee for the estate of Excell Auto Group, Inc., by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 9006(b) respectfully requests that the deadlines for Plaintiff and Defendants to submit their respective post-trial brief be extended for seven (7) days and respectfully states:

1. At the conclusion of six days of trial this Court entered its *Order Requesting Post Trial Briefs* [Dkt. No. 461] (the "Order"). At the request of the parties for 45-days to submit their respective briefs. Accordingly, the Court set dates certain forty-five days from the last day of trial, March 23, 2026 for the Plaintiff and defendants Franklin Capital Funding, LLC and Franklin Capital Group, LLC (together) to their briefs and May 7, 2026, forty-five days later, for the response briefs by defendants Hi Bar Capital, LLC, Yisroel Herbst, and Mordechai Dov Ber Herbst (together); Spin Capital, LLC, and Avrumi (Josh) Lubin.

2.     Plaintiff has been diligently working on Plaintiff's brief; however, Plaintiff requires a brief seven-day extension of time to complete the brief. As the dates certain are tied together the Defendants' deadline would be moved by seven days as well.

3.     Counsel has conferred with counsel for all defendants and Mr. Lubin, *pro se*. All defendants have agreed to the Plaintiff's request for the brief extension.

4.     This is the Plaintiff's first request for this relief.  The request is being made in good faith and not for any dilatory purpose.  No parties are prejudiced by this brief extension of time.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order: (i) granting this Motion; (ii) granting the Plaintiff and Franklin defendants until 5:00 p.m. on March 30, 2026 to submit their respective post-trial briefs and resetting the deadline for Hi Bar Capital, LLC, Yisroel Herbst, and Mordechai Dov Ber Herbst (together); Spin Capital, LLC, and Avrumi (Josh) Lubin to 5:00 p.m. on May 14, 2026 to submit their briefs; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted on this 19th day of March 2026.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY: /s/ *Jason S. Rigoli*
     Jason S. Rigoli, Esq.
     Florida Bar No.: 91990
     E-Mail: jrigoli@furrcohen.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 22-12790-EPK

EXCELL AUTO GROUP, INC.                        Chapter 7

      Debtor.
_____/
NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

           Plaintiff,

Adv. Pro. No. 23-01132-EPK

v.

HI BAR CAPITAL, LLC, *et al.*,

           Defendant(s).
_____/

**ORDER GRANTING AGREED MOTION TO EXTEND
DEADLINE TO SUBMIT POST-TRIAL BRIEFS**

THIS PROCEEDING came before the Court without a hearing on the *Agreed Motion to*

*Extend Deadline to Submit Post-Trial Briefs* [Dkt. No.  ] (the "**Motion**"), filed by Plaintiff, Nicole

1

Testa Mehdipour, Trustee.  The Court has reviewed the Motion, notes the agreement of all parties to the relief, and is otherwise fully advised.  Accordingly, it is

**ORDERED that**:

1.      The Motion is **GRANTED**.

2.      The deadline for (i) Plaintiff and (ii) defendants Franklin Capital Funding, LLC and Franklin Capital Group, LLC (together) to file their respective proposed findings of fact and conclusions of law is **5:00 p.m. on March 30, 2026**.

3.      The deadline for (i) defendants Hi Bar Capital, LLC, Yisroel Herbst, and Mordechai Dov Ber Herbst (together); (ii) defendant Spin Capital LLC; and (iii) defendant Avrumi (Josh) Lubin, to file their respective proposed findings of fact and conclusions of law is **5:00 p.m. on May 14, 2026**.

4.      The Court's *Order Requiring Post-Trial Briefs* [Dkt. No. 461] otherwise remains in full force and effect to extent not inconsistent with this Order.

###

**Submitted by:**

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Tel: (561) 395-0500/Fax: (561) 338-7532
E-mail: jrigoli@furrcohen.com

*Special Counsel to the Trustee/Plaintiff*

*Attorney Jason S Rigoli is directed to serve a copy of this Order and file a certificate of service with the Court.*