

**ORDERED in the Southern District of Florida on March 20, 2026.**



**Erik P. Kimball**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

        Plaintiff,

v.

HI BAR CAPITAL, LLC, *et al.*,

        Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**ORDER GRANTING AGREED MOTION TO EXTEND
DEADLINE TO SUBMIT POST-TRIAL BRIEFS**

THIS PROCEEDING came before the Court without a hearing on the *Agreed Motion to Extend Deadline to Submit Post-Trial Briefs* [Dkt. No. 465] (the "**Motion**"), filed by Plaintiff,

Nicole

1

Testa Mehdipour, Trustee.  The Court has reviewed the Motion, notes the agreement of all parties to the relief, and is otherwise fully advised.  Accordingly, it is

**ORDERED that**:

1.      The Motion is **GRANTED**.

2.      The deadline for (i) Plaintiff and (ii) defendants Franklin Capital Funding, LLC and Franklin Capital Group, LLC (together) to file their respective proposed findings of fact and conclusions of law is **5:00 p.m. on March 30, 2026**.

3.      The deadline for (i) defendants Hi Bar Capital, LLC, Yisroel Herbst, and Mordechai Dov Ber Herbst (together); (ii) defendant Spin Capital LLC; and (iii) defendant Avrumi (Josh) Lubin, to file their respective proposed findings of fact and conclusions of law is **5:00 p.m. on May 14, 2026**.

4.      The Court's *Order Requiring Post-Trial Briefs* [Dkt. No. 461] otherwise remains in full force and effect to extent not inconsistent with this Order.

###

**Submitted by:**

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Tel: (561) 395-0500/Fax: (561) 338-7532
E-mail: jrigoli@furrcohen.com

*Special Counsel to the Trustee/Plaintiff*

*Attorney Jason S Rigoli is directed to serve a copy of this Order and file a certificate of service with the Court.*