UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,                           Case No. 22-12790-EPK

      Debtor.                                      Chapter 7

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.,

      Plaintiff,

v.                                                 Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.,*

      Defendants.

_____/

**JOINT NOTICE OF SUBSTITUTION OF COUNSEL FOR FRANKLIN
CAPITAL FUNDING, LLC AND FRANKLIN CAPITAL GROUP, LLC**

Pursuant to Local Rule 2091-1(b), Franklin Capital Funding, LLC and Franklin Capital Group, LLC (the "**Franklin Parties**") give notice that Attorney Theodore Sandler and the law firm of Sandler Law, P.A. are substituting for Attorney Patrick Dorsey and the law firm of Shraiberg Page, P.A. as counsel of record for the Franklin Parties in the above-captioned adversary proceeding. The Franklin Parties consent to this substitution.

| | |
|---|---|
| **SANDLER LAW** | **SHRAIBERG PAGE, P.A.** |
| 1728 NE Miami Gardens Dr. #1224 | 2385 NW Executive Center Drive, #300 |
| North Miami Beach, FL 33179 | Boca Raton, Florida 33431 |
| T/F: (305) 570-0534 | Telephone: 561-443-0800 |
| tsandler@sandlerlawpa.com | Facsimile: 561-998-0047 |
| | pdorsey@slp.law |
| | |
| By:   /s/ Theodore Sandler | By:   /s/ Patrick Dorsey |
| Theodore Sandler, Esq. | Patrick Dorsey, Esq. |
| Fla. Bar No. 1015927 | Florida Bar. No. 0085841 |

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that he caused to be served a copy of this document on all parties listed on the electronic service list via notice of electronic filing on the date indicated below.

Date: April 28, 2026

By: /s/ *Theodore Sandler*
Theodore Sandler, Esq.
Fla. Bar No. 1015927
tsandler@sandlerlawpa.com
**SANDLER LAW**
1728 NE Miami Gardens Dr. #1224
North Miami Beach, FL 33179
T/F: (305) 570-0534

*Counsel for Franklin Capital Funding, LLC
and Franklin Capital Group, LLC*

2