

**ORDERED in the Southern District of Florida on May 1, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

        Case No.: 22-12790-EPK

    EXCELL AUTO GROUP, INC.        Chapter 7

        Debtor.

------------------------------------------------------------------ /
NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.        Adv. Pro. No. 23-01132-EPK

        Plaintiff.

    -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC, YISROEL
HERBST, MORDECHAI DOV BER HERBST a/k/a MORDI
HERBST, AVRUMI LUBIN a/k/a JOSH LUBIN, FRANKLIN
CAPITAL FUNDING, LLC and FRANKLIN CAPITAL
GROUP, LLC d/b/a WING LAKE CAPITAL,

        Defendants.

------------------------------------------------------------------ /

**ORDER GRANTING AGREED MOTION TO EXTEND**

Page 1 of 2

## DEADLINE TO SUBMIT POST-TRIAL BRIEFS

This proceeding came before the Court without a hearing on the Agreed Motion to Extend Deadline to Submit Post-Trial Briefs [ECF No. 481] (the "Motion") filed by Defendants, Hi-Bar Capital, LLC ("Hi-Bar"), Mordechai Herbst, and Yisroel Herbst, (collectively, "Hi-Bar Defendants"). The Court has reviewed the Motion, notes the agreement of all parties to the relief, and is otherwise fully advised. Accordingly, it is

ORDERED that:

1.     The Motion is GRANTED.

2.     The deadline for Lubin, the Hi Bar Defendants, and Spin Capital, LLC to file their respective proposed findings of fact and conclusions of law is 5:00pm on May 28, 2026.

3.     The Court's Order Requiring Post-Trial Briefs [ECF No. 461] otherwise remains in full force and effect to the extent not inconsistent with this Order.

### 

Submitted by:

Charles P. Gourlis
LETO LAW FIRM
2875 NE 191st Street
Suite 604
Aventura, FL 33180
Tel.    305-341-3155
Fax:    305-397-1168
cgourlis@letolawfirm.com
Counsel to the Hi Bar Defendants

*Attorney Charles P. Gourlis is directed to serve a copy of this Order and file a certificate of service with the Court.*