UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

        EXCELL AUTO GROUP, INC.

        Debtor.

Case No.: 22-12790-EPK
Chapter 7

-------------------------------------------------------------------- /

NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee for
Excell Auto Group, Inc.

Adv. Pro. No. 23-01132-EPK

        Plaintiff.

    -v-

HI BAR CAPITAL, LLC, SPIN CAPITAL LLC, YISROEL
HERBST, MORDECHAI DOV BER HERBST a/k/a MORDI
HERBST, AVRUMI LUBIN a/k/a JOSH LUBIN, FRANKLIN
CAPITAL FUNDING, LLC and FRANKLIN CAPITAL
GROUP, LLC d/b/a WING LAKE CAPITAL,

        Defendants.

-------------------------------------------------------------------- /

## AGREED MOTION TO EXTEND DEADLINE TO SUBMIT POST-TRIAL BRIEFS

Defendants, Hi-Bar Capital, LLC ("Hi-Bar"), Mordechai Herbst, and Yisroel Herbst, (collectively, "Hi-Bar Defendants"), by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 9006(b), respectfully requests that the deadline for Defendants to submit their respective posttrial brief be extended for seven (7) days and respectfully states:

1.      Plaintiff and Franklin Capital Funding, LLC and Franklin Capital Group, LLC filed their respective post-trial briefs on March 30, 2026.

2.      According to the Order Requiring Post Trial Briefs [ECF No. 461], Plaintiff and Franklin Capital Funding, LLC and Franklin Capital Group, LLC were required to file their respective post-trial briefs by 5:00pm on March 23, 2026, and Defendants' post-trial briefs were due by 5:00pm on May 7, 2026.

3.      However, by agreement of the parties, those deadlines were extended by 7 days, to March 30 and May 14, respectively. [ECF No. 466].

4.      Subsequently, Mr. Lubin, proceeding *pro se*, requested a two-week extension of time to file his post-trial brief, through 5:00pm on May 28, 2026. All parties agreed to this request. All parties also agreed that defendants Hi Bar Capital, LLC, Yisroel Herbst, and Mordechai Dov Ber Herbst, and Spin Capital could have the same extension. The Court granted that extension. [ECF No. 483].

5.      This is the second request for this relief made by any of the Defendants. The request is being made in good faith and not for any dilatory purpose. No parties are prejudiced by this brief extension of time.

WHEREFORE, the Hi Bar Defendants respectfully requests that this Honorable Court enter an order: (i) granting this Motion; (ii) granting Lubin, Spin, and the Hi Bar Defendants until 5:00 p.m. on June 4, 2026 to submit their respective post-trial briefs; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

LETO LAW FIRM
2875 NE 191st Street
Suite 604
Aventura, Florida 33180
Tel.    305-341-3155

*/s/ Charles P. Gourlis*
CHARLES P. GOURLIS
Florida Bar No. 85924
cgourlis@letolawfirm.com
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com
pleadings@letolawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 22, 2026, I electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.

*/s/ Charles P. Gourlis*
CHARLES P. GOURLIS