UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.                          Case No. 22-12790-EPK
                                                 Chapter 7
            Debtor.
_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for
Excell Auto Group, Inc.

            Plaintiff,
v.                                               Adv. Pro. No. 23-01132-EPK

HI BAR CAPITAL, LLC, *et al.,*

            Defendants.
_____/


**EXHIBIT REGISTER**

Exhibits submitted on behalf of:   Franklin Capital Funding, LLC and Franklin Capital
Group, LLC

Matter set for hearing/trial: TRIAL

Date of hearing/trial: January 29, 2026, January 30, 2026, February 2, 2026,

            February 6, 2026 at 9:30 A.M.

By:

      SHRAIBERG PAGE, P.A.
      Attorneys for Franklin Capital Funding, LLC
      2385 NW Executive Center Drive, Suite 300
      Boca Raton, Florida 33431
      Telephone: 561-443-0800
      Facsimile: 561-998-0047
      Email: pdorsey@slp.law


      By:     */s/ Patrick Dorsey*
            Patrick Dorsey, Esq.
            Florida Bar No.: 0085841


LF-49 (rev. 10/09/23)

| Exhibit Number | Description | Admitted | Refused | Not Offered Into Evidence |
|---|---|---|---|---|
| 1 | Proof of Claim No. 43 – Franklin Capital Funding, LLC | ✓ | | |
| 2 | Proof of Claim No. 44 – Franklin Capital Funding, LLC | ✓ | | |
| 3 | Certified Copy of Confessed Judgment | ✓ | | |
| 4 | UCC Composite | ✓ | | |
| 5 | Assignment of Confessed Judgment | ✓ | | |