UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP                                    Case No 22-12790-EPK
                                                     Chapter 7
        Debtor.
_____/

NICOLE TESTA MEHDIPOUR, as
Chapter 7 Trustee

        Plaintiff,

v.                                                   Adv. No. 23-01132-EPK

HI BAR CAPITAL, et. al.

        Defendant.
_____/

**EXHIBIT REGISTER**

Exhibits submitted on behalf of: Hi Bar Capital, Yisroel Herbst, Mordechai Herbst

Matter set for hearing/trial: TRIAL

Date of hearing/trial: January 29, 2026 through February 6, 2026

By:                                      Respectfully submitted,

                                         LETO LAW FIRM
                                         2875 NE 191st Street
                                         Suite 604
                                         Aventura, FL 33180
                                         Tel.   305-341-3155
                                         Fax:   305-397-1168

                                         */s/ Matthew P. Leto*
                                         MATTHEW P. LETO
                                         Florida Bar No.: 014504
                                         mleto@letolawfirm.com
                                         kzelaya@letolawfirm.com
                                         pleadings@letolawfirm.com

LF-49 (rev. 10/09/23)

| Exhibit Number | Description | Admitted | Refused | Not Offered Into Evidence |
|---|---|---|---|---|
| 1 | Hi Bar Revenue Purchase Agreement dated October 27, 2021 | ✓ | | |
| 2 | Hi Bar Wire to Spin | ✓ | | |
| 3 | Hi Bar/Spin Balance Transfer Agreement | ✓ | | |
| 4 | Hi Bar Prepayment Addendum | ✓ | | |
| 5 | Settlement Agreement between Hi Bar and Excell dated December 19, 2021 | ✓ | | |
| 6 | Stipulation of Settlement Pursuant to CPLR 3215(i) dated February 1, 2022 | ✓ | | |
| 7 | Karma Broward 2021 Ledger | ✓ | | |
| 8 | Karma Broward 2022 Ledger | ✓ | | |
| 9 | Karma PB 2021 Ledger | ✓ | | |
| 10 | Karma PB 2022 Ledger | ✓ | | |
| 11 | Excell 2021 Ledger | ✓ | | |
| 12 | Excell 2022 Ledger | ✓ | | |
| 13 | Zankl / Soulful Texts | ✓ | | |
| 14 | Franklin Assignment Draft | ✓ | | |
| 15 | Franklin Assignment Executed | ✓ | | |
| 16 | Zankl Affidavit | ✓ | | |
| 17 | Zankl Text re: Affidavit | ✓ | | |
| 18 | Zankl/Lubin Texts | ✓ | | |
| 19 | Franklin/Trustee Common Interest Agreement | ✓ | | |
| 20 | Decision dated May 11, 2023 in the matter of *Hi Bar Capital v. Excell Auto* | | | ✓ |
| 21 | Hi Bar Operating Agreement | ✓ | | |
| 22 | Karma Broward Feb 2022 Statement (5966) | ✓ | | |
| 23 | Karma Broward Feb 2022 Statement (7995) | ✓ | | |
| 24 | Excell Statement Nov 2021 (6901) | ✓ | | |
| 25 | Excell Statement Feb 2022 (3199) | ✓ | | |

LF-49 (rev. 10/09/23)

| 26 | Excell Statement Jan 2022 (3181) | ✓ | | |
|----|----------------------------------|---|---|---|
| 27 | Excell Statement Feb 2022 (3181) | ✓ | | |
| 28 | Excell Statement Jan 2022 (3199) | ✓ | | |
| 29 | Excell Statement Jan 2022 (6901) | ✓ | | |
| 30 | Excell Statement Dec 2021 (6901) | ✓ | | |

LF-49 (rev. 10/09/23)