UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

     Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

     Defendant(s).

_____/

Case No.: 22-12790-EPK
Chapter 7

Adv. Pro. No. 23-01132-EPK

**NOTICE OF FILING BANKRUPTCY INFORMATION OF AVRUMI "JOSH" LUBIN**

     Chapter 7 Trustee, NICOLE TESTA MEHDIPOUR, by and through undersigned counsel, files this Notice of Filing Bankruptcy Information of Avrumi "Josh" Lubin and states:

     1.     On June 25, 2926, a Voluntary Petition for relief under Chapter 11, Title 11, of the United States Bankruptcy Code was filed by AVRUMI LUBIN, in the United States Bankruptcy Court for the District of New Jersey (Trenton), under Case No. 26-17342-EJO, see attached Exhibit.

     Dated: July 10, 2026

                                     FURR AND COHEN, P.A.
                                       *Special Counsel for Chapter 7 Trustee*
                                     2255 Glades Road, Suite 419A
                                     Boca Raton, FL 33431
                                     Telephone: 561-395-0500
                                     Facsimile: 561-338-7532

                                     By: */s/ Alan R. Crane*
                                          Alan R. Crane
                                          FL Bar No. 0963836
                                          E-Mail: acrane@furrcohen.com