# U.S. Bankruptcy Court
## District of New Jersey (Trenton)
### Bankruptcy Petition #: 26-17342-EJO

*Date filed:* 06/25/2026
*341 meeting:* 07/22/2026
*Deadline for filing claims:* 09/03/2026
*Deadline for filing claims (govt.):* 12/22/2026

*Assigned to:* Bankruptcy Judge Eamonn James O'Hagan
Chapter 11
Voluntary
Asset

*Debtor*
**Avrumi Lubin**
1460 Arboretum Parkway
Lakewood, NJ 08701
OCEAN-NJ
SSN / ITIN: xxx-xx-4839
*aka* Josh Lubin

represented by **Avrumi Lubin**
PRO SE

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

represented by **Rachel Wolf**
DOJ-Ust
One Newark Center
Ste 2100
Newark, NJ 07102
202-834-3003
Email: rachel.wolf@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 06/25/2026 | 1 (10 pgs) | Chapter 11 Voluntary Petition Filed by Avrumi Lubin . Chapter 11 Debtors Exclusive Right to File a Plan Expires on 10/23/2026. (llb) Additional attachment(s) added on 6/25/2026 (llb). (Entered: 06/25/2026) |
| 06/25/2026 | 2 (1 pg) | Certificate of Credit Counseling filed by Avrumi Lubin. (llb) (Entered: 06/25/2026) |
| 06/25/2026 | 3 | Statement of Social Security filed by Avrumi Lubin . (llb) (Entered: 06/25/2026) |
| 06/25/2026 | 4 | Photo ID of pro se debtor filed. (llb) (Entered: 06/25/2026) |
| 06/25/2026 | 5 (2 pgs) | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info - Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income(122B), 20 Largest Unsecured Creditors, Schedules A/B,C,D,E/F,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/25/2026. Hearing scheduled for 7/16/2026 at 11:00 AM, Zoom-Judge O'Hagan: join.zoom.us Meeting ID 160 291 3576, Passcode 234642, or 1-646-828-7666. (llb) (Entered: 06/25/2026) |
| 06/26/2026 |  | Receipt of Filing Fee Amount $ 1738.00, Receipt Number 40004074. Fee received from Avrumi Lubin (jld) (Entered: 06/26/2026) |
| 06/26/2026 | 6 (2 pgs) | Notice of Hearing for: STATUS CONFERENCE. (related document:1 Chapter 11 Voluntary Petition Filed by Avrumi Lubin . Chapter 11 Debtors Exclusive Right to File a Plan Expires on 10/23/2026. (llb) Additional attachment(s) added on 6/25/2026 (llb). filed by Debtor Avrumi Lubin). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 8/13/2026 at 02:00 PM, EJO - Courtroom 2, Trenton.. (mjb) (Entered: 06/26/2026) |
| 06/27/2026 | 7 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 06/27/2026. (Admin.) (Entered: 06/28/2026) |

| 06/28/2026 | 8<br>(3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 06/28/2026. (Admin.) (Entered: 06/29/2026) |
| 06/29/2026 | 9<br>(1 pg) | Notice of Appearance and Request for Service of Notice filed by Rachel Wolf on behalf of U.S. Trustee. (Wolf, Rachel) (Entered: 06/29/2026) |
| 06/29/2026 | 10<br>(3 pgs) | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors with 341(a) meeting to be held on 7/22/2026 at 10:30 AM via Zoom - Wolff: join.zoom.us Meeting ID 446 564 8926, Passcode 3193147802, or call 1-848-288-6195.Deadline to file a complaint objecting to discharge is the first date set for hearing on confirmation of the plan. Deadline to file a complaint to determine whether certain debts are dischargeable is 9/21/2026. Proofs of Claim due by 9/3/2026. Government Proof of Claim due by 12/22/2026. (mrg) (Entered: 06/29/2026) |
| 07/01/2026 | 11<br>(5 pgs) | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 3. Notice Date 07/01/2026. (Admin.) (Entered: 07/02/2026) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 07/02/2026 10:39:53 | | | |
| **PACER Login:** | cranea123 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 26-17342-EJO Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |