UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_______________________________/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

Plaintiff,

Adv. Pro. No. 23-01132-EPK

v.

HI BAR CAPITAL, LLC, *et al.*,

Defendant(s).
_______________________________/

**EXPEDITED MOTION TO EXTEND TIME UNDER ORDER REQUIRING REPLACEMENT POST-TRIAL BRIEFS**

***Expedited Hearing Requested***

1. The reason for the emergency is that the proposed hearing date on the stay relief Motion in New Jersey is October 22, 2026, and the Plaintiff and Chapter 11 Trustee need to determine whether an agreement can be reached to move that hearing out by 30 days.

2. Plaintiff believes a hearing must be held by October 13, 2026.

3. Counsel for the Plaintiff certifies e made a bona fide effort to resolve the matter without a hearing but could not obtain unanimous consent of the parties.

Nicole Testa Mehdipour ("Plaintiff"), Chapter 7 Trustee for the estate of Excell Auto Group, Inc., by and through undersigned counsel, moves this Court for entry of an order modifying the *Order Requiring Replacement Post-Trial Briefs* [Dkt. No. 496] to extend the time for all briefing by 60-days, and respectfully states:

1. Plaintiff and her undersigned counsel are aware of how long this adversary proceeding has been pending and are not looking to prolong this case any longer than is necessary, however, the circumstances of this case have changed dramatically.

2. As this Court is aware defendant Avrumi "Josh" Lubin ("Mr. Lubin") filed a chapter 11 bankruptcy in New Jersey and a Chapter 11 Trustee has been appointed. Plaintiff filed a motion for stay relief in Mr. Lubin's bankruptcy, which the New Jersey Bankruptcy Court proposed to set for hearing on October 22, 2026. The Chapter 11 Trustee, through counsel, subsequently reached out to Plaintiff's local counsel requesting a 30-day adjournment of that hearing to allow the Chapter 11 trustee sufficient time to get up to speed on the matters.

3. The Chapter 11 Trustee is also considering filing bankruptcies for Mr. Lubin's entities, including Spin Capital, LLC ("Spin").

4. The impact of the bankruptcy filing, appointment of the Chapter 11 Trustee, and the possibility of a bankruptcy being filed on behalf of Spin creates the potential for disparate briefing schedules, among other issues with various stays being in place and no guarantee of stay relief being granted.

5. Accordingly, in light of these changed and changing circumstances, in order to allow the parties to flush out these timing and legal issues and ensure no parties are prejudiced, the Plaintiff is requesting an extension of all the briefing deadlines by 60-days

6. Plaintiff has conferred with all parties or their counsel. Counsel for Hi Bar Capital, LLC and the Herbsts agreed to the relief sought in this Motion. Counsel for Franklin agreed to the relief sought in this Motion. Counsel for the Chapter 11 Trustee in Avrumi Lubin's bankruptcy case agrees to the relief in this Motion. Mr. Lubin did not agree to the relief in this Motion, but undersigned counsel could not understand the basis of his objection. Counsel for Spin did not respond.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order: (i) granting this Motion; (ii) extending the deadlines in the *Order Requiring Replacement Post Trial Briefs* [Dkt. No. 496] by 60-days; and (iii) granting such other and further relief as this Court deems just and proper.

Dated: September 4, 2026

GRAYROBINSON, P.A.
*Attorneys for Trustee/Plaintiff*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: 561-368-3808
Facsimile: 561-368-4008

By: */s/ Jason S. Rigoli*
JASON S. RIGOLI
Florida Bar No. 91990
E-Mail: jason.rigoli@gray-robinson.com