UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,

Debtor.
_____________________________________/

Case No. 22-12790-EPK

Chapter 7

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.,

Plaintiff,

v.

HI BAR CAPITAL, LLC, et al.,

Defendant(s).
_____________________________________/

Adv. Pro. No. 23-01132-EPK

**NOTICE OF FILING**

Defendant, Spin Capital, LLC ("Spin"), by and through undersigned counsel, hereby gives notice of filing the attached Order to Show Cause with Temporary Relief issued by the Honorable Eamonn J. O'Hagan on October 15, 2026, in the United States Bankruptcy Court, District of New Jersey, *In Re: Avrumi Lubin*, Case No. 26-17342.

Respectfully submitted,

By: */s/ Stanley Q. Casey, Esq.*

Stanley Q. Casey, Esq.
Florida Bar No.: 1031011
LAW OFFICES OF STANLEY Q. CASEY PLLC
515 N Flagler Dr., Suite 350
West Palm Beach, FL 33401
Telephone: (305) 946-1510
Fax: (561) 468-2589
Email: scasey@sqcaseylaw.com
*Attorney for Spin Capital, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 19, 2026, a true and correct copy of the foregoing was served on all parties receiving notice by CM/ECF.

/s/ *Stanley Q. Casey, Esq.*
Stanley Q. Casey, Esq.