United States Bankruptcy Court
Southern District of Florida

Mehdipour,
Plaintiff
Hi Bar Capital, LLC,
Defendant

Adv. Proc. No. 23-01132-EPK

# CERTIFICATE OF NOTICE

District/off: 113C-9 User: admin Page 1 of 3
Date Rcvd: Oct 08, 2026 Form ID: pdf004 Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Oct 09 2026 00:30:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Oct 09 2026 00:30:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Oct 09 2026 00:30:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2026 00:30:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 09 2026 00:30:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 09 2026 00:30:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 09 2026 00:30:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 09 2026 00:30:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Oct 09 2026 00:30:00 | United States Trustee - FTM, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Oct 09 2026 00:30:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 09 2026 00:30:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 09 2026 00:30:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 09 2026 00:30:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Oct 09 2026 00:30:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan R Crane | on behalf of Plaintiff Nicole Mehdipour alan.crane@gray-robinson.com yesenia.fernandezvivas@gray-robinson.com;glenda.gutstein@gray-robinson.com;alan-crane-6498@ecf.pacerpro.com;sheree.hurayt@gray-robinson.com;5353572420@filings.docketbird.com;susan.massinger@gray-robinson.com |
| Charles P Gourlis | on behalf of Defendant Mordechai Dov Ber Herbst aka Mordi Herbst cgourlis@letolawfirm.com kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com |
| Charles P Gourlis | on behalf of Defendant Hi Bar Capital LLC cgourlis@letolawfirm.com, kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com |
| Charles P Gourlis | on behalf of Defendant Yisroel Herbst cgourlis@letolawfirm.com kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com |
| Jason S Rigoli, Esq. | on behalf of Plaintiff Nicole Mehdipour Jason.Rigoli@gray-robinson.com Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com |
| Jonathan T Crane | on behalf of Plaintiff Nicole Mehdipour jonathan.crane@gray-robinson.com jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com;Susan.Massinger@gray-robinson.com |
| Lance Bergmann Melamud | on behalf of Interested Party TD Bank N.A. LMelamud@grsm.com, aruff@grsm.com |

| | |
|---|---|
| Matthew P. Leto | on behalf of Defendant Yisroel Herbst mleto@letolawfirm.com kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com |
| Matthew P. Leto | on behalf of Defendant Hi Bar Capital LLC mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com |
| Matthew P. Leto | on behalf of Defendant Mordechai Dov Ber Herbst aka Mordi Herbst mleto@letolawfirm.com kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com |
| Nicole Testa Mehdipour | on behalf of Plaintiff Nicole Mehdipour nicolem@ntmlawfirm.com cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com |
| Patricia A Redmond | on behalf of Mediator Patricia Redmond predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com |
| Stanley Quinn Casey, II | on behalf of Defendant Spin Capital LLC a/k/a Spin Capital scasey@sqcaseylaw.com |
| Theodore Sandler | on behalf of Defendant Franklin Capital Group LLC, dba Wing Lake Capital tsandler@sandlerlawpa.com |
| Theodore Sandler | on behalf of Defendant Franklin Capital Funding LLC tsandler@sandlerlawpa.com |

TOTAL: 15

**ORDERED in the Southern District of Florida on October 7, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____________________________________/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

Plaintiff,

Adv. Pro. No. 23-01132-EPK

v.

HI BAR CAPITAL, LLC, *et al.*,

Defendant(s).
_____________________________________/

**ORDER GRANTING EXPEDITED MOTION TO EXTEND TIME UNDER**
**ORDER REQUIRING REPLACEMENT POST-TRIAL BRIEFS**

THIS PROCEEDING came before the Court without a hearing upon the *Expedited Motion to Extend Time Under Order Requiring Replacement Post-Trial Briefs* [Dkt. No. 499],

filed by the Plaintiff, Nicole Testa Mehdipour, Chapter 7 Trustee for Excell Auto Group, Inc. The Court has reviewed the Motion and the record in this proceeding and is otherwise fully advised. Accordingly, it is

**ORDERED that:**

1. The Motion is **GRANTED**.

2. The briefing deadlines in the *Order Requiring Replacement Post-Trial Briefs* [Dkt. No. 496] are modified as follows:

   a. Not later than January 4, 2027, the plaintiff must file a replacement post-trial primary brief not to exceed 200 pages in length excluding only the certificate of service.

   b. Not later than January 4, 2027, Franklin Capital Funding, LLC and Franklin Capital Group, LLC (together) may file a replacement post-trial primary brief not to exceed 20 pages in length excluding only the certificate of service. Because the plaintiff no longer seeks any relief against Franklin, the Court's ruling in this case will not be binding on Franklin in any regard and Franklin need not submit a brief.

   c. Not later than February 1, 2027, each of (i) Hi Bar Capital, LLC, Yisroel Herbst, and Mordechai Harbst (together); (ii) Spin Capital, LLC; and (iii) Avrumi Lubin, must file a replacement post-trial response brief not to exceed 100 pages in length excluding only the certificate of service.

   d. Not later than March 1, 2027, the plaintiff must and Franklin may file a post-trial reply brief not to exceed 25 pages in length excluding only the certificate of service.

3. Other than the modifications to the deadlines set forth above, the *Order Requiring Replacement Post-Trial Briefs* [Dkt. No. 496] remains in full force and effect and is incorporated by reference as though set forth herein.

###

**Submitted by:**
Jason S. Rigoli, Esq.
GRAY ROBINSON, P.A.
*Special Counsel for Chapter 7 Trustee*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Tel: (561) 368-3808/ Fax: (561) 368-4008
Jason.Rigoli@gray-robinson.com

*Jason S. Rigoli is directed to serve copies of this order on all interested parties and file a certificate of service with the Court*