UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_______________________________________/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

Plaintiff,

Adv. Pro. No. 23-01132-EPK

v.

HI BAR CAPITAL, LLC, *et al.*,

Defendant(s).
_______________________________________/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2026, the *Expedited Motion to Extend Time Under Order Requiring Replacement Post-Trial Briefs* **[Dkt. No. 499]** and on October 8, 2026, the *Order Granting Expedited Motion to Extend Time Under Order Requiring Replacement Post-Trial Briefs* **[Dkt. No. 500]** were served electronically on the following parties:

- Stanley Quinn Casey, II on behalf of Defendant Spin Capital LLC a/k/a Spin Capital
  scasey@sqcaseylaw.com

- Alan R Crane on behalf of Plaintiff Nicole Mehdipour
  alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com; glenda.gutstein@gray-robinson.com; alan-crane-6498@ecf.pacerpro.com; sheree.hurayt@gray-robinson.com; 5353572420@filings.docketbird.com; susan.massinger@gray-robinson.com

- Jonathan T Crane on behalf of Plaintiff Nicole Mehdipour
  jonathan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com; 4053367420@filings.docketbird.com; Susan.Massinger@gray-robinson.com

- Charles P Gourlis on behalf of Defendant Hi Bar Capital, LLC
  cgourlis@letolawfirm.com, kzelaya@letolawfirm.com; LLFpleadings@ecf.courtdrive.com

- Charles P Gourlis on behalf of Defendant Mordechai Dov Ber Herbst aka Mordi Herbst
  cgourlis@letolawfirm.com, kzelaya@letolawfirm.com; LLFpleadings@ecf.courtdrive.com

- Charles P Gourlis on behalf of Defendant Yisroel Herbst
  cgourlis@letolawfirm.com, kzelaya@letolawfirm.com; LLFpleadings@ecf.courtdrive.com

- Matthew P. Leto on behalf of Defendant Hi Bar Capital, LLC
  mleto@letolawfirm.com, kzelaya@letolawfirm.com, LLFpleadings@ecf.courtdrive.com

- Matthew P. Leto on behalf of Defendant Mordechai Dov Ber Herbst aka Mordi Herbst
  mleto@letolawfirm.com, kzelaya@letolawfirm.com, LLFpleadings@ecf.courtdrive.com

- Matthew P. Leto on behalf of Defendant Yisroel Herbst
  mleto@letolawfirm.com, kzelaya@letolawfirm.com, LLFpleadings@ecf.courtdrive.com

- Nicole Testa Mehdipour on behalf of Plaintiff Nicole Mehdipour
  nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com; atty_mehdipour@bluestylus.com; cmecfservice@gmail.com; mehdipournr85783@notify.bestcase.com

- Lance Bergmann Melamud on behalf of Interested Party TD Bank, N.A.
  LMelamud@grsm.com, aruff@grsm.com

- Patricia A Redmond on behalf of Mediator Patricia Redmond
  predmond@stearnsweaver.com, jmartinez@stearnsweaver.com; mfernandez@stearnsweaver.com; dhalperin@stearnsweaver.com; lcruz@stearnsweaver.com

- Jason S Rigoli, Esq. on behalf of Plaintiff Nicole Mehdipour
  Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com; Sheree.Hurayt@gray-robinson.com; Glenda.Gutstein@gray-robinson.com

- Theodore Sandler on behalf of Defendant Franklin Capital Funding, LLC
  tsandler@sandlerlawpa.com

- Theodore Sandler on behalf of Defendant Franklin Capital Group, LLC, dba Wing Lake Capital
  tsandler@sandlerlawpa.com

I further certify that on November 9, 2026, I served a copy of the foregoing document by U.S. Mail and E-Mail on the party listed below.

Joshua Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701
josh@spincapital.com
josh@tetonfunding.com

Dated: November 9, 2026

GRAYROBINSON, P.A.
*Attorney for Trustee/Plaintiff*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: 561-368-3808
Facsimile: 561-368-4008

By: *<u>/s/ Jason S. Rigoli</u>*
JASON S. RIGOLI, ESQ.
Florida Bar No. 91990
E-Mail: jason.rigoli@gray-robinson.com